# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

KIMBERLY KINDLE

*Plaintiff*

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

*Defendant*

Civil Action No. 3:25-cv-162

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company (NAIC CoCode: 65676)
c/o: Registered Agent: Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: K. Cody Allison, Esq.
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Phone: (615) 234-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/13/2025

Sabrina Brewer

*Signature of Clerk or Deputy Clerk*