TN Department of Commerce & Insurance

RECEIVED

MAR 26 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

March 18, 2025

Lincoln National Life Ins. Co.
2908 Poston Avenue c/o C S C
Nashville, TN 37203
NAIC# 65676

Certified Mail
Return Receipt Requested
70201290000016214-1468

Re: Kimberly Kindle V. NAIC# 65676

Docket # 325CV162

To Whom It May Concern:

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served March 10, 2025, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
Davidson County
701 BROADWAY
Nashville, TN 37202-4890

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service.Process@tn.gov; 615-532-5260

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| KIMBERLY KINDLE<br>*Plaintiff*<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br>*Defendant* | ) | Civil Action No. 3:25-cv-162 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company (NAIC CoCode: 65676)
c/o: Registered Agent: Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

K. Cody Allison, Esq.
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Phone: (615) 234-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE

*CLERK OF COURT*

Date: 2/13/2025

Sabrina Brewer
*Signature of Clerk or Deputy Clerk*

Department of
**Commerce & Insurance**
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

FIRST CLASS

PITNEY BOWES
ZIP 37243
02 4W
0000390138 R 24 2025

RECEIVED
MAR 26 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Federal District Court Clerk
801 Broadway #800
Nashville, TN 37203

37203383869 C035