**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

**KIMBERLY KINDLE** **PLAINTFF**

**VS.** **CIVIL ACTION NO. 3:25-CV-162**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY** **DEFENDANT**

**NOTICE OF ENTRY OF APPEARANCE OF LOCAL COUNSEL**

COMES NOW Andrew W. Coffman of Phelps Dunbar LLP, and respectfully enters his appearance as local counsel for the Defendant, The Lincoln National Life Insurance Company ("***Lincoln National***"). You are requested to provide the undersigned with a copy of all notices, pleadings, correspondence and other matters which relate to this litigation at the address stated below.

DATED this the 4th day of April, 2025.

RESPECTFULLY SUBMITTED,

BY: */s/Andrew W. Coffman*

Andrew W. Coffman (TN BPR#: 027160)
Member of Tennessee Bar
**PHELPS DUNBAR LLP**
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
P. O. Box 1220
Tupelo, Mississippi 38802-1220
Telephone: (662) 842-7907
Telecopier: (662) 842-3873
E-mail: andrew.coffman@phelps.com

ATTORNEYS FOR LINCOLN NATIONAL

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date filed the above and foregoing document using the Court's CM/ECF system which will send notification of same to all counsel of record.

THIS, the 4th day of April, 2025.

*/s/Andrew W. Coffman*
Andrew W. Coffman