**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **KIMBERLY KINDLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:25-cv-00162** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD UNDER SEAL**

Defendant The Lincoln National Life Insurance Company ("Defendant") files Defendant's Submission of Administrative Record Under Seal pursuant to the provisions of the Initial Case Management Order entered by the Court on January 27, 2025 (Document 17).

1. Group Disability Income Policy (Lincoln/Kindle 0001-0063);

2. January 8, 2025, correspondence containing decision on appeal (Lincoln/Kindle 0093-0101);

3. The Administrative Record pertaining to LTD claim (Lincoln/Kindle 0064-0092 and 0102-1421).

Dated this 24th day of June 2025.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted Pro Hac Vice)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

/s/ Andrew W. Coffman
Andrew W. Coffman (TN BPR#: 027160)
**PHELPS DUNBAR LLP**
105 East Main Street, Suite 201
Post Office Box 1220
Tupelo, MS 38802-1220
PH: (662) 842-7907
Email: andrew.coffman@Phelps.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Middle District of Tennessee, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

K. Cody Allison, Esq.
cody@codyallison.com

Samuel D. Payne
sam@codyallison.com

Andrew M. Hickman
drew@codyallison.com

June 24, 2025
Date

/s/ Iwana Rademaekers
Iwana Rademaekers