**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 12903776 Claim Last Updated 01/08/2025 Printed On 3/26/2025

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | KIMBERLY A KINDLE | SSN | | Birth Date | |
| Address | | Salary Amount $ | 5089.07 | Mode | M |
| | | Date of Hire | 04/29/2008 | | |
| | | Last Work Date | 03/21/2022 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc PT ASSISTANT HOME HEALTH

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 06/06/2022 | |
| Disability Date | 03/22/2022 | Close Date | 06/21/2024 | Reopen Date | | |
| Sick Days Left | 91 | Max Ben Date | 07/26/2038 | RTW FT / PT | | |
| Ben Begin Date | 06/21/2022 | Apprv Thru Date | 06/20/2024 | Gross Ben $ | | |

Diagnosis 1 Code/Desc M17.11 Unilateral primary osteoarthritis, right knee

Diagnosis 2 Code/Desc M25.561 Pain in right knee

Policyholder Information

Customer ID 09 - LF0122 AMERICAN HEALTH COMPANIES

Subsidiary 0820 TENNESSEE VALLEY HOME CARE, IN

Location 00000000 AMERICAN HEALTH COMPANIES

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2020

Class 01 ALL FT EMPLOYEES

Waiting Period: New/Mode-Current/Mode 60 Day 60 Day Days in WRKWK

Elimination Period: Days/Type 90 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 10.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 01/01/2020 |
| GD | 01 | STD | 2H | 07/01/2008 |

Additional Information:

EXHIBIT 3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 12765776 Claim Last Updated 06/06/2022 Printed On 3/26/2025

Claimant Information

Name KIMBERLY A KINDLE
SSN
Birth Date
Address
Salary Amount $ 1174.40
Mode W
Date of Hire 04/29/2008
Last Work Date 03/21/2022
Federal Tax None
State Tax No
Phone
Phys Demands Medium
JobDesc PT ASSISTANT HOME HEALTH

Claim Status Closed
Status Reason Max Dur/To LTD
Received Date 04/28/2022
Disability Date 03/22/2022
Close Date 06/21/2022
Reopen Date
Sick Days Left
Max Ben Date 06/20/2022
RTW FT / PT
Ben Begin Date 04/05/2022
Apprv Thru Date 06/20/2022
Gross Ben $
Diagnosis 1 Code/Desc M25.861 Other specified joint disorders, right knee
Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 09 - LF0122 AMERICAN HEALTH COMPANIES
Subsidiary 0820 TENNESSEE VALLEY HOME CARE, IN
Location 00000000 AMERICAN HEALTH COMPANIES
Symb GD Numeral 01 Product STD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2020
Class 2H ALL FT EES ELECTING A $400 WEEKLY BENEFIT WITH A 14/14 DAY ELIMINATION PI
Waiting Period: New/Mode-Current/Mode 60 Day 60 Day Days in WRKWK 7
Elimination Period: Days/Type 14 Hospital-Sickness
COLA: Mode/Duration
Successive Period: Period/Mode 14 Day
SS Integration:Type/Value
Partial Disability Type/Pct
Survivor Ben Months/Wait Period
Non-Verifiable Symptoms Limit
Own Occupation Definition Limit
M/N Limit
Benefit %
Max Benefit $
Min Benefit $
Employer Contr %
Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 01/01/2020 |
| GD | 01 | STD | 2H | 07/01/2008 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 12903776 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**03/26/2025 11:53 AM - CLAIM Note 127**
Claim/Event/Leave: 12903776
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: 03/26/2025 - MAINELLI, DEBRA CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER IN UIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**01/08/2025 10:21 AM - CLAIM Note 126**
Claim/Event/Leave: 12903776
NoteSubject : Appeal
Other Subject : OUT/UPHOLD
Text: 01/08/2025 - GRYGIEL, COURTNEY THE APPEAL REVIEW HAS BEEN COMPLETED AND THE ORIGINAL DETERMINATION TO DENY BENEFITS HAS BEEN MAINTAINED. ON APPEAL ADDITIONAL FILE WAS REVIEWED BY PMR VCP AND UPDATED TSA DETAILED LETTER TO ATTORNEY ADVISING EE NOT TD ANY OCC.

**12/09/2024 8:15 AM - CLAIM Note 125**
Claim/Event/Leave: 12903776
NoteSubject : LTR to Atty
Other Subject : RTR
Text: 12/09/2024 - GRYGIEL, COURTNEY 21 DAY RTR AND RESPOND SENT TO ATTORNEY WITH PMR PEER AND UPDATED TSA. D/L FOR RESPONSE 1/2/25

**12/06/2024 1:41 PM - CLAIM Note 124**
Claim/Event/Leave: 12903776
NoteSubject : Voc Rehab
Other Subject : TSA MEMO
Text: 12/06/2024 - MILLER, JASON BASED ON THESE UPDATED CAPACITIES, ALL BUT ONE OF THE PREVIOUSLY-IDENTIFIED OCCUPATIONS REMAIN VIABLE. ORDER CONTROL CLERK, BLOOD BANK WAS ELIMINATED SECONDARY TO THE REACHING RESTRICTIONS/LIMITATIONS...

**12/05/2024 8:51 PM - CLAIM Note 123**
Claim/Event/Leave: 12903776
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/5/2024-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**12/02/2024 8:50 PM - CLAIM Note 122**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/2/2024 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**12/02/2024 3:36 PM - CLAIM Note 121**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 12/02/2024 - MUELLER, JAC UELINE INVOICE RECEIVED ON 12/02/2024 AND DATED 11/27/2024 FROM DANE STREET LLC INV 2400414 IN THE AMOUNT OF $ 575.00 FOR PMR PEER REVIEW NO MD LISTED. INVOICE PAID IN FULL.

**12/02/2024 2:06 PM - CLAIM Note 120**
Claim/Event/Leave: 12903776
NoteSubject : Peer Review
Other Subiect : REF. TSA

Text: 12/02/2024 - GRYGIEL, COURTNEY PMR PEER REVIEW RECEIVED AND REVIEWED. REFERRAL MADE FOR UPDATED TSA BASED ON R/LS IN PMR PEER.

**11/20/2024 8:50 PM - CLAIM Note 119**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/20/2024 - REFERRED TO DANE STREET, LLC FOR PEER REVIEW.

**11/20/2024 1:04 PM - CLAIM Note 118**
Claim/Event/Leave: 12903776
NoteSubject : Peer Review
Other Subject : REFERRAL
Text: 11/20/2024 - GRYGIEL, COURTNEY REFERRAL MADE FOR PMR PEER REVIEW.

**11/13/2024 7:32 AM - CLAIM Note 117**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject :
Text: 11/13/2024 - GRYGIEL, COURTNEY FOLLOW UP ON STATUS OF CD PACKAGE PER TRACKING 7021 2720 0000 3440 5409 YOUR ITEM WAS PICKED UP AT A POSTAL FACILITY AT 5:30 AM ON NOVEMBER 12, 2024 IN OMAHA, NE 68108.

**10/31/2024 8:34 AM - CLAIM Note 116**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject :
Text: 10/31/2024 - GRYGIEL, COURTNEY LETTER RECD FOM ATTORNEY NOTING CD WILL FOLLOWING CONTAINING EE S SS DISABILITY FILE. CD TO BE SENT VIA CERTIFIED MAIL

**10/16/2024 10:28 AM - CLAIM Note 115**
Claim/Event/Leave: 12903776
NoteSubject : LTR to Atty
Other Subject : TOLLING
Text: 10/16/2024 - GRYGIEL, COURTNEY TOLLING ELTTER SENT TO ATTORNEY AFFORDING 30 DAYS TO HAVE ANY SSDI INFORMATION SUBMITTED FOR APPEAL CONSIDERATION. DEADLINE 11/15/24

**10/14/2024 11:27 AM - CLAIM Note 114**
Claim/Event/Leave: 12903776
NoteSubject : Appeal
Other Subject : IN
Text: 10/14/2024 - GRYGIEL, COURTNEY PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 04/28/2022. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD ANY- APC, DATE OF DENIAL WAS 06/20/2024. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 12/17/2024.LETTER OF APPEAL RECEIVED 10/04/2024. ATTORNEY REPRESENTED. ACTION PLAN: SEND APPEAL ACK LETTER AND REVIEW FOR AP

**10/10/2024 8:53 AM - CLAIM Note 113**
Claim/Event/Leave: 12903776
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: 10/10/2024 - AVERILL, REBECCA ASSIGNED TO COURTNEY GRYGIEL

**10/09/2024 8:51 PM - CLAIM Note 112**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 10/9/2024 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**10/08/2024 3:54 PM - MDS Note**
Claim/Leave: 12903776
Episode : 2
Nurse Name: DENNIS, COURTNEY
Service : 17966594
Service Date: 10/08/2024
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, KAREN, FAUCHER
Note Type: INFORMATION OBTAINED DESC
Text: THE EMPLOYEE HAS BEEN SEPARATED FROM THE WORKPLACE SINCE 3/22/22, DUE TO RIGHT KNEE PAIN AND SEPTIC KNEE ARTHRITIS, AND WAS PREVIOUSLY FOUND TO HAVE MET THE DEFINITION OF DISABILITY TO 6/20/24. AN INDEPENDENT PHYSICIAN REVIEW WAS COMPLETED ON 1/20/24 BY DR. R. ASARO, PM R. RECORDS NOTE THE EMPLOYEE ALSO HAS BACK AND RIGHT SHOULDER PAIN. A 3/19/24 VISIT NOTE FROM KELLY PUCEK, M.D., ORTHOPEDICS, NOTED THE EMPLOYEE S RIGHT SHOULDER X-RAY REVEALED PERSISTENT SIGNS OF IMPINGEMENT AND MRI REVEALED A PARTIAL ROTATOR CUFF TEAR. SURGERY WAS DISCUSSED AND THE EMPLOYEE RE UESTED TO WAIT UNTIL THE END OF SUMMER FOR THIS. RESTRICTIONS WERE ENDORSED BY DR. PUCEK ON 3/26/24 AND INCLUDED NO KNEELING, S UATTING DIRECTLY ON THE KNEE, NO STAIRS OR FORCEFUL MOTION OF THE JOINT, AVOID HEIGHTS, NO OVER THE HEAD

ACTIVITIES, NO LIFTING AT ARM S LENGTH, 10LBS WEIGHT LIMIT AWAY FROM THE BODY, AND 20LB WEIGHT LIMIT AT THE BODY. ON 5/14/24, THESE SAME RESTRICTIONS WERE ENDORSED BY DR. PUCEK ONGOING. THE EMPLOYEE WAS SEEN THAT DAY AND REPORTED BACK PAIN EXTENDING INTO THE HIPS, RIGHT SHOULDER PAIN, AND RIGHT KNEE PAIN. NOTES STATED THE EMPLOYEE WANTED TO WAIT TO GET THROUGH THE FALL BEFORE HAVING SHOULDER SURGERY AND EXAM NOTED MUSCLE SPASMS IN THE BACK, PAIN WITH EXTENSION, GOOD ROMIN THE KNEE, PAIN AND WEAKNESS WITH SHOULDER ROM, NO INSTABILITY, AND WELL-MAINTAINED MOTION. STEROID INJECTIONS WERE GIVEN IN BOTH HIPS. RESTRICTIONS AND LIMITATIONS ARE UNABLE TO BE DETERMINED IN THIS SETTING, CS NOTIFIED, ASSIGNMENT COMPLETE.

**10/08/2024 7:32 AM - CLAIM Note 111**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Managed Care
Other Subject : MDS PRE-APPEAL
Text: 10/08/2024 - FAUCHER, KAREN 52 YOF. JOB: PT ASSISTANT HOME HEALTH (PRESUMED MED OCC). LDW 3/21/22, DOD 3/22/22, BBD 6/21/22, CID 6/20/24. DX: UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE PAIN IN RT KNEE. 5/10/2023 RT TKR RTW W R/LS NO KNEELING, ORS UATTING ON KNEE, NO IMPACT AND MINIMI E STARIS EE HAS MED OCCUPATION AND SEPERATED W ER 7/11/2022 AS R/LS ARE LESS THE OA EE CONTINUED TO BE SUPPORTED THROUGH NOV 11/16/2023, PEER REVIEW COMPLETED 1/20/24 PRESENT, RESTRICTIONS AND LIMITATIONS OF LIFTING LIMITED TO 10 POUNDS, FRE UENTLY SITTING WITH CHANGE OF POSITION AS NEEDED FOR COMFORT, OCCASIONAL STANDING AND WALKING, MINIMAL STAIR CLIMBING AND NO KNEELING OR S UATTING. TSA COMPLETED 2/15/24 THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN THE PHYSICAL ABILITIES AND IDENTIFIED SKILLS LEVEL OF THE INSURED. UESTION, PLEASE REVIEW MEDICAL INFORMATION PROVIDED WITH APPEAL RE UEST, WOULD R/LS SUPPORT FROM THE CLOSURE DATE, 6/20/2024 INTO ANY OCCUPATION, THANK YOU

**10/07/2024 1:58 PM - CLAIM Note 110**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : MGR REVIEW
Text: 10/07/2024 - PELLETIER, BRANDY RECOMMEND REFERRAL TO MDS FOR PRE-APPEAL REVIEW

**10/07/2024 8:30 AM - CLAIM Note 109**
Claim/Event/Leave: 12903776
NoteSubject : Social Security
Other Subject : NOA
Text: 10/07/2024 - FAUCHER, KAREN AWARDED

**10/07/2024 8:30 AM - CLAIM Note 108**
Claim/Event/Leave: 12903776
NoteSubject : Appeal
Other Subject : INTENT TO APPEAL
Text: 10/07/2024 - FAUCHER, KAREN DCM RECEIVED A LETTER OF APPEAL BY ATTNY, ADDITIONAL MEDICAL INFORMATION RECD

**07/12/2024 11:29 AM - PHONE Note 59**
Claim/Event/Leave: 12903776
NoteSubject : Called Other
Other Subject : ATTNY
Text: 07/12/2024 - FAUCHER, KAREN CALLED BARB 615-234-6000 LVM LET KNOW EMAIL SENT AND 7/12 AT 9.47AM LAST EMAIL SENT 6/3 FROM CLAIMSHOADMIN.

**07/12/2024 9:47 AM - CLAIM Note 107**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : FILE COPY
Text: 07/12/2024 - HOFFNER, FAYE RESUBMITTED CLAIM FILE FROM 05-29-24 AS DISCUSSED WITH EXAMINER. RESUBMITTED TO PROVIDED EMAIL BARB CODYALLISON.COM BCC EXAMINER OF RESUBMISSION.

**07/10/2024 4:30 PM - PHONE Note 58**
Claim/Event/Leave: 12903776
NoteSubject : Called Other
Other Subject : RTC TO ATTNY
Text: 07/10/2024 - FAUCHER, KAREN RCD MESSAGE FROM BARB W CODY LAW, RE UEST F/U ON RE UEST SENT IN MAY, DCM RTC LVM LET KNOW RECD AND WAS SENT BY EMAIL. ONLY VALID 24 HOURS WILL RE UEST AGAIN ON 7/11

**06/21/2024 11:24 AM - OVERPMT Note 4**
Claim/Event/Leave: 12903776
NoteSubject : OP/Refund Ck Adj.
Other Subject : PAID IN FULL
Text: 06/21/2024 - PATTON, LAURA SSDI OP PAID IN FULL -DATE OF LAST RECOVERY 6/14/2024

**06/03/2024 8:49 AM - CLAIM Note 106**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : ATTNY REP
Text: 06/03/2024 - FAUCHER, KAREN NOTICE ALSO RECD 5/28, FILE COPY RE UEST SENT BY HO CLAIMS ON 5/28

Text: 06/03/2024 - FAUCHER, KAREN NOTICE ALSO RECD 5/28, FILE COPY RE  UEST SENT BY HO CLAIMS ON 5/28

**05/29/2024 12:50 PM - CLAIM Note 105**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : FILE COPY
Text: 05/29/2024 - HOFFNER, FAYE FULL CLAIM FILE FOR 12903776 12765776 SUBMITTED TO PROVIDED EMAIL CODY  CODYALLISON.COM BCC EXAMINER OF SUBMISSION.

**05/29/2024 7:55 AM - CLAIM Note 104**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : FILE RE  UEST
Text: 05/29/2024 - FAUCHER, KAREN SENT TO CLAIMSHOADMIN  LFG.COM WITH RE  UEST FORM AND LTD POLICY

**05/29/2024 7:43 AM - CLAIM Note 103**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : ATTNY REP
Text: 05/29/2024 - FAUCHER, KAREN NOTICE OF REP BY ATTNY, ALL COMMUNICATION VI ATTNY, RE  FOR FULL FILE

**05/17/2024 7:44 AM - CLAIM Note 102**
Claim/Event/Leave: 12903776
NoteSubject : LTR to EE
Other Subject :
Text: 05/17/2024 - FAUCHER, KAREN SENT TO EE BY EMAIL AND US MAIL. ACK OF MEDICAL INFORMATION RECD AFTER DENIAL

**05/17/2024 7:39 AM - CLAIM Note 101**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : AP PUCEK
Text: 05/17/2024 - FAUCHER, KAREN MR RECEIVED 5/14/2024

**05/15/2024 7:57 AM - CLAIM Note 100**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : OOW NOTE
Text: 05/15/2024 - FAUCHER, KAREN FROM AP PUCEK

**03/28/2024 3:49 PM - PHONE Note 57**
Claim/Event/Leave: 12903776
NoteSubject : AP Called
Other Subject : LVM
Text: 03/28/2024 - FAUCHER, KAREN AP CALLED, TONY CATHY AT MEDICAL RECORDS JOINT CLINIC NEEDS R/L RE  UEST. 731-410-1647 03/28/2024 - FAUCHER, KAREN DCM RTC LVM THANKED FOR THE VM CONFIRMED DID LET EE KNOW WAS THERE RESPONABILTI TO A  UIRE MR WHEN A CLAIMIS CLOSED. AND THANKED FOR PROVIDED INFORMATION. PROVIDED CBI FOR ANY ADDITIONAL INFO

**03/28/2024 2:50 PM - PHONE Note 56**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject :
Text: 03/28/2024 - FAUCHER, KAREN CALLED (731) 798-6642 NOT AVAIL, CALLED NO VM SET UP

**03/28/2024 6:57 AM - CLAIM Note 99**
Claim/Event/Leave: 12903776
NoteSubject : LTR to EE
Other Subject : ACK MR AFTER CLOSE
Text: 03/28/2024 - FAUCHER, KAREN ACK MR AFTER CLOSE EMAILED

**03/28/2024 6:53 AM - CLAIM Note 98**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : AP PUCEK
Text: 03/28/2024 - FAUCHER, KAREN R/L FROM AP PUCEK

**03/27/2024 11:49 AM - PHONE Note 55**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : INFO RCD
Text: 03/27/2024 - FAUCHER, KAREN EE CALLED TO CONFIRMED RECD THE IMAGING REPORT, BUT NOT THE R/L FROM AP PUCEK, EE WILL SEND THE COPY THEY HAVE, CONFIRMED FAX AND EMAIL ADDRESS, EE ASKED FOR F/U TO CONFIRM RCD, DCM ACK.

**03/27/2024 9:56 AM - PHONE Note 54**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : DOCS
Text: 03/27/2024 - IL, ASHLEY EE-KIMBERLY KINDLE DOB- CB-(731) 798-6642 ER-AMERICAN HEALTH COMPANIES CLAIM 12903776 SSN- EE CALLED TO CHECK IF WE HAD RECVD ANY DOC THE DAY BEFORE. ADV EE WE HAVE NOT. EE WOULD ALSO LIKE A CB FROM CM

**03/26/2024 1:43 PM - CLAIM Note 97**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject :
Text: 03/26/2024 - FAUCHER, KAREN RADIOLOGY REPORT

**03/26/2024 11:01 AM - PHONE Note 53**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : LVM X3
Text: 03/26/2024 - FAUCHER, KAREN EE LVM X3 FOR RTC TO DETERM OP AMOUNT, DCM SPOKE TO EE SAME DAY AS VM.

**03/25/2024 4:30 PM - PHONE Note 52**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : ACD
Text: 03/25/2024 - NEALY, ASHLEY EE CALLED AND ASKED ABOUT STATUS OF CLAIM. EE WANTED TO KNOW ABOUT A NOTE THAT HER PROVIDER SENT IN AND IF WE RECEIVED A PHONE CAL FROM TONI WITH TN BONE AND JOINT. INFORMED THAT I DO NOT SEE A PHONE CALL. INFORMED THAT IDO SEE A NOTE DATED 3/19/24. EE ASKED FOR THE NOTE TO BE READ TO HER. READ THE NOTE. EE ASKED FOR A COPY INFORMED EE THAT I COULD NOT SEND HER A COPY. EE STATES OK AND STATES THAT THE NOTE DID NOT MENTION HER KNEE OR R/LS. CONFIRMED. EE ASKED ABOUT CS. INFORMED THAT STATUS FOR CS WAS UNAVAILABLE. EE ASKED IF I CAN SEND AN EMAIL FOR CS TO CALL EE BACK. INFORMED YES. EE THANKED .NF .

**03/25/2024 4:20 PM - PHONE Note 51**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : FCO CONNECT
Text: 03/25/2024 - FORTIER, JASMINE NAME: KIM KINDLE DOB: ER: AMERICAN HEALTH COMPANIES EE CALLED IN WANTING TO TOUCH BASE ON HER LTD, AND WITH DCM UNAVAILABLE AND EE DECLINING VM LTD FCO WAS ABLE TO ASSIST FURTHER. EE NEEDED NOTHING ELSE, THANKED THEM, AND CALL ENDED.

**03/25/2024 12:44 PM - PHONE Note 50**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : UESTIONS
Text: 03/25/2024 - FAUCHER, KAREN EE CALLED WAS TRANSFERRED FROM ACD, LENGTHY PHONE CALL EE CONFUESED AS TO BELIEVED HAVING A DIFFERENT TOTAL OFFSET FOR SSDI AND GOING TOWARD OP, EE BELIEVED OP WAS 1200 A MONTH AND SSDI IS 2100 WITH COLA OF 57, DCM REVIEWED OP, MONTHLY PAYMENT OF 1120 SINCE 6/2023 INCLUDING THE OP LETTER SENT 6/2023. THIS WAS REVIEWED SEVERAL TIMES THROUGH THE CALL. DCM WILL EMAIL AND MAIL THE 6/2023 LETTER AND SEVERAL PAYMENTS, DCM BROKE DOWN PAYMENTS FROM BME. DCM ALSO ADDRESSED MEDICAL INFORMATION PROVED BY AP PUCEK, DCM SENT NOTICE TO EE VIA EMAIL AND US MAIL FOR NOTICE OF MR REC AFTER CLOSE. REVIEWED W EE NOR R/LS AND MRI REPORT FROM AP, WOULD WANT TO HAVE THOSE IF GOING TO APPEAL, DCM WILL CONTACT AP FOR INFORMATION AND RE FX FROM DCM. PROVIDED, AND DCM CONFIRMED WILL EMAIL AND US MAIL THE LETTER AND PAYMENTS TO EE. THANKED NF

**03/25/2024 11:44 AM - PHONE Note 49**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : ACD
Text: 03/25/2024 - WILLIAMS, JAINA EE CALLED ASKING ABOUT OVP FOR SS AND EMAIL SHE RECEIVED ABOUT APC. DCM EXPLAINED TO EE THAT SHE WILL BE PAID THROUGH 06/20/24. EE WANTED TO KNOW THE OVP AMOUNT SHE OWED FOR SS, EE STATED TRIED TO CALL ADCM BUT WASN T AVAILABLE. DCM WAS ABLE TO GET IN CONTACT WITH ADCM AND TRANSFERRED CALL

**03/25/2024 7:37 AM - CLAIM Note 96**
Claim/Event/Leave: 12903776
NoteSubject : LTR to EE
Other Subject : ACK INFO AFTER CLOSE
Text: 03/25/2024 - FAUCHER, KAREN LETTER SENT BY EMAIL AND MAIL ACK MEDICAL NOTE REC FROM AP,

**03/25/2024 7:31 AM - CLAIM Note 95**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : NOTE FROM AP
Text: 03/25/2024 - FAUCHER, KAREN NOTE FROM AP MRI SHOWS PARITAL TEARING OF ROTATOR CUFF. NO R/LS OR THE MRI REPORT INCLUDED W NOTE

MRI REPORT INCLUDED W NOTE

**03/12/2024 10:46 AM - PHONE Note 48**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : RTC TO EE
Text: 03/12/2024 - FAUCHER, KAREN RTC TO EE CALLED (415) 377-6142 AND UNABLE TO LVM ON EITHER LINE, EE LVM ON 3/11 AS RECD LETTER AND ASKING ABOUT FORMS, MOST LIKELY DUPE OF EMAIL SENT TO EE FOR CLOSE OF CLAIM.

**02/27/2024 7:44 AM - CLAIM Note 94**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : ANNUAL FORMS
Text: 02/27/2024 - FAUCHER, KAREN A , CSS, TMP, DL, MD AUTH, BH AUTH

**02/24/2024 6:48 AM - DOCUMENT Note 5**
Claim/Event/Leave: 12903776
NoteSubject : eSignature
Other Subject : Document Expired

**02/23/2024 2:49 PM - CLAIM Note 93**
Claim/Event/Leave: 12903776
NoteSubject : LTR to EE
Other Subject : EMAIL CLOSURE
Text: 02/23/2024 - FAUCHER, KAREN SENT TO EE AS WELL AS US MAIL

**02/23/2024 1:02 PM - DOCUMENT Note 4**
Claim/Event/Leave: 12903776
NoteSubject : eSignature
Other Subject : Document Will Expire

**02/22/2024 11:41 AM - PHONE Note 47**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : CLOSE NOT TD AO
Text: 02/22/2024 - FAUCHER, KAREN CALLED EE FOR CLOSE NOT TD AT AO, CALL WAS LENGTHY, EE HAS MEETING W ATTNY ON 2/28/24, EXPLAINED APC AND EE DID NOT WANT TO DO WITH OUT ATTNY INPUT, EE ASKED ABOUT OP, DCM REVIEWED, EE WOULD HAVE ABOUT 3.25 MONTHS LEFT TO PAY OF THE 4 MONTHS OF LTD BENEFITS. EE ASKING FOR FILE COPY, ALSO WANTED TO KNOW THE AMOUNT PAID FOR STD AND LTD BENEFITS, REFERRED TO ER FOR THAT INFORMATION, DCM DID NOT HAVE NAME TO PROVIDE EE ONLY THE GENERAL ER EMAIL ADDRESS, DCM WILL EMAILLETTER MAILED TO EE TODAY., EE ASKING MULTIPLE UESTIONS, ABOUT CONTINUED COVERAGE, INSURANCE, PAYMENTS, WHAT IF NEEDS CONTINUED CARE FOR SHOULDER AND BACK W/O TX SUCH AS SX. WOULD LTD SUPPORT. DCM REVIEWED, WOULD NEED ADDITIONAL MEDICAL RECORDS TO SUPPORT. EE HAD ORGINAL MENTIONED OV FOR MARCH BUT LATTER SAID MAY CHANGE INSURANCE COVERAGE AS CURRENT AP NOT LISTED, AND MAY NOT HAVE ADDITIONAL COVERAGE UNTIL SEPTEMBER, DCM REVIEWED APPEAL AND 180 DAYS FROM CID DATE DCM ADVISED WOULD NEED THE LTDFORMS PREVIOUS RE UESTED AND IF EE WAS WORKING PART TIME WOULD NEED INFORMATION AS WELL. EE SAID WAS NOT WORKING WAS IN TO MUCH BACK PAIN TO WORK. EE ASKED WHY CLOSING CLAIM NOT NOT WAIT TIL JUNE, WITH NO ADDITIONAL MR OUTSTANDING NO NEED TO KEEP OPEN CLAIM IS SUPPORTED TO 6/20/24 AND IF/ONCE ADDITIONAL MR ARE RCD WOULD REVIEW TO REOPEN IF R/L ARE DIFFERENT FROM CURRENT R/LS ON FILE. EE WILL EMAIL RE UEST FOR FILE COPY, DCM WILL EMAIL CC OF THE LETTER TO EE TOMORROW. AND MAIL COPY TODAY. THANKEDNF AT THIS TIME.

**02/21/2024 8:10 AM - CLAIM Note 92**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : MGR REVIEW
Text: 02/21/2024 - PELLETIER, BRANDY REVIEWED CLAIM FILE. AGREE WITH RECOMMENDATION TO CLOSE NOT TD ANY OCC VIA AP C. CLMT IS OOW DUE TO KNEE PAIN AND A FFR HAS ASSESSED R/LS THAT WOULD ALLOW FOR SEDENTARY WORK CAPACITY. A TSA IDENTIFIED ALT OCCS THEREFORE, CLMT WILL NOT MEET DEF OF ANY OCC EFF 6/20/2024. CLAIM IS APPROPRIATE FOR NOT TD ANY OCC WITH AP C

**02/21/2024 7:32 AM - CLAIM Note 91**
Claim/Event/Leave: 12903776
NoteSubject : Closed
Other Subject : REF TO OTHER
Text: 02/21/2024 - FAUCHER, KAREN 52 YOF. JOB: PT ASSISTANT HOME HEALTH (PRESUMED MED OCC). LDW 3/21/22, DOD 3/22/22, BBD 6/21/22, CID 6/20/24. DX: UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE PAIN IN RT KNEE. 5/10/2023 RT TKR RTW W R/LS NO KNEELING, ORS UATTING ON KNEE, NO IMPACT AND MINIMI E STARIS EE HAS MED OCCUPATION AND SEPERATED W ER 7/11/2022 AS R/LS ARE LESS THE OA EE CONTINUED TO BE SUPPORTED THROUGH NOV 11/16/2023, PEER REVIEW COMPLETED 1/20/24 PRESENT, RESTRICTIONS AND LIMITATIONS OF LIFTING LIMITED TO 10 POUNDS, FRE UENTLY SITTING WITH CHANGE OF POSITION AS NEEDED FOR COMFORT, OCCASIONAL STANDING AND WALKING, MINIMAL STAIR CLIMBING AND NO KNEELING OR S UATTING. TSA COMPLETED 2/15/24 THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN THE PHYSICAL ABILITIES AND IDENTIFIED SKILLS LEVEL OF THE INSURED BASED ON PEER REVIEW TSA REFER TO CLOSE AT CID FOR NOT TD AT AO

INSURED. BASED ON PEER REVIEW, TSA, REFER TO CLOSE AT CID FOR NOT TD AT AO

**02/21/2024 7:20 AM - CLAIM Note 90**
Claim/Event/Leave: 12903776
NoteSubject : Voc Rehab
Other Subject : TSA COMPLETED
Text: 02/21/2024 - FAUCHER, KAREN TSA COMPLETED 2/15 THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN THE PHYSICAL ABILITIES AND IDENTIFIED SKILLS LEVEL OF THE INSURED.

**02/15/2024 11:32 AM - CLAIM Note 89**
Claim/Event/Leave: 12903776
NoteSubject : Voc Rehab
Other Subject : TSA
Text: 02/15/2024 - PROVOST, MEGAN TSA COMPLETED AND UPLOADED. THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN THE PHYSICAL ABILITIES AND IDENTIFIED SKILLS LEVEL OF THE INSURED.

**02/14/2024 8:51 PM - CLAIM Note 88**
Claim/Event/Leave: 12903776
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 2/14/2024-REFERRAL RECEIVED BY VCM AND ASSIGNED TO PROVOST, MEGAN. CLAIM/AS EVENT IS PENDING REVIEW.

**02/14/2024 3:13 PM - PHONE Note 46**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : RTC TO EE
Text: 02/14/2024 - FAUCHER, KAREN RTC TO EE AS EE HAD UESTION ON MR, DCM UNABLE TO LVM FOR EE, SENT EMAIL TO EE

**02/14/2024 1:02 PM - DOCUMENT Note 3**
Claim/Event/Leave: 12903776
NoteSubject : eSignature
Other Subject : Document Not Signed Day 21

**02/07/2024 8:50 PM - CLAIM Note 87**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 2/7/2024 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**02/07/2024 2:18 PM - CLAIM Note 86**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : MGR REVIEW
Text: 02/07/2024 - PELLETIER, BRANDY IN REVIEW OF LTD CLAIM, RECOMMEND WE PROCEED WITH CONSIDERATION OF A TSA BASED ON THE R/LS OUTLINED IN THE 1//2024 FFR.

**02/07/2024 9:13 AM - CLAIM Note 85**
Claim/Event/Leave: 12903776
NoteSubject : Closed
Other Subject : REF TO OTHER
Text: 02/07/2024 - FAUCHER, KAREN 50 YOF. JOB: PT ASSISTANT HOME HEALTH (PRESUMED MED OCC). LDW 3/21/22, DOD 3/22/22, BBD 6/21/22, CID 6/20/24. DX: UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE PAIN IN RT KNEE. 5/10/2023 RT TKR RTW W R/LS NO KNEELING, ORS UATTING ON KNEE, NO IMPACT AND MINIMI E STARIS EE HAS MED OCCUPATION AND SEPERATED W ER 7/11/2022 AS R/LS ARE LESS THE OA EE CONTINUED TO BE SUPPORTED THROUGH NOV 11/16/2023, CID LETTER SENT W NP 11/7 AND 12/18/23 FOR MR AND LTD ANNUAL FORMS, LTDFORMS OUTSTANDING, SPOKE TO EE 1/24/24 RESENT SUSPEND LETTER BY MAIL AND FORMS AS WELL AS FORMS BY ESIGN, BASED ON MISSING ANNUAL FORMS REFER TO CLOSE AT THIS TIME FOR FTPI

**02/07/2024 8:15 AM - CLAIM Note 84**
Claim/Event/Leave: 12903776
NoteSubject : Action Plan
Other Subject : RTW AO JUN 2024
Text: 02/07/2024 - FAUCHER, KAREN CLMT IS A 52 YOF. JOB: PT ASSISTANT HOME HEALTH (PRESUMED MED OCC). LDW 3/21/22, DOD 3/22/22, BBD 6/21/22, CID 6/20/24. DX: UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE PAIN IN RT KNEE. 5/10/2023 RT TKR RTW W R/LS NO KNEELING, OR S UATTING ON KNEE, NO IMPACT AND MINIMI E STARIS EE HAS MED OCCUPATION AND SEPERATED W ER 7/11/2022 AS R/LS ARE LESS THE OA EE CONTINUED TO BE SUPPORTED THROUGH NOV 11/16/2023, ACTION PLAN CID 6/2024: UPDATED WITH A PLAN TO CONFIRM IF THERE ARE ANY UPCOMING SCHEDULED APTS AND TO SECURE MR THAT ARE AVAILABLE THROUGH APRIL / MAY 2024. AND ADDENDUM MAY BE WARRANTED FOR THE FORMAL CID, 06/20/2024. IN THE ABSENCE OF ONGOING APPOINTMENTS AND/OR RECORDS, A REFERRALFOR A TSA WITH THER/LS OUTLINED IN THE 1/2024 FFR WOULD BE APPROPRIATE.

**02/05/2024 4:05 PM - CLAIM Note 83**
Claim/Event/Leave: 12903776
NoteSubject : Other

Other Subject : CID MGR REVIEW
Text: 02/05/2024 - PELLETIER, BRANDY CID MANAGER REVIEW: CLMT IS A 52 YOF, PREVIOUSLY EMPLOYED WITH AMERICAN HEALTH COMPANIES AS A PT ASSISTANT HOME HEALTH (MEDIUM OCC PER OA). LDW: 03/21/2022. DOD: 03/22/2022. DX: UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT KNEE. ON 3/22/22, THE CLAIMANT WAS SEEN BY AN ORTHOPEDIC NURSE PRACTITIONER WITH SYMPTOMS OF RIGHT KNEE PAIN AND SWELLING. A HOSPITAL ORTHOPEDIC CONSULTATION ON 3/28/22 FOR A SEPTIC RIGHT KNEE. FOLLOW UP OFFICE VISIT WITH THE ORTHOPEDIC SURGEON ON 11/17/22, THE SURGEON NOTED THAT THE MRI SHOWS PROGRESSION OF ARTHRITIC CHANGES IN HER KNEE AND WILL NEED A TOTAL KNEE REPLACEMENT IN THE FUTURE AND IS NOT A CANDIDATE NOW DUE TO HAVING RIGHT KNEE SEPSIS/INFECTION WITHIN THE YEAR. CLAIMANT UNDERWENT RIGHT KNEE SURGERY ON 5/10/23. A 1/2024 FFR HAS OPINED ON R/LS THAT WOULD LIMIT ONE FROM MEDIUM WORK WHICH ARE REASONABLY SUPPORTED WITH RECOMMENDATION TO REASSESS IN 3-4 MOS. CLAIM IS CURRENTLY ON N P FOR THE CID LTD CLAIM FORMS AND ANY INFORMATION RE: CLAIMANT WORKING A SIDE JOB, AS REPORTED IN A 12/7/2023 TELEPHONE CALL. WE HAVE RE UESTED PROOF OF ANY OTHER EARNINGS TO ENSURE TLD IS PAID ACCURATELY. AGREE WITH CURRENT COURSE OF THE CLAIM. THE ONGOING ACTION PLAN MAY BE UPDATED WITHA PLAN TO CONFIRM IF THERE ARE ANY UPCOMING SCHEDULED APTS AND TO SECURE MR THAT ARE AVAILABLE THROUGH APRIL / MAY 2024. AND ADDENDUM MAY BE WARRANTED FOR THE FORMAL CID, 06/20/2024. IN THE ABSENCE OF ONGOING APPOINTMENTS AND/OR RECORDS, A REFERRALFOR A TSA WITH THE R/LS OUTLINED IN THE 1/2024 FFR WOULD BE APPROPRIATE.

**02/05/2024 1:49 PM - PHONE Note 45**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : TAX DOC IN UIRY
Text: 02/05/2024 - TURNER, DEVRA CX EE NAME KIMBERLY KINDLE, DOB EE STATED SHE RCVD TAX DOC BUT WANTED TO KNOW IF SHE NEEDED TO FILE TAXES. REVIEWED TAX DOC SENT AND ADVISED EE BOX 12 IS SHOWING LETTER J-WHICH ON BREAKDOWN SAYS NONTAXABLE. ADVISED EE IF SHE HAS ADD L UESTIONS TO F/U WITH TAX PRO. NF

**01/31/2024 1:02 PM - DOCUMENT Note 2**
Claim/Event/Leave: 12903776
NoteSubject : eSignature
Other Subject : Document Not Signed Day 7

**01/24/2024 1:04 PM - PHONE Note 44**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : MRR RECD
Text: 01/24/2024 - FAUCHER, KAREN EE CALLED TO SEE IF MRR. DCM LET EE KNOW CLAIM SUSPEND FOR LTD ANNUAL FORMS EMAILS SENT, EE DOES NOT LOOK AT EMAILS, DCM WILL MAIL CC OF LETTER AND FORMS, ALSO DOCUSING FORMS EXPLAINED ONCE FORMS RECD WILL REINSTATE BENS.ASKED EE ABOUT SHOULDER MRI IN MARCH, EE DID SOME PT FOR THE SHOULDER IN DEC AND WAS ROTOR CUFF AND WILL NEED MRI AND BUT EE HAS INSURANCE END IN JAN AND NEW INSURANCE TO BEGIN IN MARCH, EE NOT ABLE TO HAVE MRI UNTIL NEW INSURANCE BEGINS, SAID TOCOVER SAME AP AS WELL.

**01/24/2024 1:01 PM - DOCUMENT Note 1**
Claim/Event/Leave: 12903776
NoteSubject : eSignature
Other Subject : Document Re uested

**01/22/2024 9:20 AM - CLAIM Note 82**
Claim/Event/Leave: 12903776
NoteSubject : Peer Review
Other Subject : COMPLETED
Text: 01/22/2024 - FAUCHER, KAREN RECOMMEND OBTAINING UPDATED MEDICAL RECORDS FROM THE ORTHOPEDIC SURGEON, PHYSICAL THERAPY, PRIMARY CARE PHYSICIAN OR ANY OTHER SPECIALIST SHE IS SEEING FOR THE MUSCULOSKELETAL CONDITIONS IN 3-4 MONTHS TO DETERMINE RESTRICTIONS AND LIMITATIONS AT THAT TIME

**01/11/2024 12:03 PM - CLAIM Note 81**
Claim/Event/Leave: 12903776
NoteSubject : Peer Review
Other Subject : RE UEST
Text: 01/11/2024 - FAUCHER, KAREN IN PM R

**01/11/2024 11:56 AM - CLAIM Note 80**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : AP PUCEK
Text: 01/11/2024 - FAUCHER, KAREN APS AND OVN FROM 11/17/23 AND 1/4/24 NOW COMPLAINS OF SHOULDER PAIN, MRI TO RIGHT SHOULDER

**01/04/2024 10:14 AM - CLAIM Note 79**
Claim/Event/Leave: 12903776
NoteSubject : LTR to AP
Other Subject :
Text: 01/04/2024 - FAUCHER, KAREN SENT LETTER RE UEST-PROVIDER-MEDICAL TO DR. KELLY PUCEK VIA FAX AT

7314102380. INCLUDED ATTACHMENT(S): ATTENDING PHYSICIAN'S STATEMENT AND AUTHORI ATION.

**01/04/2024 10:09 AM - PHONE Note 43**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : DEFFERED
Text: 01/04/2024 - FAUCHER, KAREN CALLED PHONE RANG FOR OVER A MINUTE THEN STOPED AND DISCONNECTED UNABLE TO LVM

**01/04/2024 10:07 AM - CLAIM Note 78**
Claim/Event/Leave: 12903776
NoteSubject : Notice/Proof Review
Other Subject : SUSPEND
Text: 01/04/2024 - FAUCHER, KAREN SENT

**01/03/2024 12:35 PM - CLAIM Note 77**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : MGR REVIEW
Text: 01/03/2024 - PELLETIER, BRANDY AGREE WITH BENEFIT SUSPENSION UNDER N P DUE TO THE OUTSTANDING CID CLAIM FORMS. ADDITIONALLY, INFORMATION RE: WORKING A SIDE JOB IS RE UIRED TO EVALUATE OTHER BENEFIT INCOME. RECOMMEND OUR SUSPENSION LETTER INCLUDE PROOF OF EARNINGS, THE CID CLAIM FORMS AND THE 1/4/2024 MR.

**01/03/2024 8:23 AM - CLAIM Note 76**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Other
Other Subject : SUSPEND
Text: 01/03/2024 - FAUCHER, KAREN 50 YOF. JOB: PT ASSISTANT HOME HEALTH (PRESUMED MED OCC). LDW 3/21/22, DOD 3/22/22, BBD 6/21/22, CID 6/20/24. DX: UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE PAIN IN RT KNEE. 5/10/2023 RT TKR RTW W R/LS NO KNEELING, ORS UATTING ON KNEE, NO IMPACT AND MINIMI E STARIS EE HAS MED OCCUPATION AND SEPERATED W ER 7/11/2022 AS R/LS ARE LESS THE OA EE CONTINUED TO BE SUPPORTED THROUGH NOV 11/16/2023, CID LETTER SENT W NP 11/7 AND 12/18/23 FOR MR AND LTD ANNUAL FORMS, MRROUTSTANDING FORMS

**12/20/2023 7:36 AM - CLAIM Note 75**
Claim/Event/Leave: 12903776
NoteSubject : Surveillance
Other Subject : DATABASE SEARCH
Text: 12/20/2023 - FAUCHER, KAREN DATABASE SEARCH COMPLETE

**12/19/2023 7:52 AM - CLAIM Note 74**
Claim/Event/Leave: 12903776
NoteSubject : LTR to Other
Other Subject : DATA SEARCH RE
Text: 12/19/2023 - FAUCHER, KAREN EMAIL SENT TO DAVE FOSTER DAVE.FOSTER COVENTBRIDGE.COM GOOD MORNING, I HOPE YOU ARE WELL. COULD YOU KINDLY PROVIDE AN UPDATE ON THIS RE UEST. THANK YOU

**12/18/2023 3:25 PM - PHONE Note 42**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : NO ANSWER
Text: 12/18/2023 - FAUCHER, KAREN CALLED FPR NP DAY 30 LTD ANNUAL FORMS BY 12/31/23

**12/18/2023 3:20 PM - CLAIM Note 73**
Claim/Event/Leave: 12903776
NoteSubject : Notice/Proof Review
Other Subject : 30
Text: 12/18/2023 - FAUCHER, KAREN SENT

**12/08/2023 8:50 PM - CLAIM Note 72**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 12/8/2023 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) RE UESTED: - SOCIAL MEDIA. 12/15/2023 - FAUCHER, KAREN RE UEST FOR UPDATE SENT BY EMAIL ON 12/15 TO ASSIGNMENTS COVENTBRIDGE.COM

**12/08/2023 10:45 AM - CLAIM Note 71**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : SIU
Text: 12/08/2023 - MOORE, CURTIS DATABASE COVENTBRIDGE

**12/07/2023 1:30 PM - PHONE Note 41**
Claim/Event/Leave: 12903776
NoteSubject : EE Called

NoteSubject : EE Called
Other Subject :
Text: 12/07/2023 - FAUCHER, KAREN EE CALLED ASKED ABOUT OP DCM PROVIDED, EE HAS ABOUT 5.29 MONTHS LEFT TO PAY ON OP WHICH IS JUST ABOUT MAY/JUNE ASKED ABOUT CID REVIEWED CID, LET EE KNOW WILL RE MR FORM NOV IN JAN AND THEN HAVE THEM REVIEWED, EE ASKED WHAT DCM THOUGHT AND DCM LET EE KNOW HAS VOC SKILLS THAT WOULD LIKELY BE FOUND IN SEDENTARY OCCUMATIONS. BUT NEVER KNOW ASKED ABOUT SSDI STOPPING IF AP SAYS RELEASED TO RTW F/T NO RLS, DCM REFERRED TO SSA, AND ADVISED IF WORKING BELIEVED LIMIT TO WHATCOULD EARN, EE MADE COMMENT ABOUT WORKING ON THE SIDE, DCM LET EE KNOW THAT IF WAS WORKING WOULD NEED TO PROVIDE INFORMATION TO DCM AS WOULD BE AN OFFSET. EE SAID WAS TRYING TO FIGURE THIS OUT RIGHT NOW. DCM ASKED HOW EE WAS AND EE SAID STILL IN PAIN. DCM WILL F/U NEXT MONTH

**11/27/2023 3:08 PM - CLAIM Note 70**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : AP PUCEK
Text: 11/27/2023 - FAUCHER, KAREN OVN 11/17/2023 W RTW NOTE W R/LS OF NO KNEELING, OR S UATTING ON KNEE, NO IMPACT AND MINIMI E STAIRS. EE HAS A MED OCC THAT RE UIRES OCCUPATION OF PHYSICAL THERAPIST ASSISTANT RE UIRES A MEDIUM LEVEL OF PHYSICAL DEMAND WITH FRE UENT STANDING, STOOPING, KNEELING, CROUCHING, REACHING, HANDLING, AND FINGERING AND OCCASIONAL SITTING, WALKING, CLIMBING, AND CRAWLING. BASED ON THE STANDARD VOCATIONAL RESOURCES OUTLINED ABOVE, COUPLED WITH MY VOCATIONAL EXPERTISE, PART-TIME OPPORTUNITY DOES EXIST IN THIS OCCUPATION. 11/27/2023 - FAUCHER, KAREN UPDATE SUB 1 AND 2

**11/17/2023 1:19 PM - CLAIM Note 69**
Claim/Event/Leave: 12903776
NoteSubject : Notice/Proof Review
Other Subject : LETTER SENT
Text: 11/17/2023 - FAUCHER, KAREN LETTER SENT LTD ANNUAL FORM AP PUCEK 9/1/23-P DAY 45 12/31 DAY 75 DAY 1/30

**11/17/2023 1:12 PM - CLAIM Note 68**
Claim/Event/Leave: 12903776
NoteSubject : LTR to AP
Other Subject :
Text: 11/17/2023 - FAUCHER, KAREN SENT LETTER RE UEST-PROVIDER-MEDICAL TO DR. KELLY PUCEK VIA FAX AT 7314102380. INCLUDED ATTACHMENT(S): RESTRICTIONS FORM AND AUTHORI ATION.

**11/17/2023 1:10 PM - PHONE Note 40**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : R/U
Text: 11/17/2023 - FAUCHER, KAREN CALLED EE FOR AN UPDATE OF LOV 11/16 AND PHONE RANG W NOT ANSWER DCM DISCONNECTED.

**10/20/2023 1:12 PM - CLAIM Note 67**
Claim/Event/Leave: 12903776
NoteSubject : LTR to EE
Other Subject : RESENT CID
Text: 10/20/2023 - FAUCHER, KAREN RESENT CID

**10/20/2023 1:10 PM - PHONE Note 39**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : UPDATE
Text: 10/20/2023 - FAUCHER, KAREN CALLED EE STILL HAS SOME TROUBLE W STAIRS GOING UP STAIRS, CANT KNEEL AP TOLD EE NOT LIKELY TO BE ABLE TO EVERY KNEEL ON THAT KNEE. EE HAS NOV IN 11/16 APPROX. EE DID NOT KNOW HAD RTW W RLS DCM REVIEWED CLAIM AND CID, WILL RESEND CID LETTER TO EE. EE THANKED, EE ASKED ABOUT OP AS EE HAVING OFFSET PAID FOR OP CONFIRMED WHEN BEGAN AND REMAINING BALANCE. NF THANKED WISHED GOOD WEEKEND

**10/05/2023 8:08 AM - CLAIM Note 66**
Claim/Event/Leave: 12903776
NoteSubject : Action Plan
Other Subject : NP DEC 2023
Text: 10/05/2023 - FAUCHER, KAREN CLMT IS A 50 YOF. JOB: PT ASSISTANT HOME HEALTH (PRESUMED MED OCC). LDW 3/21/22, DOD 3/22/22, BBD 6/21/22, CID 6/20/24. DX: UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE PAIN IN RT KNEE. 5/10/2023 RT TKR RTW W R/LS NO KNEELING, OR S UATTING ON KNEE, NO IMPACT AND MINIMI E STARIS EE HAS MED OCCUPATION AND SEPERATED W ER 7/11/2022 AS R/LS ARE LESS THE OA EE CONTINUED TO BE SUPPORTED THROUGH NOV 11/16/2023, ACTION PLAN RE UPDATED MR FROM OV 11/16 REFER FOR FFR, CID NP FOR MR FROM ANY OTHER TX PROVIDER KEEPING OUT OF WORK CID 6/20/24

**09/29/2023 10:01 AM - CLAIM Note 65**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : WT BONE AND JOINT
Text: 09/29/2023 - FAUCHER, KAREN AP PUCEK APS AND OVN W RTW W ACCOM.

**09/29/2023 9:56 AM - CLAIM Note 64**
Claim/Event/Leave: 12903776
NoteSubject : LTR to ER
Other Subject : RTW W ACCOM
Text: 09/29/2023 - FAUCHER, KAREN LETTER SENT TO ASKBENEFITS AMHEALTHPARTNERS.COM GOOD MORNING, I HOPE YOU AND YOUR TEAM ARE WELL. I HAVE RECEIVED RETURN TO WORK WITH RESTRICTIONS FOR MS. KINDLE (EMP ID 141182444 DOB EFFECTIVE 9/26/2023. THE RESTRICTIONS ARE: NO KNEELING OR S UATING ON KNEE, NO IMPACT AND MINIMI E STAIRS. ARE YOU ABLE TO ACCOMMODATE THE RESTRICTIONS, IF MS. KINDLE RTW WHEN DID SHE RETURN AND COULD YOU KINDLY CONFIRM FULL TIME, AND SAME JOB OR DIFFERENT. THANK YOU 10/05/2023 - FAUCHER, KAREN EE TERMED 7/11/22

**09/21/2023 11:25 AM - CLAIM Note 63**
Claim/Event/Leave: 12903776
NoteSubject : LTR to EE
Other Subject : CID LETTER
Text: 09/21/2023 - FAUCHER, KAREN LETTER SENT W NP FOR MR DAY 45 11/4 DAY 75 12/3

**09/21/2023 10:49 AM - PHONE Note 38**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : DEFERRED
Text: 09/21/2023 - FAUCHER, KAREN UNABLE TO LVM AND BOX NOT SET UP

**09/21/2023 10:47 AM - CLAIM Note 62**
Claim/Event/Leave: 12903776
NoteSubject : LTR to AP
Other Subject :
Text: 09/21/2023 - FAUCHER, KAREN SENT LETTER RE UEST-PROVIDER-MEDICAL TO DR. KELLY PUCEK VIA FAX AT 7314102380. INCLUDED ATTACHMENT(S): RESTRICTIONS FORM AND AUTHORI ATION.

**08/15/2023 11:44 AM - PHONE Note 37**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : UPDATE
Text: 08/15/2023 - FAUCHER, KAREN CALLED EE COULD NOT LEAVE MESSAGE

**07/07/2023 11:35 AM - OVERPMT Note 3**
Claim/Event/Leave: 12903776
NoteSubject : OP/Ck Adj
Other Subject :
Text: 07/07/2023 - SULLIVAN, ERIN FULL BR IN PLACE

**07/06/2023 8:28 AM - CLAIM Note 61**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : BEAL LAW OFFICE
Text: 07/06/2023 - FAUCHER, KAREN BEAL LAW OFFICE LETTER IN REGARDS TO OP

**06/29/2023 8:50 PM - CLAIM Note 60**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO REBEKAH LATOUR.

**06/29/2023 1:19 PM - OVERPMT Note 2**
Claim/Event/Leave: 12903776
NoteSubject : OP/SS
Other Subject :
Text: 06/29/2023 - SULLIVAN, ERIN APPLIED BR OF 638.67 FOR DIFFERENCE AND PENDING LUMP SUM 06/29/2023 - SULLIVAN, ERIN CORRECTION. FULL BR APPLIED LUMP SUM NOT BEING SENT

**06/28/2023 9:51 AM - CLAIM Note 59**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : ATTORNEY LETTER
Text: 06/28/2023 - FAUCHER, KAREN LETTER FROM ATT EE WISHES TO PAY OP OF 12,626.91 TO KEEP THE DIFFERENCE OF THE LFG CHECK AND SSD CHECK UNTIL PAID IN FULL.

**06/08/2023 11:45 AM - OVERPMT Note 1**
Claim/Event/Leave: 12903776
NoteSubject : OP/SS
Other Subject :
Text: 06/08/2023 - SULLIVAN, ERIN THE OVERPAYMENT DUE IS $13,265.58 FOR THE PERIOD OF 08/21/22 THRU 05/20/23. CLAIMANT WAS ORIGINALLY PAID $27,480.96. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD

CLAIMANT WAS ORIGINALLY PAID $27,480.96. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $10,157.63. DETAILED OP LETTER SENT TO CLAIMANT RE UESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT. ATTORNEY FEES WERE CREDITED IN THE AMOUNT OF $4,057.75. 06/08/2023 - SULLIVAN, ERIN CORRECTION THE OVERPAYMENT DUE IS $12,626.91 FOR THE PERIOD OF 08/21/22 THRU 05/20/23. CLAIMANT WAS ORIGINALLY PAID $27,480.96. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $10,796.30. DETAILED OP LETTER SENT TO CLAIMANT RE UESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT.ATTORNEY FEES WERE CREDITED IN THE AMOUNT OF $4,057.75.

**06/07/2023 8:50 PM - CLAIM Note 58**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO ERIN SULLIVAN.

**06/07/2023 8:50 PM - CLAIM Note 57**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: SSDI NOA RECEIVED. PLEASE REVIEW FOR OVERPAYMENT.

**06/07/2023 2:31 PM - CLAIM Note 56**
Claim/Event/Leave: 12903776
NoteSubject : Social Security
Other Subject : SSDI NOA REC D
Text: 06/07/2023 - BEAUREGARD, ROBERT SS VENDOR: NON-VENDOR DATE OF ENTITLEMENT 9/1/2022. BENEFIT AMOUNT IS $1,916.00, COLA $2,083.00, CAE $2,100.00. OFFSET IN SYSTEM. NO DEPENDENTS. PLEASE REFER TO DOC LIST FOR DETAILED AWARD INFORMATION. OP REFERRALTO FRS TO CALCULATE POTENTIAL OVERPAYMENT.

**06/06/2023 2:21 PM - CLAIM Note 55**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : AP PUCEK
Text: 06/06/2023 - FAUCHER, KAREN LETTER FROM AP PUCEK, NOV 4-5 WEEKS, HAS PT

**06/06/2023 10:55 AM - CLAIM Note 54**
Claim/Event/Leave: 12903776
NoteSubject : Social Security
Other Subject : SSA
Text: 06/06/2023 - FAUCHER, KAREN NOA LETTER RECEIVED, IN DOC LIST

**05/23/2023 9:01 AM - PHONE Note 36**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : RETRUNING CALL
Text: 05/23/2023 - FAUCHER, KAREN RETURNING CALL ASKING ABOUT SSDI EE AWARDED AND WONDERING ABOUT THE SSDI W THE LFG PAYMENTS, DCM REVIEWED OFFSET AND THE OP. EE NEEDS TO SEND NOA TO SS-SPEC BY 5/25, EE HAD SX LAST WEEK 5/15 FOR THE KNEE REPLACEMENT, DCMTOUCHED BASE ON THE CID AS EE DOES NOT THINK WILL BE ABLE TO RTW SAME JOB, DCM THANKED FOR CALL

**05/23/2023 8:36 AM - PHONE Note 35**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : EE RE UEST
Text: 05/23/2023 - ESTRADA, ROLANDO EE CALLED IN AND RE UESTED TO BE TRANSFERRED OVER TO DCM. EE DID NOT WANTED MY ASSISTANCE.

**05/12/2023 2:33 PM - PHONE Note 34**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject :
Text: 05/12/2023 - FAUCHER, KAREN EE CALLED AND SX DATE CHANGED TO 5/15, TO BE AT HOSPITAL AS EE IS HIGH RISK AP PUCEK,

**05/12/2023 2:31 PM - PHONE Note 33**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : ACD
Text: 05/12/2023 - RODRIGUE , AARON EE CALLED AND RE UESTED TO SPEAK W/ ADCM. DCM ACK AND TRANSFERRED.

**05/11/2023 1:04 PM - PHONE Note 32**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subiect : SSDI

Text: 05/11/2023 - BEAUREGARD, ROBERT ATTEMPTED TO CALL, NO ANSWER, VM BOX NOT SET UP. SENT RE UEST FOR SS STATUS LETTER. SET F/U TASK TO MONITOR FOR SSDI APP STATUS

**04/06/2023 12:54 PM - PHONE Note 31**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : UPDATE
Text: 04/06/2023 - FAUCHER, KAREN CALLED EE AND HAS NOT SX NEEDS TO PRE-PAY $3000 BEFORE THE SX AS IT IS CONSIDERED ELECTIVE SX AS NOT LIFE OR DEATH. NO CHANGES TO AP AND HEALTH REMAINS THE SAME. DCM WILL F/U IN A COUPLE OF MONTHS. NF WISHED GOOD WEEKEND

**03/27/2023 10:09 AM - CLAIM Note 53**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : BONE AND JOINT
Text: 03/27/2023 - FAUCHER, KAREN BONE AND JOINT LETTER FROM AP PUCEK

**03/22/2023 3:11 PM - PHONE Note 30**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : SSDI
Text: 03/22/2023 - BEAUREGARD, ROBERT CALLED TO DETERMINE STATUS OF SSDI APP. EE SPOKE WITH SSA REGARDING WRK HISTORY. SSA STATED DECISION SHOULD BE WITHIN 1-3 MONTHS. SET F/U TASK TO MONITOR FOR DECISION.

**02/15/2023 3:28 PM - PHONE Note 29**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : SSDI STATUS
Text: 02/15/2023 - BEAUREGARD, ROBERT CALLED TO DETERMINE STATUS OF SSDI CLAIM. CLAIM IS STILL PENDING. SET F/U TASK TO MONITOR FOR SSDI APP STATUS

**02/06/2023 12:32 PM - PHONE Note 28**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : UPDATE
Text: 02/06/2023 - FAUCHER, KAREN EE CALLED AND NOV 3/21 DRAIN FLUID SEND OUT TO CONFIRM NO INFECTION, MRI AND IF BOTH SHOW NO INFECTION THE SX WOULD BE MID APRIL AFTER 3/28, NO CHANGE TO AP AND EE ASKING ABOUT CID AND TIME FRAME OF CLAIM, DCM REVIEWED. EE THANKED NF , DCM WILL F/U END OF MARCH.

**01/26/2023 7:19 AM - CLAIM Note 52**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : AP PUCEK
Text: 01/26/2023 - FAUCHER, KAREN OOW NOTE NO WORK UNTIL F/U IN MARCH

**01/24/2023 2:30 PM - CLAIM Note 51**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : AP PUCEK
Text: 01/24/2023 - FAUCHER, KAREN OV 1/19/23, NOV IN 6-8 WEEKS

**01/13/2023 1:00 PM - PHONE Note 27**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : SSDI
Text: 01/13/2023 - BEAUREGARD, ROBERT CALLED AND RE UESTED SSDI APP STATUS. SSDI CLAIM IS STILL PENDING. SET F/U TASK TO MONITOR FOR DECISION

**12/09/2022 9:48 AM - CLAIM Note 50**
Claim/Event/Leave: 12903776
NoteSubject : Social Security
Other Subject : SSDI
Text: 12/09/2022 - BEAUREGARD, ROBERT REC D POF FOR SSDI. INITIAL APP FILED WITH ATTY ON 7/13/2022. SET F/U TASK TO MONITOR FOR SSDI APP STATUS

**12/01/2022 2:08 PM - PHONE Note 26**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : RETRUN CALL
Text: 12/01/2022 - FAUCHER, KAREN RETURNED CALL TO EE AS EE CHECKING TO SEE THAT WE RECEIVED MR FROM APS, DCM CONFIRMED RECEIVED APS FROM AP PUCEK AND NOV 1/19/23, EE SAID LAST SX WAS 3/2022 AND EXPECTS THE SX FOR TOTAL KNEE REPLACEMENT IN MARCH OR APRIL.LET EE KNOW WILL F/U WITH EE IN JAN OR FEB AND TO HAVE GOOD HOLIDAY

**11/22/2022 1:54 PM - CLAIM Note 49**
Claim/Event/Leave: 12903776
NoteSubject : LTR to AP
Other Subject : AP PUCEK
Text: 11/22/2022 - FAUCHER, KAREN RE UEST FOR APS COMPLETED BY AP PUCEK

**11/22/2022 1:50 PM - PHONE Note 25**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : RETURNED CALL TO EE
Text: 11/22/2022 - FAUCHER, KAREN RETURNED CALL TO EE VM NOT SET UP

**11/22/2022 7:21 AM - CLAIM Note 48**
Claim/Event/Leave: 12903776
NoteSubject : Social Security
Other Subject : SSDI ATTNY
Text: 11/22/2022 - FAUCHER, KAREN LETTER FROM BEAL LAW OFFICE EE APPLIED 7/13/22 FOR SSDI

**11/22/2022 7:20 AM - CLAIM Note 47**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : AP PUCEK
Text: 11/22/2022 - FAUCHER, KAREN RECD OV 11/17

**11/18/2022 8:11 AM - CLAIM Note 46**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : BONE AND JOINT
Text: 11/18/2022 - FAUCHER, KAREN OVN 11/15/22

**11/11/2022 8:09 AM - CLAIM Note 45**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : SSDI APPLY
Text: 11/11/2022 - FAUCHER, KAREN SSDI APPLY IN DOC LOST 11/11/2022 - FAUCHER, KAREN ATTORNEY LENA BEAL PHONE 731-968-9077 ADDRESS 22 MONROE AVE, LEXINGOTN TN 38351

**11/11/2022 8:05 AM - CLAIM Note 44**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : HENDERSON CNTY
Text: 11/11/2022 - FAUCHER, KAREN RECEIVED MR HENDERSON CNTY HOSPITAL

**11/10/2022 2:18 PM - PHONE Note 24**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject :
Text: 11/10/2022 - FAUCHER, KAREN EE CALLED ASKED IF RECEIVED FAX FROM ATTNORY WITH SSDI APPLY INFO, DCM HAS NOT RECEIVED AS OF YET. WAS JUST SENT. DCM LET EE KNOW STILL NEEDS MR FROM HENDERSON COUNTY MEDICAL GROUP FROM 7/8-P DCM WILL EMAIL INFO TO EE ANDEE WILL CALL AP OFFICE TODAY.

**11/10/2022 2:16 PM - CLAIM Note 43**
Claim/Event/Leave: 12903776
NoteSubject : LTR to EE
Other Subject :
Text: 11/10/2022 - FAUCHER, KAREN SENT EMAIL TO EE WITH THE LETTER TO HENDERSON COUNTY MEDICAL GROUP RE UEST FOR MR.

**11/10/2022 11:45 AM - PHONE Note 23**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : 30 DAY LETTER
Text: 11/10/2022 - BEAUREGARD, ROBERT CALLED AND INFORMED EE THAT SS DOC ON FILE IS NOT SUFFICIENT POF. EE WILL CONTACT ATTY TO PROVIDE POF. MAILED 30-DAY LETTER TO OBTAIN STATUS OF SS APPLICATION. SET TASK TO RECEIVE DOCUMENTATION.

**11/07/2022 9:01 AM - CLAIM Note 42**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : FORMS RECEIVED
Text: 11/07/2022 - FAUCHER, KAREN A , CI, CSS, FI , TEE, RA RECEIVED

**10/28/2022 10:00 AM - CLAIM Note 41**
Claim/Event/Leave: 12903776
NoteSubject : Other

NoteSubject : Other
Other Subject : SSDI REP
Text: 10/28/2022 - FAUCHER, KAREN LETTER FROM SS EE NOW REP BY ROBERT STEVIE BEAL

**10/28/2022 9:14 AM - CLAIM Note 40**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : HENDERSON COUNT HOST
Text: 10/28/2022 - FAUCHER, KAREN RECEIVED MR FROM HENDERSON COUNTY HOSPITAL FOR 9/15/22L

**10/26/2022 1:51 PM - PHONE Note 22**
Claim/Event/Leave: 12903776
NoteSubject : Called AP
Other Subject : AP WEATHERFORD
Text: 10/26/2022 - FAUCHER, KAREN CALLED AP WEATHERFORD, HERDERSON COUNTY, SPOKE WITH NURSE AND OV FROM 9/15 AND WILL SEND THE MR OVER TOOK FAX NUMBER

**10/26/2022 1:41 PM - PHONE Note 21**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : RETRUNING CALL NP
Text: 10/26/2022 - FAUCHER, KAREN EE ANSWERED IT WAS SOMEONE ELSE WHO HAD CALLED EE. EE SAYS SHE SENT FORMS IN LAST WEEK CERTIFIED. 10/26/2022 - FAUCHER, KAREN .

**10/25/2022 1:45 PM - PHONE Note 20**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : ACD
Text: 10/25/2022 - WATSON, KATRINA EE CALLED STATING SHE MISSED A CALL FORM SOMEONE THIS MORNING AT LFG. DID NOT SEE ANY NOTES FROM CALL ATTEMPTS TODAY- AGREED TO TRANSFER TO ADCM TO SEE IF ANY UPDATES ARE NEEDED ON CLAIM.

**10/20/2022 4:11 PM - PHONE Note 19**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : ACD
Text: 10/20/2022 - ESCUTIA, CYNTHYA EE PROVIDED SSN FOR CLAIM. EE ASKED FOR LFG ADDRESS. DCM PROVIDED PO BOX 2578 OMAHA, NE 68172. EE THANKED AND ADVISED SENDING IN COPY OF SSA INFORMATION. EE HAD NF . CALL ENDED.

**10/18/2022 9:13 AM - PHONE Note 18**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : OV
Text: 10/18/2022 - FAUCHER, KAREN EE CALLED TO LET KNOW HAS OV WITH AP CORBIN TODAY

**10/17/2022 2:54 PM - PHONE Note 17**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : UPDATE
Text: 10/17/2022 - FAUCHER, KAREN CALLED EE CONFIRMED FORMS SENT, STILL WAITING ON THE MR FROM NASHVILLE ON EE SX FOR HER EAR IMPLANT TO DETERMINE THE MATERIAL USED AND IF SAFE FOR AN MRI. THE OV 10/14 WITH AP PUCEK RESCHEDULED UNTIL MRI IS COMPLETED. DCMWAITING ON MR FROM AP ALAN WEATHERFIELD AND THE FORMS EE NF THANKED

**10/17/2022 2:23 PM - PHONE Note 16**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : LVM
Text: 10/17/2022 - FAUCHER, KAREN EE CALLED LEFT VM THAT FORMS WERE SENT AND LEFT CALL BACK NUMBERS

**10/13/2022 9:23 AM - CLAIM Note 39**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : DR. PUCEK
Text: 10/13/2022 - THACKER, KIMBERLY REC D MEDICAL NOTE FOR DOS 7/7/2022 THRU 8/11/2022. NOTES THAT EE WILL END UP HAVING TO HAVE A CARDIAC PROCEDURE AS WELL. 8/11/2022 DOS FOR F/U APPT. FOR KNEE. WILL SET EE UP FOR MRI

**10/10/2022 11:30 AM - PHONE Note 15**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : SSDI
Text: 10/10/2022 - BEAUREGARD, ROBERT PER NOTES EE FILED FOR SSDI. CALLED EE TO RE UEST POF FOR SSDI. EE STATED SHE HAS ATTY REP AND WILL HAVE THEM SEND LETTER DISPLAYING FILING DATE. SET F/U TASK TO RECEIVE DOCUMENTATION

**10/06/2022 2:55 PM - CLAIM Note 38**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 10/06/2022 - ALVELO LOPE , ASHLEY INVOICE RECEIVED ON 09/30/2022 AND DATED 09/29/2022 FROM SHARECARE HEALTH DATA SERVICES, LLC. INV 12092242 , IN THE AMOUNT OF $23.54 FOR MEDICAL RECORDS FROM ASCENSION MEDICAL GROUP . INVOICE PAID IN FULL

**10/03/2022 8:44 AM - CLAIM Note 37**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : NO MR AP ROBBINS
Text: 10/03/2022 - FAUCHER, KAREN NO MR FROM AP ROBBINS FROM 6/6/22-P

**09/30/2022 11:24 AM - PHONE Note 14**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : RETURNING CALL
Text: 09/30/2022 - FAUCHER, KAREN EE RETURNED PHONE CALL. CURRENTLY WAITING ON OLD MR FROM AP HINES FROM 2009 EAR SX WHERE THE STAPES WERE REPLACES AND IT IS UNKNOW WHAT THE MATERIAL USED WAS. THE EE NEEDS AN MRI ON HER KNEE AND IT CANT BE DONE UNTIL THEINFORMATION IS CONFIRMED, EE HAS CALLED THE OLD AP AS WELL AS HER CURRENT ORTHO AP PUCEK. EE CAN WALK WITH A LIMP AND HAS A CANE IS ON PAIN MEDICATION. EE HAS A OV WITH AP PUCEK 10/14 TO REVIEW MRI BUT MAY BE RESCHEDULED IF NO RECORDS ARE RECEIVED. DCM THANKED DCM FOR RETURNING CALL EE ASKED HOW LONG CLAIM IS SUPPORTED SO DCM REVIEWED PROCESS LIKE AN CID REVIEW WITH GOAL OF EE RTW. THEN OWN OCC VS ANY OCC. NF THANKED AND WISHED GOOD WEEKEND

**09/30/2022 10:54 AM - PHONE Note 13**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : ACD
Text: 09/30/2022 - PETITTO TAYLOR, TERESA DCM RECEIVED A CALL FROM EE RETURNING A MISSED CALL FROM HER ADCM . DCM MESSAGED ADCM SHE WAS AVAILABLE TO TAKE THE CALL AND TRANSFERRED EE. DCM THANKED HER FOR HER TIME

**09/30/2022 7:18 AM - CLAIM Note 36**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : AP PUCK
Text: 09/30/2022 - FAUCHER, KAREN RECEIVED MR FROM AP PUCK, NOV 10/14 FOR MRI F/U

**09/30/2022 7:13 AM - CLAIM Note 35**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : INVOICE
Text: 09/30/2022 - FAUCHER, KAREN INVOICE SENT TO JOHN BEST 12092242

**09/29/2022 12:31 PM - PHONE Note 12**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : UPDATE
Text: 09/29/2022 - FAUCHER, KAREN COULD NOT LEAVE MESSAGE VM NOT SET UP

**09/27/2022 3:15 PM - CLAIM Note 34**
Claim/Event/Leave: 12903776
NoteSubject : LTR to EE
Other Subject : NP LETTER TO EE
Text: 09/27/2022 - FAUCHER, KAREN SENT LETTER TO EE FOR MR AND FORMS DAY 30 10/26, DAY 45 11/10, DAY 70 12/5, DAY 75 12/10

**09/27/2022 2:57 PM - CLAIM Note 33**
Claim/Event/Leave: 12903776
NoteSubject : LTR to AP
Other Subject : MUTIPLE
Text: 09/27/2022 - FAUCHER, KAREN FAX TO AP ROBBINS WITH MED AUTH DATE 3/1-P, AM PUCEK 8/20-P, HENDERSON COUNTY M.G. 7/8-P

**09/27/2022 11:21 AM - CLAIM Note 32**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 09/27/2022 - SRP042, SRP042 INVOICE RECEIVED FROM RELEASEPOINT. , INV 717384, IN THE AMOUNT OF $440.79 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**09/19/2022 9:05 AM - CLAIM Note 31**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : REASSIGN
Text: 09/19/2022 - FAUCHER, KAREN CLAIM REASSIGN DCM SENT CICM

**09/13/2022 2:16 PM - CLAIM Note 30**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : REASSIGN CLAIM
Text: 09/13/2022 - INGRAM, KEAHTI CLAIM REASSIGNED TO KAREN FAUCHER

**09/09/2022 9:12 AM - CLAIM Note 29**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : PUCEK
Text: 09/09/2022 - JOHNSON, RENATA APS 8/19/22

**08/30/2022 1:02 PM - CLAIM Note 28**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : PUCEK
Text: 08/30/2022 - JOHNSON, RENATA RF AND APS 8/19/22

**08/30/2022 1:00 PM - CLAIM Note 27**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject :
Text: 08/30/2022 - JOHNSON, RENATA DR. ROBBINS CX AUTH NEEDED TO RELEASE MR

**08/16/2022 3:41 PM - CLAIM Note 26**
Claim/Event/Leave: 12903776
NoteSubject : LTR to AP
Other Subject :
Text: 08/16/2022 - MOORE, DANIELLE FAXED RE TO DR. ROBBINS ALL RECS , RTW AND R/LS 6/3/22 TO PRESENT

**08/16/2022 2:52 PM - PHONE Note 11**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : ACD
Text: 08/16/2022 - SAMBOLA, SALOME EE CLLD TO IN UIRE WHILE LTD CHECK WAS NOT DEPOSITED ON 08/14/22. DON T HAVE ACCESS TO LTD CLM, WAS ABOUT TO REFERRED TO DCM TRANSF HER, BUT EE INDICATED SHE DID NOT WANT TO BE SENT TO DCM, SHE HAD JUST LVM AND DCM DONOT RESPOND. TRANSF HER TO LTD

**08/05/2022 2:12 PM - PHONE Note 10**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject :
Text: 08/05/2022 - CACERES, HALEIGH EE CALLED AND RE UESTED RESTRICTIONS FORM BE SENT TO HER VIA EMAIL MAIL ALONG WITH SENDING ONE TO DR. PUCEK COMPLETE

**07/28/2022 4:22 PM - PHONE Note 9**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : ACD
Text: 07/28/2022 - ATI ADO, CHLOE RCVD CALL FROM EE, IN UIRED AS TO WHY SHE RCVD A LETTER WITH NO BENEFIT PYMNT. ADV EE CLAIM IS SET UP FOR DIRECT DEPOSIT. CONFIRMED BENEFIT PYMNT PAID ON 07/20/22. EE ACK AND NF .

**07/26/2022 10:24 AM - CLAIM Note 25**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : DR. ROBBINS
Text: 07/26/2022 - JOHNSON, RENATA OVNS 5/18/22-6/2/22

**07/25/2022 11:05 AM - PHONE Note 8**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject :
Text: 07/25/2022 - FOFANA, IHSSA EE CALLED TO ASK ABOUT LETTER ABOUT SSD. SHE STATED THAT SHE WAS TOLD SHE WAS APPROVED. DCM EXPLAINED LTD WAS APPROVED. SSDI IS A SEPARATE APP. DCM EXPLAINED THAT LETTER STATED EE MAY NOT A BE A GOOD CANDIDATE TO APPLY RIGHT NOW. SHE STATED THAT SHE ALREADY APPLIED. DCM RE UESTED THAT EE SEND PROOF, FAX NUMBER AND MAILING ADDRESS PROVIDED. DCM EXPLAINED OWN AND ANY OCC.

**07/20/2022 10:05 AM - CLAIM Note 24**

**07/20/2022 10:06 AM - CLAIM Note 24**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: 07/20/2022 - MONAHAN, JACKIE SET UP SCHEDULED PAYMENT FROM 06/21/2022 THROUGH 06/20/2024 BASED ON ELIG FILE EFF 01/01/21 INDICATES ANNUAL $61,068.80 / 12 $5089.07 BME. THE BENEFIT IS 60% OR $3,053.44. MAX BEN DATE CALCULATE AT 07/26/2038 . THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**07/13/2022 10:42 AM - CLAIM Note 23**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : WEST TENNESSEE BONE
Text: 07/13/2022 - JOHNSON, RENATA OVNS 3/22/22-7/7/22

**07/13/2022 10:27 AM - CLAIM Note 22**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : PUCEK
Text: 07/13/2022 - JOHNSON, RENATA 7/8/22 APS

**07/12/2022 2:45 PM - CLAIM Note 21**
Claim/Event/Leave: 12903776
NoteSubject : Social Security
Other Subject : DEFERRED LETTER
Text: 07/12/2022 - BEAUREGARD, ROBERT DEFERRED SSDI APP RE UIREMENT LETTER SENT TO EE. WILL CONTINUE TO MONITOR CLAIM FOR CHANGE IN SS ELIGIBILITY STATUS.

**07/12/2022 12:39 PM - PHONE Note 7**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject :
Text: 07/12/2022 - JOHNSON, RENATA RCVD CALL FROM CLMT. 8/2 WILL SEE CARDIO 8/11 DR. PUECK. ADV LTD CLAIM APPROVED, ADV WILL FU AFTER NOV.

**07/11/2022 4:25 PM - PHONE Note 6**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject :
Text: 07/11/2022 - JOHNSON, RENATA CALLED CLMT TO INFORM OF APPROVAL AND FU ON TX. CLMT DID NOT ANSWER, REACHED MSG STATING VM NOT AVAILABLE.

**07/06/2022 8:51 PM - CLAIM Note 20**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO JA UELINE MONAHAN.

**07/06/2022 8:51 PM - CLAIM Note 19**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**07/06/2022 10:58 AM - CLAIM Note 18**
Claim/Event/Leave: 12903776
NoteSubject : Action Plan
Other Subject : RTW OO AUG 2023
Text: 07/06/2022 - JOHNSON, RENATA CLMT IS A 50 YOF. JOB: PT ASSISTANT HOME HEALTH (PRESUMED MED OCC). LDW 3/21/22, DOD 3/22/22, BBD 6/21/22, CID 6/20/24. DX: UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE PAIN IN RT KNEE. KNEE WAS SEPTIC, INFECTION SPREAD THRU THE BODY. 3/28 HAD KNEE WASHED OUT HX THRU 4/1 AT JACKSON GENERAL. USES CANE TO AMBULATE. CANNOT LIFT. PT FOR KNEE AT HOME 2-3X PER WEEK 5/25/22 RF AP PUECK NOTED CLMT 1ST TREATED 3/22/22. UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE R/LS NORUNNING, JUMPING, PUSH/PULL, LIFT, CLIMB, CRAWL, KNEEL, S UAT, BENDING, OR WORKING OUT THRU APPROX 7/7/22. 7/4/22 MDS REVIEW SUPPORTED R/LS OF NO JUMPING, RUNNING, CLIMBING, S UATTING, KNEELING, CRAWLING, CROUCHING, NO LIFT/CARRY/PUSH/PULL OVER 10LBS AND NO STRENUOUS ACTIVITY UNTIL 8/2/2022 AS OUTLINED BY CARDIOLOGY. TO ALLOW FOR CONTINUED HEALING OF THE KNEE AND RESOLUTION OF THE VEGETATION IN THE HEART WITH RETURN OF STAMINA. RECOMMEND APPROVAL. ACTION PLAN 1) FU W/CLMT 7/2022 2) OBTAIN UPDATED MR IF NO RTW 3) CLINICAL REVIEW 06/26/2023 - MCCOY, LAUREN AP UPDATED: IF NO RTW, BEGIN AO REVIEW FOR CID 6/20/2024

**07/06/2022 10:58 AM - CLAIM Note 17**
Claim/Event/Leave: 12903776
NoteSubject : Approved
Other Subject :
Text: 07/06/2022 - JOHNSON, RENATA CLMT IS A 50 YOF. JOB: PT ASSISTANT HOME HEALTH (PRESUMED MED OCC). LDW

3/21/22, DOD 3/22/22, BBD 6/21/22, CID 6/20/24. DX: UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE PAIN IN RT KNEE. KNEE WAS SEPTIC, INFECTION SPREAD THRU THE BODY. 3/28 HAD KNEE WASHED OUT HX THRU 4/1 AT JACKSON GENERAL. USES CANE TO AMBULATE. CANNOT LIFT. PT FOR KNEE AT HOME 2-3X PER WEEK 5/25/22 RF AP PUECK NOTED CLMT 1ST TREATED 3/22/22. UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE R/LS NORUNNING, JUMPING, PUSH/PULL, LIFT, CLIMB, CRAWL, KNEEL, S UAT, BENDING, OR WORKING OUT THRU APPROX 7/7/22. 7/4/22 MDS REVIEW SUPPORTED R/LS OF NO JUMPING, RUNNING, CLIMBING, S UATTING, KNEELING, CRAWLING, CROUCHING, NO LIFT/CARRY/PUSH/PULL OVER 10LBS AND NO STRENUOUS ACTIVITY UNTIL 8/2/2022 AS OUTLINED BY CARDIOLOGY. TO ALLOW FOR CONTINUED HEALING OF THE KNEE AND RESOLUTION OF THE VEGETATION IN THE HEART WITH RETURN OF STAMINA. RECOMMEND APPROVAL. ACTION PLAN 1) FU W/CLMT 7/2022 2) OBTAIN UPDATED MR IF NO RTW 3) CLINICAL REVIEW

**07/06/2022 10:09 AM - CLAIM Note 16**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject :
Text: 07/06/2022 - JOHNSON, RENATA KORBAN CARDIO--OVNS 3/30/22-6/28/22 HENDERSON CO MEDICAL GROUP-OVNS 3/11/22

**07/05/2022 2:25 PM - PHONE Note 5**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject :
Text: 07/05/2022 - ROCHA, REGINA EE CALLED TO F/UP ON THE STATUS OF CLAIM. DCM INFORMED EE THAT CLINICAL REV COMPLETED AND DCM WILL F/UP WITH EE ON THE STATUS OF CLAIM. EE RE UESTED TO BE TRANSFERRED TO ASSIGNED DCM.

**07/04/2022 8:35 PM - MDS Note**
Claim/Leave: 12903776
Episode : 1
Nurse Name: VAN DYKE, JAC UELINE
Service : 17438200
Service Date: 07/04/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, RENATA, JOHNSON
Note Type: INFORMATION OBTAINED DESC
Text: SEE DOC LIST FOR MEMORANDUM

**06/29/2022 2:46 PM - CLAIM Note 15**
Claim/Event/Leave: 12903776
NoteSubject : Notice/Proof Review
Other Subject : DAY 21
Text: 06/29/2022 - JOHNSON, RENATA DAY 21 NP. TO DATE, RECORDS HAVE BEEN RECEIVED FROM JACKSON GENERAL THRU 6/16/22. HENDERSON CO MEDICAL CENTER THRU 4/14/22, DR. KURBIN THRU 4/26/22, AND DR. KINDLE THRU 6/8/22. MEDICAL RECORDS ARE OUTSTANDING FROM DR.ROBBINS AND DR. PUECK. LTD FORMS ARE ALSO OUTSTANDING.
06/29/2022 - JOHNSON, RENATA CORRECTION LTD FORMS RCVD

**06/28/2022 12:50 PM - PHONE Note 4**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject :
Text: 06/28/2022 - JOHNSON, RENATA RCVD VM FROM CLMT WITH UESTIONS ABOUT CLAIM STATUS DCM RTC. ADV MR RCVD FROM JACKSON GENERAL THRU 6/16/22. HENDERSON CO MEDICAL THRU 4/14/22. DR. KURBAN THRU 4/26/22. DR. PUECK-RCVD RF AND OOW NOTE 5/26, CLMT CX THAT WAS LOV. ADV ACTUAL OVNS. NOV PUECK 7/7. DR. KINDLE THRU 6/8/22. WILL SEE CORBIN TODAY. SAW ROBBINS 6/2. ADV LTD BBD 6/21 BUT WOULD NOT RCV CHECK UNTIL APPROX 7/21. CLMT STATED SHE WILL FU W/AP PUECK TO OBTAIN OVNS FROM BEGINNING OF BEING OOW.

**06/28/2022 12:33 PM - PHONE Note 3**
Claim/Event/Leave: 12903776
NoteSubject : Called EE
Other Subject : ACD
Text: 06/28/2022 - KILLIAN, NAKESHIA CLMT CALLED TO SPEAK W/ ADCM. ADCM UNAVAILABLE AND IN MEETING. CX UNDER MDS REVIEW AND WILL F/U ONCE COMPLETED W/ CLMT. CX MRR RECD FROM HENDERSON MED CO. ADV REVIEW COULD TAKE UP TO 2WKS. CLMT ADV GOT FAX INFO OFF ADCM VM. CX GENERAL FAX TO HAVE MRR SENT TO. CX DR. PUECK IS KEEPING CLMT OOW. ASK IF ADCM CAN F/U W/ AP DR. PUECK TO CX FAX TO SEND MRR TO. DCM CX WILL SEND INFO TO DCM. THX .NF

**06/28/2022 12:15 PM - PHONE Note 2**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject : ACD
Text: 06/28/2022 - PELLETIER, ASHLEY EE CALLED FOR STATUS UPDATE ADVISED PENDED, EE WANTED TO SPEAK WITH ADCM BUT DIDN T HAVE HER EXT. CALL TRANSFERRED

**06/27/2022 11:30 AM - CLAIM Note 14**
Claim/Event/Leave: 12903776
NoteSubject : Other

NoteSubject : Other
Other Subject : RP UPDATE
Text: 06/27/2022 - JOHNSON, RENATA DATE: 06/23/2022 REFERENCE ID: 9437569 MEDICAL FACILITY/PROVIDER: CENTENNIAL MEDICAL CENTER PLEASE BE ADVISED THAT WE HAVE BEEN INFORMED THAT YOUR MEDICAL PROVIDER IS RE UESTING A SIGNED HIPAA COMPLIANT AUTHORI ATION TO BE SIGNED BEFORE RECORDS WILL BE RELEASED. PLEASE USE THE INCLUDED LINK TO HAVE THE CLAIMANT SIGN THE ATTACHED HIPAA AUTHORI ATION FORM. RETRIEVAL ACTIVITIES WILL RESUME UPON RECEIPT OF THE AUTHORI ATION RE UESTED. BE ADVISED, FACILITY HAS REJECTED YOUR AUTHORI ATION BECAUSE OF MISSING DISCRIPTION FO DISCLOSURE. I HAVE ATTACHED A COPY OF THE PRE ANNOTATED FACILITY AUTHORI ATION. PLEASE RETURN THE SAME PRE-ANNOTATED AUTHORI ATION WE HAVE PROVIDED, AS WE ARE NOT ALLOWED TO ANNOTATE AFTER THE AUTHORI ATION HAS BEEN SIGNED/DATED. ALSO, IF THERE ARE SENSITIVE RECORDS, SUCH AS AIDS/DRUGS/MENTAL AND THERE IS A SECTION THAT NEEDS TO BE SELECTED, PLEASE HAVE THAT SECTION INITIALED OR SIGNED. AS WE WILL BE NOT BE ABLE TO ANNOTATE ONCE THE FACILITY AUTHORI ATION HAS BEEN SIGNED/DATED BY YOUR CLIENT. ONCE COMPLETED, PLEASE SEND IT BACK TO US SO WE MAY PROCEED. YOU MAY UPLOAD THEM TO THE PORTAL OR SEND THEM TO AUTHOS RELEASEPOINT.COM THANK YOU. REMAR AUTH SENT TO CLMT

**06/23/2022 1:12 PM - CLAIM Note 13**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 06/23/2022 - MAURICE, DANIELLE INVOICE RECEIVED ON 06/23/2022 AND DATED 06/17/2022 FROM SCANSTAT TECHNOLOGIES. INV 6A3A62426C3741E3A55D, IN THE AMOUNT OF $21.50 FOR MEDICAL RECORDS. PAID INVOICE IN FULL

**06/22/2022 11:06 AM - CLAIM Note 12**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Other
Other Subject : RP
Text: 06/22/2022 - JOHNSON, RENATA RE UESTED MR FROM DR. ROBBINS, DR. PUECK/TN BONE JOINT, KORBIN CARDIOLOGY, JACKSON HOSPITAL, HENDERSON CO MEDICAL GROUP

**06/22/2022 10:59 AM - CLAIM Note 11**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject :
Text: 06/22/2022 - JOHNSON, RENATA RCVD CSS, CIF, A , TEE, DD, FI , RA, DPO, DL, AUTH

**06/21/2022 4:00 PM - PHONE Note 1**
Claim/Event/Leave: 12903776
NoteSubject : EE Called
Other Subject :
Text: 06/21/2022 - YOUNG, KERI EE CALLED TO FU ON THE STATUS OF HER CLAIM BECAUSE SHE HAS NOT RCVD PAYMENT YET. ADVISED THAT IT LOOKS LIKE WE ARE WAITING ON REVIEW TO COME BACK WHICH TYPICALLY TAKES 2 WEEKS AND IT WAS SENT END OF LAST WEEK. ADVISED THAT LTD IS PAID MONTHLY SO EVEN IF WE ARE ABLE TO MAKE A DETERMINATION TODAY A PAYMENT WOULDN T BE ISSUED UNTIL AROUND 7/21/22. EE STATED SHE WISH SHE HAD KNOWN ABOUT THAT SHE WAS UNDER THE IMPRESSION THAT THE CLAIM JUST ROLLED OVER INTO LTD. SHE ASKED WHAT SHE WAS SUPPOSED TO DO WITH THIS LETTER RCVD WITH THE A . SHE STATED THAT ALL THE AP SAID THEY SEND REC LAST WEEK EXCEPT ONE THAT STATED THEY NEED HIPPA FORM. CONFIRMED THE REC RCVD BUT IT LOOK LIKE WE MIGHT STILL NEED ROBBINS. EE STATED THAT MIGHT HAVE BEEN THE ONE WHO NEED THE HIPPA AUTH. ADVISED THAT ONE OF THE FORMS IN THAT PACKET WAS AN AUTH AND WE WOULD STIL NEED ALL THE OTHER FORMS AS WELL. EE STATED THAT SHE HAS SENT THEM LAST WEEK. ADVISED THAT CM SHOULD UPDATE HER ONCE THE REVIEW COMES BACK HOPEFULLY END OF NEXT WEEK OR FIRST WEEK OF JULY. EE ACKNO NF

**06/21/2022 3:43 PM - CLAIM Note 10**
Claim/Event/Leave: 12903776
NoteSubject : Telephonic Intake
Other Subject : TX TO LTD FCO
Text: 06/21/2022 - STACK, PAMELA EE CALLED IN AND STATED THAT HER STD ENDED YESTERDAY AND SHE WAS TOLD THAT IT WOULD JUST ROLL INTO LTD. SHE STATES WHEN SHE CALLED THE LAST TIME THAT SHE WAS TOLD IT WAS PENDING. FOR SOME REASON. SHE STATES ALL OF HER DOCTOR HAVE FAXED OVER THE INFORMATION RE UESTED AND WANTS TO KNOW IF WE HAVE RECEIVED IT, HOW LONG BEFORE THEY MAKE A DETERMINATION, WHEN SHE WILL GET PAID. I ATTEMPTED TO TX TO HER ADCM AND THERE WAS NO ANSWER AND THE EE STATES SHE HAS LEFT MULTIPLE MESSAGES. I TX HER TO THE CHARLOTTE FCO FOR LTD CLAIMS VIA THE HOTKEY IN WDE.

**06/20/2022 8:50 PM - CLAIM Note 9**
Claim/Event/Leave: 12903776
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 6/20/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HITE, TAMARA. CLAIM/AS EVENT IS PENDING REVIEW.

**06/20/2022 2:04 PM - CLAIM Note 8**
Claim/Event/Leave: 12903776
NoteSubject : Voc Rehab
Other Subject : OA
Text: 06/20/2022 - HITE, TAMARA SUMMARY: THE EMPLOYER RE UIREMENTS OF THE JOB ARE COMPARABLE TO THE OCCUPATION. IN THE NATIONAL ECONOMY. THE OCCUPATION OF PHYSICAL THERAPIST ASSISTANT RE UIRES A MEDIUM

LEVEL OF PHYSICAL DEMAND WITH FRE UENT STANDING, STOOPING, KNEELING, CROUCHING, REACHING, HANDLING, AND FINGERING AND OCCASIONAL SITTING, WALKING, CLIMBING, AND CRAWLING. BASED ON THE STANDARD VOCATIONAL RESOURCES OUTLINED ABOVE, COUPLED WITH MY VOCATIONAL EXPERTISE, PART-TIME OPPORTUNITY DOES EXIST IN THIS OCCUPATION.

**06/17/2022 8:50 AM - MDS Note**
Claim/Leave: 12903776
Episode : 1
Nurse Name: MONROE, AMY
Service : 17426058
Service Date: 06/17/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: ACTION PLAN DESCRIPTION
Text: 03

**06/17/2022 8:50 AM - MDS Note**
Claim/Leave: 12903776
Episode : 1
Nurse Name: MONROE, AMY
Service : 17426058
Service Date: 06/17/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: 03 UEUE

**06/16/2022 8:50 PM - CLAIM Note 7**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 6/16/2022 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**06/16/2022 12:19 PM - CLAIM Note 6**
Claim/Event/Leave: 12903776
NoteSubject : LTR to AP
Other Subject : MEDICAL RE UEST
Text: 06/16/2022 - JOHNSON, RENATA CONTACTED DR. ROBBINS, DR. DUNAWAY, KORBIN CARDIOLOGY, DR. PUCEK, AND JACKSON-MADISON COUNTY GENERAL HOSPITAL FOR MEDICAL RECORDS. - RE UEST - PROVIDER - MEDICAL

**06/16/2022 12:17 PM - CLAIM Note 5**
Claim/Event/Leave: 12903776
NoteSubject : Ref to Managed Care
Other Subject : LA
Text: 06/16/2022 - JOHNSON, RENATA CLMT IS A 50 YOF. JOB: PT ASSISTANT HOME HEALTH (PRESUMED MED OCC). LDW 3/21/22, DOD 3/22/22, BBD 6/21/22, CID 6/20/24. DX: UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE PAIN IN RT KNEE. KNEE WAS SEPTIC, INFECTION SPREAD THRU THE BODY. 3/28 HAD KNEE WASHED OUT HX THRU 4/1 AT JACKSON GENERAL. USES CANE TO AMBULATE. CANNOT LIFT. PT FOR KNEE AT HOME 2-3X PER WEEK 5/25/22 RF AP PUECK NOTED CLMT 1ST TREATED 3/22/22. UNILATERAL PRIMARY OSTEOARTHRITIS OF R KNEE R/LS NORUNNING, JUMPING, PUSH/PULL, LIFT, CLIMB, CRAWL, KNEEL, S UAT, BENDING, OR WORKING OUT THRU APPROX 7/7/22. 3/28/22 SEPTIC RIGHT KNEE IV ANTIBIOTICS, PAIN MEDS. 1) PLEASE IDENTIFY AND LIST THE CURRENT IMPAIRING DIAGNOSES, INCLUDING ANY CO-MORBIDS THAT MAY BE CONTRIBUTING TO IMPAIRMENT. PLEASE PROVIDE THE ICD-10 CODE THAT BEST CORRESPONDS TO THE PRIMARY IMPAIRING DIAGNOSIS, AND SECONDARY IMPAIRING DIAGNOSIS IF APPLICABLE. 2) PLEASE CLARIFY THE RESTRICTIONS LIMITATIONS THAT ARE REASONABLY SUPPORTED BY THE MEDICAL RECORDS ON FILE FROM DOD ONGOING. 3) PLEASE COMMENT ON DURATION AND PROGNOSIS OF SUPPORTED R LS. 4)IR R/LS UNCLEAR PLEASE CONTACT PROVIDER. 5)IF FFR RE UIRED, PLEASE NOTIFY DCM.

**06/16/2022 12:14 PM - CLAIM Note 4**
Claim/Event/Leave: 12903776
NoteSubject : Other
Other Subject :
Text: 06/16/2022 - JOHNSON, RENATA RCVD JD PT ASSISTANT HOME HEALTH. WE ARE SHOWING KIMBERLY S COVERAGE STARTED 1/1/2020. AS FOR THE TWO HIRE DATES, WE ARE ONLY SHOWING ONE IN OUR RECORDS: 4/29/2008.

**06/16/2022 11:54 AM - CLAIM Note 3**
Claim/Event/Leave: 12903776
NoteSubject : Med Records Rcvd
Other Subject : HENDERSON CO MEDICAL
Text: 06/16/2022 - JOHNSON, RENATA OVNS 3/11/22-4/4/22

**06/06/2022 3:08 PM - CLAIM Note 2**
Claim/Event/Leave: 12903776
NoteSubject : Notice/Proof Review
Other Subject :

Text: 06/06/2022 - JOHNSON, RENATA NP LTR SENT TO CLMT RE UESTING MR DR. ROBBINS, DR. PUECK, KORBIN CARDIOLOGY, JACKSON HOSPITAL, HENDERSON CO MEDICAL GROUP, LTD FORMS DAY 15-6/20 DAY 21-6/26 DAY 40-7/15 DAY 45-7/20

**06/06/2022 3:02 PM - CLAIM Note 1**
Claim/Event/Leave: 12903776
NoteSubject : LTR to AP
Other Subject : MEDICAL RE UEST
Text: 06/06/2022 - JOHNSON, RENATA CONTACTED JACKSON-MADISON COUNTY GENERAL HOSPITAL, HENDERSON COUNTY MEDICAL GROUP, DR. PUCEK, KORBIN CARDIOLOGY, AND DR. ROBBINS FOR MEDICAL RECORDS. - RE UEST - PROVIDER - MEDICAL

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 12765776 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**09/14/2022 7:50 AM - OVERPMT Note 1**
Claim/Event/Leave: 12765776
NoteSubject : OP/SS
Other Subject :
Text: 09/14/2022 - CLARKE, HILLARY PER CLAIM NOTE 12, CREATED OVP OF $15.00 ON CHECK 106917224.

**09/13/2022 8:51 PM - CLAIM Note 13**
Claim/Event/Leave: 12765776
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN RECEIVED AND ASSIGNED TO HILLARY CLARKE.

**09/13/2022 8:51 PM - CLAIM Note 12**
Claim/Event/Leave: 12765776
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR OTHER.WITH A REASON OF OTHER.COMMENTS: CASH PROCESSING PLEASE CREATE OVERPAYMENT FOR CDS CHK 27186541 / S1 CHK 106917224 IN AMT OF $15.00 ONLY. BACKUP IN DOC LIST

**06/21/2022 3:09 PM - PHONE Note 8**
Claim/Event/Leave: 12765776
NoteSubject : EE Called
Other Subject : ACD
Text: 06/21/2022 - WILLIAMS, JERITA EE CALLED TO SEE HOW MUCH SHE WILL BE GETTING FROM STD CHECK. DCM ADVISED. EE STATED WHEN WILL SHE GET LTD BENEFIT. DCM STATED WILL NEED TO F/UP WITH LTD CASE MANAGER. DCM STATED CLAIM UNDER MEDICAL REVIEW. CURRENTLY. EE THANKED

**06/02/2022 9:10 AM - CLAIM Note 11**
Claim/Event/Leave: 12765776
NoteSubject : Other
Other Subject :
Text: 06/02/2022 - JOHNSON, RENATA ASSIGNED TO R. JOHNSON

**06/01/2022 7:31 PM - CLAIM Note 10**
Claim/Event/Leave: 12765776
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: 06/01/2022 - HONRATH III, ROBERT AGREE W/ESCALATION TO SEVERE PER ADCM RATIONALE - LTD ELIGIBILITY CONFD

**05/30/2022 9:56 PM - CLAIM Note 9**
Claim/Event/Leave: 12765776
NoteSubject : Med Records Rcvd
Other Subject :
Text: 05/30/2022 - CLARK, JOSHUA RECVD MR FROM AP CX EE DX AND TX PLAN, MR ON FILE CX EE IS TO REMAIN OOW THROUGH 7/7/22...NO RUNNING, JUMPING, LIFTING, CLIMBING, ETC...NOV 7/7/22

**05/30/2022 9:54 PM - CLAIM Note 8**
Claim/Event/Leave: 12765776
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 05/30/2022 - CLARK. JOSHUA 1. VENDOR PAYMENT FOR CLAIM 12765776 HAS BEEN ADDED AND WILL BE

PROCESSED IN THE NEXT BATCH CYCLE. $15

**05/27/2022 3:57 PM - CLAIM Note 7**
Claim/Event/Leave: 12765776
NoteSubject : Ref to Other
Other Subject : ESCALATION
Text: 05/27/2022 - CLARK, JOSHUA DCM SEES REASON TO ESCALATE TO LTD AS EE MBD IS 6/20 AND EE HAS NO RTW DATE

**05/20/2022 2:07 PM - PHONE Note 7**
Claim/Event/Leave: 12765776
NoteSubject : EE Called
Other Subject :
Text: 05/20/2022 - CLARK, JOSHUA EE CALLED AND WANTED TO KNOW CHECK STATUS, INFORMED HER THAT CHECK WAS ISSUED 5/16 $2400 EE UNDERSTOOD NF

**05/16/2022 8:25 PM - PHONE Note 6**
Claim/Event/Leave: 12765776
NoteSubject : Called EE
Other Subject :
Text: 05/16/2022 - CLARK, JOSHUA RTC MISSED CALL FROM EE, WANTED TO GO OVER CLAIM, EE STATED THAT SHE WENT TO HX 3/28 AND EE STATED SHE HAS A HEART CONDITION...DR DUNAWAY IS A GOOD CONTACT....LDW 3/21 DOD 3/22....ADVISED I WILL GET MR FROM AP AND PREPAREEE FOR LTD AS SHE STATES SHE WILL BE OOW BEYOND MBD 6/20

**05/16/2022 8:25 PM - CLAIM Note 6**
Claim/Event/Leave: 12765776
NoteSubject : LTR to AP
Other Subject :
Text: 05/16/2022 - CLARK, JOSHUA SENT AP MR RE

**05/11/2022 4:52 PM - CLAIM Note 5**
Claim/Event/Leave: 12765776
NoteSubject : Approved
Other Subject : CX SX
Text: 05/11/2022 - CLARK, JOSHUA DCM SEES REASON TO APPROVE CLAIM, BASED UPON EE HAVING RIGHT KNEE JOINT SX ON 3/28 LDW 3/21 DOD 3/22 ERTW 5 WEEKS FROM SX

**05/11/2022 4:51 PM - PHONE Note 5**
Claim/Event/Leave: 12765776
NoteSubject : Called EE
Other Subject :
Text: 05/11/2022 - CLARK, JOSHUA CALLED EE AGAIN TO CX RTW DATE, NO ANSWER

**05/11/2022 4:48 PM - PHONE Note 4**
Claim/Event/Leave: 12765776
NoteSubject : Called EE
Other Subject :
Text: 05/11/2022 - CLARK, JOSHUA CALLED EE TO GO OVER CLAIM AND APPROVAL, CX DATES...NO ANSWER WENT TO VM

**05/06/2022 1:37 PM - PHONE Note 3**
Claim/Event/Leave: 12765776
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: 05/06/2022 - ARCHULETA, JACLYN EE IS A 50 YOF WHO WORKS AT AMERICAN HEALTH AS A PHYSICAL THERAPIST ASSISTANT / CONFIRMED PHONE, ADDRESS AND EMAIL/ LDW: 03/21/202 // DOD: 03/22/2022 // DX: OTHER SPECIFIED JOINT DISORDERS, RIGHT KNEE// SX DATE: 03/28/2022 AP INFO: DR SHANE DUNAWAY P. 731-661-9825 F. 731-668-6757 // EE IS A FULL TIME EMPLOYEE // NO OTHER SOURCE OF INCOME..// DCM ADVISED THAT ALL INFO WOULD BE RELATED TO ADCM AND FOLLOW UP CALL WOULD BE MADE/ EE UNDERSTOOD NF

**05/06/2022 1:32 PM - CLAIM Note 4**
Claim/Event/Leave: 12765776
NoteSubject : Telephonic Intake
Other Subject :
Text: 05/06/2022 - WILLIAMS, SHEBBIE EE CALLED TO FIND OUT INFORMATION REGARDING INFO ON WHEN SHE WOULD BE RECEIVING PAYMENTS ON HER CLAIM. TRANSFERRED EE TO FCO

**05/03/2022 9:59 PM - PHONE Note 2**
Claim/Event/Leave: 12765776
NoteSubject : Initial EE Interview
Other Subject :
Text: 05/03/2022 - CLARK, JOSHUA INCOMPLETE

**05/02/2022 6:32 PM - PHONE Note 1**
Claim/Event/Leave: 12765776
NoteSubject : ER Called

Other Subject :
Text: 05/02/2022 - CLARK, JOSHUA CALLED EE TO GO OVER CLAIM, NO ANSWER... NO VM SETUP

**04/28/2022 6:13 PM - CLAIM Note 3**
Claim/Event/Leave: 12765776
NoteSubject : Other
Other Subject : ER TEMPLATE
Text: 04/28/2022 - INTAKE, ADRIAN SENT ER TEMPLATE PER SCU LOADING INSTRUCTIONS.

**04/28/2022 3:14 PM - CLAIM Note 1**
Claim/Event/Leave: 12765776
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: SAME (EE S: SELF ) D9REPORTED CLAIM. DX- RIGHT KNEE EE BEING TREATED BY DR. SHANE DUNAWAY PHONE-731-661-9825 FAX- 731-668-6757.

**04/28/2022 3:14 PM - CLAIM Note 2**
Claim/Event/Leave: 12765776
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: LOV- 4.26.22. NOV- 5.12.22. ERTW- 5.10.22 SURGERY 3/28/22 RECOVERY 6 WEEKS

**This report contains claimant information collected from the employer interview. You will need to confirm this information with the employee.**

| | |
|---|---|
| Claim Number or Leave ID: | 12765776 |
| Reorted by Portal User ID: | DEYANA.SISSON@LFG.COM |
| Accident Date: | 1/1/1900 |
| Accident Time: | 12:00 AM |
| Job Description: | |
| Employee Subsidiary: | |
| Employee Location: | |
| Employee Class: | |
| Work Status: | |
| Salary Type: | |
| Earnings: | $0.00 |
| Return to Work Date: | 1/1/1900 |
| Product: | |
| Premium Employer Contribution: | |
| Premium Employee Contribution | |
| Employee Benefit Percent: | |

**The Employer Contact has indicated that the employee's injury or illness was work related, and the status of their WC claim is either accepted or pending.**

| | |
|---|---|
| WC Carrier | |
| WC Carrier Contact | |
| WC Carrier Contact Phone | |

**The Employer Contact has indicated that the employee will be receiving another source(s) of income for a portion of the absence, or the entire absence, covered by this claim.**

**Other Income 1**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 2**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 3**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 4**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 5**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 6**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 7**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 8**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 9**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 10**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

Andrew M. Hickman
*Associate Attorney*

drew@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

December 31, 2025

**CERTIFIED MAIL <u>#7016 1970 0001 1572 6632</u>**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: <u># (603) 334-0401</u>**

The Lincoln National Life Insurance Company
Disability and Life Claims
<u>Attn: Courtney G.</u>
P.O. Box 2578
Omaha, NE 68103

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Kimberly A. Kindle** |
| | **Claim No.:** | **12903776** |
| | **LTD Policy No.:** | **GD/GF3-890-LF0122-01** |
| | **Policy Holder:** | **American Health Companies** |
| | **SS No.:** | |
| | **DOB:** | |

Dear Courtney or To Whom It May Concern:

As you know, this law firm represents Ms. Kimberly A. Kindle on her long-term disability ["LTD"] benefits claim under the Plan/Policy referenced above. Please accept this letter as a supplement to our original appeal letter dated October 4, 2024. Specifically, this letter is in response to Lincoln's December 9, 2024 letter that included a Peer Review Report from Renuka Rudra, M.D. and a transferable skills analysis.

In said Peer Review Report, Dr. Rudra lists what he believes are Ms. Kindle's restrictions and limitations. Of course, this list is based on reviewing Ms. Kindle's medical records without ever actually having examined her. Dr. Rudra's list, however, contradicts that of Kelly Pucek, M.D., Ms. Kindle's orthopedist who has examined her in person on multiple occasions. *See*, **<u>Exhibit B</u>** to Ms. Kindle's October 24, 2024 appeal letter. For instance, Dr. Rudra states that Ms. Kindle can kneel and squat occasionally and is silent on whether or not she can use stairs. Dr. Pucek, however, having examined Ms. Kindle in person, states that she cannot kneel, squat, or use stairs. As stated in Ms. Kindle's original appeal letter, the opinions of medical personnel who have actually examined the claimant in person, such as Dr. Pucek, should be given more weight than the opinions of those who simply review medical records. Accordingly, Dr. Pucek's listed restrictions and limitations should be given more weight than Dr. Rudra's. Without using accurate restrictions and limitations. Lincoln cannot possibly perform an accurate vocational assessment.

With that analysis in mind, Lincoln takes the position that there are certain hypothetical jobs that Ms. Kindle could now perform, including Classification Clerk, Correspondence-Review Clerk, Tourist-Information Assistant, and Dispatcher – Maintenance Service Compiler. Yet, when considering broadly whether Ms. Kindle could at this stage return to the workforce, case law makes clear that not just *any* hypothetical job will suffice; a standard of reasonableness must be applied.

This is particularly true considering that the post-24-month definition of disability ("any occupation") cited in Lincoln's February 23, 2024 denial letter specifically incorporates the element of *reasonableness* (*referencing ability or not to work at any occupation for which a person is or "becomes reasonably fitted by training, education, experience, age, physical and mental capacity.")

In this regard, *see, McDonald v. Western-Southern Life Ins. Co.*, 347 F.3d 161 (6th Cir. 2003), an LTD case involving the any occupation point in which the Sixth Circuit stated:

> "...The mere possibility that a [Plan] participant ... might be able to return to some type of gainful employment, in light of overwhelming evidence to the contrary, is an insufficient basis upon which to support a plan administrator's decision to deny that participant's claim for LTD benefits. *See Mein v. Pool Co. Disabled Int'l Employee Long Term Disability Benefit Plan*, 989 F. Supp. 1337, 1350 (D. Colo. 1998)(holding that a plan administrator's decision to deny ERISA benefits was arbitrary and capricious where it was based upon a physician's opinion that the claimant may be capable of some sedentary work); *see also Norris v. Citibank, N.A. Disability Plan*, 308 F.3d 880, 883-84 (8th Cir. 2002)(quoting *Fletcher-Merrit v. NorAm Energy Corp.*, 250 F.3d 1174, 1179 (8th Cir. 2001)(holding that "'substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. Both the quantity and quality of evidence may be considered.'") ....
>
> *...[S]ee also VanderKlok v. Provident Life and Accident Ins. Co., 956 F.2d 610, 614-15* (6th Cir. 1992) (quoting *Torix v. Ball Corp.*, 862 F.2d 1428, 1431 (10th Cir. 1988) ("the phrase 'prevented from engaging in every business or occupation' [in Plan] cannot be construed so narrowly that an individual must be utterly helpless to be considered disabled and that nominal employment, such as selling peanuts or pencils which would only yield a pittance, does not constitute a 'business or occupation.' Instead, a claimant's entitlement to payments based on a claim of 'total disability' must be based on the claimant's ability to pursue 'gainful employment in light of all the circumstances') [footnote omitted]."

*See, id.* at 171-172 (emphasis added).

To conclude, we again would ask that you bring Ms. Kindle current in a lump–sum payment for all past–due LTD benefits plus interest then reinstate and continue her LTD benefits to the fullest thereafter, pursuant to the contractual terms of the Plan/Policy.

This letter is sent without waiver of, or prejudice to, Ms. Kindle's rights and remedies under the LTD Plan/Policy at issue and governing ERISA law; all rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. And, if Lincoln needs Ms. Kindle to do anything else reasonable to exhaust her remedies or perfect her claim(s), please let us know.

We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

*/s/ Andrew M. Hickman*
Andrew M. Hickman

AMH/amh

cc: Ms. Kindle

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | December 9, 2024 |
| To: | K. CODY ALLISON<br>CODY ALLISON AND ASSOCIATES, PLLC<br>CAVALIER BUILDING<br>95 WHITE BRIDGE RD SUITE #250<br>NASHVILLE TN 37205 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Courtney G.<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 11 |
| RE:<br><br>Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 9, 2024

K. Cody Allison
Cody Allison and Associates, Pllc
CAVALIER BUILDING
95 WHITE BRIDGE RD SUITE #250
NASHVILLE, TN 37205

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle

Dear K. Cody:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies Group Disability Policy. We are writing in reference to your client's claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on this appeal.

Please find attached a copy of the medical report completed by Renuka Rudra M.D., board certified in physical medicine and rehabilitation and the updated Transferrable Skills Analysis which is new or additional evidence in connection with your appeal. (Dr. Rudra deferred comment on any psychiatric or cardiac condition; however, we have not been provided with an updated records relative to these conditions). You may provide a written response to us, which we will consider in making our decision on this appeal. Please submit any written comments or additional medical documentation to us at the address in the upper right-hand corner of this letter, or you can fax it directly to 603-334-0401 or respond via email at disabilitydocuments@lfg.com.

The period for any response will expire on January 2, 2025. If you will not be responding to the review, please advise us in writing immediately.

Any information you wish to submit in support of this claim may be faxed or mailed to my attention by January 2, 2025, to:

The Lincoln National Life Insurance Company

P.O. Box 2578
Omaha, NE 68103-2578

Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401
Disabilitydocuments@lfg.com

Due to these special circumstances, an extension of time to process this appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on this appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney G.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 334-0401

Attachments: 12903776-MEDICAL-CP/PEER REVIEW-11.27.2024
12903776-VOC-TRANSFERRABLE SKILLS ASSESSMENT-12.06.2024

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Renuka Rudra M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Kimberly A. Kindle | **Claim Number:** | 12903776 |
| **Report Date:** | 11/27/24 | **Referral Type:** | Appeal |
| **Referral Date:** | 11/20/24 | **Claimant DOB:** | 07/27/71 |
| **Dane Street ID:** | 2400414 | | |

**Questions:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The claimant has impairing diagnoses of:

Unilateral primary osteoarthritis of the right knee - M17.11
Arthritis of both knees - M17.0
Low back pain - M54.50
Status post right knee replacement
Partial tear of the rotator cuff

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

The comorbid diagnoses include:

Depression - F32.9
Anxiety - F41.9

**I defer the determination of R/Ls to the appropriate specialist.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 6/20/24 to present, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant has had functional impairments from 06/20/24 and ongoing.

The claimant is a 53-year-old female who is diagnosed with unilateral primary osteoarthritis of the right knee, arthritis of both knees, low back pain, status post right knee replacement, and partial tear of the rotator cuff. The claimant has a history of undergoing open irrigation and debridement of the septic right knee on 03/28/22. The claimant is being treated for aortic valve disease on 06/21/22. I would defer to the appropriate specialty. The claimant has a history of MRI of the right knee revealed a large area of full-thickness chondral thinning and fissuring of the weight-bearing and non-weight-bearing medial femoral condyle, full-thickness chondral thinning and fissuring of the anteromedial aspect of the medial tibial plateau, moderate subchondral stress reaction without fracture of the medial tibia, mild subchondral marrow edema in the medial femoral condyle, free edge fraying of the body of both the medial and lateral meniscus, mild chondral thinning and fissuring of the median ridge patella, moderate chondral thinning of the lateral trochlear facet, and focal chondral fissuring in the lateral tibial plateau. The claimant has a history of total knee replacement on the right knee in May 2023.

During the timeframe in question, the claimant is assessed by Dr. Kelly Pucek from 01/04/24 through ongoing. The claimant had examination findings of limited range of motion of the right knee, positive impingement signs to the right shoulder, limited range of motion of the right shoulder, crepitus around the AC joint, diffuse tenderness to palpation, paraspinal muscle spasms of the low back, tenderness in both sciatic notches, negative straight leg raise test, good range of motion of the right knee on 05/14/24, small effusion, diffusely tender of the right knee, and weakness with abduction and external rotation of the right shoulder. It is noted that the claimant is waiting on shoulder surgery. The treating provider had placed the claimant completely unable to work on 05/14/24. There was an IME noted on 01/20/24 by Dr. R. Asaro stating the opinion that the claimant would be restricted to sedentary duties. As of 03/15/24, Dr. Michael Weston had performed an MRI of the right shoulder revealing intermediate-grade articular surface tear of the supraspinatus, peritendinous cyst in the bicipital groove, mild biceps long head tenosynovitis, and mild AC joint degenerative change.

Due to the claimant having a history of total knee replacement on the right in May 2023, a history of MRI findings consistent with full chondral thinning and fissuring on the right knee, MRI findings during the timeframe in the question of the right shoulder revealing partial tear of the rotator cuff, limited range of motion of the right knee, small effusion, diffusely tender of the right knee and right shoulder, limited range of motion of the right shoulder, weakness with abduction and external rotation of the right shoulder, paraspinal muscle spasms of the low back, diffuse tenderness to palpation of the low back, crepitus of the AC joint, and positive impingement signs found on exam, it would be appropriate that the claimant be restricted from 06/20/24 and ongoing.

Supported restrictions and limitations from 06/20/24 through current include:

Sitting: 30 minutes per day for up to six hours per day with the ability to alter her position as needed.

Standing: up to 10 minutes at one time for a total of 2 hours per day

Walking: up to 10 minutes at one time for a total of 2 hours per day

Reaching Overhead: never on the right and unrestricted on the left

Reaching Desk Level: unrestricted bilaterally

Reaching Below Waist: occasionally bilaterally

Handle, Finger, and Feel: unrestricted bilaterally

Simple/Firm grasping: unrestricted bilaterally

Lifting and carrying: 10 pounds occasionally and 5 pounds frequently bilaterally

Pushing and pulling: 10 pounds occasionally and 5 pounds frequently bilaterally

Bending: occasionally

Stooping: occasionally

Twisting: occasionally

Squatting: occasionally

Kneeling: occasionally

Never climbing or operating heavy machinery

No additional physical activity restrictions are supported.

The claimant should be reassessed 12 weeks from the date of this review as the claimant is pending further treatment.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The treating provider had placed the claimant completely out of work during the timeframe in question. The medical records would not support these restrictions and limitations as the claimant is 18 months status post total knee replacement on the right, the claimant has no signs of altered gait, no signs of altered sensation, and the given findings would support that the claimant could perform within the given restrictions in Q3.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the treating provider is clinically reasonable and consistent with the apparent level of severity of the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no nonmedical circumstances identified in the medical records that would adversely impact work.

**7. Does the medical evidence support the employee has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 6/20/24 to present? Please explain your medical rationale.**

The medical evidence does support the claimant can sustain reliable full-time capacity within the identified restrictions as the claimant has no signs of altered gait, no signs of altered sensation, no signs of loss of strength in the lower back or right knee, the claimant is 18 months out from the total right knee arthroplasty, and findings consistent with limited range of motion, tenderness, and impingement of the right shoulder would allow the claimant to perform within the given restrictions eight hours per day and five days per week at a full-time capacity within the timeframe in question.

**Medical Records:**

Ethos Investigative Report
Tennessee Valley Home Care Llc Employment
Questionnaire
07/13/1972 Lena Beal Legal and Administrative 07/13/1972, 07/13/2022
09/28/2016 Unknown Unknown 09/28/2016
03/11/2022 Alan Weatherford, PA Medical Report Visit/Note 03/11/2022, 04/11/2022, 07/07/2022, 02/20/2024
03/22/2022 Shane Dunaway, MSN APRN FNP-C Medical Report Visit/Note 03/22/2022, 03/25/2022
03/25/2022 Labcorp Birmingham Lab and Diagnostic Results 03/25/2022
03/25/2022 Unknown Lab and Diagnostic Results 03/25/2022, 04/04/2022, 04/09/2022
03/25/2022 Henderson County Community Hospital Lab and Diagnostic Results 03/25/2022
03/25/2022 Sha Dunaway Lab and Diagnostic Results 03/25/2022
03/25/2022 Kaushal Patel, MD Medical Report Visit/Note 03/25/2022
03/28/2022 Kelly Dwayne Pucek, MD Procedure/Operative Report 03/28/2022
03/28/2022 Kelly Dwayne Pucek, MD Medical Report Visit/Note 03/28/2022, 04/19/2022, 05/26/2022, 07/07/2022, 08/11/2022, 11/17/2022, 01/19/2023, 03/21/2023, 06/01/2023, 07/27/2023, 09/14/2023, 11/17/2023, 01/04/2024, 03/19/2024, 05/14/2024
03/30/2022 Michael Osayamen, MD Lab and Diagnostic Results 03/30/2022
04/05/2022 Elliot Kurban, MD Medical Report Visit/Note 04/05/2022, 06/21/2022, 06/28/2022
04/08/2022 Elliot Kurban, MD Specialized Diagnostic Reports 04/08/2022
04/14/2022 Kde Lab and Diagnostic Results 04/14/2022

04/26/2022 Holly Bunch Medical Report Visit/Note 04/26/2022
05/05/2022 Albert Domm, MD Lab and Diagnostic Results 05/05/2022
05/18/2022 Mark Robbins, MD Medical Report Visit/Note 05/18/2022
05/25/2022 Kelly Dwayne Pucek, MD Work Status/Restrictions 05/25/2022, 07/07/2022, 08/19/2022, 01/25/2023, 09/26/2023, 09/28/2023, 11/22/2023, 03/26/2024, 05/14/2024
06/02/2022 Forrest Busler, MD Lab and Diagnostic Results 06/02/2022
06/20/2022 Tamara Hite, MA CRC Independent Medical Examination (IME) 06/20/2022
06/28/2022 Elliot Kurban, MD Work Status/Restrictions 06/28/2022
06/29/2022 Elliot Kurban, MD Medical Correspondence 06/29/2022
07/03/2022 Alan Weatherford, PA Attending Physician Statement 07/03/2022
07/04/2022 Unknown Medical Correspondence 07/04/2022, 10/12/2022
07/08/2022 Kelly Dwayne Pucek, MD Attending Physician Statement 07/08/2022, 08/19/2022, 09/28/2022, 11/29/2022, 01/10/2024
07/13/2022 Historic Yalle Legal and Administrative 07/13/2022
07/13/2022 Social Security Administration Questionnaire 07/13/2022
07/19/2022 Social Security Administration Legal and Administrative 07/19/2022, 05/15/2023
07/22/2022 Roger Warren Medical Correspondence 07/22/2022
09/15/2022 Reggie Henderson, MD Medical Report Visit/Note 09/15/2022, 02/20/2024
09/29/2022 Sharecare Health Data Services, Llc For Ascension Medical Group - Tennessee Medical Correspondence 09/29/2022
10/04/2022 Deaundra M Medical Correspondence 10/04/2022, 12/09/2022
10/04/2022 Deaundra M Legal and Administrative 10/04/2022
10/12/2022 The Lincoln National Life Insurance Company Questionnaire 10/12/2022
11/15/2022 James Stensby, MD Magnetic Resonance Imaging (MRI) 11/15/2022
03/02/2023 Tennessee Department Of Human Services Disability Determination Section Medical Correspondence 03/02/2023
04/24/2023 Social Security Administration Denials 04/24/2023
05/15/2023 Unknown Legal and Administrative 05/15/2023
01/04/2024 Karen Faucher Medical Correspondence 01/04/2024
01/20/2024 R Asaro, DO Dane Street Documents 01/20/2024
02/15/2024 Megan Provost, MA CRC Independent Medical Examination (IME) 02/15/2024
02/23/2024 Lincoln Financial Group Questionnaire 02/23/2024
03/15/2024 Michael Andrew Weston, MD Magnetic Resonance Imaging (MRI) 03/15/2024
04/06/2024 Cody Allison, ESQ Legal and Administrative 04/06/2024, 10/30/2024
05/24/2024 Cody Allison & Associates, Pllc Appeals 05/24/2024
10/04/2024 Andrew Hickman Legal and Administrative 10/04/2024
10/08/2024 Kimberly Kindle Appeals 10/08/2024
10/30/2024 Cody Allison, ESQ Medical Correspondence 10/30/2024
11/20/2024 Peer Review Report 11/20/2024

**Summary:**

All of the listed documents have been reviewed; however, only the pertinent records will be commented on.

The time period under review is from 6/20/24 to present.

The claimant is a 53-year-old female who is diagnosed with unilateral primary osteoarthritis of the right knee, arthritis of both knees, low back pain, status post right knee replacement, and partial tear of the rotator cuff.

As of 03/11/22, Alan Weatherford, PA, the claimant is presenting with a six-month checkup. The claimant is diagnosed with anxiety, GERD, and hyperlipidemia. As of 03/28/22, the claimant underwent open irrigation and debridement of the septic right knee.

As of 06/21/22, Elliot Kurban, MD, the claimant is presenting with evaluation and management of valvular heart disease. The claimant is diagnosed with aortic valve disease, aortic valve vegetation, bicuspid aortic valve,

methicillin-resistant Staphylococcus aureus, pulmonary hypertension, and septic arthritis of the knee.

As of 09/15/22, Reggie Henderson, MD, the claimant is following up on septic arthritis of the right knee six months ago. The claimant is diagnosed with anxiety, GERD, hyperlipidemia, pain in the right knee, and arthritis in both knees.

As of 11/15/22, James Stensby, MD, the claimant underwent an MRI of the right knee revealing a large area of full-thickness chondral thinning and fissuring of the weight-bearing and non-weight bearing medial femoral condyle, full-thickness chondral thinning and fissuring of the anteromedial aspect of the medial tibial plateau, moderate subchondral stress reaction without fracture of the medial tibia, mild subchondral marrow edema in the medial femoral condyle, free edge fraying of the body of both the medial and lateral meniscus, mild chondral thinning and fissuring of the median ridge patella, moderate chondral thinning of the lateral trochlear facet, and focal chondral fissuring in the lateral tibial plateau.

As of 03/21/23, Kelly Dwayne Pucek, MD, the claimant is following up on right knee pain. As of 06/01/23, the claimant is following up on the right knee. It is noted the claimant had just recently undergone knee replacement a couple of weeks ago. As of 11/17/23, the claimant is following up on the right knee. The claimant does have positive impingement signs on the right shoulder.

On 01/04/24, Kelly Pucek, MD, the claimant presented with a follow-up on the shoulder. The claimant had undergone depo shots hip at the last appointment. Physical exam shows positive impingement signs to the right shoulder, limited range of motion of the right shoulder, crepitus centered around the AC joint, and diffuse tenderness to palpation. The claimant had undergone an x-ray of the hip to rule out joint pathology of the hip. The treating provider would like to get an MRI of the right shoulder.

On 01/10/24, Kelly Pucek, MD, APS, the claimant is diagnosed with pain in the right knee. X-ray of the right shoulder shows degenerative changes at the AC joint and inferior spurring. The claimant can return to work as of 09/26/23 with the restrictions of no kneeling or squatting on the knee no impact and minimized stairs.

On 01/20/24, R. Asaro, DO, IME, the treating provider stated that in their opinion it would be reasonable that the claimant has sedentary restrictions.

On 02/20/24, Alan Weatherford, PA, the claimant presented with a follow-up as the claimant is still not working due to knee surgery. The claimant is experiencing anxiety and depression. A physical exam reveals a limited range of motion of the right knee and normal strength. The claimant is diagnosed with anxiety, GERD, hyperlipidemia, pain in the right knee, arthritis of both knees, septic arthritis of the knee, asthma, insomnia, arthritis of the right knee, and depression.

On 03/15/24, Michael Weston, MD, the claimant underwent an MRI of the right shoulder revealing intermediate-grade articular surface tear of the supraspinatus, peritendinous cyst in the bicipital groove, mild biceps long head tenosynovitis, and mild AC degenerative change.

On 03/19/24, Kelly Dwayne Pucek, MD, the claimant presented with a follow-up on the right shoulder. Physical exam reveals persistent impingement signs, and weakness with abduction and external rotation, and MRI shows partial tearing of the rotator cuff. The treating provider recommends that the claimant undergo decompression surgery.

On 03/26/24, Kelly Dwayne Pucek, MD, APS, the claimant can return to work with restrictions of no kneeling, no squatting, no stairs or forceful motion of the joint and avoiding heights, overhead activities, no lifting at arm's length, 10-pound weight limit away from the body to 20 pounds weight limit at the body, and no forceful motion of the joint.

On 05/14/24, Kelly Dwayne Pucek, MD, the claimant followed up on back pain, right shoulder pain, and right knee pain. Physical exam reveals paraspinal muscle spasms of the lower back, tenderness in both sciatic notches, negative straight leg raise test, good range of motion of the right knee, small effusion, diffusely tender of the right knee,

shoulder exam is consistent with rotator cuff tearing, weakness with abduction and external rotation, and pain. The claimant is trying to get through the fall to consider doing shoulder surgery at that time. The claimant is unable to work at this time.

On 12/08/23, there was an investigative report noting that on 05/20/23 the claimant appeared to be in a wheelchair and was wearing some type of brace on her leg.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Renuka Rudra, MD

Renuka Rudra M.D.
Board Certified Physical Medicine and Rehabilitation
CA#A-175678

**Vocational Memorandum**

**Date:** 12/06/24

**Claim:** 12903776
**Claimant:** Kimberly Kindle

**Vocational Assessment:**

VRC received this file for a TSA update to one previously completed on 02/15/24. Please see that report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. The following was noted:

**Examples of Occupations identified based on national economy labor market and insured's ability profile analysis:**

| DOT Code | Occupation | Strength | Monthly Wage |
|---|---|---|---|
| 206.387-010 | Classification Clerk | S | $3,107.87 |
| 245.367-026 | Order-Control Clerk, Blood Bank | S | $3,172.00 |
| 209.367-018 | Correspondence-Review Clerk | S | $3,225.73 |
| 237.367-050 | Tourist-Information Assistant | S | $3,263.87 |
| 239.367-014 | Dispatcher, Maintenance Service | S | $3,735.33 |
| 209.387-014 | Compiler | S | $4,073.33 |

*Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

This was based on the following:

**Education & Training:**
Education: High school diploma, 2 years college, associate degree.

Professional training/Certifications/Licensures: Physical therapy assistant

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | Year | Strength |
|---|---|---|---|
| 076.224-010 | Physical Therapist Assistant | 13 years 11 months | M |

I have been asked to utilize restrictions and limitations from a peer review completed by Renuka Rudra M.D. (Physical Medicine and Rehabilitation) on 11/27/24. They include:

> "Sitting: 30 minutes per day for up to six hours per day with the ability to alter her position as needed.
> Standing: up to 10 minutes at one time for a total of 2 hours per day
> Walking: up to 10 minutes at one time for a total of 2 hours per day
> Reaching Overhead: never on the right and unrestricted on the left
> Reaching Desk Level: unrestricted bilaterally
> Reaching Below Waist: occasionally bilaterally
> Handle, Finger, and Feel: unrestricted bilaterally
> Simple/Firm grasping: unrestricted bilaterally

Lifting and carrying: 10 pounds occasionally and 5 pounds frequently bilaterally
Pushing and pulling: 10 pounds occasionally and 5 pounds frequently bilaterally
Bending: occasionally
Stooping: occasionally
Twisting: occasionally
Squatting: occasionally
Kneeling: occasionally
Never climbing or operating heavy machinery"

Based on these updated capacities, all but one of the previously-identified occupations remain viable. Order Control Clerk, Blood Bank was eliminated secondary to the reaching restrictions/limitations above. All occupations were verified manually and individually against restrictions and limitations above.

This information will be provided to the ARC. This memorandum will serve in lieu of a formal written report given minimal change from the prior review.

Jason M., M.Ed., CRC, ABVE/F
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Vocational Consultant II
Group Protection
Lincoln Financial

**Vocational Memorandum**

**Date:** 12/06/24

**Claim:** 12903776
**Claimant:** Kimberly Kindle

**Vocational Assessment:**

VRC received this file for a TSA update to one previously completed on 02/15/24. Please see that report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. The following was noted:

**Examples of Occupations identified based on national economy labor market and insured's ability profile analysis:**

| DOT Code | Occupation | Strength | Monthly Wage |
|---|---|---|---|
| 206.387-010 | Classification Clerk | S | $3,107.87 |
| 245.367-026 | Order-Control Clerk, Blood Bank | S | $3,172.00 |
| 209.367-018 | Correspondence-Review Clerk | S | $3,225.73 |
| 237.367-050 | Tourist-Information Assistant | S | $3,263.87 |
| 239.367-014 | Dispatcher, Maintenance Service | S | $3,735.33 |
| 209.387-014 | Compiler | S | $4,073.33 |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

This was based on the following:

**Education & Training:**
Education: High school diploma, 2 years college, associate degree.

Professional training/Certifications/Licensures: Physical therapy assistant

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | Year | Strength |
|---|---|---|---|
| 076.224-010 | Physical Therapist Assistant | 13 years 11 months | M |

I have been asked to utilize restrictions and limitations from a peer review completed by Renuka Rudra M.D. (Physical Medicine and Rehabilitation) on 11/27/24. They include:

> "Sitting: 30 minutes per day for up to six hours per day with the ability to alter her position as needed.
> Standing: up to 10 minutes at one time for a total of 2 hours per day
> Walking: up to 10 minutes at one time for a total of 2 hours per day
> Reaching Overhead: never on the right and unrestricted on the left
> Reaching Desk Level: unrestricted bilaterally
> Reaching Below Waist: occasionally bilaterally
> Handle, Finger, and Feel: unrestricted bilaterally
> Simple/Firm grasping: unrestricted bilaterally

Lifting and carrying: 10 pounds occasionally and 5 pounds frequently bilaterally
Pushing and pulling: 10 pounds occasionally and 5 pounds frequently bilaterally
Bending: occasionally
Stooping: occasionally
Twisting: occasionally
Squatting: occasionally
Kneeling: occasionally
Never climbing or operating heavy machinery"

Based on these updated capacities, all but one of the previously-identified occupations remain viable. Order Control Clerk, Blood Bank was eliminated secondary to the reaching restrictions/limitations above. All occupations were verified manually and individually against restrictions and limitations above.

This information will be provided to the ARC. This memorandum will serve in lieu of a formal written report given minimal change from the prior review.

Jason M., M.Ed., CRC, ABVE/F
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Vocational Consultant II
Group Protection
Lincoln Financial

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Renuka Rudra M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Kimberly A. Kindle | **Claim Number:** | 12903776 |
| **Report Date:** | 11/27/24 | **Referral Type:** | Appeal |
| **Referral Date:** | 11/20/24 | **Claimant DOB:** | 07/27/71 |
| **Dane Street ID:** | 2400414 | | |

**Questions:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The claimant has impairing diagnoses of:

Unilateral primary osteoarthritis of the right knee - M17.11
Arthritis of both knees - M17.0
Low back pain - M54.50
Status post right knee replacement
Partial tear of the rotator cuff

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

The comorbid diagnoses include:

Depression - F32.9
Anxiety - F41.9

**I defer the determination of R/Ls to the appropriate specialist.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 6/20/24 to present, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant has had functional impairments from 06/20/24 and ongoing.

The claimant is a 53-year-old female who is diagnosed with unilateral primary osteoarthritis of the right knee, arthritis of both knees, low back pain, status post right knee replacement, and partial tear of the rotator cuff. The claimant has a history of undergoing open irrigation and debridement of the septic right knee on 03/28/22. The claimant is being treated for aortic valve disease on 06/21/22. I would defer to the appropriate specialty. The claimant has a history of MRI of the right knee revealed a large area of full-thickness chondral thinning and fissuring of the weight-bearing and non-weight-bearing medial femoral condyle, full-thickness chondral thinning and fissuring of the anteromedial aspect of the medial tibial plateau, moderate subchondral stress reaction without fracture of the medial tibia, mild subchondral marrow edema in the medial femoral condyle, free edge fraying of the body of both the medial and lateral meniscus, mild chondral thinning and fissuring of the median ridge patella, moderate chondral thinning of the lateral trochlear facet, and focal chondral fissuring in the lateral tibial plateau. The claimant has a history of total knee replacement on the right knee in May 2023.

During the timeframe in question, the claimant is assessed by Dr. Kelly Pucek from 01/04/24 through ongoing. The claimant had examination findings of limited range of motion of the right knee, positive impingement signs to the right shoulder, limited range of motion of the right shoulder, crepitus around the AC joint, diffuse tenderness to palpation, paraspinal muscle spasms of the low back, tenderness in both sciatic notches, negative straight leg raise test, good range of motion of the right knee on 05/14/24, small effusion, diffusely tender of the right knee, and weakness with abduction and external rotation of the right shoulder. It is noted that the claimant is waiting on shoulder surgery. The treating provider had placed the claimant completely unable to work on 05/14/24. There was an IME noted on 01/20/24 by Dr. R. Asaro stating the opinion that the claimant would be restricted to sedentary duties. As of 03/15/24, Dr. Michael Weston had performed an MRI of the right shoulder revealing intermediate-grade articular surface tear of the supraspinatus, peritendinous cyst in the bicipital groove, mild biceps long head tenosynovitis, and mild AC joint degenerative change.

Due to the claimant having a history of total knee replacement on the right in May 2023, a history of MRI findings consistent with full chondral thinning and fissuring on the right knee, MRI findings during the timeframe in the question of the right shoulder revealing partial tear of the rotator cuff, limited range of motion of the right knee, small effusion, diffusely tender of the right knee and right shoulder, limited range of motion of the right shoulder, weakness with abduction and external rotation of the right shoulder, paraspinal muscle spasms of the low back, diffuse tenderness to palpation of the low back, crepitus of the AC joint, and positive impingement signs found on exam, it would be appropriate that the claimant be restricted from 06/20/24 and ongoing.

Supported restrictions and limitations from 06/20/24 through current include:

Sitting: 30 minutes per day for up to six hours per day with the ability to alter her position as needed.

Standing: up to 10 minutes at one time for a total of 2 hours per day

Walking: up to 10 minutes at one time for a total of 2 hours per day

Reaching Overhead: never on the right and unrestricted on the left

Reaching Desk Level: unrestricted bilaterally

Reaching Below Waist: occasionally bilaterally

Handle, Finger, and Feel: unrestricted bilaterally

Simple/Firm grasping: unrestricted bilaterally

Lifting and carrying: 10 pounds occasionally and 5 pounds frequently bilaterally

Pushing and pulling: 10 pounds occasionally and 5 pounds frequently bilaterally

Bending: occasionally

Stooping: occasionally

Twisting: occasionally

Squatting: occasionally

Kneeling: occasionally

Never climbing or operating heavy machinery

No additional physical activity restrictions are supported.

The claimant should be reassessed 12 weeks from the date of this review as the claimant is pending further treatment.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The treating provider had placed the claimant completely out of work during the timeframe in question. The medical records would not support these restrictions and limitations as the claimant is 18 months status post total knee replacement on the right, the claimant has no signs of altered gait, no signs of altered sensation, and the given findings would support that the claimant could perform within the given restrictions in Q3.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the treating provider is clinically reasonable and consistent with the apparent level of severity of the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no nonmedical circumstances identified in the medical records that would adversely impact work.

**7. Does the medical evidence support the employee has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 6/20/24 to present? Please explain your medical rationale.**

The medical evidence does support the claimant can sustain reliable full-time capacity within the identified restrictions as the claimant has no signs of altered gait, no signs of altered sensation, no signs of loss of strength in the lower back or right knee, the claimant is 18 months out from the total right knee arthroplasty, and findings consistent with limited range of motion, tenderness, and impingement of the right shoulder would allow the claimant to perform within the given restrictions eight hours per day and five days per week at a full-time capacity within the timeframe in question.

**Medical Records:**

Ethos Investigative Report
Tennessee Valley Home Care Llc Employment
Questionnaire
07/13/1972 Lena Beal Legal and Administrative 07/13/1972, 07/13/2022
09/28/2016 Unknown Unknown 09/28/2016
03/11/2022 Alan Weatherford, PA Medical Report Visit/Note 03/11/2022, 04/11/2022, 07/07/2022, 02/20/2024
03/22/2022 Shane Dunaway, MSN APRN FNP-C Medical Report Visit/Note 03/22/2022, 03/25/2022
03/25/2022 Labcorp Birmingham Lab and Diagnostic Results 03/25/2022
03/25/2022 Unknown Lab and Diagnostic Results 03/25/2022, 04/04/2022, 04/09/2022
03/25/2022 Henderson County Community Hospital Lab and Diagnostic Results 03/25/2022
03/25/2022 Sha Dunaway Lab and Diagnostic Results 03/25/2022
03/25/2022 Kaushal Patel, MD Medical Report Visit/Note 03/25/2022
03/28/2022 Kelly Dwayne Pucek, MD Procedure/Operative Report 03/28/2022
03/28/2022 Kelly Dwayne Pucek, MD Medical Report Visit/Note 03/28/2022, 04/19/2022, 05/26/2022, 07/07/2022, 08/11/2022, 11/17/2022, 01/19/2023, 03/21/2023, 06/01/2023, 07/27/2023, 09/14/2023, 11/17/2023, 01/04/2024, 03/19/2024, 05/14/2024
03/30/2022 Michael Osayamen, MD Lab and Diagnostic Results 03/30/2022
04/05/2022 Elliot Kurban, MD Medical Report Visit/Note 04/05/2022, 06/21/2022, 06/28/2022
04/08/2022 Elliot Kurban, MD Specialized Diagnostic Reports 04/08/2022
04/14/2022 Kde Lab and Diagnostic Results 04/14/2022

04/26/2022 Holly Bunch Medical Report Visit/Note 04/26/2022
05/05/2022 Albert Domm, MD Lab and Diagnostic Results 05/05/2022
05/18/2022 Mark Robbins, MD Medical Report Visit/Note 05/18/2022
05/25/2022 Kelly Dwayne Pucek, MD Work Status/Restrictions 05/25/2022, 07/07/2022, 08/19/2022, 01/25/2023, 09/26/2023, 09/28/2023, 11/22/2023, 03/26/2024, 05/14/2024
06/02/2022 Forrest Busler, MD Lab and Diagnostic Results 06/02/2022
06/20/2022 Tamara Hite, MA CRC Independent Medical Examination (IME) 06/20/2022
06/28/2022 Elliot Kurban, MD Work Status/Restrictions 06/28/2022
06/29/2022 Elliot Kurban, MD Medical Correspondence 06/29/2022
07/03/2022 Alan Weatherford, PA Attending Physician Statement 07/03/2022
07/04/2022 Unknown Medical Correspondence 07/04/2022, 10/12/2022
07/08/2022 Kelly Dwayne Pucek, MD Attending Physician Statement 07/08/2022, 08/19/2022, 09/28/2022, 11/29/2022, 01/10/2024
07/13/2022 Historic Yalle Legal and Administrative 07/13/2022
07/13/2022 Social Security Administration Questionnaire 07/13/2022
07/19/2022 Social Security Administration Legal and Administrative 07/19/2022, 05/15/2023
07/22/2022 Roger Warren Medical Correspondence 07/22/2022
09/15/2022 Reggie Henderson, MD Medical Report Visit/Note 09/15/2022, 02/20/2024
09/29/2022 Sharecare Health Data Services, Llc For Ascension Medical Group - Tennessee Medical Correspondence 09/29/2022
10/04/2022 Deaundra M Medical Correspondence 10/04/2022, 12/09/2022
10/04/2022 Deaundra M Legal and Administrative 10/04/2022
10/12/2022 The Lincoln National Life Insurance Company Questionnaire 10/12/2022
11/15/2022 James Stensby, MD Magnetic Resonance Imaging (MRI) 11/15/2022
03/02/2023 Tennessee Department Of Human Services Disability Determination Section Medical Correspondence 03/02/2023
04/24/2023 Social Security Administration Denials 04/24/2023
05/15/2023 Unknown Legal and Administrative 05/15/2023
01/04/2024 Karen Faucher Medical Correspondence 01/04/2024
01/20/2024 R Asaro, DO Dane Street Documents 01/20/2024
02/15/2024 Megan Provost, MA CRC Independent Medical Examination (IME) 02/15/2024
02/23/2024 Lincoln Financial Group Questionnaire 02/23/2024
03/15/2024 Michael Andrew Weston, MD Magnetic Resonance Imaging (MRI) 03/15/2024
04/06/2024 Cody Allison, ESQ Legal and Administrative 04/06/2024, 10/30/2024
05/24/2024 Cody Allison & Associates, Pllc Appeals 05/24/2024
10/04/2024 Andrew Hickman Legal and Administrative 10/04/2024
10/08/2024 Kimberly Kindle Appeals 10/08/2024
10/30/2024 Cody Allison, ESQ Medical Correspondence 10/30/2024
11/20/2024 Peer Review Report 11/20/2024

**Summary:**

All of the listed documents have been reviewed; however, only the pertinent records will be commented on.

The time period under review is from 6/20/24 to present.

The claimant is a 53-year-old female who is diagnosed with unilateral primary osteoarthritis of the right knee, arthritis of both knees, low back pain, status post right knee replacement, and partial tear of the rotator cuff.

As of 03/11/22, Alan Weatherford, PA, the claimant is presenting with a six-month checkup. The claimant is diagnosed with anxiety, GERD, and hyperlipidemia. As of 03/28/22, the claimant underwent open irrigation and debridement of the septic right knee.

As of 06/21/22, Elliot Kurban, MD, the claimant is presenting with evaluation and management of valvular heart disease. The claimant is diagnosed with aortic valve disease, aortic valve vegetation, bicuspid aortic valve,

methicillin-resistant Staphylococcus aureus, pulmonary hypertension, and septic arthritis of the knee.

As of 09/15/22, Reggie Henderson, MD, the claimant is following up on septic arthritis of the right knee six months ago. The claimant is diagnosed with anxiety, GERD, hyperlipidemia, pain in the right knee, and arthritis in both knees.

As of 11/15/22, James Stensby, MD, the claimant underwent an MRI of the right knee revealing a large area of full-thickness chondral thinning and fissuring of the weight-bearing and non-weight bearing medial femoral condyle, full-thickness chondral thinning and fissuring of the anteromedial aspect of the medial tibial plateau, moderate subchondral stress reaction without fracture of the medial tibia, mild subchondral marrow edema in the medial femoral condyle, free edge fraying of the body of both the medial and lateral meniscus, mild chondral thinning and fissuring of the median ridge patella, moderate chondral thinning of the lateral trochlear facet, and focal chondral fissuring in the lateral tibial plateau.

As of 03/21/23, Kelly Dwayne Pucek, MD, the claimant is following up on right knee pain. As of 06/01/23, the claimant is following up on the right knee. It is noted the claimant had just recently undergone knee replacement a couple of weeks ago. As of 11/17/23, the claimant is following up on the right knee. The claimant does have positive impingement signs on the right shoulder.

On 01/04/24, Kelly Pucek, MD, the claimant presented with a follow-up on the shoulder. The claimant had undergone depo shots hip at the last appointment. Physical exam shows positive impingement signs to the right shoulder, limited range of motion of the right shoulder, crepitus centered around the AC joint, and diffuse tenderness to palpation. The claimant had undergone an x-ray of the hip to rule out joint pathology of the hip. The treating provider would like to get an MRI of the right shoulder.

On 01/10/24, Kelly Pucek, MD, APS, the claimant is diagnosed with pain in the right knee. X-ray of the right shoulder shows degenerative changes at the AC joint and inferior spurring. The claimant can return to work as of 09/26/23 with the restrictions of no kneeling or squatting on the knee no impact and minimized stairs.

On 01/20/24, R. Asaro, DO, IME, the treating provider stated that in their opinion it would be reasonable that the claimant has sedentary restrictions.

On 02/20/24, Alan Weatherford, PA, the claimant presented with a follow-up as the claimant is still not working due to knee surgery. The claimant is experiencing anxiety and depression. A physical exam reveals a limited range of motion of the right knee and normal strength. The claimant is diagnosed with anxiety, GERD, hyperlipidemia, pain in the right knee, arthritis of both knees, septic arthritis of the knee, asthma, insomnia, arthritis of the right knee, and depression.

On 03/15/24, Michael Weston, MD, the claimant underwent an MRI of the right shoulder revealing intermediate-grade articular surface tear of the supraspinatus, peritendinous cyst in the bicipital groove, mild biceps long head tenosynovitis, and mild AC degenerative change.

On 03/19/24, Kelly Dwayne Pucek, MD, the claimant presented with a follow-up on the right shoulder. Physical exam reveals persistent impingement signs, and weakness with abduction and external rotation, and MRI shows partial tearing of the rotator cuff. The treating provider recommends that the claimant undergo decompression surgery.

On 03/26/24, Kelly Dwayne Pucek, MD, APS, the claimant can return to work with restrictions of no kneeling, no squatting, no stairs or forceful motion of the joint and avoiding heights, overhead activities, no lifting at arm's length, 10-pound weight limit away from the body to 20 pounds weight limit at the body, and no forceful motion of the joint.

On 05/14/24, Kelly Dwayne Pucek, MD, the claimant followed up on back pain, right shoulder pain, and right knee pain. Physical exam reveals paraspinal muscle spasms of the lower back, tenderness in both sciatic notches, negative straight leg raise test, good range of motion of the right knee, small effusion, diffusely tender of the right knee,

shoulder exam is consistent with rotator cuff tearing, weakness with abduction and external rotation, and pain. The claimant is trying to get through the fall to consider doing shoulder surgery at that time. The claimant is unable to work at this time.

On 12/08/23, there was an investigative report noting that on 05/20/23 the claimant appeared to be in a wheelchair and was wearing some type of brace on her leg.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Renuka Rudra, MD

Renuka Rudra M.D.
Board Certified Physical Medicine and Rehabilitation
CA#A-175678

**From:**no-reply@danestreet.com
**Sent:**Wed, 27 Nov 2024 20:51:24 +0000
**To:**VendorReferrals
**Subject:**Completed DS# 2400414, Claim# 12903776
**Attachments:**Kimberly_A._Kindle_Physical_Medicine_and_Rehabilitation.pdf, 2400414.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We're happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Courtney,

The following referral has been completed and is ready for review:

| | |
|---|---|
| **Referral:** | 2400414 |
| **Claimant:** | Kimberly A. Kindle |
| **Claim number:** | 12903776 |

To view the completed report, please select the report icon on the review here or cut and paste the following link into your browser address field:
https://www.danestreet.com/referrals?claim_number=12903776

We appreciate your business and look forward to assisting you again soon!

Sincerely,

Julie Wagner

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

# INVOICE 2400414
November 27, 2024

**Payment due within 30 days from the date of Invoice**
**Thank you for your prompt payment!**

| Bill to: |
|---|
| LINCOLN FINANCIAL GROUP |
| LFG |
| Attention: Courtney Grygiel |
| 100 Liberty Way |
| Dover, NH 03820 |

---

| Referral Details: | |
|---|---|
| Claimant Name: | Kimberly A. Kindle |
| Insured: | |
| Claim #: | 12903776 |
| Injury Date: | |
| Review Type: | LTD - Peer Review review |
| Dane Street ID: | 2400414 |
| Billing Reference #: | C6040 |

| Description | Amount |
|---|---|
| PM&R | $575.00 |

| Send payment to: |
|---|
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $575.00

© Dane Street, LLC - A medical review company
(888) 920-4440

**Lincoln/Kindle 0125**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | November 13, 2024 |
| To: | K. CODY ALLISON<br>CODY ALLISON AND ASSOCIATES, PLLC<br>CAVALIER BUILDING<br>95 WHITE BRIDGE RD SUITE #250<br>NASHVILLE TN 37205 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Courtney G.<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 13, 2024

K. Cody Allison
Cody Allison and Associates, Pllc
CAVALIER BUILDING
95 WHITE BRIDGE RD SUITE #250
NASHVILLE, TN 37205

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle

Dear K. Cody:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies Group Disability Policy. We are writing in reference to your client's claim for LTD benefits under the Policy.

This letter serves to update you on the status of the CD your office submitted which contained a copy of your client's Social Security Disability File. Upon follow up of the tracking number provided the package was picked up on November 12, 2024, in Omaha, NE. At this time, we are waiting for the items to be processed and post to the claim. We will proceed with the appeal review once this information has been processed.

Since we were waiting for you to submit additional documentation, the says we were waiting for information are not counted as part of the appeal determination period.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney G.
Claim Resolution Specialist

Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | November 13, 2024 |
| To: | K. CODY ALLISON<br>CODY ALLISON AND ASSOCIATES, PLLC<br>CAVALIER BUILDING<br>95 WHITE BRIDGE RD SUITE #250<br>NASHVILLE TN 37205 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Courtney G.<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 13, 2024

K. Cody Allison
Cody Allison and Associates, Pllc
CAVALIER BUILDING
95 WHITE BRIDGE RD SUITE #250
NASHVILLE, TN 37205

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle

Dear K. Cody:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies Group Disability Policy. We are writing in reference to your client's claim for LTD benefits under the Policy.

This letter serves to update you on the status of the CD your office submitted which contained a copy of your client's Social Security Disability File. Upon follow up of the tracking number provided the package was picked up on November 12, 2024, in Omaha, NE. At this time, we are waiting for the items to be processed and post to the claim. We will proceed with the appeal review once this information has been processed.

Since we were waiting for you to submit additional documentation, the says we were waiting for information are not counted as part of the appeal determination period.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney G.
Claim Resolution Specialist

Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 334-0401

**K. Cody Allison**
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

October 30, 2024

**CERTIFIED MAIL # 7021 2720 0000 3440 5409**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: (603) 334-0401**

Lincoln Financial Group
Attn.: Courtney G.
Po Box 2578
Omaha, NE 68103

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Kimberly Kindle** |
| | **Claim No.:** | **12903776** |
| | **Policy Holder:** | **American Health Companies** |

Dear Ms. Courtney G.:

As you are aware, this firm represents Ms. Kimberly Kindle regarding the denial of her long-term disability benefits through Lincoln Financial Group.

Per your letter dated October 16, 2024, enclosed you will find a CD which contains a copy of Ms. Kindle's Social Security Disability file. The SSD file will not be sent via fax with this letter, it will be sent via certified mail to your attention.

If you have any questions or need any additional information, please do not hesitate to call.

With kind regards,

**CODY ALLISON & ASSOCIATES, PLLC**

K. Cody Allison /bk

K. Cody Allison, Esq.

KCA/bk
Enclosures
Ms. Kimberly Kindle

Gmail Steve Beal <beallawoffice@gmail.com>

## Kimberly Kindle

2 messages

**barb@codyallison.com** <barb@codyallison.com> Wed, Oct 2, 2024 at 4:13 PM
To: Steve Beal <beallawoffice@gmail.com>

Hi everyone,

Do you have a copy of Ms. Kindle's Fully Favorable Decision that you could send to me?

Thank you.

**Barb**

**Barb Krautheim, Long-Term Disability Paralegal**

Cody Allison & Associates, PLLC

Cavalier Building

95 White Bridge Road, Ste. # 250

Nashville, TN 37205

T 615.234.6000

F 615.727.0175

barb@codyallison.com

www.LTDanswers.com

www.codyallison.com

NOTICE

This e-mail message and any attachments are for use by the recipient only, and contain information that may be legally privileged and confidential. If you are not the intended recipient, YOU MUST NOT review, transmit, convert to hard copy, copy, use, disclose or disseminate this e-mail, its content or any attachments to it. If you received this email in error, please immediately notify us by return email or telephone at 615-234-6000 and then permanently delete/destroy this message. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege, work product immunity, joint prosecution privilege, or any other applicable privilege or immunity.

---

**Steve Beal** <beallawoffice@gmail.com> Thu, Oct 3, 2024 at 2:12 PM
To: "barb@codyallison.com" <barb@codyallison.com>

Attached is her Notice of Award. She was approved without going to hearing so she does have a Fully Favorable Decision from the Judge. If you need anything else just let me know.

Thanks,
Cori

Virus-free.www.avast.com

[Quoted text hidden]

--

Beal Law Office
Attorneys at Law
Steve Beal
Lena Beal
22 Monroe Ave
Lexington, TN 38351
p: (731) 968-9077
f: (731) 968-0782

**doc03659620241003131146.pdf**
2279K

# Send Result Report

MFP

TASKalfa 3252ci

Firmware Version 2RL_2000.004.405 2020.02.06

KYOCERA

W2R8509545
06/26/2023 13:47
[2RL_1000.006.001] [2ND_1100.001.007] [2ND_7000.004.404]

Job No.: 026184 Total Time: 0°00'20" Page: 001

## Complete

Document: doc02618420230626134705

# Beal Law Office


22 Monroe Avenue
Lexington, Tennessee 38351
(731) 968-9077
Fax: (731) 968-1782
Email: beallawoffice@gmail.com

Steve Beal

Lena Beal


June 26, 2023

RE: Kimberly A. Kindle

Dear Ms. Erin,

I am the attorney for Ms. Kindle. After discussion she has ordered me to inform you that she

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 06/26/23 13:47 | 16033340401 | 0°00'20" | FAX | OK | 200x100 Normal/On |

# Beal Law Office

22 Monroe Avenue
Lexington, Tennessee 38351
(731) 968-9077
Fax: (731) 968-0782
Email: beallawoffice@gmail.com

Steve Beal | Lena Beal

June 26, 2023

RE: Kimberly A. Kindle

Dear Ms. Erin,

I am the attorney for Ms. Kindle. After discussion she has ordered me to inform you that she wishes to pay the overpayment of $12,626.91 as follows. Please keep the difference between her Lincoln check and her SSD chack until the $12,626.91 is paid in full. At that time, please resume her regular monthly payments.

Thanks,

Steve Beal

**Lincoln/Kindle 0136**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 9, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as we were advised that you were awarded Social Security Disability Benefits effective date of September 1, 2022. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of August 21, 2022 through May 20, 2023, without the proper reduction for Social Security, you are now overpaid under the terms of your Policy. The overpayment was prorated to start September 1, 2022.

| | |
|---|---|
| Total Overpayment Amount: | $12,626.91 |
| Payment Due Date: | June 29, 2023 |

The attached exhibit explains the calculation of your $12,626.91 balance, which is due to The Lincoln National Life Insurance Company upon receipt of this letter.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at DisabilityDocuments@lfg.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If we do not receive payment by June 29, 2023, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Sullivan
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16419
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth
12903776-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-06.08.2023

| Claim Number(s):12903776 | | | |
|---|---|---|---|
| **New Monthly Benefit** | | | |
| Your Gross Benefit | | | $3,053.44 |
| Less: Other Income | | | $1,933.00 |
| | SS Primary Disability | $1,933.00 | |
| | SS Retirement | $0.00 | |
| | Workers' Comp | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | Total Other Income | $1,933.00 | |
| Your Adjusted Gross | | | $1,120.44 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$1,120.44** |

| **Overpayment Calculation** | | | |
|---|---|---|---|
| Originally Paid | *8/21/2022 through* | *5/20/2023* | $27,480.96 |
| Less: Should have Paid | *8/21/2022 through* | *5/20/2023* | $10,796.30 |
| Overpayment Due | | | $16,684.66 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $4,057.75 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$12,626.91** |

00000915 LFPROND1 00003573

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

## One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 12903776

I ______________________ (full name) authorize The Lincoln National Life Insurance Company to debit my

account at the financial institution listed below for ________ (amount) on or after ___________ (date).

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________ Phone# ____________________

City, State, Zip ______________________ Email ____________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________

Financial Institution Address ______________________

Routing Number ______________________

Account Number ______________________

SIGNATURE ______________________ DATE ______________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
DISABILITY AND LIFE CLAIMS
PO BOX 2578
OMAHA, NE 68172-9688

000915 LFPR0ND1 000000

MS. KIMBERLY KINDLE

S 00000915 LFPR0ND1 00003571

Lincoln/Kindle 0141

GROUP BENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
Lincoln National Life Insurance Company

| | | | |
|---|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 05/21/23 - 06/20/23 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 06/14/23 |
| | | Check #: 109881200 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Provision | | | $ 0.00 |

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 05/21/23 | 06/20/23 | $ 1933.00 | | | | |
| | | | | Subtotal Offset | | | $ 1933.00 |

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Deduction | | | $ 0.00 |

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

Lincoln/Kindle 0142

CHECK REMOVED FROM THIS AREA

000 B 433,137,983

Check No.

05 19 23 28045300 KANSAS CITY, MO 4039 47376497
000823677673 4039 47376497 S 0000230518PMDM

Pay to the order of
LENA D BEAL ATTY FOR
KIMBERLY KINDLE
22 Monroe Ave
Lexington TN 38351

$****1972*37

003575

REGIONAL DISBURSING OFFICER VOID AFTER ONE YEAR

008

SOC SEC FOR INS

⑈4039 2⑈ ⑆000000518⑆ 473764973⑈ 090523

Lincoln/Kindle 0143

United States Treasury 15-51/000 B 433,157,984

Check No.

05 19 23 28045300 KANSAS CITY, MO 4039 47376498
000823677674 4039 47376498 S 0000230518PMDM

Pay to the order of ROBERT S BEAL ATTY FOR
KIMBERLY KINDLE
22 Monroe Avenue
Lexington TN 38351

$****1972*38

003576

REGIONAL DISBURSING OFFICER VOID AFTER ONE YEAR
008

SOC SEC FOR INS

⑈40392⑈ ⑆000000518⑆ 47376498⑈ 090523

United States Treasury 15-51

Lincoln/Kindle 0144

Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: May 15, 2023
BNC#: 23MS790C44145-HA

0000629 00025846 1 MB 0.531 0511M3MCS7PB T181 P17
ROBERT STEVIE BEAL
22 Monroe Avenue
Lexington, TN 38351-2135

*04014QXX301449* 0000629 000000000

Enclosed is a copy of a letter we sent to KIMBERLY KINDLE.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

C

Lincoln/Kindle 0145

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: May 15, 2023
BNC#: 23MS790C44145-HA

KIMBERLY KINDLE

You are entitled to monthly disability benefits beginning September 2022.

**The Date You Became Disabled**

We found that you became disabled under our rules on March 21, 2022.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is September 2022.

**What We Will Pay And When**

- You will receive $2,100.00 for May 2023 around June 28, 2023.
- After that you will receive $2,100.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| September 2022 | $1,916.80 | Entitlement began |
| December 2022 | $2,083.50 | Cost-of-living adjustment |

See Next Page

| | | | |
|---|---|---|---|
| January | 2023 | $2,100.50 | Credit for additional earnings |

### Other Government Payments Affect Benefits

We are holding your Social Security benefits for September 2022 through April 2023. We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period. We will not reduce your past-due benefits if you did not get SSI benefits for those months.

However, we will withhold part of any past-due benefits to pay your representative. Later in this letter, we will tell you more about the money we are withholding to pay your representative. When we decide how much you are due for this period, we will send you another letter.

### Information About Representatives Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $16,231.00 for September 2022 through April 2023. Under the fee agreement, the representative cannot charge you more than $4,057.75 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

### How To Ask Us To Review The Determination On The Fee Amount

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Office of Disability and
International Operations
6401 Security Blvd
BALTIMORE, MARYLAND 21235-6401

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

### Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $4,057.75 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $113, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to ROBERT STEVIE BEAL.

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention

*04041QXK001449* 0000629

this letter when you call.

3. You may also call your local office at 1-888-383-1593.

SOCIAL SECURITY
415 CHEYENNE DR
JACKSON TN 38305

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

Lincoln/Kindle 0150

# PAYMENT SUMMARY

**Why We Cannot Pay Past Benefits**

Here is how we figured your past benefits:

| | |
|---|---|
| Benefits due for September 2022 through April 2023 including any cost of living increase and considering work and earnings through 2022, less monthly rounding of benefits ........................$ | .00 |
| Amount we must subtract because of | |
| This equals ........................................$ | 00.00 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective May 2023:

| | |
|---|---|
| You are entitled to a monthly benefit of .................$ | 2,100.50 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) ................................ | .50 |
| This equals the amount of your regular monthly payment ............................$ | 2,100.00 |

Social Security Administration
**Supplemental Security Income**
Notice of Disapproved Claim

SOCIAL SECURITY
415 CHEYENNE DR
JACKSON TN 38305

Date: April 24, 2023
BNC#: 23S1995G74691 DI

0014781 00023550 2 AB 0.507 SN6LNA T96 P5
SSI M08 04/17 571 23S1995G74691
ROBERT STEVIE BEAL

*05013WSRA00677* SN6LNA 0014781 000000000

**COPY OF OUR LETTER TO KIMBERLY KINDLE, YOUR CLIENT**

The following is an exact copy of a letter sent to KIMBERLY KINDLE today. Her address and telephone number are shown below. If you no longer wish to receive copies of letters that we send to her, please let us know.

4728

Telephone number: |-

******************** ******************** *****************

Your application for Supplemental Security Income (SSI) disability benefits filed on July 13, 2022, is denied because your resources are worth more than $2,000.00 for July 2022 on.

We explain on the worksheets at the end of this letter how we decided that you are not eligible for SSI because of resources that are over the limit.

The rest of this letter explains the information used in making the decision, information about Medicaid, and your appeal rights.

**Information Used In Making The Decision**

We based the decision on these facts:

To be eligible for SSI, the countable resources that you own cannot be worth more than the resource limit of $2000.00. A resource is money and anything that you own and can turn into cash. Please see the enclosure, "Resources - What You Need To Know."

See Next Page

## How You May Be Able To Receive SSI

Although your resources would prevent you from receiving payments, you may still be able to receive SSI while you are trying to sell your resources if all of the following are true.

- The value of cash, including savings, and other things you have that can easily be changed into cash is less than $2,000.00.
- You have other things that cannot easily be changed into cash and these things make your resources too high. Examples of such things are a building or land on which you do not live.
- You will sign a written agreement which allows you to receive SSI payments while you are trying to sell the property that causes your resources to be over the limit.
- You agree to repay any SSI payments that you receive while trying to sell the property from the proceeds of the sale of this property.
- You also meet all other SSI eligibility rules, including being found disabled, blind, or age 65 or older.

If you think all of these are true about you, and you want to receive SSI payments, please contact your local Social Security office.

## Information About Medicaid

Since you are not receiving SSI payments, you are not automatically eligible for medical assistance under the Medicaid program. However, if you need help with medical bills, you still may be eligible for medical assistance. Contact the Tennessee Department of Human Services about the eligibility requirements of the State's medical assistance programs.

## Basic Rules For Determining SSI Eligibility

To be eligible for SSI, we must determine that you are at least age 65, or that you are blind or disabled according to our rules. You must also meet certain requirements for U.S. residency, citizenship or alien status, resources, and income. We look at your gross monthly income from sources other than SSI. If your income or resources are over the allowable limit, you cannot receive SSI.

## You Can Review The Information In Your Case

The decisions in this letter are based on the law and information in our records. You have a right to review and get copies of the information in our records that we used to make the decisions explained in this letter. You also have a right to review and copy the laws, regulations, and policy statements used in deciding your case. To do so, please contact us. Our telephone number and address are shown under the heading "Need more help?"

*0502WSRA0067* SNGLNA 001781

## Things You Should Know

- Although you are not eligible for the reasons given above, we have determined that you are disabled.
- This decision refers only to your claim for SSI payments. Any decision about your benefits under other Social Security programs will be sent to you in a separate letter.
- If at any time in the future you think you qualify for payment, please contact us immediately about filing a new application. The earliest month for which we can pay you is the month after you file a new application.
- We are also sending this information to ROBERT STEVIE BEAL.

## If You Disagree

If you disagree with this decision, you have the right to appeal. A person who did not make the first decision will decide the appeal. We call this appeal a reconsideration. When you appeal, we review your entire case, even the parts with which you agree. We consider any new facts we have and then make a new decision. The new decision could be more favorable, less favorable, or the same as the one you already have.

## Time To File An Appeal

- You have 60 days to file an appeal.
- The 60 days start the day after you get this letter. We will assume you got this letter 5 days after the date on the letter, unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to file an appeal.

## How To Appeal

You must request the appeal in writing. You can go to www.ssa.gov/non-medical/appeal to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at www.ssa.gov/forms to locate the form. If you need help with the form, please call us.

There are 2 types of appeals. In most cases, you can choose the one you want.

- <u>Case Review:</u> You will not meet with the person who decides your case. You have a right to review the facts in your file. You can give us more facts to add to your file. Then we will decide your case again. This is the only kind of appeal you can have for a medical decision.

- Informal Conference: You will talk with the person who decides your case either in person or over the phone. You can tell that person why you disagree with our decision. If you meet with us in person, it may help your case. You have a right to review the facts in your file. You can give us more facts to add to your file. You can have other people help explain your case. Then we will decide your case again.

**If You Want Help With Your Appeal**

You may choose to have a representative help you with your case. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you win your case. Others may represent you for free. Generally, your representative cannot charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You can go to www.ssa.gov/representation/ to complete the form with your representative online, download the Form SSA-1696 "Claimant's Appointment of Representative" at www.ssa.gov/forms, or call **1-800-772-1213** (TTY **1-800-325-0778)** to request a form.

You can also log into your my Social Security account for information and online service options regarding your representative.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you file a new application instead of appealing, you might lose some benefits or not qualify for any benefits. So, if you disagree with this decision, you should file an appeal within 60 days from the date you receive this letter.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at **1-800-269-0271** (TTY **1-866-501-2101).**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.

*05033WSRA000677* SN6LNA 001478

3. You may also call your local office at 888-383-1593.

   SOCIAL SECURITY
   415 CHEYENNE DR
   JACKSON TN 38305

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

Enclosure(s):

Resources - What You Need To Know
How We Figured Your Ineligibility

SSA-L8030

*0S043WSRA00677* SN6LNA 001781

## Resources
## What You Need To Know

**What is a resource for SSI purposes?**

A resource is money and anything that you own and can turn into cash. A resource will be considered yours even if you own it with someone else; however, we generally only count the portion that is yours and that you can sell. Resources include cash, bank accounts, life insurance policies, automobiles, and other property.

**How is a resource different from income?**

Resources are the things you own. Income is money you receive such as wages or Social Security benefits. Any income you get in one month and still have on the first moment of the following month is a resource in the second month. For example, if you receive $300 in March, any of that $300 you have left on April 1st is a resource.

**Why are resources important in the SSI program?**

To be eligible for SSI, your resources must not be more than the resource limit. The resource limit is:

- $2,000 for an individual,
- $3,000 for a married couple living together,
- $2,000 for a child receiving SSI. If the child lives with one parent, an additional $2,000 is allowed for the parent. If the child lives with two parents, a total of $3,000 is allowed for both parents. Any of the parent's resources over these limits are counted towards the child's resources.

**Whose resources do we count?**

- We count your resources.
- We count the resources of your spouse if you live in the same household.
- We count the resources of a parent over the limits above if you are under 18 years old and live in the same household.
- We count the resources of your sponsor and your sponsor's spouse if you are a sponsored alien.

**What resources count toward the resource limit?**

Common resources that we count toward the limit are:

- Cash

- Bank accounts
- Stocks, bonds, and certificates of deposit
- Life insurance policies with a cash surrender value
- Real property such as a house that you do not live in
- More than one vehicle

We add up the value of all your countable resources to see if you are below the limit.

**What resources do not count toward the resource limit?**

Common resources that we do not count are:

- The home you live in (and adjacent land)
- The value of one vehicle used for transportation
- Life insurance policies when the total face value is $1,500 or less per person
- Burial funds up to $1,500 each for you and your spouse
- Burial plots or spaces for you and your immediate family
- Property you use in a trade or business
- Retroactive SSI payments or Social Security benefits paid to you for nine months after you receive them
- If you are disabled or blind, any money or property you have set aside under an approved plan to become self-supporting
- Household goods and personal effects

**When do we count changes in resources?**

We determine the value of resources as of the first moment of the month. Changes in your resources are counted in the month after a change takes place. For example, in the month of June if the value of your resources goes up or down, or you obtain a new resource, or you sell a resource, the change affects your resources for July.

**What happens when a resource is given away or sold?**

If you, your spouse, or a co-owner give away a resource or sell it for less than it is worth, you may be ineligible for SSI for up to 36 months. How long you are ineligible for SSI depends on the value of the resource you gave away or for how much you sold it.

*0023WSKA000177* SNFLNA 001483

## HOW WE FIGURED YOUR INELIGIBILITY FOR July 2022 THROUGH March 2023

You were not eligible for SSI for July 2022 through March 2023 because your resources were worth more than the $2,000.00 resources limit. On the first day of July 2022 you owned the following items which count toward the resources limit.

### Your Resources That We Count

| | |
|---|---|
| REGIONS BANK Checking Account | $ 100.00 |
| Retirement or Pension Fund | $5,000.00 |
| **Your Resources That We Count** | $5,100.00 |
| SSI Resources Limit for an Individual | -$2,000.00 |
| **Amount Over the Resource Limit** | $3,100.00 |

### IMPORTANT REMINDERS

We counted only the resources listed above. We generally do not count the value of a home, one vehicle, and a burial fund of up to $1,500.00. Contact your local Social Security office if you have questions about how we determined the value of your resources or wish to report that the value has changed.

If your resources shown above are reduced below $2,000.00, you may become eligible for SSI benefits. If you give away or sell resources for less than they are worth, you could be ineligible for SSI for up to 36 months. Contact your local Social Security office for information about how disposing of resources affects eligibility for SSI.

## HOW WE FIGURED YOUR INELIGIBILITY FOR April 2023 ON

You are not eligible for SSI for April 2023 on because your resources are worth more than the $2,000.00 resources limit. On the first day of April 2023 you owned the following items which count toward the resources limit.

### Your Resources That We Count

| | |
|---|---|
| REGIONS BANK Checking Account | $ 100.00 |
| Retirement or Pension Fund | $5,000.00 |
| **Your Resources That We Count** | $5,100.00 |
| SSI Resources Limit for an Individual | -$2,000.00 |
| **Amount Over the Resource Limit** | $3,100.00 |

### IMPORTANT REMINDERS

We counted only the resources listed above. We generally do not count the value of a home, one vehicle, and a burial fund of up to $1,500.00. Contact your local Social Security office if you have questions about how we determined the value of your resources or wish to report that the value has changed.

If your resources shown above are reduced below $2,000.00, you may become eligible for SSI benefits. If you give away or sell resources for less than they are worth, you could be ineligible for SSI for up to 36 months. Contact your local Social Security office for information about how disposing of resources affects eligibility for SSI.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: March 2, 2023
Case ID: 5055649
Claimant: Kimberly Kindle

STEVE BEAL
ROBERT STEVIE BEAL
22 MONROE AVENUE
LEXINGTON TN 38351

We are the office that makes disability decisions for the Social Security Administration. Kimberly Kindle identified you as someone we could contact for assistance.

It is very important that we speak to you. If you do not respond by March 12, 2023, we may decide Kimberly Kindle's case based on the information we already have on file. This means that we could find that she is not disabled based on our rules or that her disability has ended if she is already getting benefits.

Please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 5055649, your name, Kimberly Kindle's name, and a call back number.

Thank you for your help.

Deaundra M
(629) 246-9850
(877) 337-7890 (FAX)

CC: Kimberly Kindle

STEVE BEAL
ROBERT STEVIE BEAL
22 MONROE AVENUE
LEXINGTON TN 38351

This is a copy of the letter sent to Kimberly Kindle

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: March 2, 2023
Case ID: 5055649

KIMBERLY KINDLE
230 PETE DR
LEXINGTON TN 38351

We are the office that makes disability decisions for the Social Security Administration. It is very important that we speak to you by March 12, 2023.

Please call the phone number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 5055649, your name, and a call back number.

If you do not respond by March 12, 2023, we may decide your case based on the information we already have on file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

Thank you for your help.

Deaundra M
(629) 246-9850
(877) 337-7890 (FAX)

CC: ROBERT S. BEAL; STEVE BEAL

STEVE BEAL
ROBERT STEVIE BEAL
22 MONROE AVENUE
LEXINGTON TN 38351

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: December 9, 2022
Case ID: 5055649

KIMBERLY KINDLE
230 PETE DR
LEXINGTON TN 38351

We are the office that makes disability decisions for the Social Security Administration. It is very important that we speak to you by December 19, 2022.

Please call the phone number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 5055649, your name, and a call back number.

If you do not respond by December 19, 2022, we may decide your case based on the information we already have on file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

Thank you for your help.

Deaundra M
(629) 246-9850
(877) 337-7890 (FAX)

CC: ROBERT S. BEAL; STEVE BEAL

STEVE BEAL
ROBERT STEVIE BEAL
22 MONROE AVENUE
LEXINGTON TN 38351

This is a copy of the letter sent to Kimberly Kindle

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: November 29, 2022
Case ID: 5055649

KIMBERLY KINDLE

## APPOINTMENT NOTICE

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. We will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| DR DENNIS W WILSON, PHD<br>777 WEST CHURCH ST<br>LEXINGTON, TN 38351<br>(731) 431-0609 | Tuesday<br>January 17th, 2023<br>08:00 AM Central Standard Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

- The office has limited seating capacity. Therefore, we request that no more than one adult accompany you or the child being examined to the office. Please do not take children that are not being seen by the doctor to the exam. Please make arrangements for a baby sitter to stay with the other children on the day of the exam. If you must bring children that are not being examined, please bring someone to watch them as you may be needed to take part in the exam. The doctor's staff cannot watch or be responsible for your children during the exam.
- PLEASE CALL 731-431-0609 FOR DRIVING DIRECTIONS

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a decision based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination may delay but will not otherwise negatively affect our decision on your claim. If you ask to reschedule, we will hold your claim until we can reschedule the examination in-person, or using video technology you agree to, or until we receive adequate evidence to make a decision.

### What To Bring To The Appointment

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

### What You Should Do Next

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by December 9, 2022. You may also fax your response form to (877) 337-7890.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

### If You Need An Interpreter

We provide a free interpreter to conduct your business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

### If You Want A Copy Of The Report(s) Sent To A Healthcare Provider

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (877) 337-7890.

### If You Miss A Scheduled Appointment

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

### If You Have Any Questions

If you have any questions about this letter or need to contact us about the appointment, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 5055649, your name, and a call back number.

Thank you for your help.

Deaundra M/DH
(629) 246-9850
(877) 337-7890 (FAX)

Enclosure(s):
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Privacy Act and Paper Reduction Act Statement
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Return Envelope

CC: ROBERT S. BEAL; STEVE BEAL

Date: November 29, 2022
Case ID: 5055649

RQID:DCW3418911 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:da97
KIMBERLY KINDLE

## APPOINTMENT CONFIRMATION

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (629) 246-9850 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (877) 337-7890.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| DR DENNIS W WILSON, PHD<br>777 WEST CHURCH ST<br>LEXINGTON, TN 38351<br>(731) 431-0609 | Tuesday<br>January 17th, 2023<br>08:00 AM Central Standard Time | Mental Status Exam |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

______________________________

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

5055649/ Assigned null 0104/ DCPS / DCW3418911 / OMB No. 0960-0555 / 98022174

**Lincoln/Kindle 0169**

Date: November 29, 2022
Case ID: 5055649

RQID:DCR3418911 SITE:S48 DR:S
SSN:********* DOCTYPE:0014 RF:D CS:c03e
KIMBERLY KINDLE

## AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| DR DENNIS W WILSON, PHD<br>777 WEST CHURCH ST<br>LEXINGTON, TN 38351<br>(731) 431-0609 | Tuesday<br>January 17th, 2023<br>08:00 AM Central Standard Time | Mental Status Exam |

I, Kimberly Kindle, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________ Phone: ____________

Address Line 1: ______________________

Address Line 2: ______________________

City, State, ZIP code: ______________________

Phone: ______________ Fax: ______________

An individual may revoke his/her consent at any time with a written request.

Your Signature ______ Date ______ Current Phone Number ______

Current Address ______ City ______ State ______ Zip ______

5055649/ Assigned null 0104/ DCPS / DCR3418911 / OMB No. 0960-0555 / 98022174

**Lincoln/Kindle 0170**

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and
2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to: SSA,*** *6401 Security Blvd, Baltimore, MD 21235-6401.*

STEVE BEAL
ROBERT STEVIE BEAL
22 MONROE AVENUE
LEXINGTON TN 38351

This is a copy of the letter sent to Kimberly Kindle

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

# Send Result Report

MFP
TASKalfa 3252ci
Firmware Version 2RL_2000.004.405 2020.02.06

KYOCERA

W2R8509545
11/21/2022 11:10
[2RL_1000.006.001] [2ND_1100.001.007] [2ND_7000.004.404]

Job No.: 022225 Total Time: 0°00'19" Page: 001

## Complete

Document: doc02222520221121110957

# Beal Law Office

22 Monroe Avenue
Lexington, Tennessee 38351
(731) 968-9077
Fax: (731) 968-0782
Email: beallawoffice@gmail.com

Steve Beal

Lena Beal

November 21, 2022

RE: Kimberly Kindle

To Whom It May Concern,

The purpose of this correspondence is to inform you that I represent Ms. Kimberly Kindle

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 11/21/22 11:10 | 16033340401 | 0°00'19" | FAX | OK | 200x100 Normal/On |

# Beal Law Office

22 Monroe Avenue
Lexington, Tennessee 38351
(731) 968-9077
Fax: (731) 968-0782
Email: beallawoffice@gmail.com

Steve Beal | Lena Beal

November 21, 2022

RE: Kimberly Kindle

To Whom It May Concern,

The purpose of this correspondence is to inform you that I represent Ms. Kimberly Kindle regarding her Social Security Disability claim. Ms. Kindle filed her initial claim on 7-13-22. She is currently awaiting a decision. Please feel free to contact my office with any further questions. Thank you, and as always I remain,

Yours Truly,

Lena Beal

LDB : cp

Lincoln/Kindle 0174

Fax Header Information

Beal Law Office
0
Nov/10/2022 12:20:22 PM

| Job | Date/Time | Type | Line | Identification | Duration | Pages | Result |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 430 | Nov/10/2022 12:17:37 PM | Send | Analog | 16033340380 | 02:42 | 10 | Success |





# Background Information for Kimberly Kindle

Your information was received on July 13, 2022 at 2:33:11 PM.

Background Information: Identification

## Applicant Identification

Name: Kimberly Kindle
Social Security Number:
Date of Birth:
Gender: Female
Blind or low vision: No
Disabled: Yes
Start Date of Disability: March 21, 2021
Denied Benefits in Last 60 days: No
Diagnosed with condition that is expected to end in death: No

## Preparer's Contact Information

Name: Lena Beal
Relationship to Applicant: Attorney Representative
Organization Name:
Address: 22 Monroe Ave, Lexington, Tennessee, 38351
Phone: (731) 968-8077

## Applicant's Contact Information

Contact Information
Mailing Address:
Reside at this address: Yes
Phone: (731) 968-5470 Mobile
Best time to call: Anytime between 9 a.m. and 5 p.m.

Ability to Communicate in English
Speak English: Yes
Read English: Yes
Write English: Yes

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: October 4, 2022
Case ID: 5055649

KIMBERLY KINDLE

We are the office that makes disability decisions for the Social Security Administration. We are writing to tell you that we are reviewing your disability claim.

**How We Decide Eligibility For Disability Benefits**

To be eligible for disability benefits, you must have a medical condition(s) that:

- Keeps you from doing any type of work, and
- Has lasted or is expected to last for at least 12 months in a row, or is expected to result in death

**What We Will Do**

We will review the medical and other information we have. If we need more information to decide whether you are disabled, we may arrange an exam or test which we will pay for. We may also reimburse some travel expenses to the exam or test site based on a set rate.

**What You Need To Do**

Please respond quickly to any letters or forms that you receive from us. Let us know right away if any of the following occur while we process this claim:

- New doctor or hospital visit,
- Additional tests, therapy, or surgery,
- Changes in dosage, addition, or discontinuation of medication(s),
- Begin or return to work,
- New conditions develop,
- Additional current or past medical, educational, or mental health sources not listed on the application.

You must report to SSA right away any changes to your address, telephone number(s) or any other personal information.

**Suspect Social Security Fraud?**

Please visit **https://oig.ssa.gov/report** or call the Inspector General's Fraud Hotline at (800) 269-0271 (TTY (866) 501-2101).

**If You Have Questions**

If you have any questions or wish to provide more information, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 5055649, your name, and a call back number.

Deaundra M
(629) 246-9850
(877) 337-7890 (FAX)

CC: ROBERT S. BEAL; STEVE BEAL

STEVE BEAL
ROBERT STEVIE BEAL
22 MONROE AVENUE
LEXINGTON TN 38351

This is a copy of the letter sent to Kimberly Kindle

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: October 4, 2022
Case ID: 5055649

KIMBERLY KINDLE

We are the office that makes disability decisions for the Social Security Administration. We are writing about your disability claim because we need more information about your condition, daily activities, or work history.

**What You Need To Do**

**Complete these form(s) with black or blue ink.** We realize that some of the questions may not seem relevant to the case, but please answer all of the questions to the best of your ability.

**Return the completed form(s) by October 14, 2022.** If you do not return the form(s), we may decide the case based on the information we already have on file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

**How To Return The Form(s)**

You may use the enclosed return envelope or fax your completed form(s) to us at (877) 337-7890. Please note the return address may be to a scanning center who works with us. **The completed form(s) must include the barcode page on top of the form(s).**

**If You Have Any Questions**

If you have any questions or wish to provide more information, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 5055649, your name, and a call back number.

Thank you for your help.

Deaundra M
(629) 246-9850
(877) 337-7890 (FAX)

CC: ROBERT S. BEAL; STEVE BEAL

Enclosure(s):
SSA-3369 Work History Report
Return Envelope

# WORK HISTORY REPORT- Form SSA-3369-BK

## READ ALL OF THIS INFORMATION BEFORE YOU BEGIN COMPLETING THIS FORM

### IF YOU NEED HELP

If you need help with this form, complete as much of it as you can. Then call the phone number provided on the letter sent with the form or the phone number of the person who asked you to complete the form for help to finish it.

### HOW TO COMPLETE THIS FORM

The information that you give us on this form will be used by the office that makes the disability decision on your disability claim. You can help them by completing as much of the form as you can.

- Print or type.
- A reference to "you," "your," or "the Disabled Person," or "claimant" means the person who is applying for disability benefits. If you are filling out the form for someone else, provide information about him or her.
- **ANSWER ALL OF THE QUESTIONS FOR EACH JOB YOU DESCRIBE.** If you do not know the answer or the answer is "none" or "does not apply," please write "don't know" or "none" or "does not apply."
- Be sure to explain an answer if the question asks for an explanation, or if you think you need to explain an answer.
- If more space is needed to answer any questions, use the "REMARKS" section on Page 8, and show the number of the question being answered.

### WHY THIS INFORMATION IS IMPORTANT

The information we ask for on this form will help us understand how your illnesses, injuries, or conditions might affect your ability to do work for which you are qualified. The information tells us about the kinds of work you did, including the types of skills you needed and the physical and mental requirements of each job. In Section 2, be sure to give us all of the different jobs you did in the 15 years before you became unable to work because of your illnesses, injuries, or conditions. There is a separate page to describe each different job.

**REMEMBER TO GIVE US THE NAME AND ADDRESS OF THE PERSON COMPLETING THIS FORM ON PAGE 8**

Work History Report -- Form SSA-3369-BK

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), and 1631(e)(1) of the Social Security Act, as amended, authorize us to collect his information. We will use the information you provide to make a determination of eligibility for Social Security benefits.

Furnishing us this information is voluntary. However, failing to provide us with all or part of the nformation may prevent an accurate and timely decision on any claim filed.

We rarely use the information you supply us for any purpose other than to make a determination regarding benefits eligibility. However, we may use the information for the administration of our programs including sharing information:

1. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office and Department of Veterans Affairs); and,

2. To facilitate statistical research, audit, or investigative activities necessary to ensure the integrity and improvement of our programs (e.g., to the Bureau of the Census and to private entities under contract with us).

A complete list of when we may share your information with others, called routine uses, is available in our Privacy Act System of Records Notices 60-0089, entitled, Claims Folders Systems; and, 60-0090, entitled, Master Beneficiary Record. Additional information about these and other system of records notices and our programs are available online at www.socialsecurity.gov or at your local Social Security office.

We may share the information you provide to other health agencies through computer matching programs. Matching programs compare our records with records kept by other Federal, State or local government agencies. We use the information from these programs to establish or verify a person's eligibility for federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C.§ 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 1 hour to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO THE STATE AGENCY THAT REQUESTED IT. If you have questions about how to complete the form, contact the State Agency that requested it. If you need the address or phone number for your State Agency, you can get it by calling Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

**PLEASE REMOVE THIS SHEET BEFORE RETURNING THE COMPLETED FORM.**

5055649

**Lincoln/Kindle 0181**

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0578

# WORK HISTORY REPORT

For SSA Use Only
Do not write in this box.

RQID:DCM43474842 SITE:S48 DR:S
SSN:********* DOCTYPE:1080 RF:D CS:4788

## SECTION 1 - INFORMATION ABOUT THE DISABLED PERSON

**A. NAME (First, Middle Initial, Last)**

Kimberly Kindle

**B. SOCIAL SECURITY NUMBER**

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

☐ Your Number ☐ Message Number ☐ None

*Area Code* *Phone Number*

## SECTION 2 - INFORMATION ABOUT YOUR WORK

List all the jobs that you have had in the 15 years before you became unable to work because of your illnesses, injuries, or conditions.

| | Job Title | Type of Business | Dates Worked | |
|---|---|---|---|---|
| | | | From | To |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Work History Report - Form SSA-3369-BK

**Give us more information about Job No. 1 listed on Page 1. Estimate hours and pay, if you need to.**

**JOB TITLE NO. 1**

| Rate of Pay $ | Per *(Check One)* ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day | Days per week |
|---|---|---|---|
| | | | |

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

In this job, did you:

- Use machines, tools, or equipment? ☐ YES ☐ NO
- Use technical knowledge or skills? ☐ YES ☐ NO
- Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

Walk? ______

Stand? ______

Sit? ______

Climb? ______

Stoop? *(Bend down and forward at waist)* ______

Kneel? *(Bend legs to rest on knees)* ______

Crouch? *(Bend legs & back down & forward)* ______

Crawl? *(Move on hands & knees)* ______

Handle, grab, or grasp big objects? ______

Reach? ______

Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

**Give us more information about Job No. 2 listed on Page 1. Estimate hours and pay, if you need to.**

JOB TITLE NO. 2

| Rate of Pay $ | Per *(Check One)* ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day | Days per week |
|---|---|---|---|
| | | | |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

In this job, did you:

- Use machines, tools, or equipment? ☐ YES ☐ NO
- Use technical knowledge or skills? ☐ YES ☐ NO
- Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

Walk? ______
Stand? ______
Sit? ______
Climb? ______
Stoop? *(Bend down and forward at waist)* ______
Kneel? *(Bend legs to rest on knees)* ______
Crouch? *(Bend legs & back down & forward)* ______
Crawl? *(Move on hands & knees)* ______
Handle, grab, or grasp big objects? ______
Reach? ______
Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

**Give us more information about Job No. 3 listed on Page 1. Estimate hours and pay, if you need to.**

**JOB TITLE NO. 3**

| Rate of Pay | Per *(Check One)* | Hours per day | Days per week |
|---|---|---|---|
| $ ______ | ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | | |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

In this job, did you:

- Use machines, tools, or equipment? ☐ YES ☐ NO
- Use technical knowledge or skills? ☐ YES ☐ NO
- Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

- Walk? ______
- Stand? ______
- Sit? ______
- Climb? ______
- Stoop? *(Bend down and forward at waist)* ______
- Kneel? *(Bend legs to rest on knees)* ______
- Crouch? *(Bend legs & back down & forward)* ______
- Crawl? *(Move on hands & knees)* ______
- Handle, grab, or grasp big objects? ______
- Reach? ______
- Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

**Give us more information about Job No. 4 listed on Page 1. Estimate hours and pay, if you need to.**

**JOB TITLE NO. 4**

| Rate of Pay $ | Per *(Check One)* ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day | Days per week |
|---|---|---|---|
| | | | |

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

In this job, did you:

Use machines, tools, or equipment? ☐ YES ☐ NO

Use technical knowledge or skills? ☐ YES ☐ NO

Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

Walk? ______

Stand? ______

Sit? ______

Climb? ______

Stoop? *(Bend down and forward at waist)* ______

Kneel? *(Bend legs to rest on knees)* ______

Crouch? *(Bend legs & back down & forward)* ______

Crawl? *(Move on hands & knees)* ______

Handle, grab, or grasp big objects? ______

Reach? ______

Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

**Give us more information about Job No. 5 listed on Page 1. Estimate hours and pay, if you need to.**

**JOB TITLE NO. 5**

| Rate of Pay $ ________ | Per *(Check One)* ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day | Days per week |
|---|---|---|---|

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

In this job, did you:

- Use machines, tools, or equipment? ☐ YES ☐ NO
- Use technical knowledge or skills? ☐ YES ☐ NO
- Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

- Walk? ______
- Stand? ______
- Sit? ______
- Climb? ______
- Stoop? *(Bend down and forward at waist)* ______
- Kneel? *(Bend legs to rest on knees)* ______
- Crouch? *(Bend legs & back down & forward)* ______
- Crawl? *(Move on hands & knees)* ______
- Handle, grab, or grasp big objects? ______
- Reach? ______
- Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs and more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

**Give us more information about Job No. 6 listed on Page 1. Estimate hours and pay, if you need to.**

**JOB TITLE NO. 6**

| Rate of Pay $ | Per *(Check One)* ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day | Days per week |
|---|---|---|---|
| | | | |

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

In this job, did you:

- Use machines, tools, or equipment? ☐ YES ☐ NO
- Use technical knowledge or skills? ☐ YES ☐ NO
- Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

- Walk? ______
- Stand? ______
- Sit? ______
- Climb? ______
- Stoop? *(Bend down and forward at waist)* ______
- Kneel? *(Bend legs to rest on knees)* ______
- Crouch *(Bend legs & back down & forward)* ______
- Crawl? *(Move on hands & knees)* ______
- Handle, grab, or grasp big objects? ______
- Reach? ______
- Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

## SECTION 3 - REMARKS

Use this section to add any information you did not have space for in other parts of the form. Show the page number of the part you are continuing.

BE SURE TO COMPLETE THE BOTTOM OF THIS PAGE.

| **Name** of person completing this form if other than the disabled person *(Please print)* | **Date** *(Month, day, year)* | |
|---|---|---|
| **Address** *(Number and Street)* | **Email address** *(optional)* | |
| **City** | **State** | **ZIP Code** |



**Lincoln/Kindle 0189**

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: October 4, 2022
Case ID: 5055649

KIMBERLY KINDLE

We are the office that makes disability decisions for the Social Security Administration. We are writing about your disability claim because we need more information about your condition, daily activities, or work history.

**What You Need To Do**

**Complete these form(s) with black or blue ink.** We realize that some of the questions may not seem relevant to the case, but please answer all of the questions to the best of your ability.

**Return the completed form(s) by October 14, 2022.** If you do not return the form(s), we may decide the case based on the information we already have on file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

**How To Return The Form(s)**

You may use the enclosed return envelope or fax your completed form(s) to us at (877) 337-7890. Please note the return address may be to a scanning center who works with us. **The completed form(s) must include the barcode page on top of the form(s).**

**If You Have Any Questions**

If you have any questions or wish to provide more information, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 5055649, your name, and a call back number.

Thank you for your help.

Deaundra M
(629) 246-9850
(877) 337-7890 (FAX)

CC: ROBERT S. BEAL; STEVE BEAL

Enclosure(s):
SSA-3369 Work History Report
Return Envelope

# WORK HISTORY REPORT- Form SSA-3369-BK

## READ ALL OF THIS INFORMATION BEFORE YOU BEGIN COMPLETING THIS FORM

### IF YOU NEED HELP

If you need help with this form, complete as much of it as you can. Then call the phone number provided on the letter sent with the form or the phone number of the person who asked you to complete the form for help to finish it.

### HOW TO COMPLETE THIS FORM

The information that you give us on this form will be used by the office that makes the disability decision on your disability claim. You can help them by completing as much of the form as you can.

- Print or type.
- A reference to "you," "your," or "the Disabled Person," or "claimant" means the person who is applying for disability benefits. If you are filling out the form for someone else, provide information about him or her.
- **ANSWER ALL OF THE QUESTIONS FOR EACH JOB YOU DESCRIBE.** If you do not know the answer or the answer is "none" or "does not apply," please write "don't know" or "none" or "does not apply."
- Be sure to explain an answer if the question asks for an explanation, or if you think you need to explain an answer.
- If more space is needed to answer any questions, use the "REMARKS" section on Page 8, and show the number of the question being answered.

Work History Report -- Form SSA-3369-BK

### WHY THIS INFORMATION IS IMPORTANT

The information we ask for on this form will help us understand how your illnesses, injuries, or conditions might affect your ability to do work for which you are qualified. The information tells us about the kinds of work you did, including the types of skills you needed and the physical and mental requirements of each job. In Section 2, be sure to give us all of the different jobs you did in the 15 years before you became unable to work because of your illnesses, injuries, or conditions. There is a separate page to describe each different job.

**REMEMBER TO GIVE US THE NAME AND ADDRESS OF THE PERSON COMPLETING THIS FORM ON PAGE 8**

# Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), and 1631(e)(1) of the Social Security Act, as amended, authorize us to collect this information. We will use the information you provide to make a determination of eligibility for Social Security benefits.

Furnishing us this information is voluntary. However, failing to provide us with all or part of the information may prevent an accurate and timely decision on any claim filed.

We rarely use the information you supply us for any purpose other than to make a determination regarding benefits eligibility. However, we may use the information for the administration of our programs including sharing information:

1. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office and Department of Veterans Affairs); and,

2. To facilitate statistical research, audit, or investigative activities necessary to ensure the integrity and improvement of our programs (e.g., to the Bureau of the Census and to private entities under contract with us).

A complete list of when we may share your information with others, called routine uses, is available in our Privacy Act System of Records Notices 60-0089, entitled, Claims Folders Systems; and, 60-0090, entitled, Master Beneficiary Record. Additional information about these and other system of records notices and our programs are available online at www.socialsecurity.gov or at your local Social Security office.

We may share the information you provide to other health agencies through computer matching programs. Matching programs compare our records with records kept by other Federal, State or local government agencies. We use the information from these programs to establish or verify a person's eligibility for federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C.§ 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 1 hour to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO THE STATE AGENCY THAT REQUESTED IT. If you have questions about how to complete the form, contact the State Agency that requested it. If you need the address or phone number for your State Agency, you can get it by calling Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

**PLEASE REMOVE THIS SHEET BEFORE RETURNING THE COMPLETED FORM.**

5055649

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0578

# WORK HISTORY REPORT

For SSA Use Only
Do not write in this box.

RQID:DCM43471763 SITE:S48 DR:S
SSN:********* DOCTYPE:1080 RF:D CS:2631

## SECTION 1 - INFORMATION ABOUT THE DISABLED PERSON

**A. NAME (First, Middle Initial, Last)**

Kimberly Kindle

**B. SOCIAL SECURITY NUMBER**

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

☐ Your Number ☐ Message Number ☐ None

*Area Code* *Phone Number*

## SECTION 2 - INFORMATION ABOUT YOUR WORK

List all the jobs that you have had in the 15 years before you became unable to work because of your illnesses, injuries, or conditions.

| | Job Title | Type of Business | Dates Worked | |
|---|---|---|---|---|
| | | | From | To |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Work History Report - Form SSA-3369-BK

**ؘive us more information about Job No. 1 listed on Page 1. Estimate hours and pay, if you ıeed to.**

**JOB TITLE NO. 1**

| Rate of Pay | Per *(Check One)* | Hours per day | Days per week |
|---|---|---|---|
| $ | ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | | |

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | ☐ YES | ☐ NO |
| Use technical knowledge or skills? | ☐ YES | ☐ NO |
| Do any writing, complete reports, or perform duties like this? | ☐ YES | ☐ NO |

In **this job**, how many total hours each day did you:

| | | | |
|---|---|---|---|
| Walk? | ______ | Kneel? *(Bend legs to rest on knees)* | ______ |
| Stand? | ______ | Crouch? *(Bend legs & back down & forward)* | ______ |
| Sit? | ______ | Crawl? *(Move on hands & knees)* | ______ |
| Climb? | | Handle, grab, or grasp big objects? | ______ |
| Stoop? *(Bend down and forward at waist)* | ______ | Reach? ______ | |
| | | Write, type, or handle small objects? | ______ |

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ________

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ________

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ________

What part of your time was spent supervising people? ________

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

**Give us more information about Job No. 2 listed on Page 1. Estimate hours and pay, if you need to.**

**JOB TITLE NO. 2**

| Rate of Pay $ | Per (Check One) ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day | Days per weel |
|---|---|---|---|

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

In this job, did you:

Use machines, tools, or equipment? ☐ YES ☐ NO

Use technical knowledge or skills? ☐ YES ☐ NO

Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

Walk? ____

Stand? ____

Sit? ____

Climb? ____

Stoop? *(Bend down and forward at waist)* ____

Kneel? *(Bend legs to rest on knees)* ____

Crouch? *(Bend legs & back down & forward)* ____

Crawl? *(Move on hands & knees)* ____

Handle, grab, or grasp big objects? ____

Reach? ____

Write, type, or handle small objects? ____

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ____

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ____

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ____

What part of your time was spent supervising people? ____

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

**Give us more information about Job No. 3 listed on Page 1. Estimate hours and pay, if you need to.**

**JOB TITLE NO. 3**

| Rate of Pay $ | Per (Check One) ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day | Days per week |
|---|---|---|---|
| | | | |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

In this job, did you:

- Use machines, tools, or equipment? ☐ YES ☐ NO
- Use technical knowledge or skills? ☐ YES ☐ NO
- Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

Walk? ______
Stand? ______
Sit? ______
Climb? ______
Stoop? *(Bend down and forward at waist)* ______

Kneel? *(Bend legs to rest on knees)* ______
Crouch? *(Bend legs & back down & forward)* ______
Crawl? *(Move on hands & knees)* ______
Handle, grab, or grasp big objects? ______
Reach? ______
Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

Give us more information about Job No. 4 listed on Page 1. Estimate hours and pay, if you need to.

**JOB TITLE NO. 4**

| Rate of Pay $ ______ | Per *(Check One)* ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day | Days per wee |
|---|---|---|---|

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

In this job, did you:

Use machines, tools, or equipment? ☐ YES ☐ NO

Use technical knowledge or skills? ☐ YES ☐ NO

Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

Walk? ______

Stand? ______

Sit? ______

Climb? ______

Stoop? *(Bend down and forward at waist)* ______

Kneel? *(Bend legs to rest on knees)* ______

Crouch? *(Bend legs & back down & forward)* ______

Crawl? *(Move on hands & knees)* ______

Handle, grab, or grasp big objects? ______

Reach? ______

Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

**ɜive us more information about Job No. 5 listed on Page 1. Estimate hours and pay, if you ıeed to.**

**JOB TITLE NO. 5**

| Rate of Pay $ ________ | Per *(Check One)* ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day | Days per week |
|---|---|---|---|

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

In this job, did you:

Use machines, tools, or equipment? ☐ YES ☐ NO
Use technical knowledge or skills? ☐ YES ☐ NO
Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

Walk? ______
Stand? ______
Sit? ______
Climb? ______
Stoop? *(Bend down and forward at waist)* ______
Kneel? *(Bend legs to rest on knees)* ______
Crouch? *(Bend legs & back down & forward)* ______
Crawl? *(Move on hands & knees)* ______
Handle, grab, or grasp big objects? ______
Reach? ______
Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs and more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

**Give us more information about Job No. 6 listed on Page 1. Estimate hours and pay, if you need to.**

**JOB TITLE NO. 6**

| Rate of Pay $ | Per *(Check One)* ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day | Days per week |
|---|---|---|---|
| | | | |

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

In this job, did you:

Use machines, tools, or equipment? ☐ YES ☐ NO
Use technical knowledge or skills? ☐ YES ☐ NO
Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

In **this job**, how many total hours each day did you:

Walk? ______
Stand? ______
Sit? ______
Climb? ______
Stoop? *(Bend down and forward at waist)* ______
Kneel? *(Bend legs to rest on knees)* ______
Crouch *(Bend legs & back down & forward)* ______
Crawl? *(Move on hands & knees)* ______
Handle, grab, or grasp big objects? ______
Reach? ______
Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

## SECTION 3 - REMARKS

Use this section to add any information you did not have space for in other parts of the form. Show the page number of the part you are continuing.

BE SURE TO COMPLETE THE BOTTOM OF THIS PAGE.

| **Name** of person completing this form if other than the disabled person *(Please print)* | **Date** *(Month, day, year)* | |
|---|---|---|
| **Address** *(Number and Street)* | **Email address** *(optional)* | |
| **City** | **State** | **ZIP Code** |

STEVE BEAL
ROBERT STEVIE BEAL
22 MONROE AVENUE
LEXINGTON TN 38351

This is a copy of the letter sent to Kimberly Kindle

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: October 4, 2022
Case ID: 5055649

KIMBERLY KINDLE

We are the office that makes disability decisions for the Social Security Administration. We are writing to tell you that we are reviewing your disability claim.

**How We Decide Eligibility For Disability Benefits**

To be eligible for disability benefits, you must have a medical condition(s) that:

- Keeps you from doing any type of work, and
- Has lasted or is expected to last for at least 12 months in a row, or is expected to result in death

**What We Will Do**

We will review the medical and other information we have. If we need more information to decide whether you are disabled, we may arrange an exam or test which we will pay for. We may also reimburse some travel expenses to the exam or test site based on a set rate.

**What You Need To Do**

Please respond quickly to any letters or forms that you receive from us. Let us know right away if any of the following occur while we process this claim:

- New doctor or hospital visit,
- Additional tests, therapy, or surgery,
- Changes in dosage, addition, or discontinuation of medication(s),
- Begin or return to work,
- New conditions develop,
- Additional current or past medical, educational, or mental health sources not listed on the application.

You must report to SSA right away any changes to your address, telephone number(s) or any other personal information.

**Suspect Social Security Fraud?**

Please visit **https://oig.ssa.gov/report** or call the Inspector General's Fraud Hotline at (800) 269-0271 (TTY (866) 501-2101).

**If You Have Questions**

If you have any questions or wish to provide more information, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 5055649, your name, and a call back number.

Deaundra M
(629) 246-9850
(877) 337-7890 (FAX)

CC: ROBERT S. BEAL; STEVE BEAL

STEVE BEAL
ROBERT STEVIE BEAL
22 MONROE AVENUE
LEXINGTON TN 38351

This is a copy of the letter sent to Kimberly Kindle

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: July 22, 2022
Case ID: 5055649

KIMBERLY KINDLE

We are the office that makes disability decisions for the Social Security Administration.
We are writing about your disability claim because we need more information about your condition, daily activities, or work history.

**What You Need To Do**

**Complete these form(s) with black or blue ink.** We realize that some of the questions may not seem relevant to the case, but please answer all of the questions to the best of your ability.

**Return the completed form(s) by August 1, 2022.** If you do not return the form(s), we may decide the case based on the information we already have on file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

**How To Return The Form(s)**

You may use the enclosed return envelope or fax your completed form(s) to us at (877) 337-7890. Please note the return address may be to a scanning center who works with us. **The completed form(s) must include the barcode page on top of the form(s).**

**If You Have Any Questions**

If you have any questions or wish to provide more information, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 5055649, your name, and a call back number.

Thank you for your help.

Roger Warren/MW
(800) 342-1117
(877) 337-7890 (FAX)

CC: ROBERT S. BEAL; STEVE BEAL

Enclosure(s):
SSA-3373 Activities of Daily Living Questionnaire
Return Envelope

# FUNCTION REPORT - ADULT

## READ ALL OF THIS INFORMATION BEFORE YOU BEGIN COMPLETING THIS FORM

### IF YOU NEED HELP

If you need help with this form, complete as much of it as you can and call the phone number provided on the letter sent with the form, or contact the person who asked you to complete the form. If you need the address or phone number for the office that provided the form, you can get it by calling Social Security at 1-800-772-1213.

### HOW TO COMPLETE THIS FORM

The information that you give us on this form will be used by the office that makes the disability decision on your disability claim. You can help them by completing as much of the form as you can.

It is important that you tell us about your activities and abilities.

- Print or type.
- **DO NOT LEAVE ANSWERS BLANK.** If you do not know the answer or the answer is "none" or "does not apply," please write "don't know" or "none" or "does not apply."
- Do not ask a doctor or hospital to complete this form.
- Be sure to explain an answer if the question asks for an explanation, or if you think you need to explain an answer.
- If more space is needed to answer any questions, use the "REMARKS" section on Page 10, and show the number of the question being answered.

Function Report - Adult - Form SSA-3373-BK

**REMEMBER TO GIVE US THE NAME AND ADDRESS OF THE PERSON COMPLETING THIS FORM ON PAGE 10**

## Privacy Act Statements
## Collection and Use of Personal Information

Sections 205(a), 223(d), and 1631 of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed.

We will use the information you provide to make a determination of eligibility for benefits. We may also share your information for the following purposes, called routine uses:

- To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs; and

- To applicants, claimants, prospective applicants or claimants, other than the data subject, their authorized representatives or representative payees to the extent necessary to pursue Social Security claims and to representative payees when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting SSA in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System, as published in the Federal Register (FR) on April 1, 2003, at FR 15784, and 60-0320, entitled Electronic Disability Claim File, as published in the FR on December 22, 2003, at 68 FR 71210. Additional information, and a full listing of all our SORNs, is available on our website at https://ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 61 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

**PLEASE REMOVE THIS SHEET BEFORE RETURNING THE COMPLETED FORM.**

# FUNCTION REPORT - ADULT

*How your illnesses, injuries, or conditions limit your activities*

**For SSA Use Only**
**Do not write in this box.**

RQID:DCM38360962 SITE:S48 DR:S
SSN:********* DOCTYPE:0075 RF:D CS:ea26

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

## SECTION A - GENERAL INFORMATION

| 1. NAME OF DISABLED PERSON *(First, Middle Initial, Last)* | 2. SOCIAL SECURITY NUMBER |
|---|---|
| Kimberly Kindle | |

3. **YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

______ ____________ ☐ Your Number ☐ Message Number ☐ None
*Area Code* *Phone Number*

4. a. Where do you live? *(Check one.)*

☐ House ☐ Apartment ☐ Boarding House ☐ Nursing Home
☐ Shelter ☐ Group Home ☐ Other *(What?)* ____________

b. With whom do you live? *(Check one.)*

☐ Alone ☐ With Family ☐ With Friends
☐ Other *(Describe relationship.)* ____________

## SECTION B - INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

5. How do your illnesses, injuries, or conditions limit your ability to work?

## SECTION C - INFORMATION ABOUT DAILY ACTIVITIES

6. Describe what you do from the time you wake up until going to bed.

7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other? ☐ Yes ☐ No

   If "YES," for whom do you care, and what do you do for them?

8. Do you take care of pets or other animals? ☐ Yes ☐ No

   If "YES," what do you do for them?

9. Does anyone help you care for other people or animals? ☐ Yes ☐ No

   If "YES," who helps, and what do they do to help?

10. What were you able to do before your illnesses, injuries, or conditions that you can't do now?

11. Do the illnesses, injuries, or conditions affect your sleep? ☐ Yes ☐ No

    If "YES," how?

2. **PERSONAL CARE** (Check here ☐ if **NO PROBLEM** with personal care.)

   a. Explain how your illnesses, injuries, or conditions affect your ability to:

   Dress

   Bathe

   Care for hair

   ;have

   ·eed self

   se the toilet

   her

5055649

, you need any special reminders to take care of personal eds and grooming? ☐ Yes ☐ No

YES," what type of help or reminders are needed?

o you need help or reminders taking medicine? ☐ Yes ☐ No

'YES," what kind of help do you need?

. MEALS

Do you prepare your own meals? ☐ Yes ☐ No

If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete meals with several courses.)

łow often do you prepare food or meals? (For example, daily, weekly, monthly.)

How long does it take you?

Any changes in cooking habits since the illness, injuries, or conditions began?

b. If "No," explain why you cannot or do not prepare meals.

14. HOUSE AND YARD WORK

a. List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.)

b. How much time does it take you, and how often do you do each of these things?

c. Do you need help or encouragement doing these things? ☐ Yes ☐ No

If "YES," what help is needed?

d. If you don't do house or yard work, explain why not.

**15. GETTING AROUND**

a. How often do you go outside? ______

If you don't go out at all, explain why not.

b. When going out, how do you travel? *(Check all that apply.)*

☐ Walk ☐ Drive a car ☐ Ride in a car ☐ Ride a bicycle

☐ Use public transportation ☐ Other (Explain) ______

c. When going out, can you go out alone? ☐ Yes ☐ No

If "NO," explain why you can't go out alone.

d. Do you drive? ☐ Yes ☐ No

If you don't drive, explain why not.

16. **SHOPPING**

a. If you do any shopping, do you shop: *(Check all that apply.)*

☐ In stores ☐ By phone ☐ By mail ☐ By computer

b. Describe what you shop for.

______

c. How often do you shop and how long does it take?

______

17. **MONEY**

a. Are you able to:

| | | | | | |
|---|---|---|---|---|---|
| Pay bills | ☐ Yes | ☐ No | Handle a savings account | ☐ Yes | ☐ No |
| Count change | ☐ Yes | ☐ No | Use a checkbook/money orders | ☐ Yes | ☐ No |

Explain all "NO" answers.

______

b. Has your ability to handle money changed since the illnesses, injuries, or conditions began? ☐ Yes ☐ No

If "YES," explain how the ability to handle money has changed.

______

8. **HOBBIES AND INTERESTS**

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)

b. How often and how well do you do these things?

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

19. **SOCIAL ACTIVITIES**

a. Do you spend time with others? *(Check all that apply.)*

☐ In person ☐ On the phone ☐ Email ☐ Texting ☐ Mail

☐ Video Chat (for example Skype or Facetime) ☐ Other *(Explain)*

b. Describe the kinds of things you do with others.

How often do you do these things?

c. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.)

Do you need to be reminded to go places? ☐ Yes ☐ No

How often do you go and how much do you take part?

Do you need someone to accompany you? ☐ Yes ☐ No

If "YES", explain.

d. Do you have any problems getting along with family, friends, neighbors, or others? ☐ Yes ☐ No

If "YES," explain.

e. Describe any changes in social activities since the illnesses, injuries, or conditions began.

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items that your illnesses, injuries, or conditions affect:

| | | | |
|---|---|---|---|
| ☐ Lifting | ☐ Walking | ☐ Stair Climbing | ☐ Understanding |
| ☐ Squatting | ☐ Sitting | ☐ Seeing | ☐ Following Instructions |
| ☐ Bending | ☐ Kneeling | ☐ Memory | ☐ Using Hands |
| ☐ Standing | ☐ Talking | ☐ Completing Tasks | ☐ Getting Along With Others |
| ☐ Reaching | ☐ Hearing | ☐ Concentration | |

Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far].)

b. Are you: ☐ Right Handed? ☐ Left Handed?

c. How far can you walk before needing to stop and rest?

If you have to rest, how long before you can resume walking?

d. For how long can you pay attention?

e. Do you finish what you start? (For example, a conversation, chores, reading, watching a movie.) ☐ Yes ☐ No

f. How well do you follow written instructions? (For example, a recipe.)

g. How well do you follow spoken instructions?

h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers.)

i. Have you ever been fired or laid off from a job because of problems getting along with other people? ☐ Yes ☐ No

If "YES," please explain.

If "YES," please give name of employer.

j. How well do you handle stress?

k. How well do you handle changes in routine?

l. Have you noticed any unusual behavior or fears? ☐ Yes ☐ No

If "YES," please explain.

21. Do you use any of the following? *(Check all that apply.)*

☐ Crutches ☐ Cane ☐ Hearing Aid

☐ Walker ☐ Brace/Splint ☐ Glasses/Contact Lenses

☐ Wheelchair ☐ Artificial Limb ☐ Artificial Voice Box

☐ Other (Explain)

Which of these were prescribed by a doctor?

When was it prescribed?

When do you need to use these aids?

22. Do you currently take any medicines for your illnesses, injuries, or conditions? ☐ Yes ☐ No

If "YES," do any of your medicines cause side effects? ☐ Yes ☐ No

If "YES," please explain. (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
| | |
| | |
| | |
| | |
| | |

## SECTION E - REMARKS

**Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.**

| lame of person completing this form (Please print) | Date *(MM/DD/YYYY)* |
|---|---|
| | |

| ddress (Number and Street) | Email address (optional) |
|---|---|
| | |

| ty | State | ZIP Code |
|---|---|---|
| | | |

5055649

**Lincoln/Kindle 0215**

STEVE BEAL
ROBERT STEVIE BEAL
22 MONROE AVENUE
LEXINGTON TN 38351

This is a copy of the letter sent to Kimberly Kindle

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

STATE OF TENNESSEE
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYMENT SECURITY

## SEPARATION NOTICE

1. Employee's Name: Kimberly (First) A (Middle Initial) Kindle (Last) 2. SSN ____________

3. Last Employed: From: 09/01/2012 (mm/dd/yyyy) to 07/11/2022 (mm/dd/yyyy) Occupation: Phys. Therapy Ass't - HH

4. Where was work performed? 580 TN Ave North Parsons, TN 38363

5. Reason for Separation: ☐ Lack of Work ☐ Discharge ☒ Quit

If lack of work, indicate if layoff is ☐ Permanent ☐ Temporary - Recall Date ____________ (mm/dd/yyyy)

If temporary, report any vacation pay that will be paid. Week Ending Date ____________ (mm/dd/yyyy) Amount $ ____________

If layoff is indefinite vacation pay should not be reported.

6. Employee received: ☐ Wages in Lieu of Notice ☐ Severance Pay

In the amount of $ ____________ for period from ____________ (mm/dd/yyyy) to ____________ (mm/dd/yyyy)

If other than lack of work, explain the circumstances of this separation:

Last Day Worked:07/11/2022
Termination Reason:
No Return from Leave

Employer's Name: Tennessee Valley Home Care LLC

| Address where additional information may be obtained: | Employer's Telephone Number: |
|---|---|
| Tennessee Valley Home Care LLC<br>580 TN Ave North<br>Parsons, TN 38363 | (731) 847-6343 |
| | Employer's Email Address: |

**Employer's Account Number:** 03408317 *Number shown on State Quarterly Wage Report (LB-0851) and Premium Report (LB-0456)*

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. **This report has been handed to or mailed to the worker.**

| Signature of Official or Representative of the Employer who has first-hand knowledge of the separation | Title of Person Signing | Date Completed and Released to Employee |
|---|---|---|
| ____________ | ____________ | ____________ (mm/dd/yyyy) |

### NOTICE TO EMPLOYER

Within 24 hours of the time of separation, you are required by Rule 0800-09-01-.02 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a time sensitive request for separation information for the same information please give complete information in your response.

### NOTICE TO EMPLOYEE

**YOU MAY BE INSTRUCTED TO MAIL OR FAX THE SEPARATION NOTICE TO TENNESSEE CLAIMS OPERATIONS IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

LB-0489 (Rev. 08-2020) RDA 0063

**Lincoln/Kindle 0217**

# Social Security Administration
Important Information

SOCIAL SECURITY
415 CHEYENNE DR
JACKSON TN 38305-3571

Date: July 19, 2022
BNC#: 22R1873K11499
Rep ID: ZCC9547Q5S

0004442 00019990 1 MB 0.515 ZN6LNA T70 P4
SSI M14 07/19
LENA DOROTHY BEAL
22 Monroe Ave
Lexington TN 38351-2135

*0201ZC84K00221* ZN6LNA 0004442 000000000

We received written notice that KIMBERLY KINDLE has appointed you to act as his or her representative for his or her claim(s). Therefore, we will deal directly with you on matters that concern these claim(s).

We have processed your updated direct payment information for the representation of KIMBERLY KINDLE.

We have recorded STEVE BEAL with the EIN 621108227 as your affiliation for this claim.

If you plan to charge a fee for services, you must file either a fee petition or a fee agreement with us, if you have not already done so. In either case, you cannot charge more than the fee amount we authorize you.

Fee Agreement Process
You must submit your fee agreement to us before we make the first favorable decision on the matter on which you worked. We will approve your agreement if it meets certain requirements. We will consider the fee agreement only if we favorably decide the claimant's case and our decision results in past-due benefits. Find more information about fee agreements on our website at www.ssa.gov/representation/fee_agreements.htm.

OR

See Next Page

Fee Petition Process
You must submit your fee petition to us after your services end, even if the matter you worked on is still pending decision. For convenience, you may use Form SSA-1560-U4, available on our website at www.ssa.gov/online/ssa-1560.html or through your local Social Security office. If you are eligible for and seek direct payment, note that there are important deadlines for submitting a fee petition so that we withhold funds to pay the fee directly to you. Find more information about fee petitions on our website at www.ssa.gov/representation/fee_petitions.htm

We withhold up to 25 percent of the claimant's past-due benefits. We will pay the authorized fee after deducting the assessment as required by the Social Security Act. You cannot charge or collect this expense from the claimant. When the authorized fee exceeds the withheld amount or the representative is not eligible for direct payment, the representative must seek payment from the claimant.

**If You Waive Your Fee**

If you choose to waive either a fee or direct payment of a fee, you can do so by updating your fee arrangement on the notice of appointment.

Early filing of the waiver enables us to prevent unnecessary withholding of past-due benefits for direct payment.

**Important Note: After your appointment ends, you will no longer have access to the claimant's records or personal information.**

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

Please visit our Representing Claimants website at www.socialsecurity.gov/representation for general information.

If you have questions, please call us at 1-800-772-1213. If you are deaf or hard of hearing, you may call the TTY number, 1-800-325-0778 between 7:00 a.m. and 7:00 p.m. Eastern time, Monday through Friday. We can answer most of your questions over the phone. When you call, please have this letter with you to help us answer your questions.

If you have questions about reporting income or Form 1099-MISC, please contact the Internal Revenue Service.

*Social Security Administration*

# Social Security Administration
Important Information

SOCIAL SECURITY
415 CHEYENNE DR
JACKSON TN 38305-3571

Date: July 19, 2022
BNC#: 22R1873K11499
Rep ID: WVWV76J4G3

0004441 00019989 1 MB 0.515 ZN6LNA T70 P4
SSI M14 07/19
ROBERT STEVIE BEAL
22 Monroe Avenue
Lexington TN 38351-2135

We received written notice that KIMBERLY KINDLE has appointed you to act as his or her representative for his or her claim(s). Therefore, we will deal directly with you on matters that concern these claim(s).

We have processed your updated direct payment information for the representation of KIMBERLY KINDLE.

We have recorded STEVE BEAL with the EIN 621108227 as your affiliation for this claim.

If you plan to charge a fee for services, you must file either a fee petition or a fee agreement with us, if you have not already done so. In either case, you cannot charge more than the fee amount we authorize you.

Fee Agreement Process
You must submit your fee agreement to us before we make the first favorable decision on the matter on which you worked. We will approve your agreement if it meets certain requirements. We will consider the fee agreement only if we favorably decide the claimant's case and our decision results in past-due benefits. Find more information about fee agreements on our website at www.ssa.gov/representation/fee_agreements.htm.

OR

See Next Page

Fee Petition Process
You must submit your fee petition to us after your services end, even if the matter you worked on is still pending decision. For convenience, you may use Form SSA-1560-U4, available on our website at www.ssa.gov/online/ssa-1560.html or through your local Social Security office. If you are eligible for and seek direct payment, note that there are important deadlines for submitting a fee petition so that we withhold funds to pay the fee directly to you. Find more information about fee petitions on our website at www.ssa.gov/representation/fee_petitions.htm

We withhold up to 25 percent of the claimant's past-due benefits. We will pay the authorized fee after deducting the assessment as required by the Social Security Act. You cannot charge or collect this expense from the claimant. When the authorized fee exceeds the withheld amount or the representative is not eligible for direct payment, the representative must seek payment from the claimant.

**If You Waive Your Fee**

If you choose to waive either a fee or direct payment of a fee, you can do so by updating your fee arrangement on the notice of appointment.

Early filing of the waiver enables us to prevent unnecessary withholding of past-due benefits for direct payment.

**Important Note: After your appointment ends, you will no longer have access to the claimant's records or personal information.**

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

Please visit our Representing Claimants website at www.socialsecurity.gov/representation for general information.

If you have questions, please call us at 1-800-772-1213. If you are deaf or hard of hearing, you may call the TTY number, 1-800-325-0778 between 7:00 a.m. and 7:00 p.m. Eastern time, Monday through Friday. We can answer most of your questions over the phone. When you call, please have this letter with you to help us answer your questions.

*02022C84K002908* ZN6LNA 000441

If you have questions about reporting income or Form 1099-MISC, please contact the Internal Revenue Service.

*Social Security Administration*

KYOCERA

# Send Result Report

MFP

TASKalfa 3252ci

Firmware Version 2RL_2000.004.405 2020.02.06

W2R8509545
07/13/2022 12:48
[2RL_1000.006.001] [2ND_1100.001.007] [2ND_7000.004.404]

Job No.: 020198 Total Time: 0°01'47" Page: 010

# Complete

Document: doc02019820220713124547

Form Approved
OMB No. 0960-0566

Social Security Administration
Consent for Release of Information

*SSA will not honor this form unless all required fields have been completed (*signifies required field).*

TO: Social Security Administration

Kimberly Kindle
*Name *Date of Birth *Social Security Number

I authorize the Social Security Administration to release information or records about me to:

*NAME Beal law office *ADDRESS 22 Monroe Av Lexington TN 38351

*I want this information released because: legal representative
*There may be a charge for releasing information.*

*Please release the following information selected from the list below:

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 07/13/22 12:46 | 18335970128 | 0°01'47" | FAX | OK | 200x100 Normal/On |



Lincoln/Kindle 0224

Social Security Administration
Consent for Release of Information

Form Approved
OMB No. 0960-0566

*SSA will not honor this form unless all required fields have been completed (*signifies required field).*

TO: Social Security Administration

Kimberly Kindle
*Name *Date of Birth *Social Security Number

I authorize the Social Security Administration to release information or records about me to:

| *NAME | *ADDRESS |
|---|---|
| Beal law office | 72 Monroe Av |
| | Lexington TN 38351 |

*I want this information released because: legal representative
*There may be a charge for releasing information.*

*Please release the following information selected from the list below:
*You must check at least one box. Also, SSA will not disclose records unless applicable date ranges are included.*

- [x] Social Security Number
- [x] Current monthly Social Security benefit amount
- [x] Current monthly Supplemental Security Income payment amount
- [x] My benefit/payment amounts from ____________ to ____________
- [x] My Medicare entitlement from ____________ to ____________
- [x] Medical records from my claims folder(s) from ____________ to ____________
  *If you want SSA to release a minor's medical records, do not use this form but instead contact your local SSA office.*
- [x] Complete medical records from my claims folder(s)
- [x] Other record(s) from my file (e.g. applications, questionnaires, consultative examination reports, determinations, etc.) ____________

**I am the individual to whom the requested information/record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury in accordance with 28 C.F.R. § 16.41(d)(2004) that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that any applicable fees must be paid by me.**

*Signature: Kimberly Kindle *Date: 7/13/22

Relationship *(If not the individual)*: ____________ *Daytime Phone: ____________

Form SSA-3288 (07-2010) EF (07-2010)

**Lincoln/Kindle 0225**

## FEE AGREEMENT

I, Kimberly Kindle, SSN 11 _ _hereby employ Lena Beal and Steve Beal, Attorneys at Law, 22 Monroe Ave, Lexington, TN, 38351, to represent me and/or my child in my or my child's claim for Social Security Disability Benefits and/or SSI payments.

I understand that Social Security Administration (SSA) must approve any fee a representative charges or collects for services before SSA in connection with this claim(s) for benefits. Claimant or an affected auxiliary beneficiary may ask SSA to reduce any fee, and the person who decides the claim may ask for a reduction of any fee. Representative may ask that the fee be increased, but not to more than 25 percent of all past due benefits. I authorize SSA to withhold and pay the approved representative fee.

I agree that if the SSA favorably decides any of my claim(s) pursuant to this contract at my first hearing, I will pay my representative the lesser of 25 percent of the past-due benefits resulting from my claim(s) or $6,000.00 (or such higher limit as the Commissioner of Social Security may set under 42 USC § 406(a)(2)(A)), whether the past due benefits are Supplemental Security Income (SSI under Title XVI), Disability Insurance Benefits (DIB under Title II), Disabled Widow's Benefits, Disabled Child's Benefits, or any combination thereof. For disability insurance benefits claims under Title II, I understand that Social Security past-due benefits are the total amount of money that I and any auxiliary beneficiaries (including my children and surviving spouse if any) become entitled through the month before the month SSA makes a favorable Title II decision on my claim. For SSI claims under Title XVI, I understand that Supplemental Security Income past-due benefits are the total amount of money for which I become eligible through the month SSA makes a favorable SSI decision on my claim. For combination SSI under Title XVI and insured benefits under Title II claims, I understand that Social Security past-due benefits are the total amount of money to which I and any auxiliary beneficiaries (including my children and surviving spouse if any) become entitled through the month before the month SSA makes a favorable decision on my Social Security claim; and that Supplemental Security Income past-due benefits are the total amount of money for which I become eligible through the month SSA makes a favorable decision on my SSI claim. I further understand that representative fees for both claims are the lesser of 25 percent of the past-due benefits resulting from my claim(s) or $6,000.00 (or such higher limit as the Commissioner of Social Security may set under 42 USC § 406(a)(2)(A)), if limit is applicable.

If I lose at the ALJ hearing and my representative agrees to handle my appeal before the Appeals Council and I win my case later, the fee will be 25 percent of all past due benefits awarded in my case, irrespective of the 42 USC § 406(a)(2)(A) limit. If my case must be appealed to the District Court or Court of Appeals different arrangements may be needed, but this agreement will remain in effect for any reversal and/or remand.

I understand that separate and apart from representative's fees, I am to pay the actual costs of litigating my Social Security Disability claim if my claim is successful. Expenses may include but not be limited to the cost of medical records, physician and expert fees, telephone calls, copying costs and other such actual expenses. I further agree to sign any and all necessary forms in order for my representative to obtain medical information for my claim and appeals. I agree to cooperate with my representative by meeting with him when requested and to attend hearings or examinations when scheduled. Both parties have received signed copies of this agreement.

Kimberly Kindle
Claimant

Dated 7/13/22

Lena Beal

Steve Beal

**Lincoln/Kindle 0226**

| WHOSE *Records to be Disclosed* | Form Approved OMB No. 0960-0623 |
|---|---|
| NAME *(First, Middle, Last)* Kimberly Kindle | |
| SSN | Birthday (mm/dd/yy) |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** *All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:*

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| PLEASE SIGN USING BLUE OR BLACK INK ONLY | IF not signed by subject of disclosure, specify basis for authority to sign | | |
|---|---|---|---|
| INDIVIDUAL authorizing disclosure<br>SIGN ▷ Kimberly Kindle | ☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)<br>(Parent/guardian/personal representative sign here if two signatures required by State law) ▷ | | |
| Date Signed 7/13/22 | Street Address | | |
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| | |
|---|---|
| SIGN ▷ | IF needed, second witness sign here (e.g., if signed with "X" above)<br>SIGN ▷ |
| Phone Number (or Address) 731-961-4077 | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Claimant's Social Security Number

Appointed Representative's Rep ID
WVWV7G5J4G3

# Claimant's Appointment of a Representative

## Section 1 - Claimant's Information

Social Security Number

First Name Kimberly | Initial | Last Name Kindle

Mailing Address

City | State | ZIP/Postal Code | Country - if outside the U.S.

Phone Number | Alternate Phone Number (Optional)

Country/Area Code | Phone Number | Country/Area Code | Phone Number

### Number Holder's Information *(Complete when applicable)*

My claim is based on another person's work or earnings (e.g., spouse or parent). This person's information is different from mine.

Number Holder's Social Security Number

☐☐☐-☐☐-☐☐☐☐

First Name | Initial | Last Name

## Section 2 - Disclosure *(Claimant Only)*

☑ By selecting this box, I, the claimant listed in Section 1, whose signature appears in Section 8, authorize SSA to release information in relation to my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g., clerks, assistants), partners, or parties under contractual arrangements for or with my representative. *(The appointed representative's partners, associates, delegates and designees must be prepared to provide information in order to be authenticated.)*

## Section 3 - Principal Representative *(Claimant only – Complete when applicable)*

I have appointed before, or appoint now, more than one representative. I ask SSA to make contacts or send notices to this individual. My principal representative is:

Name Steve Beal

Claimant's Social Security Number

Appointed Representative's Rep ID
W V W V 7 6 J 4 6 3

## Section 4 - Representative's Information *(Claimant and Representative)*

Representatives who are eligible and seek direct payment of their fee must register and receive a Rep ID before the appointment. For more information about registration visit us on-line at www.socialsecurity.gov/ar, contact us at 1-800-772-1213 (TTY 1-800-325-0778), or visit your local Social Security office.

**Representative's Rep ID**

| | | |
|---|---|---|
| **First Name** Steve | **Initial** | **Last Name** Beal |

**Mailing Address** 22 Monroe Ave

| **City** | **State** | **ZIP/Postal Code** | **Country - if outside the U.S.** |
|---|---|---|---|
| Lexington | TN | 38351 | |

**Phone Number**
731 (Country/Area Code) 968-9077 (Phone Number)

**Alternate Phone Number (Optional)**
Country/Area Code — Phone Number

## Section 5 - Representative's Status, Affiliations, and Certifications *(Representative Only)*

**Representative's Status Part A - Type of Representative** (Representatives have a duty to keep their information current)

- [x] I am an attorney *(SSA regulation states that an attorney is someone in good standing who has the right to practice law before a court of a State, Territory, District, or island possession of the United States, or before the Supreme Court or a lower Federal court of the United States.)*
- [ ] I am a non-attorney eligible for direct payment *(SSA law requires that non-attorneys meet certain criteria to qualify for direct payment. Refer to our website at www.ssa.gov/representation for criteria).*
- [ ] I am a non-attorney not eligible for direct payment.

**Representative's Status Part B - Disqualification**

I am now or have previously been disqualified from a court or bar to which I was previously admitted to practice law.

- [ ] Yes - [x] No

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency.

- [ ] Yes - [x] No

Lincoln/Kindle 0229

| Claimant's Social Security Number | Appointed Representative's Rep ID |
|---|---|
| | WVWV7UJ4G3 |

## Section 5 - Continued *(Representative Only)*

**Affiliation Information**

If you are representing the claimant(s) as a partner or employee of a business entity, firm or other organization you may provide your Employer Identification Number (EIN) here, if one exists for tax purposes. This number is not your Social Security Number (SSN). This is your employer's tax identification number. (*Do not complete this section if you do not qualify for direct payment.*)

EIN 62-1108227

**Organization's Name** (Enter the full name of the business, entity, firm or organization with which you want to be affiliated while representing this claim) Beal Law Office

**Representative's Business Address** (if different than mailing address)
22 Monroe Ave

| City | State | ZIP/Postal Code |
|---|---|---|
| Lexington | TN | 38351 |

**Country - if outside the U.S.**

**Representative's Certification** Attorneys

I accept this appointment and certify the following:

- I understand and agree that I will comply with SSA's laws and rules on the representation of parties, including the Rules of Conduct and Standards of Responsibility for Representatives; I will not charge, collect, or retain a fee for representational services that SSA has not approved or that is more than SSA approved unless a regulatory exclusion applies.
- I understand that if I fail to comply with any of SSA's laws and rules I may be suspended or disqualified as a representative before SSA.
- I will not disclose any information to any unauthorized party without the claimant's specific written consent.
- I am not currently suspended or prohibited, for any reason, from practicing before the Social Security Administration.
- I am not disqualified from representing the claimant as a current or former officer or employee of the United States.
- I accept appointment as the representative for the claimant named in Section 2 of this form in connection with the claims and asserted rights described in Section 6 of this form.
- I agree that a copy of this signed form SSA-1696 will have the same force and effect as the original.
- I declare under penalty of perjury that I have examined all of the information on this form and on all accompanying statements or forms, including any information, attestations and certifications provided to SSA in registration, and that they are all currently true and correct to the best of my knowledge.

*If I intend to seek direct payment of the authorized fee on this claim -*

- I have registered for and obtained a Rep ID, and my registration information is up-to-date.
- I have provided up-to-date information on my registration concerning whether I have been suspended or prohibited from practice before SSA or any other Federal program or agency, disbarred or suspended by a court or bar, and convicted of a violation under Section 206 or 1631(d) of the Social Security Act.

**I CERTIFY TO ALL OF THE ABOVE** RGB *(Representative's Initials)*

| Claimant's Social Security Number | Appointed Representative's Rep ID |
|---|---|
| | W V W V 7 6 3 4 6 3 |

## Section 6 - Claim Type *(Claimant or Representative)*

I appoint the individual named in Section 4 to act as my representative in connection with my claim(s) or asserted right(s) under Title II (RSDI), Title XVI (SSI), Title XVIII (Medicare Coverage), and Title VIII (SVB) of the Social Security Act, as presently amended, specifically for the issues identified below: (*Check all that apply*)

- ☐ Claim/Appeal for Title II Disability Benefits
- ☐ Claim/Appeal for Title XVI Disability Benefits
- ☐ Concurrent Title II and Title XVI Disability Benefits
- ☐ Claim/Appeal for Retirement Benefits
- ☐ Claim/Appeal for Title XVIII (Medicare), VIII (Special Veteran's Benefits)
- ☐ Continuing Disability Review (CDR)
- ☐ Post-Entitlement Issue (a new issue you raise after eligibility for other benefits)

(E.g., benefit amount, month of entitlement, representative payee, suspension, termination, overpayment)

## Section 7 - Fee Arrangement *(Representative Only)*

Check one box below:

- ☑ **I will request a fee and direct payment of this fee.** Select this box if you are eligible for direct payment and want us to withhold a portion of the past-due benefits to pay you the fee we may authorize. *(We must authorize the fee.)*
- ☐ **I will request a fee but not direct payment.** Select this box if you are not eligible for direct payment from the past-due benefits, or if you do not want direct payment. You must collect any fee we may authorize on your own. *(We must authorize the fee.)*
- ☐ **I waive the right to receive a fee from the claimant, any auxiliary beneficiaries or any other individual.** Select this box if you certify that an entity, or a Federal, state, county, or city government agency will pay the fee and any expenses from its funds. The claimant, auxiliary beneficiaries, or other individuals must not be liable for the fee, directly or indirectly, in whole or in part, or any expenses. *(We do not need to authorize the fee if all regulatory conditions apply.)*
- ☐ **I waive the right to a fee.**

## Section 8 - Signatures *(Claimant and Representative)*

| | |
|---|---|
| **Representative's Signature** [signature] | **Date** 7/13/22 |
| **Claimant's Signature** Kimberley Kindle | **Date** 7/13/22 |

**Lincoln/Kindle 0231**

| Claimant's Social Security Number | Appointed Representative's Rep ID |
|---|---|
| | 7CC95470 5S |

## Section 4 - Representative's Information *(Claimant and Representative)*

Representatives who are eligible and seek direct payment of their fee must register and receive a Rep ID before the appointment. For more information about registration visit us on-line at www.socialsecurity.gov/ar, contact us at 1-800-772-1213 (TTY 1-800-325-0778), or visit your local Social Security office.

**Representative's Rep ID**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| First Name | Initial | Last Name |
|---|---|---|
| Lena | | Beal |

**Mailing Address**

22 Monroe Ave

| City | State | ZIP/Postal Code | Country - if outside the U.S. |
|---|---|---|---|
| Lexington | TN | 38351 | |

| Phone Number | | Alternate Phone Number (Optional) | |
|---|---|---|---|
| 731 | 968-9077 | | |
| Country/Area Code | Phone Number | Country/Area Code | Phone Number |

## Section 5 - Representative's Status, Affiliations, and Certifications *(Representative Only)*

**Representative's Status Part A - Type of Representative** (Representatives have a duty to keep their information current)

☑ I am an attorney *(SSA regulation states that an attorney is someone in good standing who has the right to practice law before a court of a State, Territory, District, or island possession of the United States, or before the Supreme Court or a lower Federal court of the United States.)*

☐ I am a non-attorney eligible for direct payment *(SSA law requires that non-attorneys meet certain criteria to qualify for direct payment. Refer to our website at www.ssa.gov/representation for criteria).*

☐ I am a non-attorney not eligible for direct payment.

**Representative's Status Part B - Disqualification**

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice law.

☐ Yes ☑ No

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency.

☐ Yes ☑ No

Lincoln/Kindle 0232

Claimant's Social Security Number ___ ___ ___

Appointed Representative's Rep ID: 9 5 4 7 0 5 S

## Section 5 - Continued *(Representative Only)*

**Affiliation Information**

If you are representing the claimant(s) as a partner or employee of a business entity, firm or other organization you may provide your Employer Identification Number (EIN) here, if one exists for tax purposes. This number is not your Social Security Number (SSN). This is your employer's tax identification number. (*Do not complete this section if you do not qualify for direct payment.*)

EIN ☐☐-☐☐☐☐☐☐☐

**Organization's Name** (Enter the full name of the business, entity, firm or organization with which you want to be affiliated while representing this claim) Beal Law Office

**Representative's Business Address** (if different than mailing address) 22 Monroe Ave

| City | State | ZIP/Postal Code |
|---|---|---|
| Lexington | TN | 38351 |

**Country - if outside the U.S.**

**Representative's Certification**

I accept this appointment and certify the following:

- I understand and agree that I will comply with SSA's laws and rules on the representation of parties, including the Rules of Conduct and Standards of Responsibility for Representatives; I will not charge, collect, or retain a fee for representational services that SSA has not approved or that is more than SSA approved unless a regulatory exclusion applies.
- I understand that if I fail to comply with any of SSA's laws and rules I may be suspended or disqualified as a representative before SSA.
- I will not disclose any information to any unauthorized party without the claimant's specific written consent.
- I am not currently suspended or prohibited, for any reason, from practicing before the Social Security Administration.
- I am not disqualified from representing the claimant as a current or former officer or employee of the United States.
- I accept appointment as the representative for the claimant named in Section 2 of this form in connection with the claims and asserted rights described in Section 6 of this form.
- I agree that a copy of this signed form SSA-1696 will have the same force and effect as the original.
- I declare under penalty of perjury that I have examined all of the information on this form and on all accompanying statements or forms, including any information, attestations and certifications provided to SSA in registration, and that they are all currently true and correct to the best of my knowledge.

*If I intend to seek direct payment of the authorized fee on this claim -*

- I have registered for and obtained a Rep ID, and my registration information is up-to-date.
- I have provided up-to-date information on my registration concerning whether I have been suspended or prohibited from practice before SSA or any other Federal program or agency, disbarred or suspended by a court or bar, and convicted of a violation under Section 206 or 1631(d) of the Social Security Act.

**I CERTIFY TO ALL OF THE ABOVE** UPB *(Representative's Initials)*

**Lincoln/Kindle 0233**

| Claimant's Social Security Number | Appointed Representative's Rep ID |
|---|---|
| | ZCC9547Q5S |

## Section 6 - Claim Type *(Claimant or Representative)*

I appoint the individual named in Section 4 to act as my representative in connection with my claim(s) or asserted right(s) under Title II (RSDI), Title XVI (SSI), Title XVIII (Medicare Coverage), and Title VIII (SVB) of the Social Security Act, as presently amended, specifically for the issues identified below: (*Check all that apply*)

- [x] Claim/Appeal for Title II Disability Benefits
- [x] Claim/Appeal for Title XVI Disability Benefits
- [x] Concurrent Title II and Title XVI Disability Benefits
- [ ] Claim/Appeal for Retirement Benefits
- [ ] Claim/Appeal for Title XVIII (Medicare), VIII (Special Veteran's Benefits)
- [ ] Continuing Disability Review (CDR)
- [ ] Post-Entitlement Issue (a new issue you raise after eligibility for other benefits)

(E.g., benefit amount, month of entitlement, representative payee, suspension, termination, overpayment)

## Section 7 - Fee Arrangement *(Representative Only)*

Check one box below:

- [x] **I will request a fee and direct payment of this fee.** Select this box if you are eligible for direct payment and want us to withhold a portion of the past-due benefits to pay you the fee we may authorize. *(We must authorize the fee.)*
- [ ] **I will request a fee but not direct payment.** Select this box if you are not eligible for direct payment from the past-due benefits, or if you do not want direct payment. You must collect any fee we may authorize on your own. *(We must authorize the fee.)*
- [ ] **I waive the right to receive a fee from the claimant, any auxiliary beneficiaries or any other individual.** Select this box if you certify that an entity, or a Federal, state, county, or city government agency will pay the fee and any expenses from its funds. The claimant, auxiliary beneficiaries, or other individuals must not be liable for the fee, directly or indirectly, in whole or in part, or any expenses. *(We do not need to authorize the fee if all regulatory conditions apply.)*
- [ ] **I waive the right to a fee.**

## Section 8 - Signatures *(Claimant and Representative)*

| | |
|---|---|
| **Representative's Signature** [signature] | **Date** 7/13/22 |
| **Claimant's Signature** Kimberly Kindle | **Date** 7/13/22 |

# Background Information for Kimberly Kindle

Your information was received on July 13, 2022 at 2:33:11 PM.

---

Background Information: Identification

## Applicant Identification

Name: **Kimberly Kindle**

Social Security Number:

Date of Birth:

Gender: **Female**

Blind or low vision: **No**

Disabled: **Yes**

Start Date of Disability: **March 21, 2021**

Denied Benefits in Last 60 days: **No**

Diagnosed with condition that is expected to end in death: **No**

## Preparer's Contact Information

Name: **Lena Beal**

Relationship to Applicant: **Attorney Representative**

Organization Name:

Address: **22 Monroe Ave, Lexington, Tennessee, 38351**

Phone: **(731) 968-9077**

## Applicant's Contact Information

**Contact Information**

Mailing Address:

Reside at this address: **Yes**

Phone: **Mobile**

Best time to call: **Anytime between 9 a.m. and 5 p.m.**

**Ability to Communicate in English**

Speak English: **Yes**

Read English: **Yes**

Write English: **Yes**

**Language Preferences**
Preferred language for speaking: **English**
Preferred language for reading: **English**

## Birth and Citizenship Information

Place of Birth: **Lexington, Tennessee**
U.S. Citizen: **Yes**
Type of Citizenship: **US citizen born inside US**

## Other Social Security Numbers and Names

**Other Social Security Numbers**
Any other Social Security Numbers used: **No**

**Other Names**
Any other names used: **No**

Background Information: General

## Marriage Information

Currently married: **No**

## Prior Marriages

Any prior marriages: **No**

## Children

Have any children: **No**

## Military Details

Military service prior to 1968: **No**

## Employer Details

Worked for an employer in 2021: **Yes**
Worked or will work for an employer in 2022: **No**

## Employer Details 1

Employer's name: **TN Quality Home Care**

Employer's address: **580 TN Ave N, Parsons, Tennessee, 38363**

Date employment began: **April 2008**

Date employment ended: **March 2022**

Employment has not ended: **No**

## Self-Employment Details

Self-employed in 2021: **No**

Self-employed in 2022: **No**

## Supplemental Information

Worked outside the US: **No**

Agree with earnings history as shown on Social Security statement: **Not sure or Kimberly Kindle does not have a statement**

## Total Earnings

Total of all wages and tips in 2021: **$55000**

Worked outside the United States for salary, wages, or self-employment in 2021: **No**

Total earnings include any special payments paid in one year but earned in another: **No**

## Other Pensions/Annuities

Ever work in a job where U.S. Social Security taxes were not deducted or withheld: **No**

## Direct Deposit Details

Own or co-own a bank account to use for Direct Deposit: **No**

Background Information: Other Benefits

## Benefit Information

Intend to apply for Supplemental Security Income benefits: **Yes**

Everyone in household receiving or applying for Supplemental Security Income: **No**

Any previous application(s) for Medicare, Social Security, or Supplemental Security Income benefits: **No**

## Ability To Work

Illnesses, injuries, conditions related to work: **No**

Now able to work: **No**

## Disability Payments

Filed or intend to file for workers' compensation or other public disability benefits: **Yes**
Received money from employer on/after date unable to work: **No**
Expect to receive money from employer in the future: **No**

## Dependents

Has one parent who receives one-half support: **No**

Background Information: Remarks & Options

## Remarks

The following are your remarks:

# Disability Information for Kimberly Kindle

Your information was received on July 13, 2022 at 2:44:41 PM.

---

Identification

## Applicant Information

**Identification Information**
Name: **Kimberly Kindle**
Social Security Number:
Date of Birth:
Gender: **Female**

**Contact Information**
Mailing Address:
Daytime Phone Number:
Alternate Phone Number:

**Ability to Communicate in English**
Speak English: **Yes**
Read English: **Yes**
Write English: **Yes**

**Other Names**
Other Names Used on Medical or Educational Records: **No**

## Preparer's Contact Information

Name: **Lena Beal**
Relationship to Applicant: **Attorney Representative**
Address: **22 Monroe Ave, Lexington, Tennessee, 38351**
Phone: **(731) 968-9077**

## Re-entry Number

The Re-entry Number is: **73982194**
(The Re-entry Number cannot be edited.)

Medical

## Conditions

**List of physical and mental conditions:**
1: **Septic arthritis R knee**
2: **Tricuspid valve needs replacement**
3: **Anxiety**
4: **Depression**
5: **Residuals from vulva cancer**
6: **Hearing loss L ear**
Height without shoes: **5** feet **7** inches
Weight without shoes: **172** lbs
Conditions cause pain or other symptoms: **Yes**

**Seen a healthcare provider or received treatment, or have an appointment scheduled:**
For physical conditions: **Yes**
For mental conditions: **Yes**

## Other Contact

Name: **Lena Beal**
Relationship to Applicant: **Attorney Representative**
Address: **22 Monroe Ave, Lexington, Tennessee, 38351**
Phone Number: **(731) 968-9077**
Speak English: **Yes**

## Hospital/Clinic 1

**Hospital/Clinic Details**

Name: **West TN Bne and Joint**
Name of Healthcare Professional Treated By:
Address: **24 Physicians Dr, Jackson, Tennessee, 38305**
Phone Number: **(731) 661-9825**
Record Number:
Emergency Room Visits: **No**
Inpatient Stays: **No**
Outpatient Visits: **Yes**
First Visit: **2022**
Last Visit: **2022**
Next Scheduled Visit: **2022**
Medical Conditions Treated: **Knee**
Treatment Received: **Med, test, exam, arthritis**

## Hospital/Clinic 2

**Hospital/Clinic Details**
Name: **Korban Cardiology**
Name of Healthcare Professional Treated By:
Address: **250 Boswell St, Lexington, Tennessee, 38351**
Phone Number: **(731) 513-5701**
Record Number:
Emergency Room Visits: **No**
Inpatient Stays: **No**
Outpatient Visits: **Yes**
First Visit: **2022**
Last Visit: **2022**
Next Scheduled Visit: **2022**
Medical Conditions Treated: **Heart**
Treatment Received: **Med, test, exam**

## Hospital/Clinic 3

**Hospital/Clinic Details**
Name: **Henderson Co MEdical Group**
Name of Healthcare Professional Treated By:
Address: **270 W Church St, Lexington, Tennessee, 38351**
Phone Number: **(731) 968-2006**
Record Number:
Emergency Room Visits: **No**
Inpatient Stays: **No**

Outpatient Visits: **Yes**

First Visit: **2000s**

Last Visit: **2022**

Next Scheduled Visit: **2022**

Medical Conditions Treated: **GP**

Treatment Received: **MEd, test, exam**

## Hospital/Clinic 4

**Hospital/Clinic Details**

Name: **Jackson General**

Name of Healthcare Professional Treated By:

Address: **620 Skyline Dr, Jackson, Tennessee, 38301**

Phone Number: **(731) 541-5000**

Record Number:

Emergency Room Visits: **Yes**

Visit 1: **2022**

Visit 2:

Visit 3:

Inpatient Stays: **Yes**

Admission Date 1: **2022**

Discharge Date 1: **2022**

Admission Date 2:

Discharge Date 2:

Admission Date 3:

Discharge Date 3:

Outpatient Visits: **No**

Medical Conditions Treated: **Knee**

Treatment Received: **MEd, test, exam, surgery**

## Hospital/Clinic 5

**Hospital/Clinic Details**

Name: **Tristar MEdical Group**

Name of Healthcare Professional Treated By:

Address: **2400 Patterson St, Ste 307, Nashville, Tennessee, 37203**

Phone Number: **(615) 342-6900**

Record Number:

Emergency Room Visits: **No**

Inpatient Stays: **No**

Outpatient Visits: **Yes**

First Visit: **2022**

Last Visit: **2022**

Next Scheduled Visit: **2022**

Medical Conditions Treated: **Heart**

Treatment Received: **Med, test, exam**

## Hospital/Clinic 6

**Hospital/Clinic Details**

Name: **St Thomas Hospital**

Name of Healthcare Professional Treated By:

Address: **4220 Harding Pike, Nashville, Tennessee, 37205**

Phone Number: **(615) 222-2111**

Record Number:

Emergency Room Visits: **No**

Inpatient Stays: **No**

Outpatient Visits: **Yes**

First Visit: **2022**

Last Visit: **2022**

Next Scheduled Visit: **2022**

Medical Conditions Treated: **Heart condition**

Treatment Received: **Med, test, exam**

## Hospital/Clinic 7

**Hospital/Clinic Details**

Name: **TN Quality Home Care**

Name of Healthcare Professional Treated By:

Address: **580 TN Ave N, Parsons, Tennessee, 38363**

Phone Number: **(731) 847-9228**

Record Number:

Emergency Room Visits: **No**

Inpatient Stays: **No**

Outpatient Visits: **Yes**

First Visit: **2022**

Last Visit: **2022**

Next Scheduled Visit: **2022**

Medical Conditions Treated: **Home health**

Treatment Received: **Med, test, exam**

Work/Education

## Work Status

Currently Working: **No, she has stopped working**

## Work Activity

Date Stopped Working: **March 21, 2021**
Reason for Stopping: **Because of her condition**
Changes in Work Activity: **No**

## Job History

Earnings greater than $1310 since March 21, 2021: **No**
Number of jobs in the past 15 years: **2**

**Most Recent Job**
Job Title: **Physical Therapy Assistant**
Type of Business: **PT**
Start Date: **January 2004**
End Date: **January 2022**
Hours per Day: **8**
Days per Week: **5**
Pay Amount: **$55000**
Pay Frequency: **Yearly**

**Previous Job #1**
Job Title: **Convenience store worker**
Type of Business: **Convenience store**
Start Date: **January 1996**
End Date: **January 2004**
Hours per Day: **8**
Days per Week: **5**
Pay Amount: **$5.15**
Pay Frequency: **Hourly**

## Education

**Education**
Highest grade completed: **2 Years of College**
Date Completed: **May 2004**
School Name: **Jackson State**

Location of School: **Jackson, Tennessee**

Received Special Education: **No**

**Training**

Completed Specialized Training, Trade or Vocation School: **No**

**Language Information**

Written Language Used Every Day: **English**

If Other is Selected, Please Specify Language:

Reading Language Used Every Day: **Yes**

Writing Language Used Every Day: **Yes**

Remarks

## Remarks

Additional information:

# Medical Release Form for Kimberly Kindle

Your information was received on July 13, 2022 at 2:44:41 PM.

All portions of this form *must* be completed to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

| Patient's name | Kimberly Kindle | Date of Birth | SSN |
|---|---|---|---|
| Address | | Medical Records Number | Telephone No. |

I authorize the use and disclosure of health information about me as described below:**

Facility Authorized to Release my Health Information:

Agency or Individual(s) Authorized to Receive my Health Information:
Beal Law Office, 22 Monroe Ave Lexington TN 38351 phone: 731-968-9097 fax: 731-968-0782

Health Information that may be used /disclosed is limited to the following:

- ☐ Discharge and Summary
- ☐ Consultations(s)
- ☐ Pathology Report
- ☐ Lab
- ☐ History and Physical
- ☐ Operative Note(s)
- ☐ Imaging/X-ray
- ☑ Entire Record
- ☐ Other (specify) ____

Health Information that may be used / disclosed is limited to the following Treatment Dates:

Health Information to be released to the above named agency / individual is to be used / disclosed for the following purposes(s) (include Research or Marketing, if appropriate):
legal services

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to: medical records, x-ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, ***to include alcohol, drug abuse, communicable disease including HIV status, and/or psychiatric diagnoses*** compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to the re-disclosure by the recipient and no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

This authorization will automatically *expire 12 months* after the date below (except as indicated above), unless an earlier date is specified , or at the conclusion of a specified event. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the Health Information Portability Accountability Act prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with Health Insurance Portability and Accountability Act (HIPAA) privacy regulations.

| Patient's/or Authorized Personal Representative's Signature | Date | Time | ☐ am ☐ p.m. |
|---|---|---|---|
| Kimberly Kindle | | | |
| Relationship to Patient / Authority to Act on Patient's Behalf | Interpreter, if utilized | | |
| Attorney for Plaintiff(s) Beal Law Office | Expiration Date or Event | | |

***There may be a charge for copying Medical Records.*

**Authorization to Use and Disclose Protected Health Information**

Lincoln/Kindle 0245

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

October 30, 2024

**CERTIFIED MAIL # 7021 2720 0000 3440 5409**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: (603) 334-0401**

Lincoln Financial Group
Attn.: Courtney G.
Po Box 2578
Omaha, NE 68103

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Kimberly Kindle** |
| | **Claim No.:** | **12903776** |
| | **Policy Holder:** | **American Health Companies** |

Dear Ms. Courtney G.:

As you are aware, this firm represents Ms. Kimberly Kindle regarding the denial of her long-term disability benefits through Lincoln Financial Group.

Per your letter dated October 16, 2024, enclosed you will find a CD which contains a copy of Ms. Kindle's Social Security Disability file. The SSD file will not be sent via fax with this letter, it will be sent via certified mail to your attention.

If you have any questions or need any additional information, please do not hesitate to call.

With kind regards,

**CODY ALLISON & ASSOCIATES, PLLC**

K. Cody Allison /bk

K. Cody Allison, Esq.

KCA/bk
Enclosures
Ms. Kimberly Kindle

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 16, 2024 |
| To: | K. CODY ALLISON<br>CODY ALLISON AND ASSOCIATES, PLLC<br>CAVALIER BUILDING<br>95 WHITE BRIDGE RD SUITE #250<br>NASHVILLE TN 37205 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Courtney G.<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 16, 2024

K. Cody Allison
Cody Allison and Associates, Pllc
CAVALIER BUILDING
95 WHITE BRIDGE RD SUITE #250
NASHVILLE, TN 37205

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle

Dear K. Cody:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies Group Disability Policy. We are writing in reference to your client's claim for LTD benefits under the Policy.

This letter is in response to the appeal letter dated October 4, 2024, in which you comment on Kimberly Kindle's favorable Social Security Award. You noted *the SSDI award should be given considerable wright in favor of finding ongoing disability here.*[3] "….Note: *to the extent that medical records or information generated on the course of the SSDI matter are properly considered in the context of this LTD claim, we are assuming that Lincoln would have access to those records and information. That is, so far as we are aware, Lincoln has a signed medical release/authorization from our client that would permit it to request any SSDI record deemed necessary to review this claim. If this is __not__ the case, please advise us immediately.*

Please be advised that Lincoln does not have a signed medical release/authorization from your client that would permit us to request any SSDI records. We have received the Favorable Notice of Award letter from the SSA dated May 15, 2023 and the Payment Summary only; At this time, if you wish to have the SSDI information submitted we will provide an extension of time to have anything additional you wish to submit in support of your claim by **__November 15, 2024__**:

Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68103-2578

Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401
Disabilitydocuments@lfg.com

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney G.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 14, 2024 |
| To: | K. CODY ALLISON<br>CODY ALLISON AND ASSOCIATES, PLLC<br>CAVALIER BUILDING<br>95 WHITE BRIDGE RD SUITE #250<br>NASHVILLE TN 37205 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Courtney G.<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 14, 2024

K. Cody Allison
Cody Allison and Associates, Pllc
CAVALIER BUILDING
95 WHITE BRIDGE RD SUITE #250
NASHVILLE, TN 37205

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle

Dear K.Cody Allison, :

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies Group Disability Policy. We are writing in reference to your client's claim for LTD benefits under the Policy.

We received your request for review of your client's recent claim determination on this LTD claim on October 4, 2024.

I will be the dedicated Claim Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 13301, or fax number (603) 334-0401 or email to disabilitydocuments@lfg.com.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.
.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney G.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 334-0401

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 Manager: PELLETIER, BRANDY Case Mgr: FAUCHER, KAREN

Claimant Name: KIMBERLY A KINDLE Claim #: 12903776

Occupation (Job Title): PHYSICAL THERAPY ASSISTANT - HOM Date Sent: 10/9/2024

Diagnosis: M17.11 Unilateral primary osteoarthritis, right knee, M25.561 Pain in right knee

Date of Disability: 3/22/2022 Date Benefits Began: 6/21/2022

Maximum Duration: 7/26/2038 Paid Through: 6/20/2024

Date of Denial or (DB451): 2/22/2024 Date Appeal Received: 10/8/2024

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: AMERICAN HEALTH COMPANIES

Product: LTD Funding: CON

Is Claimant Eligible for LTD? N

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

appeal with mr received, mds-pre-appeal review completed and inconclusive,

Lincoln/Kindle 0252

# Exhibit E

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: May 15, 2023
BNC#: 23MS790C44145-HA

*040241QXK00149* 000629

KIMBERLY KINDLE

You are entitled to monthly disability benefits beginning September 2022.

**The Date You Became Disabled**

We found that you became disabled under our rules on March 21, 2022.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is September 2022.

**What We Will Pay And When**

- You will receive $2,100.00 for May 2023 around June 28, 2023.
- After that you will receive $2,100.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| September | 2022 | $1,916.80 | Entitlement began |
| December | 2022 | $2,083.50 | Cost-of-living adjustment |

See Next Page

| | | | |
|---|---|---|---|
| January | 2023 | $2,100.50 | Credit for additional earnings |

**Other Government Payments Affect Benefits**

We are holding your Social Security benefits for September 2022 through April 2023. We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period. We will not reduce your past-due benefits if you did not get SSI benefits for those months.

However, we will withhold part of any past-due benefits to pay your representative. Later in this letter, we will tell you more about the money we are withholding to pay your representative. When we decide how much you are due for this period, we will send you another letter.

**Information About Representatives Fees**

We have approved the fee agreement between you and your representative.

Your past-due benefits are $16,231.00 for September 2022 through April 2023. Under the fee agreement, the representative cannot charge you more than $4,057.75 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

**How To Ask Us To Review The Determination On The Fee Amount**

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Office of Disability and
International Operations
6401 Security Blvd
BALTIMORE, MARYLAND 21235-6401

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

**Information About Past-Due Benefits Withheld To Pay A Representative**

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $4,057.75 from your past-due benefits to pay the representative.

*04041QXK00149* 0000629

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $113, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to ROBERT STEVIE BEAL.

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

### Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention

*04041QXK00149* 000629

this letter when you call.
3. You may also call your local office at 1-888-383-1593.

SOCIAL SECURITY
415 CHEYENNE DR
JACKSON TN 38305

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

## PAYMENT SUMMARY

**Why We Cannot Pay Past Benefits**

Here is how we figured your past benefits:

Benefits due for September 2022 through April 2023 including any cost of living increase and considering work and earnings through 2022, less monthly rounding of benefits ........................$ .00

Amount we must subtract because of

This equals ..........................................$ 00.00

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective May 2023:

You are entitled to a monthly benefit of .................$ 2,100.50

Amount we subtracted because of

- rounding (we must round down to a whole dollar) .............................. .50

This equals the amount of your regular monthly payment ............................$ 2,100.00

# Exhibit A

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation. American Health Companies's Policy contains a change in the definition of disability, which states the following:

> *"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> *1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;*

*8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

> *Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*9. the date the Covered Person is no longer Disabled according to this policy;*

*10. the end of the Maximum Benefit Period; or*

*11. the date the Covered Person dies.*

*Notice and Proof of Claim*

*1. Notice*

*a. Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

*2. Proof*

*a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end*

*of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

0C000329 LF8499M1 00001326

To remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation as stated above. Since your benefits began on June 21, 2022, the change in the definition will occur on June 20, 2024.

Medical records Dr. Pucek from July 7, 2022 through January 10, 2024, and Henderson County Hospital from July 7, 2022 through September 21, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified Orthopedic in Physical Medicine and Rehabilitation. Based on the available information, the consulting physician opined the following:

*"According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement –May 2023 who presents with symptoms of persistent right knee pain.*

*Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from March 22, 202 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on Jube 20,2024, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened. "*

*There is an LFG Attending Physician Statement dated January 10, 2024 and signed by the orthopedic surgeon which states that the claimant can return to work on September 26, 2023 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on May 10, 2023. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with kneeling, squatting and climbing stairs. It may take a full year to recover from a total*

*knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.*

*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

***Skills & Abilities:*** *Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.*

| *Occupation* | *Strength* | *Monthly Wage* |
|---|---|---|
| *Classification Clerk* | *S* | *$3,107.87* |
| *Order-Control Clerk, Blood Bank* | *S* | *$3,172.00* |
| *Correspondence-Review Clerk* | *S* | *$3,225.73* |
| *Tourist-Information Assistant* | *S* | *$3,263.87* |
| *Dispatcher, Maintenance Service* | *S* | *$3,735.33* |
| *Compiler* | *S* | *$4,073.33* |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

*As previously advised, as we still have not received the information requested on November 17, 2023 that are required to determine eligibility for benefits beyond the change in definition date June 20, 2024. The following information was requested, but not received:*

Completed Annual LTD Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form.

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024. Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occ period and are issuing the remainder of these benefits in a lump sum advance payment through June 20, 2024. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (866) 841-1415. Once received, we will immediately reconsider your benefits.
- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**Right to Appeal**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit note, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers dated from January 10, 2024 and after from all treating providers. Specifically, any information you feel would support that you are Disabled from Any Occupation as outlined above.

Completed LTD Annual Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If The Lincoln National Life Insurance Company does not receive your written request for review within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowol nínízingo saad hosíníl[í]' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníltsoozígíí hazho'ó bik'idi'deeshtį́į́l nínízingo doo bą́ą́h ílínígóó níká a'doowol éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

# Exhibit B

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

WEST TENNESSEE
BONE & JOINT
"Keeping You Active"

24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

## Return to Work Statement

DATE: **5/14/2024**

PATIENT'S NAME: **KINDLE, KIM** DOB:

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☐ is able to return to work

☒ is not able to return to work

The patient is able to return to work:

☐ full duty

☐ restricted duties as follows: _____

If restrictions are not available, patient may not return to work.

FROM: ______________________ TO: ______________________

Diagnosis and/or Remarks: Ms. Kindle is unale to return to previous duties.
KNEE RESTRICTIONS -- NO KNEELING OR SQUATTING DIRECTLY ON THE KNEE. NO STAIRS OR FORCEFUL MOTION OF THE JOINT AND AVOID HEIGHTS.

SHOULDER RESTRICTIONS -- AVOID OVER THE HEAD ACTIVITIES, NO LIFTING AT ARMS LENGTH, 10 LBS WEIGHT LIMIT AWAY FROM THE BODY, 20 LBS WEIGHT LIMIT AT THE BODY, NO FORCEFUL MOTION OF THE JOINT.

PHYSICIAN SIGNATURE: [signature]
Kelly D. Pucek, M.D.

RF2

**Lincoln/Kindle 0268**

# Exhibit C

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 05/14/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup, multiple complaints, back pain is extending into her hips. Right shoulder pain with known rotator cuff tearing pre-surgery as well as some ongoing complaints of right knee pain. Her right knee is certainly much better than it was prior to her replacement, but she is still having the activity limiting pain, which type work she does. She is symptomatic enough in combination with her back and neck, that I do not foresee her returning to her occupation for quite some time. Back shows a lot of paraspinal muscle spasm. More pain in extension than flexion. Tender in both sciatic notches. Negative straight leg raises today. Tight hamstrings bilaterally. Knee exam surprisingly good range of motion. No collateral instability. Small effusion, diffusely tender to palpation, especially laterally. Shoulder exam is consistent with rotator cuff tearing. Pain and weakness with attempts of abduction and external rotation. There is no instability. Motion is well maintained although painful. Again, I have reviewed her job requirements. Given all the issues we are up against; ongoing knee problems; her low back problems; rotator cuff tearing, right shoulder, I really do not see where she physically can return to her prior employment at least at this time. I will be getting her a note to that effect. She is trying to get through the fall to consider doing her shoulder surgery. We will just have her routine followup in 3 to 4 months of mid summer and make any adjustments. We did do Depo shots in each hip per prior visit, which did help her out some with her symptoms, so while she is here, I did go ahead and had Heavenly give her 80 mg of Depo-Medrol mixed with 1 cc of Marcaine injection in both gluteal regions, that we will set up for another 3 months. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

Kelly D. Pucek, MD, 5/14/2024 5:15:00 PM
KDP/12118

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 03/19/2024
Location: JACKSON OFFICE MAIN

She returns for the followup on her shoulder. She has had her MRI.

Her exam shows persistent impingement signs. Pain and weakness with attempts of abduction and external rotation. No gross ligamentous instability. Motion well maintained though painful. Appears neurovascularly intact distally.

MRI shows partial tearing in her rotator cuff.

I went over her MRI findings. I think ultimately she is looking at decompression and I would estimate based on tearing present, it will give her about 2/3 chance of preventing her from going onto tear about 1 in 3 of tearing despite the surgery. She is interested in surgery, but needs to try and put it off till the end of summer. So, I went over activity restrictions. We will just have her scheduled for followup in about 2 to 3 months, halfway through the summer and see how she is doing symptom wise. While she is here, I had my nurse give her 80 mg of Depo-Medrol mixed with 1 mL of Marcaine injection in both gluteal regions. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied

Kelly D. Pucek, MD, 3/19/2024 1:33:00 PM
KDP/11597

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 01/04/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup on her shoulder. I gave her Depo shots in each hip last time. It helped to some degree with her back and persistent complaints of shoulder pain. Again, she has had Depo shots, exercises, antiinflammatories, and modifying the activities. Still with persistent symptoms. Exam shows positive impingement signs to her right shoulder. She has pain and weakness at attempts of abduction and external rotation. With rotation, she does have some crepitus centered around her AC joint and hypertrophic changes with diffuse tenderness to palpation on exam as well. There is no gross ligamentous instability. Neurovascularly intact distally. X-rays, AP shoulder and axillary show degenerative changes at her AC joint and inferior spurring, cystic changes at her tuberosity, and I did go ahead and x-ray her hip just to rule out hip joint pathology for completeness sake. AP, pelvis, and lateral hip show well-preserved joint space lower lumbar segments with degenerative disc disease and collapse. I think her hip pain is more related to her back. Right now, her shoulder is bothering her more than anything, so we concentrated treatment there. Given her failure of conservative treatment, abnormal x-rays and exam, I would like to go ahead and get an MRI of her right shoulder. Further followup through the office afterwards.

Kelly D. Pucek, MD
KDP/12118

# Department of Radiology
## *RADIOLOGY CONSULTATION REPORT*

| | | |
|---|---|---|
| **Pt Name:** KINDLE, KIMBERLY | **MPI:** HNE1210525822 | **DOB:** |
| **Pt. Room #:** IMAGING CENTER 541-8308 | **Visit #:** 12078210 | **Pt Status:** O |
| **Exam:** MR SHOULDER WITHOUT CONTRAST RIGHT | **Scheduled:** 03/15/2024 | **Completed:** 03/15/2024 |
| **Ordering MD:** PUCEK, KELLY DWAYNE, MD | **MRN:** 000936607 | |

**FINAL**

EXAMINATION:
MR SHOULDER WITHOUT CONTRAST RIGHT

CLINICAL HISTORY:
ROTATOR CUFF TEAR RIGHT SHOULDER, NO SURGERY

COMPARISON:
None

TECHNIQUE:
ROUTINE MRI of the right shoulder was performed. Sagittal and coronal proton density and T2, both with fat saturation; coronal T1 Axial PD with fat saturation were performed. Standard Protocol

FINDINGS:
Acromioclavicular joint: Mild degenerative change. No effusion or malalignment.

Acromion: No subacromial spurring or bursitis.

Supraspinatus tendon: Intermediate grade partial-thickness articular surface tear (series 5, image 9).

Infraspinatus tendon: Intact.

Subscapularis tendon: Intact.

Teres minor tendon: Intact.

Long head of biceps: Small fluid in the biceps long head tendon sheath. Intact and in anatomic position. There is a 7 x 9 mm peritendinous cyst in the bicipital groove.

Glenohumeral joint: No effusion or malalignment.

Labrum: Intact.

Bones: Normal marrow signal. No fracture, neoplasm, or avascular necrosis.

IMPRESSION:
1. Intermediate grade articular surface tear of supraspinatus.
2. Peritendinous cyst in the bicipital groove.
3. Mild biceps long head tenosynovitis.
4. Mild AC degenerative change.

West Tennessee HEALTHCARE

Jackson-Madison County General Hospital
An affiliate of West Tennessee Healthcare

# Department of Radiology

## *RADIOLOGY CONSULTATION REPORT*



**Pt Name:** KINDLE, KIMBERLY
**Exam:** MR SHOULDER WITHOUT CONTRAST RIGHT
**Ordering MD:** PUCEK, KELLY DWAYNE, MD
**MPI:** HNE1210525822

End of diagnostic report for accession: 8356545

| | | |
|---|---|---|
| Interpreted By: | MICHAEL ANDREW WESTON, MD | |
| Electronically Signed By: | MICHAEL ANDREW WESTON, MD | 03/15/2024 8:13 PM |
| Transcribed By: | MICHAEL ANDREW WESTON, MD | 03/15/2024 8:13 PM |

Technologist(s): 1) PRISCILLA ANN MASSEY, RT 2) HOLLY GAYE MOORE, RT

West Tennessee HEALTHCARE

# Exhibit D

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** **Age:** 52 years

02/20/2024 08:56

**Chief Complaint: Chief Complaint:** MED REFILL

**History of Present Illness:**

Dr. Pucek is planning another MRI in March. Still not working since the knee surgery. She is also having trouble with the right shoulder and right hip.

Underwent TKA of the right knee with Dr. Pucek on 5/15. She is having some worsening depression and anxiety with staying in the house all the time. She tries to keep herself busy but lacks motivation to get up and do things.

Patient diagnosed with septic arthritis in the right knee in March. She went to Shane Dunaway and had arthrocentesis. It did not improve, and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and took 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. Has appt with Dr. Pucek in October. Has not worked since this began. Has MRI scheduled on Tuesday.

She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve - followed by Dr. Korban. Dr. Korban is going to perform a CTA to r/o aneurysm.

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**, car is a "lemon" - Nissin - home health. In a rental car now
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication - Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

**Past Medical/Surgical/Family/Social History**

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |
| Arthritis of both knees | M13.861, M13.862 | | | | Active | |
| Septic arthritis of knee | M00.9 | | | | Active | |
| Asthma | J45.909 | | | | Active | |
| Insomnia | G47.00 | | | | Active | |
| Acute sinusitis | J01.90 | | 11/28/2022 | | Historic | |
| Acute bronchitis | J20.9 | | 11/28/2022 | | Historic | |
| Screening for malignant neoplasm of colon | Z12.11 | | | | Active | |
| Chronic bronchitis | J42 | | 12/13/2022 | | Historic | |
| Arthritis of right knee | M13.861 | | | | Active | |
| Dysuria | R30.0 | | | | Active | |
| Depression | F32.A | | | | Active | |

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

HC

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

**Smoking Status:** Never used moist powdered tobacco, **Cessation Education:**
**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, Medication

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Cymbalta 30MG Oral Capsule, Delayed Release | 1 CAPSULE | |
| Atorvastatin Calcium 20MG Oral Tablet | 1 TABLET | |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | AS NEEDED |
| Albuterol Sulfate HFA 0.09MG/ 1Actuation Inhalation Suspension | 2 PUFF | EVERY 4 HOURS |
| Flovent 0.044MG/1Actuation Inhalation Aerosol Powder | 2 PUFF | TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

## Review of Systems

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease/injury.

**ENMT:** No difficulty hearing. No ear pain. **sore throat.**

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

Electronically signed by: ALAN WEATHERFORD, PA, 02/20/2024 09:08 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 02/27/2024 12:14 CST

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

**Musculoskeletal:** No muscle aches. + **arthralgias/joint pain.** No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. **depression. anxiety.** No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

### Physical Exam

| Date/Time | Visit Number | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar | Pain Score | Height (in) | Weight (lbs/ ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2024 08:45 | 6124245 | 115/68 | Sitting/ Left Arm | 86 | 18 | 97.7 Temporal | 98 % | Room Air 21% | | | 68 in | 214 lbs | 32.54 |
| 08/17/2023 13:45 | 6093056 | 107/72 | Sitting/ Left Arm | 63 | 18 | 97.5 Temporal | 100 % | | | | 66.93 in | 219.4 lbs | 34.43 |
| 06/06/2023 13:04 | 6081153 | 141/65 | Sitting/ Left Arm | 83 | | 98 Temporal | 100 % | Room Air 21% | | | 68 in | 223.25 lbs | 33.94 |
| 05/08/2023 08:27 | 6075969 | 161/79 | Sitting/ Left Arm | 75 | | 97.5 Temporal | 98 % | | | 6 | 68 in | 233.2 lbs | 35.46 |
| 04/17/2023 15:35 | 6072725 | 123/69 | Sitting/ Left Arm | 83 | 18 | 97.5 Temporal | 98 % | | | | 67.72 in | 223.8 lbs | 34.31 |
| 02/21/2023 14:52 | 6063378 | 137/71 | Sitting/ Left Arm | 86 | | 98.2 Temporal | 97 % | Room Air 21% | | | 67 in | 218.12 lbs | 34.16 |
| 12/13/2022 12:08 | 6051017 | 127/57 | Lying/ Right Arm | 66 | 16 | 97.3 Temporal | 96 % | Room Air 21% | | | | | |
| 12/13/2022 10:49 | 6051017 | 125/73 | Lying/ Left Arm | 59 | 13 | | 94 % | Room Air 21% | | 0 | | | |

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar | Pain Score | Height (in) | Weight (lbs/ ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2022 10:45 | 6051017 | 111/52 | Lying/ Left Arm | 69 | 14 | 97.9 Oral | 95 % | Room Air 21% | | 0 | | | |
| 12/13/2022 10:38 | 6051017 | 101/56 | Lying/ Left Arm | 65 | 14 | | 99 % | Room Air 21% | | 0 | | | |
| 12/13/2022 10:34 | 6051017 | 87/51 | Lying/ Left Arm | 64 | 14 | | 100 % | Room Air 21% | | 0 | | | |
| 12/13/2022 08:31 | 6051017 | 117/64 | Lying/ Left Arm | 69 | 18 | 98 Temporal | 96 % | Room Air 21% | | | | | |
| 12/13/2022 07:16 | 6051017 | | | | | | | | | | 67 in | 200 lbs | 31.32 |
| 12/07/2022 14:18 | 6050240 | | | | | | | | | | 67.72 in | 200 lbs | 30.66 |
| 11/28/2022 16:11 | 6047994 | 146/66 | Sitting/ Left Arm | 78 | 18 | 98.4 Temporal | 97 % | | | | 68 in | 200 lbs | 30.41 |
| 11/17/2022 13:38 | 6046706 | 130/78 | Sitting/ Left Arm | 91 | | 98.7 Temporal | 99 % | Room Air 21% | | | 68.11 in | 199.25 lbs | 30.2 |
| 09/15/2022 08:54 | 6035620 | 144/60 | Sitting/ Left Arm | 65 | 20 | 97.8 Temporal | 97 % | | | | 66.93 in | 182.6 lbs | 28.66 |
| 07/07/2022 08:30 | 6025362 | 97/52 | Sitting/ Left Arm | 74 | 18 | 97.3 Temporal | 100 % | | | | 67.72 in | 172 lbs | 26.37 |
| 04/11/2022 16:26 | 6012671 | 119/66 | Sitting/ Left Arm | 93 | | 97.5 Temporal | 96 % | Room Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting/ Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |

Electronically signed by: ALAN WEATHERFORD, PA, 02/20/2024 09:08 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 02/27/2024 12:14 CST

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

| Date/Time | Visit Number | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar | Pain Score | Height (in) | Weight (lbs/ ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 115/68 | Sitting/ Left Arm | 86 | 18 | 97.7 Temporal | 98 % | Room Air 21% | | 6 | 68 in | 214 lbs | 32.54 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal:** Limited ROM of right knee. Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

---

**Assessment:**

---

Electronically signed by: ALAN WEATHERFORD, PA, 02/20/2024 09:08 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 02/27/2024 12:14 CST

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 02/20/2024
Active, GERD, K21.9, Active, , , 02/20/2024
Active, Hyperlipidemia, E78.5, Active, , , 02/20/2024
Active, Pain in right knee, M25.561, Active, , , 02/20/2024
Active, Arthritis of both knees, M13.861, M13.862, Active, , , 02/20/2024
Active, Septic arthritis of knee, M00.9, Active, , , 02/20/2024
Active, Asthma, J45.909, Active, , , 02/20/2024
Active, Insomnia, G47.00, Active, , , 02/20/2024
Active, Arthritis of right knee, M13.861, Active, , , 02/20/2024
Active, Depression, F32.A, Active, , , 02/20/2024

**Plan:**

Previous labs reviewed. Instructed in meds and treatment. Continue current meds, diet, and exercise. Labs obtained today. Will call once results are available. RTC in 6 months.

**Medications Given This Visit:**

**Ordered & Completed Meds Table**: No Current Medications Available

**Discharge Medications:**
**Discharge Medications**
Cymbalta 30MG Oral Capsule, Delayed Release
Atorvastatin Calcium 20MG Oral Tablet
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Albuterol Sulfate HFA 0.09MG/1Actuation Inhalation Suspension
Flovent 0.044MG/1Actuation Inhalation Aerosol Powder
ALPRAZolam 0.5MG Oral Tablet

**New Prescriptions Given Today:**

**New Prescriptions Today**: No Discharge Medications Available

**Diagnostics Ordered:**

**Lab Results: This Visit**: No Labs Available

Electronically signed by: ALAN WEATHERFORD, PA, 02/20/2024 09:08 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 02/27/2024 12:14 CST

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6124245

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

**Lab Results: Last 6 Months:** No Labs Available

**Medicines Ordered and Reviewed**

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Cymbalta 30MG Oral Capsule, Delayed Release | 1 CAPSULE | ORAL | | WEATHERFORD ALAN | TAKE 1 CAPSULE ORAL DAILY |
| Atorvastatin Calcium 20MG Oral Tablet | 1 TABLET | ORAL | | WEATHERFORD ALAN | TAKE 1 TABLET ORAL |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | INHALATION | AS NEEDED | WEATHERFORD ALAN | 3 MILLILITER INHALATION AS NEEDED |
| Albuterol Sulfate HFA 0.09MG/ 1Actuation Inhalation Suspension | 2 PUFF | | EVERY 4 HOURS | WEATHERFORD ALAN | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/1Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | WEATHERFORD ALAN | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

Electronically signed by: ALAN WEATHERFORD, PA, 02/20/2024 09:08 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 02/27/2024 12:14 CST

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6124245

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

**Will clear medically for surgery as directed by Dr. Pucek.**

Electronically signed by: ALAN WEATHERFORD, PA, 02/20/2024 09:08 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 02/27/2024 12:14 CST

**Andrew M. Hickman**
*Associate Attorney*

drew@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

October 4, 2024

**CERTIFIED MAIL** **#9589 0710 5270 1955 7640 37**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE:** **# (603) 334-0380**

The Lincoln National Life Insurance Company
Disability and Life Claims
Attn: Karen Faucher
P.O. Box 2578
Omaha, NE 68103

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Kimberly A. Kindle** |
| | **Claim No.:** | **12903776** |
| | **LTD Policy No.:** | **GD/GF3-890-LF0122-01** |
| | **Policy Holder:** | **American Health Companies** |
| | **SS No.:** | |
| | **DOB:** | |

Dear Ms. Faucher or To Whom It May Concern:

This law firm represents Ms. Kimberly A. Kindle on her long-term disability ["LTD"] benefits claim under the Plan/Policy referenced above. To the extent that Lincoln has denied Ms. Kindle's claim on any basis, please accept this letter as our request for review/appeal and her effort to exhaust completely all administrative remedies under the applicable LTD Plan/Policy documents and prevailing ERISA law (including 29 U.S.C. § 1133). Specifically, we are appealing from Lincoln's denial letter dated February 23, 2024. A copy of that denial letter is attached as **Exhibit A.**

If, at any time, Lincoln needs Ms. Kindle to do anything else reasonable to exhaust her remedies or perfect her claim, please let us know.

## INTRODUCTION

Pertinent background information for this claim may be summarized as follows:

- Claimant: Kimberly A. Kindle
- DOB:
- Residence: Lexington, Tennessee

- Education: Associate's Degree
- Employer: Tennessee Valley Home Care, Inc.
- Own Occupation: Physical Therapist Assistant
- Last Day Worked: 3/21/22
- Date of Disability: 3/22/22
- LTD benefits received: 6/21/22 – 6/20/24
- LTD initial denial letter: 2/23/24

Turning to the medical aspect of this claim, Ms. Kindle remains disabled from working without limitation due to her total right knee replacement, right knee pain, unilateral primary osteoarthritis, right shoulder pain, hip pain, torn rotator cuff, sleep apnea, and gastroesophageal reflux disease. She can neither squat nor kneel, and she has trouble going up and down stairs.

**LTD PLAN/POLICY DEFINITION OF DISABILITY**

According to the policy at issue, "Disability" or "Disabled", with respect to Long Term Disability, means: 1. For persons other than pilots, co-pilots, and crewmembers of an aircraft: i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

**REASON FOR DENIAL/TERMINATION OF BENEFITS**

The February 23, 2024 denial letter states:

"*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

[. . .]

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024."

## MEDICAL EVIDENCE

I am first attaching a "Return to Work Statement" completed by Ms. Kindle's orthopedist, Dr. Kelly D. Pucek, M.D., on May 14, 2024 as **Exhibit B**. In the statement, Dr. Pucek makes clear that ***Ms. Kindle is not able to return to work*** due to restrictions in her knee and shoulder. Regarding her knee, she is not able to kneel or squat directly on it. Nor is she able to climb stairs or use any kind of forceful motion with the joint. Regarding her shoulder, she is to avoid over the head activities and lifting at arm's length. She is limited to lifting no more than ten pounds away from the body and twenty pounds at the body. She is not to engage is any forceful motion of the joint. As Dr. Pucek is one of Ms. Kindle's treating providers and has physically examined and observed her on multiple occasions, his opinion should be given considerable weight.

Further and in addition to the medical information/records already found in Lincoln's claims file for Ms. Kindle, we are attaching hereto presently-available medical records:[1]

**Exhibit C: West TN Bone and Joint Clinic PC**
24 Physicians Drive
Jackson, TN 38305

**Kelly D. Pucek, M.D.**
Orthopedic Surgeon

**Dates of Treatment Include: 1/4/24, 3/15/24, 3/19/24, and 5/14/24**

**1/4/24**: Ms. Kindle presented to Dr. Pucek for follow up on her shoulder. She was given Depo shots in each hip last time. It helped to some degree with her back and persistent complaints of shoulder pain. Again, she has had Depo shots, exercises, and anti-inflammatories. Still with persistent symptoms, exam shows positive impingement signs to her right shoulder. She has pain and weakness at attempts of abduction and external rotation. With rotation, she does have some crepitus centered around her AC joint and hypertrophic changes with diffuse tenderness to palpation on exam as well. There is no gross ligamentous instability. Neurovascularly intact distally. X-rays, AP shoulder and axillary show degenerative changes at her AC joint and inferior spurring, cystic changes at her tuberosity, and her hip was x-rayed to rule out hip joint pathology for completeness sake.

---

[1]Please understand that all medical records and other sensitive documentation tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's LTD claim.

Dr. Pucek's assessment: AP, pelvis, and lateral hip show well-preserved joint space lower lumbar segments with degenerative disc disease and collapse. I think her hip pain is more related to her back. Right now, her shoulder is bothering her more than anything, so we concentrated treatment there.

Treatment plan: Given her failure of conservative treatment, abnormal x-rays and exam, I would like to go ahead and get an MRI of her right shoulder.

**3/15/24**: Ms. Kindle presented for an MRI of her shoulder that showed an intermediate grade articular surface tear of the supraspinatus, a peritendinous cyst in the bicipital groove, mild biceps long head tenosynovitis, and mild AC degenerative changes.

**3/19/24**: Ms. Kindle presented to Dr. Pucek for follow up on her shoulder. She has had her MRI. Her exam shows persistent impingement signs. Pain and weakness with attempts of abduction and external rotation. No gross ligamentous instability. Motion well maintained though painful. Appears neurovascularly intact distally. MRI shows partial tearing in her rotator cuff.

Dr. Pucek's assessment: Discussed her MRI findings. I think she is looking at decompression and I would estimate based on tearing present, it will give her about 2/3 chance of preventing her from going onto tear about 1 in 3 of tearing despite the surgery. She is interested in surgery, but needs to try and put it off till the end of summer. So, I went over activity restrictions.

Treatment plan: We will just have her scheduled for follow up in about 2 to 3 months, halfway through the summer and see how she is doing symptom wise. While she is here, I had my nurse give her 80mg of Depo-Medrol mixed with 1 mL of Marcaine injection in both gluteal regions.

**5/14/23:** Ms. Kindle returned for a follow up regarding multiple complaints. Back pain is extending into her hips. Right shoulder pain with known rotator cuff tearing pre-surgery as well as some ongoing complaints of right knee pain. Her right knee is certainly much better than it was prior to her replacement, but she is still having the activity limiting pain. ***She is symptomatic enough in combination with her back and neck, that I do not foresee her returning to her occupation for quite some time.*** Back shows a lot of paraspinal muscle spasm. More pain in extension that flexion. Tender in both sciatic notches. Negative straight leg raises today. Tight hamstrings bilaterally. Knee exam surprisingly good range of motion. No collateral instability. Small effusion, diffusely tender to palpation, especially laterally. Shoulder exam is consistent with rotator cuff tearing. Pain and weakness with attempts of abduction and external rotation. There is no instability. Motion is well maintained although painful.

***Again I have reviewed her job requirements. Given all the issues we are up against -- ongoing knee problems, her low back problems, rotator cuff tearing, right shoulder – I really do not see where she physically can return to her prior employment at least at this time.***

She is trying to get through the fall to consider doing her shoulder surgery. We just have her routine follow up in 3 to 4 months and make any adjustments. We did do Depo shots in each hip prior to her visit, which did help her out some with her symptoms, so while she is here, I did go ahead and have Heavenly give her 80 mg of Depo-Medrol mixed with 1 cc of Marcaine injection in both gluteal regions, that we will set up for another 3 months. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

**Exhibit D: Henderson County Community Hospital**
200 West Church Street
Lexington, TN 38351

**Reggie Henderson, M.D.**
Family Medicine Physician

**Alan Weatherford, P.A.**
Physicians Assistant

**Dates of Treatment Include: 2/20/24**

**2/20/24**: Ms. Kindle presented to Dr. Henderson. Dr. Pucek is planning another MRI in March. She went to Shane Dunaway and had arthrocentesis. It did not improve, and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and took 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. Has appointment with Dr. Pucek in October. Has not worked since this began. Has MRI scheduled on Tuesday. She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve – followed by Dr. Korban. Dr. Korban is going to perform a CTA to r/o aneurysm.

Dr. Henderson's assessment: Ms. Kindle is cleared medically for surgery as directed by Dr. Pucek.

Needless to say, the Company should study these new medical records closely. They provide strong support for an ongoing finding of Disability in this matter.

The fact that Ms. Kindle is having to resort to invasive body procedures (the multiple injections and eventual surgery) is telling. *See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1214-1215 (N.D. Ill. 2014) (finding it highly improbable that a disability claimant would undergo extensive pain treatment procedures, including narcotic drugs and implantation of spinal cord stimulator, merely in or to strengthen credibility of complaints and thus increase chances of obtaining benefits).

In sum, Ms. Kindle's claim continues to have the support of her treating physicians who are attempting to address her medical concerns.

It is noteworthy that, in terminating benefits here, Lincoln failed to have Ms. Kindle examined by a physician (IME). **This is notwithstanding the fact that the Plan/Policy at issue explicitly permitted the Company to insist on an actual examination (*See*, Policy Number GD/GF3-890-LF0122-01, Section Titled "Examination"), *i.e.*, an IME.**[2] *See, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (holding that Liberty's denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and opinions of treating physicians for no reason, failing to rebut medical evidence, and not requesting an independent examination).

## SUMMARY OF MEDICAL PROOF

In sum, considering all the medical evidence in the record, it should be clear that Ms. Kindle's claim is still fully supported by her medical providers, who are attempting to help her manage her medical conditions. And, so long as a medical condition is diagnosed and documented by appropriate physicians, a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. *See*, *Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755, 758-759 (11th Cir. 1996).

*See also*, *Laser v. Provident Life and Accident Insurance Company*, 211 F. Supp. 2d 645, 655-657 (D. Md. 2002), wherein an insurer was significantly criticized for failing to consider all of the employee's medical evidence and all aspects of his illness, taking what amounted to an adversarial approach. It is our belief that the Company has acted in the same way on this claim.

*See also, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (case precedent teaches that benefits decision maker must make a reasoned assessment of whether *total combination* of claimant's impairments justify disability finding, even if no single impairment standing alone would warrant such conclusion; decision-maker must consider *combined effect* of claimant's impairments, cognitive included, in making its determination).

[2] In truth, the fact that Lincoln instead made a decision without an IME does not fit with reasonable Plan/Policy expectations of Ms. Kindle in considering how her claim would be handled in the event that she suffered disability. In this light, the decision is nothing if it is not arbitrary and capricious.

*And see, Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("One must bear in mind . . . that a participant and her ... plan administrator are not *adversaries*. . . . A plan administrator is a fiduciary of the plan participants. *See Glenn*, 128 S. Ct. at 2347. *This means that the plan administrator's interest, if it is following the law, is not to deny benefits as often as possible but to come to the right decision in each case*. . . . As a fiduciary with duties of care and loyalty to all participants, the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants") (emphasis supplied).

## SOCIAL SECURITY DISABILITY AWARD

It is also significant that Ms. Kindle has been awarded SSDI benefits. *See*, Notice of Award attached as **Exhibit E**. Suffice it to say, the SSDI award should be given considerable weight in favor of finding ongoing disability here.[3]

ERISA case law affirms the relevance of the SSDI award in favor of Ms. Kindle. In the case of *Metropolitan Life Ins. Co. v. Glenn*, 461 F.3d 660 (6th Cir. 2006), the Court of Appeals for the Sixth Circuit Court of Appeals reversed the District Court and directed MetLife to reinstate Glenn's benefits. In so doing, the Sixth Circuit noted that under its LTD plan, MetLife determined eligibility for benefits and paid out any benefits, resulting in an "apparent conflict of interest," which the lower court failed to discuss or give sufficient consideration. *Id.* at 666-667.

Then, on appeal, the United States Supreme Court affirmed the Sixth Circuit decision. *See*, 554 U.S. 105, 128 S. Ct. 2343, 171 L. Ed. 2d 299 (2008). In fact, the Supreme Court observed that the Sixth Circuit actually gave the conflict of interest small weight, focusing more heavily on other factors. Specifically, the Court found that MetLife: (1) encouraged Glenn to argue to the Social Security Administration that she could not work, received the bulk of the benefits of her success in doing so, and then ignored that Agency's finding in concluding that she could do no sedentary work; (2) emphasized medical reports favoring denial and de-emphasized reports suggesting a contrary conclusion; and (3) failed to provide its independent medical experts with all of the relevant evidence. In sum, the Supreme Court found nothing improper in the way the Sixth Circuit conducted its review and thus, affirmed its decision. The Supreme Court determined that the serious concerns about

[3] Note: to the extent that medical records or information generated in the course of the SSDI matter are properly considered in the context of this LTD claim, we are assuming that Lincoln would have access to those records and information. That is, so far as we are aware, Lincoln has a signed medical release/authorization from our client that would permit it to request any SSDI records deemed necessary to review this claim. If this is not the case, please advise us immediately.

MetLife's decision-making process, combined with some degree of a conflict of interest, correctly led the Sixth Circuit to set aside (reverse) MetLife's decision to have denied benefits in the first place.

*See also, Fife v. Coop. Benefit Adm'rs, Inc.*, 2014 U.S. Dist. LEXIS 126253 at ** 71-76 (N.D. Ala. Sept. 10, 2014), in which the District Court expounded regarding the cited *Glenn* authority:

> ... [The] *Glenn* [case] was an appeal from a Sixth Circuit decision. The Sixth Circuit had noted in its opinion that it was "entitled to take into account the existence of a conflict of interest that results when, as in this case, the plan administrator who decides whether an employee is eligible for benefits is also obligated to pay those benefits." *Glenn v. MetLife, 461 F.3d 660, 666* (6th Cir. 2006), *aff'd sub nom. Metro. Life Ins. Co. v. Glenn*, 554 U.S. 105, 128 S. Ct. 2343, 171 L. Ed. 2d 299 (2008). The Sixth Circuit held:
>
> In discussing the applicable standard of review, the district court identified this conflict of interest as a relevant factor in determining whether an abuse of discretion had taken place. *See Glenn v. Metropolitan Life Ins. Co.*, 2005 U.S. Dist. LEXIS 11007, 2005 WL 1364625 at *4 (S.D. Ohio, June 8, 2005) (citing *Firestone Tire & Rubber*, 489 U.S. at 115, 109 S. Ct. 948 ("[I]f a benefit plan gives discretion to an administrator or fiduciary who is operating under a conflict of interest, that conflict must be weighed as a 'facto[r] in determining whether there is an abuse of discretion.'") (internal citation omitted)). However, the court's analysis of the plan administrator's basis for terminating benefits does not include any discussion of the role that MetLife's conflict of interest may have played in its decision nor appear to give that conflict any weight. It appears to us, as a result, that this factor did not receive appropriate consideration by the district court. *Glenn*, 461 F.3d at 666 (internal citations omitted). Then the Sixth Circuit wrote:
>
> There is yet another factor that the district court appears to have given inadequate consideration. The plaintiff contends that the plan administrator was arbitrary in failing to consider the award of disability benefits that she secured from the Social Security Administration. The record reflects that MetLife notified her that payments for long-term disability were subject to a discount for amounts received from other sources and steered her to a law firm specializing in securing disability benefits from the Social Security Administration. After the firm secured an award of benefits for her based on a claim of total disability, MetLife deducted the amount of those government benefits from the disability payments that it was obliged to pay and demanded a refund from Glenn in the amount of $13,500. And, yet, in making the decision to terminate payments under the MetLife policy, the plan administrator gave no weight whatsoever to the Social Security Administration's determination of total disability. Hence, Glenn posits that MetLife took blatantly inconsistent positions-relying on the finding by the Social Security administrative law judge that she was totally disabled but contending that she was capable of performing sedentary work in denying her ERISA benefits.

The district court recognized this inconsistency but declined to invoke the doctrine of estoppel. Although we conclude that this ruling was technically correct, the fact that MetLife and the Social Security Administration reached contrary conclusions regarding Glenn's disability status has two ramifications for this appeal. The first stems from the fact that MetLife assisted Glenn in obtaining Social Security benefits and reaped a financial benefit of its own when that assistance was successful. The second issue relates to the fact that, in denying Glenn continuation of her long-term benefits, MetLife failed to address Social Security's contrary determination of Glenn's status. It is obvious that both factors are relevant in determining whether MetLife's decision was arbitrary and capricious.

*Id.* at 666-67 (emphasis added). The Sixth Circuit's opinion stands for the proposition that a contrary disability determination by the Social Security Administration is relevant, when there is a conflict of interest, for the purpose of determining whether the decision was arbitrary and capricious.

The Supreme Court's decision on appeal [in *Glenn*] did not broaden the scope of the relevance of an SSA decision. Indeed, that specific issue was not before the court. The issues before the Court were only: 1) "whether a plan administrator that both evaluates and pays claims operates under a conflict of interest in making discretionary benefit determinations," and 2) "'how' any such conflict should 'be taken into account on judicial review of a discretionary benefit determination.'" *Glenn*, 554 U.S. at 110. After determining that there was a conflict of interest in the circumstances before it, the Supreme Court held that "when judges review the lawfulness of benefit denials, they will often take account of several different considerations of which a conflict of interest is one." *Id.* at 117. The Court then noted that "[t]he Court of Appeals' opinion in the present case illustrates the combination-of-factors method of review." *Id.* at 118. It then included the passage cited by the plaintiff which, again, reads:

[T]he court found questionable the fact that MetLife had encouraged Glenn to argue to the Social Security Administration that she could do no work, received the bulk of the benefits of her success in doing so (the remainder going to the lawyers it recommended), and then ignored the agency's finding in concluding that Glenn could in fact do sedentary work. *See id.*, at 666-669. This course of events was not only an important factor in its own right (because it suggested procedural unreasonableness), but also would have justified the court in giving more weight to the conflict (because MetLife's seemingly inconsistent positions were both financially advantageous). *Glenn*, 554 U.S. at 118 (emphasis added).

Placed in context, it is clear that the Supreme Court's [*Glenn*] decision only notes the relevance of an SSA decision when there is a conflict of interest. Indeed, all of the circuit court cases cited by the plaintiff are conflict cases. *See*, *Schexnayder*, 600 F.3d at 471 ("Failure to address a contrary SSA award can suggest "procedural unreasonableness" in a plan administrator's decision. . . . This procedural unreasonableness is important in its own right and also "justifie[s] the court in giving more weight to the conflict.") (citing *Glenn*, 128 S. Ct. at

2352); *Montour*, 588 F.3d at 630 (discussing the weight to be given to several "conflict factors," including "a contrary SSA disability determination"); [76] *Salomaa*, 642 F.3d at 679 (noting that where there is a conflict of interest, "[e]vidence of a Social Security award of disability benefits is of sufficient significance that failure to address it offers support that the plan administrator's denial was arbitrary, an abuse of discretion"); *DeLisle*, 558 F.3d at 446 ("Although there is no technical requirement to explicitly distinguish a favorable Social Security determination in every case, '[i]f the plan administrator (1) encourages the applicant to apply for Social Security disability payments; (2) financially benefits from the applicant's receipt of Social Security; and then (3) fails to explain why it is taking a position different from the SSA on the question of disability, the reviewing court should weigh this in favor of a finding that the decision was arbitrary and capricious.'" ) (quoting *Bennett v. Kemper Nat'l Servs.*, 514 F.3d 547, 554 (6th Cir.2008)). In this case, the court has already determined that "[t]here is no conflict here." (Doc. 46 at 41). Accordingly, the SSA decision is not relevant [in the present case].

*See, Fife*, 2014 U.S. Dist. LEXIS 126253 at ** 71-76 (emphasis supplied).

*And see*, *Ladd v. ITT Corporation*, 148 F.3d 753 (7th Cir. 1998), wherein the Court found that an insurer was judicially estopped from terminating LTD benefits after its own agent assisted the claimant in recovering SSDI benefits. The Seventh Circuit Court of Appeals found that the insurer could not justifiably advocate the claimant's disability to the Social Security Administration and then deny the full results of that advocacy to discontinue the payment of insurance benefits.

Needless to say, as for SSDI benefits, Lincoln is always ready to "cherry pick" for financial advantage. It would encourage (if not require) anyone like Ms. Kindle to apply for SSDI. And Lincoln will certainly accept the benefit of an SSDI award via offset or reimbursement. But Lincoln then wishes to ignore the federal government's affirmative finding of disability on the merits. This is the sort of duplicitous behavior that was criticized in *Glenn, Fife* and *Ladd* (cases cited immediately above).

Note: the decision in *Bennett v. Kemper*, 514 F. 3d 547 (6th Cir. 2008), is on point. There, the claims administrator's decision to deny LTD benefits was vacated as arbitrary and capricious; among the key factors to the Court of Appeals was the fact that administrator referred the claimant to a dedicated third-party vendor (Allsup) for an SSDI claim, and reaped financial benefits from that; but then *ignored* the affirmative finding of disability by the Social Security Administration.

## CONCLUSION

Under any legal standard that may apply here,[4] the Company erroneously concluded that Ms. Kindle no longer has significant medical issues that prevent her from returning to full-time employment. LTD benefits should be reinstated, retroactively, and paid going forward.

Stated otherwise, Ms. Kindle's claim continues to have full support from her treating medical providers, *i.e.*, trained professionals who have seen and treated her in person -- *e.g.*, Dr. Kelly Pucek, M.D., orthopedic surgeon at West Tennessee Bone and Joint Institute. As stated in *Godfrey, supra*, 89 F.3d 755, so long as the conditions at issue are diagnosed and documented by appropriate physician(s), a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. The treating providers have, by definition, been able to observe and treat Ms. Kindle over a considerable course of time; and thus have a full, accurate and historical read on her conditions. This *as opposed to* Lincoln's record reviewer, R. Asaro, D.O.

*See, Kalish v. Liberty Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (when plan administrator's explanation for denial of benefits is based on work of a doctor [or other expert] in its employ, court must view the explanation with some skepticism. . . . Physicians [or other experts] repeatedly retained by benefits plans may have incentive to make a finding of "not disabled" in order to save their employers' money and preserve their own consulting arrangements. . .).

*See also, Granville v. Aetna Life Ins. Co.*, 2015 U.S. Dist. LEXIS 167631 (M.D. Pa. Dec. 15, 2015), in which the Court in an ERISA case stated as follows:

> To determine if a defendant [carrier]'s conclusion to deny benefits was arbitrary and capricious, courts consider (1) "various procedural factors underlying the

[4] It should be noted that in *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989), the United States Supreme Court held that ERISA does not create standards under which District Courts review an administrator's decision to deny benefits. Thus, the Supreme Court established two general but distinct standards for reviewing an administrator's decision to deny benefits: (1) where an administrator acts without discretion to determine eligibility or construe the terms of an ERISA governed plan, the court will review the decision to deny the claim *de novo*. *Id.*, 489 U.S. at 115, 109 S. Ct. at 965; and (2) if the administrator does possess such discretion, the court then reviews the benefit decision under a deferential, *i.e.*, arbitrary and capricious standard. *Id.*, 489 U.S. at 111, 109 S. Ct. at 954. If the administrator (*e.g.*, Lincoln) operates under a financial conflict of interest, the court must consider whether the circumstance was a "factor" in determining whether there was an abuse of discretion. *Id.*, 489 U.S. at 115, 109 S. Ct. at 957. Here, it appears that Lincoln operates as both payer of benefits and decision-maker (claims administrator) on benefits.

> administrator's decision-making process," and (2) "structural concerns regarding how the particular . . . plan was funded." *Miller v. Am. Airlines, Inc.*, 632 F.3d 837, 845 (3d Cir. 2011). "[T]he procedural inquiry focuses on how the administrator treated the particular claimant." *Id.* (citing *Post v. Hartford Ins. Co.*, 501 F.3d 154, 162 (3d Cir. 2007)).
>
> Examples of procedural anomalies that suggest arbitrariness include: (1) reversing a decision to award benefits without new medical evidence to support the change in position, (2) relying on the opinions of non-treating over treating physicians without reason, (3) conducting self-serving paper reviews of medical files, (4) failing to address all relevant diagnoses before terminating benefits, (5) relying on favorable parts while discarding unfavorable parts in a medical report, and (6) denying benefits based on inadequate information and lax investigatory procedures. *Connelly v. Reliance Standard Life Ins. Co.*, No. CIV.A. 13-5934, 2014 U.S. Dist. LEXIS 74632, 2014 WL 2452217, at *4 (E.D. Pa. June 2, 2014).

*Id.*, 2015 U.S. Dist. LEXIS 167631 at * 21 (emphasis supplied).

*And see, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (White, J.) (holding that Liberty's denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and opinions of treating physicians for no reason, failing to rebut medical evidence).

The United States Supreme Court's ERISA ruling in *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965, 155 L. Ed. 2d 1034 (2003), does nothing to diminish our argument that the Company is improperly failing to credit the opinions of the treating medical providers here – choosing instead to rely on paper-only review. Although the Court in *Nord* found it was not mandatory for an insured to defer to the opinion of the treating physician, it nonetheless affirmed that a treating physician would have a "greater opportunity to know and observe the patient as an individual." The Court went on to state that "plan administrators, of course, *may not arbitrarily refuse to credit the employee's reliable evidence, including the opinions of treating physicians*." *Id.* at 834 (emphasis supplied).

Thus, based on information already found in Lincoln's claims file, plus the information now submitted, it should be clear that Ms. Kindle did and does in fact continue to meet the definition of Disability under the Policy. If Lincoln's position is to be believed, Ms. Kindle "got better," which has

the not-coincidental benefit of allowing it to close out this claim. **Yet, the reality is that nothing has changed for the better for our client; there is no new, organic medical evidence that would suggest improvement and thus justify a change in position by Lincoln**. *See, Granville*, supra at *21 (insurance carrier acts arbitrarily when reversing a decision to award benefits without new medical evidence to support a change in position).

At this point, I will add several housekeeping notes. First, if this office receives additional medical records, other documents supporting Ms. Kindle's claim, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter.

Second, as provided on pages four and five of the February 23, 2024 denial letter, Ms. Kindle should receive, free of charge, copies of all documents, records and other information relevant to her claim for benefits. So, to the extent that Lincoln has NOT already provided my office with copies of all such documents, etc., please forward same as soon as possible.

This specifically includes *updated* claims file materials plus any internal rules, guidelines, protocols or other similar criterion relied upon in making the claims determination to date. This also includes all written reports generated by any medical, vocational or other personnel or parties who have reviewed this claim (internal or external to Lincoln); with all amendments or supplements thereto.

In sum, we ask that you bring Ms. Kindle current in a lump-sum payment for all past-due LTD benefits – plus interest[5] – then continue her LTD benefits to the fullest thereafter, pursuant to the contractual terms of the Plan. That is, Lincoln should pay to Ms. Kindle all LTD benefits to which she was entitled and still is owed; as well as those benefits to which she still is entitled, now or in the future; plus acknowledge and preserve her right (if needed) to make application in the future for LTD benefits that have not yet come due.[6]

With this in mind, please note that – to the extent that Lincoln may reinstate or issue any benefits going forward – any checks, remittances or other (electronic) fund transfers should be directed to my law office, not directly to Ms. Kindle; this in accordance with the attached authorization that Ms. Kindle has executed. *See*, **Exhibit F.**

---

[5] *See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (presumption in favor of prejudgment interest applicable in analogous ERISA cases; prejudgment interest typically accrues from the date of loss or the date on which the claim accrued in order to put party in the position he would have been in had benefits been paid immediately; and, absent special circumstances, compound interest is the norm in federal matters).

[6] Please note that all amounts claimed above should necessarily include any applicable or accrued cost–of -living adjustments ("COLA's") that may be provided under the Policy/Plan at issue.

This letter is sent without waiver of, or prejudice to, Ms. Kindle's rights and remedies under the LTD Plan/Policy at issue and governing ERISA law; all rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. And, if Lincoln needs Ms. Kindle to do anything else reasonable to exhaust her remedies or perfect her claim(s), please let us know.

We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

*/s/ Andrew M. Hickman*
Andrew M. Hickman

AMH/amh

Enclosures (**Exhibits A-F**) (*all with hard copy of letter to be mailed, on **one (1) CD**)

cc: Ms. Kindle (w/o encl.)

# Exhibit F

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

K. Cody Allison
*Member/Managing Attorney*

[illegible]
(615) 234-6000 | (615) 727-0175
LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION TO RECEIVE CHECKS

I, **KIMBERLY KINDLE**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **KIMBERLY KINDLE** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **KIMBERLY KINDLE.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Ste. # 250**
**Nashville, Tennessee 37205**

4-6-24
**Date**

Kimberly Kindle
**KIMBERLY KINDLE**

**Lincoln/Kindle 0300**

Social Security Administration

**Retirement, Survivors and Disability Insurance**

Notice of Award

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: May 15, 2023
BNC#: 23MS790C44145-HA

*D0241QXK8144 0000629

KIMBERLY KINDLE

You are entitled to monthly disability benefits beginning September 2022.

**The Date You Became Disabled**

We found that you became disabled under our rules on March 21, 2022.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is September 2022.

**What We Will Pay And When**

- You will receive $2,100.00 for May 2023 around June 28, 2023.
- After that you will receive $2,100.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| September | 2022 | $1,916.80 | Entitlement began |
| December | 2022 | $2,083.50 | Cost-of-living adjustment |

See Next Page

| | | | |
|---|---|---|---|
| January | 2023 | $2,100.50 | Credit for additional earnings |

**Other Government Payments Affect Benefits**

We are holding your Social Security benefits for September 2022 through April 2023. We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period. We will not reduce your past-due benefits if you did not get SSI benefits for those months.

However, we will withhold part of any past-due benefits to pay your representative. Later in this letter, we will tell you more about the money we are withholding to pay your representative. When we decide how much you are due for this period, we will send you another letter.

**Information About Representatives Fees**

We have approved the fee agreement between you and your representative.

Your past-due benefits are $16,231.00 for September 2022 through April 2023. Under the fee agreement, the representative cannot charge you more than $4,057.75 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

**How To Ask Us To Review The Determination On The Fee Amount**

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Office of Disability and
International Operations
6401 Security Blvd
BALTIMORE, MARYLAND 21235-6401

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

**Information About Past-Due Benefits Withheld To Pay A Representative**

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $4,057.75 from your past-due benefits to pay the representative.

*04041QXK001449* 0000629

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $113, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to ROBERT STEVIE BEAL.

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention

this letter when you call.

3. You may also call your local office at 1-888-383-1593.

SOCIAL SECURITY
415 CHEYENNE DR
JACKSON TN 38305

*0404 1QXK001449* 0000629

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

# PAYMENT SUMMARY

## Why We Cannot Pay Past Benefits

Here is how we figured your past benefits:

Benefits due for September 2022 through April 2023 including any cost of living increase and considering work and earnings through 2022, less monthly rounding of benefits ........................$ .00

Amount we must subtract because of

This equals ................................................$ 00.00

## Your Regular Monthly Payment

Here is how we figured your regular monthly payment effective May 2023:

You are entitled to a monthly benefit of .................$ 2,100.50

Amount we subtracted because of

- rounding (we must round down to a whole dollar) ................................ .50

This equals the amount of your regular monthly payment ............................$ 2,100.00

PAGE 46/48 * RCVD AT 10/4/2024 4:23:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033340380 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):28-19

# Exhibit A

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies 's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation. American Health Companies 's Policy contains a change in the definition of disability, which states the following:

> *"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> *1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;*

*8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

*Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*9. the date the Covered Person is no longer Disabled according to this policy;*

*10. the end of the Maximum Benefit Period; or*

*11. the date the Covered Person dies.*

*Notice and Proof of Claim*

*1. Notice*

*a. Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

*2. Proof*

*a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end*

*of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

00000329 LFB499M1 00001326

To remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation as stated above. Since your benefits began on June 21, 2022, the change in the definition will occur on June 20, 2024.

Medical records Dr. Pucek from July 7, 2022 through January 10, 2024, and Henderson County Hospital from July 7, 2022 through September 21, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified Orthopedic in Physical Medicine and Rehabilitation. Based on the available information, the consulting physician opined the following:

*"According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement –May 2023 who presents with symptoms of persistent right knee pain.*

*Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from March 22, 202 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on Jube 20,2024, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened. "*

*There is an LFG Attending Physician Statement dated January 10, 2024 and signed by the orthopedic surgeon which states that the claimant can return to work on September 26, 2023 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on May 10, 2023. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with kneeling, squatting and climbing stairs. It may take a full year to recover from a total*



PAGE 18/48 * RCVD AT 10/4/2024 4:23:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033340380 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):28-19

*knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.*

*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

***Skills & Abilities:*** *Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.*

| *Occupation* | *Strength* | *Monthly Wage* |
|---|---|---|
| *Classification Clerk* | *S* | *$3,107.87* |
| *Order-Control Clerk, Blood Bank* | *S* | *$3,172.00* |
| *Correspondence-Review Clerk* | *S* | *$3,225.73* |
| *Tourist-Information Assistant* | *S* | *$3,263.87* |
| *Dispatcher, Maintenance Service* | *S* | *$3,735.33* |
| *Compiler* | *S* | *$4,073.33* |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

*As previously advised, as we still have not received the information requested on November 17, 2023 that are required to determine eligibility for benefits beyond the change in definition date June 20, 2024. The following information was requested, but not received:*

Completed Annual LTD Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form.

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024. Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occ period and are issuing the remainder of these benefits in a lump sum advance payment through June 20, 2024. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (866) 841-1415. Once received, we will immediately reconsider your benefits.
- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**Right to Appeal**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit note, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers dated from January 10, 2024 and after from all treating providers. Specifically, any information you feel would support that you are Disabled from Any Occupation as outlined above.

Completed LTD Annual Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If The Lincoln National Life Insurance Company does not receive your written request for review within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowol nínízingo saad hosíníl[illegible]' dóó ná'ookąąh nííní'ąągo naaltsoos nííníltsoozígíí hazho'ó bik'idi'deeshtį́į́l nínízingo doo bą́ąh ílínígóó níká a'doowol éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380



PAGE 21/48 * RCVD AT 10/4/2024 4:23:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033340380 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):28-19

# Exhibit B

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

WEST TENNESSEE
BONE & JOINT
"Keeping You Active"
24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

**Return to Work Statement**

DATE: **5/14/2024**

PATIENT'S NAME: **KINDLE, KIM** DOB:

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☐ is able to return to work

☒ is not able to return to work

The patient is able to return to work:

☐ full duty

☐ restricted duties as follows: _____

If restrictions are not available, patient may not return to work.

FROM: ______ TO: ______

Diagnosis and/or Remarks: Ms. Kindle is unale to return to previous duties.
KNEE RESTRICTIONS -- NO KNEELING OR SQUATTING DIRECTLY ON THE KNEE. NO STAIRS OR FORCEFUL MOTION OF THE JOINT AND AVOID HEIGHTS.

SHOULDER RESTRICTIONS -- AVOID OVER THE HEAD ACTIVITIES, NO LIFTING AT ARMS LENGTH, 10 LBS WEIGHT LIMIT AWAY FROM THE BODY, 20 LBS WEIGHT LIMIT AT THE BODY, NO FORCEFUL MOTION OF THE JOINT.

PHYSICIAN SIGNATURE: [signature]
Kelly D. Pucek, M.D.

RF2

# Exhibit C

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 05/14/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE JOINT "Keeping You Active"

She returns for further followup, multiple complaints, back pain is extending into her hips. Right shoulder pain with known rotator cuff tearing pre-surgery as well as some ongoing complaints of right knee pain. Her right knee is certainly much better than it was prior to her replacement, but she is still having the activity limiting pain, which type work she does. She is symptomatic enough in combination with her back and neck, that I do not foresee her returning to her occupation for quite some time. Back shows a lot of paraspinal muscle spasm. More pain in extension than flexion. Tender in both sciatic notches. Negative straight leg raises today. Tight hamstrings bilaterally. Knee exam surprisingly good range of motion. No collateral instability. Small effusion, diffusely tender to palpation, especially laterally. Shoulder exam is consistent with rotator cuff tearing. Pain and weakness with attempts of abduction and external rotation. There is no instability. Motion is well maintained although painful. Again, I have reviewed her job requirements. Given all the issues we are up against; ongoing knee problems; her low back problems; rotator cuff tearing, right shoulder, I really do not see where she physically can return to her prior employment at least at this time. I will be getting her a note to that effect. She is trying to get through the fall to consider doing her shoulder surgery. We will just have her routine followup in 3 to 4 months of mid summer and make any adjustments. We did do Depo shots in each hip per prior visit, which did help her out some with her symptoms, so while she is here, I did go ahead and had Heavenly give her 80 mg of Depo-Medrol mixed with 1 cc of Marcaine injection in both gluteal regions, that we will set up for another 3 months. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

Kelly D. Pucek, MD, 5/14/2024 5:15:00 PM
KDP/12118

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 03/19/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE JOINT "Keeping You Active"

She returns for the followup on her shoulder. She has had her MRI.

Her exam shows persistent impingement signs. Pain and weakness with attempts of abduction and external rotation. No gross ligamentous instability. Motion well maintained though painful. Appears neurovascularly intact distally.

MRI shows partial tearing in her rotator cuff.

I went over her MRI findings. I think ultimately she is looking at decompression and I would estimate based on tearing present, it will give her about 2/3 chance of preventing her from going onto tear about 1 in 3 of tearing despite the surgery. She is interested in surgery, but needs to try and put it off till the end of summer. So, I went over activity restrictions. We will just have her scheduled for followup in about 2 to 3 months, halfway through the summer and see how she is doing symptom wise. While she is here, I had my nurse give her 80 mg of Depo-Medrol mixed with 1 mL of Marcaine injection in both gluteal regions. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied

Kelly D. Pucek, MD, 3/19/2024 1:33:00 PM
KDP/11597

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 01/04/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup on her shoulder. I gave her Depo shots in each hip last time. It helped to some degree with her back and persistent complaints of shoulder pain. Again, she has had Depo shots, exercises, antiinflammatories, and modifying the activities. Still with persistent symptoms. Exam shows positive impingement signs to her right shoulder. She has pain and weakness at attempts of abduction and external rotation. With rotation, she does have some crepitus centered around her AC joint and hypertrophic changes with diffuse tenderness to palpation on exam as well. There is no gross ligamentous instability. Neurovascularly intact distally. X-rays, AP shoulder and axillary show degenerative changes at her AC joint and inferior spurring, cystic changes at her tuberosity, and I did go ahead and x-ray her hip just to rule out hip joint pathology for completeness sake. AP, pelvis, and lateral hip show well-preserved joint space lower lumbar segments with degenerative disc disease and collapse. I think her hip pain is more related to her back. Right now, her shoulder is bothering her more than anything, so we concentrated treatment there. Given her failure of conservative treatment, abnormal x-rays and exam, I would like to go ahead and get an MRI of her right shoulder. Further followup through the office afterwards.

Kelly D. Pucek, MD
KDP/12118

# Department of Radiology
## *RADIOLOGY CONSULTATION REPORT*

| | | |
|---|---|---|
| **Pt Name:** KINDLE, KIMBERLY | **MPI:** HNE1210525822 | **DOB:** |
| **Pt. Room #:** IMAGING CENTER 541-8308 | **Visit #:** 12078210 | **Pt Status:** O |
| **Exam:** MR SHOULDER WITHOUT CONTRAST RIGHT | **Scheduled:** 03/15/2024 | **Completed:** 03/15/2024 |
| **Ordering MD:** PUCEK, KELLY DWAYNE, MD | **MRN:** 000936607 | |

**FINAL**

EXAMINATION:
MR SHOULDER WITHOUT CONTRAST RIGHT

CLINICAL HISTORY:
ROTATOR CUFF TEAR RIGHT SHOULDER, NO SURGERY

COMPARISON:
None

TECHNIQUE:
ROUTINE MRI of the right shoulder was performed. Sagittal and coronal proton density and T2, both with fat saturation; coronal T1 Axial PD with fat saturation were performed. Standard Protocol

FINDINGS:
Acromioclavicular joint: Mild degenerative change. No effusion or malalignment.

Acromion: No subacromial spurring or bursitis.

Supraspinatus tendon: Intermediate grade partial-thickness articular surface tear (series 5, image 9).

Infraspinatus tendon: Intact.

Subscapularis tendon: Intact.

Teres minor tendon: Intact.

Long head of biceps: Small fluid in the biceps long head tendon sheath. Intact and in anatomic position. There is a 7 x 9 mm peritendinous cyst in the bicipital groove.

Glenohumeral joint: No effusion or malalignment.

Labrum: Intact.

Bones: Normal marrow signal. No fracture, neoplasm, or avascular necrosis.

IMPRESSION:
1. Intermediate grade articular surface tear of supraspinatus.
2. Peritendinous cyst in the bicipital groove.
3. Mild biceps long head tenosynovitis.
4. Mild AC degenerative change.

West Tennessee HEALTHCARE

Jackson-Madison County General Hospital
An affiliate of West Tennessee Healthcare

# Department of Radiology

## *RADIOLOGY CONSULTATION REPORT*

## *RADIOLOGY CONSULTATION REPORT (Cont)*

**Pt Name:** KINDLE, KIMBERLY **Exam:** MR SHOULDER WITHOUT CONTRAST RIGHT

**Ordering MD:** PUCEK, KELLY DWAYNE, MD **MPI:** HNE1210525822

End of diagnostic report for accession: 8356545

| | | |
|---|---|---|
| Interpreted By: | MICHAEL ANDREW WESTON, MD | |
| Electronically Signed By: | MICHAEL ANDREW WESTON, MD | 03/15/2024 8:13 PM |
| Transcribed By: | MICHAEL ANDREW WESTON, MD | 03/15/2024 8:13 PM |

Technologist(s): 1) PRISCILLA ANN MASSEY, RT 2) HOLLY GAYE MOORE, RT

West Tennessee HEALTHCARE

# Exhibit D

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6124245

---

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** **Age:** 52 years

02/20/2024 08:56

**Chief Complaint:** **Chief Complaint:** MED REFILL

**History of Present Illness:**

Dr. Pucek is planning another MRI in March. Still not working since the knee surgery. She is also having trouble with the right shoulder and right hip.

Underwent TKA of the right knee with Dr. Pucek on 5/15. She is having some worsening depression and anxiety with staying in the house all the time. She tries to keep herself busy but lacks motivation to get up and do things.

Patient diagnosed with septic arthritis in the right knee in March. She went to Shane Dunaway and had arthrocentesis. It did not improve, and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and took 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. Has appt with Dr. Pucek in October. Has not worked since this began. Has MRI scheduled on Tuesday.

She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve - followed by Dr. Korban. Dr. Korban is going to perform a CTA to r/o aneurysm.

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**, car is a "lemon" - Nissin - home health. In a rental car now
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication - Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

## Past Medical/Surgical/Family/Social History

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |
| Arthritis of both knees | M13.861, M13.862 | | | | Active | |
| Septic arthritis of knee | M00.9 | | | | Active | |
| Asthma | J45.909 | | | | Active | |
| Insomnia | G47.00 | | | | Active | |
| Acute sinusitis | J01.90 | | 11/28/2022 | | Historic | |
| Acute bronchitis | J20.9 | | 11/28/2022 | | Historic | |
| Screening for malignant neoplasm of colon | Z12.11 | | | | Active | |
| Chronic bronchitis | J42 | | 12/13/2022 | | Historic | |
| Arthritis of right knee | M13.861 | | | | Active | |
| Dysuria | R30.0 | | | | Active | |
| Depression | F32.A | | | | Active | |

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6124245

**Smoking Status:** Never used moist powdered tobacco, **Cessation Education:**
**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, Medication

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Cymbalta 30MG Oral Capsule, Delayed Release | 1 CAPSULE | |
| Atorvastatin Calcium 20MG Oral Tablet | 1 TABLET | |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | AS NEEDED |
| Albuterol Sulfate HFA 0.09MG/ 1Actuation Inhalation Suspension | 2 PUFF | EVERY 4 HOURS |
| Flovent 0.044MG/1Actuation Inhalation Aerosol Powder | 2 PUFF | TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

## Review of Systems

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease/injury.

**ENMT:** No difficulty hearing. No ear pain. **sore throat.**

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6124245

**Musculoskeletal:** No muscle aches. + **arthralgias/joint pain.** No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. **depression. anxiety.** No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

**Physical Exam**

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar | Pain Score | Height (in) | Weight (lbs/ ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2024 08:45 | 6124245 | 115/68 | Sitting/ Left Arm | 86 | 18 | 97.7 Temporal | 98 % | Room Air 21% | | | 68 in | 214 lbs | 32.54 |
| 08/17/2023 13:45 | 6093056 | 107/72 | Sitting/ Left Arm | 63 | 18 | 97.5 Temporal | 100 % | | | | 66.93 in | 219.4 lbs | 34.43 |
| 06/06/2023 13:04 | 6081153 | 141/65 | Sitting/ Left Arm | 83 | | 98 Temporal | 100 % | Room Air 21% | | | 68 in | 223.25 lbs | 33.94 |
| 05/08/2023 08:27 | 6075969 | 161/79 | Sitting/ Left Arm | 75 | | 97.5 Temporal | 98 % | | | 6 | 68 in | 233.2 lbs | 35.46 |
| 04/17/2023 15:35 | 6072725 | 123/69 | Sitting/ Left Arm | 83 | 18 | 97.5 Temporal | 98 % | | | | 67.72 in | 223.8 lbs | 34.31 |
| 02/21/2023 14:52 | 6063378 | 137/71 | Sitting/ Left Arm | 86 | | 98.2 Temporal | 97 % | Room Air 21% | | | 67 in | 218.12 lbs | 34.16 |
| 12/13/2022 12:08 | 6051017 | 127/57 | Lying/ Right Arm | 66 | 16 | 97.3 Temporal | 96 % | Room Air 21% | | | | | |
| 12/13/2022 10:49 | 6051017 | 125/73 | Lying/ Left Arm | 59 | 13 | | 94 % | Room Air 21% | | 0 | | | |

Electronically signed by: ALAN WEATHERFORD, PA, 02/20/2024 09:08 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 02/27/2024 12:14 CST

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

| Date/Time | Visit Number | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar | Pain Score | Height (in) | Weight (lbs/ ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2022 10:45 | 6051017 | 111/52 | Lying/ Left Arm | 69 | 14 | 97.9 Oral | 95 % | Room Air 21% | | 0 | | | |
| 12/13/2022 10:38 | 6051017 | 101/56 | Lying/ Left Arm | 65 | 14 | | 99 % | Room Air 21% | | 0 | | | |
| 12/13/2022 10:34 | 6051017 | 87/51 | Lying/ Left Arm | 64 | 14 | | 100 % | Room Air 21% | | 0 | | | |
| 12/13/2022 08:31 | 6051017 | 117/64 | Lying/ Left Arm | 69 | 18 | 98 Temporal | 96 % | Room Air 21% | | | | | |
| 12/13/2022 07:16 | 6051017 | | | | | | | | | | 67 in | 200 lbs | 31.32 |
| 12/07/2022 14:18 | 6050240 | | | | | | | | | | 67.72 in | 200 lbs | 30.66 |
| 11/28/2022 16:11 | 6047994 | 146/66 | Sitting/ Left Arm | 78 | 18 | 98.4 Temporal | 97 % | | | | 68 in | 200 lbs | 30.41 |
| 11/17/2022 13:38 | 6046706 | 130/78 | Sitting/ Left Arm | 91 | | 98.7 Temporal | 99 % | Room Air 21% | | | 68.11 in | 199.25 lbs | 30.2 |
| 09/15/2022 08:54 | 6035620 | 144/60 | Sitting/ Left Arm | 65 | 20 | 97.8 Temporal | 97 % | | | | 66.93 in | 182.6 lbs | 28.66 |
| 07/07/2022 08:30 | 6025362 | 97/52 | Sitting/ Left Arm | 74 | 18 | 97.3 Temporal | 100 % | | | | 67.72 in | 172 lbs | 26.37 |
| 04/11/2022 16:26 | 6012671 | 119/66 | Sitting/ Left Arm | 93 | | 97.5 Temporal | 96 % | Room Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting/ Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |

Electronically signed by: ALAN WEATHERFORD, PA, 02/20/2024 09:08 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 02/27/2024 12:14 CST

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6124245
**Note Type:** Clinic Provider Note

| Date/Time | Visit Number | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar | Pain Score | Height (in) | Weight (lbs/ ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 115/68 | Sitting/ Left Arm | 86 | 18 | 97.7 Temporal | 98 % | Room Air 21% | | 6 | 68 in | 214 lbs | 32.54 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal:** Limited ROM of right knee. Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

---

**Assessment:**

---

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 02/20/2024
Active, GERD, K21.9, Active, , , 02/20/2024
Active, Hyperlipidemia, E78.5, Active, , , 02/20/2024
Active, Pain in right knee, M25.561, Active, , , 02/20/2024
Active, Arthritis of both knees, M13.861, M13.862, Active, , , 02/20/2024
Active, Septic arthritis of knee, M00.9, Active, , , 02/20/2024
Active, Asthma, J45.909, Active, , , 02/20/2024
Active, Insomnia, G47.00, Active, , , 02/20/2024
Active, Arthritis of right knee, M13.861, Active, , , 02/20/2024
Active, Depression, F32.A, Active, , , 02/20/2024

**Plan:**

Previous labs reviewed. Instructed in meds and treatment. Continue current meds, diet, and exercise. Labs obtained today. Will call once results are available. RTC in 6 months.

**Medications Given This Visit:**

**Ordered & Completed Meds Table**: No Current Medications Available

**Discharge Medications:**
**Discharge Medications**
Cymbalta 30MG Oral Capsule, Delayed Release
Atorvastatin Calcium 20MG Oral Tablet
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Albuterol Sulfate HFA 0.09MG/1Actuation Inhalation Suspension
Flovent 0.044MG/1Actuation Inhalation Aerosol Powder
ALPRAZolam 0.5MG Oral Tablet

**New Prescriptions Given Today:**

**New Prescriptions Today**: No Discharge Medications Available

**Diagnostics Ordered:**

**Lab Results: This Visit**: No Labs Available

Electronically signed by: ALAN WEATHERFORD, PA, 02/20/2024 09:08 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 02/27/2024 12:14 CST

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6124245

## Data Reviewed

### Labs Ordered and Reviewed from Last Three Visits

**Lab Results: Last 6 Months**: No Labs Available

### Medicines Ordered and Reviewed

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Cymbalta 30MG Oral Capsule, Delayed Release | 1 CAPSULE | ORAL | | WEATHERFORD ALAN | TAKE 1 CAPSULE ORAL DAILY |
| Atorvastatin Calcium 20MG Oral Tablet | 1 TABLET | ORAL | | WEATHERFORD ALAN | TAKE 1 TABLET ORAL |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | INHALATION | AS NEEDED | WEATHERFORD ALAN | 3 MILLILITER INHALATION AS NEEDED |
| Albuterol Sulfate HFA 0.09MG/ 1Actuation Inhalation Suspension | 2 PUFF | | EVERY 4 HOURS | WEATHERFORD ALAN | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/1Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | WEATHERFORD ALAN | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

Electronically signed by: ALAN WEATHERFORD, PA, 02/20/2024 09:08 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 02/27/2024 12:14 CST

HC

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6124245
**Note Type:** Clinic Provider Note

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

**Will clear medically for surgery as directed by Dr. Pucek.**

# Exhibit E

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

# Exhibit F

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

K. Cody Allison
*Member/Managing Attorney*

(615) 234-6000 | (615) 727-0175
LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION TO RECEIVE CHECKS

I, **KIMBERLY KINDLE**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **KIMBERLY KINDLE** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **KIMBERLY KINDLE.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Ste. # 250**
**Nashville, Tennessee 37205**

4-6-24
**Date**

Kimberly Kindle
KIMBERLY KINDLE

Andrew M. Hickman
*Associate Attorney*

drew@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

October 4, 2024

**CERTIFIED MAIL <u>#9589 0710 5270 1955 7640 37</u>**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: <u># (603) 334-0380</u>**

The Lincoln National Life Insurance Company
Disability and Life Claims
<u>Attn: Karen Faucher</u>
P.O. Box 2578
Omaha, NE 68103

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Kimberly A. Kindle** |
| | **Claim No.:** | **12903776** |
| | **LTD Policy No.:** | **GD/GF3-890-LF0122-01** |
| | **Policy Holder:** | **American Health Companies** |
| | **SS No.:** | |
| | **DOB:** | |

Dear Ms. Faucher or To Whom It May Concern:

This law firm represents Ms. Kimberly A. Kindle on her long-term disability ["LTD"] benefits claim under the Plan/Policy referenced above. To the extent that Lincoln has denied Ms. Kindle's claim on any basis, please accept this letter as our request for review/appeal and her effort to exhaust completely all administrative remedies under the applicable LTD Plan/Policy documents and prevailing ERISA law (including 29 U.S.C. § 1133). Specifically, we are appealing from Lincoln's denial letter dated February 23, 2024. A copy of that denial letter is attached as **<u>Exhibit A</u>.**

If, at any time, Lincoln needs Ms. Kindle to do anything else reasonable to exhaust her remedies or perfect her claim, please let us know.

## <u>INTRODUCTION</u>

Pertinent background information for this claim may be summarized as follows:

- Claimant: Kimberly A. Kindle
- DOB:
- Residence: Lexington, Tennessee

- Education: Associate's Degree
- Employer: Tennessee Valley Home Care, Inc.
- Own Occupation: Physical Therapist Assistant
- Last Day Worked: 3/21/22
- Date of Disability: 3/22/22
- LTD benefits received: 6/21/22 – 6/20/24
- LTD initial denial letter: 2/23/24

Turning to the medical aspect of this claim, Ms. Kindle remains disabled from working without limitation due to her total right knee replacement, right knee pain, unilateral primary osteoarthritis, right shoulder pain, hip pain, torn rotator cuff, sleep apnea, and gastroesophageal reflux disease. She can neither squat nor kneel, and she has trouble going up and down stairs.

## LTD PLAN/POLICY DEFINITION OF DISABILITY

According to the policy at issue, "Disability" or "Disabled", with respect to Long Term Disability, means: 1. For persons other than pilots, co-pilots, and crewmembers of an aircraft: i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

## REASON FOR DENIAL/TERMINATION OF BENEFITS

The February 23, 2024 denial letter states:

"*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

[. . .]

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024."

## MEDICAL EVIDENCE

I am first attaching a "Return to Work Statement" completed by Ms. Kindle's orthopedist, Dr. Kelly D. Pucek, M.D., on May 14, 2024 as **Exhibit B**. In the statement, Dr. Pucek makes clear that ***Ms. Kindle is not able to return to work*** due to restrictions in her knee and shoulder. Regarding her knee, she is not able to kneel or squat directly on it. Nor is she able to climb stairs or use any kind of forceful motion with the joint. Regarding her shoulder, she is to avoid over the head activities and lifting at arm's length. She is limited to lifting no more than ten pounds away from the body and twenty pounds at the body. She is not to engage is any forceful motion of the joint. As Dr. Pucek is one of Ms. Kindle's treating providers and has physically examined and observed her on multiple occasions, his opinion should be given considerable weight.

Further and in addition to the medical information/records already found in Lincoln's claims file for Ms. Kindle, we are attaching hereto presently-available medical records:[1]

**Exhibit C: West TN Bone and Joint Clinic PC**
24 Physicians Drive
Jackson, TN 38305

**Kelly D. Pucek, M.D.**
Orthopedic Surgeon

**Dates of Treatment Include: 1/4/24, 3/15/24, 3/19/24, and 5/14/24**

**1/4/24**: Ms. Kindle presented to Dr. Pucek for follow up on her shoulder. She was given Depo shots in each hip last time. It helped to some degree with her back and persistent complaints of shoulder pain. Again, she has had Depo shots, exercises, and anti-inflammatories. Still with persistent symptoms, exam shows positive impingement signs to her right shoulder. She has pain and weakness at attempts of abduction and external rotation. With rotation, she does have some crepitus centered around her AC joint and hypertrophic changes with diffuse tenderness to palpation on exam as well. There is no gross ligamentous instability. Neurovascularly intact distally. X-rays, AP shoulder and axillary show degenerative changes at her AC joint and inferior spurring, cystic changes at her tuberosity, and her hip was x-rayed to rule out hip joint pathology for completeness sake.

---

[1]Please understand that all medical records and other sensitive documentation tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's LTD claim.

Dr. Pucek's assessment: AP, pelvis, and lateral hip show well-preserved joint space lower lumbar segments with degenerative disc disease and collapse. I think her hip pain is more related to her back. Right now, her shoulder is bothering her more than anything, so we concentrated treatment there.

Treatment plan: Given her failure of conservative treatment, abnormal x-rays and exam, I would like to go ahead and get an MRI of her right shoulder.

**3/15/24**: Ms. Kindle presented for an MRI of her shoulder that showed an intermediate grade articular surface tear of the supraspinatus, a peritendinous cyst in the bicipital groove, mild biceps long head tenosynovitis, and mild AC degenerative changes.

**3/19/24**: Ms. Kindle presented to Dr. Pucek for follow up on her shoulder. She has had her MRI. Her exam shows persistent impingement signs. Pain and weakness with attempts of abduction and external rotation. No gross ligamentous instability. Motion well maintained though painful. Appears neurovascularly intact distally. MRI shows partial tearing in her rotator cuff.

Dr. Pucek's assessment: Discussed her MRI findings. I think she is looking at decompression and I would estimate based on tearing present, it will give her about 2/3 chance of preventing her from going onto tear about 1 in 3 of tearing despite the surgery. She is interested in surgery, but needs to try and put it off till the end of summer. So, I went over activity restrictions.

Treatment plan: We will just have her scheduled for follow up in about 2 to 3 months, halfway through the summer and see how she is doing symptom wise. While she is here, I had my nurse give her 80mg of Depo-Medrol mixed with 1 mL of Marcaine injection in both gluteal regions.

**5/14/23:** Ms. Kindle returned for a follow up regarding multiple complaints. Back pain is extending into her hips. Right shoulder pain with known rotator cuff tearing pre-surgery as well as some ongoing complaints of right knee pain. Her right knee is certainly much better than it was prior to her replacement, but she is still having the activity limiting pain. ***She is symptomatic enough in combination with her back and neck, that I do not foresee her returning to her occupation for quite some time.*** Back shows a lot of paraspinal muscle spasm. More pain in extension that flexion. Tender in both sciatic notches. Negative straight leg raises today. Tight hamstrings bilaterally. Knee exam surprisingly good range of motion. No collateral instability. Small effusion, diffusely tender to palpation, especially laterally. Shoulder exam is consistent with rotator cuff tearing. Pain and weakness with attempts of abduction and external rotation. There is no instability. Motion is well maintained although painful.

***Again I have reviewed her job requirements. Given all the issues we are up against -- ongoing knee problems, her low back problems, rotator cuff tearing, right shoulder – I really do not see where she physically can return to her prior employment at least at this time.***

She is trying to get through the fall to consider doing her shoulder surgery. We just have her routine follow up in 3 to 4 months and make any adjustments. We did do Depo shots in each hip prior to her visit, which did help her out some with her symptoms, so while she is here, I did go ahead and have Heavenly give her 80 mg of Depo-Medrol mixed with 1 cc of Marcaine injection in both gluteal regions, that we will set up for another 3 months. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

**Exhibit D: Henderson County Community Hospital**
200 West Church Street
Lexington, TN 38351

**Reggie Henderson, M.D.**
Family Medicine Physician

**Alan Weatherford, P.A.**
Physicians Assistant

**Dates of Treatment Include: 2/20/24**

**2/20/24**: Ms. Kindle presented to Dr. Henderson. Dr. Pucek is planning another MRI in March. She went to Shane Dunaway and had arthrocentesis. It did not improve, and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and took 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. Has appointment with Dr. Pucek in October. Has not worked since this began. Has MRI scheduled on Tuesday. She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve – followed by Dr. Korban. Dr. Korban is going to perform a CTA to r/o aneurysm.

Dr. Henderson's assessment: Ms. Kindle is cleared medically for surgery as directed by Dr. Pucek.

Needless to say, the Company should study these new medical records closely. They provide strong support for an ongoing finding of Disability in this matter.

The fact that Ms. Kindle is having to resort to invasive body procedures (the multiple injections and eventual surgery) is telling. *See, Curtis v. Hartford Life & Accident Ins. Co.,* 64 F. Supp. 3d 1198, 1214-1215 (N.D. Ill. 2014) (finding it highly improbable that a disability claimant would undergo extensive pain treatment procedures, including narcotic drugs and implantation of spinal cord stimulator, merely in or to strengthen credibility of complaints and thus increase chances of obtaining benefits).

In sum, Ms. Kindle's claim continues to have the support of her treating physicians who are attempting to address her medical concerns.

It is noteworthy that, in terminating benefits here, Lincoln failed to have Ms. Kindle examined by a physician (IME). **This is notwithstanding the fact that the Plan/Policy at issue explicitly permitted the Company to insist on an actual examination (*See*, Policy Number GD/GF3-890-LF0122-01, Section Titled "Examination"), *i.e.*, an IME.**[2] *See, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (holding that Liberty's denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and opinions of treating physicians for no reason, failing to rebut medical evidence, and not requesting an independent examination).

## SUMMARY OF MEDICAL PROOF

In sum, considering all the medical evidence in the record, it should be clear that Ms. Kindle's claim is still fully supported by her medical providers, who are attempting to help her manage her medical conditions. And, so long as a medical condition is diagnosed and documented by appropriate physicians, a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. *See*, *Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755, 758-759 (11th Cir. 1996).

*See also*, *Laser v. Provident Life and Accident Insurance Company*, 211 F. Supp. 2d 645, 655-657 (D. Md. 2002), wherein an insurer was significantly criticized for failing to consider all of the employee's medical evidence and all aspects of his illness, taking what amounted to an adversarial approach. It is our belief that the Company has acted in the same way on this claim.

*See also, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (case precedent teaches that benefits decision maker must make a reasoned assessment of whether *total combination* of claimant's impairments justify disability finding, even if no single impairment standing alone would warrant such conclusion; decision-maker must consider *combined effect* of claimant's impairments, cognitive included, in making its determination).

[2] In truth, the fact that Lincoln instead made a decision without an IME does not fit with reasonable Plan/Policy expectations of Ms. Kindle in considering how her claim would be handled in the event that she suffered disability. In this light, the decision is nothing if it is not arbitrary and capricious.

*And see. Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("One must bear in mind . . . that a participant and her … plan administrator are not *adversaries*. . . . A plan administrator is a fiduciary of the plan participants. *See Glenn*, 128 S. Ct. at 2347. *This means that the plan administrator's interest, if it is following the law, is not to deny benefits as often as possible but to come to the right decision in each case*. . . . As a fiduciary with duties of care and loyalty to all participants, the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants") (emphasis supplied).

## SOCIAL SECURITY DISABILITY AWARD

It is also significant that Ms. Kindle has been awarded SSDI benefits. *See*, Notice of Award attached as **Exhibit E**. Suffice it to say, the SSDI award should be given considerable weight in favor of finding ongoing disability here.[3]

ERISA case law affirms the relevance of the SSDI award in favor of Ms. Kindle. In the case of *Metropolitan Life Ins. Co. v. Glenn*, 461 F.3d 660 (6th Cir. 2006), the Court of Appeals for the Sixth Circuit Court of Appeals reversed the District Court and directed MetLife to reinstate Glenn's benefits. In so doing, the Sixth Circuit noted that under its LTD plan, MetLife determined eligibility for benefits and paid out any benefits, resulting in an "apparent conflict of interest," which the lower court failed to discuss or give sufficient consideration. *Id.* at 666-667.

Then, on appeal, the United States Supreme Court affirmed the Sixth Circuit decision. *See*, 554 U.S. 105, 128 S. Ct. 2343, 171 L. Ed. 2d 299 (2008). In fact, the Supreme Court observed that the Sixth Circuit actually gave the conflict of interest small weight, focusing more heavily on other factors. Specifically, the Court found that MetLife: (1) encouraged Glenn to argue to the Social Security Administration that she could not work, received the bulk of the benefits of her success in doing so, and then ignored that Agency's finding in concluding that she could do no sedentary work; (2) emphasized medical reports favoring denial and de-emphasized reports suggesting a contrary conclusion; and (3) failed to provide its independent medical experts with all of the relevant evidence. In sum, the Supreme Court found nothing improper in the way the Sixth Circuit conducted its review and thus, affirmed its decision. The Supreme Court determined that the serious concerns about

[3] Note: to the extent that medical records or information generated in the course of the SSDI matter are properly considered in the context of this LTD claim, we are assuming that Lincoln would have access to those records and information. That is, so far as we are aware, Lincoln has a signed medical release/authorization from our client that would permit it to request any SSDI records deemed necessary to review this claim. If this is not the case, please advise us immediately.

MetLife's decision-making process, combined with some degree of a conflict of interest, correctly led the Sixth Circuit to set aside (reverse) MetLife's decision to have denied benefits in the first place.

*See also, Fife v. Coop. Benefit Adm'rs, Inc.*, 2014 U.S. Dist. LEXIS 126253 at ** 71-76 (N.D. Ala. Sept. 10, 2014), in which the District Court expounded regarding the cited *Glenn* authority:

> ...[The] *Glenn* [case] was an appeal from a Sixth Circuit decision. The Sixth Circuit had noted in its opinion that it was "entitled to take into account the existence of a conflict of interest that results when, as in this case, the plan administrator who decides whether an employee is eligible for benefits is also obligated to pay those benefits." *Glenn v. MetLife, 461 F.3d 660, 666* (6th Cir. 2006), *aff'd sub nom. Metro. Life Ins. Co. v. Glenn*, 554 U.S. 105, 128 S. Ct. 2343, 171 L. Ed. 2d 299 (2008). The Sixth Circuit held:
>
> In discussing the applicable standard of review, the district court identified this conflict of interest as a relevant factor in determining whether an abuse of discretion had taken place. *See Glenn v. Metropolitan Life Ins. Co.*, 2005 U.S. Dist. LEXIS 11007, 2005 WL 1364625 at *4 (S.D. Ohio, June 8, 2005) (citing *Firestone Tire & Rubber*, 489 U.S. at 115, 109 S. Ct. 948 ("[I]f a benefit plan gives discretion to an administrator or fiduciary who is operating under a conflict of interest, that conflict must be weighed as a 'facto[r] in determining whether there is an abuse of discretion.'") (internal citation omitted)). However, the court's analysis of the plan administrator's basis for terminating benefits does not include any discussion of the role that MetLife's conflict of interest may have played in its decision nor appear to give that conflict any weight. It appears to us, as a result, that this factor did not receive appropriate consideration by the district court. *Glenn*, 461 F.3d at 666 (internal citations omitted). Then the Sixth Circuit wrote:
>
> There is yet another factor that the district court appears to have given inadequate consideration. The plaintiff contends that the plan administrator was arbitrary in failing to consider the award of disability benefits that she secured from the Social Security Administration. The record reflects that MetLife notified her that payments for long-term disability were subject to a discount for amounts received from other sources and steered her to a law firm specializing in securing disability benefits from the Social Security Administration. After the firm secured an award of benefits for her based on a claim of total disability, MetLife deducted the amount of those government benefits from the disability payments that it was obliged to pay and demanded a refund from Glenn in the amount of $13,500. And, yet, in making the decision to terminate payments under the MetLife policy, the plan administrator gave no weight whatsoever to the Social Security Administration's determination of total disability. Hence, Glenn posits that MetLife took blatantly inconsistent positions-relying on the finding by the Social Security administrative law judge that she was totally disabled but contending that she was capable of performing sedentary work in denying her ERISA benefits.

The district court recognized this inconsistency but declined to invoke the doctrine of estoppel. Although we conclude that this ruling was technically correct, the fact that MetLife and the Social Security Administration reached contrary conclusions regarding Glenn's disability status has two ramifications for this appeal. The first stems from the fact that MetLife assisted Glenn in obtaining Social Security benefits and reaped a financial benefit of its own when that assistance was successful. The second issue relates to the fact that, in denying Glenn continuation of her long-term benefits, MetLife failed to address Social Security's contrary determination of Glenn's status. It is obvious that both factors are relevant in determining whether MetLife's decision was arbitrary and capricious.

*Id.* at 666-67 (emphasis added). The Sixth Circuit's opinion stands for the proposition that a contrary disability determination by the Social Security Administration is relevant, when there is a conflict of interest, for the purpose of determining whether the decision was arbitrary and capricious.

The Supreme Court's decision on appeal [in *Glenn*] did not broaden the scope of the relevance of an SSA decision. Indeed, that specific issue was not before the court. The issues before the Court were only: 1) "whether a plan administrator that both evaluates and pays claims operates under a conflict of interest in making discretionary benefit determinations," and 2) "'how' any such conflict should 'be taken into account on judicial review of a discretionary benefit determination.'" *Glenn*, 554 U.S. at 110. After determining that there was a conflict of interest in the circumstances before it, the Supreme Court held that "when judges review the lawfulness of benefit denials, they will often take account of several different considerations of which a conflict of interest is one." *Id.* at 117. The Court then noted that "[t]he Court of Appeals' opinion in the present case illustrates the combination-of-factors method of review." *Id.* at 118. It then included the passage cited by the plaintiff which, again, reads:

[T]he court found questionable the fact that MetLife had encouraged Glenn to argue to the Social Security Administration that she could do no work, received the bulk of the benefits of her success in doing so (the remainder going to the lawyers it recommended), and then ignored the agency's finding in concluding that Glenn could in fact do sedentary work. *See id.*, at 666-669. This course of events was not only an important factor in its own right (because it suggested procedural unreasonableness), but also would have justified the court in giving more weight to the conflict (because MetLife's seemingly inconsistent positions were both financially advantageous). *Glenn*, 554 U.S. at 118 (emphasis added).

Placed in context, it is clear that the Supreme Court's [*Glenn*] decision only notes the relevance of an SSA decision when there is a conflict of interest. Indeed, all of the circuit court cases cited by the plaintiff are conflict cases. *See. Schexnayder*, 600 F.3d at 471 ("Failure to address a contrary SSA award can suggest "procedural unreasonableness" in a plan administrator's decision. . . . This procedural unreasonableness is important in its own right and also "justifie[s] the court in giving more weight to the conflict.") (citing *Glenn*, 128 S. Ct. at

> 2352); *Montour*, 588 F.3d at 630 (discussing the weight to be given to several "conflict factors," including "a contrary SSA disability determination"); [76] *Salomaa*, 642 F.3d at 679 (noting that where there is a conflict of interest, "[e]vidence of a Social Security award of disability benefits is of sufficient significance that failure to address it offers support that the plan administrator's denial was arbitrary, an abuse of discretion"); *DeLisle*, 558 F.3d at 446 ("Although there is no technical requirement to explicitly distinguish a favorable Social Security determination in every case, '[i]f the plan administrator (1) encourages the applicant to apply for Social Security disability payments; (2) financially benefits from the applicant's receipt of Social Security; and then (3) fails to explain why it is taking a position different from the SSA on the question of disability, the reviewing court should weigh this in favor of a finding that the decision was arbitrary and capricious.'" ) (quoting *Bennett v. Kemper Nat'l Servs.*, 514 F.3d 547, 554 (6th Cir.2008)). In this case, the court has already determined that "[t]here is no conflict here." (Doc. 46 at 41). Accordingly, the SSA decision is not relevant [in the present case].

*See*, *Fife*, 2014 U.S. Dist. LEXIS 126253 at ** 71-76 (emphasis supplied).

*And see*, *Ladd v. ITT Corporation*, 148 F.3d 753 (7th Cir. 1998), wherein the Court found that an insurer was judicially estopped from terminating LTD benefits after its own agent assisted the claimant in recovering SSDI benefits. The Seventh Circuit Court of Appeals found that the insurer could not justifiably advocate the claimant's disability to the Social Security Administration and then deny the full results of that advocacy to discontinue the payment of insurance benefits.

Needless to say, as for SSDI benefits, Lincoln is always ready to "cherry pick" for financial advantage. It would encourage (if not require) anyone like Ms. Kindle to apply for SSDI. And Lincoln will certainly accept the benefit of an SSDI award via offset or reimbursement. But Lincoln then wishes to ignore the federal government's affirmative finding of disability on the merits. This is the sort of duplicitous behavior that was criticized in *Glenn*, *Fife* and *Ladd* (cases cited immediately above).

Note: the decision in *Bennett v. Kemper*, 514 F. 3d 547 (6th Cir. 2008), is on point. There, the claims administrator's decision to deny LTD benefits was vacated as arbitrary and capricious; among the key factors to the Court of Appeals was the fact that administrator referred the claimant to a dedicated third-party vendor (Allsup) for an SSDI claim, and reaped financial benefits from that; but then *ignored* the affirmative finding of disability by the Social Security Administration.

## CONCLUSION

Under any legal standard that may apply here,[4] the Company erroneously concluded that Ms. Kindle no longer has significant medical issues that prevent her from returning to full-time employment. LTD benefits should be reinstated, retroactively, and paid going forward.

Stated otherwise, Ms. Kindle's claim continues to have full support from her treating medical providers, *i.e.*, trained professionals who have seen and treated her in person -- *e.g.*, Dr. Kelly Pucek, M.D., orthopedic surgeon at West Tennessee Bone and Joint Institute. As stated in *Godfrey, supra*, 89 F.3d 755, so long as the conditions at issue are diagnosed and documented by appropriate physician(s), a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. The treating providers have, by definition, been able to observe and treat Ms. Kindle over a considerable course of time; and thus have a full, accurate and historical read on her conditions. This *as opposed to* Lincoln's record reviewer, R. Asaro, D.O.

*See, Kalish v. Liberty Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (when plan administrator's explanation for denial of benefits is based on work of a doctor [or other expert] in its employ, court must view the explanation with some skepticism. . . . Physicians [or other experts] repeatedly retained by benefits plans may have incentive to make a finding of "not disabled" in order to save their employers' money and preserve their own consulting arrangements. . .).

*See also, Granville v. Aetna Life Ins. Co.*, 2015 U.S. Dist. LEXIS 167631 (M.D. Pa. Dec. 15, 2015), in which the Court in an ERISA case stated as follows:

> To determine if a defendant [carrier]'s conclusion to deny benefits was arbitrary and capricious, courts consider (1) "various procedural factors underlying the

[4] It should be noted that in *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989), the United States Supreme Court held that ERISA does not create standards under which District Courts review an administrator's decision to deny benefits. Thus, the Supreme Court established two general but distinct standards for reviewing an administrator's decision to deny benefits: (1) where an administrator acts without discretion to determine eligibility or construe the terms of an ERISA governed plan, the court will review the decision to deny the claim *de novo*. *Id.*, 489 U.S. at 115, 109 S. Ct. at 965; and (2) if the administrator does possess such discretion, the court then reviews the benefit decision under a deferential, *i.e.*, arbitrary and capricious standard. *Id.*, 489 U.S. at 111, 109 S. Ct. at 954. If the administrator (*e.g.*, Lincoln) operates under a financial conflict of interest, the court must consider whether the circumstance was a "factor" in determining whether there was an abuse of discretion. *Id.*, 489 U.S. at 115, 109 S. Ct. at 957. Here, it appears that Lincoln operates as both payer of benefits and decision-maker (claims administrator) on benefits.

> administrator's decision-making process," and (2) "structural concerns regarding how the particular . . . plan was funded." *Miller v. Am. Airlines, Inc.*, 632 F.3d 837, 845 (3d Cir. 2011). "[T]he procedural inquiry focuses on how the administrator treated the particular claimant." *Id.* (citing *Post v. Hartford Ins. Co.*, 501 F.3d 154, 162 (3d Cir. 2007)).
>
> Examples of procedural anomalies that suggest arbitrariness include: <u>(1) reversing a decision to award benefits without new medical evidence to support the change in position, (2) relying on the opinions of non-treating over treating physicians without reason, (3) conducting self-serving paper reviews of medical files, (4) failing to address all relevant diagnoses before terminating benefits, (5) relying on favorable parts while discarding unfavorable parts in a medical report, and (6) denying benefits based on inadequate information and lax investigatory procedures.</u> *Connelly v. Reliance Standard Life Ins. Co.*, No. CIV.A. 13-5934, 2014 U.S. Dist. LEXIS 74632, 2014 WL 2452217, at *4 (E.D. Pa. June 2, 2014).

*Id.*, 2015 U.S. Dist. LEXIS 167631 at * 21 (emphasis supplied).

*And see, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (White, J.) (holding that Liberty's denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and opinions of treating physicians for no reason, failing to rebut medical evidence).

The United States Supreme Court's ERISA ruling in *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965, 155 L. Ed. 2d 1034 (2003), does nothing to diminish our argument that the Company is improperly failing to credit the opinions of the treating medical providers here – choosing instead to rely on paper-only review. Although the Court in *Nord* found it was not mandatory for an insured to defer to the opinion of the treating physician, it nonetheless affirmed that a treating physician would have a "greater opportunity to know and observe the patient as an individual." The Court went on to state that "plan administrators, of course, *may not arbitrarily refuse to credit the employee's reliable evidence, including the opinions of treating physicians*." *Id.* at 834 (emphasis supplied).

Thus, based on information already found in Lincoln's claims file, plus the information now submitted, it should be clear that Ms. Kindle did and does in fact continue to meet the definition of Disability under the Policy. If Lincoln's position is to be believed, Ms. Kindle "got better," which has

the not-coincidental benefit of allowing it to close out this claim. **Yet, the reality is that nothing has changed for the better for our client; there is no new, organic medical evidence that would suggest improvement and thus justify a change in position by Lincoln**. *See, Granville*, supra at *21 (insurance carrier acts arbitrarily when reversing a decision to award benefits without new medical evidence to support a change in position).

At this point, I will add several housekeeping notes. First, if this office receives additional medical records, other documents supporting Ms. Kindle's claim, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter.

Second, as provided on pages four and five of the February 23, 2024 denial letter, Ms. Kindle should receive, free of charge, copies of all documents, records and other information relevant to her claim for benefits. So, to the extent that Lincoln has NOT already provided my office with copies of all such documents, etc., please forward same as soon as possible.

This specifically includes *updated* claims file materials plus any internal rules, guidelines, protocols or other similar criterion relied upon in making the claims determination to date. This also includes all written reports generated by any medical, vocational or other personnel or parties who have reviewed this claim (internal or external to Lincoln); with all amendments or supplements thereto.

In sum, we ask that you bring Ms. Kindle current in a lump-sum payment for all past-due LTD benefits – plus interest[5] – then continue her LTD benefits to the fullest thereafter, pursuant to the contractual terms of the Plan. That is, Lincoln should pay to Ms. Kindle all LTD benefits to which she was entitled and still is owed; as well as those benefits to which she still is entitled, now or in the future; plus acknowledge and preserve her right (if needed) to make application in the future for LTD benefits that have not yet come due.[6]

With this in mind, please note that – to the extent that Lincoln may reinstate or issue any benefits going forward – any checks, remittances or other (electronic) fund transfers should be directed to my law office, not directly to Ms. Kindle; this in accordance with the attached authorization that Ms. Kindle has executed. *See*, **Exhibit F.**

[5] *See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (presumption in favor of prejudgment interest applicable in analogous ERISA cases; prejudgment interest typically accrues from the date of loss or the date on which the claim accrued in order to put party in the position he would have been in had benefits been paid immediately; and, absent special circumstances, compound interest is the norm in federal matters).

[6] Please note that all amounts claimed above should necessarily include any applicable or accrued cost–of -living adjustments ("COLA's") that may be provided under the Policy/Plan at issue.

This letter is sent without waiver of, or prejudice to, Ms. Kindle's rights and remedies under the LTD Plan/Policy at issue and governing ERISA law; all rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. And, if Lincoln needs Ms. Kindle to do anything else reasonable to exhaust her remedies or perfect her claim(s), please let us know.

We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

*/s/ Andrew M. Hickman*
Andrew M. Hickman

AMH/amh

Enclosures (**Exhibits A-F**) (*all with hard copy of letter to be mailed, on **one (1) CD**)

cc: Ms. Kindle (w/o encl.)

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 05/21/24 - 06/20/24
Pmt Date: 06/14/24
Check #: 112839580

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 302.07 | $ 818.37 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 05/21/24 | 06/20/24 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 05/21/24 | 06/20/24 | $ 302.07 | | | | |

Subtotal Deduction $ 302.07

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 302.07

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0349**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

May 24, 2024

**CERTIFIED MAIL # 7020 1290 0000 9035 5661**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: (603) 334-0380**

Lincoln Financial Group
Attn.: Karen Faucher
Po Box 2578
Omaha, NE 68103

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Kimberly Kindle** |
| | **Claim No.:** | **12903776** |
| | **Policy Holder:** | **American Health Companies** |

Dear Ms. Faucher:

This firm has been retained to represent Ms. Kimberly Kindle regarding the denial of her long-term disability benefits through Lincoln Financial Group.

Please cease all written and verbal communications with my client and direct all future communications to my office.

I am hereby requesting the following documents on behalf of my client in order to assist in my continuing evaluation of this claim:

1. All plan documents including insurance contracts.

2. A copy of the applicable long term disability insurance policy.

3. Copies of all documents reflecting any and all agreements between the employer and any and all insurance companies, claims administrators and fiduciaries regarding disability insurance policies or plans.

4. Copies of all correspondence to, from and regarding my client, including all claim forms, cover letters, physicians' statements, and other documents.

5. Copies of all medical records, vocational records, rehabilitation records and other documents regarding my client's physical and mental condition, including, but not limited to, all

physicians' statements, all reports, testing data and handwritten notes.

6. If this claim has been or will be reviewed by any medical professional at the carrier or administrator's request, all correspondence to and from the medical professional and all documents reviewed by the medical professional.

7. If this claim has been or will be reviewed by any vocational professional at the carrier or administrator's request, all correspondence to and from the vocational professional and all documents reviewed by the vocational professional.

8. My client's job description at the time my client stopped working.

9. Surveillance reports, video and audio tapes, correspondence to and from investigators, and investigative billing information, as well as the un-edited surveillance CDs.

**If there is any charge for copying the documents we have requested, please notify me immediately in writing. If there are any other reasons why you cannot produce the documents we have requested, or if there are any special procedures which must be followed to secure copies of the documents we have requested herein, please advise my office in writing immediately.** A signed authorization form is enclosed for your records.

If you have any questions, please do not hesitate to call.

With kind regards,

**CODY ALLISON & ASSOCIATES, PLLC**

K. Cody Allison, Esq.

KCA/bk
Enclosures
Ms. Kimberly Kindle

**K. Cody Allison**
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE

**TO:** **LINCOLN FINANCIAL GROUP**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES**, as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES**, Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, TN 37205, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked: and the request made herein shall be deemed continuing.

**Date:** 4-6-24

Kimberly Kindle
**CLIENT – KIMBERLY KINDLE**

**SOCIAL SECURITY NUMBER**

**DATE OF BIRTH**

29 U.S.C. § 11321(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.

**K. Cody Allison**
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

**AUTHORIZATION TO COMMUNICATE WITH**
**<u>CODY ALLISON & ASSOCIATES, PLLC</u>**

I, **KIMBERLY KINDLE**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
Cavalier Building
95 White Bridge Road
Ste. # 250
Nashville, TN 37205
Phone: (615) 234-6000
Fax: (615) 727-0175

Kimberly Kindle _______________ 4-6-24 _______________
**SIGNATURE -- KIMBERLY KINDLE** **DATE**

**KIMBERLY KINDLE** _______________
**CLIENT'S PRINTED/TYPED NAME**

_______________
**SOCIAL SECURITY NUMBER**

**Lincoln/Kindle 0353**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION TO RECEIVE CHECKS

I, **KIMBERLY KINDLE**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **KIMBERLY KINDLE** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **KIMBERLY KINDLE.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Ste. # 250**
**Nashville, Tennessee 37205**

4-6-24
**Date**

Kimberly Kindle
**KIMBERLY KINDLE**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

May 24, 2024

**CERTIFIED MAIL # 7020 1290 0000 9035 5661**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: (603) 334-0380**

Lincoln Financial Group
Attn.: Karen Faucher
Po Box 2578
Omaha, NE 68103

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Kimberly Kindle** |
| | **Claim No.:** | **12903776** |
| | **Policy Holder:** | **American Health Companies** |

Dear Ms. Faucher:

This firm has been retained to represent Ms. Kimberly Kindle regarding the denial of her long-term disability benefits through Lincoln Financial Group.

Please cease all written and verbal communications with my client and direct all future communications to my office.

I am hereby requesting the following documents on behalf of my client in order to assist in my continuing evaluation of this claim:

1. All plan documents including insurance contracts.

2. A copy of the applicable long term disability insurance policy.

3. Copies of all documents reflecting any and all agreements between the employer and any and all insurance companies, claims administrators and fiduciaries regarding disability insurance policies or plans.

4. Copies of all correspondence to, from and regarding my client, including all claim forms, cover letters, physicians' statements, and other documents.

5. Copies of all medical records, vocational records, rehabilitation records and other documents regarding my client's physical and mental condition, including, but not limited to, all

physicians' statements, all reports, testing data and handwritten notes.

6. If this claim has been or will be reviewed by any medical professional at the carrier or administrator's request, all correspondence to and from the medical professional and all documents reviewed by the medical professional.

7. If this claim has been or will be reviewed by any vocational professional at the carrier or administrator's request, all correspondence to and from the vocational professional and all documents reviewed by the vocational professional.

8. My client's job description at the time my client stopped working.

9. Surveillance reports, video and audio tapes, correspondence to and from investigators, and investigative billing information, as well as the un-edited surveillance CDs.

**If there is any charge for copying the documents we have requested, please notify me immediately in writing. If there are any other reasons why you cannot produce the documents we have requested, or if there are any special procedures which must be followed to secure copies of the documents we have requested herein, please advise my office in writing immediately.** A signed authorization form is enclosed for your records.

If you have any questions, please do not hesitate to call.

With kind regards,

**CODY ALLISON & ASSOCIATES, PLLC**

K. Cody Allison, Esq.

KCA/bk
Enclosures
Ms. Kimberly Kindle

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE

**TO:** **LINCOLN FINANCIAL GROUP**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES**, as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES**, Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, TN 37205, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked: and the request made herein shall be deemed continuing.

**Date:** 4-6-24

Kimberly Kindle
**CLIENT – KIMBERLY KINDLE**

**SOCIAL SECURITY NUMBER**

**DATE OF BIRTH**

29 U.S.C. § 11321(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION TO COMMUNICATE WITH
## CODY ALLISON & ASSOCIATES, PLLC

I, **KIMBERLY KINDLE**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
Cavalier Building
95 White Bridge Road
Ste. # 250
Nashville, TN 37205
Phone: (615) 234-6000
Fax: (615) 727-0175

Kimberly Kindle 4-6-24
**SIGNATURE -- KIMBERLY KINDLE** **DATE**

**KIMBERLY KINDLE**
**CLIENT'S PRINTED/TYPED NAME**

**SOCIAL SECURITY NUMBER** ____________________

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION TO RECEIVE CHECKS

I, **KIMBERLY KINDLE**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **KIMBERLY KINDLE** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **KIMBERLY KINDLE.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Ste. # 250**
**Nashville, Tennessee 37205**

4-6-24
**Date**

Kimberly Kindle
**KIMBERLY KINDLE**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 18, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

I hope you are well. I have attached the letters sent by email.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-ACKNOWLEDGE-APPEAL-05.15.2024
12903776-ACKNOWLEDGE-APPEAL-05.17.2024

From: LFGNotifications@LFG.com
Sent: Wednesday, May 15, 2024 8:02:34 AM
To: ;
CC:
BCC:
Subject: [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle
Attachments: 6jzfzyn20jrccpqjsql2_17837184.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 15, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

We are writing in reference to your claim for Long Term Disability (LTD) benefits under American Health Companies's Policy. As you know, on February 21, 2024, we sent you a letter with our decision to close this LTD claim. On May 15, 2024, we received out of work note from Dr. Pucek.

These documents have been placed in your claim file. Since your LTD claim is in a closed status, please be advised that we are not taking any further action and your LTD claim remains closed. If you wish to submit a written appeal of the denial of your LTD claim, please refer to the appeal procedures set forth in the attached February 21, 2024 denial letter.

If you have any question, please do not hesitate to contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-CLOSE-ADVANCE PAY CLOSE-02.21.2024

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation. American Health Companies's Policy contains a change in the definition of disability, which states the following:

> ***"Disability" or "Disabled",*** *with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> *1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;*

*8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

> *Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*9. the date the Covered Person is no longer Disabled according to this policy;*

*10. the end of the Maximum Benefit Period; or*

*11. the date the Covered Person dies.*

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end*

*of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

To remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation as stated above. Since your benefits began on June 21, 2022, the change in the definition will occur on June 20, 2024.

Medical records Dr. Pucek from July 7, 2022 through January 10, 2024, and Henderson County Hospital from July 7, 2022 through September 21, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified Orthopedic in Physical Medicine and Rehabilitation. Based on the available information, the consulting physician opined the following:

*"According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement –May 2023 who presents with symptoms of persistent right knee pain.*

*Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from March 22, 202 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on Jube 20,2024, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened."*

*There is an LFG Attending Physician Statement dated January 10, 2024 and signed by the orthopedic surgeon which states that the claimant can return to work on September 26, 2023 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on May 10, 2023. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with kneeling, squatting and climbing stairs. It may take a full year to recover from a total*

*knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.*

*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

***Skills & Abilities:*** *Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.*

| ***Occupation*** | ***Strength*** | ***Monthly Wage*** |
| --- | --- | --- |
| *Classification Clerk* | *S* | *$3,107.87* |
| *Order-Control Clerk, Blood Bank* | *S* | *$3,172.00* |
| *Correspondence-Review Clerk* | *S* | *$3,225.73* |
| *Tourist-Information Assistant* | *S* | *$3,263.87* |
| *Dispatcher, Maintenance Service* | *S* | *$3,735.33* |
| *Compiler* | *S* | *$4,073.33* |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

*As previously advised, as we still have not received the information requested on November 17, 2023 that are required to determine eligibility for benefits beyond the change in definition date June 20, 2024. The following information was requested, but not received:*

Completed Annual LTD Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form.

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024. Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occ period and are issuing the remainder of these benefits in a lump sum advance payment through June 20, 2024. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (866) 841-1415. Once received, we will immediately reconsider your benefits.
- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**Right to Appeal**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit note, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers dated from January 10, 2024 and after from all treating providers. Specifically, any information you feel would support that you are Disabled from Any Occupation as outlined above.

Completed LTD Annual Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If The Lincoln National Life Insurance Company does not receive your written request for review within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowol nínízingo saad hosiniłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníiłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowol éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

From: LFGNotifications@LFG.com
Sent: Friday, May 17, 2024 7:42:35 AM
To: ;
CC:
BCC:
Subject: [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle
Attachments: 8trnnta0karnagjowiat_17857611.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 17, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

We are writing in reference to your claim for Long Term Disability (LTD) benefits under American Health Companies's Policy. As you know, on February 23, 2024, we sent you a letter with our decision to close this LTD claim. On May 16, 2024, we received medical note from Dr. Pucek.

These documents have been placed in your claim file. Since your LTD claim is in a closed status, please be advised that we are not taking any further action and your LTD claim remains closed. If you wish to submit a written appeal of the denial of your LTD claim, please refer to the appeal procedures set forth in the attached February 23, 2024 denial letter.

If you have any question, please do not hesitate to contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-CLOSE-ADVANCE PAY CLOSE-02.21.2024

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation. American Health Companies's Policy contains a change in the definition of disability, which states the following:

> ***"Disability" or "Disabled",*** *with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> *1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;*

*8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

*Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*9. the date the Covered Person is no longer Disabled according to this policy;*

*10. the end of the Maximum Benefit Period; or*

*11. the date the Covered Person dies.*

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end*

*of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

To remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation as stated above. Since your benefits began on June 21, 2022, the change in the definition will occur on June 20, 2024.

Medical records Dr. Pucek from July 7, 2022 through January 10, 2024, and Henderson County Hospital from July 7, 2022 through September 21, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified Orthopedic in Physical Medicine and Rehabilitation. Based on the available information, the consulting physician opined the following:

*"According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement –May 2023 who presents with symptoms of persistent right knee pain.*

*Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from March 22, 202 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on Jube 20,2024, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened."*

*There is an LFG Attending Physician Statement dated January 10, 2024 and signed by the orthopedic surgeon which states that the claimant can return to work on September 26, 2023 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on May 10, 2023. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with kneeling, squatting and climbing stairs. It may take a full year to recover from a total*

*knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.*

*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

***Skills & Abilities:*** *Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.*

| ***Occupation*** | ***Strength*** | ***Monthly Wage*** |
|---|---|---|
| *Classification Clerk* | *S* | *$3,107.87* |
| *Order-Control Clerk, Blood Bank* | *S* | *$3,172.00* |
| *Correspondence-Review Clerk* | *S* | *$3,225.73* |
| *Tourist-Information Assistant* | *S* | *$3,263.87* |
| *Dispatcher, Maintenance Service* | *S* | *$3,735.33* |
| *Compiler* | *S* | *$4,073.33* |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

*As previously advised, as we still have not received the information requested on November 17, 2023 that are required to determine eligibility for benefits beyond the change in definition date June 20, 2024. The following information was requested, but not received:*

Completed Annual LTD Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form.

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024. Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occ period and are issuing the remainder of these benefits in a lump sum advance payment through June 20, 2024. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (866) 841-1415. Once received, we will immediately reconsider your benefits.
- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**<u>Right to Appeal</u>**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit note, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers dated from January 10, 2024 and after from all treating providers. Specifically, any information you feel would support that you are Disabled from Any Occupation as outlined above.

Completed LTD Annual Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If The Lincoln National Life Insurance Company does not receive your written request for review within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowoł nínízingo saad hosinilįį' dóó ná'ookąąh níníʼąągo naaltsoos nínìltsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bą́ąh ílínígóó niká a'doowoł éí biniiyé shił hodiilnih áko ákwe'égi niká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, May 17, 2024 7:42:35 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | 8trnnta0karnagjowiat_17857611.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 17, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

We are writing in reference to your claim for Long Term Disability (LTD) benefits under American Health Companies s Policy. As you know, on February 23, 2024, we sent you a letter with our decision to close this LTD claim. On May 16, 2024, we received medical note from Dr. Pucek.

These documents have been placed in your claim file. Since your LTD claim is in a closed status, please be advised that we are not taking any further action and your LTD claim remains closed. If you wish to submit a written appeal of the denial of your LTD claim, please refer to the appeal procedures set forth in the attached February 23, 2024 denial letter.

If you have any question, please do not hesitate to contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-CLOSE-ADVANCE PAY CLOSE-02.21.2024

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation. American Health Companies's Policy contains a change in the definition of disability, which states the following:

> ***"Disability" or "Disabled",*** *with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> *1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;*

*8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

> *Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*9. the date the Covered Person is no longer Disabled according to this policy;*

*10. the end of the Maximum Benefit Period; or*

*11. the date the Covered Person dies.*

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end*

*of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

To remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation as stated above. Since your benefits began on June 21, 2022, the change in the definition will occur on June 20, 2024.

Medical records Dr. Pucek from July 7, 2022 through January 10, 2024, and Henderson County Hospital from July 7, 2022 through September 21, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified Orthopedic in Physical Medicine and Rehabilitation. Based on the available information, the consulting physician opined the following:

*"According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement –May 2023 who presents with symptoms of persistent right knee pain.*

*Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from March 22, 202 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on Jube 20,2024, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened."*

*There is an LFG Attending Physician Statement dated January 10, 2024 and signed by the orthopedic surgeon which states that the claimant can return to work on September 26, 2023 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on May 10, 2023. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with kneeling, squatting and climbing stairs. It may take a full year to recover from a total*

*knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.*

*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

***Skills & Abilities:*** *Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.*

| ***Occupation*** | ***Strength*** | ***Monthly Wage*** |
|---|---|---|
| *Classification Clerk* | *S* | *$3,107.87* |
| *Order-Control Clerk, Blood Bank* | *S* | *$3,172.00* |
| *Correspondence-Review Clerk* | *S* | *$3,225.73* |
| *Tourist-Information Assistant* | *S* | *$3,263.87* |
| *Dispatcher, Maintenance Service* | *S* | *$3,735.33* |
| *Compiler* | *S* | *$4,073.33* |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

*As previously advised, as we still have not received the information requested on November 17, 2023 that are required to determine eligibility for benefits beyond the change in definition date June 20, 2024. The following information was requested, but not received:*

Completed Annual LTD Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form.

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024. Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occ period and are issuing the remainder of these benefits in a lump sum advance payment through June 20, 2024. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (866) 841-1415. Once received, we will immediately reconsider your benefits.
- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**Right to Appeal**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit note, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers dated from January 10, 2024 and after from all treating providers. Specifically, any information you feel would support that you are Disabled from Any Occupation as outlined above.

Completed LTD Annual Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If The Lincoln National Life Insurance Company does not receive your written request for review within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowol nínízingo saad hosiniłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozigíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílíinígóó niká a'doowol éí biniiyé shił hodíílnih áko ákwe'égi niká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

# F A X

HP Inc.

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | Toni Cathey |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 5/16/2024 11:13:10 AM |
| Pages: | 2 |
| Re: | CLAIM#12903776 |

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 05/14/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE JOINT "Keeping You Active"

She returns for further followup, multiple complaints, back pain is extending into her hips. Right shoulder pain with known rotator cuff tearing pre-surgery as well as some ongoing complaints of right knee pain. Her right knee is certainly much better than it was prior to her replacement, but she is still having the activity limiting pain, which type work she does. She is symptomatic enough in combination with her back and neck, that I do not foresee her returning to her occupation for quite some time. Back shows a lot of paraspinal muscle spasm. More pain in extension than flexion. Tender in both sciatic notches. Negative straight leg raises today. Tight hamstrings bilaterally. Knee exam surprisingly good range of motion. No collateral instability. Small effusion, diffusely tender to palpation, especially laterally. Shoulder exam is consistent with rotator cuff tearing. Pain and weakness with attempts of abduction and external rotation. There is no instability. Motion is well maintained although painful. Again, I have reviewed her job requirements. Given all the issues we are up against; ongoing knee problems; her low back problems; rotator cuff tearing, right shoulder, I really do not see where she physically can return to her prior employment at least at this time. I will be getting her a note to that effect. She is trying to get through the fall to consider doing her shoulder surgery. We will just have her routine followup in 3 to 4 months of mid summer and make any adjustments. We did do Depo shots in each hip per prior visit, which did help her out some with her symptoms, so while she is here, I did go ahead and had Heavenly give her 80 mg of Depo-Medrol mixed with 1 cc of Marcaine injection in both gluteal regions, that we will set up for another 3 months. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

Kelly D. Pucek, MD, 5/14/2024 5:15:00 PM
KDP/12118

# Fax

| | |
|---|---|
| **Date:** | 5/16/2024 |
| **To:** | <6033340380> |
| **From:** | |
| **Subject:** | |

PAGE 1/3 * RCVD AT 5/16/2024 12:23:07 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033340380 * CSID:Fax * ANI: * DURATION (mm-ss):00-58

# F A X

**HP Inc.**

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | Toni Cathey |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 5/16/2024 11:22:43 AM |
| Pages: | 2 |
| Re: | CLAIM#12903776 |

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 05/14/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup, multiple complaints, back pain is extending into her hips. Right shoulder pain with known rotator cuff tearing pre-surgery as well as some ongoing complaints of right knee pain. Her right knee is certainly much better than it was prior to her replacement, but she is still having the activity limiting pain, which type work she does. She is symptomatic enough in combination with her back and neck, that I do not foresee her returning to her occupation for quite some time. Back shows a lot of paraspinal muscle spasm. More pain in extension than flexion. Tender in both sciatic notches. Negative straight leg raises today. Tight hamstrings bilaterally. Knee exam surprisingly good range of motion. No collateral instability. Small effusion, diffusely tender to palpation, especially laterally. Shoulder exam is consistent with rotator cuff tearing. Pain and weakness with attempts of abduction and external rotation. There is no instability. Motion is well maintained although painful. Again, I have reviewed her job requirements. Given all the issues we are up against; ongoing knee problems; her low back problems; rotator cuff tearing, right shoulder, I really do not see where she physically can return to her prior employment at least at this time. I will be getting her a note to that effect. She is trying to get through the fall to consider doing her shoulder surgery. We will just have her routine followup in 3 to 4 months of mid summer and make any adjustments. We did do Depo shots in each hip per prior visit, which did help her out some with her symptoms, so while she is here, I did go ahead and had Heavenly give her 80 mg of Depo-Medrol mixed with 1 cc of Marcaine injection in both gluteal regions, that we will set up for another 3 months. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

Kelly D. Pucek, MD, 5/14/2024 5:15:00 PM
KDP/12118

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 04/21/24 - 05/20/24 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 05/14/24 |
| | | Check #: 112575536 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 04/21/24 | 05/20/24 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 04/21/24 | 05/20/24 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0394**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, May 15, 2024 8:02:34 AM |
| To: | ; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | 6jzfzyn20jrccpqjsql2_17837184.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 15, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

We are writing in reference to your claim for Long Term Disability (LTD) benefits under American Health Companies s Policy. As you know, on February 21, 2024, we sent you a letter with our decision to close this LTD claim. On May 15, 2024, we received out of work note from Dr. Pucek.

These documents have been placed in your claim file. Since your LTD claim is in a closed status, please be advised that we are not taking any further action and your LTD claim remains closed. If you wish to submit a written appeal of the denial of your LTD claim, please refer to the appeal procedures set forth in the attached February 21, 2024 denial letter.

If you have any question, please do not hesitate to contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-CLOSE-ADVANCE PAY CLOSE-02.21.2024

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation. American Health Companies's Policy contains a change in the definition of disability, which states the following:

> ***"Disability" or "Disabled",*** *with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> *1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;*

*8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

> *Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*9. the date the Covered Person is no longer Disabled according to this policy;*

*10. the end of the Maximum Benefit Period; or*

*11. the date the Covered Person dies.*

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end*

*of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

To remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation as stated above. Since your benefits began on June 21, 2022, the change in the definition will occur on June 20, 2024.

Medical records Dr. Pucek from July 7, 2022 through January 10, 2024, and Henderson County Hospital from July 7, 2022 through September 21, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified Orthopedic in Physical Medicine and Rehabilitation. Based on the available information, the consulting physician opined the following:

*"According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement –May 2023 who presents with symptoms of persistent right knee pain.*

*Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from March 22, 202 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on Jube 20,2024, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened."*

*There is an LFG Attending Physician Statement dated January 10, 2024 and signed by the orthopedic surgeon which states that the claimant can return to work on September 26, 2023 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on May 10, 2023. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with kneeling, squatting and climbing stairs. It may take a full year to recover from a total*

*knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.*

*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

***Skills & Abilities:*** *Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.*

| ***Occupation*** | ***Strength*** | ***Monthly Wage*** |
|---|---|---|
| *Classification Clerk* | *S* | *$3,107.87* |
| *Order-Control Clerk, Blood Bank* | *S* | *$3,172.00* |
| *Correspondence-Review Clerk* | *S* | *$3,225.73* |
| *Tourist-Information Assistant* | *S* | *$3,263.87* |
| *Dispatcher, Maintenance Service* | *S* | *$3,735.33* |
| *Compiler* | *S* | *$4,073.33* |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

*As previously advised, as we still have not received the information requested on November 17, 2023 that are required to determine eligibility for benefits beyond the change in definition date June 20, 2024. The following information was requested, but not received:*

Completed Annual LTD Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form.

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024. Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occ period and are issuing the remainder of these benefits in a lump sum advance payment through June 20, 2024. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (866) 841-1415. Once received, we will immediately reconsider your benefits.
- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**Right to Appeal**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit note, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers dated from January 10, 2024 and after from all treating providers. Specifically, any information you feel would support that you are Disabled from Any Occupation as outlined above.

Completed LTD Annual Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If The Lincoln National Life Insurance Company does not receive your written request for review within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowol nínízingo saad hosiniłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníiłtsoozigíí hazho'ó bik'idí'deeshtįįł nínízingo doo bąąh ílínígóó niká a'doowol éí biniiyé shił hodííníih áko ákwe'égi niká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

# Fax

---

**Date:** 5/14/2024

**To:** <6033340380>
**From:**

**Subject:**

PAGE 1/3 * RCVD AT 5/14/2024 4:01:32 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/2 * DNIS:6033340380 * CSID:Fax * ANI:ONE * DURATION (mm-ss):00-58

**F A X**

**HP Inc.**

---

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | Toni Cathey |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 5/14/2024 3:01:15 PM |
| Pages: | 2 |
| Re: | CLAIM # 12903776 |

---

WEST TENNESSEE BONE & JOINT
"Keeping You Active"
24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

## Return to Work Statement

DATE: **5/14/2024**

PATIENT'S NAME: **KINDLE, KIM** DOB:

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☐ is able to return to work

☒ is not able to return to work

The patient is able to return to work:

☐ full duty

☐ restricted duties as follows: _____

If restrictions are not available, patient may not return to work.

FROM: ______ TO: ______

Diagnosis and/or Remarks: Ms. Kindle is unale to return to previous duties.
KNEE RESTRICTIONS -- NO KNEELING OR SQUATTING DIRECTLY ON THE KNEE. NO STAIRS OR FORCEFUL MOTION OF THE JOINT AND AVOID HEIGHTS.

SHOULDER RESTRICTIONS -- AVOID OVER THE HEAD ACTIVITIES, NO LIFTING AT ARMS LENGTH, 10 LBS WEIGHT LIMIT AWAY FROM THE BODY, 20 LBS WEIGHT LIMIT AT THE BODY, NO FORCEFUL MOTION OF THE JOINT.

PHYSICIAN SIGNATURE: [signature]
Kelly D. Pucek, M.D.

RF2

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 03/21/24 - 04/20/24
Pmt Date: 04/15/24
Check #: 112330848

---

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 03/21/24 | 04/20/24 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 03/21/24 | 04/20/24 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

---

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0407**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, March 28, 2024 6:56:57 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | z05flak2j07vcyoic8v7_17502285.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 28, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

We are writing in reference to your claim for Long Term Disability (LTD) benefits under American Health Companies s Policy. As you know, on February 21, 2024, we sent you a letter with our decision to close this LTD claim. On March 27, 2024, we received medical information from Dr. Pucek.

These documents have been placed in your claim file. Since your LTD claim is in a closed status, please be advised that we are not taking any further action and your LTD claim remains closed. If you wish to submit a written appeal of the denial of your LTD claim, please refer to the appeal procedures set forth in the attached February 23, 2024 denial letter.

If you have any question, please do not hesitate to contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-CLOSE-ADVANCE PAY CLOSE-02.21.2024

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

KIMBERLY KINDLE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation. American Health Companies's Policy contains a change in the definition of disability, which states the following:

> ***"Disability" or "Disabled",*** *with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> *1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;*

*8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

> *Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*9. the date the Covered Person is no longer Disabled according to this policy;*

*10. the end of the Maximum Benefit Period; or*

*11. the date the Covered Person dies.*

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end*

*of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

To remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation as stated above. Since your benefits began on June 21, 2022, the change in the definition will occur on June 20, 2024.

Medical records Dr. Pucek from July 7, 2022 through January 10, 2024, and Henderson County Hospital from July 7, 2022 through September 21, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified Orthopedic in Physical Medicine and Rehabilitation. Based on the available information, the consulting physician opined the following:

*"According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement –May 2023 who presents with symptoms of persistent right knee pain.*

*Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from March 22, 202 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on Jube 20,2024, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened."*

*There is an LFG Attending Physician Statement dated January 10, 2024 and signed by the orthopedic surgeon which states that the claimant can return to work on September 26, 2023 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on May 10, 2023. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with kneeling, squatting and climbing stairs. It may take a full year to recover from a total*

*knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.*

*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

***Skills & Abilities:*** *Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.*

| ***Occupation*** | ***Strength*** | ***Monthly Wage*** |
|---|---|---|
| *Classification Clerk* | *S* | *$3,107.87* |
| *Order-Control Clerk, Blood Bank* | *S* | *$3,172.00* |
| *Correspondence-Review Clerk* | *S* | *$3,225.73* |
| *Tourist-Information Assistant* | *S* | *$3,263.87* |
| *Dispatcher, Maintenance Service* | *S* | *$3,735.33* |
| *Compiler* | *S* | *$4,073.33* |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

*As previously advised, as we still have not received the information requested on November 17, 2023 that are required to determine eligibility for benefits beyond the change in definition date June 20, 2024. The following information was requested, but not received:*

Completed Annual LTD Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form.

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024. Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occ period and are issuing the remainder of these benefits in a lump sum advance payment through June 20, 2024. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (866) 841-1415. Once received, we will immediately reconsider your benefits.
- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**Right to Appeal**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit note, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers dated from January 10, 2024 and after from all treating providers. Specifically, any information you feel would support that you are Disabled from Any Occupation as outlined above.

Completed LTD Annual Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If The Lincoln National Life Insurance Company does not receive your written request for review within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowol nínízingo saad hosinilįį' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííniltsoozígíí hazho'ó bik'ídí'deeshtįįł nínízingo doo bą́ą́h ílínígóó niká a'doowol éí biniiyé shił hodíílnih áko ákwe'égi niká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380





Case 3:25-cv-00162 Document 17-3 Filed 06/24/25 Page 344 of 1349 PageID #: 483

| | |
|---|---|
| **From:** | DisabilityDocuments |
| **Sent:** | Wednesday, March 27, 2024 1:12 PM |
| **To:** | SA-EMLRIP114-P |
| **Subject:** | FW: Kim Kindle |

---

**From:** RJ James <theshippingjunction@gmail.com>
**Sent:** Wednesday, March 27, 2024 5:11:18 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Kim Kindle

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Attached please find the document I am sending on behalf of my customer, Kim Kindle.

If you have any questions, please contact her at 731-798-6642

Thank you,

Rhonda James
The Shipping Junction
16615 Hwy 104 N, Suite C
Lexington, TN 38351
731-307-7597**[Error : unloaded OLE object or mail attachment]**

WEST TENNESSEE BONE & JOINT
"Keeping You Active"
24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

## Return to Work Statement

DATE: **3/26/2024**

PATIENT'S NAME: **KINDLE, KIM** DOB:

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☒ is able to return to work

☐ is not able to return to work

The patient is able to return to work:

☐ full duty

☒ restricted duties as follows: SEE REMARKS

If restrictions are not available, patient may not return to work.

FROM: TO:

Diagnosis and/or Remarks: KNEE RESTRICTIONS -- NO KNEELING OR SQUATTING DIRECTLY ON THE KNEE. NO STAIRS OR FORCEFUL MOTION OF THE JOINT AND AVOID HEIGHTS.

SHOULDER RESTRICTIONS -- AVOID OVER THE HEAD ACTIVITIES, NO LIFTING AT ARMS LENGTH, 10 LBS WEIGHT LIMIT AWAY FROM THE BODY, 20 LBS WEIGHT LIMIT AT THE BODY, NO FORCEFUL MOTION OF THE JOINT.

PHYSICIAN SIGNATURE: [signature]
Kelly D. Pucek, M.D.

RF2

**Lincoln/Kindle 0418**

**From:** DisabilityDocuments
**Sent:** Wednesday, March 27, 2024 1:14 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Microsoft Word - Kindl,Kim 11857656 00001.pdf

---

**From:** Kim Kindle <
**Sent:** Wednesday, March 27, 2024 5:13:17 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Microsoft Word - Kindl,Kim 11857656 00001.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Shared via All PDF Reader, a practical app that makes reading and editing PDF files super convenient.
Free download:https://st.deepthought.industries/UFnyA3 **[Error : unloaded OLE object or mail attachment]**

WEST TENNESSEE BONE & JOINT
"Keeping You Active"
24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

## Return to Work Statement

DATE: **3/26/2024**

PATIENT'S NAME: **KINDLE, KIM** DOB: ____________

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☒ is able to return to work
☐ is not able to return to work

The patient is able to return to work:

☐ full duty
☒ restricted duties as follows: SEE REMARKS

If restrictions are not available, patient may not return to work.

FROM: ____________ TO: ____________

Diagnosis and/or Remarks: KNEE RESTRICTIONS -- NO KNEELING OR SQUATTING DIRECTLY ON THE KNEE. NO STAIRS OR FORCEFUL MOTION OF THE JOINT AND AVOID HEIGHTS.

SHOULDER RESTRICTIONS -- AVOID OVER THE HEAD ACTIVITIES, NO LIFTING AT ARMS LENGTH, 10 LBS WEIGHT LIMIT AWAY FROM THE BODY, 20 LBS WEIGHT LIMIT AT THE BODY, NO FORCEFUL MOTION OF THE JOINT.

PHYSICIAN SIGNATURE: ____________
Kelly D. Pucek, M.D.

RF2

**Lincoln/Kindle 0420**

# Fax

**Date:** 3/27/2024

**To:** <6033340380>
**From:**

**Subject:**

PAGE 1/4 * RCVD AT 3/27/2024 11:55:08 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/2 * DNIS:6033340380 * CSID:Fax * ANI: * DURATION (mm-ss):00-51

----- Original Message -----
**Sent:** Wednesday, March 27, 2024 10:54 AM
**Subject:** CLAIM#12903776

# F A X

**HP Inc.**

| | |
|---|---|
| To: | <6033440380> |
| Fax number: | 6033440380 |
| From: | Toni Cathey |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 3/27/2024 9:59:18 AM |
| Pages: | 2 |
| Re: | CLAIM#12903776 |

WEST TENNESSEE BONE & JOINT
"Keeping You Active"
24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

**Return to Work Statement**

DATE: **3/26/2024**

PATIENT'S NAME: **KINDLE, KIM** DOB:

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☒ is able to return to work
☐ is not able to return to work

The patient is able to return to work:

☐ full duty
☒ restricted duties as follows: SEE REMARKS

If restrictions are not available, patient may not return to work.

FROM: TO:

Diagnosis and/or Remarks: KNEE RESTRICTIONS -- NO KNEELING OR SQUATTING DIRECTLY ON THE KNEE. NO STAIRS OR FORCEFUL MOTION OF THE JOINT AND AVOID HEIGHTS.

SHOULDER RESTRICTIONS -- AVOID OVER THE HEAD ACTIVITIES, NO LIFTING AT ARMS LENGTH, 10 LBS WEIGHT LIMIT AWAY FROM THE BODY, 20 LBS WEIGHT LIMIT AT THE BODY, NO FORCEFUL MOTION OF THE JOINT.

PHYSICIAN SIGNATURE: [signature]
Kelly D. Pucek, M.D.

RF2

WEST TENNESSEE
BONE JOINT
"Keeping You Active"
24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

## Return to Work Statement

DATE: **3/26/2024**

PATIENT'S NAME: **KINDLE, KIM** DOB:

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☒ is able to return to work

☐ is not able to return to work

The patient is able to return to work:

☐ full duty

☒ restricted duties as follows: SEE REMARKS

If restrictions are not available, patient may not return to work.

FROM: TO:

Diagnosis and/or Remarks: KNEE RESTRICTIONS -- NO KNEELING OR SQUATTING DIRECTLY ON THE KNEE. NO STAIRS OR FORCEFUL MOTION OF THE JOINT AND AVOID HEIGHTS.

SHOULDER RESTRICTIONS -- AVOID OVER THE HEAD ACTIVITIES, NO LIFTING AT ARMS LENGTH, 10 LBS WEIGHT LIMIT AWAY FROM THE BODY, 20 LBS WEIGHT LIMIT AT THE BODY, NO FORCEFUL MOTION OF THE JOINT.

PHYSICIAN SIGNATURE: [signature]
Kelly D. Pucek, M.D.

RF2

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 26, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

I have included the letter from Dr. Pucek sent March 22, 2024. Additional, I have included several payments and the overpayment letter mailed to you on June 8, 2024.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-ACKNOWLEDGE-FREEFORM-06.08.2023
12903776-PAYMENTS-CLAIMANT DISABILITY EOB-06.15.2023
12903776-PAYMENTS-CLAIMANT DISABILITY EOB-07.15.2023
12903776-PAYMENTS-CLAIMANT DISABILITY EOB-03.15.2024
12903776-MEDICAL-CORRESPONDENCE-03.22.2024

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 9, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as we were advised that you were awarded Social Security Disability Benefits effective date of September 1, 2022. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of August 21, 2022 through May 20, 2023, without the proper reduction for Social Security, you are now overpaid under the terms of your Policy. The overpayment was prorated to start September 1, 2022.

Total Overpayment Amount: $12,626.91
Payment Due Date: June 29, 2023

The attached exhibit explains the calculation of your $12,626.91 balance, which is due to The Lincoln National Life Insurance Company upon receipt of this letter.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at DisabilityDocuments@lfg.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If we do not receive payment by June 29, 2023, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Sullivan
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16419
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth
12903776-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-06.08.2023

| Claim Number(s):12903776 | | | |
|---|---|---|---|
| **New Monthly Benefit** | | | |
| Your Gross Benefit | | | $3,053.44 |
| Less: Other Income | | | $1,933.00 |
| | SS Primary Disability | $1,933.00 | |
| | SS Retirement | $0.00 | |
| | Workers' Comp | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | Total Other Income | $1,933.00 | |
| Your Adjusted Gross | | | $1,120.44 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$1,120.44** |

| **Overpayment Calculation** | | | |
|---|---|---|---|
| Originally Paid | *8/21/2022 through* | *5/20/2023* | $27,480.96 |
| Less: Should have Paid | *8/21/2022 through* | *5/20/2023* | $10,796.30 |
| Overpayment Due | | | $16,684.66 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $4,057.75 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$12,626.91** |

**Lincoln/Kindle 0431**

## The Lincoln National Life Insurance Company
## Group Protection Disability Claims

PO Box 2578
Omaha, NE 68172-9688

## One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 12903776

I ______________________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for _________ on or after ___________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# ______________________

City, State, Zip ______________________________ Email ________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ________________________________________

Financial Institution Address ________________________________________

Routing Number ________________________________________

Account Number ________________________________________

SIGNATURE ________________________________ DATE ________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

Lincoln/Kindle 0432

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group
*Lincoln National Life Insurance Company*

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 05/21/23 - 06/20/23 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 06/14/23 |
| | | Check #: 109881200 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 05/21/23 | 06/20/23 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0433**

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group
Lincoln National Life Insurance Company

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 06/21/23 - 07/20/23
Pmt Date: 07/14/23
Check #: 110127311

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 06/21/23 | 07/20/23 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 06/21/23 | 07/20/23 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0434**

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 02/21/24 - 03/20/24
Pmt Date: 03/14/24
Check #: 112083136

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 02/21/24 | 03/20/24 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 02/21/24 | 03/20/24 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only.
It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0435**

# Fax

**Date:** 3/22/2024

**To:** <6033340380>
**From:**

**Subject:**

PAGE 1/3 * RCVD AT 3/22/2024 12:53:51 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033340380 * CSID:Fax * ANI:12109513528 * DURATION (mm-ss):00-58

**FAX**

**HP Inc.**

---

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | Toni Cathey |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 3/22/2024 11:53:47 AM |
| Pages: | 2 |
| Re: | CLAIM#12903776 |

---

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 03/19/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for the followup on her shoulder. She has had her MRI.

Her exam shows persistent impingement signs. Pain and weakness with attempts of abduction and external rotation. No gross ligamentous instability. Motion well maintained though painful. Appears neurovascularly intact distally.

MRI shows partial tearing in her rotator cuff.

I went over her MRI findings. I think ultimately she is looking at decompression and I would estimate based on tearing present, it will give her about 2/3 chance of preventing her from going onto tear about 1 in 3 of tearing despite the surgery. She is interested in surgery, but needs to try and put it off till the end of summer. So, I went over activity restrictions. We will just have her scheduled for followup in about 2 to 3 months, halfway through the summer and see how she is doing symptom wise.

Kelly D. Pucek, MD, 3/19/2024 1:33:00 PM
KDP/11597

From: LFGNotifications@LFG.com
Sent: Monday, March 25, 2024 12:32:10 PM
To:
CC:
BCC:
Subject: [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle
Attachments: ogc03ii77kaob38q0ti9_17474477.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 25, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

Good Afternoon, this information has also been mailed to your address on file.
If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-ACKNOWLEDGE-FREEFORM-06.08.2023
12903776-PAYMENTS-CLAIMANT DISABILITY EOB-07.15.2023
12903776-PAYMENTS-CLAIMANT DISABILITY EOB-03.15.2024
12903776-MEDICAL-CORRESPONDENCE-03.22.2024

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 9, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as we were advised that you were awarded Social Security Disability Benefits effective date of September 1, 2022. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of August 21, 2022 through May 20, 2023, without the proper reduction for Social Security, you are now overpaid under the terms of your Policy. The overpayment was prorated to start September 1, 2022.

Total Overpayment Amount: $12,626.91
Payment Due Date: June 29, 2023

The attached exhibit explains the calculation of your $12,626.91 balance, which is due to The Lincoln National Life Insurance Company upon receipt of this letter.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at DisabilityDocuments@lfg.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If we do not receive payment by June 29, 2023, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Sullivan
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16419
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth
12903776-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-06.08.2023

| Claim Number(s):12903776 | | | | |
|---|---|---|---|---|
| **New Monthly Benefit** | | | | |
| Your Gross Benefit | | | | $3,053.44 |
| Less: Other Income | | | | $1,933.00 |
| | SS Primary Disability | | $1,933.00 | |
| | SS Retirement | | $0.00 | |
| | Workers' Comp | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | Total Other Income | | $1,933.00 | |
| Your Adjusted Gross | | | | $1,120.44 |
| Less: Taxes and Deductions | | | | $0.00 |
| **Your Net Benefit** | | | | **$1,120.44** |
| **Overpayment Calculation** | | | | |
| Originally Paid | *8/21/2022 through* | *5/20/2023* | | $27,480.96 |
| Less: Should have Paid | *8/21/2022 through* | *5/20/2023* | | $10,796.30 |
| Overpayment Due | | | | $16,684.66 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $4,057.75 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$12,626.91** |

**Lincoln/Kindle 0444**

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 12903776

I ______________________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for _________ on or after ____________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# ________________________

City, State, Zip ______________________________ Email ________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________________

Financial Institution Address ______________________________

Routing Number ______________________________

Account Number ______________________________

SIGNATURE ______________________________ DATE ____________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

**Lincoln/Kindle 0445**

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 06/21/23 - 07/20/23
Pmt Date: 07/14/23
Check #: 110127311

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 06/21/23 | 07/20/23 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 06/21/23 | 07/20/23 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0446**

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
Lincoln National Life Insurance Company

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 02/21/24 - 03/20/24 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 03/14/24 |
| | | Check #: 112083136 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 02/21/24 | 03/20/24 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 02/21/24 | 03/20/24 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

Lincoln/Kindle 0447

# Fax

**Date:** 3/22/2024

**To:** <6033340380>
**From:**

**Subject:**

PAGE 1/3 * RCVD AT 3/22/2024 12:53:51 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033340380 * CSID:Fax * ANI:12109513528 * DURATION (mm-ss):00-58

# F A X

HP Inc.

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | Toni Cathey |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 3/22/2024 11:53:47 AM |
| Pages: | 2 |
| Re: | CLAIM#12903776 |

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 03/19/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE JOINT "Keeping You Active"

She returns for the followup on her shoulder. She has had her MRI.

Her exam shows persistent impingement signs. Pain and weakness with attempts of abduction and external rotation. No gross ligamentous instability. Motion well maintained though painful. Appears neurovascularly intact distally.

MRI shows partial tearing in her rotator cuff.

I went over her MRI findings. I think ultimately she is looking at decompression and I would estimate based on tearing present, it will give her about 2/3 chance of preventing her from going onto tear about 1 in 3 of tearing despite the surgery. She is interested in surgery, but needs to try and put it off till the end of summer. So, I went over activity restrictions. We will just have her scheduled for followup in about 2 to 3 months, halfway through the summer and see how she is doing symptom wise.

Kelly D. Pucek, MD, 3/19/2024 1:33:00 PM
KDP/11597

# Fax

---

**Date:** 3/25/2024

**To:** <6033340380>
**From:**

**Subject:**

PAGE 1/4 * RCVD AT 3/25/2024 5:02:41 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033340380 * CSID:Fax * ANI: * DURATION (mm-ss):01-01

# FAX

**HP Inc.**

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | Toni Cathey |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 3/25/2024 4:02:37 PM |
| Pages: | 3 |
| Re: | CLAIM#12903776 |

# Department of Radiology
## *RADIOLOGY CONSULTATION REPORT*

| | | |
|---|---|---|
| **Pt Name:** KINDLE, KIMBERLY | **MPI:** HNE1210525822 | **DOB:** |
| **Pt. Room #:** IMAGING CENTER 541-8308 | **Visit #:** 12078210 | **Pt Status:** O |
| **Exam:** MR SHOULDER WITHOUT CONTRAST RIGHT | **Scheduled:** 03/15/2024 | **Completed:** 03/15/2024 |
| **Ordering MD:** PUCEK, KELLY DWAYNE, MD | **MRN:** 000936607 | |

**FINAL**

EXAMINATION:
MR SHOULDER WITHOUT CONTRAST RIGHT

CLINICAL HISTORY:
ROTATOR CUFF TEAR RIGHT SHOULDER, NO SURGERY

COMPARISON:
None

TECHNIQUE:
ROUTINE MRI of the right shoulder was performed. Sagittal and coronal proton density and T2, both with fat saturation; coronal T1 Axial PD with fat saturation were performed. Standard Protocol

FINDINGS:
Acromioclavicular joint: Mild degenerative change. No effusion or malalignment.

Acromion: No subacromial spurring or bursitis.

Supraspinatus tendon: Intermediate grade partial-thickness articular surface tear (series 5, image 9).

Infraspinatus tendon: Intact.

Subscapularis tendon: Intact.

Teres minor tendon: Intact.

Long head of biceps: Small fluid in the biceps long head tendon sheath. Intact and in anatomic position. There is a 7 x 9 mm peritendinous cyst in the bicipital groove.

Glenohumeral joint: No effusion or malalignment.

Labrum: Intact.

Bones: Normal marrow signal. No fracture, neoplasm, or avascular necrosis.

IMPRESSION:
1. Intermediate grade articular surface tear of supraspinatus.
2. Peritendinous cyst in the bicipital groove.
3. Mild biceps long head tenosynovitis.
4. Mild AC degenerative change.

West Tennessee HEALTHCARE

Jackson-Madison County General Hospital
An affiliate of West Tennessee Healthcare



PAGE 3/4 * RCVD AT 3/25/2024 5:02:41 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033340380 * CSID:Fax * ANI: * DURATION (mm-ss):01-01

# Department of Radiology
## *RADIOLOGY CONSULTATION REPORT*
## *RADIOLOGY CONSULTATION REPORT (Cont)*

**Pt Name:** KINDLE, KIMBERLY **Exam:** MR SHOULDER WITHOUT CONTRAST RIGHT
**Ordering MD:** PUCEK, KELLY DWAYNE, MD **MPI:** HNE1210525822

End of diagnostic report for accession: 8356545

| | | |
|---|---|---|
| Interpreted By: | MICHAEL ANDREW WESTON, MD | |
| Electronically Signed By: | MICHAEL ANDREW WESTON, MD | 03/15/2024 8:13 PM |
| Transcribed By: | MICHAEL ANDREW WESTON, MD | 03/15/2024 8:13 PM |

Technologist(s): 1) PRISCILLA ANN MASSEY, RT 2) HOLLY GAYE MOORE, RT

West Tennessee HEALTHCARE

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, March 25, 2024 7:36:00 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | yzltcylyj1uxciatto57_17470277.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 25, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

We are writing in reference to your claim for Long Term Disability (LTD) benefits under American Health Companies s Policy. As you know, on February 21, 2024, we sent you a letter with our decision to close this LTD claim. On March 25, 2024, we received medical follow up note on shoulder from Dr. Pucek.

These documents have been placed in your claim file. Since your LTD claim is in a closed status, please be advised that we are not taking any further action and your LTD claim remains closed. If you wish to submit a written appeal of the denial of your LTD claim, please refer to the appeal procedures set forth in the attached February 21, 2024 denial letter.

If you have any question, please do not hesitate to contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-CLOSE-ADVANCE PAY CLOSE-02.21.2024

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

KIMBERLY KINDLE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation. American Health Companies's Policy contains a change in the definition of disability, which states the following:

> ***"Disability" or "Disabled",*** *with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> *1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;*

*8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

*Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*9. the date the Covered Person is no longer Disabled according to this policy;*

*10. the end of the Maximum Benefit Period; or*

*11. the date the Covered Person dies.*

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end*

*of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

To remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation as stated above. Since your benefits began on June 21, 2022, the change in the definition will occur on June 20, 2024.

Medical records Dr. Pucek from July 7, 2022 through January 10, 2024, and Henderson County Hospital from July 7, 2022 through September 21, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified Orthopedic in Physical Medicine and Rehabilitation. Based on the available information, the consulting physician opined the following:

*"According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement –May 2023 who presents with symptoms of persistent right knee pain.*

*Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from March 22, 202 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on Jube 20,2024, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened."*

*There is an LFG Attending Physician Statement dated January 10, 2024 and signed by the orthopedic surgeon which states that the claimant can return to work on September 26, 2023 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on May 10, 2023. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with kneeling, squatting and climbing stairs. It may take a full year to recover from a total*

*knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.*

*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

***Skills & Abilities:*** *Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.*

| ***Occupation*** | ***Strength*** | ***Monthly Wage*** |
|---|---|---|
| *Classification Clerk* | *S* | *$3,107.87* |
| *Order-Control Clerk, Blood Bank* | *S* | *$3,172.00* |
| *Correspondence-Review Clerk* | *S* | *$3,225.73* |
| *Tourist-Information Assistant* | *S* | *$3,263.87* |
| *Dispatcher, Maintenance Service* | *S* | *$3,735.33* |
| *Compiler* | *S* | *$4,073.33* |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

*As previously advised, as we still have not received the information requested on November 17, 2023 that are required to determine eligibility for benefits beyond the change in definition date June 20, 2024. The following information was requested, but not received:*

Completed Annual LTD Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form.

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024. Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occ period and are issuing the remainder of these benefits in a lump sum advance payment through June 20, 2024. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (866) 841-1415. Once received, we will immediately reconsider your benefits.
- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**Right to Appeal**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit note, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers dated from January 10, 2024 and after from all treating providers. Specifically, any information you feel would support that you are Disabled from Any Occupation as outlined above.

Completed LTD Annual Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If The Lincoln National Life Insurance Company does not receive your written request for review within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowol nínízingo saad hosiníilį́į' dóó ná'ookąąh níínl'ą́ągo naaltsoos nííníltsoozigíí hazho'ó bik'idí'deeshtį́įł nínízingo doo bą́ą́h ílínígóó niká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi niká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

# Fax

---

**Date:** 3/22/2024

**To:** <6033340380>
**From:**

**Subject:**

# FAX

**HP Inc.**

---

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | Toni Cathey |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 3/22/2024 11:53:47 AM |
| Pages: | 2 |
| Re: | CLAIM#12903776 |

---

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 03/19/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for the followup on her shoulder. She has had her MRI.

Her exam shows persistent impingement signs. Pain and weakness with attempts of abduction and external rotation. No gross ligamentous instability. Motion well maintained though painful. Appears neurovascularly intact distally.

MRI shows partial tearing in her rotator cuff.

I went over her MRI findings. I think ultimately she is looking at decompression and I would estimate based on tearing present, it will give her about 2/3 chance of preventing her from going onto tear about 1 in 3 of tearing despite the surgery. She is interested in surgery, but needs to try and put it off till the end of summer. So, I went over activity restrictions. We will just have her scheduled for followup in about 2 to 3 months, halfway through the summer and see how she is doing symptom wise.

Kelly D. Pucek, MD, 3/19/2024 1:33:00 PM
KDP/11597

24 Physicians Drive • Jackson, Tennessee 38305 • 731-661-9825 •Fax 731-668-6757 • www.wtbjc.com

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

| | | | | | |
|---|---|---|---|---|---|
| Claim: | 12903776 | Customer: | AMERICAN HEALTH COMPANIES | Policy Number: | GF3-890-LF0122-01 |
| Claim Type: | LTD | Subsidiary: | TENNESSEE VALLEY HOME CARE, IN | Pmt Period: | 02/21/24 - 03/20/24 |
| Payee Type: | EMP | Employee: | KIMBERLY A KINDLE | Pmt Date: | 03/14/24 |
| | | | | Check #: | 112083136 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 02/21/24 | 03/20/24 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 02/21/24 | 03/20/24 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0467**

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher



EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: American Health Companies

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

00000018 LF3353M1 00000308

How long are you able to:
sit 2+ hours stand 30 minutes with support walk 30 minutes (rest breaks as need due to pain).

How many hours a day do you:
sit varies stand varies walk varies

Do you take a nap during the day?
Yes ✓ No ______

If Yes, for how long? 1 hr +/- At what time of the day? varies

How many hours a day do you spend in bed? 6-8 hrs.

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ✓ carrying groceries other shower chair

How long are you able to sit in a car? 1-2 hours

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 1-2 hours (using L hand + cruise control, rest breaks as needed)
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
telephone, in person, text, mail, videochat

Do you have children?
Yes ______ No ✓ If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 4
On the weekends? 2

How often do you run errands? As needed

Please describe what errands you most commonly run: grocery, church, md appt, drug store
pay bills, dollar store

PAGE 1/10 * RCVD AT 2/26/2024 1:43:55 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID: * ANI:17312495466 * DURATION ...

Lincoln Financial Group®

How often do you get outdoors? daily, weather permitting

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. google

If yes, how often per day (hours) do you use the internet? ____ None ✓ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? news, information, disability site/updates

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. You tube, facebook

If yes, how often per day (hours) do you engage in activities? ____ None ✓ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hc

What do you use these social media sites for? information, news, entertainment

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc** to view information?

List all sites that apply. cell phone

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ✓ None | ✓ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ✓ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

news

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? NONE

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hou |
| If yes, how many days per week do you play? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hou |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Self | use cart |
| Carrying groceries into the house | " | wheelchair |
| Cooking meals | Don't | NO |
| Cleaning after meals | " | NO |
| Cleaning bathrooms | self | NO |
| Vacuuming | " | NO |
| Doing the laundry | " | NO |
| Opening and responding to mail | " | NO |

take breaks as needed w/or modify activity

PAGE 2/10 * RCVD AT 2/26/2024 1:43:55 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID: * ANI:17312495466 * DURATION (mm-ss):04-05

00000018 LF3353M1 00000309

# Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE



| | | |
|---|---|---|
| Managing your finances | self | None |
| Balancing your checkbook | " | " |
| Bathing yourself | " | shower chair |
| Styling your own hair | " | None |
| Getting dressed | " | None |
| Going up and down stairs | one step @ a time | Hand Rails |

Have you been confined to a hospital within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and hospital contact Information: ______

How often do you travel or take vacation? None

Where do you go? How do you get there (transportation method)? ______

Are you able to pursue your hobbies? Yes ______ No ✓

If Yes, please describe ______

Do you participate in an exercise program? Yes ✓ No ______

If Yes, please describe Home Ex Program

Do you do any Volunteer work? Yes ______ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

pain in Right upper extremity, decreased strength R Knee issues (pain, arthritic, L knee (arthritis) limitations per MD hip pain, back pain - have to take several rest breaks to perform tasks

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

At home, t.v., sitting outside, walking until painful, straightening up house as tolerated, talk/visit with family/friends, personal hygiene

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

00000018 LF3353M1 00000310

PAGE 3/10 * RCVD AT 2/26/2024 1:43:55 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID: * ANI:17312495466 * DURATION (mm-ss):04-05

00000018 LF3353M1 00000313

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Return to: Karen Faucher

**EMPLOYEE/CLAIMANT NAME:** Kimberly Kindle **CLAIM #:** 12903776
**EMPLOYER:** American Health Companies **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Kindle, Kimberly A. | Social Security # | Email Address |
| Street Address | City | State Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |

| | | |
|---|---|---|
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Michael Autry Relationship to you? nephew Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ 2,100. | should be on file | | |
| ☑ | ☐ | Social Security (disability or retirement) | went up to $ 2,167. | 1-2024 | | 1-22 ? |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☑ | ☐ | Other income/money/benefit (describe) Lincoln Financial - Long Term Disability | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Kimberly Kindle

**DATE:** 2/23/24 **EMPLOYEE'S SIGNATURE:** Kimberly Kindle

DP 409

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Kimberly Kindle CLAIM NUMBER: 12903776

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES January 1, 2023 TO the present***

**DOCTORS:**

Name: Alan Weatherford Specialty: PCP
Address: 270 W. Church St.
City: Lexington State: TN Zip Code: 38351
Phone: 731-968-2006 Fax:
Dates Seen: to: present

Name: Korban Cardiology Specialty: Heart
Address: 250 Boswell St
City: Lexington State: TN Zip Code: 38351
Phone: 731-513-5701 Fax:
Dates Seen: April 2022 to: present

Name: West TN Bone & Joint Specialty: ortho
Address: 24 Physicians Dr.
City: Jackson State: TN Zip Code: 38305
Phone: 731-661-9825 Fax:
Dates Seen: March 2022 to: present

Name: Specialty:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Seen: to:

**PHARMACIES:**

Name: Family Pharmacy
Address: 6 Hospital Dr.
City: Lexington State: TN Zip Code: 38351
Phone: 731-968-6979 Fax:
Dates: to: present

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates: to:

**HOSPITALS:**

Name: Jackson Madison Co General Hospital
Address: 620 Skyline Dr.
City: Jackson State: TN Zip Code: 38301
Phone: 731-541-5000 Fax:
Dates Confined: 5-15-2023 to: 5-15-2023
Surgery TKA

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to:

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: BCBST
Address: 1 Cameron Hill Circle Suite 0002
City: Chattanooga State: TN Zip Code: 37402
Phone Number:

Policy Number: Group # 130464 P
Member ID: Subscriber id ZES 906208587
Dates of Coverage: to: 1/31/24
Fax Number:

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature: Kimberly Kindle Date: 2/23/24

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.



00000018 LF3353M1 00000315

PAGE 8/10 * RCVD AT 2/26/2024 1:43:55 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID: * ANI:17312495466 * DURATION (mm-ss):04-05

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.



00000018 LF3353M1 00000316 E

PAGE 9/10 * RCVD AT 2/26/2024 1:43:55 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID: * ANI:17312495466 * DURATION (mm-ss):04-05

Lincoln/Kindle 0473

Case 3:25-cv-00162 Document 17-3 Filed 06/24/25 Page 401 of 1349 PageID #: 540


DRIVER LICENSE
Tennessee
THE VOLUNTEER STATE
DL NO 067162536
EXP 07/11/2024
CLASS D
REST 01
SEX F
DD 9011 [redacted]
KINDLE
KIMBERLY ANN


Save Time, Renew Online
www.Tennessee.Gov
07/27/1971
Rev 12/02/2011
ENDORSEMENTS:
NONE
CLASS: D D Vehicles [redacted]
RESTRICTIONS: 01 [redacted]
ORGAN DONOR
Donor Signature
Date
Blood Type
RH Factor
FOR NON-PHOTO SIGN HERE:

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00000018 LF3353M1 00000312

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Kimberly Kindle

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Kimberly Kindle Date: 2/23/24

Date of Birth: ____ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**



PAGE 5/10 * RCVD AT 2/26/2024 1:43:55 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID: * ANI:17312495466 * DURATION (mm-ss):04-05

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00000018 LF3353M1 00000314

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Kimberly Kindle

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Kimberly Kindle Date: 2/23/24

Date of Birth: __ / ______ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

PAGE 6/10 * RCVD AT 2/26/2024 1:43:55 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID: * ANI:17312495466 * DURATION (mm-ss):04-05

**Lincoln/Kindle 0476**

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Kimberly Kindle Date: 2/23/24

Signature: Kimberly Kindle

00000018 LF3353M1 00000311

From: LFGNotifications@LFG.com
Sent: Friday, February 23, 2024 2:48:38 PM
To:
CC:
BCC:
Subject: [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle
Attachments: accrmxjkltc6h8dexfjl_17258209.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

Please see letter sent by Mail on February 22, 2024.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-CLOSE-ADVANCE PAY CLOSE-02.21.2024

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation. American Health Companies's Policy contains a change in the definition of disability, which states the following:

> ***"Disability" or "Disabled",*** *with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> *1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*





Case 3:25-cv-00162 Document 17-3 Filed 06/24/25 Page 409 of 1349 PageID #: 548

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;*

*8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

*Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*9. the date the Covered Person is no longer Disabled according to this policy;*

*10. the end of the Maximum Benefit Period; or*

*11. the date the Covered Person dies.*

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end*

*of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

To remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation as stated above. Since your benefits began on June 21, 2022, the change in the definition will occur on June 20, 2024.

Medical records Dr. Pucek from July 7, 2022 through January 10, 2024, and Henderson County Hospital from July 7, 2022 through September 21, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified Orthopedic in Physical Medicine and Rehabilitation. Based on the available information, the consulting physician opined the following:

*"According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement –May 2023 who presents with symptoms of persistent right knee pain.*

*Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from March 22, 202 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on Jube 20,2024, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened."*

*There is an LFG Attending Physician Statement dated January 10, 2024 and signed by the orthopedic surgeon which states that the claimant can return to work on September 26, 2023 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on May 10, 2023. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with kneeling, squatting and climbing stairs. It may take a full year to recover from a total*

*knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.*

*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

***Skills & Abilities:*** *Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.*

| ***Occupation*** | ***Strength*** | ***Monthly Wage*** |
|---|---|---|
| *Classification Clerk* | *S* | *$3,107.87* |
| *Order-Control Clerk, Blood Bank* | *S* | *$3,172.00* |
| *Correspondence-Review Clerk* | *S* | *$3,225.73* |
| *Tourist-Information Assistant* | *S* | *$3,263.87* |
| *Dispatcher, Maintenance Service* | *S* | *$3,735.33* |
| *Compiler* | *S* | *$4,073.33* |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

*As previously advised, as we still have not received the information requested on November 17, 2023 that are required to determine eligibility for benefits beyond the change in definition date June 20, 2024. The following information was requested, but not received:*

Completed Annual LTD Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form.

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024. Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occ period and are issuing the remainder of these benefits in a lump sum advance payment through June 20, 2024. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (866) 841-1415. Once received, we will immediately reconsider your benefits.
- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**Right to Appeal**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit note, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers dated from January 10, 2024 and after from all treating providers. Specifically, any information you feel would support that you are Disabled from Any Occupation as outlined above.

Completed LTD Annual Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, and Treating Medical Professionals Form

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If The Lincoln National Life Insurance Company does not receive your written request for review within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowol nínízingo saad hosiniłįį' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníiłtsoozigíí hazho'ó bik'idí'deeshtį́įł nínízingo doo bą́ąh ílínígóó niká a'doowol éí biniiyé shił hodíílnih áko ákwe'égi niká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

MedRecs MANAGEMENT

# FAX COVER SHEET

| | | | |
|---|---|---|---|
| Date: | 01/10/2024 | | |
| From: | West Tennessee Bone and Joint | To: | LINCOLN FINANCIAL GROUP |
| Email: | disability@medrecsmanagement.com | Fax: | (866) 265-8993 |
| Re: | KINDLE, KIM | | |

**STATEMENT OF CONFIDENTIALITY**

The information contained in this facsimile message is client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message IS NOT the intended recipient, you are hereby notified that any dissemination distribution, or copying of this communication is strictly prohibited. **THE READER IS HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.**

**If you have received this communication in error, please immediately notify the Privacy Office at MedRecs Management, LLC: Privacy Officer, PO Box 520, Lebanon, TN 37088 (855) 763-3732**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | January 4, 2024 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

January 4, 2024

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2023 through the present, including January 4, 2024 office visit.

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical Records, Office Visit Notes, Test Results

We ask that you provide this information by January 9, 2024. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Kindle allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Kindle's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00000123 LFPMBED1 0000941

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Kimberley Kindle Date: 6-17-2022

Date of Birth: ____ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
| 5'8" | 230 | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| M25.561 | PAIN IN RIGHT KNEE |
| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
| | |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

**Pregnancy** ~~First Treated ___ Estimated Delivery ___ Date of Delivery ___ ☐ Vaginal ☐ C-Section~~

RIGHT SHOULER PAIN, HIP PAIN

Symptoms

X-rays, AP shoulder and axillary show degenerative changes at her AC joint and inferior spurring, cystic changes at her tuberosity, and I did go ahead and x-ray her hip just to rule out hip joint pathology for completeness sake. AP, pelvis, and lateral hip show well-preserved joint space lower lumbar segments with degenerative disc disease and collapse.

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| 2022 | PATIENT CAN WORK WITH RESTRICTIONS | |
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| 03.21.22 | 01.04.24 | 03.19.24 |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ______ to ______

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**4. Limitations and Restrictions**

PATIENT MAY RETURN TO WORK WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

Restrictions (what the patient SHOULD NOT do)

PATIENT MAY RETURN TO WORK WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N=Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | | Standing | | Crouching | | Overhead | |
| 6-10 lbs. | | Walking | | Crawling | | Desk Level | |
| 11-25 lbs. | | Sitting | | Grasping | | Below Waist | |
| 26-50 lbs. | | Balancing | | Climbing | | | |
| 51-100 lbs. | | Stooping | | Pushing | | | |
| 100 + lbs. | | Kneeling | | Pulling | | | |
| | | Fingering | | Bending | | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ______
Dressing ______
Transferring ______
Bathing ______
Toileting ______
Eating ______

Date patient experienced loss of Cognitive Functioning: ______

**5. Treatment**

PATIENT MAY RETURN TO WORK AS OF 09.26.23 WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, OR SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

2 MONTHS APPROX

Describe ongoing treatment frequency

**6. Prognosis**

UNCHANGED

Describe the patients prognosis for recovery

09.26.23 WITH RESTRICTIONS

Patient able to return to work Full-Time on:

______ to ______

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

**7. Physician's Information**

KELLY D. PUCEK, MD
Name

24 PHYSICIANS DRIVE
Street Address

| City | State | Zip Code |
|---|---|---|
| JACKSON | TN | 38305 |

731.661.9825
Phone Number

731.668.6757
Fax Number

[signature]

01.10.24
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 11/17/2023
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further follow up on her knee. Still complains of pain. She is complaining of pain all the way from her right groin, right gluteal region, lower back down her leg, also complaining of neck pain, extending into her right shoulder. She does have positive impingement signs through the right shoulder. Some mild crepitus with rotation. No instability. Right lower extremity exam shows good range of motion to her right knee. Incision is well healed. No warmth or erythema. Left hip examination shows some mild restriction in rotation. Mild groin pain with rotation as well.

I did get x-rays, AP of both knees and lateral of the right show she is status post Richard cemented posterior stabilized total knee in good alignment. Good cement mantle. No radio-lucencies. No evidence of poly wear. I think with her widespread complaints in the right knee still complaints of pain and tightness, I am going to get her back into therapy short-term couple to 3 weeks here in November to see we can work on some quad strength stretching. I think work on her rotator cuff tear as well. While she is here, I had my nurse give her 80 mg of Depo-Medrol mixed with 1 mL of Marcaine injection in both gluteal regions. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

See her back in a couple of months to see how she is responding. On return, I am going to get AP pelvis and lateral right hip as well as AP and axillary right shoulder.

Kelly D. Pucek, MD
KDP/11488

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 01/04/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup on her shoulder. I gave her Depo shots in each hip last time. It helped to some degree with her back and persistent complaints of shoulder pain. Again, she has had Depo shots, exercises, antiinflammatories, and modifying the activities. Still with persistent symptoms. Exam shows positive impingement signs to her right shoulder. She has pain and weakness at attempts of abduction and external rotation. With rotation, she does have some crepitus centered around her AC joint and hypertrophic changes with diffuse tenderness to palpation on exam as well. There is no gross ligamentous instability. Neurovascularly intact distally. X-rays, AP shoulder and axillary show degenerative changes at her AC joint and inferior spurring, cystic changes at her tuberosity, and I did go ahead and x-ray her hip just to rule out hip joint pathology for completeness sake. AP, pelvis, and lateral hip show well-preserved joint space lower lumbar segments with degenerative disc disease and collapse. I think her hip pain is more related to her back. Right now, her shoulder is bothering her more than anything, so we concentrated treatment there. Given her failure of conservative treatment, abnormal x-rays and exam, I would like to go ahead and get an MRI of her right shoulder. Further followup through the office afterwards.

Kelly D. Pucek, MD
KDP/12118

MedRecs MANAGEMENT

# FAX COVER SHEET

Date: 01/10/2024

From: West Tennessee Bone and Joint | To: LINCOLN FINANCIAL GROUP

Email: disability@medrecsmanagement.com | Fax: (866) 265-8993

Re: KINDLE, KIM

**STATEMENT OF CONFIDENTIALITY**

The information contained in this facsimile message is client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message IS NOT the intended recipient, you are hereby notified that any dissemination distribution, or copying of this communication is strictly prohibited. **THE READER IS HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.**

**If you have received this communication in error, please immediately notify the Privacy Office at MedRecs Management, LLC: Privacy Officer, PO Box 520, Lebanon, TN 37088 (855) 763-3732**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | January 4, 2024 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

January 4, 2024

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2023 through the present, including January 4, 2024 office visit.

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical Records, Office Visit Notes, Test Results

We ask that you provide this information by January 9, 2024. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Kindle allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Kindle's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00000123 LFPMBED1 00001941

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature] Date: 6-17-2022

Date of Birth: ____ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
| 5'8" | 230 | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| M25.561 | PAIN IN RIGHT KNEE |
| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
| | |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

**Pregnancy** ~~First Treated ___ Estimated Delivery ___ Date of Delivery ___ ☐ Vaginal ☐ C-Section~~

RIGHT SHOULER PAIN, HIP PAIN

Symptoms

X-rays, AP shoulder and axillary show degenerative changes at her AC joint and inferior spurring, cystic changes at her tuberosity, and I did go ahead and x-ray her hip just to rule out hip joint pathology for completeness sake. AP, pelvis, and lateral hip show well-preserved joint space lower lumbar segments with degenerative disc disease and collapse.

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| 2022 | PATIENT CAN WORK WITH RESTRICTIONS | |
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| 03.21.22 | 01.04.24 | 03.19.24 |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ___ to ___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

PATIENT MAY RETURN TO WORK WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

Restrictions (what the patient SHOULD NOT do)

PATIENT MAY RETURN TO WORK WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ___ | Standing | ___ | Crouching | ___ | Overhead | ___ |
| 6-10 lbs. | ___ | Walking | ___ | Crawling | ___ | Desk Level | ___ |
| 11-25 lbs. | ___ | Sitting | ___ | Grasping | ___ | Below Waist | ___ |
| 26-50 lbs. | ___ | Balancing | ___ | Climbing | ___ | | |
| 51-100 lbs. | ___ | Stooping | ___ | Pushing | ___ | | |
| 100 + lbs. | ___ | Kneeling | ___ | Pulling | ___ | | |
| | | Fingering | ___ | Bending | ___ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___
Dressing ___
Transferring ___
Bathing ___
Toileting ___
Eating ___

Date patient experienced loss of Cognitive Functioning: ___

## 5. Treatment

PATIENT MAY RETURN TO WORK AS OF 09.26.23 WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, OR SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

2 MONTHS APPROX

Describe ongoing treatment frequency

## 6. Prognosis

UNCHANGED

Describe the patients prognosis for recovery

09.26.23 WITH RESTRICTIONS

Patient able to return to work Full-Time on:

___ to ___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

KELLY D. PUCEK, MD

Name

24 PHYSICIANS DRIVE

Street Address

| JACKSON | TN | 38305 |
|---|---|---|
| City | State | Zip Code |

731.661.9825 — Phone Number

731.668.6757 — Fax Number

[signature] 01.10.24

**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 11/17/2023
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further follow up on her knee. Still complains of pain. She is complaining of pain all the way from her right groin, right gluteal region, lower back down her leg, also complaining of neck pain, extending into her right shoulder. She does have positive impingement signs through the right shoulder. Some mild crepitus with rotation. No instability. Right lower extremity exam shows good range of motion to her right knee. Incision is well healed. No warmth or erythema. Left hip examination shows some mild restriction in rotation. Mild groin pain with rotation as well.

I did get x-rays, AP of both knees and lateral of the right show she is status post Richard cemented posterior stabilized total knee in good alignment. Good cement mantle. No radiolucencies. No evidence of poly wear. I think with her widespread complaints in the right knee still complaints of pain and tightness, I am going to get her back into therapy short-term couple to 3 weeks here in November to see we can work on some quad strength stretching. I think work on her rotator cuff tear as well. While she is here, I had my nurse give her 80 mg of Depo-Medrol mixed with 1 mL of Marcaine injection in both gluteal regions. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

See her back in a couple of months to see how she is responding. On return, I am going to get AP pelvis and lateral right hip as well as AP and axillary right shoulder.

Kelly D. Pucek, MD
KDP/11488

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 01/04/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup on her shoulder. I gave her Depo shots in each hip last time. It helped to some degree with her back and persistent complaints of shoulder pain. Again, she has had Depo shots, exercises, antiinflammatories, and modifying the activities. Still with persistent symptoms. Exam shows positive impingement signs to her right shoulder. She has pain and weakness at attempts of abduction and external rotation. With rotation, she does have some crepitus centered around her AC joint and hypertrophic changes with diffuse tenderness to palpation on exam as well. There is no gross ligamentous instability. Neurovascularly intact distally. X-rays, AP shoulder and axillary show degenerative changes at her AC joint and inferior spurring, cystic changes at her tuberosity, and I did go ahead and x-ray her hip just to rule out hip joint pathology for completeness sake. AP, pelvis, and lateral hip show well-preserved joint space lower lumbar segments with degenerative disc disease and collapse. I think her hip pain is more related to her back. Right now, her shoulder is bothering her more than anything, so we concentrated treatment there. Given her failure of conservative treatment, abnormal x-rays and exam, I would like to go ahead and get an MRI of her right shoulder. Further followup through the office afterwards.

Kelly D. Pucek, MD
KDP/12118

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 23, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation. American Health Companies s Policy contains a change in the definition of disability, which states the following:

> ***"Disability" or "Disabled",*** *with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> *1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;*

*8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

*Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*9. the date the Covered Person is no longer Disabled according to this policy;*

*10. the end of the Maximum Benefit Period; or*

*11. the date the Covered Person dies.*

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end*

*of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

To remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation as stated above.  Since your benefits began on June 21, 2022, the change in the definition will occur on June 20, 2024.

Medical records Dr. Pucek from July 7, 2022 through January 10, 2024, and Henderson County Hospital from July 7, 2022 through September 21, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified Orthopedic in Physical Medicine and Rehabilitation. Based on the available information, the consulting physician opined the following:

*"According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement –May 2023 who presents with symptoms of persistent right knee pain.*

*Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from March 22, 202 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on Jube 20,2024, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened."*

*There is an LFG Attending Physician Statement dated January 10, 2024 and signed by the orthopedic surgeon which states that the claimant can return to work on September 26, 2023 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on May 10, 2023. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with kneeling, squatting and climbing stairs. It may take a full year to recover from a total*

*knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.*

*While we acknowledge you may experience symptoms related to your overall health, the clinical review(s) of your medical records no longer supports that your condition is of a severity to warrant continued disability impairment.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

***Skills & Abilities:*** *Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.*

| ***Occupation*** | ***Strength*** | ***Monthly Wage*** |
|---|---|---|
| *Classification Clerk* | *S* | *$3,107.87* |
| *Order-Control Clerk, Blood Bank* | *S* | *$3,172.00* |
| *Correspondence-Review Clerk* | *S* | *$3,225.73* |
| *Tourist-Information Assistant* | *S* | *$3,263.87* |
| *Dispatcher, Maintenance Service* | *S* | *$3,735.33* |
| *Compiler* | *S* | *$4,073.33* |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

*As previously advised, as we still have not received the information requested on November 17, 2023 that are required to determine eligibility for benefits beyond the change in definition date June 20, 2024. The following information was requested, but not received:*

Completed Annual LTD Forms: Activities Questionnaire Form, Authori ation - Medical, Claimant Supplementary Statement, Authori ation, and Treating Medical Professionals Form.

We have completed a thorough review of your eligibility for benefits beyond June 20, 2024, based on the medical and vocational information contained in your file, and have determined that you will not be eligible for benefits beyond June 20, 2024. Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occ period and are issuing the remainder of these benefits in a lump sum advance payment through June 20, 2024. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding this notice.

If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (866) 841-1415. Once received, we will immediately reconsider your benefits.
If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Right to Appeal

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit note, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers dated from January 10, 2024 and after from all treating providers. Specifically, any information you feel would support that you are Disabled from Any Occupation as outlined above.

Completed LTD Annual Forms: Activities Questionnaire Form, Authori ation - Medical, Claimant Supplementary Statement, Authori ation, and Treating Medical Professionals Form

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If The Lincoln National Life Insurance Company does not receive your written request for review within 180 days from later of the change in definition date June 20, 2024 or the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh níínı'ąągo naaltsoos nííníltsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Megan Provost, MA, CRC
Vocational Rehabilitation Consultant
Group Protection

# Transferable Skills Analysis

**Date:** 2/15/2024
**Claimant:** Kimberly Kindle
**Claim #:** 12903776
**Policyholder:** American Health Companies
**Pre-disability Earnings:** $5,089.07
**Benefit Amount:** $3,053.44

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills.

**The following documentation was reviewed:**

- Job Description dated
- DOT
- OA completed by Tamara Hite, VRC, dated 6/20/2022
- Training, Education, and Experience forms, dated 6/21/2022 & 11/1/2022
- Peer Review from Dr. R. Asaro, DO, dated 1/20/2024

**Education & Training:**
Education: High school diploma, 2 years college, associate degree.

Professional training/Certifications/Licensures: Physical therapy assistant

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | Year | Strength |
|---|---|---|---|
| 076.224-010 | Physical Therapist Assistant | 13 years 11 months | M |

**Restrictions and Limitations:**

Restrictions and Limitations used for this analysis was based off of
Peer Review dated 1/20/2024 completed by Dr. R. Asaro, DO:

- Lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting

**Skills & Abilities:** Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors. Able to gather and analyze data and reach appropriate conclusion. Solves problems in a timely manner. Possesses interpersonal skills to deal with emotional or difficult situations. Responds promptly to customer's needs. Basic knowledge of computer applications.

**Profile Adjustments:** GED: adjusted to Grades 13-14 since insured has an associate degree.

Strength and Physical: adjusted to reflect restrictions and limitations noted. Ability to change sitting position as needed for comfort evaluated by occupation. Other physical adjusted to Unknown since no restrictions or limitations noted.

Environment: adjusted to Unknown since no restrictions or limitations noted.

Noise: adjusted to Very Loud since no restriction or limitations noted.

Situations: Performing repetitive or short-cycle work; Performing a variety of duties; and Working under specific instructions adjusted to yes. Physical Therapist Assistants perform a variety of tasks, some of which are repetitive or short-cycle, such as reviewing plan of care to determine treatment to provide and completing documentation. They also work under the instructions in the patient's plan of care.

Data/People/Things : Data:  Compiling; Copying; and Comparing adjusted to yes. Physical Therapist Assistants compile and compare plan of care with progress made towards the outcomes for each patient. They copy treatment notes into computer system. People: Speaking-Signaling; Serving; and Taking Instructions-Helping adjusted to yes. Physical Therapist Assistants speak to patients to explain treatments and exercises. They serve and help patients with performing physical therapy exercises. Things: Handling adjusted to yes. Physical Therapist Assistants handle physical therapy supplies and equipment.

**Summary:**
The Transferable Skills Analysis identified occupations that are within the physical abilities and identified skills level of the insured.

**Examples of Occupations identified based on national economy labor market and insured's ability profile analysis:**

| DOT Code | Occupation | Strength | Monthly Wage |
|---|---|---|---|
| 206.387-010 | Classification Clerk | S | $3,107.87 |
| 245.367-026 | Order-Control Clerk, Blood Bank | S | $3,172.00 |
| 209.367-018 | Correspondence-Review Clerk | S | $3,225.73 |
| 237.367-050 | Tourist-Information Assistant | S | $3,263.87 |
| 239.367-014 | Dispatcher, Maintenance Service | S | $3,735.33 |
| 209.387-014 | Compiler | S | $4,073.33 |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

I have not met with the insured for the purpose of this review.  All opinions are based on review of vocational information, medical records and resources noted.

Megan Provost MA, CRC
Vocational Rehabilitation Counselor

**Name:** Kindle, Kimberly **SSN:**
**Case:**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 076.224-010 | Physical Therapist Assistant | 6 | 13 | 11 | Y | N | N | M | 10.02.02 |

**Name:** Kindle, Kimberly **SSN:**
**Case:**

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

**Changed From** **Changed To**

| | | | |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 6 (1 to 2 years) | No Change |
| Minimum | | 6 (1 to 2 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | 5 Grades 13-14 |
| Mathematics | | 3 Grades 7-8 | 5 Grades 13-14 |
| Language | | 4 Grades 9-12 | 5 Grades 13-14 |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | S Sedentary |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | Never |
| Balancing | | Never | Unknown |
| Stooping | | Frequently | Unknown |
| Kneeling | | Frequently | Never |
| Crouching | | Frequently | Never |
| Crawling | | Occasionally | Unknown |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Frequently | Unknown |
| Feeling | | Frequently | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Occasionally | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |
| **DOT Aptitudes** | | | |
| General Learning Ability | | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | | 3 (34-66 Percentile) | No Change |
| Form Perception | | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | | 3 (34-66 Percentile) | No Change |
| Motor Coordination | | 2 (67-89 Percentile) | No Change |
| Finger Dexterity | | 2 (67-89 Percentile) | No Change |
| Manual Dexterity | | 2 (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | | 3 (34-66 Percentile) | No Change |

| | | |
|---|---|---|
| Color Discrimination | 4 (11-33 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | Yes | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | No | Yes |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | Yes | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

Lincoln Financial Group®
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 01/21/24 - 02/20/24
Pmt Date: 02/14/24
Check #: 111849473

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 01/21/24 | 02/20/24 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 01/21/24 | 02/20/24 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0520**

From: LFGNotifications@LFG.com
Sent: Wednesday, February 14, 2024 3:12:52 PM
To:
CC:
BCC:
Subject: [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle
Attachments: 869ouetmjfdxyny3izwj_17196042.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 14, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companiess Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are contacting you with important information regarding your claim for benefits, submitted under American Health Companies's Long Term Disability (LTD) Policy. Benefits have been suspended effective December 20, 2023.

We previously requested information from you and advised that benefits would be suspended if we did not receive the necessary information to further evaluate your claim. Specifically, we are in need of the following information:

Completed LTD Ann al Forms: Acti ities Q estionnaire Form, A thori ation - Medical, Claimant S pplementar Statement, A thori ation, Treating Medical Professionals Form.

Additionally, we attempted to contact you on February 14, 2024, but were unable to reach you. Please contact us to discuss your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher ______



EMPLOYEE/CLAIMANT NAME: Kimberly Kindle ______
CLAIM NO: 12903776 ______ DATE OF BIRTH: ______
EMPLOYER/SPONSOR: American Health Companies ______

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes ______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes ______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes ______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

How often do you get outdoors? ______________________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left _____ | Right _____ |
| Are you able to work in your garden? | Yes _____ | No _____ |
| Are you able to work on your house? | Yes _____ | No _____ |
| Are you able to wash your car? | Yes _____ | No _____ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ______________________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ______________________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

______________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |

Lincoln Financial Group®

Managing your finances ____________ ____________
Balancing your checkbook ____________ ____________
Bathing yourself ____________ ____________
Styling your own hair ____________ ____________
Getting dressed ____________ ____________
Going up and down stairs ____________ ____________

Have you been confined to a hospital within the last 12 months? Yes ______ No ______
If Yes, please provide reason and hospital contact Information: ____________

How often do you travel or take vacation? ____________
Where do you go? How do you get there (transportation method)? ____________

Are you able to pursue your hobbies? Yes ______ No ______
If Yes, please describe ____________

Do you participate in an exercise program? Yes ______ No ______
If Yes, please describe ____________

Do you do any Volunteer work? Yes ______ No ______
If Yes:
how many hours per day? ______
how many hours per week? ______
for whom? ____________

Are you working for wages? Yes ______ No ______
If Yes, please provide employer's name ____________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

**Lincoln/Kindle 0525**

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

**Lincoln/Kindle 0526**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________ Date: ______________

Date of Birth: ______________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Karen Faucher

**EMPLOYEE/CLAIMANT NAME:** Kimberly Kindle **CLAIM #:** 12903776
**EMPLOYER:** American Health Companies **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ________________________

DP 409

**Lincoln/Kindle 0528**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Kimberly Kindle CLAIM NUMBER: 12903776

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES January 1, 2023 TO the present***

**DOCTORS:**

Name ____________ Specialty ________
Address ____________________
City ____________ State ____ Zip Code ______
Phone:____________ Fax: ____________
Dates Seen ____________ to ____________

Name ____________ Specialty ________
Address ____________________
City ____________ State ____ Zip Code ______
Phone:____________ Fax: ____________
Dates Seen ____________ to ____________

Name ____________ Specialty ________
Address ____________________
City ____________ State ____ Zip Code ______
Phone:____________ Fax: ____________
Dates Seen ____________ to ____________

Name ____________ Specialty ________
Address ____________________
City ____________ State ____ Zip Code ______
Phone:____________ Fax: ____________
Dates Seen ____________ to ____________

**PHARMACIES:**

Name ____________________
Address ____________________
City ____________ State ____ Zip Code ______
Phone:____________ Fax: ____________
Dates: ____________ to ____________

Name ____________________
Address ____________________
City ____________ State ____ Zip Code ______
Phone:____________ Fax: ____________
Dates: ____________ to ____________

**HOSPITALS:**

Name ____________________
Address ____________________
City ____________ State ____ Zip Code ______
Phone:____________ Fax: ____________
Dates Confined: ____________ to ____________

Name ____________________
Address ____________________
City ____________ State ____ Zip Code ______
Phone:____________ Fax: ____________
Dates Confined: ____________ to ____________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ____________________
Address ____________________
City ____________ State ____ Zip Code ______
Phone Number: ____________________

Policy Number ____________________
Member ID ____________________
Dates of Coverage ____________ to ____________
Fax Number: ____________________

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ____________________ Date ____________

## FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

MS. KIMBERLY KINDLE



Case 3:25-cv-00162 Document 17-3 Filed 06/24/25 Page 460 of 1349 PageID #: 599

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

January 25, 2024

Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Kimberly:

Please see attached.
If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-CLOSE-SUSPENSION OF BENEFITS-01.03.2024

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, January 4, 2024 10:02:36 AM |
| To: | ; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | pjfg7kmkbyklysoklkfe_16880147.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

January 4, 2024

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are contacting you with important information regarding your claim for benefits, submitted under American Health Companies's Long Term Disability (LTD) Policy. Benefits have been suspended effective December 20, 2023.

We previously requested information from you and advised that benefits would be suspended if we did not receive the necessary information to further evaluate your claim. Specifically, we are in need of the following information:

Completed LTD Annual Forms: Activities Questionnaire Form, Authorization - Medical, Claimant Supplementary Statement, Authorization, Treating Medical Professionals Form. Medical records Dr. Pucek from January 4, 2024.

As we have not yet received this necessary information, your benefits are suspended.

Although benefit payments will not be issued, your file will remain open until February 2, 2024. We encourage you to submit the above information in a timely manner. Should we not receive the requested information by February 2, 2024, your claim will be closed.

Once this information is received, your claim will be evaluated and benefits reinstated accordingly.

If you have any questions regarding this correspondence, please contact me at the number listed below.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-11.17.2023

From: LFGNotifications@LFG.com
Sent: Friday, November 17, 2023 1:18:22 PM
To: ;
CC:
BCC:
Subject: [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle
Attachments: tqugvhuhshuu3xzuorns_16594238.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 17, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On November 17, 2023, we requested medical records from Dr. Pucek. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2023 through the present from Dr. Pucek

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on June 21, 2022, the change in definition will occur on June 21, 2024. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by December 31, 2023:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Supplementary Statement
- X Authorization
- X Treating Medical Professionals Form
- ___ Other

American Health Companies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by December 30, 2023, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by January 30, 2024, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 31, 2023 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Supplementary Statement
Authorization
Treating Medical Professionals Form

## ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher



EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776 DATE OF BIRTH: ________
EMPLOYER/SPONSOR: American Health Companies

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes ________ No ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? ________

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? ________

Do you hold a valid driver's license?

Yes ________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

**Lincoln/Kindle 0540**

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 4*

How often do you get outdoors? ______________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left _______ | Right _______ |
| Are you able to work in your garden? | Yes _______ | No _______ |
| Are you able to work on your house? | Yes _______ | No _______ |
| Are you able to wash your car? | Yes _______ | No _______ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ______________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ______________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ______________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

______________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |

**Lincoln/Kindle 0541**

Managing your finances ____________ ____________
Balancing your checkbook ____________ ____________
Bathing yourself ____________ ____________
Styling your own hair ____________ ____________
Getting dressed ____________ ____________
Going up and down stairs ____________ ____________

Have you been confined to a hospital within the last 12 months? Yes ______ No ______
If Yes, please provide reason and hospital contact Information: ____________

How often do you travel or take vacation? ____________
Where do you go? How do you get there (transportation method)? ____________

Are you able to pursue your hobbies? Yes ______ No ______
If Yes, please describe ____________

Do you participate in an exercise program? Yes ______ No ______
If Yes, please describe ____________

Do you do any Volunteer work? Yes ______ No ______
If Yes:
how many hours per day? ______
how many hours per week? ______
for whom? ____________

Are you working for wages? Yes ______ No ______
If Yes, please provide employer's name ____________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

**Lincoln/Kindle 0543**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: __ ________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Karen Faucher

**EMPLOYEE/CLAIMANT NAME:** Kimberly Kindle **CLAIM #:** 12903776
**EMPLOYER:** American Health Companies **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

**Lincoln/Kindle 0545**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: __ ________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Kimberly Kindle CLAIM NUMBER: 12903776

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES January 1, 2023 TO the present***

**DOCTORS:**

Name ____________ Specialty ____________ Name ____________ Specialty ____________
Address ____________ Address ____________
City ____________ State ______ Zip Code ______ City ____________ State ______ Zip Code ______
Phone: ____________ Fax: ____________ Phone: ____________ Fax: ____________
Dates Seen ____________ to ____________ Dates Seen ____________ to ____________

Name ____________ Specialty ____________ Name ____________ Specialty ____________
Address ____________ Address ____________
City ____________ State ______ Zip Code ______ City ____________ State ______ Zip Code ______
Phone: ____________ Fax: ____________ Phone: ____________ Fax: ____________
Dates Seen ____________ to ____________ Dates Seen ____________ to ____________

**PHARMACIES:**

Name ____________ Name ____________
Address ____________ Address ____________
City ____________ State ______ Zip Code ______ City ____________ State ______ Zip Code ______
Phone: ____________ Fax: ____________ Phone: ____________ Fax: ____________
Dates: ____________ to ____________ Dates: ____________ to ____________

**HOSPITALS:**

Name ____________ Name ____________
Address ____________ Address ____________
City ____________ State ______ Zip Code ______ City ____________ State ______ Zip Code ______
Phone: ____________ Fax: ____________ Phone: ____________ Fax: ____________
Dates Confined: ____________ to ____________ Dates Confined: ____________ to ____________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ____________ Policy Number ____________
Address ____________ Member ID ____________
City ____________ State ______ Zip Code ______ Dates of Coverage ____________ to ____________
Phone Number: ____________ Fax Number: ____________

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ____________________ Date ____________

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| AMERICAN HEALTH COMPANIES | KIMBERLY KINDLE | 12903776 |

| | | | |
|---|---|---|---|
| **Report Date:** | 1/20/2024 | | |
| **Referred By:** | Karen Faucher | **Claimant DOB:** | |
| **Referral Date:** | 01/11/2024 | **Job Title:** | PT ASSISTANT HOME HEALTH |
| **Due Date:** | 01/26/2024 | **Medical/ Surgical Condition:** | Unilateral primary osteoarthritis, right knee, Pain in right knee |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 03/21/2022 |
| | | **DOD:** | 03/22/2022 |
| **Physical Demands:** | | **BBD:** | 06/21/2022 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.
Right knee pain (M25.561)

2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.
Septic Arthritis of knee (M00.9)

3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 3/22/22 to the present, and comment on the expected duration.
**RESPONSE:** from 3/22/22 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. (See Analysis.)

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).
**RESPONSE:** Yes.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).
**RESPONSE:** Yes.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
**RESPONSE:** No.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Kelly Pucek Phone Number: - (731) 661 9825 ex ----- Fax Number: (731) 410-2380**

**Additional Questions**

Other Would r/ls support through CID date of 6/20/24?
**RESPONSE:** See analysis.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**
According to the medical records submitted for review, the claimant is a 52-year-old woman with past medical history of anxiety, obstructive sleep apnea, nicotine use, gastroesophageal reflux disease, s/p right knee septic arthritis and s/p right total knee replacement – 5/23 who presents with symptoms of persistent right knee pain.

On 3/22/22, the claimant was seen by an orthopedic nurse practitioner with symptoms of right knee pain and swelling. She presented in a wheelchair, unable to walk. The physical examination noted a moderate swelling and decreased range of motion of the right knee and normal range of motion of the left knee. X-rays were obtained and the claimant had approximately 65ml removed from her right knee. There is an emergency medicine note on 3/25/22 for right knee pain and the nursing note documents that the claimant was upset after seeing the doctor because she needs work statement and pain medication as her work statement runs out today. The claimant was advised to follow up with orthopedics.

On 3/25/22, the claimant was seen by the orthopedic nurse practitioner and reported that she did not have any improvement after the fluid was removed from her knee and the swelling reoccurred. She presented with an antalgic gait and was using a walker. The right knee had moderate swelling and limited range of motion due to pain. The claimant had the fluid removed again and the fluid was sent to lab for work up and she was referred for an MRI of the right knee.

There is a hospital orthopedic consultation on 3/28/22 for a septic right knee. She was admitted to the hospital for treatment of her right knee infection. There is a procedure note on 3/28/22 for incision and drainage of the right knee.

There is an office visit note on 4/11/22 with the physician assistant in family medicine that she was diagnosed with right knee septic arthritis with MRSA, (methicillin resistant staphylococcus aureus) and was given a PICC line for 6 weeks of intravenous Vancomycin. (A PICC line is a catheter that is inserted in the chest that stays in place to give access for medications which needed to be given on a regular basis for a longer period of time.) She was hospitalized from 3/28/22 through 4/1/22. On physical examination, the right knee was noted to be in a brace. She was recommended to continue with home health care for physical therapy and IV antibiotics. (There are limited hospital notes and they do no mention that she had an infection with MRSA in the records provided and there are no home health care records in the records submitted for review.)

At the follow up visit on 4/19/22 with the orthopedic surgeon, the claimant was noted to be “progressing on schedule” and was advised to continue intravenous antibiotics as per the infection disease physician and to begin weightbearing on her right leg as tolerated. There is an LFG Restrictions Form on 5/15/22 signed by the orthopedic surgeon which notes that she is right leg weightbearing as tolerated, receiving intravenous antibiotics and would be seen again on 7/7/22 for follow up. There is a follow up orthopedic note on 5/26/22 with the orthopedic surgeon in which the claimant reports pain and swelling of her right knee and was found to have good flexion but lacks 5 degrees of extension. She was advised to continue with home physical therapy and return in 6 weeks. (There are no physical therapy notes in the medical records provided for review.)

The claimant was noted to have abnormal heart valves and work up by the cardiology recommended surgery for valve replacement. There is an LFG LTD Claim Form Physician’s Statement dated 6/29/22 and signed by the cardiologist recommending that the claimant remain out of work until she is evaluated by a cardiovascular surgeon for surgery. It is beyond the scope of my review to comment on restrictions and limitations due to this condition.

There is an orthopedic surgeon’s note on 7/7/22 which documents that the claimant “Still complains of pain although her motion returned nicely. Has got about 5-degree or less extensor lag.” The note further documents that the claimant was given exercises and will be undergoing a cardiac procedure. She was given a work note to be off until she is seen again in 4 to 5 weeks and if pain persists, may get an MRI of the right knee. There is an LFG Long Term Disability Claim Form Physician’s Statement signed by the physician assistant in family medicine and dated 7/7/22 advising that she can “perform desk work”. There is an LFG Attending Physician’s Statement on 7/8/22 and signed by the orthopedic surgeon which states that the claimant “is unable to perform work duties and is totally work restricted.” This is certainly a reasonable recommendation.

Due to persistent symptoms of pain, on 7/27/22 the orthopedic surgeon referred the claimant for an MRI of the right knee to assess her cartilage and effects of the infection in her right knee. There is an MRI of the right knee report on 11/15/22 which was read as chondral thinning and fraying of the medial and lateral menisci. At the follow up office visit with the orthopedic surgeon on 11/17/22, the surgeon noted that the MRI shows progression of arthritic changes in her knee and will need a total

knee replacement in the future and is not a candidate now due to having right knee sepsis/infection within the year. She will be seen again but cannot be considered for right knee replacement until at least one year from the right knee joint infection.

On 1/19/23, the claimant was seen by the orthopedic surgeon with persistent pain in her right knee and was 10 months out from her knee joint infection procedure. She was advised that it was too soon to do a knee replacement and was given a steroid injection and knee exercises and a return appointment in 6-8 weeks. On 3/21/23, the claimant was seen by the orthopedic surgeon and was now one year out from the right knee joint infection. The surgeon assessed the claimant and said that she was now a candidate for right knee replacement surgery. The next office visit note is on 6/1/23 and documents "this is her first visit after replacement". There is no operative report or date of the right knee replacement surgery in the medical records submitted for review.

There is an office visit with the orthopedic surgeon on 7/27/23 which notes that she has completed her therapy and still reports knee pain. Physical examination revealed flexion of 120 degrees and a few degrees of extensor lag. (There are no physical therapy notes in the medical records submitted for review.) There is an LFG Restrictions form dated 9/28/23 and signed by the orthopedic surgeon and documents that the claimant underwent right knee surgery on 5/10/23 and may return to work on 9/26/23 with "no kneeling or squatting on knee. No impact and minimize stairs."

On 11/17/23, the claimant was seen by the orthopedic surgeon with symptoms of pain in her right groin, right gluteal region, low back down her leg and neck pain extending into her shoulder. The physical examination revealed right shoulder impingement signs, good range of motion in the right knee and left hip has mild restriction in rotation. She was referred back to physical therapy for short term for her knee and shoulder muscles. She was given a steroid injection and referred for X-rays of the pelvis, lateral right hip and right shoulder. (There are no physical therapy notes in the medical documentation submitted.)

There is an orthopedic surgeon office visit note on 1/4/24 which notes that she was given steroid injections in her hip to reduce her pain symptoms in her back and shoulders. The claimant reported persistent right shoulder pain and examination reveals weakness with abduction and external rotation of the shoulder. The note mentions X-rays of the right shoulder which show degenerative changes and X-rays of the hips show well-preserved joint spaces and lower lumbar discs show degenerative disc disease on X-ray. The focus would be on the shoulder as this was most bothersome to the claimant. She was referred for an MRI of the right shoulder. There is an LFG Attending Physician Statement dated 1/10/24 and signed by the orthopedic surgeon which states that the claimant can return to work on 9/26/23 with restrictions of no kneeling or squatting and minimal stair climbing. This is a reasonable recommendation as the claimant has persistent symptoms of pain and had a right total knee replacement on 5/10/23. As per MD guidelines, a medium occupation of physical therapy assistant with a total knee replacement may take up to 154 days to return to work. In this claimant, she had a right knee infection which needed to recover for a minimum of one year prior to having the right knee joint replacement and so it is not unusual that she would still be having difficulty with

kneeling, squatting and climbing stairs. It may take a full year to recover from a total knee replacement and in this claimant perhaps longer as she had the right knee infection prior to her knee replacement. In addition, the claimant is now undergoing a right shoulder work up and following the medical records would be helpful in determining what restrictions and limitations would be needed in the future if any for this condition if for example, she is recommended conservative or surgical intervention.

Taking into consideration, the medical records submitted, the individual claimant and the entire clinical picture, from 3/22/22 to the present, restrictions and limitations of lifting limited to 10 pounds, frequently sitting with change of position as needed for comfort, occasional standing and walking, minimal stair climbing and no kneeling or squatting. In response to the question of restrictions and limitations in the future on 6/20/24, five months away, the claimant will be out of her surgery for one year by that date and may have made more progress, stayed the same or worsened. Recommend obtaining updated medical records from the orthopedic surgeon, physical therapy, primary care physician or any other specialist she is seeing for the musculoskeletal conditions in 3-4 months to determine restrictions and limitations at that time and I would be happy to review if needed.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is 1/10/24.**

**Electronically Signed:**
R. Asaro, D.O.
Board Certified in Physical Medicine & Rehabilitation

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 12/21/23 - 01/20/24 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 01/15/24 |
| | | Check #: 111608761 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 12/21/23 | 01/20/24 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 12/21/23 | 01/20/24 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0554**

MedRecs MANAGEMENT

# FAX COVER SHEET

| | | | |
|---|---|---|---|
| Date: | 01/10/2024 | | |
| From: | West Tennessee Bone and Joint | To: | LINCOLN FINANCIAL GROUP |
| Email: | disability@medrecsmanagement.com | Fax: | (866) 265-8993 |
| Re: | KINDLE, KIM | | |

**STATEMENT OF CONFIDENTIALITY**

The information contained in this facsimile message is client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message IS NOT the intended recipient, you are hereby notified that any dissemination distribution, or copying of this communication is strictly prohibited. **THE READER IS HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.**

**If you have received this communication in error, please immediately notify the Privacy Office at MedRecs Management, LLC: Privacy Officer, PO Box 520, Lebanon, TN 37088 (855) 763-3732**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | January 4, 2024 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

January 4, 2024

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2023 through the present, including January 4, 2024 office visit.

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical Records, Office Visit Notes, Test Results

We ask that you provide this information by January 9, 2024. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we



PAGE 3/11 * RCVD AT 1/10/2024 5:28:06 PM [Eastern Standard Time] * SVR:VA1PWFAX401/0 * DNIS:8662658993 * CSID:(615) 777-3517 * ANI:7035663898 * DURATION (mm-ss):03-17

have enclosed a HIPAA compliant authorization signed by Ms. Kindle allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Kindle's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

0000123 LFPMED1 0001941

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ________________ Relationship ________________

Signature of claimant or legal representative Kimberley Kindle Date: 6-17-2022

Date of Birth: ________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
| 5'8" | 230 | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| M25.561 | PAIN IN RIGHT KNEE |
| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
| | |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

**Pregnancy** First Treated / Estimated Delivery / Date of Delivery ☐ Vaginal ☐ C-Section

RIGHT SHOULER PAIN, HIP PAIN

Symptoms

X-rays, AP shoulder and axillary show degenerative changes at her AC joint and inferior spurring, cystic changes at her tuberosity, and I did go ahead and x-ray her hip just to rule out hip joint pathology for completeness sake. AP, pelvis, and lateral hip show well-preserved joint space lower lumbar segments with degenerative disc disease and collapse.

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| 2022 | PATIENT CAN WORK WITH RESTRICTIONS | |
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| 03.21.22 | 01.04.24 | 03.19.24 |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ______ to ______

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**4. Limitations and Restrictions**

PATIENT MAY RETURN TO WORK WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

Restrictions (what the patient SHOULD NOT do)

PATIENT MAY RETURN TO WORK WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | | Standing | | Crouching | | Overhead | |
| 6-10 lbs. | | Walking | | Crawling | | Desk Level | |
| 11-25 lbs. | | Sitting | | Grasping | | Below Waist | |
| 26-50 lbs. | | Balancing | | Climbing | | | |
| 51-100 lbs. | | Stooping | | Pushing | | | |
| 100 + lbs. | | Kneeling | | Pulling | | | |
| | | Fingering | | Bending | | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ______
Dressing ______
Transferring ______
Bathing ______
Toileting ______
Eating ______

Date patient experienced loss of Cognitive Functioning: ______

**5. Treatment**

PATIENT MAY RETURN TO WORK AS OF 09.26.23 WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, OR SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

2 MONTHS APPROX

Describe ongoing treatment frequency

**6. Prognosis**

UNCHANGED

Describe the patients prognosis for recovery

09.26.23 WITH RESTRICTIONS

Patient able to return to work Full-Time on:

______ to ______

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

**7. Physician's Information**

KELLY D. PUCEK, MD
Name

24 PHYSICIANS DRIVE
Street Address

JACKSON
City

TN
State

38305
Zip Code

731.661.9825
Phone Number

731.668.6757
Fax Number

[signature]

01.10.24
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 11/17/2023
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further follow up on her knee. Still complains of pain. She is complaining of pain all the way from her right groin, right gluteal region, lower back down her leg, also complaining of neck pain, extending into her right shoulder. She does have positive impingement signs through the right shoulder. Some mild crepitus with rotation. No instability. Right lower extremity exam shows good range of motion to her right knee. Incision is well healed. No warmth or erythema. Left hip examination shows some mild restriction in rotation. Mild groin pain with rotation as well.

I did get x-rays, AP of both knees and lateral of the right show she is status post Richard cemented posterior stabilized total knee in good alignment. Good cement mantle. No radio-lucencies. No evidence of poly wear. I think with her widespread complaints in the right knee still complaints of pain and tightness, I am going to get her back into therapy short-term couple to 3 weeks here in November to see we can work on some quad strength stretching. I think work on her rotator cuff tear as well. While she is here, I had my nurse give her 80 mg of Depo-Medrol mixed with 1 mL of Marcaine injection in both gluteal regions. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

See her back in a couple of months to see how she is responding. On return, I am going to get AP pelvis and lateral right hip as well as AP and axillary right shoulder.

Kelly D. Pucek, MD
KDP/11488

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 01/04/2024
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup on her shoulder. I gave her Depo shots in each hip last time. It helped to some degree with her back and persistent complaints of shoulder pain. Again, she has had Depo shots, exercises, antiinflammatories, and modifying the activities. Still with persistent symptoms. Exam shows positive impingement signs to her right shoulder. She has pain and weakness at attempts of abduction and external rotation. With rotation, she does have some crepitus centered around her AC joint and hypertrophic changes with diffuse tenderness to palpation on exam as well. There is no gross ligamentous instability. Neurovascularly intact distally. X-rays, AP shoulder and axillary show degenerative changes at her AC joint and inferior spurring, cystic changes at her tuberosity, and I did go ahead and x-ray her hip just to rule out hip joint pathology for completeness sake. AP, pelvis, and lateral hip show well-preserved joint space lower lumbar segments with degenerative disc disease and collapse. I think her hip pain is more related to her back. Right now, her shoulder is bothering her more than anything, so we concentrated treatment there. Given her failure of conservative treatment, abnormal x-rays and exam, I would like to go ahead and get an MRI of her right shoulder. Further followup through the office afterwards.

Kelly D. Pucek, MD
KDP/12118

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | January 4, 2024 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

January 4, 2024

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2023 through the present, including January 4, 2024 office visit.

Completion of the Enclosed Forms:

X Attending Physician's Statement
X Medical Records, Office Visit Notes, Test Results

We ask that you provide this information by January 9, 2024. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authori ation signed by Ms. Kindle allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Kindle s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

00000123 LFPMBED1 00001941

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ________________ Relationship ________________

Signature of claimant or legal representative Kimberly Kindle Date: 6-17-2022

Date of Birth: __ ________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy** First Treated: ______ Estimated Delivery: ______ Date of Delivery: ______ ☐ Vaginal ☐ C-Section

Symptoms: 

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): 

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: 

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| | | |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| | | |

Dates hospital confined: ______ to ______

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____________

Dressing ____________

Transferring ____________

Bathing ____________

Toileting ____________

Eating ____________

Date patient experienced loss of Cognitive Functioning: ____________

Describe ongoing treatment frequency

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____________ to ____________

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City | State | Zip Code

Phone Number | Fax Number

**Signature** | **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)



**Lincoln/Kindle 0571**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, January 4, 2024 10:02:36 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | pjfg7kmkbyklysoklkfe_16880147.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

January 4, 2024

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are contacting you with important information regarding your claim for benefits, submitted under American Health Companies's Long Term Disability (LTD) Policy. Benefits have been suspended effective December 20, 2023.

We previously requested information from you and advised that benefits would be suspended if we did not receive the necessary information to further evaluate your claim. Specifically, we are in need of the following information:

Completed LTD Annual Forms: Activities Questionnaire Form, Authori ation - Medical, Claimant Supplementary Statement, Authori ation, Treating Medical Professionals Form. Medical records Dr. Pucek from January 4, 2024.

As we have not yet received this necessary information, your benefits are suspended.

Although benefit payments will not be issued, your file will remain open until February 2, 2024. We encourage you to submit the above information in a timely manner. Should we not receive the requested information by February 2, 2024, your claim will be closed.

Once this information is received, your claim will be evaluated and benefits reinstated accordingly.

If you have any questions regarding this correspondence, please contact me at the number listed below.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-11.17.2023

From: LFGNotifications@LFG.com
Sent: Friday, November 17, 2023 1:18:22 PM
To: ;
CC:
BCC:
Subject: [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle
Attachments: tqugvhuhshuu3xzuorns_16594238.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 17, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On November 17, 2023, we requested medical records from Dr. Pucek. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2023 through the present from Dr. Pucek

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on June 21, 2022, the change in definition will occur on June 21, 2024. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by December 31, 2023:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Supplementary Statement
- X Authorization
- X Treating Medical Professionals Form
- ___ Other

American Health Companies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by December 30, 2023, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by January 30, 2024, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 31, 2023 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Supplementary Statement
Authorization
Treating Medical Professionals Form

# ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher



EMPLOYEE/CLAIMANT NAME: Kimberly Kindle

CLAIM NO: 12903776 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: American Health Companies

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes ________ No ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? ________

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? ________

Do you hold a valid driver's license?

Yes ________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

**Lincoln/Kindle 0580**

Lincoln Financial Group®

How often do you get outdoors? ____________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left ______ | Right ______ |
| Are you able to work in your garden? | Yes ______ | No ______ |
| Are you able to work on your house? | Yes ______ | No ______ |
| Are you able to wash your car? | Yes ______ | No ______ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ____________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ____________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ____________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ____________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. ____________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

____________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ____________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |

**Lincoln/Kindle 0581**

Managing your finances ____________ ____________
Balancing your checkbook ____________ ____________
Bathing yourself ____________ ____________
Styling your own hair ____________ ____________
Getting dressed ____________ ____________
Going up and down stairs ____________ ____________

Have you been confined to a hospital within the last 12 months? Yes ______ No ______
If Yes, please provide reason and hospital contact Information: ____________

How often do you travel or take vacation? ____________
Where do you go? How do you get there (transportation method)? ____________

Are you able to pursue your hobbies? Yes ______ No ______
If Yes, please describe ____________

Do you participate in an exercise program? Yes ______ No ______
If Yes, please describe ____________

Do you do any Volunteer work? Yes ______ No ______
If Yes:
how many hours per day? ______
how many hours per week? ______
for whom? ____________

Are you working for wages? Yes ______ No ______
If Yes, please provide employer's name ____________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

**Lincoln/Kindle 0582**

Lincoln Financial Group®



**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________ Date: ______________________

Signature: ______________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Karen Faucher

**EMPLOYEE/CLAIMANT NAME:** Kimberly Kindle **CLAIM #:** 12903776
**EMPLOYER:** American Health Companies **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

**Lincoln/Kindle 0585**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship __________

Signature of claimant or legal representative ____________________ Date: __________

Date of Birth: __ ________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Kimberly Kindle CLAIM NUMBER: 12903776

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES January 1, 2023 TO the present***

**DOCTORS:**

Name ____________ Specialty ____________ Name ____________ Specialty ____________
Address ____________ Address ____________
City ____________ State _____ Zip Code _______ City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________ Phone: ____________ Fax: ____________
Dates Seen ____________ to ____________ Dates Seen ____________ to ____________

Name ____________ Specialty ____________ Name ____________ Specialty ____________
Address ____________ Address ____________
City ____________ State _____ Zip Code _______ City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________ Phone: ____________ Fax: ____________
Dates Seen ____________ to ____________ Dates Seen ____________ to ____________

**PHARMACIES:**

Name ____________ Name ____________
Address ____________ Address ____________
City ____________ State _____ Zip Code _______ City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________ Phone: ____________ Fax: ____________
Dates: ____________ to ____________ Dates: ____________ to ____________

**HOSPITALS:**

Name ____________ Name ____________
Address ____________ Address ____________
City ____________ State _____ Zip Code _______ City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________ Phone: ____________ Fax: ____________
Dates Confined: ____________ to ____________ Dates Confined: ____________ to ____________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ____________ Policy Number ____________
Address ____________ Member ID ____________
City ____________ State _____ Zip Code _______ Dates of Coverage ____________ to ____________
Phone Number: ____________ Fax Number: ____________

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______________________ Date ____________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

COVENTBRIDGE GROUP
THINK TRUTH

## CONFIDENTIAL INVESTIGATIVE REPORT
**December 19, 2023**

| | | |
|---|---|---|
| **Attn: Karen Faucher**<br>**Lincoln Financial Group: Group Protection**<br>**100 Liberty Way**<br>**Dover, NH 03820** | YOUR FILE NO. | 12903776 |
| | OTHER FILE NO. | Moore, C |
| | OUR FILE NO. | 202312-1423.1 |
| | INSURED/EMPLOYER | American Health Companies, Inc. |
| | ASSIGNMENT OPEN | 12-8-2023 |
| TYPE OF CLAIM | Disability | |
| REPORTED INJURY | Unilateral primary osteoarthritis, right knee | |
| DATE OF LOSS | 3-22-2022 | |
| INVESTIGATOR | Joannah Sexton | |
| DATES OF INVESTIGATION | 12-13-2023, 12-14-2023 | |

| CLAIMANT | |
|---|---|
| NAME: | **Kimberly Kindle** |
| ADDRESS: | |
| DOB: | |

### PHOTO IDENTIFICATION



## SUMMARY

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, MySpace, Twitter, and YouTube. Matches were located on the following sites:

Facebook
Pinterest
Instagram
Google

A Facebook profile was located for the claimant matched by name, associate, and location. The "about" section of the profile provides that the claimant is single and resides in Lexington, TN. The profile appears to be primarily private. Updates to the claimant's profile and cover photos are visible. The profile was last publicly updated on August 11, 2023, when the claimant updated her profile photo. On May 20, 2023, the claimant updated her profile photo. The claimant appears to be in a wheelchair and is wearing some type of brace/medical device on her leg. In the comments, someone inquires what happened to her leg, and she replies that she "got a replacement."

On December 18, 2022, the claimant updated her profile photo with a picture of herself.

On December 11, 2022, the claimant updated her profile photo with a picture of herself.

On March 16, 2022, the claimant updated her profile photo with a picture of herself.

No information on the claimant's current activities or employment was learned via this profile.

A second Facebook profile was located for the claimant matched by name, username, and location. The profile appeared to be primarily private and last updated in 2019. No recent information on the claimant's activities was found.

Searches were completed for any Facebook "tagged" photos or information on the claimant. The claimant was tagged in a photo attending church with a friend on December 9, 2023. The claimant was tagged spending time with a friend on October 24, 2023.

An Instagram profile was located for the claimant matched by name and photo. The profile was created in March 2020, and contained no photos. A second Instagram profile was located matched by name and photo. The account contained 1 photo, uploaded in July 2022. The photo was blurry and not clearly viewed.

A Pinterest profile was located for the claimant matched by name and email username. The profile contained 3 saved pins on music and flowers and was last updated approximately 2 years ago.

Databases were reviewed for any Occupational and/or Professional licenses in the claimant's name. An active Physical Therapist Assistant license in the State of Tennessee was reported. The Tennessee Department of Health confirmed this information. The claimant's license was issued in 2005 and expires in 2025.

A search by name was completed across all available professions with the Tennessee Department of Commerce and Insurance with no records found of any additional license.

The claimant's provided address of   is the most recently reported address for the claimant, with associated dates from 1996 to the present. The property is reported to be in the name of Michael Autry. The claimant is listed under "additional information." The last reported sale date is from 2022 reported as a "quitclaim deed."

The claimant was located on the sharecare website, which listed her as a Physical Therapy Assistant.

A search was completed for any business in the claimant's name in Tennessee. Business searches are conducted by business name. No search by registered agent is available. The City of Lexington requires anyone conducting business inside the city limits of Lexington to complete an application for a business license. The County of Henderson, TN also requires businesses to be licensed through the county. No lead to a business or license in the claimant's name was found.

The claimant's provided social security number of   was issued in TENNESSEE in 1980. No other individual was found associated with this same number.

Please note that during our investigation, databases were reviewed for potential work activity. According to TLO, a national comprehensive report, possible work history and/or business affiliations were found with:

Business Name: TN QUALITY HOMECARE (07/28/2018 to 10/21/2019)
Phone:   (CT) TN QUALITY HOMECARE

Search criteria included variations of names, places of residence, telephone numbers and other information.

## ANALYSIS

**MAPPING**

**DIRECTORY ASSISTANCE**

**SOCIAL NETWORKING**

- A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's residence
- Directory assistance lists the provided phone number for the claimant as a VOIP number in the Lexington, TN area.
- Positive matches were located on the claimant through Facebook, Pinterest, Instagram, and Google.

## SOURCES

### Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's listed address of





## Directory Assistance

An online directory assistance search revealed the claimant's phone number of as a VOIP number in the area.




## Social Networking

### Facebook

A Facebook profile was located for the claimant matched by name, associate, and location. The "about" section of the profile provides that the claimant is single and resides in Lexington, TN. The profile appears to be primarily private. Updates to the claimant's profile and cover photos are visible. The profile was last publicly updated on August 11, 2023, when the claimant updated her profile photo. On May 20, 2023, the claimant updated her profile photo. The claimant appears to be in a wheelchair and is wearing some type of brace/medical device on her leg. In the comments, someone inquires what happened to her leg, and she replies that she "got a replacement."

On December 18, 2022, the claimant updated her profile photo with a picture of herself.

On December 11, 2022, the claimant updated her profile photo with a picture of herself.

On March 16, 2022, the claimant updated her profile photo with a picture of herself.

No information on the claimant's current activities or employment was learned via this profile.

https://www.facebook.com/kim.kindle.16






Lincoln/Kindle 0595


About
Overview
Work and education
Places lived
Contact and basic info
Family and relationships
Details About Kim
Life events
About Kim
No additional details to show
Name pronunciation
No name pronunciation to show
Other names
No other names to show
Favorite quotes
No favorite quotes to show


Kim Kindle added a temporary profile picture.
August 11 ·




Lincoln/Kindle 0597



**Cynthia Woods Smith**
Who is this?
29w

**Kim Kindle**
**Cynthia Woods Smith** Tristan Scott, another one of my newohews, Jacobs half brother
29w

**Lisa Grissom Brown**
What happened to your leg?
29w

**Kim Kindle**
**Lisa Grissom Brown** got a replacement
29w

**Lisa Grissom Brown**
Great picture
29w

**Kim Kindle**
**Lisa Grissom Brown** thank you
29w

**Amy Graves**
Great picture
29w Edited

**Joyce Dale Adams**
Great picture
29w

**Sonya Jackson**
I sure hope you are doing goof. Love you Kim.
29w


Kim Kindle added a temporary profile picture.
December 18, 2022 ·


Kim Kindle added a temporary profile picture.
December 11, 2022 ·




A second Facebook profile was located for the claimant matched by name, username, and location. The profile appeared to be primarily private and last updated in 2019. No recent information on the claimant's activities was found.

https://www.facebook.com/kimkindle71




About
Work and education
Places lived
Contact and basic info
Family and relationships
Details About Kim
Life events
No workplaces to show
Studied at Jackson State Community College
Lives in Lexington, Tennessee
From Lexington, Tennessee
Single
About
Overview
Places lived
Contact and basic info
Family and relationships
Details About Kim
Life events
Work
No workplaces to show
College
Studied at Jackson State Community College
High school
Went to Lexington High School
Class of 1989
About
Overview
Work and education
Contact and basic info
Family and relationships
Details About Kim
Life events
Places lived
Lexington, Tennessee
Current city
Lexington, Tennessee
Hometown
About
Overview
Work and education
Places lived
Family and relationships
Details About Kim
Life events
Contact info
No contact info to show
Websites and social links
No links to show
Basic info
Female
Gender

**About**

- Overview
- Work and education
- Places lived
- Contact and basic info
- Family and relationships
- Details About Kim
- Life events

**Relationship**

Single

**Family members**

alan wood
Brother

agnes horton
Aunt

Monica Fuller
Niece

**About**

- Overview
- Work and education
- Places lived
- Contact and basic info
- Family and relationships
- Details About Kim
- Life events

**About Kim**

No additional details to show

**Name pronunciation**

No name pronunciation to show

**Other names**

No other names to show

**Favorite quotes**

No favorite quotes to show

**Kim Kindle** added a temporary profile picture.
January 2, 2019 ·




**Lincoln/Kindle 0603**

Searches were completed for any Facebook "tagged" photos or information on the claimant.

The claimant was tagged in a photo attending church with a friend on December 9, 2023.

The claimant was tagged spending time with a friend on October 24, 2023.

https://www.facebook.com/rhonda.james.9



**Rhonda James** is with **Kim Kindle** in **Beech Lake**.
October 24 ·

When your friend says she needs Jeep therapy, you jump at the chance!!



Twitter
No profiles associated with the claimant were located.

LinkedIn
No profiles associated with the claimant were located.

YouTube
No profiles associated with the claimant were located.

Instagram
An Instagram profile was located for the claimant matched by name and photo. The profile was created in March 2020, and contained no photos.

https://www.instagram.com/kim.kindle.16/






A second Instagram profile was located matched by name and photo. The account contained 1 photo, uploaded in July 2022. The photo was blurry and not clearly viewed.

https://www.instagram.com/kindle_kim/









Pinterest

A Pinterest profile was located for the claimant matched by name and email username. The profile contained 3 saved pins on music and flowers and was last updated approximately 2 years ago.

https://www.pinterest.com/kimkindle71/




Flickr

No profiles associated with the claimant were located.

Tumblr

No profiles associated with the claimant were located.

Myspace

No profiles associated with the claimant were located.

***(Other Online Sources)***

Databases were reviewed for any Occupational and/or Professional licenses in the claimant's name. An active Physical Therapist Assistant license in the State of Tennessee was reported. The Tennessee Department of Health confirmed this information. The claimant's license was issued in 2005 and expires in 2025.

https://apps.health.tn.gov/Licensure/

1. KINDLE , KIMBERLY ANN
Lexington, TN 38351

**Profession:** Physical Therapist Assistant
**Rank:** Physical Therapist Assistant

**License Number:** 3630
***Status:*** Licensed

**Original Date:** 04/20/2005
**Expiration Date:** 07/31/2025

View:

Certification Letter

A search by name was completed across all available professions with the Tennessee Department of Commerce and Insurance with no records found of any additional license.

https://verify.tn.gov/

**Lincoln/Kindle 0609**

The claimant's provided address of is the most recently reported address for the claimant, with associated dates from 1996 to the present. The property is reported to be in the name of , provided as the claimant's nephew. The claimant is listed under "additional information." The last reported sale date is from 2022 reported as a "quitclaim deed."

https://assessment.cot.tn.gov/TPAD/

# Parcel Details

HENDERSON COUNTY, TN | TAX YEAR 2024

Property Owner and Mailing Address

**January 1 Owner**

County Information

**County Number:** 039 **Reappraisal Year:** 2023

Property Location

**Address:**

| Control Map: | Group: | Parcel: | Property Identifier: | Special Interest: |
|---|---|---|---|---|
| 062G | C | 020.00 | | 000 |

Value Information

| | |
|---|---|
| **Land Market Value:** | $15,000 |
| **Improvement Value:** | $170,200 |
| **Total Market Appraisal:** | $185,200 |
| **Assessment Percentage:** | 25% |
| **Assessment:** | $46,300 |

Subdivision Data

**Subdivision:**

**Plat Book:** **Plat Page:** **Block:** **Lot:** M

Additional Information

LIFE EST KIMBERLY ANN KINDLE

| Sale Date | Price | Book | Page | Vacant/Improved | Type Instrument | Qualification |
|---|---|---|---|---|---|---|
| 7/21/2022 | $0 | 296 | 48 | | QC - QUITCLAIM DEED | - |

**Lincoln/Kindle 0610**

The claimant was located on the sharecare website, which listed her as a Physical Therapy Assistant.

https://www.sharecare.com/find-a-doctor/specialty/physical-therapy-assistant/tn-tennessee/humboldt




A search was completed for any business in the claimant's name in Tennessee. Business searches are conducted by business name. No search by registered agent is available. No lead to a business in the claimant's name was found.

https://tnbear.tn.gov/Ecommerce/FilingSearch.aspx

The City of Lexington requires anyone conducting business inside the city limits of Lexington to complete an application for a business license. No lead to a business in the claimant's name was found.

https://www.lexingtontn.gov/licenses_fees.html

The County of Henderson, TN also requires businesses to be licensed through the county. No lead to a business in the claimant's name was found.

https://www.hendersoncountytn.gov/en-US/county-clerk-2a197ffd

News Articles

No news articles were located which mentioned the claimant.

Email Addresses

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

## Enclosures

1. None

END OF REPORT

**From:**amber.moore@coventbridge.com
**Sent:**19 Dec 2023 11:35:27 -0500
**To:**Faucher, Karen;VendorReferrals
**Cc:**amber.moore@coventbridge.com
**Subject:**12903776 Kimberly Kindle Database Search
**Attachments:**Kimberly Kindle 12903776 12.19.2023.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Karen,

This email confirms the completion of your assignment on the referenced claim. Attached are the final report. If you have any questions, please contact Dave Foster at Dave.Foster@coventbridge.com.

We greatly appreciate your business and continued support of CoventBridge Group!

Amber Moore

CoventBridge

888.932.7364

---

This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ('malware'), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

---

From: LFGNotifications@LFG.com
Sent: Monday, December 18, 2023 3:20:41 PM
To:
CC:
BCC:
Subject: [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle
Attachments: x0uc8o451s2rckkrykto_16792545.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

December 18, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Ms. Kindle.

This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by December 31, 2023.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-11.17.2023

From: LFGNotifications@LFG.com
Sent: Friday, November 17, 2023 1:18:22 PM
To: ;
CC:
BCC:
Subject: [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle
Attachments: tqugvhuhshuu3xzuorns_16594238.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 17, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On November 17, 2023, we requested medical records from Dr. Pucek. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2023 through the present from Dr. Pucek

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on June 21, 2022, the change in definition will occur on June 21, 2024. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by December 31, 2023:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Supplementary Statement
- X Authorization
- X Treating Medical Professionals Form
- ___ Other

American Health Companies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by December 30, 2023, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by January 30, 2024, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 31, 2023 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Supplementary Statement
Authorization
Treating Medical Professionals Form

# ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher



EMPLOYEE/CLAIMANT NAME: Kimberly Kindle

CLAIM NO: 12903776 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: American Health Companies

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes ________ No ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? ________

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? ________

Do you hold a valid driver's license?

Yes ________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

**Lincoln/Kindle 0619**

How often do you get outdoors? ______________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ______________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ______________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. ______________________

If yes on a computer, how long (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours
If yes on a phone, how long (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours
If yes on a IPad or Tablet (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours
If yes on a E-reader, (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

For what reasons, do you use these devices?

______________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________

If yes, how many hours per day do you play video games? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours
If yes, how many days per week do you play? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |

Managing your finances ______________ ______________
Balancing your checkbook ______________ ______________
Bathing yourself ______________ ______________
Styling your own hair ______________ ______________
Getting dressed ______________ ______________
Going up and down stairs ______________ ______________

Have you been confined to a hospital within the last 12 months? Yes _______ No _______
If Yes, please provide reason and hospital contact Information: ______________

How often do you travel or take vacation? ______________
Where do you go? How do you get there (transportation method)? ______________

Are you able to pursue your hobbies? Yes _______ No _______
If Yes, please describe ______________

Do you participate in an exercise program? Yes _______ No _______
If Yes, please describe ______________

Do you do any Volunteer work? Yes _______ No _______
If Yes:
how many hours per day? _______
how many hours per week? _______
for whom? ______________

Are you working for wages? Yes _______ No _______
If Yes, please provide employer's name ______________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________

**Lincoln/Kindle 0621**

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________________ Date: ______________________________

Signature: ____________________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: __ ________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Karen Faucher

**EMPLOYEE/CLAIMANT NAME:** Kimberly Kindle **CLAIM #:** 12903776
**EMPLOYER:** American Health Companies **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

**Lincoln/Kindle 0624**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Kindle 0625**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Kimberly Kindle CLAIM NUMBER: 12903776

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES January 1, 2023 TO the present***

**DOCTORS:**

Name ____________ Specialty ______ Name ____________ Specialty ______
Address ____________ Address ____________
City ________ State ___ Zip Code ___ City ________ State ___ Zip Code ___
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates Seen ________ to ________ Dates Seen ________ to ________

Name ____________ Specialty ______ Name ____________ Specialty ______
Address ____________ Address ____________
City ________ State ___ Zip Code ___ City ________ State ___ Zip Code ___
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates Seen ________ to ________ Dates Seen ________ to ________

**PHARMACIES:**

Name ____________ Name ____________
Address ____________ Address ____________
City ________ State ___ Zip Code ___ City ________ State ___ Zip Code ___
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates: ________ to ________ Dates: ________ to ________

**HOSPITALS:**

Name ____________ Name ____________
Address ____________ Address ____________
City ________ State ___ Zip Code ___ City ________ State ___ Zip Code ___
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates Confined: ________ to ________ Dates Confined: ________ to ________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ____________ Policy Number ____________
Address ____________ Member ID ____________
City ________ State ___ Zip Code ___ Dates of Coverage ________ to ________
Phone Number: ____________ Fax Number: ____________

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ____________________ Date ________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
Lincoln National Life Insurance Company

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 11/21/23 - 12/20/23 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 12/14/23 |
| | | Check #: 111362010 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 11/21/23 | 12/20/23 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 11/21/23 | 12/20/23 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0628**

MedRecs MANAGEMENT

# FAX COVER SHEET

| | | | |
|---|---|---|---|
| Date: | 11/22/2023 | | |
| From: | West Tennessee Bone and Joint | To: | LINCOLN FINANCIAL GROUP |
| Email: | disability@medrecsmanagement.com | Fax: | (603) 334-0380 |
| Re: | KINDLE, KIM | | |

**STATEMENT OF CONFIDENTIALITY**

The information contained in this facsimile message is client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message IS NOT the intended recipient, you are hereby notified that any dissemination distribution, or copying of this communication is strictly prohibited. **THE READER IS HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.**

**If you have received this communication in error, please immediately notify the Privacy Office at MedRecs Management, LLC: Privacy Officer, PO Box 520, Lebanon, TN 37088 (855) 763-3732**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 17, 2023 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | Medical records |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 17, 2023

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2023 through the present

- Completion of the Enclosed Forms:

X Restrictions Form
X Medical Records, Office Visit Notes, Test Results

We ask that you provide this information by November 24, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Kindle allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Kindle's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Karen Faucher

| Kimberly Kindle | | 12903776 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – 03.21.22
   **DATE LAST TREATED** – 11.17.23
   **NEXT OFFICE VISIT** – 01.04.24

   Z96.651 STATUS POST TOTAL RIGHT KNEE REPLACEMENT
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   PATIENT WITH RIGHT KNEE PAIN MAY RETURN TO WORK ON 09.26.23 WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, OR SQUATTING ON KNEE NO IMPACT AND MINIMIZE STARIS.

4. **RESTRICTIONS IMPOSED FROM** 09.26.23 **TO** ________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________
   PATIENT WITH RIGHT KNEE PAIN MAY RETURN TO WORK ON 09.26.23 WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, OR SQUATTING ON KNEE NO IMPACT AND MINIMIZE STARIS.

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   PATIENT WITH RIGHT KNEE PAIN MAY RETURN TO WORK ON 09.26.23 WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, OR SQUATTING ON KNEE NO IMPACT AND MINIMIZE STARIS.

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________.

| | | |
|---|---|---|
| KELLY D. PUCEK, MD | MD/ORTHO | |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 24 PHYSICIANS DRIVE | 731.661.9825 | 731.668.6757 |
| Street Address | Telephone Number | Fax Number |
| JACKSON, TN 38305 | [signature] | 11.22.23 |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

0000123 LFPWEED1 0000941

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative Kimberley Kindle Date: 6-17-2022

Date of Birth: ____ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 09/14/2023
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup on her knee. She still complains of pain, although has seen improvement. She has full extension, flexing 120. Good tracking of her patella. No collateral instability. Incisions healed great.

At this point, she is taking pain pills mainly at night, so I will refill those one more time, I am going to try on Celebrex antiinflammatory for a month and I told her stop it first two weeks second month. If she notices difference being off of it, she will refill it, if not, then she will not refill it. I will just see her back in 2 months, we will get her 6-month x-rays of her right total knee then.

Kelly D. Pucek, MD
KDP/11267

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 11/17/2023
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT
"Keeping You Active"

She returns for further follow up on her knee. Still complains of pain. She is complaining of pain all the way from her right groin, right gluteal region, lower back down her leg, also complaining of neck pain, extending into her right shoulder. She does have positive impingement signs through the right shoulder. Some mild crepitus with rotation. No instability. Right lower extremity exam shows good range of motion to her right knee. Incision is well healed. No warmth or erythema. Left hip examination shows some mild restriction in rotation. Mild groin pain with rotation as well.

I did get x-rays, AP of both knees and lateral of the right show she is status post Richard cemented posterior stabilized total knee in good alignment. Good cement mantle. No radio-lucencies. No evidence of poly wear. I think with her widespread complaints in the right knee still complaints of pain and tightness, I am going to get her back into therapy short-term couple to 3 weeks here in November to see we can work on some quad strength stretching. I think work on her rotator cuff tear as well. While she is here, I had my nurse give her 80 mg of Depo-Medrol mixed with 1 mL of Marcaine injection in both gluteal regions. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

See her back in a couple of months to see how she is responding. On return, I am going to get AP pelvis and lateral right hip as well as AP and axillary right shoulder.

Kelly D. Pucek, MD
KDP/11488

WEST TENNESSEE BONE & JOINT
"Keeping You Active"
24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

**Return to Work Statement**

DATE: **9/26/2023**

PATIENT'S NAME: **KINDLE, KIM** DOB:

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☒ is able to return to work
☐ is not able to return to work

The patient is able to return to work:
☒ full duty
☐ restricted duties as follows: _____
If restrictions are not available, patient may not return to work.

FROM: ______ TO: ______

Diagnosis and/or Remarks: PT MAY GO BACK TO WORK. NO KNEELING, OR SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

PHYSICIAN SIGNATURE: [signature]
Kelly D. Pucek, M.D.

RF2

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 17, 2023 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | Medical records |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE:<br><br>Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 17, 2023

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2023 through the present

Completion of the Enclosed Forms:

X Restrictions Form
X Medical Records, Office Visit Notes, Test Results

We ask that you provide this information by November 24, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authori ation signed by Ms. Kindle allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Kindle s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Karen Faucher

| Kimberly Kindle | | 12903776 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________________

   **DATE LAST TREATED** — ____________ ______________________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

______________________________________________
______________________________________________
______________________________________________
______________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

______________________________________________
______________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

______________________________________________
______________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

**Lincoln/Kindle 0642**

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Kindle 0643**

00000123 LFPMBED1 00001941

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ________________ Relationship ________________

Signature of claimant or legal representative Kimberly Kindle Date: 6-17-2022

Date of Birth: ________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, November 17, 2023 1:18:22 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | tqugvhuhshuu3xzuorns_16594238.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 17, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On November 17, 2023, we requested medical records from Dr. Pucek. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2023 through the present from Dr. Pucek

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on June 21, 2022, the change in definition will occur on June 21, 2024. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by December 31, 2023:

- X Activities Questionnaire Form
- X Authori ation - Medical
- X Claimant Supplementary Statement
- X Authori ation
- X Treating Medical Professionals Form
- __ Other

American Health Companies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by December 30, 2023, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by January 30, 2024, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 31, 2023 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Activities Questionnaire Form
Authori ation - Medical
Claimant Supplementary Statement
Authori ation
Treating Medical Professionals Form

# ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher



EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: American Health Companies

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:
sit ______ stand ______ walk ______

How many hours a day do you:
sit ______ stand ______ walk ______

Do you take a nap during the day?
Yes ______ No ______
If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver s license?
Yes ______ No ______
If No, please explain: ______
If Yes, how long are you able to drive a car? ______
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?
Yes ______ No ______ If Yes, what are their dates of birth ______
Do you need help caring for your children?
Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______
On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

**Lincoln/Kindle 0648**

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

Do you currently **utilize the internet** - Internet Explorer, Safari, Mo illa Firefox, Google Chrome, etc?

List all sites that apply. ____________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ____________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ____________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ____________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ____________________

If yes on a computer, how long (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

If yes on a phone, how long (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

If yes on a IPad or Tablet (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

If yes on a E-reader, (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

For what reasons, do you use these devices?

____________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ____________________

If yes, how many hours per day do you play video games? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

If yes, how many days per week do you play? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
| --- | --- | --- |
| Grocery Shopping | ______ | ______ |
| Carrying groceries into the house | ______ | ______ |
| Cooking meals | ______ | ______ |
| Cleaning after meals | ______ | ______ |
| Cleaning bathrooms | ______ | ______ |
| Vacuuming | ______ | ______ |
| Doing the laundry | ______ | ______ |
| Opening and responding to mail | ______ | ______ |

**Lincoln/Kindle 0649**

Lincoln Financial Group®

| | | |
|---|---|---|
| Managing your finances | ____________ | ____________ |
| Balancing your checkbook | ____________ | ____________ |
| Bathing yourself | ____________ | ____________ |
| Styling your own hair | ____________ | ____________ |
| Getting dressed | ____________ | ____________ |
| Going up and down stairs | ____________ | ____________ |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______
If Yes, please provide reason and hospital contact Information: ____________________

How often do you travel or take vacation? ____________________
Where do you go? How do you get there (transportation method)? ____________________

Are you able to pursue your hobbies? Yes ______ No ______
If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______
If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______
If Yes:
- how many hours per day? ________
- how many hours per week? ________
- for whom? ____________________

Are you working for wages? Yes ______ No ______
If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

**Lincoln/Kindle 0650**

*ACTIVITIES QUESTIONNAIRE*



**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authori e any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________________ Date: ______________________________

Signature: ____________________________

**Lincoln/Kindle 0651**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organi ations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authori ed representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organi ations providing claims management services.

**Description of the information that may be used or disclosed**: This Authori ation specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authori ation could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authori ation in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authori ation, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authori ation will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authori ing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authori ation. If I choose not to sign this authori ation, insurance coverage or claim payments may be denied or delayed.

This authori ation shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authori ation will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authori ation.

Name of claimant (print) ____________________________________

Name of legal representative, if applicable (print) _________________________________ Relationship ___________________

Signature of claimant or legal representative _______________________________________ Date: ______________________

Date of Birth: __________________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Karen Faucher

**EMPLOYEE/CLAIMANT NAME:** Kimberly Kindle **CLAIM #:** 12903776
**EMPLOYER:** American Health Companies **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

**Lincoln/Kindle 0653**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organi ations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authori ed representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organi ations providing claims management services.

**Description of the information that may be used or disclosed**: This Authori ation specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analy ing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authori ation could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authori ation in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authori ation, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authori ation will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authori ing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authori ation. If I choose not to sign this authori ation, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authori ation will be retained in accordance with the Company s standard retention policy and applicable law. I understand that I may request a copy of this authori ation.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: ____________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Kimberly Kindle CLAIM NUMBER: 12903776

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES January 1, 2023 TO the present***

**DOCTORS:**

Name ______ Specialty ______
Address ______
City ______ State ____ Zip Code ______
Phone: ______ Fax: ______
Dates Seen ______ to ______

Name ______ Specialty ______
Address ______
City ______ State ____ Zip Code ______
Phone: ______ Fax: ______
Dates Seen ______ to ______

Name ______ Specialty ______
Address ______
City ______ State ____ Zip Code ______
Phone: ______ Fax: ______
Dates Seen ______ to ______

Name ______ Specialty ______
Address ______
City ______ State ____ Zip Code ______
Phone: ______ Fax: ______
Dates Seen ______ to ______

**PHARMACIES:**

Name ______
Address ______
City ______ State ____ Zip Code ______
Phone: ______ Fax: ______
Dates: ______ to ______

Name ______
Address ______
City ______ State ____ Zip Code ______
Phone: ______ Fax: ______
Dates: ______ to ______

**HOSPITALS:**

Name ______
Address ______
City ______ State ____ Zip Code ______
Phone: ______ Fax: ______
Dates Confined: ______ to ______

Name ______
Address ______
City ______ State ____ Zip Code ______
Phone: ______ Fax: ______
Dates Confined: ______ to ______

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ______
Address ______
City ______ State ____ Zip Code ______
Phone Number: ______

Policy Number ______
Member ID ______
Dates of Coverage ______ to ______
Fax Number: ______

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______ Date ______

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 10/21/23 - 11/20/23 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 11/14/23 |
| | | Check #: 111117797 |

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 10/21/23 | 11/20/23 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 10/21/23 | 11/20/23 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0657**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, October 20, 2023 1:12:33 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | y8bonngtnhe3fruf8nqk_16387564.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 20, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

Thank you for taking the time to speak with me today. I have attached the letter sent in September.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-09.21.2023

From: LFGNotifications@LFG.com
Sent: Thursday, September 21, 2023 10:53:08 AM
To: ;
CC:
BCC:
Subject: [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle
Attachments: 5aofavqywl092dj8dcxp_16172841.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 21, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the Physical Therapy Assistant - Home Health month, you must be disabled from any occupation. As your benefits began on June 21, 2022, the change in definition will occur on June 21, 2024. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

American Health Companies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 4, 2023 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be suspended.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 09/21/23 - 10/20/23 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 10/16/23 |
| | | Check #: 110878249 |

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Provision | | | $ 0.00 |

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 09/21/23 | 10/20/23 | $ 1933.00 | | | | |
| | | | | Subtotal Offset | | | $ 1933.00 |

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 09/21/23 | 10/20/23 | $ 1120.44 | | | | |
| | | | | Subtotal Deduction | | | $ 1120.44 |

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: | $ 1120.44 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 0.00 | | Federal Withholding: | $ 0.00 |
| State Taxable Wages: | $ 0.00 | Employee State: TN | State Withholding: | $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0663**

**From:**AmHealthPartners LOA <loa@amhealthpartners.com>
**Sent:**Fri, 29 Sep 2023 16:24:36 +0000
**To:**Ask Benefits;Faucher, Karen
**Cc:**AmHealthPartners LOA
**Subject:**RE: RTW with Accommodations Kimberly Kindle LTD Claim 12903776 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

[ This message has been delivered securely using TLS encryption.]
Good afternoon,

Kimberly Kindle was terminated 07/11/2022. She was on leave 3/28/2022 – 07/10/2023 and separated due to the expiration of her leave of absence.

Thank you,

*On behalf of the LOA Team,*


**Leah Wilson**

AMERICAN
HEALTH PARTNERS
1971 Tennessee Ave. North
Parsons, TN 38363
P: 731-847-1335
F: 731-330-4650
LOA@AmHealthPartners.com



***Reminder**:* In conjunction with HIPAA Privacy Rules, all medical information contained in this email shall be protected. The unnecessary disclosure of any PHI data is strictly prohibited. Failure to abide can result in disciplinary action, up to and including termination.


---

**From:** Ask Benefits <askbenefits@amhealthpartners.com>
**Sent:** Friday, September 29, 2023 10:50 AM
**To:** Faucher, Karen <Karen.Faucher@lfg.com>; Ask Benefits <askbenefits@amhealthpartners.com>; AmHealthPartners LOA <loa@amhealthpartners.com>
**Subject:** RE: RTW with Accommodations Kimberly Kindle LTD Claim 12903776 (secure)

Hello Karen,

I'm including our LOA team to advise on the accommodation request.

@AmHealthPartners LOA are you able to answer questions from Karen Faucher with Lincoln below?

Thank you,

**Karena Taylor**
Benefits Coordinator
AMERICAN HEALTH PARTNERS
201 Jordan Rd, Suite 200
Franklin, TN 37067
888-960-1135
Karena.Taylor@AmHealthPartners.com

**From:** Faucher, Karen <Karen.Faucher@lfg.com>
**Sent:** Friday, September 29, 2023 8:56 AM
**To:** Ask Benefits <askbenefits@amhealthpartners.com>
**Subject:** RTW with Accommodations Kimberly Kindle LTD Claim 12903776 (secure)

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

This message was sent securely using Zix®

Good Morning,
I hope you and your team are well.

I have received return to work with restrictions for Ms. Kindle (Emp Id 141182444 dob
effective 9/26/2023.
The restrictions are: no kneeling or squating on knee, no impact and minimize stairs.

Are you able to accommodate the restrictions, if Ms. Kindle rtw when did she return and could you kindly confirm full time, and same job or different.

Thank you

Karen Faucher
Senior Claims Examiner
GP LTD, Life Waiver
Lincoln Financial Group

Ph: (800) 291-0112
Ext: 69635
Fax: (603) 334-0380

Follow us on:
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information,

please see our privacy policy. Thank You.**

This message was secured by **Zix**®.
This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and protected health information. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you are not the intended recipient, please contact the sender by return email and destroy all copies of the original message. If you have received this email in error and it contains personally identifiable health information, please send a return email to the sender so that the proper steps may be taken to ensure HIPAA compliance. If you have any questions, please call 1-615-905-5400 or email compliance@amhealthpartners.com

MedRecs MANAGEMENT

# FAX COVER SHEET

Date: 09/28/2023

From: West Tennessee Bone and Joint To: LINCOLN FINANCIAL GROUP

Email: disability@medrecsmanagement.com Fax: (603) 334-0380

Re: KINDLE, KIM


**STATEMENT OF CONFIDENTIALITY**

The information contained in this facsimile message is client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message IS NOT the intended recipient, you are hereby notified that any dissemination distribution, or copying of this communication is strictly prohibited. **THE READER IS HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.**

**If you have received this communication in error, please immediately notify the Privacy Office at MedRecs Management, LLC: Privacy Officer, PO Box 520, Lebanon, TN 37088 (855) 763-3732**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 21, 2023 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | Dr. Pucek and Assocites |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 21, 2023

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 15, 2023 through the present
- Completion of the Enclosed Forms:

X Restrictions Form
X Medical Records, Office Visit Notes, Test Results

We ask that you provide this information by September 28, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Kindle allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Kindle's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Karen Faucher

| Kimberly Kindle | / | 12903776 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – 03.21.22
   **DATE LAST TREATED** – 09.14.23
   **NEXT OFFICE VISIT** – 11.16.23

   Z96.651 STATUS POST TOTAL RIGHT KNEE REPLACEMENT
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).* 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
   PATIENT POST RIGHT KNEE SURGERY PERFORMED ON 05.10.23 MAY RETURN TO WORK ON 09.26.23 WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, OR SQUATTING ON KNEE, NO IMPACT AND MINMIZE STAIRS.

4. **RESTRICTIONS IMPOSED FROM** 09.26.23 **TO** 11.16.23 APPROX

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**
   PATIENT POST RIGHT KNEE SURGERY PERFORMED ON 05.10.23 MAY RETURN TO WORK ON 09.26.23 WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, OR SQUATTING ON KNEE, NO IMPACT AND MINMIZE STAIRS.

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   PATIENT POST RIGHT KNEE SURGERY PERFORMED ON 05.10.23 MAY RETURN TO WORK ON 09.26.23 WITH THE FOLLOWING RESTRICTIONS: NO KNEELING, OR SQUATTING ON KNEE, NO IMPACT AND MINMIZE STAIRS.

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______.

| | | |
|---|---|---|
| KELLY D. PUCEK, MD | MD/ORTHO | |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 24 PHYSICIANS DRIVE | 731.661.9825 | 731.668.6757 |
| Street Address | Telephone Number | Fax Number |
| JACKSON, TN 38305 | [signature] | 09.28.23 |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE
Name of legal representative, if applicable (print) ______ Relationship ______
Signature of claimant or legal representative Kimberly Kindle Date: 6-17-2022
Date of Birth: ______ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**



PAGE 7/10 * RCVD AT 9/28/2023 7:52:44 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340380 * CSID:(615) 777-3517 * ANI:17035663898 * DURATION (mm-ss):02-31

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 09/14/2023
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup on her knee. She still complains of pain, although has seen improvement. She has full extension, flexing 120. Good tracking of her patella. No collateral instability. Incisions healed great.

At this point, she is taking pain pills mainly at night, so I will refill those one more time, I am going to try on Celebrex antiinflammatory for a month and I told her stop it first two weeks second month. If she notices difference being off of it, she will refill it, if not, then she will not refill it. I will just see her back in 2 months, we will get her 6-month x-rays of her right total knee then.

Kelly D. Pucek, MD
KDP/11267

24 Physicians Drive • Jackson, Tennessee 38305 • 731-661-9825 •Fax 731-668-6757 • www.wtbjc.com

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 07/27/2023
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT
"Keeping You Active"

She returns for the follow up on her knee. She is now 2-1/2 months out from her total knee. Completed her therapy. Still complaining of pain, but her incisions are well healed. Not a lot of swelling. She had a few degree extensor lag. Flexion around 120. I reassured with time she should see improvement. She needs to keep exercising on her own, do daily in August; every other day, September. I had Heavenly give her Depo shot in each hip 80 mg of Depo-Medrol mixed with 1 mL of Marcaine to knock down the inflammation. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied.

I refilled her pain prescription and see her back in another 6 weeks.

Kelly D. Pucek, MD
KDP/11267

WEST TENNESSEE
BONE & JOINT
"Keeping You Active"
24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

**Return to Work Statement**

DATE: **9/26/2023**

PATIENT'S NAME: **KINDLE, KIM** DOB:

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☒ is able to return to work
☐ is not able to return to work

The patient is able to return to work:

☒ full duty
☐ restricted duties as follows: _____
If restrictions are not available, patient may not return to work.

FROM: ______ TO: ______

Diagnosis and/or Remarks: PT MAY GO BACK TO WORK. NO KNEELING, OR SQUATTING ON KNEE. NO IMPACT AND MINIMIZE STAIRS.

PHYSICIAN SIGNATURE: [signature]
Kelly D. Pucek, M.D.

RF2

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 21, 2023 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | Dr. Pucek and Assocites |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 21, 2023

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from June 15, 2023 through the present

Completion of the Enclosed Forms:

X Restrictions Form
X Medical Records, Office Visit Notes, Test Results

We ask that you provide this information by September 28, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authori ation signed by Ms. Kindle allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Kindle s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Karen Faucher

| Kimberly Kindle | | 12903776 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

**Lincoln/Kindle 0680**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Kindle 0681**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00000123 LFPMBED1 00001941

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Kimberly Kindle Date: 6-17-2022

Date of Birth: ______ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, September 21, 2023 10:53:08 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | 5aofavqywl092dj8dcxp_16172841.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 21, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under American Health Companies s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the Physical Therapy Assistant - Home Health month, you must be disabled from any occupation. As your benefits began on June 21, 2022, the change in definition will occur on June 21, 2024. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

American Health Companies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 4, 2023 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be suspended.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 08/21/23 - 09/20/23
Pmt Date: 09/14/23
Check #: 110627115

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 08/21/23 | 09/20/23 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 08/21/23 | 09/20/23 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0686**

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 07/21/23 - 08/20/23 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 08/14/23 |
| | | Check #: 110366666 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 07/21/23 | 08/20/23 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 07/21/23 | 08/20/23 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only.
It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0687**

Lincoln Financial Group®
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 06/21/23 - 07/20/23 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 07/14/23 |
| | | Check #: 110127311 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 06/21/23 | 07/20/23 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 06/21/23 | 07/20/23 | $ 1120.44 | | | | |

Subtotal Deduction $ 1120.44

Total Provisions $ 0.00 Total Offsets $ 1933.00 Total Deductions $ 1120.44

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1120.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0688**

# Beal Law Office

22 Monroe Avenue
Lexington, Tennessee 38351
(731) 968-9077
Fax: (731) 968-0782
Email: beallawoffice@gmail.com

Steve Beal

Lena Beal

June 26, 2023

RE: Kimberly A. Kindle

Dear Ms. Erin,

I am the attorney for Ms. Kindle. After discussion she has ordered me to inform you that she wishes to pay the overpayment of $12,626.91 as follows. Please keep the difference between her Lincoln check and her SSD chack until the $12,626.91 is paid in full. At that time, please resume her regular monthly payments.

Thanks,

Steve Beal

# Beal Law Office

22 Monroe Avenue
Lexington, Tennessee 38351
(731) 968-9077
Fax: (731) 968-0782
Email: beallawoffice@gmail.com

Steve Beal

Lena Beal

June 26, 2023

RE: Kimberly A. Kindle

Dear Ms. Erin,

I am the attorney for Ms. Kindle. After discussion she has ordered me to inform you that she wishes to pay the overpayment of $12,626.91 as follows. Please keep the difference between her Lincoln check and her SSD chack until the $12,626.91 is paid in full. At that time, please resume her regular monthly payments.

Thanks,

Steve Beal

Lincoln Financial Group®
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 05/21/23 - 06/20/23
Pmt Date: 06/14/23
Check #: 109881200

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 1933.00 | $ 1120.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1120.44 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 05/21/23 | 06/20/23 | $ 1933.00 | | | | |

Subtotal Offset $ 1933.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00    Total Offsets $ 1933.00    Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 1120.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: | $ 1120.44 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 0.00 | | Federal Withholding: | $ 0.00 |
| State Taxable Wages: | $ 0.00 | Employee State: TN | State Withholding: | $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0691**

| Claim Number(s):12903776 | | | |
|---|---|---|---|
| **New Monthly Benefit** | | | |
| Your Gross Benefit | | | $3,053.44 |
| Less: Other Income | | | $1,933.00 |
| | SS Primary Disability | $1,933.00 | |
| | SS Retirement | $0.00 | |
| | Workers' Comp | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | Total Other Income | $1,933.00 | |
| Your Adjusted Gross | | | $1,120.44 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$1,120.44** |

| Overpayment Calculation | | | |
|---|---|---|---|
| Originally Paid | *8/21/2022 through* | *5/20/2023* | $27,480.96 |
| Less: Should have Paid | *8/21/2022 through* | *5/20/2023* | $10,796.30 |
| Overpayment Due | | | $16,684.66 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $4,057.75 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$12,626.91** |

# Calculation Worksheet

**Claimant Name:** Kimberly Kindle

**Customer:**

**Claim Number (s):** 12903776

| | | | |
|---|---|---|---|
| **Originally Paid** | | **Should have Paid** | |
| **From Date** | 8/21/2022 | **From Date** | 8/21/2022 |
| **Thru Date** | 5/20/2023 | **Thru Date** | 5/20/2023 |
| **Total** | **$27,480.96** | **Total** | **$10,796.30** |

* (-) indicates an underpayment

| **Credit** | |
|---|---|
| **OP Recovered (To Date):** | $0.00 |
| **Attorney Fees:** | $4,057.75 |
| **Excess Fees** | $0.00 |
| **Total:** | $4,057.75 |

| | |
|---|---|
| **Overpayment Amount:** | **$ 12,626.91** |
| **Underpayment Amount:** | **$0.00** |

| | |
|---|---|
| **Tax Aging:** | **$0.00** |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 12903776 | 107747767 | 0 | 8/21/2022 | 9/20/2022 | 9/14/2022 | $ 3,053.44 | $ - | $ 3,053.44 | $ - | $ 3,053.44 |
| 12903776 | 107988633 | 0 | 9/21/2022 | 10/20/2022 | 10/14/2022 | $ 3,053.44 | $ - | $ 3,053.44 | $ - | $ 3,053.44 |
| 12903776 | 108225146 | 0 | 10/21/2022 | 11/20/2022 | 11/14/2022 | $ 3,053.44 | $ - | $ 3,053.44 | $ - | $ 3,053.44 |
| 12903776 | 108459611 | 0 | 11/21/2022 | 12/20/2022 | 12/14/2022 | $ 3,053.44 | $ - | $ 3,053.44 | $ - | $ 3,053.44 |
| 12903776 | 108714500 | 0 | 12/21/2022 | 1/20/2023 | 1/16/2023 | $ 3,053.44 | $ - | $ 3,053.44 | $ - | $ 3,053.44 |
| 12903776 | 108940313 | 0 | 1/21/2023 | 2/20/2023 | 2/14/2023 | $ 3,053.44 | $ - | $ 3,053.44 | $ - | $ 3,053.44 |
| 12903776 | 109160068 | 0 | 2/21/2023 | 3/20/2023 | 3/14/2023 | $ 3,053.44 | $ - | $ 3,053.44 | $ - | $ 3,053.44 |
| 12903776 | 109406314 | 0 | 3/21/2023 | 4/20/2023 | 4/14/2023 | $ 3,053.44 | $ - | $ 3,053.44 | $ - | $ 3,053.44 |
| 12903776 | 109639917 | 0 | 4/21/2023 | 5/20/2023 | 5/15/2023 | $ 3,053.44 | $ - | $ 3,053.44 | $ - | $ 3,053.44 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | **Totals:** | **$27,480.96** | **$0.00** | **$27,480.96** | **$0.00** | **$27,480.96** |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12903776 | 107747767 | 0 | 8/21/2022 | 9/20/2022 | 9/14/2022 | $ 3,053.44 | $1,277.33 | | $0.00 | $ 1,776.11 | $ - | $ 1,776.11 | $ - |
| 12903776 | 107988633 | 0 | 9/21/2022 | 10/20/2022 | 10/14/2022 | $ 3,053.44 | $1,916.00 | | $0.00 | $ 1,137.44 | $ - | $ 1,137.44 | $ - |
| 12903776 | 108225146 | 0 | 10/21/2022 | 11/20/2022 | 11/14/2022 | $ 3,053.44 | $1,916.00 | | $0.00 | $ 1,137.44 | $ - | $ 1,137.44 | $ 1,051.58 |
| 12903776 | 108459611 | 0 | 11/21/2022 | 12/20/2022 | 12/14/2022 | $ 3,053.44 | $1,916.00 | | $0.00 | $ 1,137.44 | $ - | $ 1,137.44 | $ 1,916.00 |
| 12903776 | 108714500 | 0 | 12/21/2022 | 1/20/2023 | 1/16/2023 | $ 3,053.44 | $1,927.33 | | $0.00 | $ 1,126.11 | $ - | $ 1,126.11 | $ 1,927.33 |
| 12903776 | 108940313 | 0 | 1/21/2023 | 2/20/2023 | 2/14/2023 | $ 3,053.44 | $1,933.00 | | $0.00 | $ 1,120.44 | $ - | $ 1,120.44 | $ 1,933.00 |
| 12903776 | 109160068 | 0 | 2/21/2023 | 3/20/2023 | 3/14/2023 | $ 3,053.44 | $1,933.00 | | $0.00 | $ 1,120.44 | $ - | $ 1,120.44 | $ 1,933.00 |
| 12903776 | 109406314 | 0 | 3/21/2023 | 4/20/2023 | 4/14/2023 | $ 3,053.44 | $1,933.00 | | $0.00 | $ 1,120.44 | $ - | $ 1,120.44 | $ 1,933.00 |
| 12903776 | 109639917 | 0 | 4/21/2023 | 5/20/2023 | 5/15/2023 | $ 3,053.44 | $1,933.00 | | $0.00 | $ 1,120.44 | $ - | $ 1,120.44 | $ 1,933.00 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | **Totals:** | **$27,480.96** | **$16,684.66** | **$0.00** | **$0.00** | **$10,796.30** | **$0.00** | **$10,796.30** | **$12,626.91** |

* (-) indicates an underpayment

**Lincoln/Kindle 0693**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

Lincoln/Kindle 0694

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 9, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as we were advised that you were awarded Social Security Disability Benefits effective date of September 1, 2022. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of August 21, 2022 through May 20, 2023, without the proper reduction for Social Security, you are now overpaid under the terms of your Policy. The overpayment was prorated to start September 1, 2022.

| | |
|---|---|
| Total Overpayment Amount: | $12,626.91 |
| Payment Due Date: | June 29, 2023 |

The attached exhibit explains the calculation of your $12,626.91 balance, which is due to The Lincoln National Life Insurance Company upon receipt of this letter.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at DisabilityDocuments@lfg.com. If you are not able to fax or email the completed Authori ation to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If we do not receive payment by June 29, 2023, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Sullivan
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16419
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth
12903776-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-06.08.2023

| Claim Number(s):12903776 | | | | |
|---|---|---|---|---|
| **New Monthly Benefit** | | | | |
| Your Gross Benefit | | | | $3,053.44 |
| Less: Other Income | | | | $1,933.00 |
| | SS Primary Disability | | $1,933.00 | |
| | SS Retirement | | $0.00 | |
| | Workers' Comp | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | Total Other Income | | $1,933.00 | |
| Your Adjusted Gross | | | | $1,120.44 |
| Less: Taxes and Deductions | | | | $0.00 |
| **Your Net Benefit** | | | | **$1,120.44** |
| **Overpayment Calculation** | | | | |
| Originally Paid | *8/21/2022 through* | *5/20/2023* | | $27,480.96 |
| Less: Should have Paid | *8/21/2022 through* | *5/20/2023* | | $10,796.30 |
| Overpayment Due | | | | $16,684.66 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $4,057.75 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$12,626.91** |

## The Lincoln National Life Insurance Company
## Group Protection Disability Claims

PO Box 2578
Omaha, NE 68172-9688

# One Time Debit Payment Authorization Form

Sign and complete this form to authori e The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authori ation for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 12903776

I ______________________________ authori e The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ________ on or after __________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# ________________________

City, State, Zip ______________________________ Email ________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ________________________________________

Financial Institution Address ________________________________________

Routing Number ________________________________________

Account Number ________________________________________

SIGNATURE ______________________________ DATE ________________

I authori e the above-named business to debit the account indicated in this authori ation form according to the terms outlined above. This payment authori ation is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authori ed user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

**Lincoln/Kindle 0698**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 8, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

We are writing in reference to your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

We have been informed that you and/or your dependents were awarded Social Security benefits.

As we have discussed, American Health Companies disability Policy requires us to reduce your disability benefits by the amount of income received by you and/or your dependents from other sources, including Social Security.

Specifically, the Policy states:

*Other Income Benefits means:*

> *4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:*
>
> > *a. the Covered Person receives or is eligible to receive; and*
> > *b. his spouse, child or children receives or are eligible to receive because of his Disability; or*
> > *c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.*

As you know, during the time it took the Social Security Administration (SSA) to make its decision, Lincoln paid you unreduced disability benefits. *In effect, we advanced you the money we expected Social Security would ultimately pay, and you signed an agreement to repay the advance upon receiving Social Security benefits.*

Your SSA award notice indicates both the monthly Social Security disability benefit you will receive and your retroactive benefit award.

Accordingly,

- We will begin reducing the monthly LTD benefit we pay you to offset your monthly Social Security benefits.
- You must repay any overpayment immediately, upon notification to you of the amount owed to Lincoln. Please set aside your retroactive payment from Social Security to repay this obligation.
- Upon receipt of all documentation, a member of our Financial Review Services unit will provide you with a written calculation of any overpayment due. Please contact that representative should you have any questions regarding the financial reconciliation of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Beauregard
Social Security Specialist I
Phone No.: (888) 437-7611 Ext. 69141
Secure Fax No.: (603) 334-0401

# Fax

**Date:** 6/6/2023

**To:** <6033340380>
**From:**

**Subject:**

PAGE 1/3 * RCVD AT 6/6/2023 10:47:17 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:Fax * ANI: * DURATION (mm-ss):00-42

# F A X

**Hewlett-Packard Company**

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | MEDICAL RECORDS |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 6/6/2023 9:47:13 AM |
| Pages: | 2 |
| Re: | CLAIM#12903776 |

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 06/01/2023
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup on her knee. This is her 1st visit after her replacement. Expected amount of discomfort. Incision is healing well. Staples in place. She is having about 5 degree extensor lag, flexion to about 95, beyond that with some over pushing.

X-rays taken today, AP of both knees, lateral of the right, show status post Richard cemented posterior stabilized total knee. Acceptable alignment. Good cement mantle. No radiolucencies.

We will go ahead and get her staples out. Refill her pain prescription. Continue her therapy over the next month. Get her motion exercise to do in addition. See her back in another 4 or 5 weeks once she completes her month of therapy.

Kelly D. Pucek, MD
KDP/11597

24 Physicians Drive • Jackson, Tennessee 38305 • 731-661-9825 •Fax 731-668-6757 • www.wtbjc.com

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: May 15, 2023
BNC#: 23MS790C44145-HA

0000382 00027894 2 MB 0.531 0511M3MCS7PI T191 P18
KIMBERLY KINDLE

4728

You are entitled to monthly disability benefits beginning September 2022.

**The Date You Became Disabled**

We found that you became disabled under our rules on March 21, 2022.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is September 2022.

**What We Will Pay And When**

- You will receive $2,100.00 for May 2023 around June 28, 2023.
- After that you will receive $2,100.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

Enclosure(s):
Pub 05-10153

C See Next Page

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| September | 2022 | $1,916.80 | Entitlement began |
| December | 2022 | $2,083.50 | Cost-of-living adjustment |
| January | 2023 | $2,100.50 | Credit for additional earnings |

## Other Government Payments Affect Benefits

We are holding your Social Security benefits for September 2022 through April 2023. We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period. We will not reduce your past-due benefits if you did not get SSI benefits for those months.

However, we will withhold part of any past-due benefits to pay your representative. Later in this letter, we will tell you more about the money we are withholding to pay your representative. When we decide how much you are due for this period, we will send you another letter.

## Information About Representatives Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $16,231.00 for September 2022 through April 2023. Under the fee agreement, the representative cannot charge you more than $4,057.75 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Office of Disability and
International Operations
6401 Security Blvd
BALTIMORE, MARYLAND 21235-6401

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

### Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $4,057.75 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $113, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

### Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

### Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind–How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to ROBERT STEVIE BEAL.

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-888-383-1593.

SOCIAL SECURITY
415 CHEYENNE DR
JACKSON TN 38305

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

PAGE 5/6 * RCVD AT 6/2/2023 11:24:43 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6033340401 * CSID:7312495466 * ANI:17312495466 * DURATION (mm-ss):01-56

# PAYMENT SUMMARY

**Why We Cannot Pay Past Benefits**

Here is how we figured your
past benefits:

Benefits due for September 2022
through April 2023
including any cost of living increase and
considering work and earnings through 2022,
less monthly rounding of benefits ........................$ .00

Amount we must subtract because of

This equals ..........................................$ 00.00

**Your Regular Monthly Payment**

Here is how we figured your
regular monthly payment effective May 2023:

You are entitled to a monthly benefit of .................$ 2,100.50

Amount we subtracted because of

- rounding (we must round down to a whole dollar) ................................ .50

This equals the amount of
your regular monthly payment .............................$ 2,100.00

... AM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6033340401 * CSID:7312495466 * ANI:17312495466 * DURATION (mm-ss):01-56

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 04/21/23 - 05/20/23
Pmt Date: 05/15/23
Check #: 109639917

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 0.00 | $ 3053.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 3053.44 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 3053.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 3053.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0711**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

May 12, 2023

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

We have been made aware that you have been have submitted an application for Social Security Disability Benefits. Please provide our office with an update on your Social Security Disability claim.

If you have been awarded, please provide our office with a complete copy of the SSDI Award Letter from the Social Security Administration (SSA). If you do not have your most recent copy available, your local SSA office or attorney will be able to provide you with a copy to submit to our office. You may also be able to obtain a status update from your Social Security account at www.SSA.gov.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. If you are awarded retroactive benefits from the Social Security Administration, it is likely your LTD claim has been overpaid. Please do not spend the retroactive benefits as they are due to Lincoln in the event of an overpayment.

Once we receive the award letter, we will determine the overpayment amount. You will be informed of this amount in writing from a specialist on the Financial Recovery team. This individual will be in contact with you to assist us with the recovery of the overpayment.

Please submit to our office by June 25, 2023.

If we do not receive the SSDI award letter, an estimate may be used to calculate the overpayment amount due back to Lincoln.

You may forward this information to my attention at:

The address in the above letterhead

Fax Number: (603) 334-0401, or

Email: DisabilityDocuments@LFG.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Beauregard
Social Security Specialist I
Phone No.: (888) 437-7611 Ext. 69141
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 03/21/23 - 04/20/23
Pmt Date: 04/14/23
Check #: 109406314

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 0.00 | $ 3053.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 3053.44 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 3053.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 3053.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0715**

# Fax

**Date:** 3/23/2023

**To:** <6033340380>
**From:**

**Subject:**

PAGE 1/3 * RCVD AT 3/23/2023 1:04:54 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/4 * DNIS:6033340380 * CSID:Fax * ANI: * DURATION (mm-ss):00-55

# F A X

**Hewlett-Packard Company**

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | MEDICAL RECORDS |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 3/23/2023 12:04:50 PM |
| Pages: | 2 |
| Re: | CLAIM# 12903776 |

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 03/21/2023
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for further followup on her knee. She is now at a point where she wants to consider replacement. She is over a year out.

Exam shows motion is well maintained, although painful with crepitus, a small effusion.

I did numb the superolateral aspect of the knee, tried to aspirate fluid, little to no fluid. What I did get was clear. I do think it is obvious the infection has cleared. Infection hastened her need for the replacement, but even before that she started down the road, that was going to be her ultimate treatment. I went over risks and benefits associated with replacement. She does want to proceed. We will look at getting her VISIONAIRE MRI. Set up surgery date. Further follow up through the office afterwards.

The nature of the patient's clinical problem was explained in detail along with the alternative forms of treatment, which include observation, relative rest, or modified activity. The surgical alternatives were also discussed in detail including the procedure itself, the intended benefits, limitations and risks, specifically as they are related to associated pathology such as degenerative or traumatic arthritis. The presence of associated pathology and the effect of the risk on the surgical outcome were discussed, as well as potential complications such as those specific to anesthesia and surgery. Complications discussed included, but were not limited to, infection, wound healing problems, thrombophlebitis and pulmonary emboli, injuries to nerves, injuries to blood vessels, injuries to joint structures, central nervous system neurovascular disorders, and cardiovascular disorders including heart attack. In addition, mention was made of the potential problems of bleeding, swelling, stiffness, loss of motion, fracture, continued pain and symptoms. In addition, the necessity of compliance with a strict post-operative rehabilitation program was discussed as well as the increased likelihood of failure of the surgery if the program was not followed. Finally, the possibility of failure of the procedure and the need for subsequent additional surgery and treatment was discussed with the patient. The patient understood the risks and benefits of the procedure and is in agreement with the surgical intervention.

Kelly D. Pucek, MD
KDP/11267

24 Physicians Drive • Jackson, Tennessee 38305 • 731-661-9825 •Fax 731-668-6757 • www.wtbjc.com

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 02/21/23 - 03/20/23
Pmt Date: 03/14/23
Check #: 109160068

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 0.00 | $ 3053.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 3053.44 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | Subtotal Provision $ | 0.00 |

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | Subtotal Offset $ | 0.00 |

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | Subtotal Deduction $ | 0.00 |

Total Provisions $ 0.00    Total Offsets $ 0.00    Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 3053.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 3053.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0719**

Lincoln Financial Group®
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 01/21/23 - 02/20/23
Pmt Date: 02/14/23
Check #: 108940313

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 0.00 | $ 3053.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 3053.44 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 3053.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 3053.44 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0720**

# Fax

---

**Date:** 1/25/2023

**To:** <6033340380>
**From:**

**Subject:**

PAGE 1/3 * RCVD AT 1/25/2023 11:47:58 AM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:Fax * ANI:17312401986 * DURATION (mm-ss):01-18

# F A X

**Hewlett-Packard Company**

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | MEDICAL RECORDS |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 1/25/2023 10:47:47 AM |
| Pages: | 2 |
| Re: | CLAIM #12903776 |

WEST TENNESSEE
BONE & JOINT
"Keeping You Active"
24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

**Return to Work Statement**

DATE: **1/25/2023**

PATIENT'S NAME: **KINDLE, KIM** DOB:

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☐ is able to return to work
☒ is not able to return to work

The patient is able to return to work:

☐ full duty
☐ restricted duties as follows: _____

If restrictions are not available, patient may not return to work.

FROM: ______ TO: ______

Diagnosis and/or Remarks: NO WORK UNTIL F/U APPT IN MARCH.

PHYSICIAN SIGNATURE: [signature]
Kelly D. Pucek, M.D.

RF2

# Fax

**Date:** 1/23/2023

**To:** <6033340380>
**From:**

**Subject:**

# F A X

**Hewlett-Packard Company**

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | MEDICAL RECORDS |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 1/23/2023 3:40:58 PM |
| Pages: | 2 |
| Re: | CLAIM#12903776 |

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 01/19/2023
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She returns for the followup on her right knee. Persistent complaints of pain. She has degenerative changes, septic joint and arthritis has progressed significantly. She is now 10 months out from her I and D.

Exam today show small to moderate effusion, pain and crepitus throughout motion. A few degree extensor lag. Flexion well maintained.

Again I discussed with her we would not be comfortable replacing this knee till she crosses a year out. We have not tried an injection. So while she is here, I injected the right knee with 80 mg Depo-Medrol mixed with 1 mL of Marcaine through anteromedial parapatellar injection site. The patient tolerated the procedure well, hemostasis was obtained, and a bandage was applied. Get her doing quad rehab exercises. Preparation for eventual replacement. See her back in 6-8 weeks. I would aspirate the knee to make sure it is clear and then look at starting the process for a knee replacement possibly then.

Kelly D. Pucek, MD
KDP/12217

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 12/21/22 - 01/20/23 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 01/16/23 |
| | | Check #: 108714500 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 0.00 | $ 3053.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 3053.44 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Subtotal Provision | $ | 0.00 |

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Subtotal Offset | $ | 0.00 |

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Subtotal Deduction | $ | 0.00 |

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 3053.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 3053.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0727**

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 11/21/22 - 12/20/22
Pmt Date: 12/14/22
Check #: 108459611

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 0.00 | $ 3053.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 3053.44 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Provision | | | $ 0.00 |

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Offset | | | $ 0.00 |

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Deduction | | | $ 0.00 |

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 3053.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 3053.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0728**

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2022-11-29 16:57:36 EST |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

WEST TENNESSEE BONE & JOINT "Keeping You Active"

KIMBERLY KINDLE

13147819
Nov 29 2022 4:55 PM
KIMBERLY KINDLE

TN005F
Nov 29 2022 4:57 PM

8

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

# Subsequent Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 22, 2022 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | Dr. Pucek |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 22, 2022

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

Please complete the Attending Physician's Statement. Once completed please return to us by Fax at (603)334-0380 or by Email disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 5'8" | 180 LBS | | |

**2. Diagnosis**

| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
|---|---|
| M25.561 | PAIN IN RIGHT KNEE |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| | |

**Pregnancy** First Treated: ____ Estimated Delivery: ____ Date of Delivery: ____ ☐ Vaginal ☐ C-Section

Symptoms:
RIGHT KNEE PAIN

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):
MRI FROM 11/15/2022 SHOWS MILD VARUS DEFORMITY, SMALL TO MODERATE EFFUSION. PAIN AND CREPITUS THROUGHOUT MOTION. MOTION IS STILL WELL MAINTAINED. NO GROSS LIGAMENTOUS INSTABILITY. MRI SHOWS PROGRESSION OF ARTHRITIC CHANGES WHERE THERE IS A RAW BONE.

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 03/21/2022 | 03/22/2022 | 03/22/2022 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 03/22/2022 | 11/17/2022 | 01/19/2023 |

Dates hospital confined: ____ to ____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

**PATIENT IS UNABLE TO PERFORM ALL CURRENT JOB DUTIES.**

Restrictions (what the patient SHOULD NOT do) **NO RUNNING, JUMPING, PUSHING/PULLING, LIFTING, CLIMBING, CRAWLING, KNEELING, SQUATTING, BENDING, USE OF EXTREMITY OR WORKING UNTIL DOCTOR RELEASE**

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

**PATIENT IS UNABLE TO PERFORM ALL CURRENT JOB DUTIES.**
What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living, indicate, when they were first unable to do so. (M/D/Y)

Continence ____________
Dressing ____________
Transferring ____________
Bathing ____________
Toileting ____________
Eating ____________

Date patient experienced loss of Cognitive Functioning: ____________

## 5. Treatment

**PATIENT IS ULTIMATELY LOOKING AT REPLACEMENT, BUT WITH HER SEPTIC JOINT, NOT EVEN A YEAR OUT, SHE IS NOT A CANDIDATE AT THIS POINT. I AM GOING TO PUT HER ON PRESCRIPTION STRENGTH NAPROXEN, TRAMADOL, JUST FOR THE FAIRLY BAD DAYS.**

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

**AS PRESCRIBED**
Describe ongoing treatment frequency

## 6. Prognosis

**IMPROVEMENT AND RECOVERY EXPECTED**

Describe the patients prognosis for recovery

**TBD 01/19/2023**
Patient able to return to work Full-Time on:

____________ to ____________
If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

**KELLY D PUCEK MD**
Name

**24 PHYSICIANS DR**
Street Address

**JACKSON** City | **TN** State | **38305** Zip Code

**731-661-9825** Phone Number | **731-668-6757** Fax Number

[signature] **Signature** | **11/29/22** **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 22, 2022 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | Dr. Pucek |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 22, 2022

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

Please complete the Attending Physician's Statement. Once completed please return to us by Fax at (603)334-0380 or by Email disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy**

| First Treated | Estimated Delivery | Date of Delivery |
|---|---|---|
| | | |

☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| | | |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| | | |

Dates hospital confined: ________ to ________

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ________________

Dressing ________________

Transferring ________________

Bathing ________________

Toileting ________________

Eating ________________

Date patient experienced loss of Cognitive Functioning: ________________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

________________ to ________________

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)



**Lincoln/Kindle 0741**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# Beal Law Office

22 Monroe Avenue
Lexington, Tennessee 38351
(731) 968-9077
Fax: (731) 968-0782
Email: beallawoffice@gmail.com

Steve Beal

Lena Beal

November 21, 2022

RE: Kimberly Kindle

To Whom It May Concern,

The purpose of this correspondence is to inform you that I represent Ms. Kimberly Kindle regarding her Social Security Disability claim. Ms. Kindle filed her initial claim on 7-13-22. She is currently awaiting a decision. Please feel free to contact my office with any further questions. Thank you, and as always I remain,

Yours Truly,

Lena Beal

LDB : cp

# Fax

---

**Date:** 11/18/2022

**To:** <6033340380>
**From:**

**Subject:**

PAGE 1/4 * RCVD AT 11/18/2022 10:59:55 AM [Eastern Standard Time] * SVR:VA1PWFAX401/2 * DNIS:6033340380 * CSID:Fax * ANI:17312401986 * DURATION (mm-ss):02-58

**F A X**

**Hewlett-Packard Company**

---

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | Madyson Caton |
| Fax number: | |
| Business phone: | 731-410-2384 |
| Home phone: | |
| Date & Time: | 11/18/2022 9:59:46 AM |
| Pages: | 3 |
| Re: | |

---

RE: KIM KINDLE
CLAIM # 12903776

---

WEST TENNESSEE
BONE & JOINT
"Keeping You Active"

**AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION**

*The undersigned authorizes **West Tennessee Bone & Joint** to release my health information as noted below.*

*24 Physicians Drive • Jackson, TN 38305*

*Ph. 731-661-9825 • 731-668-6757*

**Please Print**

**Patient Full Name:** KIM KINDLE **Chart #** 318339 **Notes:** ____________

**Patient Address:** ____________ **Date of Birth:** ____________ **Provider Initials:** KDP

**City:** ____________ **State:** ______ **Zip:** ________ **Phone #:** ____________ **SS#** (last 4 digits)________

**Release Information To**

**Request Purpose:** ☐ Form ■ Records - ☐ Physician ☐ Paper Copy Mailed ☐ CD Mailed ☐ E-Mailed ☐ Radiology Disc

**Name/Facility:** LINCOLN **Attention:** ____________

**Address:** ____________ **Phone:** ____________

**City:** ____________ **State:** ________ **Zip:** ________ **Fax #:** 603-334-0380

**Email address for record delivery:** ____________

Your record/form(s) will be provided as an Adobe PDF file on BACTES Mail Express portal. If you do not retrieve your records within 30 days, they will be deleted. You will receive an email from Bactes.com containing instructions for accessing the records. There may be a fee for collecting your records. If so, an invoice will be provided to you through email.

**Information to be Released** ***If you fail to specify, a 1 year abstract will be provided.***

☐ Please release an **Abstract** of my records (Office notes, labs, procedures & testing) ☐ Last 2 Years ☐ 5 Years

■ **Date Range:** 11-17-22 OFFICE NOTE

☐ Progress Notes ☐ Radiology Reports ☐ Labs

☐ Operative Reports ☐ Injections ☐ Physical Therapy

☐ Other: ____________

For FMLA/Disability Leave:

1st day of Leave: ____________

*Pursuant to HIPAA 45 CFR, 164.524, we reserve the right to charge a reasonable cost-based fee for producing and mailing the copies. If you want the entire medical record, the rate will increase proportionally based on the cost. At no time will the cost-based fees exceed Tennessee Code 63-2-102.*

**Medical Records Copies:**

BACTES has set a cap of $25.00 plus postage (if applicable).

**FMLA/Disability Forms Completion:**

A fee of $30.00 *per form* is due at the time of submission. Updates are completed at no cost, up to 90 days after signature. After 90 days, an additional $30 fee is assessed.

Records being sent to another healthcare provider will be sent at **no** cost.

**Authorization to Release Protected Health Information**

**I acknowledge and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.*** ________ *(Please Initial)*

I understand that: I may refuse to sign this authorization, and that it is strictly voluntary. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. **Unless otherwise revoked, this authorization will expire on the following date, event or condition:**

____________. *If I do not specify expiration, this authorization will expire in 1 year.* If the requestor or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be disclosed. I understand that I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it. I can request a copy of this form after I sign and date it.

STOP **Please confirm that you have filled out this form in its entirety—if form is incomplete, or if protected information is not released, we may be unable to fulfill this request.**

**Signature*:** ON FILE **Date:** 11-17-22

** For non-emancipated minors under the age of 18, a parent or guardian must sign release form. If patient is unable to sign, a copy of the legal documentation for patient's representative must be supplied with a copy of this form.*

**Complete by WTBJC staff:**

**Payment:** ☐ NC-Continuation of Care ☐ Bill from Bactes ☐ $________ Form(s)

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 11/17/2022
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT "Keeping You Active"

She comes in for the evaluation of right knee. She has had her MRI. Exam shows mild varus deformity, small to moderate effusion. Pain and crepitus throughout motion. Motion is still well maintained. No gross ligamentous instability. MRI shows progression of arthritic changes where there is a raw bone. I think ultimately she is looking at replacement, but with her septic joint, not even a year out, she is not a candidate at this point. I am going to put her on prescription strength naproxen, tramadol, just for the fairly bad days. See her back in a couple of months but we will need to get at least a year out from septic joint for you to consider anything further surgical. See her back in a few months.

Kelly D. Pucek, MD
KDP/12215

# Fax

**Date:** 11/17/2022

**To:** <6033340380>
**From:**

**Subject:**

# F A X

**Hewlett-Packard Company**

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | MEDICAL RECORDS |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 11/17/2022 10:02:46 AM |
| Pages: | 3 |
| Re: | CLAIM#12903776 |

WEST TENNESSEE BONE JOINT

24 Physicians Drive
Jackson, TN 38305

Phone: (731) 661-9825 • Fax: (731) 668-6757

**PATIENT ID:** 318339
**PATIENT:** KIM KINDLE
**DATE OF BIRTH:**

**EXAM DATE:** 11/15/2022
**ACCESSION #:** 11ADD
**REFERRED BY:** KELLY PUCEK

**MR KNEE - RIGHT**

**HISTORY**
Right knee pain.

**COMPARISON STUDIES**
Radiographs March 22, 2022

**TECHNIQUE**
Multiplanar sequences with T1, intermediate, T2, and/or T2*-weighted image contrast.

**FINDINGS**

***LIGAMENTS:*** The cruciate and collateral ligaments are intact.

***MENISCI AND FEMORAL-TIBIAL HYALINE CARTILAGE:*** Degenerative intrasubstance signal without discrete tear is present in the anterior horn of the medial meniscus. Degenerative fraying of the free edge of the body of the meniscus which is medially extruded. A large area of full-thickness chondral thinning and fissuring involves the weight-bearing medial femoral condyle and extends into the nonweightbearing articular surface, 1.5 cm AP by 3.3 cm anterior-posterior. Full-thickness chondral thinning is present in the anteromedial aspect of the medial tibial plateau. Inner margin fraying is seen at the free edge of the body of the meniscus. Focal oblique full-thickness chondral fissuring is present in the central aspect of the lateral tibial plateau. The articular cartilage of the lateral femoral condyle is intact.

***PATELLOFEMORAL JOINT AND EXTENSOR MECHANISM:*** The alignment is normal. A small area of mild chondral thinning and fissuring is present at the median ridge patella. Moderate chondral thinning and fissuring is present at the lateral trochlear facet. The quadriceps and patellar tendons are intact.

***OSSEOUS/BONE MARROW:*** There is no fracture. Moderate subchondral stress reaction is present at the medial rim of the medial tibial plateau. Mild subchondral marrow edema is seen in the central weight-bearing medial femoral condyle.

***GENERAL:*** A small joint effusions present. No soft tissue masses or abnormal localized fluid collections.

**IMPRESSION**

1. Large area of full-thickness chondral thinning and fissuring of the weight-bearing and nonweightbearing medial femoral condyle. Full-thickness chondral thinning and fissuring of the anteromedial aspect of the medial tibial plateau.
2. Moderate subchondral stress reaction without fracture of the medial tibia. Mild subchondral marrow edema in the medial femoral condyle.
3. Free edge fraying of the body of both the medial and lateral meniscus.
4. Mild chondral thinning and fissuring of the median ridge patella. Moderate chondral thinning of the lateral trochlear facet. Focal chondral fissuring in the lateral tibial plateau.

Electronically signed by James Stensby, M.D. (Wednesday, November 16, 2022 6:30:29 AM)

*SUBSPECIALTY INTERPRETATION PROVIDED BY*

RADSOURCE

THANK YOU FOR ENTRUSTING YOUR PATIENT'S CARE TO US.

DRAFT

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

| | | |
|---|---|---|
| Claim: 12903776 | Customer: AMERICAN HEALTH COMPANIES | Policy Number: GF3-890-LF0122-01 |
| Claim Type: LTD | Subsidiary: TENNESSEE VALLEY HOME CARE, IN | Pmt Period: 10/21/22 - 11/20/22 |
| Payee Type: EMP | Employee: KIMBERLY A KINDLE | Pmt Date: 11/14/22 |
| | | Check #: 108225146 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 0.00 | $ 3053.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 3053.44 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Subtotal Provision | $ | 0.00 |

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Subtotal Offset | $ | 0.00 |

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Subtotal Deduction | $ | 0.00 |

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 3053.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 3053.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0753**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, November 10, 2022 2:15:40 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | y9agxwqcdkjifbn5vxjs_13964001.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 10, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

Thank you for your phone call today, I have attached the letter sent to Henderson County Medical Group.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: 12903776-REQUEST-PROVIDER-09.27.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 27, 2022 |
| To: | HENDERSON COUNTY MEDICAL GROUP |
| Attn: | Medical Records |
| Fax: | (731) 968-9970 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 27, 2022

Henderson County Medical Group

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 8, 2022 through the present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical Records

We ask that you provide this information by October 4, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380
Secure Email: disabilitydocuments@lfg.com
Attachments: Attending Physician's Statement

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| | | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| | |
| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
| | |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| ____/____/____ | ____/____/____ | ____/____/____ |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____ /____ /________

Dressing ____ / ____ /________

Transferring ____ / ____ /________

Bathing ____ / ____ /________

Toileting ____ / ____ /________

Eating ____ / ____ /________

Date patient experienced loss of

Cognitive Functioning: ____ / ____ / ______

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / ____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

___/___/___
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

From: 11/10/2022 13:40 #667 P.001/031

Attn: Karen Shaucher

Fax 603-334-0380

**HENDERSON COUNTY HOSPITAL**
270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6025362

**Note Type:** Clinic Provider Note

---

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** 07/27/197[illegible], **Age:** 50 years

---

07/07/2022 08:59

**Chief Complaint:** **Chief Complaint:** DISABILITY PAPERWORK FAMILY

**History of Present Illness:**

Patient presents to have long term disability paperwork filled out. See attached form.

---

**Past Medical/Surgical/Family/Social History**

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |
| Arthritis of both | M13.861 | | | | Active | |
| Septic arthritis of knee | M00.9 | | | | Active | |

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,
**Family History List**
Diabetes, FATHER

**Social History:**

---



PAGE 1/1 * RCVD AT 11/10/2022 2:30:29 PM [Eastern Standard Time] * SVR:VA1PWFAX101/2 * DNIS:6033340380 * CSID: * ANI:17319683751 * DURATION (mm-ss):00-55

# HENDERSON COUNTY HOSPITAL

270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6025362

**Smoking Status:** Current every day smoker. **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

**Home Meds: Dose and Freq**: No Home Medications Available

## Review of Systems

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease injury.

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.
**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. + **arthralgias/joint pain**. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.
**Psych:** No insomnia. + **depression.** + **anxiety.** No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

## Physical Exam

# HENDERSON COUNTY HOSPITAL

270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6025362
**Note Type:** Clinic Provider Note

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°F) | SPO2 % | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (in) | Weight (lbs/ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2022 08:50 | 6025362 | 97/52 | Sitting Left Arm | 74 | 18 | 97.3 Temporal | 100 % | | | | 67.72 in | 172 lbs | 26.37 |
| 04/11/2022 [illegible] | 6012671 | 119/66 | Sitting Left Arm | 93 | | 97.5 Temporal | 96 % | Room Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 97/52 | Sitting Left Arm | 74 | 18 | 97.3 Temporal | 100 % | Room Air 21% | | 6 | 67.72 in | 172 lbs | 26.37 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal:** Full ROM of all major joints. Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**HENDERSON COUNTY HOSPITAL**
270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 737 **Account**
**Note Type:** Clinic Provider Note

---

**Skin:** Turgor adequate. No rash noted.

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

---

**Assessment:**

**Problems Addressed Today**
Active, Arthritis of both knees, M13.861, Active, , , 07/07/2022
Active, Septic arthritis of knee, M00.9, Active, , , 07/07/2022

**Plan:**

Form filled out, see attached

**Medications Given This Visit:**
**Ordered & Completed Meds Table**: No Current Medications Available

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG-2.5MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80-4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

**New Prescriptions Given Today:**

**New Prescriptions Today**: No Discharge Medications Available

**Diagnostics Ordered:**

**Lab Results: This Visit**: No Labs Available

---

**HENDERSON COUNTY HOSPITAL**
270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** /5/
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6023362

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| CRP | 1.7 H | mg/dL | 0.2-0.9 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| WBC | 9.4 | 10^3/uL | 4.2-10.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| RBC | 3.75 L | M/uL | 4.20-5.40 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| HEMOGLOBIN | 11.2 L | g/dL | 12.0-16.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| HEMATOCRIT | 35.7 L | % | 37.0-47.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MCV | 95 | fL | 81-101 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MCH | 29.9 | pg | 27.0-34.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MCHC | 31.4 L | g/dL | 31.5-36.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| PLATELETS | 441 H | 10^3/uL | 140-440 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| RDW | [illegible] | % | 12.2-16.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MPV | 8.7 | fL | 6.5-12.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #NEUT | 5.8 | 10^3/uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #LYMPH | 2.5 | 10^3/uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #MONO | 0.7 | 10^3/uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #EOS | 0.5 | 10^3/uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #BASO | 0.1 | 10^3/uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %NEUT | 61.1 | % | 50.0-75.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %LYMPH | 26 | % | 25.0-40.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %MONO | 7.4 | % | 0.0-14.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %EOS | 4.8 | % | 0.0-6.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %BASO | 0.7 | % | 0.0-3.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| CREATININE | 1.05 | mg/dL | 0.60-1.20 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| eGFRAA | >60 | mL/min 1.73m2 | >60 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 07/07/2022 13:35 CDT

HENDERSON COUNTY HOSPITAL
270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

Patient Name: KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6025362

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| eGFRNAA | 53 L | mL/min/1.73m2 | >60 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| SED RATE | 20 | mm/hr | 0-25 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| SGPT/ALT | 22 | U/L | 12-78 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| VANCOMYCIN TR | [illegible] | ug/mL | 10.0-20.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| CREATININE | 1.08 | mg/dL | 0.60-1.20 | 05/13/2022 13:29 | 05/13/2022 13:30 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 05/13/2022 13:29 | 05/13/2022 13:30 | final |
| eGFRNAA | 54 L | mL/min/1.73m2 | >60 | 05/13/2022 13:29 | 05/13/2022 13:30 | final |
| CRP | 1.6 H | mg/dL | 0.2-0.9 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| WBC | [illegible] H | 10^S 3/uL | [illegible] | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| HEMOGLOBIN | 11.8 L | g/dL | 12.0-16.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| HEMATOCRIT | 37.7 | % | 37.0-47.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MCV | 96 | fL | 81-101 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MCH | 29.9 | pg | 27.0-34.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| PLATELETS | 446 H | 10^S 3/uL | 140-440 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| RDW | 13.1 | % | 12.2-16.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MPV | 9.1 | fL | [illegible]-12.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #NEUT | 8 | 10^S 3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #LYMPH | 2.6 | 10^S 3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #MONO | 0.9 | 10^S 3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #EOS | 0.6 | 10^S 3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #BASO | 0.1 | 10^S 3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %NEUT | 65.5 | % | 50.0-75.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %LYMPH | 21.3 L | % | 25.0-40.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %MONO | 7.5 | % | 0.0-14.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %EOS | 5.1 | % | 0.0-6.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 07/07/2022 13:35 CDT

**HENDERSON COUNTY HOSPITAL**
270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6025362

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| %BASO | 0.6 | % | 0.0-2.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| CREATININE | 1.02 | mg/dL | 0.60-1.20 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| eGFRNAA | [illegible] L | mL/min/ 1.73m2 | >60 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| SED RATE | 20 | mm/hr | 0-25 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| SGPT/ALT | 23 | U/L | 12-78 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| VANCOMYCIN TR | 14.4 | ug/mL | 10.0-20.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| GLUCOSE | 107 | mg/dL | 74-110 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| BUN | 14 | mg/dL | 7-18 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| SODIUM | 138 | mEq/L | 136-145 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| POTASSIUM | [illegible] | mEq/L | 3.5-5.1 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CHLORIDE | 103 | mEq/L | 98-107 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CO2 | 30 | mEq/L | 21-32 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| ANION GAP | 9 L | mEq/L | 11-21 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CALCIUM | 8.9 | mg/dL | 8.5-10.1 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CREATININE | 1.05 | mg/dL | 0.60-1.20 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| BUN/CREAT | 13 | mg/dL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| eGFRNAA | 55 L | mL/min/ 1.73m2 | >60 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| WBC | 11.4 H | 10 S 3/uL | 4.2-10.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| RBC | 3.63 L | M/uL | 4.20-5.40 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| HEMOGLOBIN | 10.9 L | g/dL | 12.0-16.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| HEMATOCRIT | 31.8 L | % | 37.0-47.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MCV | 96 | fl | 81-101 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MCH | 30 | pg | 27.0-34.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| PLATELETS | 383 | 10 S 3/uL | 140-440 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 07/07/2022 13:35 CDT

## HENDERSON COUNTY HOSPITAL

270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6025362

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| RDW | 13.2 | % | 12.2-16.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MPV | 9.6 | fL | 6.5-12.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #NEUT | 7 | 10 S 3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #LYMPH | 2.9 | 10 S 3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #MONO | 1 | 10 S 3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #EOS | 0.4 | 10 S 3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #BASO | 0.1 | 10 S 3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %NEUT | 61.6 | % | 50.0-75.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %LYMPH | 25.6 | % | 25.0-40.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %MONO | 8.5 | % | 0.0-14.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %EOS | 3.7 | % | 0.0-6.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| [illegible] | [illegible] | % | 0.0-2.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MAGNESIUM | 1.7 L | mg/dL | 1.8-2.4 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CRP | 5.1 H | mg/dL | 0.2-0.9 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| WBC | 10.9 H | 10 S 3/uL | 4.2-10.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| RBC | 3.66 L | M/uL | 4.20-5.40 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| HEMOGLOBIN | 11 L | g/dL | 12.0-16.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| HEMATOCRIT | 35.5 L | % | 37.0-47.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MCV | 97 | fL | 81-101 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MCH | 30.1 | pg | 27.0-34.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MCHC | 31 L | g/dL | 31.5-36.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| PLATELETS | 335 | 10 S 3/uL | 140-440 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| RDW | 13.6 | % | 12.2-16.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MPV | 9.5 | fL | 6.5-12.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| CREATININE | 1.05 | mg/dL | 0.60-1.20 | 05/02/2022 15:04 | 05/02/2022 10:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 05/02/2022 15:04 | 05/02/2022 10:00 | final |
| eGFRNAA | 55 L | mL/min | >60 | 05/02/2022 15:04 | 05/02/2022 10:00 | final |
| SED RATE | 40 H | mm/hr | 0-25 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 07/07/2022 13:35 CDT

HENDERSON COUNTY HOSPITAL
270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB**
**Account #:** 6025362

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| SGPT/ALT | 23 | U/L | 12-78 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| VANCOMYCIN TR | 30.2 H | ug/mL | 10.0-20.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| CREATININE | 1.13 | mg/dL | 0.60-1.20 | 04/29/2022 10:58 | 04/29/2022 08:30 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/29/2022 10:58 | 04/29/2022 08:30 | final |
| eGFRNAA | 51 L | mL/min/[illegible] | >60 | 04/29/2022 10:58 | 04/29/2022 08:30 | final |
| C-REACTIVE PROTEIN | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| CBC W-PLT AUTO-DIFF | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| SED RATE AUTOMATED | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| TRANSFERASE ALT | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| VANCO TROUGH | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| CRP | 1.6 H | mg/dL | 0.2-0.9 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| WBC | 8.7 | 10^3/uL | 4.2-10.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| RBC | 3.96 L | M/uL | 4.20-5.40 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| HEMOGLOBIN | 12 | g/dL | 12.0-16.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MCV | 98 | fL | 81-101 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MCH | 30.3 | pg | 27.0-34.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MCHC | 31 L | g/dL | 31.5-36.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| PLATELETS | 455 | 10^3/uL | 140-440 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| RDW | 12.9 | % | 12.2-16.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MPV | 9.1 | fL | 6.5-12.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| CREATININE | 0.68 | mg/dL | 0.60-1.20 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 07/07/2022 13:35 CDT



PAGE 8/30 * RCVD AT 11/10/2022 2:38:59 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID: * ANI:17319683751 * DURATION (mm-ss):18-56

## HENDERSON COUNTY HOSPITAL

270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE

**MRN:** 757

**Account #:** 6025362

**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| SED RATE | 24 | mm/hr | 0-25 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| SGPT/ALT | 39 | U/L | 12-78 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| VANCOMYCIN TR | 16.8 | ug/mL | 10.0-20.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| CREATININE | 0.83 | mg/dL | 0.60-1.20 | 04/18/2022 15:31 | 04/18/2022 15:31 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/18/2022 15:31 | 04/18/2022 15:31 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/18/2022 15:31 | 04/18/2022 15:31 | final |
| CRP | 1.1 H | mg/dL | 0.2-0.9 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| WBC | 9.1 | 10^3/uL | 4.2-10.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| RBC | 3.74 L | M/uL | 4.20-5.40 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| HEMOGLOBIN | 11.3 L | g/dL | 12.0-16.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| HEMATOCRIT | 37.3 | % | 37.0-47.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MCV | 100 | fL | 81-101 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MCH | 30.2 | pg | 27.0-34.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MCHC | 30.3 L | g/dL | 31.5-36.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| PLATELETS | 610 H | 10^3/uL | 140-440 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| RDW | 13 | % | 12.2-16.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MPV | 9.1 | fL | 6.5-12.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| SED RATE | 37 H | mm/hr | 0-25 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| SGPT/ALT | 46 | U/L | 12-78 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| VANCOMYCIN TR | 17.1 | ug/mL | 10.0-20.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| CREATININE | 0.6 | mg/dL | 0.60-1.20 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |
| VANCOMYCIN TR | 13.4 | ug/mL | 10.0-20.0 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |
| CRP | 9.6 H | mg/dL | 0.2-0.9 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| WBC | 11.1 H | 10^3/uL | 4.2-10.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RBC | 3.62 L | M/uL | 4.20-5.40 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |

Electronically signed by: [illegible], P.A., 05 05 2022 15:35 CDT

**HENDERSON COUNTY HOSPITAL**
270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6025362

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| HEMOGLOBIN | 11 L | g/dL | 12.0-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMATOCRIT | 34.6 L | % | 37.0-47.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCV | 96 | fL | 81-101 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCH | 30.4 | pg | 27.0-34.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCHC | 31.8 | g/dL | 31.5-36.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| PLATELETS | 538 H | 10 S 3/uL | 140-440 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RDW | [illegible] | % | [illegible] | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MPV | 9 | fL | 6.5-12.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #NEUT | 6.6 | 10 S 3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #LYMPH | [illegible] | 10 S 3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #MONO | 0.8 | 10 S 3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #EOS | 0.5 | 10 S 3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #BASO | 0.1 | 10 S 3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %NEUT | 59.3 | % | 50.0-75.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %LYMPH | 28.9 | % | 25.0-40.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %MONO | 6.7 | % | 0.0-14.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %EOS | 4.3 | % | 0.0-6.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %BASO | 0.8 | % | 0.0-2.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| SED RATE | 44 H | mm/hr | 0-25 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| SGPT/ALT | 78 | U/L | 12-78 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| VANCOMYCIN TR | [illegible] | ug/mL | 10.0-20.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | [illegible] L | mg/dL | 0.60-1.20 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 07/07/2022 13:35 CDT

**HENDERSON COUNTY HOSPITAL**
270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6025362

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| CRP | 3 H | mg/dL | 0.2-0.9 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| WBC | 12.4 H | 10^3/uL | 4.2-10.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMOGLOBIN | 12.1 | g/dL | 12.0-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCV | 98 | fL | 81-101 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCH | 30.7 | pg | 27.0-34.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| PLATELETS | 423 | 10^3/uL | 140-440 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RDW | 13 | % | 12.2-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MPV | 9.9 | fL | 6.5-12.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #NEUT | 7.5 | 10^3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #LYMPH | 3.4 | 10^3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #MONO | 1.1 | 10^3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #EOS | 0.3 | 10^3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #BASO | 0.1 | 10^3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %NEUT | 60.5 | % | 50.0-75.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %LYMPH | 27.2 | % | 25.0-40.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %MONO | 9.1 | % | 0.0-14.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %EOS | 2.7 | % | 0.0-6.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %BASO | 0.5 | % | 0.0-2.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SED RATE | 40 H | mm/hr | 0-25 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SGPT/ALT | 43 | U/L | 12-78 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| VANCOMYCIN TR | 14.5 | ug/mL | 10.0-20.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 07/07/2022 13:35 CDT

**HENDERSON COUNTY HOSPITAL**

270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**

**MRN:** 757 **Account #:** 6025362

**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| REFLAB | All testing within this panel are complete | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPI CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPS CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| Color, Fluid | Yellow | | Yellow | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Clarity, Fluid | Cloudy A | | Clear | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Nucleated Cells, Synovial Fld | 110150 H | cells/uL | 0-200 | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| RBC, Fluid | FEW | | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Neut, Fluid | 91 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lymphocytes, Fluid | 3 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Macrophages | 6 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Eosinophils, Fluid | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lining Cells, Synovial | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| CRP | 5.3 H | mg/dL | 0.2 0.9 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| WBC | 13.9 H | 10/S 3/uL | 4.2-10.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RBC | 4.48 | M/uL | 4.20-5.40 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMOGLOBIN | 13.7 | g/dL | 12.0-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMATOCRIT | 43.4 | % | 37.0-47.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCV | 97 | fL | 81-101 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCH | 30.6 | pg | [illegible]-34.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCHC | 31.6 | g/dL | 31.5-36.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| PLATELETS | 418 | 10/S/3/uL | 140-440 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RDW | 13.3 | % | 12.2-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MPV | 9 | fL | 6.5-12.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #NEUT | 9.3 | 10/S 3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #LYMPH | 3.6 | 10/S/3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #MONO | 0.8 | 10/S/3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #EOS | 0.1 | 10/S 3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, [illegible], [illegible] 13:25 CDT

## HENDERSON COUNTY HOSPITAL

[illegible] WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6025362

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| #BASO | 0.1 | 10^3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %NEUT | 67.1 | % | 50.0-75.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %LYMPH | 26.2 | % | 25.0-40.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| [illegible] | 5.4 | % | [illegible] | [illegible] | [illegible] | final |
| %EOS | 0.9 | % | 0.0-6.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %BASO | 0.4 | % | 0.0-2.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| SED RATE | 36 H | mm/hr | 0-25 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| VENIPUNCTURE | | | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

**Radiology Ordered and Reviewed from Last Three Visits**

**Medicines Ordered and Reviewed**

**Discharge Medications**

| Medication | Dosage | Route | Frequency | Prescribing MD | Special Instructions |
|---|---|---|---|---|---|
| Albuterol HFA 0.09MG/INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |

Electronically signed by: ALAN WEATHERFORD, PA, 07/07/2022 13:35 CDT

HENDERSON COUNTY HOSPITAL
270 WEST CHURCH STREET STE A, LEXINGTON, TN 383512077 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6025362

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| Medication | Dosage | Route | Frequency | Prescribing MD | Special Instructions |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

## Henderson County Hospital

200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6035620
**Note Type:** Clinic Provider Note

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** **Age:** 51 years
09/15/2022 09:20

**Chief Complaint: Chief Complaint:** 6 MONTH CK UP/MED REFILLS FAMILY

**History of Present Illness:**

Patient diagnosed with septic arthritis in the right knee 6 months ago. She went to Shane Dunaway and had arthrocentesis. It did not improve and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek who opened the knee and cleaned it out in surgery. She had a pic line placed and took 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. Has appt with Dr. Pucek in October. Has not worked since this began. Has MRI scheduled on Tuesday.

She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve - followed by Dr. Korban. Dr. Korban is going to perform a CTA to r/o anurysm - working on getting this cleared.

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**, car is a "lemon" - Nissin - home health. In a rental car now
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication - Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.
She has not had a colon screening. She will consider and let us know when she would like to proceed.

**Past Medical/Surgical/Family/Social History**

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |
| Arthritis of both knees | M13.861 | | | | Active | |
| Septic arthritis of knee | M00.9 | | | | Active | |

**Surgery List**
Surgery on external ear.
Cancer of vulva.
Cancer of vulva.
Kidney stone.

**Family History List**
Diabetes, FATHER

**Social History:**

**Smoking Status:** Current every day smoker. **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

**Home Meds: Dose and Freq:** No Home Medications Available

**Review of Systems**

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease injury.

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 • 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6035620

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. No arthralgias/joint pain. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. No depression. No anxiety. No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

## Physical Exam

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (in) | Weight (lbs/ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15/2022 08:54 | 6035620 | 144/60 | Sitting/ Left Arm | 65 | 20 | 97.8 Temporal | 97 % | | | | 66.93 in | 182.6 lbs | 28.66 |
| 07/07/2022 08:30 | [illegible] | [illegible] | Sitting/ Left Arm | [illegible] | [illegible] | 97.3 Temporal | 100 % | | | | 67.72 in | [illegible] | [illegible] |
| [illegible] 16:26 | 6012671 | 119/66 | [illegible] Left Arm | 93 | | [illegible] Temporal | 96 % | Room Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting/ Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6035620

| Date/Time | Visit Number | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (in) | Weight (lbs/ ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2022 00:40 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 144/[illegible] | Sitting/ Left Arm | [illegible] | [illegible] | 97.8 Temporal | [illegible] | Room Air 21% | | 6 | 66.93 in | 182.6 lbs | 28.66 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA. EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.
**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal:** Full ROM of all major joints. Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

---

**Assessment:**

---

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 • 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6035620

---

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 09/16/2022
Active, GERD, K21.9, Active, , , 09/16/2022
Active, Hyperlipidemia, E78.5, Active, , , 09/16/2022
Active, Pain in right knee, M25.561, Active, , , 09/16/2022
Active, Arthritis of both knees, M13.861, Active, , , 09/16/2022
Active, Septic arthritis of knee, M00.9, Active, , , 09/16/2022

**Plan:**

Continue current medications, diet, and exercise as tolerated. RTC in 6 months, sooner if needed.

**Medications Given This Visit:**
**Ordered & Completed Meds Table**: No Current Medications Available

**Discharge Medications:**
Discharge Medications
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

**New Prescriptions Given Today:**

**New Prescriptions Today**: No Discharge Medications Available

**Lab Results: This Visit**: No Labs Available

---

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN [illegible]

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** [illegible] **Account #:** [illegible]
**Note Type:** Clinic Provider Note

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| CRP | 1.7 H | mg/dL | 0.2-0.9 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| WBC | 9.4 | 10\S 3/uL | 4.2-10.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| RBC | 3.75 L | M/uL | 4.20-5.40 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| HEMOGLOBIN | 11.2 L | g/dL | 12.0-16.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| HEMATOCRIT | 35.7 L | % | 37.0-47.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MCV | [illegible] | fl | 81-101 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MCH | 29.9 | pg | 27.0-34.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MCHC | 31.4 L | g/dL | 31.5-36.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| PLATELETS | 441 H | 10\S 3/uL | 140-440 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| RDW | 13.3 | % | 12.2-16.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MPV | 8.7 | fL | 6.5-12.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #NEUT | 5.8 | 10\S 3/uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #LYMPH | 2.5 | 10\S 3/uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #MONO | 0.7 | 10\S 3/uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #EOS | [illegible] | 10\S 3/uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #BASO | 0.1 | 10\S 3/uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %NEUT | 61.1 | % | 50.0-75.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %LYMPH | 26 | % | 25.0-40.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %MONO | 7.4 | % | 0.0-14.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %EOS | 4.8 | % | 0.0-6.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %BASO | 0.7 | % | 0.0-2.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| CREATININE | 1.05 | mg/dL | 0.60-1.20 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |

Electronically signed by: ALAN WEATHERFORD, PA. 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD. 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| eGFRNAA | 55 L | mL/min/1.73m2 | >60 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| SED RATE | 20 | mm/hr | 0-25 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| SGPT/ALT | 22 | U/L | 12-78 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| VANCOMYCIN TR | 13.1 | ug/mL | 10.0-20.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| CREATININE | 1.08 | mg/dL | 0.60-1.20 | 05/13/2022 13:29 | 05/13/2022 13:30 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 05/13/2022 13:29 | 05/13/2022 13:30 | final |
| eGFRNAA | [illegible] | mL/min/1.73m2 | >60 | 05/13/2022 13:29 | 05/13/2022 13:30 | final |
| CRP | 1.6 H | mg/dL | 0.2-0.9 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| WBC | 12.2 H | 10/S/3/uL | 4.2-10.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| HEMOGLOBIN | 11.8 L | g/dL | 12.0-16.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| HEMATOCRIT | 37.7 | % | 37.0-47.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MCV | 96 | fL | 81-101 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MCH | 29.9 | pg | 27.0-34.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| PLATELETS | 446 H | 10/S/3/uL | 140-440 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| RDW | 13.1 | % | 12.2-16.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MPV | 9.1 | fL | 6.5-12.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #NEUT | 8 | 10/S/3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #LYMPH | 2.6 | 10/S/3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #MONO | 0.9 | 10/S/3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #EOS | 0.6 | 10/S/3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #BASO | 0.1 | 10/S/3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %NEUT | 65.5 | % | 50.0-75.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %LYMPH | 21.3 L | % | 25.0-40.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %MONO | 7.5 | % | 0.0-14.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %EOS | 5.1 | % | 0.0-6.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT



PAGE 21/30 * RCVD AT 11/10/2022 2:38:59 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID: * ANI:17319683751 * DURATION (mm-ss):18-56

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6035620
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| %BASO | 0.6 | % | 0.0-2.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| CREATININE | 1.02 | mg/dL | 0.60-1.20 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| eGFRNAA | [illegible] L | mL/min/1.73m2 | >60 | [illegible] | 05/09/2022 05:00 | final |
| SED RATE | 20 | mm/hr | 0-25 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| SGPT/ALT | 23 | U/L | 12-78 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| VANCOMYCIN TR | 14.4 | ug/mL | 10.0-20.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| GLUCOSE | 107 | mg/dL | 74-110 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| BUN | 14 | mg/dL | 7-18 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| SODIUM | 138 | mEq/L | 136-145 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| POTASSIUM | 3.5 | mEq/L | 3.5-5.1 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CHLORIDE | 103 | mEq/L | 99-107 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CO2 | 30 | mEq/L | 21-32 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| ANION GAP | 9 L | mEq/L | 11-21 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CALCIUM | 8.9 | mg/dL | 8.5-10.1 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CREATININE | 1.05 | mg/dL | 0.60-1.20 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| BUN/CREAT | 13 | mg/dL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| eGFRNAA | 55 L | mL/min/1.73m2 | >60 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| WBC | 11.4 H | 10^3/uL | 4.2-10.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| RBC | 3.63 L | M/uL | 4.20-5.40 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| HEMOGLOBIN | 10.9 L | g/dL | 12.0-16.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| HEMATOCRIT | 34.8 L | % | 37.0-47.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MCV | 96 | fL | 81-101 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MCH | 30 | pg | 27.0-34.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, [illegible]
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

## Henderson County Hospital

200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6035620

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| PLATELETS | 383 | 10 S 3/uL | 140-440 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| RDW | 13.2 | % | 12.2-16.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | final |
| #NEUT | 7 | 10 S 3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #LYMPH | 2.9 | 10 S 3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #MONO | 1 | 10 S 3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #EOS | 0.4 | 10 S 3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #BASO | 0.1 | 10 S 3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %NEUT | 61.6 | % | 50.0-75.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %LYMPH | 25.6 | % | 25.0-40.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %MONO | 8.5 | % | 0.0-14.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %EOS | 3.7 | % | 0.0-6.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %BASO | 0.6 | % | 0.0-2.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MAGNESIUM | 1.7 L | mg/dL | 1.8-2.4 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CRP | 5.1 H | mg/dL | 0.2-0.9 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| WBC | 10.9 H | 10 S 3/uL | 4.2-10.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| RBC | 3.66 L | M/uL | 4.20-5.40 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| HEMOGLOBIN | 11 L | g/dL | 12.0-16.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| HEMATOCRIT | 35.3 L | % | 37.0-47.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MCV | 97 | fL | 81-101 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MCH | 30.1 | pg | 27.0-34.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MCHC | 31 L | g/dL | 31.5-36.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| PLATELETS | 335 | 10 S 3/uL | 140-440 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| RDW | 13.6 | % | 12.2-16.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MPV | 9.5 | fL | 6.5-12.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| CREATININE | 1.05 | mg/dL | 0.60-1.20 | 05/02/2022 15:04 | 05/02/2022 10:00 | final |
| eGFRAA | >60 | 1.73m2 | >60 | 05/02/2022 15:04 | 05/02/2022 10:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:17 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6035620

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| eGFRNAA | 55 L | mL/min/ | >60 | 05/02/2022 15:04 | 05/02/2022 10:00 | final |
| SED RATE | 40 H | mm/hr | 0-25 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| SGPT/ALT | 23 | U/L | 12-78 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| VANCOMYCIN TR | 30.2 H | ug/mL | 10.0-20.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| CREATININE | 1.13 | mg/dL | 0.60-1.20 | 04/29/2022 10:58 | 04/29/2022 08:30 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/29/2022 10:58 | 04/29/2022 08:30 | final |
| eGFRNAA | 51 L | mL/min/ 1.73m2 | >60 | 04/29/2022 10:58 | 04/29/2022 08:30 | final |
| C-REACTIVE PROTEIN | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| CBC W-PLT AUTO-DIFF | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| SED RATE AUTOMATED | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| TRANSFERASE ALT | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| VANCO TROUGH | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| CRP | 1.6 H | mg/dL | 0.2-0.9 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| WBC | 8.7 | 10\S\3/uL | 4.2-10.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| RBC | 3.96 L | M/uL | 4.20-5.40 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| HEMOGLOBIN | 12 | g/dL | 12.0-16.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MCV | 98 | fL | 81-101 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MCH | 30.3 | pg | 27.0-34.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MCHC | 31 L | g/dL | 31.5-36.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| PLATELETS | 435 | 10\S\3/uL | 140-440 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| RDW | 12.9 | % | 12.2-16.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MPV | 9.1 | fL | 6.5-12.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| CREATININE | 0.68 | mg/dL | 0.60-1.20 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT



PAGE 24/30 * RCVD AT 11/10/2022 2:38:59 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID: * ANI:17319683751 * DURATION (mm-ss):18-56

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY W[illegible] **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| SED RATE | 24 | mm/hr | 0-25 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| SGPT/ALT | 39 | U/L | 12-78 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| VANCOMYCIN TR | 16.8 | ug/mL | 10.0-20.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| CREATININE | 0.83 | mg/dL | 0.60-1.20 | 04/18/2022 15:31 | 04/18/2022 15:31 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/18/2022 15:31 | 04/18/2022 15:31 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/18/2022 15:31 | 04/18/2022 15:31 | final |
| CRP | 1.1 H | mg/dL | 0.2-0.9 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| WBC | 9.1 | 10^3/uL | 4.2-10.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| RBC | 3.74 L | M/uL | 4.20-5.40 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| HEMOGLOBIN | 11.3 L | g/dL | 12.0-16.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| HEMATOCRIT | 37.3 | % | 37.0-47.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MCV | 100 | fL | 81-101 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MCH | 30.2 | pg | 27.0-34.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MCHC | 30.3 L | g/dL | 31.5-36.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| PLATELETS | 610 H | 10^3/uL | 140-440 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| RDW | 13 | % | 12.2-16.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MPV | 9.1 | fL | 6.5-12.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| SED RATE | 37 H | mm/hr | 0-25 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| SGPT/ALT | 46 | U/L | 12-78 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| VANCOMYCIN TR | 17.1 | ug/mL | 10.0-20.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| CREATININE | 0.6 | mg/dL | 0.60-1.20 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

Henderson County Hospital
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6035620

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| **Lab Results: Last 6 Months** | | | | | | |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |
| VANCOMYCIN TR | 13.4 | ug/mL | 10.0-20.0 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |
| CRP | 9.6 H | mg/dL | 0.2-0.9 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| WBC | 11.1 H | 10\S\3/uL | 4.2-10.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RBC | 3.62 L | M/uL | 4.20-5.40 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMOGLOBIN | 11 L | g/dL | 12.0-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMATOCRIT | 34.6 L | % | 37.0-47.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCV | 96 | fL | 81-101 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCH | 30.4 | pg | 27.0-34.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCHC | 31.8 | g/dL | 31.5-36.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| PLATELETS | 538 H | 10\S\3/uL | 140-440 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RDW | 12.5 | % | 12.2-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MPV | 9 | fL | 6.5-12.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #NEUT | 6.6 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #LYMPH | 3.2 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #MONO | 0.8 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #EOS | 0.5 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %NEUT | 59.3 | % | 50.0-75.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %LYMPH | 28.9 | % | 25.0-40.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %MONO | 6.7 | % | 0.0-14.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %EOS | 4.3 | % | 0.0-6.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %BASO | 0.8 | % | 0.0-2.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| SED RATE | 44 H | mm/hr | 0-25 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

Henderson County Hospital
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| SGPT ALT | 78 | U/L | 12-78 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| VANCOMYCIN TR | 10 | ug/mL | 10.0-20.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.53 L | mg dL | 0.60-1.20 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| CRP | 3 H | mg/dL | 0.2-0.9 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| WBC | 12.4 H | 10 S 3/uL | 4.2-10.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMOGLOBIN | 12.1 | g/dL | 12.0-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCV | 98 | fL | 81-101 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCH | 30.7 | pg | 27.0-34.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| PLATELETS | 423 | 10 S 3 uL | 140-440 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RDW | 13 | % | 12.2-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MPV | 9.9 | fL | 6.5-12.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #NEUT | 7.5 | 10 S 3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #LYMPH | 3.4 | 10 S 3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #MONO | 1.1 | 10 S 3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #EOS | 0.3 | 10 S 3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #BASO | 0.1 | 10 S 3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %NEUT | 60.5 | % | 50.0-75.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %LYMPH | 27.2 | % | 25.0-40.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %MONO | 9.1 | % | 0.0-14.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %EOS | 2.7 | % | 0.0-6.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %BASO | 0.5 | % | 0.0-2.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

## Henderson County Hospital

200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| eGFR AA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| eGFR NAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SED RATE | 40 H | mm/hr | 0-25 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SGPT/ALT | 43 | U/L | 12-78 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| VANCOMYCIN TR | 14.5 | ug/mL | 10.0-20.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| REFLAB | All testing within this panel are complete | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPI CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPS CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| Color, Fluid | Yellow | | Yellow | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Clarity, Fluid | Cloudy A | | Clear | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Nucleated Cells Synovial Fld | [illegible] | cells/uL | 0-200 | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| RBC, Fluid | FEW | | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Neut, Fluid | 91 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lymphocytes, Fluid | 3 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Macrophages | 6 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Eosinophils, Fluid | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lining Cells, Synovial | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| CRP | 3.3 H | mg/dL | 0.2-0.9 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| WBC | 13.9 H | 10^3/uL | 4.2-10.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RBC | 4.48 | M/uL | 4.20-5.40 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMOGLOBIN | 13.7 | g/dL | 12.0-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMATOCRIT | 43.4 | % | 37.0-47.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCV | 97 | fL | 81-101 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCH | 30.6 | pg | 27.0-34.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

## Henderson County Hospital

200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| MCHC | 31.6 | g/dL | 31.5-36.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| PLATELETS | 418 | 10S3/uL | 140-440 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RDW | 13.3 | % | 12.2-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MPV | 9 | fL | 6.5-12.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #NEUT | 9.5 | 10S3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #LYMPH | 3.6 | 10S3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #MONO | 0.8 | 10S3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #EOS | 0.1 | 10S3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #BASO | 0.1 | 10S3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %NEUT | 67.1 | % | 50.0-75.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %LYMPH | 26.2 | % | 25.0-40.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %MONO | 7.1 | % | 0.0-11.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %EOS | 0.9 | % | 0.0-6.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %BASO | 0.4 | % | 0.0-2.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| SED RATE | 36 H | mm/hr | 0-25 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| VENIPUNCTURE | | | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

**Medicines Ordered and Reviewed**

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |

Electronically signed by: ALAN WEATHERFORD, PA. 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD. 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6035620

**Discharge Medications**

| Medication | Dosage | Route | Frequency | Prescribing MD | Special Instructions |
|---|---|---|---|---|---|
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol [illegible] Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 [illegible] Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

# Background Information for Kimberly Kindle

Your information was received on July 13, 2022 at 2:33:11 PM.

Background Information: Identification

## Applicant Identification

Name: **Kimberly Kindle**
Social Security Number:
Date of Birth:
Gender: **Female**
Blind or low vision: **No**
Disabled: **Yes**
Start Date of Disability: **March 21, 2021**
Denied Benefits in Last 60 days: **No**
Diagnosed with condition that is expected to end in death: **No**

## Preparer's Contact Information

Name: **Lena Beal**
Relationship to Applicant: **Attorney Representative**
Organization Name:
Address: **22 Monroe Ave, Lexington, Tennessee, 38351**
Phone: **(731) 968-9077**

## Applicant's Contact Information

**Contact Information**
Mailing Address:
Reside at this address: **Yes**
Phone: **Mobile**
Best time to call: **Anytime between 9 a.m. and 5 p.m.**

**Ability to Communicate in English**
Speak English: **Yes**
Read English: **Yes**
Write English: **Yes**

**Language Preferences**
Preferred language for speaking: **English**
Preferred language for reading: **English**

## Birth and Citizenship Information

Place of Birth: **Lexington, Tennessee**
U.S. Citizen: **Yes**
Type of Citizenship: **US citizen born inside US**

## Other Social Security Numbers and Names

**Other Social Security Numbers**
Any other Social Security Numbers used: **No**

**Other Names**
Any other names used: **No**

Background Information: General

## Marriage Information

Currently married: **No**

## Prior Marriages

Any prior marriages: **No**

## Children

Have any children: **No**

## Military Details

Military service prior to 1968: **No**

## Employer Details

Worked for an employer in 2021: **Yes**
Worked or will work for an employer in 2022: **No**

## Employer Details 1

Employer's name: **TN Quality Home Care**
Employer's address: **580 TN Ave N, Parsons, Tennessee, 38363**
Date employment began: **April 2008**
Date employment ended: **March 2022**
Employment has not ended: **No**

## Self-Employment Details

Self-employed in 2021: **No**
Self-employed in 2022: **No**

## Supplemental Information

Worked outside the US: **No**
Agree with earnings history as shown on Social Security statement: **Not sure or Kimberly Kindle does not have a statement**

## Total Earnings

Total of all wages and tips in 2021: **$55000**
Worked outside the United States for salary, wages, or self-employment in 2021: **No**
Total earnings include any special payments paid in one year but earned in another: **No**

## Other Pensions/Annuities

Ever work in a job where U.S. Social Security taxes were not deducted or withheld: **No**

## Direct Deposit Details

Own or co-own a bank account to use for Direct Deposit: **No**

Background Information: Other Benefits

## Benefit Information

Intend to apply for Supplemental Security Income benefits: **Yes**
Everyone in household receiving or applying for Supplemental Security Income: **No**
Any previous application(s) for Medicare, Social Security, or Supplemental Security Income benefits: **No**

## Ability To Work

Illnesses, injuries, conditions related to work: **No**

Now able to work: **No**

## Disability Payments

Filed or intend to file for workers' compensation or other public disability benefits: **Yes**
Received money from employer on/after date unable to work: **No**
Expect to receive money from employer in the future: **No**

## Dependents

Has one parent who receives one-half support: **No**

Background Information: Remarks & Options

## Remarks

The following are your remarks:

# Disability Information for Kimberly Kindle

Your information was received on July 13, 2022 at 2:44:41 PM.

Identification

## Applicant Information

**Identification Information**
Name: **Kimberly Kindle**
Social Security Number:
Date of Birth:
Gender: **Female**

**Contact Information**
Mailing Address:
Daytime Phone Number:
Alternate Phone Number:

**Ability to Communicate in English**
Speak English: **Yes**
Read English: **Yes**
Write English: **Yes**

**Other Names**
Other Names Used on Medical or Educational Records: **No**

## Preparer's Contact Information

Name: **Lena Beal**
Relationship to Applicant: **Attorney Representative**
Address: **22 Monroe Ave, Lexington, Tennessee, 38351**
Phone: **(731) 968-9077**

## Re-entry Number

The Re-entry Number is: **73982194**
(The Re-entry Number cannot be edited.)

Medical

## Conditions

**List of physical and mental conditions:**

1: **Septic arthritis R knee**
2: **Tricuspid valve needs replacement**
3: **Anxiety**
4: **Depression**
5: **Residuals from vulva cancer**
6: **Hearing loss L ear**

Height without shoes: **5** feet **7** inches
Weight without shoes: **172** lbs
Conditions cause pain or other symptoms: **Yes**

**Seen a healthcare provider or received treatment, or have an appointment scheduled:**

For physical conditions: **Yes**
For mental conditions: **Yes**

## Other Contact

Name: **Lena Beal**
Relationship to Applicant: **Attorney Representative**
Address: **22 Monroe Ave, Lexington, Tennessee, 38351**
Phone Number: **(731) 968-9077**
Speak English: **Yes**

## Hospital/Clinic 1

**Hospital/Clinic Details**

Name: **West TN Bne and Joint**
Name of Healthcare Professional Treated By:
Address: **24 Physicians Dr, Jackson, Tennessee, 38305**
Phone Number: **(731) 661-9825**
Record Number:
Emergency Room Visits: **No**
Inpatient Stays: **No**
Outpatient Visits: **Yes**
First Visit: **2022**
Last Visit: **2022**
Next Scheduled Visit: **2022**
Medical Conditions Treated: **Knee**
Treatment Received: **Med, test, exam, arthritis**

## Hospital/Clinic 2

**Hospital/Clinic Details**
Name: **Korban Cardiology**
Name of Healthcare Professional Treated By:
Address: **250 Boswell St, Lexington, Tennessee, 38351**
Phone Number: **(731) 513-5701**
Record Number:
Emergency Room Visits: **No**
Inpatient Stays: **No**
Outpatient Visits: **Yes**
First Visit: **2022**
Last Visit: **2022**
Next Scheduled Visit: **2022**
Medical Conditions Treated: **Heart**
Treatment Received: **Med, test, exam**

## Hospital/Clinic 3

**Hospital/Clinic Details**
Name: **Henderson Co MEdical Group**
Name of Healthcare Professional Treated By:
Address: **270 W Church St, Lexington, Tennessee, 38351**
Phone Number: **(731) 968-2006**
Record Number:
Emergency Room Visits: **No**
Inpatient Stays: **No**

Outpatient Visits: **Yes**
First Visit: **2000s**
Last Visit: **2022**
Next Scheduled Visit: **2022**
Medical Conditions Treated: **GP**
Treatment Received: **MEd, test, exam**

## Hospital/Clinic 4

**Hospital/Clinic Details**
Name: **Jackson General**
Name of Healthcare Professional Treated By:
Address: **620 Skyline Dr, Jackson, Tennessee, 38301**
Phone Number: **(731) 541-5000**
Record Number:
Emergency Room Visits: **Yes**
Visit 1: **2022**
Visit 2:
Visit 3:
Inpatient Stays: **Yes**
Admission Date 1: **2022**
Discharge Date 1: **2022**
Admission Date 2:
Discharge Date 2:
Admission Date 3:
Discharge Date 3:
Outpatient Visits: **No**
Medical Conditions Treated: **Knee**
Treatment Received: **MEd, test, exam, surgery**

## Hospital/Clinic 5

**Hospital/Clinic Details**
Name: **Tristar MEdical Group**
Name of Healthcare Professional Treated By:
Address: **2400 Patterson St, Ste 307, Nashville, Tennessee, 37203**
Phone Number: **(615) 342-6900**
Record Number:
Emergency Room Visits: **No**
Inpatient Stays: **No**
Outpatient Visits: **Yes**

First Visit: **2022**
Last Visit: **2022**
Next Scheduled Visit: **2022**
Medical Conditions Treated: **Heart**
Treatment Received: **Med, test, exam**

## Hospital/Clinic 6

**Hospital/Clinic Details**
Name: **St Thomas Hospital**
Name of Healthcare Professional Treated By:
Address: **4220 Harding Pike, Nashville, Tennessee, 37205**
Phone Number: **(615) 222-2111**
Record Number:
Emergency Room Visits: **No**
Inpatient Stays: **No**
Outpatient Visits: **Yes**
First Visit: **2022**
Last Visit: **2022**
Next Scheduled Visit: **2022**
Medical Conditions Treated: **Heart condition**
Treatment Received: **Med, test, exam**

## Hospital/Clinic 7

**Hospital/Clinic Details**
Name: **TN Quality Home Care**
Name of Healthcare Professional Treated By:
Address: **580 TN Ave N, Parsons, Tennessee, 38363**
Phone Number: **(731) 847-9228**
Record Number:
Emergency Room Visits: **No**
Inpatient Stays: **No**
Outpatient Visits: **Yes**
First Visit: **2022**
Last Visit: **2022**
Next Scheduled Visit: **2022**
Medical Conditions Treated: **Home health**
Treatment Received: **Med, test, exam**

Work/Education

## Work Status

Currently Working: **No, she has stopped working**

## Work Activity

Date Stopped Working: **March 21, 2021**
Reason for Stopping: **Because of her condition**
Changes in Work Activity: **No**

## Job History

Earnings greater than $1310 since March 21, 2021: **No**
Number of jobs in the past 15 years: **2**

**Most Recent Job**
Job Title: **Physical Therapy Assistant**
Type of Business: **PT**
Start Date: **January 2004**
End Date: **January 2022**
Hours per Day: **8**
Days per Week: **5**
Pay Amount: **$55000**
Pay Frequency: **Yearly**

**Previous Job #1**
Job Title: **Convenience store worker**
Type of Business: **Convenience store**
Start Date: **January 1996**
End Date: **January 2004**
Hours per Day: **8**
Days per Week: **5**
Pay Amount: **$5.15**
Pay Frequency: **Hourly**

## Education

**Education**
Highest grade completed: **2 Years of College**
Date Completed: **May 2004**
School Name: **Jackson State**

Location of School: **Jackson, Tennessee**
Received Special Education: **No**

**Training**

Completed Specialized Training, Trade or Vocation School: **No**

**Language Information**

Written Language Used Every Day: **English**
If Other is Selected, Please Specify Language:
Reading Language Used Every Day: **Yes**
Writing Language Used Every Day: **Yes**

Remarks

## Remarks

Additional information:

## Medical Release Form for Kimberly Kindle

Your information was received on July 13, 2022 at 2:44:41 PM.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

Lincoln/Kindle 0804

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 11, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

We are writing in reference to your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

To date we have not received a response to our request. Please provide us proof of your application. If you have not already done so, you can initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application. If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that speciali e in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative s contact information for future requests of information and/or updates.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: (603) 334-0401 or
- Email: DisabilityDocuments@LFG.com

If you do not complete that application and provide proof of the application by December 24, 2022, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Beauregard
Social Security Specialist I
Phone No.: (888) 437-7611 Ext. 69141
Secure Fax No.: (603) 334-0401

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher



EMPLOYEE/CLAIMANT NAME: Kimberly Kindle

CLAIM NO: 12903776 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: American Health Companies

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

00000040 LF8938M1 00000635

How long are you able to:

sit 2 HRS stand 30 MINUTES walk 30 MINUTES

How many hours a day do you:

sit 23 stand 30 MINUTES walk 30 MINUTES

Do you take a nap during the day?

Yes ✓ No ________

If Yes, for how long? 2 HOURS At what time of the day? VARIOUS TIMES

How many hours a day do you spend in bed? 6 HRS

Do you require any assistive devices such as a:

cane ✓ walker ✓ crutches ________ wheelchair ✓ CARRING GROCERIES other SHOWER CHAIR

How long are you able to sit in a car? 1 HOUR 2 HOURS WHEN I GO TO DOCTOR IN NASHVILLE

Do you hold a valid driver's license?

Yes ✓ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? 1 HOUR

**Please provide a copy of your driver's license when returning this form.** ATTACHED

How do you maintain contact with people or activities that matter mos to you?

________

Do you have children?

Yes ________ No ✓ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ✓ If Yes, please explain ________

How many times a day do you leave the house during the week? ________ 3-4 TIMES

On the weekends? 1

How often do you run errands? NONE EXCEPT GROCERY, CHURCH, DRUG STORE

Please describe what errands you most commonly run: " " "

________

**Lincoln/Kindle 0807**

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 2 of 4

00000040 LF8938M1 00000636

How often do you get outdoors? SIT ON MY PORCH ABOUT EVERY DAY

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. GOOGLE

If yes, how often per day (hours) do you use the internet? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? NEWS, DISABILITY SITES

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. YOUTUBE & FACEBOOK

If yes, how often per day (hours) do you engage in activities? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? INFORMATION - NEWS

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. CELL PHONE

| | None | 0-1 hours | 2-3 hours | 3-4 hours | 5+ hours |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ✓ | | | | |
| If yes on a phone, how long (hours per day)? | | ✓ | | | |
| If yes on a IPad or Tablet (hours per day)? | ✓ | | | | |
| If yes on a E-reader, (hours per day)? | ✓ | | | | |

For what reasons, do you use these devices?

NEWS

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? NONE

| | None | 0-1 hours | 2-3 hours | 3-4 hours | 5+ hours |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ✓ | | | | |
| If yes, how many days per week do you play? | ✓ | | | | |

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | SELF | |
| Carrying groceries into the house | | WHEEL CHAIR |
| Cooking meals | DON'T | NO |
| Cleaning after meals | " | NO |
| Cleaning bathrooms | SELF | NO |
| Vacuuming | " | NO |
| Doing the laundry | " | NO |
| Opening and responding to mail | " | NO |

**Lincoln/Kindle 0808**

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE


| | | |
|---|---|---|
| Managing your finances | SELF | NONE |
| Balancing your checkbook | " | " |
| Bathing yourself | " | SHOWER CHAIR |
| Styling your own hair | " | NONE |
| Getting dressed | " | NONE |
| Going up and down stairs | SELF | ONE STEP @ TIME USING RAILS |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ____

If Yes, please provide reason and hospital contact Information:
JACKSON MADISON CO. GENERAL, JACKSON, TN MARCH-2022
SEPTIC RIGHT KNEE

How often do you travel or take vacation? NONE

Where do you go? How do you get there (transportation method)?
WISH I COULD BUT CAN'T

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe NO HOBBIES

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**
SEVERE PAIN IN KNEE, SOME BACK ISSUES.
RIGHT KNEE HAS HAD SURGERY STILL MAJOR
ISSUES WITH IT

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
AT HOME, T.V. SITTING ON FRONT PORCH, VERY
LITTLE WALKING DUE TO PAIN LEVEL

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
731 968 ~~9470~~ 5470

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
731 798 6642

Lincoln/Kindle 0809

00000040 LF8938M1 00000637

Lincoln Financial Group®

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Kimberly Kindle Date: 10-12-2022

Signature: ✓ Kimberly Kindle

00000040 LF8938M1 00000638




**Lincoln/Kindle 0811**

00000040 LF8938M1 00000639

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/22/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: DR. ALAN WEATHERFORD
Specialty: PCP
Address: 270 W. CHURCH ST
LEXINGTON, TN 38351
Telephone No.: (731) 968 2026 Fax No.: ( )

Name: WEST TENNESSEE BONE & JOINT
Specialty: BONE & JOINT
Address: 24 PHYSCIANS DR.
JACKSON, TN 38305
Telephone No.: (731) 661 9825 Fax No.: ( )

Name: KORBAN CARDIOLOGY
Specialty: HEART
Address: 250 BOSWELL ST.
LEXINGTON, TN 38351
Telephone No.: 731) 513 5791 Fax No.: ( )

Name: JACKSON MADISON CO. GENERAL HOSPITAL
Specialty: HOSPITAL
Address: 620 SKYLINE DR.
JACKSON, TN 38301
Telephone No.: 731) 541-5000 Fax No.: ( )

Also ST. THOMAS HOSPITAL, NASHVILLE, TN + DR. VENKATARAM REDDY, NASHVILLE TN

**MEDICAL INSURANCE CARRIER(S):**

Name:
Specialty: See CARD →
Address:

Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:

Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: FAMILY PHARMACY
Specialty: DRUG STORE
Address: 6 HOSPITAL DR.
LEXINGTON, TN
Telephone No. 731) 968 6979 Fax No.: ( )

Name:
Specialty:
Address:

Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ✓ Kimberly Kindle DATE: 10-12-2022

**Lincoln/Kindle 0812**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Karen Faucher

**EMPLOYEE/CLAIMANT NAME:** Kimberly Kindle **CLAIM #:** 12903776
**EMPLOYER:** American Health Companies **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) KIMBERLY KINDLE | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status SINGLE |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name MICHAEL AUTREY Relationship to you? NEPHEW Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☑ | ☐ | Other income/money/benefit (describe) LINCOLN FINANCIAL LONG TERM DISABILITY | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** KIMBERLY KINDLE
**DATE:** 10-12-2022 **EMPLOYEE'S SIGNATURE:** Kimberly Kindle

DP 409

of Tennessee

AMERICAN HEALTH PARTNERS

**KIMBERLY A KINDLE**

Subscriber ID
**ZEJ908208587**

| PLAN: | Deductible | Out-of-Pocket Max |
| --- | --- | --- |
| | IN NETWORK | |
| | Ind. $4000 | Ind. $5000 |
| | Fam. $8000 | Fam. $10000 |
| | OUT OF NETWORK | |
| | Ind. $9500 | Ind. $11500 |
| | Fam. $19000 | Fam. $23000 |

**Group No.** 130464
**BLUE NETWORK: P**

PPO

| PLAN: | Copayments |
| --- | --- |
| | Office Visit $30 |
| | Specialist Visit $80 |

of Tennessee

An Independent Licensee of the BlueCross BlueShield Association

**BCBST provides administrative services only and assumes no financial risk for claims.**

**bcbst.com**

Member Service: **1-800-565-9140**
Network Provider Outside Tennessee:
**1-800-810-2583 (BLUE)**
Provider Service: Eligibility / ALL Prior Authorizations, (call to confirm) and Claims:
**1-800-924-7141**

**Providers:** Submit claims to your local BCBS Plan. Prior authorization required for admissions and certain medical services.

RX Member Services*: **1-800-334-8134**
Pharmacy Help Desk:* **1-800-364-6331**

* Group contracts separately for these services

Avoid additional costs. Show this card to your provider and ask for a prior authorization check. See your benefit materials for details. This card does not guarantee benefits eligibility.

80G (01/22)

BCBST Claims Service Center
1 Cameron Hill Circle Suite 0002
Chattanooga, TN 37402-0002

**Lincoln/Kindle 0814**

00000040 LF8938M1 00000641

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Return to: Karen Faucher

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ✓ Married ________ Divorced ________
If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: ________

Do you have children or dependents*? Yes ________ No ✓
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: KIMBERLY KINDLE Date: 10-12-2022

**Lincoln/Kindle 0815**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12 TH Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: YES College: number of years: JACKSON STATE, 2 YEARS

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): PHYSICAL THERAPHY ASSISTANT

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ENGLISH Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work NONE

Did you serve in the Armed Forces? ☐ Y ☑ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: TENNESSEE QUALITY HOME CARE Department: ________ From: 4-2009 To: 3-21-2022
   Job Title(s): P.T. ASSISTANT
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties/Physical Requirements (please be specific): PERFORMED PHYSICAL THERAPHY ON PATIENTS

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

00000040 LF8938M1 00000643

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: PATIENT'S CHART ON LAPTOP

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) NO IDEAL
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: kimkindle71@gmail.com Work: DON'T WORK

SIGNATURE: Kimberly Kindle PHONE NO: ______

Lincoln Financial Group®

## REIMBURSEMENT AGREEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Claimant:** Kimberly Kindle **Date of Birth:**

**Employer:** American Health Companies **Policy/Plan Sponsor No.:** 09-LF0122

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

00000040 LF8938M1 00000644

0000040 LF8938M1 00000645 E

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** Kimberly Kindle **DATE:** 10-12-2022

**EMPLOYEE'S PRINTED NAME:** Kimberly Kindle

***Please retain a copy for your records or one can be provided upon request.***

Claim # 12903776

# Social Security Administration

## Important Information

SOCIAL SECURITY
415 CHEYENNE DR
JACKSON TN 38305-3571

Date: July 19, 2022
BNC#: 22R1873K11499

0004445 00019993 1 MB 0.515 ZN6LNA T70 P4
SSI M15 07/19
KIMBERLY KINDLE

4728

*01012C84L00262S* ZN6LNA 0004445 0000000000

We received written notice that you appointed ROBERT STEVIE BEAL to represent you for your claim(s) before the Social Security Administration. Therefore, we will deal directly with ROBERT STEVIE BEAL on matters that concern your claim(s), unless you tell us that you did not appoint or did not intend to appoint this individual.

**If The Appointment Is Correct**

If the appointment information above is correct, you do not need to take any additional action on the appointment at this time.

**If The Appointment Is Incorrect**

If you have not made or did not intend to make this appointment, or you are not familiar with ROBERT STEVIE BEAL, let us know immediately by calling us toll-free at **1-800-772-1213** (TTY: **1-800-325-0778**) between 8 a.m.-7 p.m. Have this notice with you when you call us. We can also answer general questions at this number.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.

See Next Page

**Henderson County Medical Group**
**270 W. Church Street Lexington, TN 38351**
**PH:731.968.2006 |Fax: 731.968.3751 | Web Fax 731.968.9970**

# Fax

**TO:** | **FROM:** Raven
**FAX:** 603.334-0380 | **PAGES:**
**PHONE:** | **DATE:**
**RE:** | **CC:**

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

**Comments:** Case # 12903776
Kimberly Kindle

**Confidentiality notice:** The documents accompanying this transmission may contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filed. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contends of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please call the facility's number and notify the facility privacy officer immediately to arrange for the return or destruction of these documents.

## Henderson County Hospital

200 West Church Street, Lexington, TN 38351 731 968 3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

**Patient Name:** KINDLE, KIMBERLY A, **DOB** **Age:** 51 years

09/15/2022 09:20

**Chief Complaint:** **Chief Complaint:** 6 MONTH CK UP/MED REFILLS FAMILY

**History of Present Illness:**

Patient diagnosed with septic arthritis in the right knee 6 months ago. She went to Shane Dunaway and had arthrocentesis. It did not improve and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and took 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. Has appt with Dr. Pucek in October. Has not worked since this began. Has MRI scheduled on Tuesday.

She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve - followed by Dr. Korban. Dr. Korban is going to perform a CTA to r/o anurysm - working on getting this cleared.

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**. car is a "lemon" - Nissin - home health. In a rental car now
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication - Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication: Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.

She has not had a colon screening. She will consider and let us know when she would like to proceed.

**Past Medical/Surgical/Family/Social History**

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |
| Arthritis of both knees | M13.861 | | | | Active | |
| Septic arthritis of knee | M00.9 | | | | Active | |

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication
**Home Meds: Dose and Freq:** No Home Medications Available

---

**Review of Systems**

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease/injury.
**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. No arthralgias/joint pain. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. No depression. No anxiety. No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

## Physical Exam

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (in) | Weight (lbs/ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15/2022 08:54 | 6035620 | 144/60 | Sitting/ Left Arm | 65 | 20 | 97.8 Temporal | 97 % | | | | 66.93 in | 182.6 lbs | 28.66 |
| 07/07/2022 08:30 | 6025362 | 97/52 | Sitting/ Left Arm | 74 | 18 | 97.3 Temporal | 100 % | | | | 67.72 in | 172 lbs | 26.57 |
| 04/11/2022 16:26 | 6012671 | 119/66 | Sitting/ Left Arm | 93 | | 97.5 Temporal | 96 % | Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting/ Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (in) | Weight (lbs/ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2022 03:45 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 144/60 | Sitting/ Left Arm | 65 | 20 | 97.8 Temporal | 97 % | Room Air 21% | | 6 | 66.93 in | 182.6 lbs | 28.66 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA. EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal:** Full ROM of all major joints. Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

---

**Assessment:**

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 09/16/2022
Active, GERD, K21.9, Active, , , 09/16/2022
Active, Hyperlipidemia, E78.5, Active, , , 09/16/2022
Active, Pain in right knee, M25.561, Active, , , 09/16/2022
Active, Arthritis of both knees, M13.861, Active, , , 09/16/2022
Active, Septic arthritis of knee, M00.9, Active, , , 09/16/2022

**Plan:**

Continue current medications, diet, and exercise as tolerated. RTC in 6 months, sooner if needed.

**Medications Given This Visit:**
**Ordered & Completed Meds Table**: No Current Medications Available

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

**New Prescriptions Given Today:**

**New Prescriptions Today**: No Discharge Medications Available

**Diagnostics Ordered:**

**Lab Results: This Visit**: No Labs Available

**Henderson County Hospital**
200 West Church Street Lexington TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| CRP | 1.7 H | mg dL | 0.2-0.9 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| WBC | 9.4 | 10 S 3 uL | 4.2-10.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| RBC | 3.75 L | M uL | 4.20-5.40 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| HEMOGLOBIN | 11.2 L | g dL | 12.0-16.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| HEMATOCRIT | 35.7 L | % | 37.0-47.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MCV | 95 | fL | 81-101 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MCH | 29.9 | pg | 27.0-34.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MCHC | 31.4 L | g dL | 31.5-36.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| PLATELETS | 441 H | 10 S 3 uL | 140-440 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| RDW | 13.3 | % | 12.2-16.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| MPV | 8.7 | fL | 6.5-12.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #NEUT | 5.8 | 10 S 3 uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #LYMPH | 2.5 | 10 S 3 uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #MONO | 0.7 | 10 S 3 uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #EOS | 0.5 | 10 S 3 uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| #BASO | 0.1 | 10 S 3 uL | | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %NEUT | 61.1 | % | 50.0-75.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %LYMPH | 26 | % | 25.0-40.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %MONO | 7.4 | % | 0.0-14.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %EOS | 4.8 | % | 0.0-6.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| %BASO | 0.7 | % | 0.0-2.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| CREATININE | 1.05 | mg dL | 0.60-1.20 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |

Electronically signed by: ALAN WEATHERFORD, PA. 09 16 2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09 21 2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| eGFRNAA | 55 L | mL/min/ 1.73m2 | >60 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| SED RATE | 20 | mm/hr | 0-25 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| SGPT/ALT | 22 | U/L | 12-78 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| VANCOMYCIN TR | 15.1 | ug/mL | 10.0-20.0 | 05/16/2022 11:49 | 05/16/2022 11:51 | final |
| CREATININE | 1.08 | mg/dL | 0.60-1.20 | 05/13/2022 13:29 | 05/13/2022 13:30 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 05/13/2022 13:29 | 05/13/2022 13:30 | final |
| eGFRNAA | 54 L | mL/min/ 1.73m2 | >60 | 05/13/2022 13:29 | 05/13/2022 13:30 | final |
| CRP | 1.6 H | mg/dL | 0.2-0.9 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| WBC | 12.2 H | 10/S/3/uL | 4.2-10.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| HEMOGLOBIN | 11.8 L | g/dL | 12.0-16.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| HEMATOCRIT | 37.7 | % | 37.0-47.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MCV | 96 | fL | 81-101 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MCH | 29.9 | pg | 27.0-34.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| PLATELETS | 446 H | 10/S/3/uL | 140-440 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| RDW | 13.1 | % | 12.2-16.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| MPV | 9.1 | fL | 6.5-12.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #NEUT | 8 | 10/S/3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #LYMPH | 2.6 | 10/S/3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #MONO | 0.9 | 10/S/3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #EOS | 0.8 | 10/S/3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| #BASO | 0.1 | 10/S/3/uL | | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %NEUT | 65.5 | % | 50.0-75.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %LYMPH | 21.3 L | % | 25.0-40.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %MONO | 7.5 | % | 0.0-14.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| %EOS | 5.1 | % | 0.0-6.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| %BASO | 0.6 | % | 0.0-2.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| CREATININE | 1.02 | mg/dL | 0.60-1.20 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| eGFRNAA | 57 L | mL/min/1.73m2 | >60 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| SED RATE | 20 | mm/hr | 0-25 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| SGPT/ALT | 23 | U/L | 12-78 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| VANCOMYCIN TR | 14.4 | ug/mL | 10.0-20.0 | 05/09/2022 11:42 | 05/09/2022 05:00 | final |
| GLUCOSE | 107 | mg/dL | 74-110 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| BUN | 14 | mg/dL | 7-18 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| SODIUM | 138 | mEq/L | 136-145 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| POTASSIUM | 3.5 | mEq/L | 3.5-5.1 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CHLORIDE | 103 | mEq/L | 98-107 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CO2 | 30 | mEq/L | 21-32 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| ANION GAP | 9 L | mEq/L | 11-21 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CALCIUM | [illegible] | mg/dL | 8.5-10.1 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CREATININE | 1.05 | mg/dL | 0.60-1.20 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| BUN/CREAT | 13 | mg/dL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| eGFRNAA | 55 L | mL/min/1.73m2 | >60 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| WBC | 11.4 H | 10^3/uL | 4.2-10.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| RBC | 3.63 L | M/uL | 4.20-5.40 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| HEMOGLOBIN | 10.9 L | g/dL | 12.0-16.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| HEMATOCRIT | 34.8 L | % | 37.0-47.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MCV | 96 | fL | 81-101 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MCH | 30 | pg | 27.0-34.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

## Henderson County Hospital

200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| PLATELETS | 383 | 10\S\3/uL | 140-440 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| RDW | 13.2 | % | 12.2-16.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MPV | 9.6 | fL | 6.5-12.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #NEUT | 7 | 10\S\3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #LYMPH | 2.9 | 10\S\3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #MONO | 1 | 10\S\3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #EOS | 0.4 | 10\S\3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| #BASO | 0.1 | 10\S\3/uL | | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %NEUT | 61.6 | % | 50.0-75.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %LYMPH | 25.6 | % | 25.0-40.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %MONO | 0.5 | % | 0.0-14.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %EOS | 3.7 | % | 0.0-6.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| %BASO | 0.6 | % | 0.0-2.0 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| MAGNESIUM | 1.7 L | mg/dL | 1.8-2.4 | 05/05/2022 16:04 | 05/05/2022 15:00 | final |
| CRP | 5.1 H | mg/dL | 0.2-0.9 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| WBC | 10.9 H | 10\S\3/uL | 4.2-10.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| RBC | 3.66 L | M/uL | 4.20-5.40 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| HEMOGLOBIN | 11.L | g/dL | 12.0-16.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| HEMATOCRIT | 35.5 L | % | 37.0-47.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MCV | 97 | fL | 81-101 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MCH | 30.1 | pg | 27.0-34.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MCHC | 31.1 | g/dL | 31.5-36.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| PLATELETS | 335 | 10\S\3/uL | 140-440 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| RDW | 13.6 | % | 12.2-16.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| MPV | 9.5 | fL | 6.5-12.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| CREATININE | 1.05 | mg/dL | 0.60-1.20 | 05/02/2022 15:04 | 05/02/2022 10:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 05/02/2022 15:04 | 05/02/2022 10:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6035620

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| eGFRNAA | 55 L | mL/min/1.73m2 | >60 | 05/02/2022 15:04 | 05/02/2022 10:00 | final |
| SED RATE | 40 H | mm/hr | 0-25 | 05/02/2022 11:11 | 05/02/2022 10:00 | final |
| SGPT/ALT | 23 | U/L | 12-78 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| VANCOMYCIN TR | 30.2 H | ug/mL | 10.0-20.0 | 05/02/2022 11:44 | 05/02/2022 10:00 | final |
| CREATININE | 1.13 | mg/dL | 0.60-1.20 | 04/29/2022 10:58 | 04/29/2022 08:30 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/29/2022 10:58 | 04/29/2022 08:30 | final |
| eGFRNAA | 51 L | mL/min/1.73m2 | >60 | 04/29/2022 10:58 | 04/29/2022 08:30 | final |
| C-REACTIVE PROTEIN | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| CBC W PLT AUTO DIFF | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| SED RATE AUTOMATED | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| TRANSFERASE ALT | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| VANCO TROUGH | | | | 04/29/2022 10:35 | 04/29/2022 05:00 | cancelled |
| CRP | 1.6 H | mg/dL | 0.2-0.9 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| WBC | 8.7 | 10\S\3/uL | 4.2-10.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| RBC | 3.96 L | M/uL | 4.20-5.40 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| HEMOGLOBIN | 12 | g/dL | 12.0-16.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MCV | 98 | fL | 81-101 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MCH | 30.3 | pg | 27.0-34.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MCHC | 31 L | g/dL | 31.5-36.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| PLATELETS | 435 | 10\S\3/uL | 140-440 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| RDW | 12.9 | % | 12.2-16.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| MPV | 9.1 | fL | 6.5-12.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| CREATININE | 0.68 | mg/dL | 0.60-1.20 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09 [illegible] CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6035620
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| SED RATE | 24 | mm/hr | 0-25 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| SGPT/ALT | 39 | U/L | 12-78 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| VANCOMYCIN TR | 16.8 | ug/mL | 10.0-20.0 | 04/25/2022 12:18 | 04/25/2022 12:53 | final |
| CREATININE | 0.83 | mg/dL | 0.60-1.20 | 04/18/2022 15:31 | 04/18/2022 15:31 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/18/2022 15:31 | 04/18/2022 15:31 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/18/2022 15:31 | 04/18/2022 15:31 | final |
| CRP | 1.1 H | mg/dL | 0.2-0.9 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| WBC | 9.1 | 10 S\3/uL | 4.2-10.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| RBC | 3.74 L | M/uL | 4.20-5.40 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| HEMOGLOBIN | 11.3 L | g/dL | 12.0-16.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| HEMATOCRIT | 37.3 | % | 37.0-47.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MCV | 100 | fL | 81-101 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MCH | 30.2 | pg | 27.0-34.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MCHC | 30.3 L | g/dL | 31.5-36.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| PLATELETS | 610 H | 10\S 3/uL | 140-440 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| RDW | 13 | % | 12.2-16.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| MPV | 9.1 | fL | 6.5-12.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| SED RATE | 37 H | mm/hr | 0-25 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| SGPT/ALT | 46 | U/L | 12-78 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| VANCOMYCIN TR | 17.1 | ug/mL | 10.0-20.0 | 04/18/2022 14:37 | 04/18/2022 10:20 | final |
| CREATININE | 0.6 | mg/dL | 0.60-1.20 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |
| VANCOMYCIN TR | 13.4 | ug/mL | 10.0-20.0 | 04/14/2022 12:49 | 04/14/2022 10:45 | final |
| CRP | 9.6 H | mg/dL | 0.2-0.9 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| WBC | 11.1 H | 10\S\3/uL | 4.2-10.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RBC | 3.62 L | M/uL | 4.20-5.40 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMOGLOBIN | 11 L | g/dL | 12.0-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMATOCRIT | 34.6 L | % | 37.0-47.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCV | 96 | fL | 81-101 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCH | 30.4 | pg | 27.0-34.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCHC | 31.8 | g/dL | 31.5-36.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| PLATELETS | 538 H | 10\S\3 uL | 140-440 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RDW | 13.5 | % | 11.5-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MPV | 9 | fL | 6.5-12.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #NEUT | 6.6 | 10\S\3 uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #LYMPH | 3.2 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #MONO | 0.8 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #EOS | 0.5 | 10\S\3 uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #BASO | 0.1 | 10\S\3 uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %NEUT | 59.3 | % | 50.0-75.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %LYMPH | 28.9 | % | 25.0-40.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %MONO | 6.7 | % | 0.0-14.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %EOS | 4.3 | % | 0.0-6.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %BASO | 0.0 | % | 0.0-2.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| SED RATE | 44 H | mm/hr | 0-25 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| SGPT/ALT | 78 | U/L | 12-78 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| VANCOMYCIN TR | 10 | ug/mL | 10.0-20.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.53 L | mg/dL | 0.60-1.20 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| CRP | 3 H | mg/dL | 0.2-0.9 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| WBC | 12.4 H | 10\S\3/uL | 4.2-10.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMOGLOBIN | 12.1 | g/dL | 12.0-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCV | 98 | fL | 81-101 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCH | 30.7 | pg | 27.0-34.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| PLATELETS | 423 | 10\S\3/uL | 140-440 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RDW | 13 | % | 12.2-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MPV | 9.9 | fL | 6.5-12.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #NEUT | 7.5 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #LYMPH | 3.4 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #MONO | 1.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #EOS | 0.5 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %NEUT | 60.5 | % | 50.0-75.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %LYMPH | 27.2 | % | 25.0-40.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %MONO | 9.1 | % | 0.0-14.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %EOS | 2.7 | % | 0.0-6.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %BASO | 0.5 | % | 0.0-2.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6035620
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| eGFRAA | >60 | mL/min/1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| eGFRNAA | >60 | mL/min/1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SED RATE | 40 H | mm/hr | 0-25 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SGPT/ALT | 43 | U/L | 12-78 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| VANCOMYCIN TR | 14.5 | ug/mL | 10.0-20.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| REFLAB | All testing within this panel are complete | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPI CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPS CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| Color, Fluid | Yellow | | Yellow | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Clarity, Fluid | Cloudy A | | Clear | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Nucleated Cells, Synovial Fld | 110150 H | cells/uL | 0-200 | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| RBC, Fluid | FEW | | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Neut. Fluid | 91 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lymphocytes, Fluid | 3 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Macrophages | 6 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Eosinophils, Fluid | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lining Cells, Synovial | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| CRP | 3.3 H | mg/dL | 0.2-0.9 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| WBC | 13.9 H | 10^3/uL | 4.2-10.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RBC | 4.46 | 5T/uL | 4.20-5.40 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMOGLOBIN | 13.7 | g/dL | 12.0-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMATOCRIT | 43.4 | % | 37.0-47.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCV | 97 | fL | 81-101 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCH | 30.6 | pg | 27.0-34.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757
**Note Type:** Clinic Provider Note **Account #:** 6035620

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| MCHC | 31.6 | g/dL | 31.5-36.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| PLATELETS | 118 | 10 S 3 uL | 140-440 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RDW | 13.3 | % | 12.2-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MPV | 9 | fL | 6.5-12.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #NEUT | 9.3 | 10 S 3 uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #LYMPH | 3.6 | 10 S 3 uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #MONO | 0.8 | 10 S 3 uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #EOS | 0.1 | 10 S 3 uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #BASO | 0.1 | 10 S 3 uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %NEUT | 67.1 | % | 50.0-75.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %LYMPH | 26.2 | % | 25.0-40.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %MONO | 5.4 | % | 0.0-14.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %EOS | 0.9 | % | 0.0-6.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %BASO | 0.4 | % | 0.0-2.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| SED RATE | 36 H | mm/hr | 0-25 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| VENIPUNCTURE | | | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

## Medicines Ordered and Reviewed

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

**Henderson County Hospital**
200 West Church Street, Lexington, TN 38351 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 0033020
**Note Type:** Clinic Provider Note

Discharge Medications

| Medication | Dosage | Route | Frequency | Prescribing MD | Special Instructions |
|---|---|---|---|---|---|
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80-4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

Electronically signed by: ALAN WEATHERFORD, PA, 09/16/2022 13:27 CDT
Electronically cosigned by: REGGIE HENDERSON, MD, 09/21/2022 13:04 CDT

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12903776
Claim Type: LTD
Payee Type: EMP

Customer: AMERICAN HEALTH COMPANIES
Subsidiary: TENNESSEE VALLEY HOME CARE, IN
Employee: KIMBERLY A KINDLE

Policy Number: GF3-890-LF0122-01
Pmt Period: 09/21/22 - 10/20/22
Pmt Date: 10/14/22
Check #: 107988633

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3053.44 | $ 0.00 | $ 0.00 | $ 3053.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 3053.44 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Provision | | | $ 0.00 |

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Offset | | | $ 0.00 |

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Deduction | | | $ 0.00 |

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 3053.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 3053.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Kindle 0838**

# Fax

**Date:** 10/11/2022

**To:** <6033340380>
**From:**

**Subject:**

PAGE 1/4 * RCVD AT 10/11/2022 1:30:40 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6033340380 * CSID:Fax * ANI:17312401986 * DURATION (mm-ss):00-52

# F A X

**Hewlett-Packard Company**

| | |
|---|---|
| To: | <6033340380> |
| Fax number: | 6033340380 |
| From: | MEDICAL RECORDS |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 10/11/2022 12:30:33 PM |
| Pages: | 3 |
| Re: | CLAIM 12903776 |

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 08/11/2022
Location: JACKSON OFFICE MAIN

She returns for the followup on her right knee. Still complains of pain. She is now 5-6 months out. Exam shows some crepitus with range of motion. No gross ligamentous instability. Equivocal McMurray's. Skin intact. Neurovascular intact distally. At this point, with some of her known cartilage wear and in her septic knee, we would like to go ahead and get her set up for the MRI of the knee, looking at a cartilage interval to see sequelae of her infection and see her back following her MRI.

Kelly D. Pucek, MD
KDP/11341

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 07/07/2022
Location: JACKSON OFFICE MAIN

She returns for further followup on her knee. Still complains of pain although her motion returned nicely. Has got about 5-degree or less extensor lag, however. Small effusion, no erythema or warmth. I think overall she is on schedule. Given her exercises, working on her extension, I have written her a work note. She is going to end up having to have cardiac procedure as well. So, we wrote her a note to be off until she sees me in 4-5 weeks. She will work on stretching it and out get her extension and when she crosses 6-month mark, I could probably MRI of the knee given she is having problems before with it and also to see what her cartilage interval has done following her septic joint. I have written her 1 last pain prescription, just to take on rare occasion. See her back in another 4-6 weeks.

Kelly D. Pucek, MD
KDP/12118

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2022-09-29 09:38:11 EDT |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

sharecare

LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA NE 68172

12092242
Sep 28 2022 8:32 PM
KIMBERLY KINDLE

TN300
Sep 29 2022 9:38 AM

12

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 27, 2022 |
| To: | DR. MARK ROBBINS<br>ST THOMAS HEART |
| Attn: | Medical Records |
| Fax: | (615) 222-7275 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

FORWARDING FORM TO PROVIDER FOR COMPLETION/SIGNATURES.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 27, 2022

Dr. Mark Robbins
St Thomas Heart

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Mark Robbins:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through the present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical Records

We ask that you provide this information by October 4, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Kindle allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Kindle's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00000123 LFFMBED1 00001941

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization. ✓

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative Kimberly Kindle ✓ Date: 6-17-2022 ✓

Date of Birth: ______ ✓ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| | | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy** ___/___/___ First Treated ___/___/___ Estimated Delivery ___/___/___ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| ___/___/___ | ___/___/___ | ___/___/___ |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ___/___/___ to ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | **Reaching** |
|---|---|---|---|---|
| 1-5 lbs. ____ | Standing ____ | Crouching ____ | | Overhead ____ |
| 6-10 lbs. ____ | Walking ____ | Crawling ____ | | Desk Level ____ |
| 11-25 lbs. ____ | Sitting ____ | Grasping ____ | | Below Waist ____ |
| 26-50 lbs. ____ | Balancing ____ | Climbing ____ | | |
| 51-100 lbs. ____ | Stooping ____ | Pushing ____ | | |
| 100 + lbs. ____ | Kneeling ____ | Pulling ____ | | |
| | Fingering ____ | Bending ____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____ / ____ / ____

Dressing ____ / ____ / ____

Transferring ____ / ____ / ____

Bathing ____ / ____ / ____

Toileting ____ / ____ / ____

Eating ____ / ____ / ____

Date patient experienced loss of Cognitive Functioning: ____ / ____ / ____

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

___ / ___ / ___ to ___ / ___ / ___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** **Date** ___ / ___ / ___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**KINDLE, Kimberly A (id #3067877, dob:**
**Encounter Date: 05/18/2022**

Patient

| | | | |
|---|---|---|---|
| **Name** | KINDLE, KIMBERLY (50yo, F) ID# 3067877 | **Appt. Date/Time** | 05/18/2022 08:15AM |
| **DOB** | | **Service Dept.** | STPS_ST Hrt_West |
| **Provider** | MARK ROBBINS, MD | | |
| **Insurance** | Med Primary: BCBS-TN<br>Insurance # : ZXV908208587<br>Policy/Group # : 130464<br>PCP : WEATHERFORD, ALAN D, PA C<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

Establish Cardiac Care

Patient's Care Team

**Primary Care Provider (Primary Insurance):** WEATHERFORD, ALAN D, PA C: 250 BOSWELL ST, LEXINGTON, TN 38351-1566, Ph (731) 986-2006, Fax (731) 968-9970

Patient's Pharmacies

**FAMILY PHARMACY (ERX): 6 HOSPITAL DRIVE, LEXINGTON, TN 38351, Ph (731) 968-6979, Fax (731) 968-5152**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in (170.18 cm) 05/18/2022 09:00 am | **Wt:** | 182 lbs (82.55 kg) 05/18/2022 09:00 am | **BMI:** | 28.5 05/18/2022 09:00 am |
| **BP:** | 114/72 sitting L arm 05/18/2022 09:05 am | **Pulse:** | 91.99 bpm 05/18/2022 09:05 am | **O2Sat:** | 96% 05/18/2022 09:05 am |

Measurements

None recorded.

Allergies

Reviewed Allergies

**ROCEPHIN**

Medications

Reviewed Medications

**albuterol sulf 90 mcg/actuation breath activated powder inhaler,sensor** — 05/18/22 entered
Inhale 2 puff(s) every 4 hours by inhalation route.

**ALPRAZolam 0.5 mg disintegrating tablet** — 05/18/22 entered
Take 1 tablet(s) 3 times a day by oral route.

**HYDROcodone 7.5 mg-acetaminophen 325 mg tablet** — 05/18/22 entered
Take 1 tablet(s) every 6 hours by oral route.

**sertraline 50 mg tablet** — 05/18/22 entered
Take 1 tablet(s) every day by oral route.

Problems

Reviewed Problems
No known problems

Family History

**KINDLE, Kimberly A (id #3067877, dob:**

Reviewed Family History

Father - Heart disease

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Current every day smoker
**Coronaviruses**
Have you had a fever and/or symptoms of a lower respiratory illness (cough, difficulty breathing, etc)?: No
Have you had any of these symptoms: Chills ,Headache, Fatigue, Muscle or body aches , Sore throat, New loss of taste or smell, Nausea or vomiting, or Diarrhea?: No
Have you had a COVID-19 vaccine in the last 7 days?: No
In the past 10 days, have you been told you may have COVID-19 or have been tested for COVID-19?: No
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Female
Assigned sex at birth: Female
Pronouns: she/her
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Knee Surgery - Right knee
- Procedure on ear

## Past Medical History

Reviewed Past Medical History

## Screening

None recorded.

## HPI

Kimberly is a very nice 50-year-old female who was recently admitted in Jackson Tennessee with a right septic knee with MRSA. Should undergo a washout and 6 weeks of vancomycin. She eventually had a transesophageal echocardiogram which did reveal a vegetation on her tricuspid valve. Her insurance is not covered in that location therefore her primary cardiologist sent her here for my evaluation which probably needs a repeat transesophageal echocardiogram for assessment after antibiotics as well as left heart catheterization and potential preparation for tricuspid valve repair or replacement.

## ROS

Patient reports **chest pain** but reports no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports **shortness of breath** but reports no cough, no wheezing, and no coughing up blood. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities; **No muscle / joint pain different from chronic issues.** She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no lumps, no tenderness, and no discharge. She reports no abdominal pain, no vomiting, no nausea, normal appetite, no melena, no diarrhea, no constipation, no bright red blood per rectum, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

**Constitutional:** General Appearance: well-nourished, well-developed, and appears stated age. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person.

**Eyes:** Lids and Conjunctivae: no discharge. Pupils: PERRLA.

**ENMT:** Ears: no lesions on external ear. Nose: no lesions on external nose and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: supple, FROM, and trachea midline. Thyroid: not enlarged or no nodules.

**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2; no rub, gallop, or click; and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis, edema, or peripheral signs of emboli.

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted.

**KINDLE, Kimberly A (id #3067877, dob:**

**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender or no splenomegaly.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and no erythema.

**Neurologic:** Gait: normal gait. Motor: normal strength and tone. Neurological: **CN II - XII intact grossly.**.

**Skin:** Inspection and Palpation: warm and dry; **Normal turgor.**. Nails: no clubbing.

## Assessment / Plan

**1. Bacterial endocarditis** -

MRSA by cultures of blood and wound in the right knee. TEE with tricuspid valve vegetation. She will need left heart catheterization and repeat transesophageal echocardiogram for better assessment prior to referral to cardiothoracic surgery.

I33.0: Acute and subacute infective endocarditis

- US, ECHOCARDIOGRAM, TRANSESOPHAGEAL
- LEFT HEART CATHETERIZATION (SURG)

### Return to Office

Patient will return to the office as needed.

## Encounter Sign-Off

Encounter signed-off by Mark Robbins, MD, 05/18/2022.

Encounter performed and documented by Mark Robbins, MD
Encounter reviewed & signed by Mark Robbins, MD on 05/18/2022 at 9:26am

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2022-09-29 11:30:28 EDT |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

sharecare

LINCOLN FINANCIAL GROUP
PO Box 2578
Omaha NE 68172

12092259

KIMBERLY KINDLE

TN300
Sep 29 2022 11:30 AM

10

**CONFIDENTIAL - MEDICAL RECORDS**

[redacted]

This page intentionally left blank

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 27, 2022 |
| To: | DR. MARK ROBBINS<br>ST THOMAS HEART |
| Attn: | Medical Records |
| Fax: | (615) 222-7275 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 27, 2022

Dr. Mark Robbins
St Thomas Heart

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Mark Robbins:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 6, 2022 through the present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical Records

We ask that you provide this information by October 4, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Kindle allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Kindle's signature.

**Please disregard previous request for Medical Records from March 1, 2022 to Present.**

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00000123 LFPMBED1 00001941

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Kimberly Kindle Date: 6-17-2022

Date of Birth: __ / __ / ____ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy** First Treated: __/__/__ Estimated Delivery: __/__/__ Date of Delivery: __/__/__ ☐ Vaginal ☐ C-Section

Symptoms: 

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): 

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: 

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| __/__/__ | __/__/__ | __/__/__ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| __/__/__ | __/__/__ | __/__/__ |

Dates hospital confined: __/__/__ to __/__/__

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | **Reaching** |
|---|---|---|---|
| 1-5 lbs. ____ | Standing ____ | Crouching ____ | Overhead ____ |
| 6-10 lbs. ____ | Walking ____ | Crawling ____ | Desk Level ____ |
| 11-25 lbs. ____ | Sitting ____ | Grasping ____ | Below Waist ____ |
| 26-50 lbs. ____ | Balancing ____ | Climbing ____ | |
| 51-100 lbs. ____ | Stooping ____ | Pushing ____ | |
| 100 + lbs. ____ | Kneeling ____ | Pulling ____ | |
| | Fingering ____ | Bending ____ | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____ / ____ / ____

Dressing ____ / ____ / ____

Transferring ____ / ____ / ____

Bathing ____ / ____ / ____

Toileting ____ / ____ / ____

Eating ____ / ____ / ____

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (include dates)

Date patient experienced loss of Cognitive Functioning: ____ / ____ / ____

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

__ / __ / __ to __ / __ / __

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** **Date** __ / __ / __

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

sharecare

Ascension Medical Group - Tennessee
4230 Harding Pike Ste 330
Nashville, TN, 37205-2018

LINCOLN FINANCIAL GROUP
PO Box 2578
Omaha, NE, 68103-2578

2022-09-29

RE: Request for Release of Information for Patient: **KIMBERLY KINDLE**
Request ID: 12092259

Dear Sir/Madam,

This letter serves as notification there are one or more issues with attempting to complete your release of information request. Please see below for specific information.

1. Records do not exist for the DOS or date range requested

Please review the above items and submit any required updated documentation to the address listed in the upper right hand corner.

Thank you,

Sharecare Health Data Services, LLC for
Ascension Medical Group - Tennessee

sharecare

Invoice Number: 12092242
Date: 9/29/2022
Tax ID: 90-0998358

Bill To:

LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA, NE 68172

Send Medical Records To:

LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA, NE 68172

Due upon receipt

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| KIMBERLY KINDLE | | Medical | 11 |

| Provider: |
|---|
| Ascension Medical Group - Tennessee 4230 Harding Pike Ste 330 Nashville, TN 37205-2018 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-5 | 1.00 | $20.00 | $20.00 |
| Pages 6-50000 | 6.00 | $0.50 | $3.00 |
| | | Sub-Total: | $23.00 |
| | | Delivery Fee: | $0.54 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $23.54 |

**Use online payment portal for fastest service!**
**https://payonline.hds.sharecare.com/**

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards

Lockbox (mail with remittance)
Sharecare Health Data Services, LLC
PO BOX 208937
Dallas, TX 75320-8937
(858) 244-1811 Main
(858) 430-4962 Fax

Invoice Number: 12092242
Customer Number: B-RBN-9J-30I
Balance Due: $23.54

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2022-09-28 14:17:05 EDT |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

WEST TENNESSEE BONE & JOINT
"Keeping You Active"

KIMBERLY KINDLE

12091439
Sep 28 2022 2:14 PM
KIMBERLY KINDLE

TN005F
Sep 28 2022 2:17 PM

9

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

# Subsequent Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 27, 2022 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | Medical Records |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 27, 2022

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 22, 2022 through the present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical Records

We ask that you provide this information by October 4, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 5'8" | 180 LBS | | |

**2. Diagnosis**

| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
|---|---|
| M25.561 | PAIN IN RIGHT KNEE |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| | |

**Pregnancy** First Treated: __/__/__ Estimated Delivery: __/__/__ Date of Delivery: __/__/__ ☐ Vaginal ☐ C-Section

**RIGHT KNEE PAIN, SWELLING**

Symptoms

**OSTEOPHYTE FORMATION OF THE MEDIAL AND LATERAL TIBIAL PLATEAU.
PT UNDERWENT OPEN IRRIGATION AND DEBRIDEMENT OF THE RIGHT KNEE ON 03/28/2022**

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 03 / 21 / 22 | 03 / 22 / 22 | 03 / 22 / 22 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 03 / 22 / 22 | 08 / 11 / 22 | 10 / 14 / 22 |

Dates hospital confined: __/__/__ to __/__/__

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

NO RUNNING, JUMPING, PUSHING/PULLING, LIFTING, CLIMBING, CRAWLING, USE OF EXTREMITY OR WORKING UNTIL DOCTOR RELEASE

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

PATIENT IS UNABLE TO PERFORM ALL CURRENT JOB DUTIES

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/____
Dressing ____/____/____
Transferring ____/____/____
Bathing ____/____/____
Toileting ____/____/____
Eating ____/____/____

## 5. Treatment

PT TO CONTINUE TO WORK ON STRETCHING AND WILL HAVE MRI AND FOLLOW UP ON 10/14/2022

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: ____/____/____

AS PRESCRIBED
Describe ongoing treatment frequency

## 6. Prognosis

IMPROVEMENT EXPECTED

Describe the patients prognosis for recovery

TBD 10/14/2022
Patient able to return to work Full-Time on:

____/____/____ to ____/____/____
If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

KELLY D PUCEK MD
Name

24 PHYSICIANS DR
Street Address

| JACKSON | TN | 38305 |
|---|---|---|
| City | State | Zip Code |

| 731-661-9825 | 731-668-6757 |
|---|---|
| Phone Number | Fax Number |

Signature: [signature]  Date: 09/28/2022

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 27, 2022 |
| To: | HENDERSON COUNTY MEDICAL GROUP |
| Attn: | Medical Records |
| Fax: | (731) 968-9970 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 27, 2022

Henderson County Medical Group

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from July 8, 2022 through the present

Completion of the Enclosed Forms:

X Attending Physician's Statement
X Medical Records

We ask that you provide this information by October 4, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380
Secure Email: disabilitydocuments@lfg.com
Attachments: Attending Physician's Statement

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: ____

Primary ICD diagnosis Description: ____

Secondary ICD Diagnosis Code: ____

Secondary ICD Diagnosis Description: ____

**Pregnancy** First Treated: ____/____/______ Estimated Delivery: ____/____/______ Date of Delivery: ____/____/______ ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| | |
|---|---|
| Continence | _____ /_____ /___________ |
| Dressing | _____ /_____ /___________ |
| Transferring | _____ /_____ /___________ |
| Bathing | _____ /_____ /___________ |
| Toileting | _____ /_____ /___________ |
| Eating | _____ /_____ /___________ |

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 27, 2022 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | Medical Records |
| Fax: | (731) 410-2380 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 27, 2022

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from August 22, 2022 through the present

Completion of the Enclosed Forms:

X Attending Physician's Statement
X Medical Records

We ask that you provide this information by October 4, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.





Case 3:25-cv-00162 Document 17-3 Filed 06/24/25 Page 815 of 1349 PageID #: 954

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| | | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| | |
| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
| | |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

**Pregnancy**

| ____/____/______ | ____/____/______ | ____/____/______ | ☐ Vaginal ☐ C-Section |
|---|---|---|---|
| First Treated | Estimated Delivery | Date of Delivery | |

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| ____/____/____ | ____/____/____ | ____/____/____ |
|---|---|---|
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| ____/____/____ | ____/____/____ | ____/____/____ |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| | |
|---|---|
| Continence | _____ / _____ / __________ |
| Dressing | _____ / _____ / __________ |
| Transferring | _____ / _____ / __________ |
| Bathing | _____ / _____ / __________ |
| Toileting | _____ / _____ / __________ |
| Eating | _____ / _____ / __________ |

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 27, 2022 |
| To: | DR. MARK ROBBINS<br>ST THOMAS HEART |
| Attn: | Medical Records |
| Fax: | (615) 222-7275 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 27, 2022

Dr. Mark Robbins
St Thomas Heart

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Mark Robbins:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through the present

Completion of the Enclosed Forms:

X Attending Physician's Statement
X Medical Records

We ask that you provide this information by October 4, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Kindle allowing the release of information to our company. This authori ation specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Kindle s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

00000123 LFPMBED1 00001941

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative Kimberly Kindle Date: 6-17-2022

Date of Birth: ___ ________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: ______

Primary ICD diagnosis Description: ______

Secondary ICD Diagnosis Code: ______

Secondary ICD Diagnosis Description: ______

**Pregnancy**

| First Treated | Estimated Delivery | Date of Delivery |
|---|---|---|
| ____/____/______ | ____/____/______ | ____/____/______ |

☐ Vaginal ☐ C-Section

Symptoms: ______

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): ______

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: ______

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

## Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

### 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

### 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

### 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / ____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

### 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 27, 2022 |
| To: | DR. MARK ROBBINS<br>ST THOMAS HEART |
| Attn: | Medical Records |
| Fax: | (615) 222-7275 |
| From: | Karen Faucher<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 27, 2022

Dr. Mark Robbins
St Thomas Heart

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Mark Robbins:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from June 6, 2022 through the present

Completion of the Enclosed Forms:

X Attending Physician's Statement
X Medical Records

We ask that you provide this information by October 4, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Kindle allowing the release of information to our company. This authori ation specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Kindle s signature.

Please disregard pre io s req est for Medical Records from March 1, 2022 to Present.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00000123 LFPMBED1 00001941

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Kimberly Kindle Date: 6-17-2022

Date of Birth: ____ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Kindle 0904**

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
|---|---|
| | |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| | |

**Pregnancy**

| First Treated | Estimated Delivery | Date of Delivery | |
|---|---|---|---|
| ____/____/______ | ____/____/______ | ____/____/______ | ☐ Vaginal ☐ C-Section |

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number

Fax Number

**Signature**

___/___/___
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)



**Lincoln/Kindle 0906**

Case 3:25-cv-00162 Document 17-3 Filed 06/24/25 Page 834 of 1349 PageID #: 973

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

**Lincoln/Kindle 0909**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 28, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On September 27, 2022, we requested medical records from Dr. Robbins, Dr. Pucek.and Henderson County Medical Group This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 6, 2022 through the present from all Providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by November 10, 2022:

X Activities Questionnaire Form
X Claimant Information Form
X Claimant Supplementary Statement

X Family Information Questionnaire
X Training Education Experience
X Reimbursement Agreement Form
__ Other

American Health Companies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 10, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 10, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than November 10, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380
Secure Email: disabilitydocuments@lfg.com
Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher ____________________



EMPLOYEE/CLAIMANT NAME: Kimberly Kindle

CLAIM NO: 12903776 DATE OF BIRTH: __________

EMPLOYER/SPONSOR: American Health Companies

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit __________ stand __________ walk __________

How many hours a day do you:

sit __________ stand __________ walk __________

Do you take a nap during the day?

Yes __________ No __________

If Yes, for how long? __________ At what time of the day? __________

How many hours a day do you spend in bed? __________

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? __________

Do you hold a valid driver's license?

Yes __________ No __________

If No, please explain: ____________________

If Yes, how long are you able to drive a car? __________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________

Do you have children?

Yes ______ No ______ If Yes, what are their dates of birth ____________________

____________________

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ______ If Yes, please explain ____________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

____________________

**Lincoln/Kindle 0912**

Lincoln Financial Group®

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left _______ Right _______

Are you able to work in your garden? Yes _______ No _______

Are you able to work on your house? Yes _______ No _______

Are you able to wash your car? Yes _______ No _______

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ____________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ____________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ____________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ____________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ____________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

____________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ____________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |

**Lincoln/Kindle 0913**

Lincoln Financial Group®

Managing your finances ____________ ____________
Balancing your checkbook ____________ ____________
Bathing yourself ____________ ____________
Styling your own hair ____________ ____________
Getting dressed ____________ ____________
Going up and down stairs ____________ ____________

Have you been confined to a hospital within the last 12 months? Yes _______ No _______
If Yes, please provide reason and hospital contact Information: ____________

How often do you travel or take vacation? ____________
Where do you go? How do you get there (transportation method)? ____________

Are you able to pursue your hobbies? Yes _______ No _______
If Yes, please describe ____________

Do you participate in an exercise program? Yes _______ No _______
If Yes, please describe ____________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________

Are you working for wages? Yes _______ No _______
If Yes, please provide employer's name ____________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________

**Lincoln/Kindle 0914**

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________ Date: ______________________

Signature: ______________________

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Karen Faucher

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/22/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

**Lincoln/Kindle 0916**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Karen Faucher

**EMPLOYEE/CLAIMANT NAME:** Kimberly Kindle **CLAIM #:** 12903776
**EMPLOYER:** American Health Companies **DATE OF BIRTH:** ________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

**Lincoln/Kindle 0917**

# Family Information Questionnaire

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Return to: Karen Faucher

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ________ Married ________ Divorced ________
If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: ________

Do you have children or dependents*? Yes ________ No________
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________________ Date: ____________________

**Lincoln/Kindle 0918**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ____

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____ Certificate Program completed: ____

Associates Degree: ____ College: number of years: ____

Bachelor's Degree: BA /BS Major: ____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____

Professional Training, License, Certificates(s): ____

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____

List any other Training or Classes Attended or Plan to Attend: ____

Primary language spoken: ____ Other language(s) spoken fluently: ____

Additional Skills, Hobbies & Volunteer Work ____

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____ To: ____

Branch of Service: ____ Specialty: ____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____ Department: ____ From: ____ To: ____
   Job Title(s): ____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____

2. Company: ____ Department: ____ From: ____ To: ____
   Job Title(s): ____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____

3. Company: ____________________ Department: ____________________ From: ________ To: ______
Job Title(s): ________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ________________________________________
________________________________________

4. Company: ____________________ Department: ____________________ From: ________ To: ______
Job Title(s): ________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ________________________________________
________________________________________

5. Company: ____________________ Department: ____________________ From: ________ To: ______
Job Title(s): ________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ________________________________________
________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ____________________ **PHONE NO: (      )** ____________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

# REIMBURSEMENT AGREEMENT

**Claimant:** Kimberly Kindle **Date of Birth:** ________

**Employer:** American Health Companies **Policy/Plan Sponsor No.:** 09-LF0122

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**_________________________ **DATE:**_________________________

**EMPLOYEE'S PRINTED NAME:** Kimberly Kindle

***Please retain a copy for your records or one can be provided upon request.***

# Billing Statement:

**Invoice Date: 09/02/2022** **Invoice #: 717384-2018**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Aug 1 2022 and Aug 31 2022**

**L-CLTLTD** **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 9437569 12903776 | KINDLE, KIMBERLY CENTENNIAL MEDICAL CENTER | Canceled | 06/22/22 R Johnson | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 0 | **$ 5.00** |
| 9437568 12903776 | KINDLE, KIMBERLY HENDERSON COUNTY MEDICAL GR... | Complete | 06/22/22 R Johnson | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 64 | **$ 9.00** |
| 9437567 12903776 | KINDLE, KIMBERLY WEST TENNESSEE HEALTHCARE | Complete | 06/22/22 R Johnson | $ 9.00 | $ 345.79 | $ 0.00 | $ 0.00 696 | **$ 354.79** |
| 9437564 12903776 | KINDLE, KIMBERLY ST THOMAS HEART | Complete | 06/22/22 R Johnson | $ 9.00 | $ 45.00 | $ 0.00 | $ 0.00 19 | **$ 54.00** |
| 9437565 12903776 | KINDLE, KIMBERLY WEST TENNESSEE BONE AND JOINT | Complete | 06/22/22 R Johnson | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 14 | **$ 9.00** |
| 9437566 12903776 | KINDLE, KIMBERLY KURBAN, DR ELLIOT | Complete | 06/22/22 R Johnson | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 30 | **$ 9.00** |

**ReleasePoint**

**Total Amount Due: $ 440.79**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**Lincoln/Kindle 0923**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

Lincoln/Kindle 0924

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 20, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karen Faucher
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 69635
Secure Fax No.: (603) 334-0380

PLEASE DETACH BEFORE DEPOSITING CHECK

**THIS CHECK CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES**

Sharecare Health Dat
255 East Paces Ferry Rd NE Ste
Atlanta 30305

Date: 09/01/2022
Check #: 0020220223

**Pay Exactly** **One Hundred Ninety-Five and 14/100 -US Dollars **

**Amount**
**$*****195.14**

TO THE ORDER OF
LINCOLN FINANCIAL GROUP
PO BOX 7830
FORT WAYNE IN 46801-7830

VOID AFTER 120 DAYS

Authorized Signer

WELLS FARGO BANK, N.A.

⑈0020220223⑈ ⑆041203824⑆9608000841⑈

279892026

279892026

ENDORSE HERE

Lincoln/Kindle 0926

028033 R3K6T1A
LINCOLN FINANCIAL GROUP
PO BOX 7830
FORT WAYNE IN 46801-7830

Date: 09/01/2022
Check #: 0020220223
Payment Amount: 195.14
Vendor #: R220630198

## Remittance Advice

| Invoice Date | Invoice # | Related PO # | Invoice Gross Amt | Discount Amount | Invoice N |
|---|---|---|---|---|---|
| 06/30/2022 | 8727339-ANNETTE ASHWELL | | 30.00 | 0.00 | |
| Invoice Reference | | | | | |
| 06/30/2022 | 8675285-JOSHUA PARTON | | 30.00 | 0.00 | |
| Invoice Reference | | | | | |
| 06/30/2022 | 9012076-KIMBERLY NELSON | | 30.00 | 0.00 | |
| Invoice Reference | | | | | |
| 06/30/2022 | 9124699-KIMBERLY KINDLE | | 15.00 | 0.00 | |
| Invoice Reference | | | | | |
| 06/30/2022 | 9066599-OLIVIA MCMILLIAN | | 30.00 | 0.00 | |
| Invoice Reference | | | | | |
| 06/30/2022 | 8965754-WILLIAM MCPHATTER | | 15.00 | 0.00 | |
| Invoice Reference | | | | | |
| 06/30/2022 | 8436272-Nicholas Trigilio | | 15.14 | 0.00 | |
| Invoice Reference | | | | | |
| 06/30/2022 | 8821796-DOUGLAS MERVAU | | 30.00 | 0.00 | |
| Invoice Reference | | | | | |

Lincoln/Kindle 0927

# Fax

---

**Date:** 9/8/2022

**To:** <6033340380>
**From:**

**Subject:**

**Hewlett-Packard Company**

# urgent
facsimile

| | |
|---|---|
| *To:* | **<6033340380>** |
| *Fax Number:* | 6033340380 |
| *From:* | **MEDICAL RECORDS** |
| *Fax Number:* | |
| *Business Phone:* | |
| *Home Phone:* | |
| *Pages:* | 8 |
| *Date/Time:* | 9/8/2022 9:59:51 AM |
| *Subject:* | ATTN: RENATA JOHNSON |

KIMBERLY KINDLE, CLAIM #12903776

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 8, 2022 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | |
| Fax: | (731) 410-2380 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 8, 2022

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  __ Other

We ask that you provide this information by August 15, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

Lincoln Financial Group

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| 5'8" | 180 LBS | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| M25.561 | PAIN IN RIGHT KNEE |
| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
| | |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

**Pregnancy** ___/___/___ First Treated ___/___/___ Estimated Delivery ___/___/___ Date of Delivery ☐ Vaginal ☐ C-Section

**RIGHT KNEE PAIN, SWELLING**

Symptoms

**OSTEOPHYTE FORMATION OF THE MEDIAL AND LATERAL TIBIAL PLATEAU.**
**PT UNDERWENT OPEN IRRIGATION AND DEBRIDEMENT OF THE RIGHT KNEE ON 03/28/2022**

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| 03/21/22 | 03/22/22 | 03/22/22 |
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| 03/22/22 | 08/11/22 | 10/14/22 ~~[illegible]~~ |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ___/___/___ to ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

**NO RUNNING, JUMPING, PUSHING/PULLING, LIFTING, CLIMBING, CRAWLING, KNEELING, SQUATTING, BENDING, OR WORKING UNTIL DOCTOR RELEASE**

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| | |
|---|---|
| Continence | ___/___/___ |
| Dressing | ___/___/___ |
| Transferring | ___/___/___ |
| Bathing | ___/___/___ |
| Toileting | ___/___/___ |
| Eating | ___/___/___ |

**PATIENT IS UNABLE TO PREFORM WORK DUTIES AND IS TOTALLY WORK RESTRICTED**

What job modifications would allow the patient to return to work?

## 5. Treatment

**PT TO CONTINUE TO WORK ON STRETCHING AND WILL HAVE MRI AND FOLLOW UP ON ~~09/15/2022~~** 10/14/2022 [handwritten initials/date]

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: ___/___/___

**AS PRESCRIBED**

Describe ongoing treatment frequency

## 6. Prognosis

**IMPROVEMENT EXPECTED**

Describe the patients prognosis for recovery

**TBD ~~09/15/2022~~** 10-14-22 [handwritten initials] 9-8-22

Patient able to return to work Full-Time on:

___/___/___ to ___/___/___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

**KELLY D PUCEK MD**
Name

**24 PHYSICIANS DR**
Street Address

**JACKSON** City | **TN** State | **38305** Zip Code

**731-661-9825** Phone Number | **731-668-6757** Fax Number

[signature] Signature | **08/19/22** Date

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2022-08-19 12:13:55 EDT |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

WEST TENNESSEE
BONE & JOINT
"Keeping You Active"

KIMBERLY KINDLE

11281917
Aug 19 2022 12:11 PM
KIMBERLY KINDLE

TN005F
Aug 19 2022 12:13 PM

5

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

# Subsequent Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 5, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

Attached is the restrictions form you requested.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Haleigh Caceres
Claims Examiner II
On Behalf Of: Renata Johnson
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Renata Johnson

| Kimberly Kindle | | 12903776 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — 03/22/2022
DATE LAST TREATED — 08/11/2022
NEXT OFFICE VISIT — 09/15/2022

Z4789 - ENCOUNTER FOR OTHER ORTHOPEDIC AFTERCARE
L03115 CELLULITIS OF RIGHT LOWER LIMB
M1711 - UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT KNEE
~~M25461 - EFFUSION, RIGHT KNEE~~
DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

NO RUNNING, JUMPING, PUSHING/PULLING, LIFTING, CLIMBING, CRAWLING, KNEELING, SQUATTING, BENDING, OR WORKING UNTIL DOCTOR RELEASE

4. RESTRICTIONS IMPOSED FROM 03/25/2022 TO ~09/15/2022.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
PT TO CONTINUE WORKING ON STRETCHING AND WILL FOLLOW UP AFTER MRI

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ________ TO ________.

| | | |
|---|---|---|
| KELLY D PUCEK MD | ORTHOPEDIC | |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 24 PHYSICIANS DR | 731-661-9825 | 731-668-6757 |
| Street Address | Telephone Number | Fax Number |
| JACKSON, TN 38305 | [signature] | 08/19/2022 |
| City, State & Zip Code | Signature | Date |

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2022-08-19 12:08:22 EDT |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

WEST TENNESSEE BONE & JOINT "Keeping You Active"

KIMBERLY KINDLE

11151504
Aug 19 2022 12:05 PM
KIMBERLY KINDLE

TN005F
Aug 19 2022 12:08 PM

9

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

# Subsequent Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 8, 2022 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | |
| Fax: | (731) 410-2380 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 8, 2022

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the Enclosed Forms:

 X  Attending Physician's Statement
 __ Other

We ask that you provide this information by August 15, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 5'8" | 180 LBS | | |

**2. Diagnosis**

| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
|---|---|
| M25.561 | PAIN IN RIGHT KNEE |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| | |

**Pregnancy** First Treated: __/__/__ Estimated Delivery: __/__/__ Date of Delivery: __/__/__ ☐ Vaginal ☐ C-Section

Symptoms:
**RIGHT KNEE PAIN, SWELLING**

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):
**OSTEOPHYTE FORMATION OF THE MEDIAL AND LATERAL TIBIAL PLATEAU. PT UNDERWENT OPEN IRRIGATION AND DEBRIDEMENT OF THE RIGHT KNEE ON 03/28/2022**

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 03/21/22 | 03/22/22 | 03/22/22 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 03/22/22 | 08/11/22 | 09/15/22 |

Dates hospital confined: __/__/__ to __/__/__

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

NO RUNNING, JUMPING, PUSHING/PULLING, LIFTING, CLIMBING, CRAWLING, KNEELING, SQUATTING, BENDING, OR WORKING UNTIL DOCTOR RELEASE
Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

PATIENT IS UNABLE TO PREFORM WORK DUTIES AND IS TOTALLY WORK RESTRICTED
What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________
Dressing ____/____/________
Transferring ____/____/________
Bathing ____/____/________
Toileting ____/____/________
Eating ____/____/________

## 5. Treatment

PT TO CONTINUE TO WORK ON STRETCHING AND WILL HAVE MRI AND FOLLOW UP ON 09/15/2022

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: ____/____/________

AS PRESCRIBED
Describe ongoing treatment frequency

## 6. Prognosis

IMPROVEMENT EXPECTED

Describe the patients prognosis for recovery

TBD 09/15/2022
Patient able to return to work Full-Time on:

____/____/____ to ____/____/____
If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

KELLY D PUCEK MD
Name

24 PHYSICIANS DR
Street Address

JACKSON
City

TN
State

38305
Zip Code

731-661-9825
Phone Number

731-668-6757
Fax Number

[signature]
Signature

08/19/22
Date

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2022-08-17 14:13:11 EDT |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

sharecare

THE LINCOLN NATIONAL
PO BOX 2578
OMAHA NE 68172

11297909

KIMBERLY KINDLE

TN300
Aug 17 2022 2:13 PM

5

**CONFIDENTIAL - MEDICAL RECORDS**

[redacted]

This page intentionally left blank

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 16, 2022 |
| To: | DR. MARK ROBBINS<br>ST THOMAS HEART |
| Attn: | |
| Fax: | (615) 222-7275 |
| From: | Danielle Moore<br>Consultant- Claims, GP LTD & Life Waiver<br>On Behalf Of: Renata Johnson<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 16, 2022

Dr. Mark Robbins
St Thomas Heart

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Mark Robbins:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 3, 2022 through the present
- Any return to work notes and/or specific restrictions or limitations
- Completion of the Enclosed Forms:

X N/A, no form

We ask that you provide this information by August 22, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Moore
Consultant- Claims, GP LTD & Life Waiver

On Behalf Of: Renata Johnson
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

sharecare

Ascension Medical Group - Tennessee
4230 Harding Pike Ste 330
Nashville, TN, 37205-2018

THE LINCOLN NATIONAL
PO BOX 2578
OMAHA, NE, 68172

2022-08-17

RE: Request for Release of Information for Patient: **KIMBERLY KINDLE**
Request ID: 11297909

Dear Sir/Madam,

This letter serves as notification there are one or more issues with attempting to complete your release of information request. Please see below for specific information.

1. Please provide a completed, HIPAA compliant AUTHORIZATION. [45 CFR 164.508]

Please review the above items and submit any required updated documentation to the address listed in the upper right hand corner.

Thank you,

Sharecare Health Data Services, LLC for
Ascension Medical Group - Tennessee

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 16, 2022 |
| To: | DR. MARK ROBBINS<br>ST THOMAS HEART |
| Attn: | |
| Fax: | (615) 222-7275 |
| From: | Danielle Moore<br>Consultant- Claims, GP LTD & Life Waiver<br>On Behalf Of: Renata Johnson<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 16, 2022

Dr. Mark Robbins
St Thomas Heart

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Mark Robbins:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from June 3, 2022 through the present
Any return to work notes and/or specific restrictions or limitations

Completion of the Enclosed Forms:

X N/A, no form

We ask that you provide this information by August 22, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Moore
Consultant- Claims, GP LTD & Life Waiver

On Behalf Of: Renata Johnson
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 8, 2022 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | |
| Fax: | (731) 410-2380 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 8, 2022

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
__ Other

We ask that you provide this information by August 15, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
| | | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| ____/____/____ | ____/____/____ | ____/____/____ |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

# Attending Physician's Statement

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

___/___/___
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 5, 2022 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | |
| Fax: | (731) 668-6757 |
| From: | Haleigh Caceres<br>Claims Examiner II<br>On Behalf Of: Renata Johnson<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 5, 2022

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Restrictions Form

Completion of the Enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by August 11, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Kindle allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Kindle s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Haleigh Caceres
Claims Examiner II
On Behalf Of: Renata Johnson
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form
12903776-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.21.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Renata Johnson

| Kimberly Kindle | | 12903776 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ________________________

   **DATE LAST TREATED** — ____________ ________________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

**Lincoln/Kindle 0973**

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: KIMBERLY KINDLE Date: 06-17-2022

Signature: Kimberly Kindle

00000123 LFPM8ED1 00001940

Lincoln/Kindle 0975

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 6, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

Attached is the restrictions form you requested.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Haleigh Caceres
Claims Examiner II
On Behalf Of: Renata Johnson
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Renata Johnson

| Kimberly Kindle | | 12903776 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________
   **DATE LAST TREATED** — ____________ ____________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

**Lincoln/Kindle 0978**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Kindle 0979**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, August 5, 2022 2:11:52 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]American Health Companies Claim No. 12903776 Kimberly Kindle |
| Attachments: | 1ebczifcxxw6qleo5rrx_13296677.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 5, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

Attached is the restrictions form you requested.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Haleigh Caceres
Claims Examiner II
On Behalf Of: Renata Johnson
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Renata Johnson

| Kimberly Kindle | | 12903776 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________

   **DATE LAST TREATED** — ____________ ____________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

**Lincoln/Kindle 0982**

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Kindle 0983**

## Medical Record Overview

**Date:** **July 21, 2022**

**Patient Name:** KINDLE, KIMBERLY

**Records From:** ST THOMAS HEART
4230 HARDING PIKE STE 330
NASHVILLE, TN 37205
(615) 269-4545

**RP ID:** 9437564

**Client ID:** 12903776

**Source:** L-CLTLTD

**Request Scope:** From March 1, 2022 to Present

**Req By:** R Johnson
R Johnson

**Chart Range:** 05/18/2022 - 06/02/2022

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 18 2022 | May 18 2022 | 3 | 2 |
| Labs/Diagnostics | Jun 2 2022 | Jun 2 2022 | 6 | 5 |
| Other Records | | | 1 | 11 |
| Request Corr. | | | 7 | 12 |
| Questionnaire | | | 2 | 19 |

**Total Page Count:** 19

**Notes From QC:**

Enclosed are all records supplied by facility for the specific information requested

**Lincoln/Kindle 0984**

**KINDLE, Kimberly A (id #3067877, dob:**
**Encounter Date: 05/18/2022**

Patient

| | | | |
|---|---|---|---|
| **Name** | KINDLE, KIMBERLY (50yo, F) ID# 3067877 | **Appt. Date/Time** | 05/18/2022 08:15AM |
| **DOB** | | **Service Dept.** | STPS_ST Hrt_West |
| **Provider** | MARK ROBBINS, MD | | |
| **Insurance** | Med Primary: BCBS-TN<br>Insurance # : ZXV908208587<br>Policy/Group # : 130464<br>PCP : WEATHERFORD, ALAN D, PA C<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

Establish Cardiac Care

Patient's Care Team

**Primary Care Provider (Primary Insurance):** WEATHERFORD, ALAN D, PA C: 250 BOSWELL ST, LEXINGTON, TN 38351-1566, Ph (731) 986-2006, Fax (731) 968-9970

Patient's Pharmacies

**FAMILY PHARMACY (ERX): 6 HOSPITAL DRIVE, LEXINGTON, TN 38351, Ph (731) 968-6979, Fax (731) 968-5152**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in (170.18 cm) 05/18/2022 09:00 am | **Wt:** | 182 lbs (82.55 kg) 05/18/2022 09:00 am | **BMI:** | 28.5 05/18/2022 09:00 am |
| **BP:** | 114/72 sitting L arm 05/18/2022 09:05 am | **Pulse:** | 91.99 bpm 05/18/2022 09:05 am | **O2Sat:** | 96% 05/18/2022 09:05 am |

Measurements

None recorded.

Allergies

Reviewed Allergies

**ROCEPHIN**

Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulf 90 mcg/actuation breath activated powder inhaler,sensor**<br>Inhale 2 puff(s) every 4 hours by inhalation route. | 05/18/22 | entered |
| **ALPRAZolam 0.5 mg disintegrating tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 05/18/22 | entered |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 6 hours by oral route. | 05/18/22 | entered |
| **sertraline 50 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 05/18/22 | entered |

Problems

Reviewed Problems
No known problems

Family History

**Lincoln/Kindle 0985**

Reviewed Family History

| | |
|---|---|
| Father | - Heart disease |

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Current every day smoker
**Coronaviruses**
Have you had a fever and/or symptoms of a lower respiratory illness (cough, difficulty breathing, etc)?: No
Have you had any of these symptoms: Chills ,Headache, Fatigue, Muscle or body aches , Sore throat, New loss of taste or smell, Nausea or vomiting, or Diarrhea?: No
Have you had a COVID-19 vaccine in the last 7 days?: No
In the past 10 days, have you been told you may have COVID-19 or have been tested for COVID-19?: No
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Female
Assigned sex at birth: Female
Pronouns: she/her
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Knee Surgery - Right knee
- Procedure on ear

## Past Medical History

Reviewed Past Medical History

## Screening

None recorded.

## HPI

Kimberly is a very nice 50-year-old female who was recently admitted in Jackson Tennessee with a right septic knee with MRSA. Should undergo a washout and 6 weeks of vancomycin. She eventually had a transesophageal echocardiogram which did reveal a vegetation on her tricuspid valve. Her insurance is not covered in that location therefore her primary cardiologist sent her here for my evaluation which probably needs a repeat transesophageal echocardiogram for assessment after antibiotics as well as left heart catheterization and potential preparation for tricuspid valve repair or replacement.

## ROS

Patient reports **chest pain** but reports no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports **shortness of breath** but reports no cough, no wheezing, and no coughing up blood. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities; **No muscle / joint pain different from chronic issues.** She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no lumps, no tenderness, and no discharge. She reports no abdominal pain, no vomiting, no nausea, normal appetite, no melena, no diarrhea, no constipation, no bright red blood per rectum, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

**Constitutional:** General Appearance: well-nourished, well-developed, and appears stated age. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person.

**Eyes:** Lids and Conjunctivae: no discharge. Pupils: PERRLA.

**ENMT:** Ears: no lesions on external ear. Nose: no lesions on external nose and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: supple, FROM, and trachea midline. Thyroid: not enlarged or no nodules.

**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2; no rub, gallop, or click; and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis, edema, or peripheral signs of emboli.

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted.

**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender or no splenomegaly.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and no erythema.

**Neurologic:** Gait: normal gait. Motor: normal strength and tone. Neurological: **CN II - XII intact grossly.**.

**Skin:** Inspection and Palpation: warm and dry; **Normal turgor.**. Nails: no clubbing.

## Assessment / Plan

**1. Bacterial endocarditis** -
MRSA by cultures of blood and wound in the right knee. TEE with tricuspid valve vegetation. She will need left heart catheterization and repeat transesophageal echocardiogram for better assessment prior to referral to cardiothoracic surgery.
I33.0: Acute and subacute infective endocarditis

- US, ECHOCARDIOGRAM, TRANSESOPHAGEAL
- LEFT HEART CATHETERIZATION (SURG)

### Return to Office

Patient will return to the office as needed.

## Encounter Sign-Off

Encounter signed-off by Mark Robbins, MD, 05/18/2022.

Encounter performed and documented by Mark Robbins, MD
Encounter reviewed & signed by Mark Robbins, MD on 05/18/2022 at 9:26am

## Lab Results

Lincoln/Kindle 0988

Labs/Diagnostics - 06/02/2022

STMP_Saint Thomas Medical Partners • 2723 New Salem Hwy, MURFREESBORO TN 37128-5253

**KINDLE, Kimberly A (id #3067877, dob:**

## C BLOOD 06/08/2022 (#103013898, Final, 06/02/2022 5:45pm)

| | | | |
|---|---|---|---|
| Ordering Provider | KRISTIN PHILLIPS | Performing Lab | SAINT THOMAS WEST<br>4220 HARDING RD<br>NASHVILLE TN 37205 |
| Specimen/Accession ID | 7695459977 | Specimen Source | Blood |
| Specimen Coll. Date | 06/02/2022 17:45 | Result Status | Final |
| Specimen Rec. Date | 06/02/2022 18:30 | Report Status | |
| Specimen Reported Date | 06/08/2022 02:00 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| BLOOD CULTURE | | | | | Final | |

```
Patient     KINDLE, KIMBERLY

Name:
DOB: 7/27/1971
Accession: 22-153-07216

22-153-07216


Verified Date/Time: 6/8/2022 02:00 CDT
No growth at 5 days.

Verified Date/Time: 6/7/2022 02:01 CDT
No growth at 4 days.

Verified Date/Time: 6/6/2022 02:01 CDT
No growth at 3 days.
Verified Date/Time: 6/5/2022 02:01 CDT
No growth at 2 days.

Verified Date/Time: 6/4/2022 02:02 CDT
No growth at 1 day.

Verified Date/Time: 6/3/2022 02:02 CDT
Culture in progress
Order Comments
01:    Blood Culture
      ***Recommended for Adult patients

Interpretive Data

      Test Performed At:
      Ascension Saint Thomas West Laboratory
      4220 Harding Road, PO Box 380
      Nashville, TN  37202
      Forrest Busler, M. D. Microbiology Lab Medical Director
      Micro Lab:  615-222-2022
```

Labs/Diagnostics - 06/02/2022

STMP_Saint Thomas Medical Partners • 2723 New Salem Hwy, MURFREESBORO TN 37128-5253

**KINDLE, Kimberly A (id #3067877, dob:**

## C BLOOD 06/08/2022 (#103013897, Final, 06/02/2022 5:30pm)

| | | | |
|---|---|---|---|
| Ordering Provider | KRISTIN PHILLIPS | Performing Lab | SAINT THOMAS WEST<br>4220 HARDING RD<br>NASHVILLE TN 37205 |
| Specimen/Accession ID | 7695459971 | Specimen Source | Blood |
| Specimen Coll. Date | 06/02/2022 17:30 | Result Status | Final |
| Specimen Rec. Date | 06/02/2022 18:05 | Report Status | |
| Specimen Reported Date | 06/08/2022 02:00 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| BLOOD CULTURE | | | | | Final | |

```
Patient     KINDLE, KIMBERLY

Name:
DOB: 7/27/1971
Accession: 22-153-07215

22-153-07215


Verified Date/Time: 6/8/2022 02:00 CDT
No growth at 5 days.

Verified Date/Time: 6/7/2022 02:01 CDT
No growth at 4 days.

Verified Date/Time: 6/6/2022 02:01 CDT
No growth at 3 days.
Verified Date/Time: 6/5/2022 02:01 CDT
No growth at 2 days.

Verified Date/Time: 6/4/2022 02:02 CDT
No growth at 1 day.

Verified Date/Time: 6/3/2022 02:02 CDT
Culture in progress
Order Comments
01:   Blood Culture
      ***Recommended for Adult patients

Interpretive Data

      Test Performed At:
      Ascension Saint Thomas West Laboratory
      4220 Harding Road, PO Box 380
      Nashville, TN  37202
      Forrest Busler, M. D. Microbiology Lab Medical Director
      Micro Lab:  615-222-2022
```

STMP_Saint Thomas Medical Partners • 2723 New Salem Hwy, MURFREESBORO TN 37128-5253

**KINDLE, Kimberly A (id #3067877, dob**

## HBA1C (HEMOGLOBIN A1C), BLOOD 06/02/2022 (#102781224, Final, 06/02/2022 11:59am)

| | | | |
|---|---|---|---|
| Ordering Provider | KRISTIN PHILLIPS | Performing Lab | STH West LabPlus, LLC St. Thomas Health System<br>4220 Harding Road Nashville<br>TN, 37236 615-222-6730 |
| Specimen/Accession ID | 7692770181 | Specimen Source | Blood |
| Specimen Coll. Date | 06/02/2022 11:59 | Result Status | Final |
| Specimen Rec. Date | 06/02/2022 12:01 | Report Status | |
| Specimen Reported Date | 06/02/2022 12:45 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HGB A1C | 5.2 | 4.0-6.0 | % | | Final | WEST |
| ESTIMATED AVERAGE GLUCOSE | 103 | | mg/dL | | Final | WEST |

Lincoln/Kindle 0991

Labs/Diagnostics - 06/02/2022



**KINDLE, Kimberly A (id #3067877, dob:**

## BMP, SERUM OR PLASMA 06/02/2022 (#102779825, Final, 06/02/2022 11:59am)

| | | | |
|---|---|---|---|
| Ordering Provider | KRISTIN PHILLIPS | Performing Lab | STH West LabPlus, LLC St. Thomas Health System<br>4220 Harding Road Nashville<br>TN, 37236 615-222-6730 |
| Specimen/Accession ID | 7692770175 | Specimen Source | Blood |
| Specimen Coll. Date | 06/02/2022 11:59 | Result Status | Final |
| Specimen Rec. Date | 06/02/2022 12:01 | Report Status | |
| Specimen Reported Date | 06/02/2022 12:20 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SODIUM | 138 | 136-145 | mmol/L | | Final | WEST |
| POTASSIUM | 4.0 | 3.5-5.1 | mmol/L | | Final | WEST |
| CHLORIDE | 107 | 98-107 | mmol/L | | Final | WEST |
| CO2 | 26 | 22-29 | mmol/L | | Final | WEST |
| GLUCOSE LEVEL | 91 | 70-105 | mg/dL | | Final | WEST |
| BUN | 16 | 7-26 | mg/dL | | Final | WEST |
| CREATININE LEVEL | 0.9 | 0.6-1.1 | mg/dL | | Final | WEST |
| **AGAP** | **5** | **6-17** | **mmol/L** | **Low** | **Final** | **WEST** |
| CALCIUM, SERUM | 9.2 | 8.4-10.2 | mg/dL | | Final | WEST |
| GLOMERULAR FILTRATION RATE (MDRD) | 66 | >=60 | mL/min/1.73 m2 | | Final | WEST |
| | The GFR is calculated using the MDRD formula and is valid for adults over 18 yea rs with adjustments for age, sex, and race. The calculation is not valid for pa tients on dialysis or with rapidly changing kidney function. Patients with GFR less than 60 are defined as having chronic kidney disease. A grading system o f decreased kidney function has been proposed: 90 - 60 mild, 59 -30 moderate, 29 -15 severe. | | | | | |
| CREATININE CLEARANCE (C - G MODIFIED) | 85 | | mL/min | | Final | WEST |
| | This Creatinine Clearance calculation is an estimate for classification purposes only and should not be the only factor used in patient management decisions. T he Creatinine Clearance is a calculation valid for adults over 18 years with ad justments for age, sex and weight. The calculation is not valid for patients wi th changing renal function or patients on dialysis. OBESITY WT. ADJUSTMENT USED | | | | | |

Lincoln/Kindle 0992

Labs/Diagnostics - 06/02/2022



**KINDLE, Kimberly A (id #3067877, dob:**

## LIPID PANEL, SERUM 06/02/2022 (#102779820, Final, 06/02/2022 11:59am)

| | | | |
|---|---|---|---|
| Ordering Provider | KRISTIN PHILLIPS | Performing Lab | STH West LabPlus, LLC St. Thomas Health System<br>4220 Harding Road Nashville<br>TN, 37236 615-222-6730 |
| Specimen/Accession ID | 7692770179 | Specimen Source | Blood |
| Specimen Coll. Date | 06/02/2022 11:59 | Result Status | Final |
| Specimen Rec. Date | 06/02/2022 12:01 | Report Status | |
| Specimen Reported Date | 06/02/2022 12:20 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CHOLESTEROL | 176 | <=199 | mg/dL | | Final | WEST |
| TRIGLYCERIDE | 120 | <=149 | mg/dL | | Final | WEST |
| **HDL** | **45** | **>=60** | **mg/dL** | **Low** | **Final** | **WEST** |
| | HDL Reference Range based on NCEP guidelines | | | | | |
| **LDL** | **107** | **<=99** | **mg/dL** | **High** | **Final** | **WEST** |
| | LDL Reference Range based on NCEP guidelines | | | | | |
| CHOLESTEROL/HDL RATIO | 4 | | | | Final | WEST |
| | CHOLESTEROL/HDL INTERPRETATION:<br><4.0 = DECREASED CORONARY RISK<br>4.1-5.9 = AVERAGE CORONARY RISK<br>>6.0 = INCREASED CORONARY RISK | | | | | |

Labs/Diagnostics - 06/02/2022

STMP_Saint Thomas Medical Partners • 2723 New Salem Hwy, MURFREESBORO TN 37128-5253

**KINDLE, Kimberly A (id #3067877, dob**

## CBC W/O DIFF 06/02/2022 (#102779200, Final, 06/02/2022 11:59am)

| | | | |
|---|---|---|---|
| Ordering Provider | KRISTIN PHILLIPS | Performing Lab | STH West LabPlus, LLC St. Thomas Health System<br>4220 Harding Road Nashville<br>TN, 37236 615-222-6730 |
| Specimen/Accession ID | 7692770173 | Specimen Source | Blood |
| Specimen Coll. Date | 06/02/2022 11:59 | Result Status | Final |
| Specimen Rec. Date | 06/02/2022 12:01 | Report Status | |
| Specimen Reported Date | 06/02/2022 12:09 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 9.5 | 4.3-10.0 | x1000/mm3 | | Final | WEST |
| RBC | 4.07 | 4.00-5.40 | x1000000/mm3 | | Final | WEST |
| HGB | 12.1 | 12.0-16.0 | gm/dL | | Final | WEST |
| HCT | 37.3 | 35.0-47.0 | % | | Final | WEST |
| MCV | 91.6 | 81.0-97.0 | fl | | Final | WEST |
| MCH | 29.7 | 27.0-34.0 | pg | | Final | WEST |
| MCHC | 32.4 | 32.0-36.0 | % | | Final | WEST |
| RDW | 13.5 | 11.5-14.5 | | | Final | WEST |
| PLATELET | 373 | 150-400 | x1000/mm3 | | Final | WEST |

**KINDLE, Kimberly A (id #3067877, dob: )**

## Encounters and Procedures

Clinical Encounter Summaries

Request Corr.[redacted]

sharecare

RELEASEPOINT- SAINT PETERS
PO BOX 1390
ST PETERS MO 63376-0121

10213612
Jun 23 2022 11:36 AM
KIMBERLY KINDLE

TN300
Jun 24 2022 1:14 PM

19

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**ST THOMAS HEART**
**4230 HARDING PIKE STE 330**
**ATTN: MEDICAL RECORDS**
**NASHVILLE, TN 37205**

Date: Jun 22, 2022

**Re: Long Term Disability Benefits**
Claim# 9437564 12903776
Claimant: KINDLE, KIMBERLY ✓
Claimant DOB: ✓
Provider Portal: https://portal.releasepoint.com
Access Key: 573381

Dear ROI: 6152227257 7,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From March 1, 2022 to Present** ✓
**any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications - Seen By: ST THOMAS HEART**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rolly Bongabong
Disability Information Specialist
Phone No.: (213) 266-7863
Fax No: (213) 884-4921

RPID: 9437564

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00000123 LFPMBED1 00001941

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 ✓ months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE ✓

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Kimberly Kindle ✓ Date: 6-17-2022 ✓

Date of Birth: ✓ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

✓

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

## Medical Records - CONFIDENTIAL

**FROM:** TN - Ascension - Tennessee

Shawna M
2723 New Salem Hwy, MURFREESBORO, TN 37128-5253
Phone: (615) 396-6850
Fax: (615) 396-6855

**TO:**

### Name: KINDLE, KIMBERLY A

### DOB:

### Date Range: 03/01/2022 to 06/23/2022

**This document contains the following records of the patient:**

- **Encounters and Procedures**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:3067877-A-7654]

Lincoln Financial Group®

# Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

Full Name (First) (M.I.) (Last Name)

Social Security Number

Height

Weight

Blood Pressure

Employer Name

## 2. Diagnosis

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy**

___/___/___ First Treated

___/___/___ Estimated Delivery

___/___/___ Date of Delivery

☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

## 3. Disability Circumstances - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

___/___/___ Symptoms first Appeared

___/___/___ Reduced Ability to work

___/___/___ Advised to stop work

___/___/___ Initial Treatment

___/___/___ Most Recent Treatment

___/___/___ Next Treatment

Dates hospital confined: ___/___/___ to ___/___/___

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ______ | Standing | ____ | Crouching | ______ | Overhead | ______ |
| 6-10 lbs. | ______ | Walking | ____ | Crawling | ______ | Desk Level | ______ |
| 11-25 lbs. | ______ | Sitting | ____ | Grasping | ______ | Below Waist | ______ |
| 26-50 lbs. | ______ | Balancing | ____ | Climbing | ______ | | |
| 51-100 lbs. | ______ | Stooping | ____ | Pushing | ______ | | |
| 100 + lbs. | ______ | Kneeling | ____ | Pulling | ______ | | |
| | | Fingering | ____ | Bending | ______ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____ /_____ /___________

Transferring _____ /_____ /___________

Bathing _____ /_____ /___________

Toileting _____ /_____ /___________

Eating _____ /_____ /___________

Date patient experienced loss of

Cognitive Functioning: _____ /_____ /___________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ /____ /________ to ____ /____ /________

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

**Date** ___ /___ /___

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

# Quality Assurance Report

## Request Information

Report Date: July 21, 2022

**RP ID:** 9437564

Patient Name: KINDLE, KIMBERLY

Provider Name: ST THOMAS HEART

## Quality Assurance Information

Scope Requested: **From March 1, 2022 to Present**

Special Request:

any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications - Seen By: ST THOMAS HEART

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by facility for the specific information requested

Chart Reviewed By: KALLA

**Lincoln/Kindle 1004**

**Initial Payment Set up Worksheet**

**DOB**

**LTD Claim #** 12903776 — **Work State:** TN

**Associated Claims** 12765776 Type STD — Type

**Benefit End date of associated claims** 6/20/2022

**LTD Benefit begin date** 6/21/2022 — **DOD** 3/22/2022 **AGE** 50

**Max Benefit date** 7/26/2038 — Age 67

**Does policy include COLA provision** No — **Eligibility intended** Elig Appr

**Sources used to verify BME amount**
Elig file Eff 01/01/21 indicates Annual $61,068.80 / 12 = $5089.07 BME

**BME amount** $5,089.07 — **Benefit percentage** 60.00 %

**Gross modal benefit** $3,053.44

**Benefit Begin date** 6/21/2022

**Approved thru date** 6/20/2024 — 24 months own occupation

**Offset Entered**

| Type | Amount |
|---|---|
| n/a | |

**Deductions entered** — **Effective:** — **Through**

| Type | Amount | Type | Amount |
|---|---|---|---|
| n/a | | | |

**Tax Withholding** — **Federal** — **State**

**Completed by:** **Jackie M** — **Approved by:**

12903776-PAYMENTS-BENEFIT CALCULATION-07.20.2022.xlsx

**Lincoln/Kindle 1005**

**Medical Record Overview**

ReleasePoint

**Date:** **July 8, 2022**

**Patient Name:** KINDLE, KIMBERLY

**Records From:** WEST TENNESSEE BONE AND JOINT
24 PHYSICIANS DR
JACKSON, TN 38305
(731) 661-9825

**RP ID:** 9437565

**Client ID:** 12903776

**Source:** L-CLTLTD

**Request Scope:** From March 1, 2022 to Present

**Req By:** R Johnson
R Johnson

**Chart Range:** 03/22/2022 - 07/07/2022

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 22 2022 | Jul 7 2022 | 14 | 2 |
| | | **Total Page Count:** | 14 | |

**Notes From QC:**

**Lincoln/Kindle 1006**

# Fax

**Date:** 7/8/2022

**To:** <2138844921>
**From:**

**Subject:**

# F A X

**Hewlett-Packard Company**

| | |
|---|---|
| To: | <2138844921> |
| Fax number: | 2138844921 |
| From: | MEDICAL RECORDS |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 7/8/2022 10:02:30 AM |
| Pages: | 13 |
| Re: | RP ID#9437565 12903776 |

**Lincoln/Kindle 1008**

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 07/07/2022
Location: JACKSON OFFICE MAIN

She returns for further followup on her knee. Still complains of pain although her motion returned nicely. Has got about 5-degree or less extensor lag, however. Small effusion, no erythema or warmth. I think overall she is on schedule. Given her exercises, working on her extension, I have written her a work note. She is going to end up having to have cardiac procedure as well. So, we wrote her a note to be off until she sees me in 4-5 weeks. She will work on stretching it and out get her extension and when she crosses 6-month mark, I could probably MRI of the knee given she is having problems before with it and also to see what her cartilage interval has done following her septic joint. I have written her 1 last pain prescription, just to take on rare occasion. See her back in another 4-6 weeks.

Kelly D. Pucek, MD
KDP/12118

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 05/26/2022
Location: JACKSON OFFICE MAIN

She returns for further followup on her right knee. She is now 2 months out. Still complains of pain and swelling, but her motion is returning nicely as far as flexion, it is pretty much comparable to the other knee. On exam, incision is well healed, small to moderate effusion. Lacks about 5 degrees of terminal extension. Incision is well healed. There is no erythema or warmth. I reassured her I think she is on schedule these are symptoms are not unexpected, can run 4-6 months at times. I am going to write her one last pain prescription. Continue her home therapy over the next 3 weeks, trying to get her extension, then she will do exercises on her own and I will see her back in another 6 weeks.

Kelly D. Pucek, MD
KDP/12118

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 04/19/2022
Location: JACKSON OFFICE MAIN

She returns for further followup on her knee. She is now 3 weeks out from I and D septic knee. She is getting home antibiotics. The dressings were removed. Incision is healing well. No erythema or drainage, small effusion. Limited knee range of motion secondary to pain. Appears neurovascularly intact distally.

I think she is progressing on schedule.

Her wound healing looks good. We will continue her IV antibiotics per infectious disease. Get her sutures out. She can shower and get the wound wet. Do not soak in underwater. I have written her a work note. Refilled her pain prescription. Let her progress up to weightbearing as tolerated. I will see her back in another month.

Kelly D. Pucek, MD
KDP/12138

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 03/25/2022
Location: LEXINGTON OFFICE

History of Present Illness: Ms. Kindle comes in as a work-in today for re-evaluation of her right knee. She tells me that she has not experienced any improvement since the aspiration and injection 3 days ago. She reports that the swelling recurred a couple of days after her last visit. She is still reporting significant discomfort, mainly posteriorly. Denies any fever or other associated symptoms.

The WTBJ Clinic medical history form was filled out at a previous visit. There have been no significant changes of the past medical, social or family history. Medications and drug allergies were reviewed and noted in the chart.

Physical Examination: Today, she is ambulating with an antalgic gait using a walker. Examination of the right knee reveals no skin lesions, ecchymosis. She does have a moderate-sized effusion. Again, there is no redness or gross calor. She has very limited range of motion due to pain. She is very guarded, appears to have tenderness over both the medial and lateral joint lines. The right lower extremity is neurovascularly intact.

Assessment: A 50-year-old Caucasian female, osteoarthritis, right knee; recurrent effusion.

Plan: I did offer to aspirate the knee again today since she is having significant pain. I was able to aspirate approximately 20 mL of cloudy joint fluid. I have recommended that we go ahead and send the fluid to the lab for routine culture, Gram stain, cell count, and crystal analysis. I have also recommended getting a CBC, CRP, and sed rate. We checked her temperature today. It was 98.9. I have also recommended that we go ahead and order an MRI scan. I want to see her back in 3 to 5 days to see how she is doing at that time. The patient is strongly advised to report to the emergency department if she experiences any changes of her symptoms, especially any increased pain, swelling, redness, or fever. We did discuss the possibility of septic arthritis. I will see her back next week, review those labs, but sooner if needed.

Procedure: After discussing potential risks including, but not limited to, infection, bleeding, and continued pain, she consented to proceed. After sterile prep and local anesthesia using 3 cc of 1% lidocaine, I was able to aspirate approximately 25 mL of cloudy joint fluid. Hemostasis was obtained. Bandage applied. The patient tolerated this procedure well.

Shane Dunaway FNP-C

Shane Dunaway, MSN, APRN, FNP-C

Patient: KINDLE, KIM
MRN: 318339
Date: 03/25/2022
Page: 2
Location: LEXINGTON OFFICE

SD/11465

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 03/22/2022
Location: LEXINGTON OFFICE

Chief Complaint: Right knee pain and swelling.

History of Present Illness: This is a 50-year-old female who presents with complaints of pain and swelling of the right knee. She reports that she started having significant discomfort in the right knee yesterday. Denies any known injury. She does report that she did some yard work the day before her symptoms began. She has had intermittent episodes of pain in the past; however, it has never been this bad. She rates her current pain 10/10, describes it as a constant aching, throbbing, sometimes sharp pain. It is slightly improved by rest, ice, and heat, worsened by activity.

The WTBJ Clinic medical history form was filled out, reviewed by me, and placed in the chart. This includes the past medical, family, and social history and review of systems. Medications and drug allergies were reviewed and noted in the chart.

Review of Systems: Overall, no new complaints other than chief complaint which is negative other than that listed in the History of Present Illness.
Eyes: No changes in vision.
Neck: No difficulty with swallowing.
Chest: No difficulty with breathing.
Heart: No chest pain and no shortness of breath with exertion upon evaluation today.
Neurologic: No shooting pains.
Integument: No new rashes or bruises.
Lymphatic: No abnormal swelling.
Genitourinary: No difficulty with voiding.
Gastrointestinal: No changes in bowel habits.

Physical Examination: On physical exam, this is a 50-year-old, well-developed, well-nourished Caucasian female in no acute distress. She does appear uncomfortable. Height 5 feet 8 inches, weight 180 pounds, heart rate 88. She is awake, alert, and oriented x3. Maintains an appropriate mood and affect throughout the encounter. Skin is pink, warm, and dry. Today, she is nonambulatory, in a wheelchair. Examination of the right knee reveals no skin lesions or ecchymosis. There is no redness or calor. She does have a moderate-sized effusion. She has very limited range of motion due to pain and swelling. Exquisite tenderness over the lateral joint line, mild tenderness over the medial joint line. I was unable to assess any ligamentous laxity due to the effusion and her pain. The right lower extremity is neurovascularly intact. She has normal range of motion, stability, and muscle strength to the contralateral left knee.

Imaging: Today, I obtained AP, lateral, and Merchant views of the right knee. We were unable to obtain a weightbearing AP view due to pain. She does appear to have osteophyte formation of the medial and lateral tibial plateau.

Patient: KINDLE, KIM
MRN: 318339
Date: 03/22/2022
Page: 2
Location: LEXINGTON OFFICE

Assessment: A 50-year-old Caucasian female, osteoarthritis, right knee, possible internal derangement.

Plan: I discussed treatment options with Ms. Kindle. I did offer to aspirate her knee in an effort to give her some relief today. We did discuss the possibility of an MRI, especially if this does not help. I want to see her back in approximately 10 to 12 days to see how she has responded. She was requesting something for pain. After checking the CSMD website, I did agree to give her a 3 day supply of tramadol. I will see her back in 10 to 12 days, sooner if needed. If she has any increased pain or change of her symptoms, I would recommend her reporting to the emergency department. I was able to aspirate approximately 65 mL of cloudy joint fluid.

Procedure: After discussing the potential risks including, but not limited to, infection, bleeding, and continued pain, the patient consented to proceed. After sterile prep and local anesthesia using 3 cc of 1% lidocaine, I injected 80 mg of Depo-Medrol mixed with 2 cc of 0.25% Marcaine into the right knee using a superolateral approach. Hemostasis was obtained. A bandage applied. The patient tolerated this procedure well.

Shane Dunaway, MSN, APRN, FNP-C
SD/11465

## Jackson Madison County General Hospital

| | | | |
|---|---|---|---|
| Patient Name: | KINDLE, KIMBERLY A | Account #: | 11612160 |
| DOB: | | Admit Date: | 3/28/2022 |
| Sex: | Female | Discharge Date: | |
| MRN: | 936607 | Patient Type: | Inpatient |

| | |
|---|---|
| Document Type: | OPERATIVE REPORT |
| Document Status: | Auth (Verified) |
| Performed By: | PUCEK MD,KELLYDWAYNE (3/28/2022 20:00 CDT) |
| Signed By: | PUCEK MD,KELLYDWAYNE (3/29/2022 14:31 CDT) |
| Authenticated By: | PUCEK MD,KELLYDWAYNE (3/29/2022 14:31 CDT) |

**OPERATIVE REPORT**

(REPORT NOT FINAL UNTIL SIGNED)
THIS REPORT SUMMARIZES TREATMENT DURING THE TIME SPECIFIED. CONSULT PRIMARY
SOURCE DOCUMENTS TO VERIFY CRITICAL DATA.

OPERATIVE REPORT

Patient Name: KINDLE, KIMBERLY A Account #: 11612160 MR #: 000936607 Room #:

DATE OF PROCEDURE: 03/28/2022

SURGEON: Kelly Pucek, MD

PREOPERATIVE DIAGNOSIS: Septic right knee.

POSTOPERATIVE DIAGNOSIS: Septic right knee.

PROCEDURE: Open irrigation and debridement, septic right knee.

COMPLICATIONS: None.

ANESTHESIA: General.

ESTIMATED BLOOD LOSS: 25.

FLUIDS: 250.

TOURNIQUET TIME: Less than 20 minutes, right lower extremity.

CONDITION: To recovery room, stable.

DETAILS OF OPERATION: The patient was taken to the operating room, placed supine upon the table. Once adequate general anesthesia was obtained, tourniquet was placed to the right upper thigh, but left uninflated. The right lower extremity was then sterilely prepped and draped in the usual routine fashion. Following exsanguination, tourniquet was inflated to 300 mmHg. Through a standard anterior longitudinal midline incision, exposure was made. Incision was carried about 4 inches over the anterior aspect of the knee. It was carried down through subcutaneous tissue using electrocautery for hemostasis. Dissection was

**Jackson Madison County General Hospital**

| | | | |
|---|---|---|---|
| Patient Name: | KINDLE, KIMBERLY A | Account #: | 11612160 |
| DOB: | | Admit Date: | 3/28/2022 |
| Sex: | Female | Discharge Date: | |
| MRN: | 936607; S001639493 | Patient Type: | Inpatient |

tunneled to the medial retinaculum and the joint was incised with copious amounts of purulent fluid encountered. Cultures were obtained. The joint was suctioned out and 3 L of antibiotic solution via pulse lavage were irrigated through the joint. Joint was inspected, no necrotic tissue identified. No further purulence encountered. The arthrotomy was then closed with interrupted 0 Vicryl while subcutaneous tissues closed with 2-0 Vicryl, and skin with a running 2-0 nylon. Aquacel dressing was placed and tourniquet was deflated and extremities placed in a knee immobilizer. The patient was then awakened, transferred to the recovery room in stable condition.

Kelly Pucek, MD

MT ID: MODL Job #: 522489 DATE OF BIRTH: 07/27/1971
EMPI #: HNE1210525822
DD: 03/28/2022 20:19:29 DT: 03/28/2022 21:03:12

*Author:PUCEK MD, KELLY DWAYNE*
*Sign Date and Time;03.29.2022 14:31*
*PUCEK MD, KELLY DWAYNE*
*Verify Date:03/29/2022 14:31*

## Jackson Madison County General Hospital

| | | | |
|---|---|---|---|
| Patient Name: | KINDLE, KIMBERLY A | Account #: | 11612160 |
| DOB: | | Admit Date: | 3/28/2022 |
| Sex: | Female | Discharge Date: | |
| MRN: | 936607 | Patient Type: | Inpatient |

| | |
|---|---|
| Document Type: | CONSULTATION |
| Document Status: | Auth (Verified) |
| Performed By: | PUCEK MD,KELLY DWAYNE (3/28/2022 20.00 CDT) |
| Signed By: | PUCEK MD,KELLY DWAYNE (3/29/2022 14:31 CDT) |
| Authenticated By: | PUCEK MD,KELLY DWAYNE (3/29/2022 14:31 CDT) |

**CONSULTATION**

(REPORT NOT FINAL UNTIL SIGNED)
THIS REPORT SUMMARIZES TREATMENT DURING THE TIME SPECIFIED. CONSULT
PRIMARY
SOURCE DOCUMENTS TO VERIFY CRITICAL DATA.

CONSULTATION REPORT

Patient Name: KINDLE, KIMBERLY A Account #: 11612160 MR #: 000936607 Room #: 0485

CONSULTING PHYSICIAN: Kelly Pucek, MD

REQUESTING PHYSICIAN: Hospitalist

DATE OF ADMISSION: 03/28/2022

DATE OF CONSULTATION: 03/28/2022

REASON FOR CONSULTATION: Septic right knee.

HISTORY OF PRESENT ILLNESS: Ms. Kindle is a 50-year-old woman who has had increasing pain and swelling in regard to her right knee over the past week. She _____ with our practice. Nurse practitioner did couple of aspirations, last of which Gram stain showed gram-positive cocci in chains and clusters. She was sent to the emergency room, admitted by the Hospitalist. I have been asked to evaluate and treat her septic right knee.

PHYSICAL EXAMINATION:
MUSCULOSKELETAL: She has a moderate plus effusion to the right knee. There are no draining wounds, no erythema, no cellulitic changes. Painful range of motion. Skin intact. Neurovascularly intact distally.

IMPRESSION: Septic right knee.

PLAN:
1. The patient will need I and D.
2. We will proceed with I and D this evening [illegible]

Kelly Pucek, MD

**Jackson Madison County General Hospital**

| | | | |
|---|---|---|---|
| Patient Name: | KINDLE, KIMBERLY A | Account #: | 11612160 |
| DOB: | | Admit Date: | 3/28/2022 |
| Sex: | Female | Discharge Date: | |
| MRN: | 936607; S001639493 | Patient Type: | Inpatient |

MT ID: MODL Job #: 522485 DATE OF BIRTH:
EMPI #: HNE1210525822
DD: 03/28/2022 20:17:02 DT: 03/29/2022 03:34:05

*Author:PUCEK MD, KELLY DWAYNE*
*Sign Date and Time;03.29.2022 14:31*
*PUCEK MD, KELLY DWAYNE*
*Verify Date:03/29/2022 14:31*

WEST TENNESSEE
BONE JOINT
*"Keeping You Active"*
24 Physicians Drive
Jackson, TN 38305
Phone: 731-661-9825
Fax: 731-668-6757

## Return to Work Statement

DATE: **7/7/2022**

PATIENT'S NAME: **KINDLE, KIM**

This is to verify that the above named patient is under the care of our physicians. According to her examination, this patient

☐ is able to return to work

☒ is not able to return to work

The patient is able to return to work:

☐ full duty

☐ restricted duties as follows:

If restrictions are not available, patient may not return to work.

FROM: _______________ TO: _______________

Diagnosis and/or Remarks: No work until re-eval appt in 4-5 wks.

PHYSICIAN SIGNATURE: [signature]

Kelly D. Pucek, M.D.

RF2

# Quality Assurance Report

## Request Information

Report Date: July 8, 2022

**RP ID:** 9437565

Patient Name: KINDLE, KIMBERLY

Provider Name: WEST TENNESSEE BONE AND JOINT

## Quality Assurance Information

Scope Requested: **From March 1, 2022 to Present**

Special Request:

any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications - Provide medical records Seen By: WEST TENNESSEE BONE AND JOINT

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 13, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

We have reviewed your eligibility for Social Sec rit Disabilit (SSDI) benefits as it relates to your Long-Term Disability claim. At this time, we do not believe that you are a good candidate for Social Sec rit Disabilit Income (SSDI) benefits. Our assessment indicates that you may be able to return to work in your own occupation or to work in a lessor occupation before you reach eligibility for SSDI benefits.

We will continue to review your claim periodically for any change in status that might make you eligible for SSDI benefit consideration.

If you file for SSDI benefits on your own, you are required to disclose this to Lincoln, and provide us with Proof of your application for those benefits or a SSDI Approval Letter (Notice of Decision letter) if approved for Social Security benefits.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Beauregard
Social Security Specialist I
Phone No.: (888) 437-7611 Ext. 69141
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 12, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

*"Disability" or "Disabled", with respect to Long Term Disability, means:*
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"Own Occupation", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

*"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is March 22, 2022 and your benefits begin on June 21, 2022. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid The Lincoln National Life Insurance Company has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: W-4S 2022

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2022**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

-----------------------------**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** -----------------------------------

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2022 . . . . . . . . . . . . . . . | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Tax. Figure your tax on line 3 by using the **2022** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2021 Instructions for Form 1040 . . . . . . . | 4 | |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | 5 | |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2022 or paid or to be paid with 2022 estimated tax payments . . . | 7 | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | 10 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2022, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,900* |
| Head of household | $19,400* |
| Single or Married filing separately | $12,950* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,400 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,800 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,800 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,600 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,750 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,500 if 65 or older **and** blind. See the 2022 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,150 or (b) your earned income plus $400 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2022 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2022 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $10,275 | **$0 + 10%** | **$0** |
| 10,275 | 41,775 | **1,027.50 + 12%** | **10,275** |
| 41,775 | 89,075 | **4,807.50 + 22%** | **41,775** |
| 89,075 | 170,050 | **15,213.50 + 24%** | **89,075** |
| 170,050 | 215,950 | **34,647.50 + 32%** | **170,050** |
| 215,950 | 539,900 | **49,335.50 + 35%** | **215,950** |
| 539,900 | and greater | **162,718 + 37%** | **539,900** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,650 | **$0 + 10%** | **$0** |
| 14,650 | 55,900 | **1,465 + 12%** | **14,650** |
| 55,900 | 89,050 | **6,415 + 22%** | **55,900** |
| 89,050 | 170,050 | **13,708 + 24%** | **89,050** |
| 170,050 | 215,950 | **33,148 + 32%** | **170,050** |
| 215,950 | 539,900 | **47,836 + 35%** | **215,950** |
| 539,900 | and greater | **161,218.50 + 37%** | **539,900** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $20,550 | **$0 + 10%** | **$0** |
| 20,550 | 83,550 | **2,055 + 12%** | **20,550** |
| 83,550 | 178,150 | **9,615 + 22%** | **83,550** |
| 178,150 | 340,100 | **30,427 + 24%** | **178,150** |
| 340,100 | 431,900 | **69,295 + 32%** | **340,100** |
| 431,900 | 647,850 | **98,671 + 35%** | **431,900** |
| 647,850 | and greater | **174,253.50 + 37%** | **647,850** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $10,275 | **$0 + 10%** | **$0** |
| 10,275 | 41,775 | **1,027.50 + 12%** | **10,275** |
| 41,775 | 89,075 | **4,807.50 + 22%** | **41,775** |
| 89,075 | 170,050 | **15,213.50 + 24%** | **89,075** |
| 170,050 | 215,950 | **34,647.50 + 32%** | **170,050** |
| 215,950 | 323,925 | **49,335.50 + 35%** | **215,950** |
| 323,925 | and greater | **87,126.75 + 37%** | **323,925** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/Kindle 1028**

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2022-07-08 16:51:56 EDT |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

WEST TENNESSEE BONE & JOINT "Keeping You Active"

KIMBERLY KINDLE

10131553
Jul 08 2022 4:48 PM
KIMBERLY KINDLE

TN005F
Jul 08 2022 4:51 PM

9

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

# Update

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 16, 2022 |
| To: | DR. KELLY PUCEK |
| Attn: | |
| Fax: | (731) 668-6757 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 16, 2022

Dr. Kelly Pucek

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

- Completion of the Enclosed Forms:

 X  Attending Physician's Statement
 __  Other

We ask that you provide this information by June 24, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD

Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 5'8" | 180 LBS | | |

**2. Diagnosis**

| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
|---|---|
| M25.561 | PAIN IN RIGHT KNEE |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| | |

**Pregnancy** First Treated: __/__/__ Estimated Delivery: __/__/__ Date of Delivery: __/__/__ ☐ Vaginal ☐ C-Section

Symptoms: RIGHT KNEE PAIN, SWELLING

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):

OSTEOPHYTE FORMATION OF THE MEDIAL AND LATERAL TIBIAL PLATEAU.
PT UNDERWENT OPEN IRRIGATION AND DEBRIDEMENT OF THE RIGHT KNEE ON 03/28/2022

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 03/21/22 | 03/22/22 | 03/22/22 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 03/22/22 | 07/07/22 | 08/11/22 |

Dates hospital confined: __/__/__ to __/__/__

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

NO RUNNING, JUMPING, PUSHING/PULLING, LIFTING, CLIMBING, CRAWLING, KNEELING, SQUATTING, BENDING, OR WORKING UNTIL DOCTOR RELEASE

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O=Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ___ | Standing | ___ | Crouching | ___ | Overhead | ___ |
| 6-10 lbs. | ___ | Walking | ___ | Crawling | ___ | Desk Level | ___ |
| 11-25 lbs. | ___ | Sitting | ___ | Grasping | ___ | Below Waist | ___ |
| 26-50 lbs. | ___ | Balancing | ___ | Climbing | ___ | | |
| 51-100 lbs. | ___ | Stooping | ___ | Pushing | ___ | | |
| 100 + lbs. | ___ | Kneeling | ___ | Pulling | ___ | | |
| | | Fingering | ___ | Bending | ___ | | |

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| | |
|---|---|
| Continence | ___/___/___ |
| Dressing | ___/___/___ |
| Transferring | ___/___/___ |
| Bathing | ___/___/___ |
| Toileting | ___/___/___ |
| Eating | ___/___/___ |

Date patient experienced loss of Cognitive Functioning: ___/___/___

PATIENT IS UNABLE TO PREFORM WORK DUTIES AND IS TOTALLY WORK RESTRICTED

What job modifications would allow the patient to return to work?

## 5. Treatment

PT TO CONTINUE HOME HEALTH EXERCISES, WORK ON STRETCHING

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

AS PRESCRIBED

Describe ongoing treatment frequency

## 6. Prognosis

IMPROVEMENT EXPECTED

Describe the patients prognosis for recovery

TBD 08/11/2022

Patient able to return to work Full-Time on:

___/___/___ to ___/___/___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

KELLY D PUCEK MD
Name

24 PHYSICIANS DR
Street Address

| City | State | Zip Code |
|---|---|---|
| JACKSON | TN | 38305 |

731-661-9825
Phone Number

731-668-6757
Fax Number

[signature]
Signature

07 08 22
Date

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

ReleasePoint

**Medical Record Overview**

**Date:** **July 8, 2022**

**Patient Name:** KINDLE, KIMBERLY

**Records From:** HENDERSON COUNTY MEDICAL GROUP
270 W CHURCH ST
LEXINGTON, TN 38351
(731) 968-2006

**Request Scope:** From March 1, 2022 to Present

**Chart Range:** 07/07/2022 - 07/07/2022

**RP ID:** 9437568

**Client ID:** 12903776

**Source:** L-CLTLTD

**Req By:** R Johnson
R Johnson

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Request Corr. | | | 5 | 2 |
| Questionnaire | Jul 7 2022 | Jul 7 2022 | 4 | 7 |
| | | **Total Page Count:** | 9 | |

**Notes From QC:**

**Lincoln/Kindle 1039**

# Additional Records Received
# 07/07/2022

Patient has an appt on 07.07.22

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

HENDERSON COUNTY MEDICAL GROUP
270 W CHURCH ST
ATTN: MEDICAL RECORDS
LEXINGTON, TN 38351

Date Jun 23 2022

**Re: Long Term Disability Benefits**
Claim# 9437568 12903776
Claimant: KINDLE, KIMBERLY
Claimant DOB
Provider Portal: https://portal.releasepoint.com
Access Key 494894

Dear OPT 5

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From March 1, 2022 to Present**
any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications - Seen By: HENDERSON COUNTY MEDICAL GROUP

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Johnrey Panganiban
Disability Information Specialist
Phone No.: (213) 349-9450
Fax No: (213) 884-4921

RPID: 9437568

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No. (800) 291-0112
Secure Fax No.: (603) 334-0380

00000123 LFPMBED1 0000194

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information.** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed.** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Kimberly Kindle

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature] Date: 6-17-2022

Date of Birth: ______ Claim Number: 12903776

opy of this authorization will be considered as valid as the original.

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name. | KINDLE, KIMBERLY |
| RP ID: | 9437568 |
| Access Code: | 494894 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 9437568

Lincoln Financial Group

# Long Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

Full Name (First): Kimberly (M.I.): A (Last Name): Kindle

Social Security Number:

Height: 172 cm Weight: 78 kg Blood Pressure: 97/52

Employer Name:

## 2. Diagnosis

Primary ICD diagnostic Code (Required): Septic Arthritis of Knee

Primary ICD diagnosis Description: M00.9

Secondary ICD Diagnosis Code: Arthritis Bilateral Knees

Secondary ICD Diagnosis Description: M13861, M13862

Pregnancy: First Treated: __/__/__ Estimated Delivery: __/__/__ Date of Delivery: __/__/__ ☐ Vaginal ☐ C-Section

Symptoms: Pain in Right knee with tenderness to the anterio medial aspect. Pain is worse with weight-bearing. Swells throughout the day.

Objective Findings (include copies of any x rays, laboratory data, EKG's, MRI's, scans and any clinical findings):

## 3. Disability Circumstances - *Check if applicable*

☑ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: Had arthrocentesis due to pain and swelling of the right knee. Fluid was cultured and grew MRSA. She was seen by Orthopedic Surgeon, Dr. Pucek, who surgically cleaned out the knee.

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 3/21/22 | 3/22/22 | 3/22/22 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 3/22/22 | 7/7/22 | 7/7/22 |

Dates hospital confined: 3/28/22 to 4/1/22

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group

# Long Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609 Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67%-100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | O | Standing | F | Crouching | N | Overhead | N |
| 6-10 lbs | O | Walking | O | Crawling | N | Desk Level | F |
| 11-25 lbs | N | Sitting | F | Grasping | C | Below Waist | O |
| 26-50 lbs | N | Balancing | N | Climbing | N | | |
| 51-100 lbs. | N | Stooping | N | Pushing | O | | |
| 100 + lbs | N | Kneeling | N | Pulling | O | | |
| | | Fingering | C | Bending | O | | |

May perform desk work

What job modifications would allow the patient to return to work?

## 5. Treatment

Arthrocentesis, Arthroscopic (3/28) Surgery - Rt Knee, Physical Therapy

Describe current and recommended treatment plans including any completed or future surgeries (include dates)

## 6. Prognosis

Good

Describe the patients prognosis for recovery

## 7. Physician's Information

Alan Weatherford DMS, PLLC

Name

270 West Church St.

Street Address

Lexington | TN | 38351

City | State | Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate when they were first unable to do so (M/D/Y)

Continence ___/___/___

Dressing ___/___/___

Transferring ___/___/___

Bathing ___/___/___

Toileting ___/___/___

Eating ___/___/___

Date patient experienced loss of

Cognitive Functioning ___/___/___

Follow up c Orthopedic Surgery, PT and Cardiologist on 8/2/22

Describe ongoing treatment frequency

Seeing Specialists Monthly

Patient able to return to work Full-Time on:

8 / 2 / 22 to 12 / 2 / 22

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change

731-968-2006 | 731-968-9970

Phone Number | Fax Number

[signature]

Signature | Date 7/7/22

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form. Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years. if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# Quality Assurance Report

## Request Information

Report Date: July 8, 2022

**RP ID:** 9437568

Patient Name: KINDLE, KIMBERLY

Provider Name: HENDERSON COUNTY MEDICAL GROUP

## Quality Assurance Information

Scope Requested: **From March 1, 2022 to Present**

Special Request:

any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications - Seen By: HENDERSON COUNTY MEDICAL GROUP

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: MSAMS

**Lincoln/Kindle 1049**

ReleasePoint

## Medical Record Overview

**Date:** **June 30, 2022**

**Patient Name:** KINDLE, KIMBERLY

**Records From:** Korban Cardiology

,
(731) 513-5701

**Request Scope:** From March 1, 2022 to Present

**Chart Range:** 03/30/2022 - 06/28/2022

**RP ID:** 9437566

**Client ID:** 12903776

**Source:** L-CLTLTD

**Req By:** R Johnson
R Johnson

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 5 2022 | Jun 28 2022 | 22 | 2 |
| Labs/Diagnostics | Mar 30 2022 | Mar 30 2022 | 8 | 24 |

**Total Page Count:** 30

**Notes From QC:**

**Lincoln/Kindle 1050**

Korban Cardiology

**Elliot Kurban MD, FACC, FACP, FSLAMS, MBA**

**Holly B. Bunch MSN, ANP-BC**

**Trenis Nash MSN, FNP-C**

**Jackie Scott MSN, FNP-C**

***Kimberly A. Kindle***
Appointment: 06/28/2022 01:35 PM
Documented: 06/28/2022 01:35 PM
Location: Lexington 2 CVC Korban Cardiology
Patient #: 328171180
DOB:
Language: English / Race: White / Ethnicity: Undefined
Gender: Female

### History of Present Illness

The patient is a 50 year old female who presents for the evaluation and management of valvular heart disease. Identified as aortic valve disease. The symptoms include fatigue. Note for "Valvular heart disease": She started having knee pain March 28. She was evaluated by ortho, found to have MRSA and started on IV Vancomycin.
She has had no recent surgery. She denies any IV drug use. She denies any fever or chills.
Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

She is a smoker

She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

She was evaluated at St. Thomas by Dr. Robbins and had repeat TEE and LHC but I do not have these results.
Per patient Dr Robbins told her she did not need surgery at this time however initial review by Dr Reddy recommended surgery.

LHC 6/2/2022 by Dr. Robbins at St. Thomas: Normal coronaries

Blood cultures 6/2/2022: no growth

Dr. Kurban reviewed TEE from ST Thomas 6/2/2022: Aortic valve is heavily calcified and does not open well, bicuspid. Cannot rule out vegetation

**Allergies**
**Rocephin *CEPHALOSPORINS* [Drug allergy]**
**Allergies Reconciled**

**Past Medical History**
**SEPTIC ARTHRITIS OF KNEE (M00.9)**
**PULMONARY HYPERTENSION (I27.20)**
**AORTIC VALVE DISEASE (I35.9)**
**AORTIC VALVE VEGETATION (I33.0)**
**MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)**
**ANXIETY (F41.9)**
**BICUSPID AORTIC VALVE (Q23.1)**
**OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)**
**CURRENT SMOKER (Z72.0)**
**Problems Reconciled**

**Family History**
**Cancer**: Father, Sister
**Coronary Artery Disease**: Father
**Cerebrovascular Accident**: Negative Family History Of
**Hypertension**: Father
**Diabetes Mellitus**: Father
**Myocardial Infarction**; Father (Massive,60s)
**Aneurysm**: Negative Family History Of

**Social History**
**Tobacco use**: Current every day smoker; Smoked 1ppd for 30+ years; Currently smoking 1/2-1ppd
**No alcohol use**
**No drug use**

**Medication History**
Vitamin D3 (50 MCG(2000 UT) Tablet Chewable, 1 (one) Oral) Active.
ALPRAZolam (0.5MG Tablet, 1 tablet Oral four times daily, as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, 1 tablet Oral every six to eight hours,as needed) Active.
Sertraline HCl (100MG Tablet, 1 tablet Oral at bedtime) Active.
Medications Reconciled. (Medications verified verbally with patient.)

**Past Surgical**
**Knee Surgery**: Right

**Health Maintenance**
**COVID-19 Vaccine**; Refused
**Flu Vaccine** (2021)

Medications verified verbally with the Patient

**Review of Systems**

**General** Not Present- Chills, Fatigue, Fever, Tiredness, Weight Gain and Weight Loss.
**Skin** Not Present- Skin Color Changes and Ulcer.
**HEENT** Not Present- Blurred Vision, Double Vision, Headache and Snoring.
**Respiratory** Not Present- Cough and Hemoptysis.
**Cardiovascular** Not Present- Chest Pain, Claudications, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Fainting / Blacking Out, Orthopnea, Palpitations, Paroxysmal Nocturnal Dyspnea and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Nausea and Vomiting.
**Female Genitourinary** Not Present- Dysuria and Hematuria.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Tingling and Trouble walking.
**Psychiatric** Not Present- Anxiety, Depression and Memory Loss.
**Endocrine** Not Present- Appetite Changes and Thyroid Problems.
**Hematology** Not Present- Abnormal Bleeding, Easy Bruising and Nose Bleed.

**Vital Signs**
06/28/2022 01:59 PM

**BP:** 116/80 Manual (Sitting, Right Arm, Standard)
06/28/2022 01:58 PM
**Weight:** 174 lb **Height:** 68 in
**Body Surface Area:** 1.93 m² **Body Mass Index:** 26.46 kg/m²
**Temp.:** 98.4 ºF (Thermal Scan) **Pulse:** 95 (Regular) **P. OX:** 95% (Room air)
**BP:** 120/80 Manual (Sitting, Left Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.
**Orientation** - Oriented to time, Oriented to place and Oriented to person.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

**Integumentary**
**General Characteristics**
**Color** - normal coloration of skin. **Temperature** - normal warmth is noted.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - no bruit auscultated on the right, no bruit auscultated on the left.
**Trachea** - midline.

**Chest and Lung Exam**
**Inspection**
**Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation**
**Breath sounds** - Normal. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Inspection**
**Jugular vein** - **Bilateral** - Inspection Normal.
**Palpation/Percussion**
**Examination by palpation and percussion reveals** - No Thrills, No S3 Palpable and No S4 Palpable.
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds** - **Auscultation of the heart reveals** - No Murmurs, No Systolic Clicks, No Opening Snaps and No Pericardial Friction Rubs.

**Peripheral Vascular**
**Upper Extremity**
**Palpation** - **Radial pulse** - **Bilateral** - Normal - Bilateral.
**Lower Extremity**
**Inspection** - **Left** - No Digital infarcts - Left, No Delayed capillary refill - Left, no Digital ulcers - Left, No Erythema, no Shiny atrophic skin - Left, no Splinter hemorrhages - Left, no Varicose ulcers - Left, no Varicose veins - Left. **Inspection** - **Right** - No Digital infarcts - Right, No Delayed capillary refill - Right, no Digital ulcers - Right, No Erythema, no Shiny atrophic skin - Right, no Splinter hemorrhages - Right, no Varicose ulcers - Right, no Varicose veins - Right. **Palpation** - **Temperature** - **Left** - Normal - Left. **Temperature** - **Right** - Normal - Right. **Tenderness** - **Left** - Non Tender. **Tenderness** - **Right** - Non Tender. **Dorsalis pedis pulse** - **Left** - 2+ - Left. **Dorsalis pedis pulse** - **Right** - 2+ - Right. **Edema** - **Left** - No edema - Left. **Edema** - **Right** - No edema - Right.

**Neurologic**
**Mental Status** - Normal.
**Gait** - Normal.

**Neuropsychiatric**
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.
**Thought Processes/Cognitive Function** - aware of current events.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

**Assessment & Plan**

**AORTIC VALVE DISEASE (I35.9)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present
Dr. Kurban reviewed TEE from ST Thomas 6/2/2022: Aortic valve is heavily calcified and does not open well, bicuspid. Cannot rule out vegetation

- Referred to Cardiovascular Surgery, (Cardiovascular Surgery)
- Follow up in 1 month or as needed

**BICUSPID AORTIC VALVE (Q23.1)**
**Today's Impression:** She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

**AORTIC VALVE VEGETATION (I33.0)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present
She was evaluated by Dr. Reddy and AVR recommended.
She was evaluated at St. Thomas by Dr. Robbins and had repeat TEE and LHC but I do not have these results.
Per patient Dr Robbins told her she did not need surgery at this time however initial review by Dr Reddy recommended surgery.

**PULMONARY HYPERTENSION (I27.20)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

**MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)**
**Today's Impression:** of right knee
post treatment with IV antibiotics

Reviewed and discussed LHC
Dr Kurban reviewed TEE from St. Thomas 6/2/2022
Will refer to Dr. Reddy
She is unable to work at this time, will re-evaluate after 8/1/2022.
ASSESSMENT AND PLAN DISCUSSED AND APPROVED BY DR. KURBAN
PHYSICAL EXAM ALSO PERFORMED BY/DISCUSSED WITH DR KURBAN
SUPERVISING PHYSICIAN DR. ELLIOT KURBAN

Holly Bunch MSN, APN-BC

Holly Bunch

Korban Cardiology

**Elliot Kurban MD, FACC, FACP, FSLAMS, MBA**

**Holly B. Bunch MSN, ANP-BC**

**Trenis Nash MSN, FNP-C**

**Jackie Scott MSN, FNP-C**

***Kimberly A. Kindle***
Appointment: 06/21/2022 02:00 PM
Documented: 06/21/2022 02:00 PM
Location: Lexington 2 CVC Korban Cardiology
Patient #: 328171180
DOB:
Language: English / Race: White / Ethnicity: Undefined
Gender: Female

**History of Present Illness**

The patient is a 50 year old female who presents for the evaluation and management of valvular heart disease.Identified as aortic valve disease. The symptoms include fatigue. Note for "Valvular heart disease": She started having knee pain March 28. She was evaluated by ortho, found to have MRSA and started on IV Vancomycin.
She has had no recent surgery. She denies any IV drug use. She denies any fever or chills.
Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

She is a smoker

She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

She was evaluated at St. Thomas by Dr. Robbins and had repeat TEE and LHC but I do not have these results.
Per patient Dr Robbins told her she did not need surgery at this time however initial review by Dr Reddy recommended surgery.

**Allergies**
**Rocephin *CEPHALOSPORINS* [Drug allergy]**
**Allergies Reconciled**

**Past Medical History**
**BICUSPID AORTIC VALVE (Q23.1)**
**MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)**
**AORTIC VALVE DISEASE (I35.9)**
**AORTIC VALVE VEGETATION (I33.0)**
**PULMONARY HYPERTENSION (I27.20)**
**SEPTIC ARTHRITIS OF KNEE (M00.9)**
**ANXIETY (F41.9)**
**OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)**
**CURRENT SMOKER (Z72.0)**
**Problems Reconciled**

**Family History**
**Aneurysm**: Negative Family History Of
**Myocardial Infarction**; Father (Massive,60s)
**Diabetes Mellitus**: Father
**Hypertension**: Father
**Cerebrovascular Accident**: Negative Family History Of
**Coronary Artery Disease**: Father
**Cancer**: Father, Sister

**Social History**
**No drug use**
**No alcohol use**
**Tobacco use**: Current every day smoker; Smoked 1ppd for 30+ years; Currently smoking 1/2-1ppd

**Medication History**
ALPRAZolam (0.5MG Tablet 1 tablet Oral four times daily, as needed) Active - Hx Entry.
HYDROcodone-Acetaminophen (7.5-325MG Tablet 1 tablet Oral every six to eight hours,as needed) Active - Hx Entry.
Sertraline HCl (100MG Tablet 1 tablet Oral at bedtime) Active - Hx Entry.
Vitamin D3 (50 MCG(2000 UT) Tablet Chewable 1 (one) Oral) Active - Hx Entry.
Medications Reconciled Specific strength unknown - Active - Hx Entry. (Medications verified verbally with patient.)

**Past Surgical**
**Knee Surgery**: Right

**Diagnostic Studies**
**TEE** (06/02/2022)
**Left Heart Catheterization** (06/02/2022)

**Health Maintenance**
**Flu Vaccine** (2021)
**COVID-19 Vaccine**; Refused

Medications verified verbally with the Patient
**Review of Systems**
**General** Not Present- Chills, Fatigue, Fever, Tiredness, Weight Gain and Weight Loss.
**Skin** Not Present- Skin Color Changes and Ulcer.
**HEENT** Not Present- Blurred Vision, Double Vision, Headache and Snoring.
**Respiratory** Not Present- Cough and Hemoptysis.
**Cardiovascular** Not Present- Chest Pain, Claudications, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Fainting / Blacking Out, Orthopnea, Palpitations, Paroxysmal Nocturnal Dyspnea and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Nausea and Vomiting.
**Female Genitourinary** Not Present- Dysuria and Hematuria.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Tingling and Trouble walking.
**Psychiatric** Not Present- Anxiety, Depression and Memory Loss.
**Endocrine** Not Present- Appetite Changes and Thyroid Problems.
**Hematology** Not Present- Abnormal Bleeding, Easy Bruising and Nose Bleed.

**Vital Signs**

06/21/2022 02:13 PM

**BP:** 124/80 Manual (Sitting, Right Arm, Standard)
06/21/2022 02:12 PM
**Weight:** 176 lb **Height:** 68 in
**Body Surface Area:** 1.94 m² **Body Mass Index:** 26.76 kg/m²
**Temp.:** 98.4 ºF (Thermal Scan) **Pulse:** 88 (Regular) **P. OX:** 95% (Room air)
**BP:** 122/80 Manual (Sitting, Left Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.
**Orientation** - Oriented to time, Oriented to place and Oriented to person.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

**Integumentary**
**General Characteristics**
**Color** - normal coloration of skin. **Temperature** - normal warmth is noted.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - no bruit auscultated on the right, no bruit auscultated on the left.
**Trachea** - midline.

**Chest and Lung Exam**
**Inspection**
**Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation**
**Breath sounds** - Normal. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Inspection**
**Jugular vein - Bilateral** - Inspection Normal.
**Palpation/Percussion**
**Examination by palpation and percussion reveals** - No Thrills, No S3 Palpable and No S4 Palpable.
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs, No Systolic Clicks, No Opening Snaps and No Pericardial Friction Rubs.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Radial pulse - Bilateral** - Normal - Bilateral.
**Lower Extremity**
**Inspection - Left** - No Digital infarcts - Left, No Delayed capillary refill - Left, no Digital ulcers - Left, No Erythema, no Shiny atrophic skin - Left, no Splinter hemorrhages - Left, no Varicose ulcers - Left, no Varicose veins - Left. **Inspection - Right** - No Digital infarcts - Right, No Delayed capillary refill - Right, no Digital ulcers - Right, No Erythema, no Shiny atrophic skin - Right, no Splinter hemorrhages - Right, no Varicose ulcers - Right, no Varicose veins - Right. **Palpation - Temperature - Left** - Normal - Left. **Temperature - Right** - Normal - Right. **Tenderness - Left** - Non Tender. **Tenderness - Right** - Non Tender. **Dorsalis pedis pulse - Left** - 2+ - Left. **Dorsalis pedis pulse - Right** - 2+ - Right. **Edema - Left** - No edema - Left. **Edema - Right** - No edema - Right.

**Neurologic**
**Mental Status** - Normal.
**Gait** - Normal.

**Neuropsychiatric**
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.
**Thought Processes/Cognitive Function** - aware of current events.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

**Assessment & Plan**

**AORTIC VALVE DISEASE (I35.9)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

- Follow up in 1 month or as needed

**AORTIC VALVE VEGETATION (I33.0)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present
She was evaluated by Dr. Reddy and AVR recommended.
She was evaluated at St. Thomas by Dr. Robbins and had repeat TEE and LHC but I do not have these results.
Per patient Dr Robbins told her she did not need surgery at this time however initial review by Dr Reddy recommended surgery.

**BICUSPID AORTIC VALVE (Q23.1)**
**Today's Impression:** She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

**MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)**
**Today's Impression:** of right knee- she has a PICC line and is receiving IV antibiotics

**PULMONARY HYPERTENSION (I27.20)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

**SEPTIC ARTHRITIS OF KNEE (M00.9)**

**CURRENT SMOKER (Z72.0)**

- SMOKING AND TOBACCO USE CESSATION COUNSELING VISIT; INTERMEDIATE, GREATER THAN 3 MINUTES UP TO 10 MINUTES (99406) Routine ()

Will obtain records from St. Thomas in Nashville.
ASSESSMENT AND PLAN DISCUSSED AND APPROVED BY DR. KURBAN
PHYSICAL EXAM ALSO PERFORMED BY/DISCUSSED WITH DR KURBAN
SUPERVISING PHYSICIAN DR. ELLIOT KURBAN

Elliot Kurban MD

Korban Cardiology

Elliot Kurban MD, FACC, FACP, FSLAMS, MBA

Holly B. Bunch MSN, ANP-BC

Trenis Nash MSN, FNP-C

Jackie Scott MSN, FNP-C

***Kimberly A. Kindle***
Documented: 04/26/2022 09:15 AM
Location: Lexington 2 CVC Korban Cardiology
Patient #: 328171180
DOB:
Language: English / Race: White / Ethnicity: Undefined
Gender: Female

**History of Present Illness**

The patient is a 50 year old female who presents for the evaluation and management of valvular heart disease. Identified as aortic valve disease. The symptoms include fatigue. Note for "Valvular heart disease": She started having knee pain March 28. She was evaluated by ortho, found to have MRSA and started on IV Vancomycin.
She has had no recent surgery. She denies any IV drug use. She denies any fever or chills.
Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

She is a smoker

She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

**Allergies**
**Rocephin *CEPHALOSPORINS* [Drug allergy]**
**Allergies Reconciled**

**Past Medical History**
**CURRENT SMOKER (Z72.0)**
**AORTIC VALVE VEGETATION (I33.0)**
**OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)**
**PULMONARY HYPERTENSION (I27.20)**
**AORTIC VALVE DISEASE (I35.9)**
**MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)**
**SEPTIC ARTHRITIS OF KNEE (M00.9)**
**ANXIETY (F41.9)**

**Family History**
**Cancer**: Father, Sister
**Coronary Artery Disease**: Father
**Cerebrovascular Accident**: Negative Family History Of
**Hypertension**: Father
**Diabetes Mellitus**: Father
**Myocardial Infarction**; Father (Massive,60s)
**Aneurysm**: Negative Family History Of

**Social History**
**Tobacco use**: Current every day smoker; Smoked 1ppd for 30+ years; Currently smoking 1/2-1ppd
**No alcohol use**
**No drug use**

**Medication History**
ALPRAZolam (0.5MG Tablet 1 tablet Oral four times daily, as needed) Active - Hx Entry.
HYDROcodone-Acetaminophen (7.5-325MG Tablet 1 tablet Oral every six to eight hours,as needed) Active - Hx Entry.
Sertraline HCl (100MG Tablet 1 tablet Oral at bedtime) Active - Hx Entry.
Vancomycin HCl (5000MG For Solution, 1 infusion Intravenous every 12 hours) Active.
Nicotine (5MG/16HR Patch 24HR, Transdermal every twenty-four hours) Active.

**Past Surgical**
**Knee Surgery**: Right

**Diagnostic Studies**
**TEE** (04/08/2022)

**Health Maintenance**
**COVID-19 Vaccine**; Refused
**Flu Vaccine** (2021)

**Review of Systems**
**General** Present- **Fatigue**. Not Present- Chills, Fever, Tiredness, Weight Gain and Weight Loss.
**Skin** Not Present- Skin Color Changes and Ulcer.
**HEENT** Not Present- Blurred Vision, Double Vision, Headache and Snoring.
**Respiratory** Present- **Difficulty Breathing on Exertion**. Not Present- Cough and Hemoptysis.
**Cardiovascular** Not Present- Claudications, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Fainting / Blacking Out, Orthopnea, Palpitations, Paroxysmal Nocturnal Dyspnea and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Nausea and Vomiting.
**Female Genitourinary** Not Present- Dysuria and Hematuria.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Tingling and Trouble walking.
**Psychiatric** Not Present- Anxiety, Depression and Memory Loss.
**Endocrine** Not Present- Appetite Changes and Thyroid Problems.
**Hematology** Not Present- Abnormal Bleeding, Easy Bruising and Nose Bleed.

**Vital Signs**
04/26/2022 01:17 PM

**BP:** 128/80 Manual (Sitting, Right Arm, Standard)
04/26/2022 01:17 PM
**Weight:** 180 lb **Height:** 68 in
**Body Surface Area:** 1.95 m² **Body Mass Index:** 27.37 kg/m²
**Temp.:** 98.2 °F **Pulse:** 62 (Regular) **P. OX:** 97% (Room air)
**BP:** 134/76 Manual (Sitting, Left Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.
**Orientation** - Oriented to time, Oriented to place and Oriented to person.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

**Integumentary**
**General Characteristics**
**Color** - normal coloration of skin. **Temperature** - normal warmth is noted.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - no bruit auscultated on the right, no bruit auscultated on the left.
**Trachea** - midline.

**Chest and Lung Exam**
**Inspection**
**Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation**
**Breath sounds** - Normal. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Inspection**
**Jugular vein - Bilateral** - Inspection Normal.
**Palpation/Percussion**
**Examination by palpation and percussion reveals** - No Thrills, No S3 Palpable and No S4 Palpable.
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs, No Systolic Clicks, No Opening Snaps and No Pericardial Friction Rubs.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Radial pulse - Bilateral** - Normal - Bilateral.
**Lower Extremity**
**Inspection - Left** - No Digital infarcts - Left, No Delayed capillary refill - Left, no Digital ulcers - Left, No Erythema, no Shiny atrophic skin - Left, no Splinter hemorrhages - Left, no Varicose ulcers - Left, no Varicose veins - Left. **Inspection - Right** - No Digital infarcts - Right, No Delayed capillary refill - Right, no Digital ulcers - Right, No Erythema, no Shiny atrophic skin - Right, no Splinter hemorrhages - Right, no Varicose ulcers - Right, no Varicose veins - Right. **Palpation - Temperature - Left** - Normal - Left. **Temperature - Right** - Normal - Right. **Tenderness - Left** - Non Tender. **Tenderness - Right** - Non Tender. **Dorsalis pedis pulse - Left** - 2+ - Left. **Dorsalis pedis pulse - Right** - 2+ - Right. **Edema - Left** - No edema - Left. **Edema - Right** - No edema - Right.

**Neurologic**
**Mental Status** - Normal.
**Gait** - Normal.

**Neuropsychiatric**
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.
**Thought Processes/Cognitive Function** - aware of current events.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

## Assessment & Plan

**AORTIC VALVE VEGETATION (I33.0)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present
She is on IV
She was evaluated by Dr. Reddy and AVR recommended. She will need LHC prior to any surgery

- CBC, PLATELETS & AUT DIFF 5-7 days prior to procedure (85025) Routine ()
- MAGNESIUM 5-7 days prior to procedure (83735) Routine ()
- BMP 5-7 days prior to procedure (80048) Routine ()
- LEFT HEART CATHETERIZATION (93458) Routine (May 12 at 1PM)
- Follow up in 1 month or as needed
- Continue with your present treatment plan.
- We recommend that you have a cardiac catheterization.
- Risks and benefits discussed with patient who expressed understanding and gave consent.
- How to Access Health Information Online using Patient Portal and 3rd Party Apps

**BICUSPID AORTIC VALVE (Q23.1)**
**Today's Impression:** She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

**AORTIC VALVE DISEASE (I35.9)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

**PULMONARY HYPERTENSION (I27.20)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

**MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)**
**Today's Impression:** of right knee- she has a PICC line and is receiving IV antibiotics

**OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)**
**Today's Impression:** not wearing CPAP

**CURRENT SMOKER (Z72.0)**

**Diastolic blood pressure 80 to 89 mm Hg (R03.0)**

- SCREENING OF TOBACCO USE (4004F) Routine ()
- MOST RECENT DIASTOLIC BLOOD PRESSURE 80-89 MM HG (HTN, CKD, CAD) (DM) (3079F) Routine ()
- MOST RECENT SYSTOLIC BLOOD PRESSURE LESS THAN 130 MM HG (DM), (HTN, CKD, CAD) (3074F) Routine ()

Reviewed and discussed TEE
She will need LHC prior to AVR
ASSESSMENT AND PLAN DISCUSSED AND APPROVED BY DR. KURBAN

PHYSICAL EXAM ALSO PERFORMED BY/DISCUSSED WITH DR KURBAN
SUPERVISING PHYSICIAN DR. ELLIOT KURBAN

Elliot Kurban MD

Korban Cardiology

**Elliot Kurban MD, FACC, FACP, FSLAMS, MBA**

**Holly B. Bunch MSN, ANP-BC**

**Trenis Nash MSN, FNP-C**

**Jackie Scott MSN, FNP-C**

***Kimberly A. Kindle***
Documented: 04/05/2022 02:20 PM
Location: Lexington 2 CVC Korban Cardiology
Patient #: 328171180
DOB:
Language: English / Race: White / Ethnicity: Undefined
Gender: Female

**History of Present Illness**

The patient is a 44 year old female who presents to the practice today for a transition into care.The patient is transitioning into care as a self-referral (for abnormal Echocardiogram). Note for "Transition into care": .
She states she started having knee pain March 28. She was evaluated by ortho, found to have MRSA and started on IV Vancomycin.
She has had no recent surgery. She denies any IV drug use. She denies any fever or chills.
Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

She is a smoker

**Allergies**
**Rocephin *CEPHALOSPORINS* [Drug allergy]**
**Allergies Reconciled**

**Past Medical History**
**OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)**
**ANXIETY (F41.9)**
**SEPTIC ARTHRITIS OF KNEE (M00.9)**

**Family History**
**Cancer**: Father, Sister
**Coronary Artery Disease**: Father
**Cerebrovascular Accident**: Negative Family History Of
**Hypertension**: Father
**Diabetes Mellitus**: Father
**Myocardial Infarction**; Father (Massive,60s)
**Aneurysm**: Negative Family History Of

**Social History**
**Tobacco use**: Current every day smoker; Smoked 1ppd for 30+ years; Currently smoking 1/2-1ppd
**No alcohol use**
**No drug use**

**Medication History**
ALPRAZolam (0.5MG Tablet 1 tablet Oral four times daily, as needed) Active - Hx Entry.
Sertraline HCl (100MG Tablet 1 tablet Oral at bedtime) Active - Hx Entry.
HYDROcodone-Acetaminophen (7.5-325MG Tablet 1 tablet Oral every six to eight hours,as needed) Active - Hx Entry.
Vancomycin HCl (5000MG For Solution 1 infusion Intravenous every 12 hours) Active - Hx Entry.
Medications Reconciled Specific strength unknown - Active - Hx Entry. (Medications verified verbally with patient.)

**Past Surgical**
**Knee Surgery**: Right

**Health Maintenance**
**COVID-19 Vaccine**; Refused
**Flu Vaccine** (2021)

**Review of Systems**
**General** Present- **Fatigue**. Not Present- Chills, Fever, Tiredness, Weight Gain and Weight Loss.
**Skin** Not Present- Skin Color Changes and Ulcer.
**HEENT** Not Present- Blurred Vision, Double Vision, Headache and Snoring.
**Respiratory** Present- **Difficulty Breathing on Exertion**. Not Present- Cough and Hemoptysis.
**Cardiovascular** Not Present- Claudications, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Fainting / Blacking Out, Orthopnea, Palpitations, Paroxysmal Nocturnal Dyspnea and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Nausea and Vomiting.
**Female Genitourinary** Not Present- Dysuria and Hematuria.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Tingling and Trouble walking.
**Psychiatric** Not Present- Anxiety, Depression and Memory Loss.
**Endocrine** Not Present- Appetite Changes and Thyroid Problems.
**Hematology** Not Present- Abnormal Bleeding, Easy Bruising and Nose Bleed.

**Vital Signs**
04/05/2022 02:43 PM
**Weight:** 180 lb **Height:** 68 in
**Body Surface Area:** 1.95 m² **Body Mass Index:** 27.37 kg/m²
**Pulse:** 82 (Regular) **P. OX:** 98% (Room air)
**BP:** 124/76 Manual (Sitting, Right Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

General
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.
**Orientation** - Oriented to time, Oriented to place and Oriented to person.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

Integumentary
**General Characteristics**
**Color** - normal coloration of skin. **Temperature** - normal warmth is noted.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - no bruit auscultated on the right, no bruit auscultated on the left.
**Trachea** - midline.

**Chest and Lung Exam**
**Inspection**
**Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation**
**Breath sounds** - Normal. **Adventitious sounds** - No Adventitious sounds.

Cardiovascular
**Inspection**
**Jugular vein - Bilateral** - Inspection Normal.
**Palpation/Percussion**

**Examination by palpation and percussion reveals -** No Thrills, No S3 Palpable and No S4 Palpable.
**Auscultation**
**Rhythm -** Regular. **Heart Sounds -** Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals -** No Murmurs, No Systolic Clicks, No Opening Snaps and No Pericardial Friction Rubs.

**Abdomen**
**Inspection**
**Inspection of the abdomen reveals -** No Abnormal pulsations.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft and Non Tender.
**Auscultation**
**Auscultation of the abdomen reveals -** Bowel sounds normal.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Radial pulse - Bilateral -** Normal - Bilateral.
**Lower Extremity**
**Inspection - Left -** No Digital infarcts - Left, No Delayed capillary refill - Left, no Digital ulcers - Left, No Erythema, no Shiny atrophic skin - Left, no Splinter hemorrhages - Left, no Varicose ulcers - Left, no Varicose veins - Left. **Inspection - Right -** No Digital infarcts - Right, No Delayed capillary refill - Right, no Digital ulcers - Right, No Erythema, no Shiny atrophic skin - Right, no Splinter hemorrhages - Right, no Varicose ulcers - Right, no Varicose veins - Right. **Palpation - Temperature - Left -** Normal - Left. **Temperature - Right -** Normal - Right. **Tenderness - Left -** Non Tender. **Tenderness - Right -** Non Tender. **Dorsalis pedis pulse - Left -** 2+ - Left. **Dorsalis pedis pulse - Right -** 2+ - Right. **Edema - Left -** No edema - Left. **Edema - Right -** No edema - Right.

**Neurologic**
**Mental Status -** Normal.
**Gait -** Normal.

**Neuropsychiatric**
**Judgment and Insight -** insight is appropriate concerning matters relevant to self.
**Thought Processes/Cognitive Function** - aware of current events.

**Musculoskeletal**
**Global Assessment**
**Gait and Station -** normal posture.

**Assessment & Plan**

**AORTIC VALVE VEGETATION (I33.0)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She is on IV Vanc

- CBC, PLATELETS & AUT DIFF 5-7 days prior to procedure (85025) Routine ()
- MAGNESIUM 5-7 days prior to procedure (83735) Routine ()
- BMP 5-7 days prior to procedure (80048) Routine ()
- TEE (93312) Routine ()
- ELECTROCARDIOGRAM, ROUTINE ECG WITH AT LEAST 12 LEADS; WITH INTERPRETATION AND REPORT (93000) Routine (EKG today shows NSR with no ischemic changes
  No prior EKG available for comparison)
- Risks and benefits discussed with patient who expressed understanding and gave consent.
- Continue with your present treatment plan.
- Follow up in 1 month or as needed
- How to Access Health Information Online using Patient Portal and 3rd Party Apps

**AORTIC VALVE DISEASE (I35.9)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

**MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)**
**Today's Impression:** of right knee- she has a PICC line and is receiving IV antibiotics

**PULMONARY HYPERTENSION (I27.20)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

**ANXIETY (F41.9)**

**SEPTIC ARTHRITIS OF KNEE (M00.9)**

**OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)**
**Today's Impression:** not wearing CPAP

**CURRENT SMOKER (Z72.0)**

- SMOKING AND TOBACCO USE CESSATION COUNSELING VISIT; INTERMEDIATE, GREATER THAN 3 MINUTES UP TO 10 MINUTES (99406) Routine ()

**BMI 27.0-27.9,adult (Z68.27)**

- BODY MASS INDEX DOCUMENTED (3008F) Routine ()
- SCREENING OF TOBACCO USE (4004F) Routine ()
- MOST RECENT DIASTOLIC BLOOD PRESSURE LESS THAN 80 MM HG (HTN, CKD, CAD) (DM) (3078F) Routine ()
- MOST RECENT SYSTOLIC BLOOD PRESSURE LESS THAN 130 MM HG (DM), (HTN, CKD, CAD) (3074F) Routine ()

Reviewed and discussed Ultrasounds
ASSESSMENT AND PLAN DISCUSSED AND APPROVED BY DR. KURBAN
PHYSICAL EXAM ALSO PERFORMED BY/DISCUSSED WITH DR KURBAN
SUPERVISING PHYSICIAN DR. ELLIOT KURBAN

Elliot Kurban MD

Korban Cardiology

*ELLIOT KURBAN MD. FACC. FACP. FSLAMS. MBA*
*HOLLY B. BUNCH, MSN, ANP-BC*
*JACKIE SCOTT, MSN, FNP-C*

P.O. BOX 11087
JACKSON, TN 38308
731-513-5701 Phone
877-670-6150 Fax

# Fax

To: Rolly Bongalong
From: Jessica
Fax: (213)884-4924
Pages: 30
Phone:
Date: 12/30/2022
Re: Kimberly Kindle
cc:

Urgent For Review Please Comment Please Reply

Attention: Rolly Bongalong
Comments:
Kimberly Kindle's long term disability
OV notes, echo, ekg, labs

Office Locations:

3535 Chere Carol Rd, Humboldt, TN 38343
315 E. Tickle St, Dyersburg, TN 38024
250 Boswell St, Lexington, TN 38351
2996 Kate Bond Rd, Suite 211, Bartlett, TN 38134

Lincoln Financial Group

# Long Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**1. Patient Information**

Full Name (First): Kimberly (M.I.): A (Last Name): Kindle

Social Security Number:

Height: 68" Weight: 746 lb. Blood Pressure: 122/40 (L) 124/80 (R) 6/21/2022

Employer Name: Tennessee Quality Home Care

**2. Diagnosis**

Primary ICD diagnostic Code (Required): I39.9

Primary ICD diagnosis Description: Q23.1

Secondary ICD Diagnosis Code: I27.20

Secondary ICD Diagnosis Description: I33.0

**Pregnancy** First Treated: __/__/__ Estimated Delivery: __/__/__ Date of Delivery: __/__/__ ☐ Vaginal ☐ C-Section

Symptoms:

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 4/5/2022 | / / | 4/5/2022 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 4/5/2022 | 6/21/2022 | 8/1/2022 |

Dates hospital confined: 6/2/2022 to 6/2/2022

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group

## Long Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

### 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

Indicate frequency per day the listed activities below can be used/performed using:
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | Ø | Standing | Ø | Crouching | Ø | Overhead | Ø |
| 6-10 lbs. | \| | Walking | \| | Crawling | \| | Desk Level | \| |
| 11-25 lbs. | \| | Sitting | \| | Grasping | \| | Below Waist | \| |
| 26-50 lbs. | \| | Balancing | \| | Climbing | \| | | |
| 51-100 lbs. | \| | Stooping | \| | Pushing | \| | | |
| 100 + lbs. | \| | Kneeling | \| | Pulling | \| | | |
| | | Fingering | \| | Bending | \| | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___

Dressing ___/___/___

Transferring ___/___/___

Bathing ___/___/___

Toileting ___/___/___

Eating ___/___/___

Date patient experienced loss of
Cognitive Functioning: ___/___/___

### 5. Treatment

Patient is being monitored and referred to a Vascular Surgeon. Dr. Reddy in Nashville, TN. Patient will be re-eval. on 8/2/2022.

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Following up 1 month or as needed

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

### 6. Prognosis

Mrs. Kindle will likely be advised to have valve replacement surgery.

Describe the patients prognosis for recovery

___/___/___ to 8/2/2022

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

### 7. Physician's Information

Name: Elliot Kurban, MD

Street Address: 3535 Chere Carol Rd

City: Humboldt State: TN Zip Code: 38343

Phone Number: 731/613-5701 Fax Number: 1-877-670-6150

Signature: [signature] Date: 6/29/22

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Korban Cardiology

Elliot Kurban MD, FACC, FACP, FSLAMS, MBA
Holly B. Bunch MSN, ANP-BC
Jackie Scott MSN, FNP-C

Wednesday, June 29, 2022

**RE: Kimberly A. Kindle**
**DOB:**

Dear :

Thank you for your referral of Kimberly A. Kindle. Please see a copy of my office visit note attached.

If you have any questions please do not hesitate to call my office at 731-513-5701.

Sincerely,

Elliot Kurban MD

West Tennessee HEALTHCARE
Heart & Vascular

Jackson Madison County General Hospital
620 Skyline Drive
Jackson, TN 38301
(731) 541-6331 Fax (731) 541-5323

# Transthoracic Echocardiogram Report

**Name:** KINDLE, KIMBERLY A
**MRN:** 000936607
**Account:** 11612160
**DOB:**
**Age:** 50 yrs
**Gender:** Female
**Ethnicity:** W

**Study Date:** 03/30/2022 01:13 PM
**Patient Location:** B4^0485^1^001

**Ordering Physician:** WILSON, TINA
**Performed By:** Beth Anderson

**Reason For Study:** murmur m staphs aureus spetic arthritis r/o endocarditis

**Height:** 67.5 in **Weight:** 181 lb **BSA:** 2.0 $m^2$ **HR:** 56 **BP:** 106/79 mmHg

## Interpretation Summary

The study was technically difficult. Clinical correlation is recommended. Would consider a transesophageal echocardiogram if clinically indicated. There is mild asymmetric left ventricular hypertrophy.
There is moderate Aov calcification noted.
Cannot exclude aortic valvular vegetation.
There is trace tricuspid regurgitation.
Right ventricular systolic pressure is elevated at 40-50mmHg.
The left atrium is mildly dilated.
Mild valvular aortic stenosis.
Upon visual inspection the ejection fraction is estimated to be 60-65%.

## Procedure

A complete 2D echo with/without m-mode was performed. with color, and Doppler was performed.

| M-Mode Values | Normal Range | M-Mode Values | Normal Range |
|---|---|---|---|
| | | IVSd: 0.75 cm | (0.6-1.1) |
| LVIDd: 4.6 cm | (3.7-5.6) | LVPWd: 0.73 cm | (0.6-1.1) |
| LVIDs: 2.9 cm | (3.0-4.5) | | |
| EPSS: 0.46 cm | (.5) | | |
| ACS: 1.5 cm | (1.5-2.6) | LA dimension: 3.3 cm | (1.9-4.1) |

## Left Ventricle

The left ventricle is grossly normal size. There is no thrombus seen. There is mild asymmetric left ventricular hypertrophy. Upon visual inspection the ejection fraction is estimated to be 60-65%. The left ventricular wall motion is normal.

## Right Ventricle

The right ventricle is grossly normal size. There is normal right ventricular wall thickness. The right ventricular systolic function is normal.

## Atria

The left atrium is mildly dilated. Right atrial size is normal. Atrial septum probably intact.

**Mitral Valve**
The mitral valve is grossly normal.

**Tricuspid Valve**
The tricuspid valve appears to be grossly normal. There is trace tricuspid regurgitation. Right ventricular systolic pressure is elevated at 40-50mmHg.

**Aortic Valve**
There is moderate Aov calcification noted. Cannot exclude aortic valvular vegetation. Mild valvular aortic stenosis.

**Great Vessels**
The aortic root is normal size.

**Effusions**
There is no pericardial effusion.

**MMode/2D Measurements & Calculations**

| | | | |
|---|---|---|---|
| **FS:** 36.8 % | **MV excursion:** 1.2 cm | **asc Aorta Diam:** 3.1 cm | **LVOT diam:** 2.0 cm |
| **EDV(Teich):** 98.9 ml | | | **LVOT area:** 3.0 $cm^2$ |
| **ESV(Teich):** 32.9 ml | | | |
| **EF(Teich):** 66.7 % | | | |

| | | | |
|---|---|---|---|
| **LVAd ap4:** 33.2 $cm^2$ | **LVAd ap2:** 29.6 $cm^2$ | **LAV(MOD-sp2):** 35.9 ml | **Ao Sinus Diam_phi:** 2.5 cm |
| **LVLd ap4:** 7.5 cm | **LVLd ap2:** 7.6 cm | **LAV(MOD-sp4):** 41.1 ml | |
| **EDV(MOD-sp4):** 118.0 ml | **EDV(MOD-sp2):** 96.5 ml | | |
| **LVLs ap4:** 6.3 cm | **LVLs ap2:** 5.4 cm | | |
| **ESV(MOD-sp4):** 46.9 ml | **ESV(MOD-sp2):** 34.1 ml | | |
| **EF(MOD-sp4):** 60.3 % | **EF(MOD-sp2):** 64.7 % | | |

| | | |
|---|---|---|
| **Ao STJ Diam_phi:** 2.5 cm | **IVC Diam_phi:** 1.9 cm | **RV Base_phi:** 2.6 cm |
| | | **RV Length_phi:** 6.0 cm |
| | | **RV Mid_phi:** 2.2 cm |

**Doppler Measurements & Calculations**

| | | | |
|---|---|---|---|
| **MV E max vel:** 94.3 cm/sec | **MV V2 max:** 134.2 cm/sec | **MV P1/2t max vel:** 141.8 cm/sec | **Ao V2 max:** 319.7 cm/sec |
| **MV A max vel:** 72.8 cm/sec | **MV max PG:** 7.2 mmHg | **MV P1/2t:** 96.9 msec | **Ao max PG:** 40.9 mmHg |
| **MV E/A:** 1.3 | **MV V2 mean:** 61.7 cm/sec | **MVA(P1/2t):** 2.3 $cm^2$ | **Ao max PG (full):** 30.0 mmHg |
| | **MV mean PG:** 2.1 mmHg | **MV dec slope:** 428.7 cm/$sec^2$ | **Ao V2 mean:** 202.0 cm/sec |
| | **MV V2 VTI:** 45.0 cm | **MV dec time:** 0.30 sec | **Ao mean PG:** 19.0 mmHg |
| | | | **Ao V2 VTI:** 71.8 cm |
| | | | **AVA(I,D):** 1.6 $cm^2$ |
| | | | **AVA(V,A):** 1.5 $cm^2$ |
| | | | **AVA(V,D):** 1.5 $cm^2$ |

| | | | |
|---|---|---|---|
| **LV V1 max PG:** | **SV(LVOT):** 113.7 ml | **TV E max vel:** 67.3 cm/sec | **TV V2 max:** 90.9 cm/sec |

3/30/2022

**Lincoln/Kindle 1074**

| | | | |
|---|---|---|---|
| 10.8 mmHg<br>**LV V1 mean PG:** 5.3 mmHg<br>**LV V1 max:** 164.7 cm/sec<br>**LV V1 mean:** 107.3 cm/sec<br>**LV V1 VTI:** 37.9 cm | | | **TV max PG:** 3.3 mmHg<br>**TV V2 mean:** 45.1 cm/sec<br>**TV mean PG:** 0.97 mmHg<br>**TV V2 VTI:** 31.4 cm |
| **PA V2 max:** 191.4 cm/sec<br>**PA max PG:** 14.7 mmHg<br>**PA max PG (full):** 9.1 mmHg<br>**PA V2 mean:** 124.2 cm/sec<br>**PA mean PG:** 7.3 mmHg<br>**PA mean PG (full):** 4.7 mmHg<br>**PA V2 VTI:** 38.5 cm<br>**PA acc time:** 0.12 sec | **RV V1 max PG:** 5.6 mmHg<br>**RV V1 mean PG:** 2.6 mmHg<br>**RV V1 max:** 118.1 cm/sec<br>**RV V1 mean:** 73.0 cm/sec<br>**RV V1 VTI:** 18.5 cm | **TR max vel:** 306.2 cm/sec<br>**TR max PG:** 37.5 mmHg<br>**RVSP(TR):** 40.5 mmHg | **RAP systole:** 3.0 mmHg |
| **PA pr(Accel):** 25.1 mmHg | **AV VR_phl:** 0.51<br>**AVA(VTI)/BSA_phl:** 0.85 | **MV P1/2t-pr_phl:** 96.9 msec | **MV area:** 2.3 $cm^2$ |

**Electronically signed by:** Michael Osayamen, MD on 03/30/2022 07:17 PM

3/30/2022

West Tennessee HEALTHCARE
Heart & Vascular

Jackson Madison County
General Hospital
620 Skyline Drive
Jackson, TN 38301
(731) 541-6331 Fax (731) 541-6323

# Transthoracic Echocardiogram Report

**Name:** KINDLE, KIMBERLY A
**MRN:** 000936607
**Account:** 11612160
**DOB:**
**Age:** 50 yrs
**Gender:** Female
**Ethnicity:** W

**Study Date:** 03/30/2022 01:13 PM
**Patient Location:** B4^0485^1^001

**Ordering Physician:** WILSON, TINA
**Performed By:** Beth Anderson

**Reason For Study:** murmur m staphs aureus spetic arthritis r/o endocarditis

**Height:** 67.5 in **Weight:** 181 lb **BSA:** 2.0 $m^2$ **HR:** 56 **BP:** 106/79 mmHg

## Interpretation Summary
The study was technically difficult. Clinical correlation is recommended. Would consider a transesophageal echocardiogram if clinically indicated. There is mild asymmetric left ventricular hypertrophy.
There is moderate Aov calcification noted.
Cannot exclude aortic valvular vegetation.
There is trace tricuspid regurgitation.
Right ventricular systolic pressure is elevated at 40-50mmHg.
The left atrium is mildly dilated.
Mild valvular aortic stenosis.
Upon visual inspection the ejection fraction is estimated to be 60-65%.

## Procedure
A complete 2D echo with/without m-mode was performed. with color. and Doppler was performed.

| M-Mode Values | Normal Range | M-Mode Values | Normal Range |
|---|---|---|---|
| | | | IVSd: 0.75 cm (0.6-1.1) |
| LVIDd: 4.6 cm | (3.7-5.6) | LVPWd: 0.73 cm | (0.6-1.1) |
| LVIDs: 2.9 cm | (3.0-4.5) | | |
| EPSS: 0.46 cm | (.5) | | |
| ACS: 1.5 cm | (1.5-2.6) | LA dimension: 3.3 cm | (1.9-4.1) |

## Left Ventricle
The left ventricle is grossly normal size. There is no thrombus seen. There is mild asymmetric left ventricular hypertrophy. Upon visual inspection the ejection fraction is estimated to be 60-65%. The left ventricular wall motion is normal.

## Right Ventricle
The right ventricle is grossly normal size. There is normal right ventricular wall thickness. The right ventricular systolic function is normal.

## Atria
The left atrium is mildly dilated. Right atrial size is normal. Atrial septum probably intact





Case 3:25-cv-00162 Document 17-3 Filed 06/24/25 Page 1004 of 1349 PageID #: 1143

**Mitral Valve**
The mitral valve is grossly normal.

**Tricuspid Valve**
The tricuspid valve appears to be grossly normal. There is trace tricuspid regurgitation. Right ventricular systolic pressure is elevated at 40-50mmHg.

**Aortic Valve**
There is moderate Aov calcification noted. Cannot exclude aortic valvular vegetation. Mild valvular aortic stenosis.

**Great Vessels**
The aortic root is normal size.

**Effusions**
There is no pericardial effusion.

**MMode/2D Measurements & Calculations**

| | | | |
|---|---|---|---|
| **FS:** 36.8 % | **MV excursion:** 1.2 cm | **asc Aorta Diam:** 3.1 cm | **LVOT diam:** 2.0 cm |
| **EDV(Teich):** 98.9 ml | | | **LVOT area:** 3.0 $cm^2$ |
| **ESV(Teich):** 32.9 ml | | | |
| **EF(Teich):** 66.7 % | | | |

| | | | |
|---|---|---|---|
| **LVAd ap4:** 33.2 $cm^2$ | **LVAd ap2:** 29.6 $cm^2$ | **LAV(MOD-sp2):** 35.9 ml | **Ao Sinus Diam_phl:** 2.5 cm |
| **LVLd ap4:** 7.5 cm | **LVLd ap2:** 7.6 cm | **LAV(MOD-sp4):** 41.1 ml | |
| **EDV(MOD-sp4):** 118.0 ml | **EDV(MOD-sp2):** 96.5 ml | | |
| **LVLs ap4:** 6.3 cm | **LVLs ap2:** 5.4 cm | | |
| **ESV(MOD-sp4):** 46.9 ml | **ESV(MOD-sp2):** 34.1 ml | | |
| **EF(MOD-sp4):** 60.3 % | **EF(MOD-sp2):** 64.7 % | | |

| | | |
|---|---|---|
| **Ao STJ Diam_phl:** 2.5 cm | **IVC Diam_phl:** 1.9 cm | **RV Base_phl:** 2.6 cm |
| | | **RV Length_phl:** 6.0 cm |
| | | **RV Mid_phl:** 2.2 cm |

**Doppler Measurements & Calculations**

| | | | |
|---|---|---|---|
| **MV E max vel:** 94.3 cm/sec | **MV V2 max:** 134.2 cm/sec | **MV P1/2t max vel:** 141.8 cm/sec | **Ao V2 max:** 319.7 cm/sec |
| **MV A max vel:** 72.8 cm/sec | **MV max PG:** 7.2 mmHg | **MV P1/2t:** 96.9 msec | **Ao max PG:** 40.9 mmHg |
| **MV E/A:** 1.3 | **MV V2 mean:** 61.7 cm/sec | **MVA(P1/2t):** 2.3 $cm^2$ | **Ao max PG (full):** 30.0 mmHg |
| | **MV mean PG:** 2.1 mmHg | **MV dec slope:** 428.7 $cm/sec^2$ | **Ao V2 mean:** 202.0 cm/sec |
| | **MV V2 VTI:** 45.0 cm | **MV dec time:** 0.30 sec | **Ao mean PG:** 19.0 mmHg |
| | | | **Ao V2 VTI:** 71.8 cm |
| | | | **AVA(I,D):** 1.6 $cm^2$ |
| | | | **AVA(V,A):** 1.5 $cm^2$ |
| | | | **AVA(V,D):** 1.5 $cm^2$ |

| | | | |
|---|---|---|---|
| **LV V1 max PG:** | **SV(LVOT):** 113.7 ml | **TV E max vel:** 67.3 cm/sec | **TV V2 max:** 90.9 cm/sec |

3/30/2022

**Lincoln/Kindle 1077**

| | | | |
|---|---|---|---|
| 10.8 mmHg<br>**LV V1 mean PG:** 5.3 mmHg<br>**LV V1 max:** 164.7 cm/sec<br>**LV V1 mean:** 107.3 cm/sec<br>**LV V1 VTI:** 37.9 cm | | | **TV max PG:** 3.3 mmHg<br>**TV V2 mean:** 45.1 cm/sec<br>**TV mean PG:** 0.97 mmHg<br>**TV V2 VTI:** 31.4 cm |

| | | | |
|---|---|---|---|
| **PA V2 max:** 191.4 cm/sec<br>**PA max PG:** 14.7 mmHg<br>**PA max PG (full):** 9.1 mmHg<br>**PA V2 mean:** 124.2 cm/sec<br>**PA mean PG:** 7.3 mmHg<br>**PA mean PG (full):** 4.7 mmHg<br>**PA V2 VTI:** 38.5 cm<br>**PA acc time:** 0.12 sec | **RV V1 max PG:** 5.6 mmHg<br>**RV V1 mean PG:** 2.6 mmHg<br>**RV V1 max:** 118.1 cm/sec<br>**RV V1 mean:** 73.0 cm/sec<br>**RV V1 VTI:** 18.5 cm | **TR max vel:** 306.2 cm/sec<br>**TR max PG:** 37.5 mmHg<br>**RVSP(TR):** 40.5 mmHg | **RAP systole:** 3.0 mmHg |

| | | | |
|---|---|---|---|
| **PA pr(Accel):** 25.1 mmHg | **AV VR_phl:** 0.51<br>**AVA(VTI)/BSA_phl:** 0.85 | **MV P1/2t-pr_phl:** 96.9 msec | **MV area:** 2.3 $cm^2$ |

**Electronically signed by:** Michael Osayamen, MD on 03/30/2022 07:17 PM

3/30/2022

**Lincoln/Kindle 1078**


SINUS RHYTHM
LOW QRS VOLTAGE IN CHEST LEADS
ATYPICAL ECG
Site # 0 Cart # 0
25mm/s 10mm/mV 0.05-40 Hz

# HENDERSON COUNTY HOSPITAL LAB

200 WEST CHURCH ST
LEXINGTON, TN 38351
PH: 731-968-1807

CLIA #: 44D0315681
Lab Medical Director: Albert Domm, MD

Name/DOB: KINDLE, KIMBERLY A.
Patient ID: 757
Sample ID: 221250318
Draw Date/Time: 5/5/2022 15:00
Received Date/Time: 5/5/2022 16:05
05/05/22 15:00 FAX TO 7318477256

Sex: F
Age: 50

Provider: Holly Bunch
Room #
Encounter #: 6016711
Approval date: 5/5/2022 16:28

## Basic Metabolic Panel

| Test | Flag | Result | Ref. Range/Females |
|---|---|---|---|
| GLU | | 107 | 74-110 mg/dL |
| BUN | | 14 | 7-18 mg/dL |
| NA | | 138 | 136-145 mEq/L |
| K | | 3.5 | 3.5-5.1 mEq/L |
| CL | | 103 | 98-107 mEq/L |
| CO2 | | 30 | 21-32 mEq/L |
| AGAP | L | 9 | 11-21 mEq/L |
| CA | | 8.9 | 8.5-10.1 mg/dL |
| CREA | | 1.05 | 0.60-1.20 mg/dL |
| BUN/CREA | | 13 | mg/dL |
| eGFRAA | | >60 | >60 mL/min/1.73m2 |
| eGFRNAA | L | 55 | >60 mL/min/1.73m2 |

## Magnesium

| Test | Flag | Result | Ref. Range/Females |
|---|---|---|---|
| MG | L | 1.7 | 1.8-2.4 mg/dL |

## Complete Blood Count w/ Auto Diff

| Test | Flag | Result | Ref. Range/Females |
|---|---|---|---|
| WBC | H | 11.4 | 4.5-10.0 10^3/uL |
| RBC | L | 3.63 | 4.20-5.40 M/uL |
| HGB | L | 10.9 | 12.0-16.0 g/dL |
| HCT | L | 34.8 | 37.0-47.0 % |
| MCV | | 96 | 81-101 fL |
| MCH | | 30.0 | 27.0-34.0 pg |
| MCHC | L | 31.3 | 31.5-36.0 g/dL |
| PLT | | 383 | 140-440 10^3/uL |
| RDW | | 15.2 | 12.3-16.0 % |
| MPV | | 9.6 | 6.5-12.0 fL |
| NEUT# | | 7.0 | 10^3/uL |
| LYMPH# | | 2.9 | 10^3/uL |
| MONO# | | 1.0 | 10^3/uL |
| EOS# | | 0.4 | 10^3/uL |
| BASO# | | 0.1 | 10^3/uL |
| NEUT% | | 61.6 | 50.0-75.0 % |
| LYMPH% | | 25.6 | 25.0-40.0 % |
| MONO% | | 8.5 | 0.0-14.0 % |
| EOS% | | 3.7 | 0.0-6.0 % |
| BASO% | | 0.6 | 0.0-2.0 % |

Sample ID: 221250318/1
END OF REPORT (Final)

Reviewed by: ___________

Lincoln/Kindle 1080

# Quality Assurance Report

## Request Information

Report Date: June 30, 2022

**RP ID:** 9437566

Patient Name: KINDLE, KIMBERLY

Provider Name: KURBAN, DR ELLIOT

## Quality Assurance Information

Scope Requested: **From March 1, 2022 to Present**

Special Request:

any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Kindle 1081**

ReleasePoint

**Medical Record Overview**

**Date:** **July 1, 2022**

**Patient Name:** KINDLE, KIMBERLY

**Records From:** HENDERSON COUNTY MEDICAL GROUP
270 W CHURCH ST
LEXINGTON, TN 38351
(731) 968-2006

**Request Scope:** From March 1, 2022 to Present

**Chart Range:** 03/11/2022 - 03/11/2022

**RP ID:** 9437568

**Client ID:** 12903776

**Source:** L-CLTLTD

**Req By:** R Johnson
R Johnson

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 11 2022 | Mar 11 2022 | 30 | 2 |
| Labs/Diagnostics | Mar 11 2022 | Mar 11 2022 | 24 | 32 |
| Request Corr. | | | 1 | 56 |

**Total Page Count:** 55

**Notes From QC:**

**Lincoln/Kindle 1082**

TX Result Report

P 1
06/07/2022 11:56
Serial No. AA6UD11004024
TC: 417912

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 6033340380 | 06-07 11:32 | 00:02:46 | 005/054 | Cont | |
| 6033340380 | 06-07 11:38 | 00:17:34 | 049/054 | OK | |

Note [illegible]

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, [illegible]

HENDERSON COUNTY
COMMUNITY HOSPITAL
QUALITY CARE. CLOSE TO HOME.

200 West Church St.
Lexington, TN 38351
(p) 731-968-1823

| | | | |
|---|---|---|---|
| To: | Lincoln Financial Group | From: | Taylor / H&M |
| Fax: | 603-334-0380 | Pages: | 53 w Cover |
| Date: | 6/7/22 | Fax: | 731-968-1705 |
| Re: | K. Kindle | cc: | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Confidentiality Notice: The documents accompanying this transmission may contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity name above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action take in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please call the facility's main number and notify the Facility Privacy Officer immediately to arrange for the return or destruction of these documents.

Lincoln Financial Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 6, 2022 |
| To: | HENDERSON COUNTY MEDICAL GROUP |
| Attn: | |
| Fax: | (731) 968-9970 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6007051

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** ( **Age:** 50 years

03/11/2022 11:29

**Chief Complaint:** **Chief Complaint:** 6 MONTH CHECK UP/LABS USES FAMILY PHARMACY

**History of Present Illness:**

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: major life stressors; trouble at work (stress at work), car is a "lemon" - Nissin - home health. In a rental car now
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; shortness of breath (with exertion)
Notes: Compliance with medication-Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: smoker ppd
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.

She has not had a colon screening. She will consider and let us know when she would like to proceed.

**Past Medical/Surgical/Family/Social History**

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6007051

---

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

***Smoking Status:*** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

| **Home Meds: Dose and Freq** | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | AS NEEDED |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |
| Sertraline 100MG Oral Tablet | 1 TABLET | DAILY |
| Flovent 0.044MG/Actuation *Inhalation* Aerosol Powder | 2 PUFF | TWICE A DAY |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | EVERY 4 HOURS |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | TWICE A DAY |

---

**Review of Systems**

***Constitutional:*** No fever. No significant weight gain or weight loss.

***Eyes:*** No vision change. No eye disease/injury.

---

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST



Lincoln/Kindle 1086

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6007051

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. No arthralgias/joint pain. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. No depression. No anxiety. No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

**Physical Exam**

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (in) | Weight (lbs/ oz) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

HENDERSON COUNTY HOSPITAL
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note
**DOB:**
**Account #:** 6007051

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal:** Full ROM of all major joints. Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

---

**Assessment:**

***Problems Addressed Today***
Active, Anxiety, F41.9, Active, , , 03/11/2022
Active, GERD, K21.9, Active, , , 03/11/2022
Active, Hyperlipidemia, E78.5, Active, , , 03/11/2022

**Plan:**

Continue current medications, diet, and exercise as tolerated. RTC in 6 months, sooner if needed.

**Medications Given This Visit:**

---

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6007051
**Note Type:** Clinic Provider Note

| Ordered & Completed Meds Table | | | | | |
|---|---|---|---|---|---|
| **Ordered Medication** | **Start Date/Time** | **Dosage** | **Route** | **Frequency** | **Status** |
| SHINGRIX 50MCG VAC | 03/11/2022 10:36 | 50 MCG | IM OPTIONS | X1 | completed |

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

**New Prescriptions Given Today:**

**Medication:** Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder, **Dosage:** 2 PUFF, **Frequency:** EVERY 4 HOURS, **Start Date:** 03/11/2022, **Special Instructions:** 2 PUFF EVERY 4 HOURS
**Medication:** Flovent 0.044MG/Actuation Inhalation Aerosol Powder, **Dosage:** 2 PUFF, **Frequency:** TWICE A DAY, **Start Date:** 03/11/2022, **Special Instructions:** 2 PUFF TWICE A DAY
**Medication:** Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution, **Dosage:** 3 MILLILITER, **Frequency:** AS NEEDED, **Start Date:** 03/11/2022, **Special Instructions:** 3 MILLILITER AS NEEDED
**Medication:** Sertraline 100MG Oral Tablet, **Dosage:** 1 TABLET, **Frequency:** DAILY, **Start Date:** 03/11/2022, **Special Instructions:** 1 TABLET DAILY
**Medication:** Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid, **Dosage:** 2 PUFF, **Frequency:** TWICE A DAY, **Start Date:** 03/11/2022, **Special Instructions:** 2 PUFF TWICE A DAY
**Medication:** ALPRAZolam 0.5MG Oral Tablet, **Dosage:** 1 TABLET, **Frequency:** FOUR TIMES A DAY, **Start Date:** 03/11/2022, **Prescribing MD:** WEATHERFORD ALAN, **Special Instructions:** 1 TABLET FOUR TIMES A DAY

***Diagnostics Ordered:***

**Lab Results: This Visit:** No Labs Available

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** *Clinic Provider Note*

**DOB:**
**Account #:** 6007051

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

**Lab Results: Last 6 Months:** No Labs Available

**Medicines Ordered and Reviewed**

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6007051



**Lincoln/Kindle 1091**

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Provider Note

**DOB:**
**Account #:** 6009727

| All Demographics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Patient Name | DOB | Age | Sex | Visit Number | Admission Date/Time | Attending Physician | Date of Service | Room and Bed | Emergency Contact |
| KINDLE, KIMBERLY A | 07/27/1971 | 50 years | Female | 6009727 | 03/25/2022 11:08 | KAUSHAL PATEL | 03/25/2022 | ED-1 | SELLERS, M.J. - 5124706559,5124706559 |

03/25/2022 11:32

## Chief Complaint: RIGHT KNEE- FAMILY

## *History of Present Illness*

The patient presents to the emergency department complaining of extremity pain.
It had an onset of few days
It is located right knee
It is made better by rest
It is made worse by walking
It is rated as moderate
It is associated with seen by ortho and given medication and x ray done two days ago

## Past Medical/Surgical/Family History

Past Medical History:

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| Problem | ICD Code | Onset Date | Resolved Date | Age | Status | Comment |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |

Past Surgical History:
**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

Past Family History:
**Family History List**
Diabetes, FATHER

Electronically signed by: KAUSHAL PATEL, MD, 03/25/2022 11:33 CDT

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Provider Note

**DOB:**
**Account #:** 6009727

## Smoking/Allergies/Social History:

Smoking Status:
**Smoking Status:** Current every day smoker, **Cessation Education:**

Allergies:

| All Allergies (Active and Inactive) | | | | |
|---|---|---|---|---|
| **Allergen** | **Type** | **Reaction** | **Severity** | **Status** |
| CEFTRIAXONE | medication | | | active |

## Review of Systems

- CONSTITUTIONAL: Denies weight loss, fever, and chills.
- HEENT: Denies changes in vision and hearing. Patient reports no headache.
- RESPIRATORY: Reports SOB and difficulty breathing.
- CV: Denies palpitations but has Chest Pain.
- GI: Denies abdominal pain, nausea, vomiting, and diarrhea.
- GU: Denies dysuria and urinary frequency.
- MSK: Reports myalgia and joint pain.
- SKIN: Denies rash and pruritus.
- NEUROLOGICAL: Denies headache and syncope.
- PSYCHIATRIC: Denies recent mood changes. Denies anxiety and depression.

## Physical Exam

| Vital Signs: This Visit | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date/Time** | **BP (mm/Hg)** | **BP Position/ Site** | **Heart Rate** | **Resp** | **Temp (°C)** | **Temp (°F)** | **SPO2%** | **O2 Device** | **Blood Sugar (mg/ dL)** | **Pain Score** | **Height (cm)** | **Height (in)** | **Weight (kg)** | **Weight (lbs/ ozs)** | **BMI** | **Head Cir (cm)** |
| 03/25/2022 11:25 | | | | | | | | | | 6 | | | | | | |
| 03/25/2022 11:22 | 121/62 | Sitting/ Left Arm | 88 | 20 | 36.8 Oral | 98.3 Oral | | | | | 172.72 cm | 68 in | 81.65 kg | 180 lbs | 27.37 | |
| 03/25/2022 11:12 | | | | | | | | | | 5 | | | | | | |

- GENERAL: Alert and oriented x 3. No acute distress. Well-nourished.
- EYES: EOMI. Anicteric.
- HENT: Moist mucous membranes. No scleral icterus. No cervical lymphadenopathy. Patient has no swelling of the jaw
- LUNGS: Clear to auscultation bilaterally. No accessory muscle use.
- CARDIOVASCULAR: Regular rate and rhythm. No murmur. No JVD.
- ABDOMEN: Soft, non-tender and non-distended. No palpable masses.

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6009727
**Note Type:** ED Provider Note

- EXTREMITIES: No edema. manifest pain in right knee on movement
- SKIN: No rashes or lesions. Warm.
- NEUROLOGIC: No focal neurological deficits. CN II-XII grossly intact, but not individually tested.
- PSYCHIATRIC: Cooperative. Appropriate mood and affect.

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

**Lab Results: Last 24 Hours:** No Labs Available

**Radiology Ordered and Reviewed from Last Three Visits**

**Medicines Ordered and Reviewed**

**Home Medicines:**

**Home Meds: Dose and Freq:** No Home Medications Available

**Ordered Medicines:**

**Ordered & Completed Meds Table:** No Current Medications Available

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

Electronically signed by: KAUSHAL PATEL, MD, 03/25/2022 11:33 CDT



Lincoln/Kindle 1094

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6009727
**Note Type:** ED Provider Note

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

## Assessment

right knee pain
**Problems Addressed Today:** No Problems Available

## Plan

**see ortho this week**

contd home medication

HENDERSON COUNTY COMMUNITY HOSPITAL

HENDERSON COUNTY COMMUNITY HOSPITAL
200 W CHURCH STREET/731-968-3646
PATIENT NAME: KIMBERLY A KINDLE
MED RECORD NO.: 757 / VISIT NO: 6009727
DOB 1 / ADMIT DATE: 03/25/2022 11:08

**Assessment**
**Pain**
CLENNEY KAREN JEANETTE 03/25/2022 11:25
**Clinical Observation of Pain:** Relaxed; calm expression
**Pain Level:** 6

**Physical Assessment**
**Musculoskeletal**
CLENNEY KAREN JEANETTE 03/25/2022 11:25
**Right Lower Extremity:** Neurovascularly intact, Tenderness, swelling to right knee

**Procedures**
FREDERICK ALYSON CELENE 03/25/2022 11:37
**Procedure(s) Performed:** Dressing application
**Dressing Secured With:** Right knee ACE bandage applied
**Patient Tolerated:** Fair

**Miscellaneous Nursing Note**
CLENNEY KAREN JEANETTE 03/25/2022 11:35
**Nursing Note**
pt upset after seeing Dr states she needs work statement and pain meds her work statement runs out today



Lincoln/Kindle 1096

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Discharge Instructions

**DOB:**
**Account #:** 6009727

03/25/2022 11:33

| All Demographics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Patient Name** | **DOB** | **Age** | **Sex** | **Visit Number** | **Admission Date/Time** | **Attending Physician** | **Date of Service** | **Room and Bed** | **Emergency Contact** |
| KINDLE, KIMBERLY A | 07/27/1971 | 50 years | Female | 6009727 | 03/25/2022 11:08 | KAUSHAL PATEL | 03/25/2022 | ED-1 | SELLERS, M.J. - 5124706559,5124706559 |

**Chief Complaint:** RIGHT KNEE- FAMILY

**Diagnosis:** right knee pain

**Problems Addressed Today:** No Problems Available

**Diet:** Resume diet as tolerated
**Activity:** Activity as tolerated

**Additional Instructions:**

**Ordered & Completed Meds Table:** No Current Medications Available

**Return to Work/School in** 2 days.
**Follow-up with:** Your primary care provider in 2 days.

**Discharged medications including new prescriptions.**

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6009727
**Note Type:** ED Discharge Instructions

| **Discharge Medications** | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Follow-up with your Healthcare Provider as directed.**
**Return to the Emergency Department if symptoms persist or worsen.**

**Patient/Guardian** **Date**

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:** (
**MRN:** 757
**Account #:** 6012671
**Note Type:** Clinic Provider Note

---

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** , **Age:** 50 years

04/11/2022 16:51

**Chief Complaint: Chief Complaint:** FACE TO FACE HOME HEALTH EVALUATION FOR TN QUALITY. USES FAMILY PHARMACY.

**History of Present Illness:**

Patient recently diagnosed with septic arthritis in the right knee. She went to Shane Dunaway and had arthrocentesis. It did not improve and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and is currently taking 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve - followed by Dr. Korban. She presents today for F2F for HH with TN Quality. She sees Dr. Korban on 5/3 and Dr. Pucek on 5/19.

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication- Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.

She has not had a colon screening. She will consider and let us know when she would like to proceed.

---

**Past Medical/Surgical/Family/Social History**

---

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

## HENDERSON COUNTY HOSPITAL
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| HYDROcodone bitartrate-acetaminophen 7.5MG-325MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

***Review of Systems***

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease/injury.

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. + **arthralgias/joint pain in knees**. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. + **depression**. + **anxiety**. No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

**Physical Exam**

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (in) | Weight (lbs/ ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/2022 16:26 | 6012671 | 119/66 | Sitting/ Left Arm | 93 | | 97.5 Temporal | 96 % | Room Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting/ Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 119/66 | Sitting/ Left Arm | 93 | 20 | 97.5 Temporal | 96 % | Room Air 21% | | 6 | 68 in | 184 lbs | 27.37 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal: Decreased ROM in knees. Right knee is in a brace.** Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

**Assessment:**

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 04/12/2022
Active, GERD, K21.9, Active, , , 04/12/2022
Active, Hyperlipidemia, E78.5, Active, , , 04/12/2022
Active, Pain in right knee, M25.561, Active, , , 04/12/2022
Active, Arthritis of both knees, M13.861, Active, , , 04/12/2022
Active, Septic arthritis of knee, M00.9, Active, , , 04/12/2022

**Plan:**

**Continue current medications and treatment with Orthopedist and Cardiologist. Continue with home health to help with PT and with administering Vancomycin with pic line. Continue current diet, and exercise as tolerated. RTC in 6 months, sooner if needed.**

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

HENDERSON COUNTY HOSPITAL
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| CRP | 9.6 H | mg/dL | 0.2-0.9 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| WBC | 11.1 H | 10\S\3/uL | 4.2-10.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RBC | 3.62 L | M/uL | 4.20-5.40 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMOGLOBIN | 11 L | g/dL | 12.0-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMATOCRIT | 34.6 L | % | 37.0-47.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCV | 96 | fL | 81-101 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCH | 30.4 | pg | 27.0-34.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCHC | 31.8 | g/dL | 31.5-36.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| PLATELETS | 538 H | 10\S\3/uL | 140-440 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RDW | 12.5 | % | 12.2-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MPV | 9 | fL | 6.5-12.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #NEUT | 6.6 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #LYMPH | 3.2 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #MONO | 0.8 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #EOS | 0.5 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %NEUT | 59.3 | % | 50.0-75.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %LYMPH | 28.9 | % | 25.0-40.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %MONO | 6.7 | % | 0.0-14.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %EOS | 4.3 | % | 0.0-6.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %BASO | 0.8 | % | 0.0-2.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT



Lincoln/Kindle 1104

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| SED RATE | 44 H | mm/hr | 0-25 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| SGPT/ALT | 78 | U/L | 12-78 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| VANCOMYCIN TR | 10 | ug/mL | 10.0-20.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.53 L | mg/dL | 0.60-1.20 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| CRP | 3 H | mg/dL | 0.2-0.9 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| WBC | 12.4 H | 10\S\3/uL | 4.2-10.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMOGLOBIN | 12.1 | g/dL | 12.0-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCV | 98 | fL | 81-101 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCH | 30.7 | pg | 27.0-34.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| PLATELETS | 423 | 10\S\3/uL | 140-440 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RDW | 13 | % | 12.2-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MPV | 9.9 | fL | 6.5-12.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #NEUT | 7.5 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #LYMPH | 3.4 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #MONO | 1.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #EOS | 0.3 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %NEUT | 60.5 | % | 50.0-75.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %LYMPH | 27.2 | % | 25.0-40.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %MONO | 9.1 | % | 0.0-14.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %EOS | 2.7 | % | 0.0-6.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %BASO | 0.5 | % | 0.0-2.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 08:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:** (
**Account #:** 6012671

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SED RATE | 40 H | mm/hr | 0-25 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SGPT/ALT | 43 | U/L | 12-78 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| VANCOMYCIN TR | 14.5 | ug/mL | 10.0-20.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| REFLAB | All testing within this panel are complete | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPI CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPS CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| Color, Fluid | Yellow | | Yellow | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Clarity, Fluid | Cloudy A | | Clear | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Nucleated Cells, Synovial Fld | 110150 H | cells/uL | 0-200 | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| RBC, Fluid | FEW | | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Neut, Fluid | 91 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lymphocytes, Fluid | 3 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Macrophages | 6 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Eosinophils, Fluid | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lining Cells, Synovial | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| CRP | 3.3 H | mg/dL | 0.2-0.9 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| WBC | 13.9 H | 10\S\3/uL | 4.2-10.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RBC | 4.48 | M/uL | 4.20-5.40 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMOGLOBIN | 13.7 | g/dL | 12.0-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMATOCRIT | 43.4 | % | 37.0-47.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCV | 97 | fL | 81-101 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCH | 30.6 | pg | 27.0-34.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCHC | 31.6 | g/dL | 31.5-36.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

---

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** 07/27/1971, **Age:** 50 years

---

04/11/2022 16:51

**Chief Complaint:** **Chief Complaint:** FACE TO FACE HOME HEALTH EVALUATION FOR TN QUALITY. USES FAMILY PHARMACY.

**History of Present Illness:**

Patient recently diagnosed with septic arthritis in the right knee. She went to Shane Dunaway and had arthrocentesis. It did not improve and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and is currently taking 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve - followed by Dr. Korban. She presents today for F2F for HH with TN Quality. She sees Dr. Korban on 5/3 and Dr. Pucek on 5/19.

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication. Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: smoker ppd
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.

She has not had a colon screening. She will consider and let us know when she would like to proceed.

---

**Past Medical/Surgical/Family/Social History**

---

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |



**Lincoln/Kindle 1108**

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:** [redacted]
**MRN:** 757
**Account #:** 6012671
**Note Type:** Clinic Provider Note

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| HYDROcodone bitartrate-acetaminophen 7.5MG-325MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

**Review of Systems**

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease/injury.

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. + **arthralgias/joint pain in knees.** No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. + **depression.** + **anxiety.** No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

**Physical Exam**

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6012671
**Note Type:** Clinic Provider Note

| Date/Time | Visit Number | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (in) | Weight (lbs/ oz) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/2022 16:26 | 6012671 | 119/66 | Sitting/ Left Arm | 93 | | 97.5 Temporal | 96 % | Room Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting/ Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 119/66 | Sitting/ Left Arm | 93 | 20 | 97.5 Temporal | 96 % | Room Air 21% | | 6 | 68 in | 184 lbs | 27.37 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal: Decreased ROM in knees. Right knee is in a brace.** Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

**Assessment:**

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 04/12/2022
Active, GERD, K21.9, Active, , , 04/12/2022
Active, Hyperlipidemia, E78.5, Active, , , 04/12/2022
Active, Pain in right knee, M25.561, Active, , , 04/12/2022
Active, Arthritis of both knees, M13.861, Active, , , 04/12/2022
Active, Septic arthritis of knee, M00.9, Active, , , 04/12/2022

**Plan:**

**Continue current medications and treatment with Orthopedist and Cardiologist. Continue with home health to help with PT and with administering Vancomycin with pic line. Continue current diet, and exercise as tolerated. RTC in 6 months, sooner if needed.**

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO
63376

HENDERSON COUNTY MEDICAL GROUP
270 W CHURCH ST
ATTN: MEDICAL RECORDS
LEXINGTON, TN 38351

Jun 30, 2022
Re: Disability Benefits
Claim# 9437568 12903776
Claimant: KINDLE, KIMBERLY
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 494894

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On **06/23/2022** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

- ☑ I am **EMAILING** records to charts@releasepoint.com *PLEASE PUT RP ID IN SUBJECT LINE*
- ☐ I am **FAXING** records to: (213) 884-4921
- ☐ I am **MAILING** records on or before (date): ____________ (See mailing address above)
- ☐ Records are being review, and will be released no later than (DATE): ____________

- ☐ Records cannot be released because:

______________________________________________________________

- ☐ Other status information we should know:

______________________________________________________________

If you have any questions regarding this matter, please contact me.

Sincerely,
Johnrey Panganiban
Disability Information Specialist
Phone No.: (213) 349-9450
Fax No.: (213) 884-4921

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

----PATIENT NAME---- SEX AGE BIRTH ADMIT M/R# PATIENT# RM/LOC TYPE
KINDLE KIMBERLY A F 50 032522 757 6009757 220325
ORD: DUNAWAY SHA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- CBC W-PLT AUTO-DIFF ORDER # 18915

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1422 | 3/25/22 1312 |
| LAB | LAB | LAB | lab | lab |

CBC W-PLT AUTO COMPD
WTBJ

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | WBC | 13.9 | H | K/uL | (L=4.2 | H=10.0 | ) | 03/25/22.14 |
| [ | RBC | 4.48 | | M/uL | (L=4.20 | H=5.40 | ) | 03/25/22.14 |
| [ | HEMOGLOBIN | 13.7 | | g/dL | (L=12.0 | H=16.0 | ) | 03/25/22.14 |
| [ | HEMATOCRIT | 43.4 | | % | (L=37.0 | H=47.0 | ) | 03/25/22.14 |
| [ | MCV | 97 | | fL | (L=81 | H=101 | ) | 03/25/22.14 |
| [ | MCH | 30.6 | | pg | (L=27.0 | H=34.0 | ) | 03/25/22.14 |
| [ | MCHC | 32 | | g/dL | (L=31 | H=36 | ) | 03/25/22.14 |
| [ | PLATELETS | 418 | | K/uL | (L=140 | H=440 | ) | 03/25/22.14 |
| [ | RDW | 13.3 | | % | (L=12.2 | H=16.0 | ) | 03/25/22.14 |
| [ | MPV | 9.0 | | fL | (L=6.5 | H=12.0 | ) | 03/25/22.14 |
| [ | #NEUT | 9.3 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #LYMPH | 3.6 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #MONO | 0.8 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #EOS | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #BASO | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | %NEUT | 67 | | % | (L=50 | H=75 | ) | 03/25/22.14 |
| [ | %LYMPH | 26 | | % | (L=25 | H=40 | ) | 03/25/22.14 |
| [ | %MONO | 5 | | % | (L=0 | H=14 | ) | 03/25/22.14 |
| [ | %EOS | 1 | | % | (L=0 | H=6 | ) | 03/25/22.14 |
| [ | %BASO | 0 | | % | (L=0 | H=2 | ) | 03/25/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

----PATIENT NAME---- SEX AGE BIRTH ADMIT M/R# PATIENT# RM/LOC TYPE
KINDLE KIMBERLY A F 50 1 032522 757 6009757 220325
ORD: DUNAWAY SHA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- CBC W-PLT AUTO-DIFF ORDER # 18915

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1422 | 3/25/22 1312 |
| LAB | LAB | LAB | lab | lab |

CBC W-PLT AUTO COMPD
WTBJ

| Test Name | Result | Flag | Units | Normal-Range | | |
|---|---|---|---|---|---|---|
| WBC | 13.9 | H | K/uL | (L=4.2 | H=10.0) | 03/25/22.14 |
| RBC | 4.48 | | M/uL | (L=4.20 | H=5.40) | 03/25/22.14 |
| HEMOGLOBIN | 13.7 | | g/dL | (L=12.0 | H=16.0) | 03/25/22.14 |
| HEMATOCRIT | 43.4 | | % | (L=37.0 | H=47.0) | 03/25/22.14 |
| MCV | 97 | | fL | (L=81 | H=101) | 03/25/22.14 |
| MCH | 30.6 | | pg | (L=27.0 | H=34.0) | 03/25/22.14 |
| MCHC | 32 | | g/dL | (L=31 | H=36) | 03/25/22.14 |
| PLATELETS | 418 | | K/uL | (L=140 | H=440) | 03/25/22.14 |
| RDW | 13.3 | | % | (L=12.2 | H=16.0) | 03/25/22.14 |
| MPV | 9.0 | | fL | (L=6.5 | H=12.0) | 03/25/22.14 |
| #NEUT | 9.3 | | K/uL | (L=0.0 | H=0.0) | 03/25/22.14 |
| #LYMPH | 3.6 | | K/uL | (L=0.0 | H=0.0) | 03/25/22.14 |
| #MONO | 0.8 | | K/uL | (L=0.0 | H=0.0) | 03/25/22.14 |
| #EOS | 0.1 | | K/uL | (L=0.0 | H=0.0) | 03/25/22.14 |
| #BASO | 0.1 | | K/uL | (L=0.0 | H=0.0) | 03/25/22.14 |
| %NEUT | 67 | | % | (L=50 | H=75) | 03/25/22.14 |
| %LYMPH | 26 | | % | (L=25 | H=40) | 03/25/22.14 |
| %MONO | 5 | | % | (L=0 | H=14) | 03/25/22.14 |
| %EOS | 1 | | % | (L=0 | H=6) | 03/25/22.14 |
| %BASO | 0 | | % | (L=0 | H=2) | 03/25/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F   50         032522 757         6009757          220325
ORD: DUNAWAY SHA   ATT:                SEC:               PRI: WEATHERFORD
 PAT PHONE:
==============================================================================
---PROCEDURE--- C-REACTIVE PROTEIN                          ORDER # 18916
--ORDERED--    --COLLECTED--    --REC'D--   --RESULTED--    --VERIFIED---
 3/25/22 1312   3/25/22 1312    3/25/22 1312  3/25/22 1359   3/25/22 1312
LAB             LAB             LAB           lab            lab
==============================================================================
 WTBJ
          Test Name            Result   Flag Units     Normal-Range
------------------------------------------------------------------------------

[      CRP                 ______3.3___ H  mg/dL     (L=0.2      H=0.9     )      03/25/22.13
```

Lincoln/Kindle 1115

```
                    HENERSON COUNTY COMMUNITY HOSPITAL
                         HWY 22 & US HWY 412
                         LEXINGTON, TN  38351
                         CLIA#44D0315681
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F   50         032522 757         6009757           220325
ORD: DUNAWAY SHA   ATT:                SEC:               PRI: WEATHERFORD
 PAT PHONE:
==============================================================================
---PROCEDURE--- SED RATE AUTOMATED                            ORDER # 18917
--ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
 3/25/22 1312   3/25/22 1312    3/25/22 1312   3/25/22 1422    3/25/22 1312
LAB             LAB             LAB            lab             lab
==============================================================================
 WTBJ
          Test Name            Result   Flag Units     Normal-Range
------------------------------------------------------------------------------

[       SED RATE              ____36____  H  mm/HR     (L=0        H=25     )       03/25/22.14
```

Lincoln/Kindle 1116

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

----PATIENT NAME---- SEX AGE BIRTH ADMIT M/R# PATIENT# RM/LOC TYPE
KINDLE KIMBERLY A F 50 032522 757 6009757 220325
ORD: DUNAWAY SHA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- SYNOVIAL FLUID CELL COUNT ORDER # 18941

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/25/22 1419 | 3/25/22 1419 | 3/25/22 1419 | 3/26/22 1510 | 3/25/22 1419 |
| LAB | LAB | LAB | lab | lab |

SYNOVIAL FLUID CELL COUNT

Testing performed at: [MB] Labcorp Birmingham, 1801 First Avenue South, Birmingham, AL, 35233-1935, Phone: 205-581-3500, Laboratory Director: Brian D. Ragland, MD

| Test Name | Result | Flag | Units | Normal-Range | |
|---|---|---|---|---|---|
| Color, Fluid | Yellow | | | ( Yellow ) | 03/26/22.15 |
| Clarity, Fluid | Cloudy | A | | ( Clear ) | 03/26/22.15 |
| Nucleated Cells, Synovial Fld | 110150 | H | cells/uL | ( 0-200 ) | 03/26/22.15 |
| RBC, Fluid | FEW | | /uL | ( Not Estab. ) | 03/26/22.15 |
| Neut, Fluid | 91 | | % | ( Not Estab. ) | 03/26/22.15 |
| Lymphocytes, Fluid | 3 | | % | ( Not Estab. ) | 03/26/22.15 |
| Macrophages | 6 | | % | ( Not Estab. ) | 03/26/22.15 |
| Eosinophils, Fluid | 0 | | % | ( Not Estab. ) | 03/26/22.15 |
| Lining Cells, Synovial | 0 | | % | ( Not Estab. ) | 03/26/22.15 |

```
                         HENDERSON COUNTY COMMUNITY HOSPITAL
                              HWY 22 & US HWY 412
                              LEXINGTON, TN  38351
                              CLIA#44D0315681
----PATIENT NAME----  SEX AGE BIRTH  ADMIT  M/R#      PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A     F   50        032522 757       6009757
ORD: DUNAWAY SHA   ATT:              SEC:             PRI: WEATHERFORD
 PAT PHONE:
==========================================================================
---PROCEDURE--- AEROBIC/ANAEROBIC CULTURE                ORDER # 18943
--ORDERED--    --COLLECTED--     --REC'D--   --RESULTED--     --VERIFIED---
 3/25/22 1423   3/25/22 1423   3/25/22 1423   4/01/22 0842    3/25/22 1423
LAB            LAB             LAB            lab             lab
==========================================================================
    _AEROBIC/ANAEROBIC CULTURE_
Test Name                 Result        Flag Units    Normal-Range
--------------------------------------------------------------------------

  Items were attached to this order: GPI [i], GPS [i]
 REFLAB                    _All testing__        (                   )    04/01/22.08
                          _within this___
                          _panel a_______
```

Lincoln/Kindle 1118

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

----PATIENT NAME---- SEX AGE BIRTH ADMIT M/R# PATIENT# RM/LOC TYPE
KINDLE KIMBERLY A F 50 040422 757 6011375 220404
ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- CBC W-PLT AUTO-DIFF ORDER # 23195

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1348 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

CBC W-PLT AUTO COMPD
TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | WBC | 12.4 | H | K/uL | (L=4.2 | H=10.0 | ) | 04/04/22.13 |
| [ | RBC | 3.94 | L | M/uL | (L=4.20 | H=5.40 | ) | 04/04/22.13 |
| [ | HEMOGLOBIN | 12.1 | | g/dL | (L=12.0 | H=16.0 | ) | 04/04/22.13 |
| [ | HEMATOCRIT | 38.7 | | % | (L=37.0 | H=47.0 | ) | 04/04/22.13 |
| [ | MCV | 98 | | fL | (L=81 | H=101 | ) | 04/04/22.13 |
| [ | MCH | 30.7 | | pg | (L=27.0 | H=34.0 | ) | 04/04/22.13 |
| [ | MCHC | 31 | L | g/dL | (L=31 | H=36 | ) | 04/04/22.13 |
| [ | PLATELETS | 423 | | K/uL | (L=140 | H=440 | ) | 04/04/22.13 |
| [ | RDW | 13.0 | | % | (L=12.2 | H=16.0 | ) | 04/04/22.13 |
| [ | MPV | 9.9 | | fL | (L=6.5 | H=12.0 | ) | 04/04/22.13 |
| [ | #NEUT | 7.5 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #LYMPH | 3.4 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #MONO | 1.1 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #EOS | 0.3 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #BASO | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | %NEUT | 61 | | % | (L=50 | H=75 | ) | 04/04/22.13 |
| [ | %LYMPH | 27 | | % | (L=25 | H=40 | ) | 04/04/22.13 |
| [ | %MONO | 9 | | % | (L=0 | H=14 | ) | 04/04/22.13 |
| [ | %EOS | 3 | | % | (L=0 | H=6 | ) | 04/04/22.13 |
| [ | %BASO | 1 | | % | (L=0 | H=2 | ) | 04/04/22.13 |

```
                           HENERSON COUNTY COMMUNITY HOSPITAL
                                HWY 22 & US HWY 412
                                LEXINGTON, TN  38351
                                CLIA#44D0315681
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F   50         040422 757        6011375           220404
ORD: INVALID         ATT: WILSON TINA   SEC:             PRI: WEATHERFORD
 PAT PHONE: (
=================================================================================
---PROCEDURE--- C-REACTIVE PROTEIN                          ORDER # 23196
--ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
 4/04/22 1312   4/04/22 1312    4/04/22 1312   4/04/22 1405    4/04/22 1312
LAB             LAB             LAB            lab             lab
=================================================================================
  TQHH
          Test Name             Result   Flag Units      Normal-Range
---------------------------------------------------------------------------------

[       CRP                    ______3.0___ H  mg/dL      (L=0.2       H=0.9     )      04/04/22.14
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F   50         040422 757         6011375          220404
ORD: INVALID        ATT: WILSON TINA   SEC:               PRI: WEATHERFORD
 PAT PHONE:
==============================================================================
---PROCEDURE--- SED RATE AUTOMATED                              ORDER # 23197
--ORDERED--     --COLLECTED--     --REC'D--   --RESULTED--     --VERIFIED---
 4/04/22 1312   4/04/22 1312    4/04/22 1312   4/04/22 1411     4/04/22 1312
LAB             LAB             LAB            lab              lab
==============================================================================
 TQHH
        Test Name              Result   Flag Units     Normal-Range
------------------------------------------------------------------------------

[      SED RATE              ____40____  H  mm/HR    (L=0        H=25       )     04/04/22.14
```

Lincoln/Kindle 1121

```
                         HENERSON COUNTY COMMUNITY HOSPITAL
                              HWY 22 & US HWY 412
                              LEXINGTON, TN  38351
                              CLIA#44D0315681
----PATIENT NAME----  SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A     F   50         040422 757         6011375          220404
ORD: INVALID        ATT: WILSON TINA   SEC:              PRI: WEATHERFORD
 PAT PHONE:
==========================================================================
---PROCEDURE--- SED RATE AUTOMATED                          ORDER # 23197
--ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
 4/04/22 1312   4/04/22 1312    4/04/22 1312   4/04/22 1411     4/04/22 1312
LAB             LAB             LAB            lab              lab
==========================================================================
 TQHH
          Test Name             Result   Flag Units     Normal-Range
--------------------------------------------------------------------------

[      SED RATE                ______40____ H  mm/HR     (L=0        H=25       )       04/04/22.14
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

----PATIENT NAME---- SEX AGE BIRTH ADMIT M/R# PATIENT# RM/LOC TYPE
KINDLE KIMBERLY A F 50 040422 757 6011375 220404
ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- SED RATE AUTOMATED ORDER # 23197

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1411 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | SED RATE | 40 | H | mm/HR | (L=0 | H=25 | ) | 04/04/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----  SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
KINDLE KIMBERLY A      F   50         040422 757         6011375           220404
ORD: INVALID        ATT: WILSON TINA   SEC:              PRI: WEATHERFORD
PAT PHONE:
==============================================================================
---PROCEDURE--- TRANSFERASE ALT                                ORDER # 23198
--ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
4/04/22 1312   4/04/22 1312    4/04/22 1312   4/04/22 1405    4/04/22 1312
LAB            LAB             LAB            lab             lab
==============================================================================
TQHH
         Test Name                 Result   Flag Units     Normal-Range
------------------------------------------------------------------------------

[        SGPT/ALT                ______43_____   U/L        (L=12      H=78      )       04/04/22.14
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

----PATIENT NAME---- SEX AGE BIRTH ADMIT M/R# PATIENT# RM/LOC TYPE
KINDLE KIMBERLY A F 50 040422 757 6011375 220404
ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE: -

---PROCEDURE--- CREATININE BLOOD ORDER # 23199

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1405 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TOHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | CREATININE | 0.64 | | mg/dL | (L=0.60 | H=1.20 | ) | 04/04/22.14 |
| [ | eGFRAA | > 60 | | | | | | 04/04/22.14 |
| [ | eGFRNAA | > 60 | | | | | | 04/04/22.14 |

Lincoln/Kindle 1125

```
                        HENERSON COUNTY COMMUNITY HOSPITAL
                              HWY 22 & US HWY 412
                              LEXINGTON, TN  38351
                              CLIA#44D0315681
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F   50         040422 757         6011375          220404
ORD: INVALID        ATT: WILSON TINA   SEC:               PRI: WEATHERFORD
 PAT PHONE:
===============================================================================
---PROCEDURE--- VANCO TROUGH                                   ORDER # 23200
--ORDERED--     --COLLECTED--      --REC'D--    --RESULTED--     --VERIFIED---
 4/04/22 1312   4/04/22 1312    4/04/22 1312   4/04/22 1405    4/04/22 1312
LAB             LAB             LAB            lab             lab
===============================================================================
 TQHH
          Test Name              Result   Flag Units      Normal-Range
-------------------------------------------------------------------------------

[       VANCOMYCIN TR          ______15_____    ug/mL     (L=10       H=20       )       04/04/22.14
```

Lincoln/Kindle 1126

```
                    HENERSON COUNTY COMMUNITY HOSPITAL
                         HWY 22 & US HWY 412
                         LEXINGTON, TN  38351
                         CLIA#44D0315681
----PATIENT NAME----  SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A     F   50         040922 757        6012377          220409
ORD: WILSON TINA   ATT:               SEC:              PRI: WEATHERFORD
 PAT PHONE:
==============================================================================
---PROCEDURE--- CREATININE BLOOD                          ORDER # 24435
--ORDERED--    --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
 4/09/22 1538   4/09/22 1500   4/09/22 1538   4/09/22 1730     4/09/22 1500
MW             MEW             MEW            lab              lab
==============================================================================
  fAX TO tqhh
          Test Name              Result   Flag Units     Normal-Range
------------------------------------------------------------------------------

[       CREATININE              ______0.53__ L  mg/dL     (L=0.60     H=1.20    )        04/09/22.17
[       eGFRAA                  >_____60_____                                            04/09/22.17
[       eGFRNAA                 >_____60_____                                            04/09/22.17
```

Lincoln/Kindle 1127

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| PLATELETS | 418 | 10\S\3/uL | 140-440 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RDW | 13.3 | % | 12.2-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MPV | 9 | fL | 6.5-12.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #NEUT | 9.3 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #LYMPH | 3.6 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #MONO | 0.8 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #EOS | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %NEUT | 67.1 | % | 50.0-75.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %LYMPH | 26.2 | % | 25.0-40.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %MONO | 5.4 | % | 0.0-14.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %EOS | 0.9 | % | 0.0-6.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %BASO | 0.4 | % | 0.0-2.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| SED RATE | 36 H | mm/hr | 0-25 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| VENIPUNCTURE | | | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

**Medicines Ordered and Reviewed**

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| Medication | Dosage | Route | Frequency | Prescribing MD | Special Instructions |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| CRP | 9.6 H | mg/dL | 0.2-0.9 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| WBC | 11.1 H | 10\S\3/uL | 4.2-10.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RBC | 3.62 L | M/uL | 4.20-5.40 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMOGLOBIN | 11 L | g/dL | 12.0-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMATOCRIT | 34.6 L | % | 37.0-47.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCV | 96 | fL | 81-101 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCH | 30.4 | pg | 27.0-34.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCHC | 31.8 | g/dL | 31.5-36.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| PLATELETS | 538 H | 10\S\3/uL | 140-440 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RDW | 12.5 | % | 12.2-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MPV | 9 | fL | 6.5-12.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #NEUT | 6.6 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #LYMPH | 3.2 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #MONO | 0.8 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #EOS | 0.5 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %NEUT | 59.3 | % | 50.0-75.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %LYMPH | 28.9 | % | 25.0-40.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %MONO | 6.7 | % | 0.0-14.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %EOS | 4.3 | % | 0.0-6.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %BASO | 0.8 | % | 0.0-2.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| SED RATE | 44 H | mm/hr | 0-25 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| SGPT/ALT | 78 | U/L | 12-78 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| VANCOMYCIN TR | 10 | ug/mL | 10.0-20.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.53 L | mg/dL | 0.60-1.20 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| CRP | 3 H | mg/dL | 0.2-0.9 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| WBC | 12.4 H | 10\S\3/uL | 4.2-10.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMOGLOBIN | 12.1 | g/dL | 12.0-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCV | 98 | fL | 81-101 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCH | 30.7 | pg | 27.0-34.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| PLATELETS | 423 | 10\S\3/uL | 140-440 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RDW | 13 | % | 12.2-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MPV | 9.9 | fL | 6.5-12.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #NEUT | 7.5 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #LYMPH | 3.4 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #MONO | 1.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #EOS | 0.3 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %NEUT | 60.5 | % | 50.0-75.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %LYMPH | 27.2 | % | 25.0-40.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %MONO | 9.1 | % | 0.0-14.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %EOS | 2.7 | % | 0.0-6.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %BASO | 0.5 | % | 0.0-2.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SED RATE | 40 H | mm/hr | 0-25 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SGPT/ALT | 43 | U/L | 12-78 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| VANCOMYCIN TR | 14.5 | ug/mL | 10.0-20.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| REFLAB | All testing within this panel are complete | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPI CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPS CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| Color, Fluid | Yellow | | Yellow | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Clarity, Fluid | Cloudy A | | Clear | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Nucleated Cells, Synovial Fld | 110150 H | cells/uL | 0-200 | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| RBC, Fluid | FEW | | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Neut, Fluid | 91 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lymphocytes, Fluid | 3 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Macrophages | 6 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Eosinophils, Fluid | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lining Cells, Synovial | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| CRP | 3.3 H | mg/dL | 0.2-0.9 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| WBC | 13.9 H | 10\S\3/uL | 4.2-10.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RBC | 4.48 | M/uL | 4.20-5.40 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMOGLOBIN | 13.7 | g/dL | 12.0-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMATOCRIT | 43.4 | % | 37.0-47.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCV | 97 | fL | 81-101 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCH | 30.6 | pg | 27.0-34.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCHC | 31.6 | g/dL | 31.5-36.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| PLATELETS | 418 | 10\S\3/uL | 140-440 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RDW | 13.3 | % | 12.2-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MPV | 9 | fL | 6.5-12.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #NEUT | 9.3 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #LYMPH | 3.6 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #MONO | 0.8 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #EOS | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %NEUT | 67.1 | % | 50.0-75.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %LYMPH | 26.2 | % | 25.0-40.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %MONO | 5.4 | % | 0.0-14.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %EOS | 0.9 | % | 0.0-6.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %BASO | 0.4 | % | 0.0-2.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| SED RATE | 36 H | mm/hr | 0-25 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| VENIPUNCTURE | | | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

**Medicines Ordered and Reviewed**

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:38 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note
**DOB:**
**Account #:** 6012671

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

***Discussion to obtain old records and history from other means besides the patient:***

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F   50         041422 757         6013193          220414
ORD: WILSON TINA   ATT:               SEC:               PRI:
 PAT PHONE:          .
===========================================================================
---PROCEDURE--- VANCO TROUGH                                ORDER # 26221
--ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
 4/14/22 1249    4/14/22 1045    4/14/22 1252   4/14/22 1312     4/14/22 1045
KDE              LAB              LAB           lab              lab
===========================================================================
 TQHH
          Test Name              Result   Flag Units     Normal-Range
---------------------------------------------------------------------------

[     VANCOMYCIN TR          ______13_____     ug/mL    (L=10       H=20      ]        04/14/22.13
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F   50          041422 757        6013193          220414
ORD: WILSON TINA   ATT:                 SEC:              PRI:
 PAT PHONE:
================================================================================
---PROCEDURE--- CREATININE BLOOD                                ORDER # 26222
--ORDERED--    --COLLECTED--    --REC'D--    --RESULTED--     --VERIFIED---
 4/14/22 1249   4/14/22 1045   4/14/22 1252   4/14/22 1312     4/14/22 1045
KDE             LAB             LAB            lab              lab
================================================================================
 TOHH
           Test Name              Result  Flag Units    Normal-Range
--------------------------------------------------------------------------------

[      CREATININE             ____0.60__    mg/dL    (L=0.60    H=1.20    )      04/14/22.13
[      eGFRAA                 >____60_____                                        04/14/22.13
[      eGFRNAA                >____60_____                                        04/14/22.13
```

**HENDERSON COUNTY**
**COMMUNITY HOSPITAL**
QUALITY CARE. RIGHT HERE.

200 West Church St.
Lexington, TN 38351
(p) 731-968-1823

| | | | |
|---|---|---|---|
| To: | Lincoln Financial Group | From: | Taylor / HIM |
| Fax: | 603-334-0380 | Pages: | 53 W Cover |
| Date: | 6/7/22 | Fax: | 731-968-1705 |
| Re: | K. Kindle | cc: | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**Confidentiality Notice:** The documents accompanying this transmission may contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity name above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action take in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please call the facility's main number and notify the Facility Privacy Officer immediately to arrange for the return or destruction of these documents.

# Quality Assurance Report

## Request Information

Report Date: July 1, 2022

**RP ID:** 9437568

Patient Name: KINDLE, KIMBERLY

Provider Name: HENDERSON COUNTY MEDICAL GROUP

## Quality Assurance Information

Scope Requested: **From March 1, 2022 to Present**

Special Request:

any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications - Seen By: HENDERSON COUNTY MEDICAL GROUP

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

Lincoln Financial Group®

Date: July 4, 2022

Subject: **Nursing Memorandum**

***Claim#:*** ***12903776***

***Claimant:*** ***Kimberly Kindle***

***Clinical Assessment:*** Clmt separated from full time hours on 3/22/2022 due to primary osteoarthritis of right knee, pain in the right knee. Knee was septic, infection spread thru the body .Clmt had knee washed out 3/28/22 and was hospitalized thru 4/1/2022. Clmt reports continued use of cane for ambulation. Clmt has co morbid history of smoking, obstructive sleep apnea, pulmonary high blood pressure, septic arthritis, and anxiety.

OOW note dated 6/28/2022 from Dr Kurban MD ( Cardiology) notes clmt is unable to RTW until 8/2/2022 at which time clmt is to be reevaluated. 4/26/2022 ov note AP notes clmt is there for management of valvular heart disease. Clmt is noted to have had knee pain , was seen by ortho and was found to have MRSA in the knee and was started on IV Vancomycin. Clmt reports no recent surgery, no IV drug use. Ultrasound in 3/2022 showed ejection fraction ( amount of blood pumped out of heart in single heartbeat) which was normal, however there was concern for Aortic valve vegetation. AP notes clmt had TEE (Transesophageal echocardiography (TEE) is a test that produces pictures of your heart.) which showed sclerotic aortic valve cusps, non-mobile vegetation in left coronary cusp, with restriction motion of the valve. Clmt reports shortness of breath with exertion. Ap orders Left heart catheterization on 5/12/2022, and orders lab work.

5/25/2022 R/L form from Dr Pucek MD ( Orthopedic) notes no running, jumping, pushing, pulling, lifting, climbing, crawling, kneeling, squatting, bending or working until MD release. AP notes NOV as 7/7/2022. AP notes clmt continues IV antibiotics per infectious disease, continues with pain, and notes clmt is progressing up to weightbearing as tolerated. 5/26/2022 OV AP notes Clmt continues to report pain and swelling. AP notes flexion is pretty much comparable to the other knee. Incision is well healed. AP notes recovery is as expected and can last 4-6 months. Clmt is advised to continue her home therapy to work on extension.

Based on the medical on file, the clmt had septic arthritis of the knee which required IV antibiotics, with subsequent vegetation growth on the valves of the heart, which restrict normal motion of the valves. IT is therefore reasonable given continued shortness of breath, pain and swelling of the knee that the clmt would have r/ls of no jumping, running, climbing, squatting, kneeling, crawling, crouching, no lift/carry/push/pull over 10lbs and no strenuous activity until 8/2/2022 as outlined by Cardiology. To allow for continued healing of the knee and resolution of the vegetation in the heart with return of stamina. IF RTW is not achieved, suggest Cs obtain

updated ov notes from Dr Pucek MD ( Orthopedic) and Dr Kurban MD ( Cardiology). CS can refer to clinical as needed. Assignment complete.

Jacqueline V. RN-BC, CCM, EMT-P

Nurse Disability Consultant, Lincoln Financial Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 28, 2022 |
| To: | DR. KELLY PUCEK<br>WEST TENNESSEE BONE AND JOINT |
| Attn: | |
| Fax: | (731) 668-6757 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 28, 2022

Dr. Kelly Pucek
West Tennessee Bone and Joint

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
__ Other

We ask that you provide this information by July 1, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD

Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| | | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy**

| ___/___/_____ | ___/___/_____ | ___/___/_____ | ☐ Vaginal ☐ C-Section |
|---|---|---|---|
| First Treated | Estimated Delivery | Date of Delivery | |

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| ___/___/___ | ___/___/___ | ___/___/___ |
|---|---|---|
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| ___/___/___ | ___/___/___ | ___/___/___ |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ___/___/___ to ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /__________

Dressing _____/ _____ /__________

Transferring _____/ _____ /__________

Bathing _____/ _____ /__________

Toileting _____/ _____ /__________

Eating _____/ _____ /__________

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Korban Cardiology

*CVC PLLC DBA Korban Cardiology*

2996 Kate Bond Rd
Suite 211
Bartlett, TN 38134
Phone: (731) 513-5701
Fax: (877) 670-6150

# Fax cover page

**Recipient Name:** Lincoln Financial Group
**Fax Number:** (603) 334-0380
**Sender:** Christy Murphy
**Fax Comments:** Attn: Renata Johnson
Disability Forms Examiner, LTD

Korban Cardiology

Elliot Kurban MD, FACC, FACP, FSLAMS, MBA | Holly B. Bunch MSN, ANP-BC | Jackie Scott MSN, FNP-C

Tuesday, June 28, 2022

**Kimberlv A. Kindle**
**DOB:**

To Whom It May Concern:

Kimberly A. Kindle was seen at Korban Cardiology today and must remain off work until after August 2, at which time we will re-evaluate her.

If you have any questions please do not hesitate to call my office at 731-513-5701.

Sincerely,

Elliot Kurban MD

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 28, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

Your Healthcare facilities require an updated authori ation to obtain and release medical records.

Please complete, sign, date, and return the attached form(s) and send back to your Disability Case Manager via mail, fax, or email at disabilitydocuments@lfg.com. If you email the form(s), please be sure to include your name and claim number in the subject line.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: 12903776-MEDICAL-FORMS - TREATING PROVIDER-06.27.2022

PARALLON BUSINESS SOLUTIONS

9437569

ciox HEALTH

Nashville Health Information Management Service Center (HSC)
Release of Information, PO Box 290429, Nashville TN, 37229
Phone: 615.695.8700 Toll Free: 866.270.2311 Fax 855.901.6104 (rev 8/24/15)

| | | |
|---|---|---|
| Patient Name: KINDLE, KIMBERLY | Birth Date: | Last 4 digits SSN *(optional)*: |
| Facility Name: CENTENNIAL MEDICAL CENTER | Recipient's Name: Lincoln Financial Group (c/o ReleasePoint) | Recipient's Phone: c/o ReleasePoint |
| Facility Address: 2300 PATTERSON ST NASHVILLE TN 37203 | Address: PO Box 1390 | |
| Patient Email: | City: St. Peters | State: MO Zip: 63376 |

This authorization will expire ninety days from the date of signature unless otherwise indicated below.
Date: Event: One year

Purpose of disclosure: Claims - Disability Insurance

Request Delivery (If left blank, a paper copy will be provided): ☐ Paper Copy ☐ Electronic Media, if available (e.g.,USB drive, CD/DVD) ☒ Encrypted Email Unencrypted Email ☐
charts@releasepoint.com

**Section A: This section must be completed for all Authorizations**

NOTE: In the event the facility is unable to accommodate an electronic delivery as requested, an alternative delivery method will be provided (e.g., paper copy). There is some level of risk that a third party could see your PHI without your consent when receiving unencrypted electronic media or email. We are not responsible for unauthorized access to the PHI contained in this format or any risks (e.g., virus) potentially introduced to your computer/device when receiving PHI in electronic format or email.

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: check all that apply | Date(s): | Description: check all that apply | Date(s): | Description: check all that apply | Date(s): |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☒ Other: all PHI, excluding x-ray films | |
| ☐ Medication Sheets | | ☐ ER Information | | ☒ Other: FROM: 03/01/2022 | TO: Present |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. ______ (Initial) If not applicable, check here ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy the information described on this form, for a reasonable copy fee, if I ask for it.
6. I get a copy of this form after I sign it.

**Section B: Is the request of PHI for the purpose of marketing?**
If yes, the health plan or health care provider must complete Section B, otherwise skip to Section C.

Will the recipient receive financial or in-kind compensation in exchange for using or disclosing this information? ☐ Yes ☐ No

If yes, describe:

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| | |
|---|---|
| Signature of Patient/Patient's Representative: | Date: |
| Print Name of Patient/Representative: | Relationship to Patient: |

**Lincoln/Kindle 1152**

PARALLON BUSINESS SOLUTIONS

9437569

**Nashville Health Information Management Service Center (HSC)**
**Release of Information, PO Box 290429, Nashville TN, 37229**
**Phone: 615.695.8700 Toll Free: 866.270.2311 Fax 855.901.6104**

ciox HEALTH

(rev 8/24/15)

| | | |
|---|---|---|
| **Patient Name:** KINDLE, KIMBERLY | **Birth Date:** | **Last 4 digits SSN** *(optional)*: |
| **Facility Name:** CENTENNIAL MEDICAL CENTER | **Recipient's Name:** Lincoln Financial Group (c/o ReleasePoint) | **Recipient's Phone:** c/o ReleasePoint |
| **Facility Address:** 2300 PATTERSON ST NASHVILLE TN 37203 | **Address:** PO Box 1390 | |
| **Patient Email:** | **City:** St. Peters | **State:** MO **Zip:** 63376 |

This authorization will expire ninety days from the date of signature unless otherwise indicated below.

**Date:** **Event:** One year

**Purpose of disclosure:** Claims - Disability Insurance

Request Delivery (If left blank, a paper copy will be provided): ☐ Paper Copy ☐ Electronic Media, if available (e.g.,USB drive, CD/DVD) ☒ Encrypted Email Unencrypted Email ☐
charts@releasepoint.com

**Section A: This section must be completed for all Authorizations**

NOTE: In the event the facility is unable to accommodate an electronic delivery as requested, an alternative delivery method will be provided (e.g., paper copy). There is some level of risk that a third party could see your PHI without your consent when receiving unencrypted electronic media or email. We are not responsible for unauthorized access to the PHI contained in this format or any risks (e.g., virus) potentially introduced to your computer/device when receiving PHI in electronic format or email.

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: check all that apply | Date(s): | Description: Description: check all that apply | Date(s): | Description: check all that apply | Date(s): |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☒ Other: all PHI, excluding x-ray films | |
| ☐ Medication Sheets | | ☐ ER Information | | ☒ Other: FROM: 03/01/2022 | TO: Present |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. ______ (Initial) If not applicable, check here. ☐

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy the information described on this form, for a reasonable copy fee, if I ask for it.
6. I get a copy of this form after I sign it.

**Section B: Is the request of PHI for the purpose of marketing?**
If yes, the health plan or health care provider must complete Section B, otherwise skip to Section C.

Will the recipient receive financial or in-kind compensation in exchange for using or disclosing this information? ☐ Yes ☐ No

If yes, describe:

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| | |
|---|---|
| **Signature of Patient/Patient's Representative:** | **Date:** |
| **Print Name of Patient/Representative:** | **Relationship to Patient:** |

Lincoln/Kindle 1153

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Renata Johnson

**EMPLOYEE/CLAIMANT NAME:** Kimberly Kindle **CLAIM #:** 12903776
**EMPLOYER:** American Health Companies **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| KINDLE, KIMBERLY | | |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| | | SINGLE |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| — | —0— | — |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name DONNA IVEY Relationship to you? SISTER Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | Short Term Disability or State Disability | $ 400 | APRIL-2022 | | — |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** KIMBERLY KINDLE

**DATE:** 6-17-22 **EMPLOYEE'S SIGNATURE:** Kimberly Kindle

DP 409

00000123 LFPM8ED1 00001944

**Lincoln/Kindle 1154**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies    DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.* also had Home Health Care

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Jackson General Hospital
Specialty: In Patient
Address: West Forest Ave.
Jackson, TN
Telephone No.: (731) 541-5000 Fax No.: ( )

Name: Centennial Hospital
Specialty: Test - Scans
Address:
Nashville, TN
Telephone No.: 615-342-1000 Fax No.: ( )

Name: St. Thomas Hospital
Specialty: Test
Address:
Nashville, TN
Telephone No.: ( ) Fax No.: ( )

Name: Dr. Kelly Pucek
Specialty: Bone + Joint
Address:
Jackson, TN
Telephone No.: 731-661-9825 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

of Tennessee
AMERICAN HEALTH PARTNERS
KIMBERLY A KINDLE
Subscriber ID
ZXV908208587

| PLAN: | Deductible | Out-of-Pocket Max |
|---|---|---|
| IN NETWORK | | |
| | Ind. $4000 | Ind. $5000 |
| | Fam. $8000 | Fam. $10000 |
| OUT OF NETWORK | | |
| | Ind. $9500 | Ind. $11500 |
| | Fam. $19000 | Fam. $23000 |

Group No. 130464
BLUE NETWORK: S
PPO

PLAN: Copayments
Office Visit $30
Specialist Visit $60
Urgent Care $75

RXBIN 004336
RXPCN ADV
RXGRP RX2169

No.: ( )

**PHARMACY(S):**

Name: Family Pharmacy
Specialty:
Address:
Lexington, TN 38351
Telephone No.: (731) Fax No.: ( )

Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

00000123 LFPM8ED1 00001942

00000123 LFPM8ED1 00001943

SIGNATURE: [signature] DATE: 06-17-2022

## ACTIVITIES QUESTIONNAIRE

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson



EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: American Health Companies

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:
sit 6 HRS stand 30 MINUTES walk 1-1½ HRS (24 HR TIME PERIOD)

How many hours a day do you:
sit 6 HRS stand 30 MINUTES walk 1-1½ HRS " " "

Do you take a nap during the day?
Yes ✓ No ______

If Yes, for how long? 45 MINUTES At what time of the day? AFTERNOON

How many hours a day do you spend in bed? AT LEAST 8 HRS

Do you require any assistive devices such as a:
cane ✓ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 2 HRS

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 2 HRS
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
CONTACT MOSTLY MEDICAL - NO ACTIVITIES

Do you have children?
Yes ______ No ✓ If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 2
On the weekends? 1

How often do you run errands? 2

Please describe what errands you most commonly run: GOES TO GROCERY + GAS STORE



00000123 LFPM8ED1 00001937

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


00000123 LFPM8ED1 00001938

How often do you get outdoors? DAILY

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left ____ | Right ✓ |
| Are you able to work in your garden? | Yes ____ | No ✓ |
| Are you able to work on your house? | Yes ____ | No ✓ |
| Are you able to wash your car? | Yes ____ | No ✓ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Explorer - Google

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ✓ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? LOOK UP MEDICAL QUESTIONS + NEWS

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. YouTube FaceBook

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ✓ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? See Above Answer

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. SMART PHONE

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ✓ None | ____ 0-1 hours | ✓ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ✓ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

Same Reason As Previously Stated Above

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? NO

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Self | |
| Carrying groceries into the house | Put Them In | Wheelchair + push To House |
| Cooking meals | Self | |
| Cleaning after meals | " | |
| Cleaning bathrooms | " | |
| Vacuuming | " | |
| Doing the laundry | " | |
| Opening and responding to mail | " | |

**Lincoln/Kindle 1158**

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

| | | |
|---|---|---|
| Managing your finances | SELF | |
| Balancing your checkbook | " | |
| Bathing yourself | " | |
| Styling your own hair | " | |
| Getting dressed | " | |
| Going up and down stairs | " | |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ______

If Yes, please provide reason and hospital contact Information: JACKSON GENERAL HOSPITAL 5 DAYS SEPTIC ARTHRITIS OF RIGHT KNEE MARCH + APRIL - 2022

How often do you travel or take vacation? NONE

Where do you go? How do you get there (transportation method)? —

Are you able to pursue your hobbies? Yes ______ No ✓

If Yes, please describe ______

Do you participate in an exercise program? Yes ✓ No ______

If Yes, please describe AT HOME PT FOR KNEE

Do you do any Volunteer work? Yes ______ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

LIMITED WALKING WITH NERVE PAIN RIGHT KNEE NUMBNESS IN LEFT LEG. HAD SURGERY ON KNEE THIS YEAR

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

ROUTINE HOME ACTIVITIES SUCH AS BATHING, EATING, T.V. WATCHING VIDEOS.

STAY ON PHONE WITH YOU ALL TRYING TO GET YOUR REQUIREMENT MET

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

N/A

00000123 LFPM8ED1 00001939

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12 TH Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ✓ College: number of years: 4

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): PHYSICAL THERAPIST

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ENGLISH Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☑ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: AMERICAN HEALTH PARTNERS Department: HOME HEALTH From: 2008 To: PRESENT
   Job Title(s): P.T.A.
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________
   P.T.A. ON PATIENTS

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________



00000123 LFPM8ED1 00001948

Lincoln/Kindle 1160

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

00000123 LFPM8ED1 00001949

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) No IDeal
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Don't Have Work: ______

SIGNATURE: [signature] PHONE NO: ______

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®


The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380


**Return To:** Renata Johnson

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies    DATE OF BIRTH: ____

**CHECK ONE:** [✓] **New** [ ] **Change**
**YOUR TELEPHONE NUMBER:** 7
**ADDRESS:** ____ **CITY:** ____ **STATE:** ____ **ZIP:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company , to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** [✓] **Checking** [ ] **Savings**    **BANK NAME:** FIRST BANK

**9 DIGIT ABA ROUTING NUMBER:** ____    **BANK ADDRESS:** 53 E CHURCH ST

**YOUR ACCOUNT NUMBER:** ____    **CITY:** Lexington **STATE:** TN **ZIP:** 38351

**BANK PHONE:** (731) 968-5206

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [✓] **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [✓] **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Kimberly Kindle    Date: 6-17-22

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10

00000123 LFPM8ED1 00001945

00000123 LFPM8ED1 00001947

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Renata Johnson

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ✓ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes ____ No ✓
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Kimberly Kindle Date: 6-17-22

**Lincoln/Kindle 1163**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

# REIMBURSEMENT AGREEMENT

00000123 LFPM8ED1 00001950

**Claimant:** Kimberly Kindle **Date of Birth:**

**Employer:** American Health Companies **Policy/Plan Sponsor No.:** 09-LF0122

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

00000123 LFPM8ED1 00001951

**EMPLOYEE'S SIGNATURE:** Kimberly Kindle **DATE:** 6-17-22

**EMPLOYEE'S PRINTED NAME:** Kimberly Kindle

***Please retain a copy for your records or one can be provided upon request.***

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380
www.LincolnFinancial.com

Lincoln Financial Group®

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0122 Claim No. 12903776

Disability Date: March 22, 2022

Issued To: American Health Companies

Address: ____

Claimant: Kimberly Kindle

Address: ____

00000123 LFPM8ED1 00001952 E

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
- (a) proof of the amount awarded by Social Security; or,
- (b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
- (c) proof that Social Security benefits have been denied and all appeals have been exhausted.

If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☑ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

Kimberly Kindle
(Insured)

Bobby Cogdell
(Witness)

Lexington, TN [illegible]
(Address)

BOBBY COGDELL
41 NORTH MAIN STREET
LEXINGTON, TENNESSEE 38351
(Address)

6-17-22
(Date)

6-17-22
(Date)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GLC-01767


DRIVER LICENSE
USA
TN
Tennessee
THE VOLUNTEER STATE
DL NO 536 DOB
EXP 07/11/2024 ISS 09/29/2016
CLASS D END NONE
REST 01
SEX F HGT 5'-08" EYES BRO
DD 9011609290965039
DL
KINDLE
KIMBERLY ANN

00000123 LFPM8ED1 00001941

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) KIMBERLY KINDLE

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Kimberly Kindle Date: 6-17-2022

Date of Birth: ______ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

00000123 LFPM8ED1 00001940

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Kimberly Kindle Date: 06-17-2022

Signature: Kimberly Kindle

**Lincoln Financial Group**
Group Protection

Tamara Hite, MA, CRC
Senior Vocational Case Manager

# OCCUPATIONAL ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Kimberly Kindle |
| **Claim Number:** | 12903776 |
| **Claims Case Manager:** | Renata Johnson |
| **Employer:** | American health Companies |
| **Date of Report:** | 06/20/22 |

An Occupational Analysis was completed to compare the job title Physical Therapy Assistant to the occupation in the national economy, of Physical Therapist Assistant performed at the medium level of physical demand, per the DOT.

## RESOURCES / DOCUMENTATION UTILIZED:

- Job Description
- Dictionary of Occupational Titles (DOT) – 076.224-010
- Occupational Information Network (O*NET) – 31-2021.00
- Economic Research Institute (ERI)

## RESTRICTIONS / LIMITATIONS:

DCM asked VRC to confirm walking and standing requirements.

## JOB / OCCUPATION COMPARISON:

Job Duties:

Provide physical therapy services according to accepted standards of treatment to patients in the home as ordered by the attending physician and under the direction of the Physical Therapist.

Job Physical Demands:

Frequently lifting of objects up to 40 pounds, subject to standing, walking, sitting, bending, reaching, kneeling, pushing, and pulling.

Occupational Duties:

Administers physical therapy treatments to patients working under direction of Physical Therapist.

Physical Demands: Medium

- Frequent stooping, kneeling, crouching, reaching, handling, fingering, feeling, talking, hearing, near acuity and accommodation
- Occasional climbing, crawling, color vision and field of vision

Positional demands per ERI:

- Frequent standing
- Occasional sitting and walking

## SUMMARY:

The employer requirements of the job are comparable to the occupation. In the national economy, the occupation of Physical Therapist Assistant requires a medium level of physical demand with frequent standing, stooping, kneeling, crouching, reaching, handling, and fingering and occasional sitting, walking, climbing, and

crawling. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with the Insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Tamara Hite, MA, CRC
Certified Rehabilitation Counselor
Vocational Case Manager
Group Protection
Lincoln Financial Group

**076.224-010 Physical Therapist Assistant**

Administers physical therapy treatments to patients, working under direction of and as assistant to PHYSICAL THERAPIST (medical ser.) 076.121-014: Administers active and passive manual therapeutic exercises, therapeutic massage, and heat, light, sound, water, and electrical modality treatments, such as ultrasound, electrical stimulation, ultraviolet, infrared, and hot and cold packs. Administers traction to relieve neck and back pain, using intermittent and static traction equipment. Instructs, motivates, and assists patients to learn and improve functional activities, such as perambulation, transfer, ambulation, and daily living activities. Observes patients during treatments and compiles and evaluates data on patients' responses to treatments and progress and reports orally or in writing to PHYSICAL THERAPIST (medical ser.). Fits patients for, adjusts, and trains patients in use and care of orthopedic braces, prostheses, and supportive devices, such as crutches, canes, walkers, and wheelchairs. Confers with members of physical therapy staff and other health team members, individually and in conference, to exchange, discuss, and evaluate patient information for planning, modifying, and coordinating treatment programs. Gives orientation to new PHYSICAL THERAPIST ASSISTANTS (medical ser.) and directs and gives instructions to PHYSICAL THERAPY AIDES (medical ser.) 355.354-010. Performs clerical duties, such as taking inventory, ordering supplies, answering telephone, taking messages, and filling out forms. May measure patient's range-of-joint motion, length and girth of body parts, and vital signs to determine effects of specific treatments or to assist PHYSICAL THERAPIST (medical ser.) to compile data for patient evaluations. May monitor treatments administered by PHYSICAL THERAPY AIDES (medical ser.). Alternate Titles: Physical Therapy Assistant; Physical Therapy Technician

DLU: 1987

**OCCUPATIONAL REQUIREMENTS**

| | | | |
|---|---|---|---|
| **Title:** | Physical Therapist Assistant | **DOT Code:** | 076.224-010 |
| **Industry:** | Medical Services | | |

**Specific Vocational Preparation:** Level 6 (1 to 2 years)

**General Educational Development:** Reasoning Level 4
Mathematics Level 3
Language Level 4

**Strength:** Medium — Lifting, Carrying, Pushing, Pulling 20 - 50 Lbs. occasionally, 10 - 25 Lbs. frequently or up to 10 Lbs. constantly.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Occasionally | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Frequently | Extreme Cold | Never |
| Kneeling | Frequently | Extreme Heat | Never |
| Crouching | Frequently | Wet and/or Humid | Never |
| Crawling | Occasionally | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Frequently | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Frequently | | |
| Color Vision | Occasionally | | |
| Field of Vision | Occasionally | | |

**Work Situations:** Making judgments and decisions. **Data:** 2
Analyzing
Dealing with people. **People:** 2 Instructing
Attaining precise set limits, tolerances, and standards. **Things:** 4 Manipulating
Influencing people in their opinions, attitudes, judgments.

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 3+ (56 - 66 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |

| | | |
|---|---|---|
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Motor Coordination | 2 (67-89 Percentile) | Not Included |
| Finger Dexterity | 2 (67-89 Percentile) | Not Included |
| Manual Dexterity | 2 (67-89 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 3 (34-66 Percentile) | |
| Color Discrimination | 4 (11-33 Percentile) | |

7



Case 3:25-cv-00162 Document 17-3 Filed 06/24/25 Page 1104 of 1349 PageID #: 1243

From: Production Primary 18666747481 2022-06-17 01:05:23 EDT Page: 01 of 10 To: ,

6A3A62426C3741E3A55D, KINDLE, 1

PAGE 1/10 * RCVD AT 6/17/2022 1:05:25 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033340380 * CSID:18666747481 * ANI:13055038892 * DURATION (mm-ss):08-10

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Liberty Mutual , the authorized requestor. WTH- JACKSON-MADISON GENERAL HOSPITA... contracts with ScanSTAT Technologies or one of its' affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of WTH- JACKSON-MADISON GENERAL HOSPITAL- TN 004 .... All authorized requests must be made directly to WTH- JACKSON-MADISON GENERAL HOSPITAL- TN 004 ....**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

LINCOLN FINANCIAL GROUP
PO BOX 2578

OMAHA, NE 68172

6A3A62426C3741E3A55D

**Lincoln/Kindle 1177**

June 16, 2022

LINCOLN FINANCIAL GROUP
PO BOX 2578

Omaha, NE 68172

Patient: KIMBERLY KINDLE

Attention Requestor:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- A **HIPAA compliant authorization** was not included in your request. Please re-submit the attached HIPAA release/authorization form once completed by the patient or documented legal representative.

If appropriate, please re-submit your request to:

WTH- Jackson-Madison General Hospital- TN 004 CFE
620 Skyline Drive
Jackson, TN 38301
**FAX 7315416955**

Thank you,

Release of Information Services
WTH- Jackson-Madison General Hospital- TN 004 CFE

6A3A62426C3741E3A55D, KINDLE, 2

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 16, 2022 |
| To: | JACKSON-MADISON COUNTY GENERAL HOSPITAL |
| Attn: | |
| Fax: | (731) 541-6955 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 16, 2022

Jackson-Madison County General Hospital

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

- Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
___ Other

We ask that you provide this information by June 24, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD

Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy** First Treated: __/__/__ Estimated Delivery: __/__/__ Date of Delivery: __/__/__ ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| __/__/__ | __/__/__ | __/__/__ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| __/__/__ | __/__/__ | __/__/__ |

Dates hospital confined: __/__/__ to __/__/__

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____ / ____ / ________

Dressing ____ / ____ / ________

Transferring ____ / ____ / ________

Bathing ____ / ____ / ________

Toileting ____ / ____ / ________

Eating ____ / ____ / ________

Date patient experienced loss of

Cognitive Functioning: ____ / ____ / ____

Describe ongoing treatment frequency

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

___ / ___ / ___ to ___ / ___ / ___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

ScanSTAT TECHNOLOGIES

P.O. Box 791522
Baltimore, MD 21279-1522
(770) 569-2445

Billing Date: **6/17/2022**
Due Date: **7/17/2022**
Amount Due: **$21.50**
Invoice #: **6A3A62426C3741E3A55D**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| LINCOLN FINANCIAL GROUP<br>PO BOX 2578<br>OMAHA, NE 68172 | NAME: KIMBERLY KINDLE<br>MRN: 936607<br>REQUEST ID: 12903776 | LINCOLN FINANCIAL GROUP<br>PO BOX 2578<br>OMAHA, NE 68172 |

**MEDICAL RECORD SOURCE**

Records were ordered from: Wth- Jackson-madison General Hospital- Tn 004...
620 SKYLINE DRIVE
JACKSON, TN 38301

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $18.00 | $18.00 |
| 1 | Duplication Fee 0-5 | | $0.00 |
| 1 | Digital Copy - Copy Fee 0-5 | | $0.00 |
| | | | ------------ |
| | Subtotal | | $18.00 |
| | Delivery Fee | | $3.50 |
| | | | ------------ |
| | **AMOUNT DUE** | | **$21.50** |

**IMPORTANT NOTICE:**

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

---------------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS ----------------

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA, NE 68172

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445
Email - cust-service@ScanSTAT.com

**Federal Tax ID#: 27-0786975**

**We accept credit card payments by phone or online by visiting www.scanstat.com**

Billing Date: **6/17/2022**
Due Date: **7/17/2022**
Amount Due: **$21.50**
Invoice #: **6A3A62426C3741E3A55D**

**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD 21279-1522

(MUST SUBMIT BARCODE BELOW WITH PAYMENT)

6A3A62426C3741E3A55D

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 16, 2022 |
| To: | DR. MARK ROBBINS<br>ST THOMAS HEART |
| Attn: | |
| Fax: | (615) 222-7275 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 16, 2022

Dr. Mark Robbins
St Thomas Heart

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Mark Robbins:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
__ Other

We ask that you provide this information by June 24, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD

Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy**

First Treated: ____/____/______
Estimated Delivery: ____/____/______
Date of Delivery: ____/____/______

☐ Vaginal ☐ C-Section

Symptoms: 

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): 

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: 

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / ____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 16, 2022 |
| To: | DR SHANE DUNAWAY |
| Attn: | |
| Fax: | (731) 668-6757 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 16, 2022

Dr. Shane Dunaway

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Shane Dunaway:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
__ Other

We ask that you provide this information by June 24, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD

Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy**

| First Treated | Estimated Delivery | Date of Delivery |
|---|---|---|
| ____ /____ /______ | ____ /____ /______ | ____ /____ /______ |

☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____ /____ /____ | ____ /____ /____ | ____ /____ /____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____ /____ /____ | ____ /____ /____ | ____ /____ /____ |

Dates hospital confined: ____ /____ /____ to ____ /____ /____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | | |
| | | Fingering | _____ | Bending | _____ | | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| | |
|---|---|
| Continence | _____ /_____ /___________ |
| Dressing | _____/ _____ /___________ |
| Transferring | _____/ _____ /___________ |
| Bathing | _____/ _____ /___________ |
| Toileting | _____/ _____ /___________ |
| Eating | _____/ _____ /___________ |

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / ____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

___/___/___
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)



**Lincoln/Kindle 1198**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 16, 2022 |
| To: | KORBIN CARDIOLOGY |
| Attn: | |
| Fax: | (877) 670-6150 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 16, 2022

Korbin Cardiology

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
___ Other

We ask that you provide this information by June 24, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD

Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy**

| First Treated | Estimated Delivery | Date of Delivery | |
|---|---|---|---|
| ____ /____ /______ | ____ /____ /______ | ____ /____ /______ | ☐ Vaginal ☐ C-Section |

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____ /____ /____ | ____ /____ /____ | ____ /____ /____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____ /____ /____ | ____ /____ /____ | ____ /____ /____ |

Dates hospital confined: ____ /____ /____ to ____ /____ /____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of

Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

___/___/___
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 16, 2022 |
| To: | DR. KELLY PUCEK |
| Attn: | |
| Fax: | (731) 668-6757 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 16, 2022

Dr. Kelly Pucek

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Kelly Pucek:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
___ Other

We ask that you provide this information by June 24, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD

Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
|---|---|
| | |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| | |

**Pregnancy**

| First Treated | Estimated Delivery | Date of Delivery | |
|---|---|---|---|
| ____/____/______ | ____/____/______ | ____/____/______ | ☐ Vaginal ☐ C-Section |

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

Date patient experienced loss of Cognitive Functioning: _____ / _____ / _______

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ /____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 16, 2022 |
| To: | JACKSON-MADISON COUNTY GENERAL HOSPITAL |
| Attn: | |
| Fax: | (731) 541-6955 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 16, 2022

Jackson-Madison County General Hospital

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
__ Other

We ask that you provide this information by June 24, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD

Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

**To be completed by treating provider:**

## 1. Patient Information

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Kimberly | | Kindle | 12903776 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

## 2. Diagnosis

Primary ICD diagnostic Code **(Required)**: ______

Primary ICD diagnosis Description: ______

Secondary ICD Diagnosis Code: ______

Secondary ICD Diagnosis Description: ______

**Pregnancy**

| First Treated | Estimated Delivery | Date of Delivery | |
|---|---|---|---|
| ____/____/______ | ____/____/______ | ____/____/______ | ☐ Vaginal ☐ C-Section |

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

## 3. Disability Circumstances - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |

Dates hospital confined: ___/___/___ to ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /__________

Dressing _____/ _____ /__________

Transferring _____/ _____ /__________

Bathing _____/ _____ /__________

Toileting _____/ _____ /__________

Eating _____/ _____ /__________

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

___/___/___
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# Phys. Therapy Ass't - HH

**Description:**
Physical Therapy Assistant - Home Health

**Full Job Description / Notes:**

POSITION SUMMARY:

The purpose of this position is to provide physical therapy services according to accepted standards of treatment to patients in the home, as ordered by the attending physician and under the direction of the physical therapist.

ESSENTIAL FUNCTIONS: To perform this job, an individual must perform each essential function satisfactorily with or without a reasonable accommodation.

- Treat patients to relieve pain, develop and restore function and maintain maximum performance using appropriate treatment, modalities and procedures as outlined with plan of care
- Document and report to the physician the patient's response to treatment and/or any changes in the patient's condition
- Instruct company visit staff, patients and patient representative(s) in the use of prosthetic, orthotic, assistive devices and home exercise programs
- Actively participate in case conferences and communicates effectively with all those providing care
- Perform and document pertinent patient/patient representative(s) teaching of each visit as to the plan of care and use of therapy devices, home regime, safety and attainable goals; teaching promotes patient independence and self-care
- Promote teamwork and helps with coverage for scheduled and unscheduled time off
- Complete visit notes and documentation daily documenting therapy provided and submits documentation timely as outlined by company policy
- Assist with the orientation process of new staff members if needed
- Must be willing to travel to other office locations to assist with staffing if needed
- Meet productivity standards
- Maintain proficiency with laptop computer and computer systems
- Comply with state and federal regulations
- Assess, monitor, document and report progress of the patient's health and condition using required documents, reports and methods per company policy
- Communicate information effectively to supervisor and others in a timely manner
- Knowledgeable of current Company policies and procedures and state and federal regulations
- Attend meetings and in-services as requested
- Abide by all policies and procedures set forth by the Company
- Ensure protection of confidential information that is stored, handled, or maintained by following Company policies and procedures related to confidentiality and/or HIPAA regulations
- Other duties as assigned

Required Skills:

- Work requires advanced knowledge of the Homecare Industry, Medicare Regulations, CMS, and other State/Federal regulatory divisions

Required Work Experience:

- One (1) year experience as a Physical Therapist Assistant preferred
- Home Health experience preferred

Licensing/Certification/Education Requirements:

- Graduate of an accredited Physical Therapy Assistant Program
- Follows all Regulations pertaining to the State Practice Acts and follows the American Physical Therapy Association Code of Ethics
- Current CPR Certification
- Current Physical Therapist Assistant License

**Lincoln/Kindle 1222**

**Other Requirements:**

- Position may require unscheduled overtime, weekend work
- Must be willing and able to work flexible hours
- Travel required
- Must have reliable transportation
- Current State Drivers License
- Current Auto Liability Insurance according to Company Policy

**Required Computer Software/Equipment Used:**

- Basic knowledge of computer applications
- Computer
- Personal Protective Equipment

**Physical Requirements:**

- Frequent lifting of objects up to 40 pounds
- Subject to standing, walking, sitting, bending, reaching, kneeling, pushing and pulling
- Work is performed in a standard home health environment

**Required Safety Expectations:**

- Working safely and follow safety rules
- Report unsafe working conditions and behaviors
- Take reasonable and prudent actions to prevent others from engaging in unsafe practices

**Supervisory Responsibilities:**

- Does not have direct supervisory responsibilities
- Supervisor frequently determines priorities
- Occasionally needs manager's direction due to extraordinary circumstances

COMPETENCIES:

**Analytical Thinking:** Able to gather and analyze data and reach appropriate conclusions; Solves problems in a timely manner.

**Customer Service:** Possesses good interpersonal skills while dealing with emotional or difficult situations; Responds promptly to customer's needs.

**Accountability:** Accepts responsibility for own decisions, actions and results; Able to maintain dependable behavior in times of crisis or complexity.

**Attendance:** Is consistently at work and on time; Ensures work responsibilities are covered; Arrives at meetings on time; Returns from lunch and breaks appropriately.

**Communication:** Speaks and writes clearly and persuasively; Listens and gets clarification.

**Ethical Behavior:** Upholds organizational values and abides by state and federal regulations; Maintains confidentiality of HIPAA information; Treats others with respect.

**Initiative:** Seeks increased responsibility; Sets self improvement goals linked to the organizational goals.

**Job and Industry Knowledge:** Demonstrates knowledge of the position and industry; Seeks additional information.

**Productivity and Quality of Work:** Maintains high level of performance while demonstrating commitment to accuracy and thoroughness.

**Teamwork:** Displays ease working with others; Contributes ideas and skills to team; Puts success of team above own interests.

I have reviewed and discussed the job description and I understand my job duties and responsibilities prior to signing this form. I certify that I can perform the essential functions and attest that I have the qualifications as outlined.

I further understand that future performance evaluations and merit increases to my pay are based on my ability to perform the duties and responsibilities outlined in the job description to the satisfaction of my immediate supervisor. I also have been explained my position on the company organizational chart and know who my immediate supervisor is.

The above statements are intended to describe the general nature and level of work being performed by individuals assigned to this position. They are not intended to be an exhaustive list of all duties, responsibilities, and skills required of incumbents of this position.

**Lincoln/Kindle 1223**

Employee Signature: Date:

Manager Signature: Date:

30320: Home Health Physical Therapy Assistant

**F A X**

**Hewlett-Packard Company**

| | |
|---|---|
| To: | <6033340308> |
| Fax number: | 6033340308 |
| From: | MEDICAL RECORDS |
| Fax number: | |
| Business phone: | |
| Home phone: | |
| Date & Time: | 6/6/2022 2:51:29 PM |
| Pages: | 2 |
| Re: | CLAIM #12903776 |

Patient: KINDLE, KIM
DOB:
MRN: 318339
Date: 05/26/2022
Location: JACKSON OFFICE MAIN

WEST TENNESSEE BONE & JOINT
Sports Medicine • Orthopedic Excellence

She returns for further followup on her right knee. She is now 2 months out. Still complains of pain and swelling, but her motion is returning nicely as far as flexion, it is pretty much comparable to the other knee. On exam, incision is well healed, small to moderate effusion. Lacks about 5 degrees of terminal extension. Incision is well healed. There is no erythema or warmth. I reassured her I think she is on schedule these are symptoms are not unexpected, can run 4-6 months at times. I am going to write her one last pain prescription. Continue her home therapy over the next 3 weeks, trying to get her extension, then she will do exercises on her own and I will see her back in another 6 weeks.

Kelly D. Pucek, MD
KDP/12118

Korban Cardiology

ELLIOT KURBAN MD, FACC, FACP, FSI AMS, MBA
HOLLY B. BUNCH, MSN, ANP-BC
JACKIE SCOTT, MSN, FNP-C

P.O. BOX 11087
JACKSON, TN 38308
731-513-5701 Phone
877-670-6150 Fax

# Fax

To: Lincoln Financial From: Christy
Fax: 603-334-0380 Pages:
Phone: Date:
Re: Kimberly Kindle cc:

Urgent For Review Please Comment Please Reply

Attention: Renata Johnson
Comments:

Office Locations:
3535 Chere Carol Rd, Humboldt, TN 38343
315 E. Tickle St, Dyersburg, TN 38024
250 Boswell St, Lexington, TN 38351
[illegible], Suite 211, Bartlett, TN 38134

Korban Cardiology

Elliot Korban MD, FACC, FACP, FSLAMS, MBA | Holly B. Bunch MSN, ANP-BC | Jackie Scott MSN, FNP-C

***Kimberly A. Kindle***
Documented: 04/05/2022 02:20 PM
Location: Lexington 2 CVC Korban Cardiology
Patient #: 328171180
DOB:
Language: English / Race: White / Ethnicity: Undefined
Gender: Female

**History of Present Illness**

The patient is a 44 year old female who presents to the practice today for a transition into care.The patient is transitioning into care as a self-referral (for abnormal Echocardiogram). Note for "Transition Into care": .
She states she started having knee pain March 28. She was evaluated by ortho, found to have MRSA and started on IV Vancomycin.
She has had no recent surgery. She denies any IV drug use. She denies any fever or chills.
[illegible]
AS

She is a smoker

**Allergies**

**Rocephin *CEPHALOSPORINS* [Drug allergy]**

**Allergies Reconciled**

**Past Medical History**

**OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)**

**ANXIETY (F41.9)**

**SEPTIC ARTHRITIS OF KNEE (M00.9)**

**Family History**

**Cancer**: Father, Sister

**Coronary Artery Disease**: Father

**Cerebrovascular Accident**: Negative Family History Of

**Hypertension**: Father

**Diabetes Mellitus**: Father

**Myocardial Infarction**: Father (Massive,60s)

**Aneurysm**: Negative Family History Of

**Social History**

**Tobacco use**: Current every day smoker; Smoked 1ppd for 30+ years; Currently smoking 1/2-1ppd

**No alcohol use**

**No drug use**

**Medication History**

ALPRAZolam (0.5MG Tablet 1 tablet Oral four times daily, as needed) Active - Hx Entry.
Sertraline HCl (100MG Tablet 1 tablet Oral at bedtime) Active - Hx Entry.
HYDROcodone-Acetaminophen (7.5-325MG Tablet 1 tablet Oral every six to eight hours,as needed) Active - Hx Entry.
Vancomycin HCl (5000MG For Solution 1 Infusion Intravenous every 12 hours) Active - Hx Entry.
Medications Reconciled. (Medications verified verbally with patient.)

**Past Surgical**
**Knee Surgery**: Right

**Health Maintenance**
**COVID-19 Vaccine**; Refused
**Flu Vaccine** (2021)

**Review of Systems**
**General** Present- **Fatigue**. Not Present- Chills, Fever, Tiredness, Weight Gain and Weight Loss.
**Skin** Not Present- Skin Color Changes and Ulcer.
**HEENT** Not Present- Blurred Vision, Double Vision, Headache and Snoring.
**Respiratory** Present- **Difficulty Breathing on Exertion.** Not Present- Cough and Hemoptysis.
**Cardiovascular** Not Present- Claudications, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Fainting / Blacking Out, Orthopnea, Palpitations, Paroxysmal Nocturnal Dyspnea and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Nausea and Vomiting.
**Female Genitourinary** Not Present- Dysuria and Hematuria.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Tingling and Trouble walking.
**Psychiatric** Not Present- Anxiety, Depression and Memory Loss.
**Endocrine** Not Present- Appetite Changes and Thyroid Problems.
**Hematology** Not Present- Abnormal Bleeding, Easy Bruising and Nose Bleed.

[illegible]
**Weight:** 180 lb **Height:** 68 in
**Body Surface Area:** 1.95 $m^2$ **Body Mass Index:** 27.37 kg/$m^2$
**Pulse:** 82 (Regular) **P. OX:** 98% (Room air)
**BP:** 124/76 Manual (Sitting, Right Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.
**Orientation** - Oriented to time, Oriented to place and Oriented to person.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

**Integumentary**
**General Characteristics**
**Color** - normal coloration of skin. **Temperature** - normal warmth is noted.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - no bruit auscultated on the right, no bruit auscultated on the left.
**Trachea** - midline.

**Chest and Lung Exam**
**Inspection**
**Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation**
**Breath sounds** - Normal. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Inspection**
**Jugular vein - Bilateral** - Inspection Normal.
**Palpation/Percussion**
**Examination by palpation and percussion reveals** - No Thrills, No S3 Palpable and No S4 Palpable.
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs, No Systolic Clicks, No Opening Snaps and No Pericardial Friction Rubs.

**Abdomen**
**Inspection**
**Inspection of the abdomen reveals** - No Abnormal pulsations.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft and Non Tender.
**Auscultation**
**Auscultation of the abdomen reveals** - Bowel sounds normal.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Radial pulse - Bilateral** - Normal - Bilateral.

**Lower Extremity**
**Inspection - Left** - No Digital infarcts - Left, No Delayed capillary refill - Left, no Digital ulcers - Left, No Erythema, no Shiny atrophic skin - Left, no Splinter hemorrhages - Left, no Varicose ulcers - Left, no Varicose veins - Left. **Inspection - Right** - No Digital infarcts - Right, No Delayed capillary refill - Right, no Digital ulcers - Right, No Erythema, no Shiny atrophic skin - Right, no Splinter hemorrhages - Right, no Varicose ulcers - Right, no Varicose veins - Right. **Palpation - Temperature - Left** - Normal - Left. **Temperature - Right** - Normal - Right. **Tenderness - Left** - Non Tender. **Tenderness - Right** - Non Tender. **Dorsalis pedis pulse - Left** - 2+ - Left. **Dorsalis pedis pulse - Right** - 2+ - Right. **Edema - Left** - No edema - Left. **Edema - Right** - No edema - Right.

**Neurologic**
**Mental Status** - Normal.
**Gait** - Normal.

**Neuropsychiatric**
**Judgment and Insight** - Insight is appropriate concerning matters relevant to self.
**Thought Processes/Cognitive Function** - aware of current events.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

**Assessment & Plan**

**AORTIC VALVE VEGETATION (I33.0)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She is on IV Vanc

- CBC, PLATELETS & AUT DIFF 5-7 days prior to procedure (85025) Routine ()
- MAGNESIUM 5-7 days prior to procedure (83735) Routine ()
  DMP [illegible] (00010) [illegible] ()
- TEE (93312) Routine ()
- ELECTROCARDIOGRAM, ROUTINE ECG WITH AT LEAST 12 LEADS; WITH INTERPRETATION AND REPORT (93000) Routine (EKG today shows NSR with no ischemic changes
  No prior EKG available for comparison)
- Risks and benefits discussed with patient who expressed understanding and gave consent.
- Continue with your present treatment plan.
- Follow up in 1 month or as needed
- How to Access Health Information Online using Patient Portal and 3rd Party Apps

**AORTIC VALVE DISEASE (I35.9)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

**MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)**
**Today's Impression:** of right knee- she has a PICC line and is receiving IV antibiotics

**PULMONARY HYPERTENSION (I27.20)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

**ANXIETY (F41.9)**

**SEPTIC ARTHRITIS OF KNEE (M00.9)**

**OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)**
**Today's Impression:** not wearing CPAP

**CURRENT SMOKER (Z72.0)**

- SMOKING AND TOBACCO USE CESSATION COUNSELING VISIT; INTERMEDIATE, GREATER THAN 3 MINUTES UP TO 10 MINUTES (99406) Routine ()

**BMI 27.0-27.9,adult (Z68.27)**

- BODY MASS INDEX DOCUMENTED (3008F) Routine ()
- SCREENING OF TOBACCO USE (4004F) Routine ()
- MOST RECENT DIASTOLIC BLOOD PRESSURE LESS THAN 80 MM HG (HTN, CKD, CAD) (DM) (3078F) Routine ()
- MOST RECENT SYSTOLIC BLOOD PRESSURE LESS THAN 130 MM HG (DM), (HTN, CKD, CAD) (3074F) Routine ()

Reviewed and discussed Ultrasounds
ASSESSMENT AND PLAN DISCUSSED AND APPROVED BY DR. KURBAN
PHYSICAL EXAM ALSO PERFORMED BY/DISCUSSED WITH DR KURBAN
SUPERVISING PHYSICIAN DR. ELLIOT KURBAN

Elliot Kurban MD

Korban Cardiology

Elliot Kurban MD, FACC, FACP, FSLAMS, MBA
Holly B. Bunch MSN, ANP-BC
Jackie Scott MSN, FNP-C

***Kimberly A. Kindle***
Appointment: 04/26/2022 09:15 AM
Documented: 04/26/2022 09:15 AM
Location: Lexington 2 CVC Korban Cardiology
Patient #: 328171180
DOB:
Language: English / Race: White / Ethnicity: undefined
Gender: Female

**History of Present Illness**

The patient is a 50 year old female who presents for the evaluation and management of valvular heart disease. Identified as aortic valve disease. The symptoms include fatigue. Note for "Valvular heart disease": She started having knee pain March 28. She was evaluated by ortho, found to have MRSA and started on IV Vancomycin.
She has had no recent surgery. She denies any IV drug use. She denies any fever or chills.
Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

She is a smoker

She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

**Allergies**
**Rocephin *CEPHALOSPORINS* [Drug allergy]**
**Allergies Reconciled**

**Past Medical History**
**CURRENT SMOKER (Z72.0)**
**AORTIC VALVE VEGETATION (I33.0)**
**OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)**
**PULMONARY HYPERTENSION (I27.20)**
**AORTIC VALVE DISEASE (I35.9)**
**MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)**
**SEPTIC ARTHRITIS OF KNEE (M00.9)**
**ANXIETY (F41.9)**

**Family History**
**Cancer**: Father, Sister
**Coronary Artery Disease**: Father
**Cerebrovascular Accident**: Negative Family History Of
**Hypertension**: Father
**Diabetes Mellitus**: Father
**Myocardial Infarction**: Father (Massive,60s)
**Aneurysm**: Negative Family History Of

**Social History**
**Tobacco use**: Current every day smoker; Smoked 1ppd for 30+ years; Currently smoking 1/2-1ppd
**No alcohol use**
**No drug use**

**Medication History**

ALPRAZolam (0.5MG Tablet, 1 tablet Oral four times daily, as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, 1 tablet Oral every six to eight hours,as needed) Active.
Sertraline HCl (100MG Tablet, 1 tablet Oral at bedtime) Active.
Vancomycin HCl (5000MG For Solution, 1 Infusion Intravenous every 12 hours) Active.
Nicotine (5MG/16HR Patch 24HR, Transdermal every twenty-four hours) Active.

**Past Surgical**
**Knee Surgery**: Right

**Diagnostic Studies**
**TEE** (04/08/2022)

**Health Maintenance**
**COVID-19 Vaccine**; Refused
**Flu Vaccine** (2021)

**Review of Systems**
**General** Present- **Fatigue.** Not Present- Chills, Fever, Tiredness, Weight Gain and Weight Loss.
**Skin** Not Present- Skin Color Changes and Ulcer.
**HEENT** Not Present- Blurred Vision, Double Vision, Headache and Snoring.
**Respiratory** Present- **Difficulty Breathing on Exertion.** Not Present- Cough and Hemoptysis.
**Cardiovascular** Not Present- Claudications, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Fainting / Blacking Out, Orthopnea, Palpitations, Paroxysmal Nocturnal Dyspnea and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Nausea and Vomiting.
**Female Genitourinary** Not Present- Dysuria and Hematuria.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Tingling and Trouble walking.
**Psychiatric** Not Present- Anxiety, Depression and Memory Loss.
**Endocrine** Not Present- Appetite Changes and Thyroid Problems
**Hematology** Not Present- Abnormal Bleeding, Easy Bruising and Nose Bleed.

**Vital Signs**
04/26/2022 01:17 PM

**BP:** 128/80 Manual (Sitting, Right Arm, Standard)
04/26/2022 01:17 PM
**Weight:** 180 lb **Height:** 68 in
**Body Surface Area:** 1.95 $m^2$ **Body Mass Index:** 27.37 kg/$m^2$
**Temp.:** 98.2 °F **Pulse:** 62 (Regular) **P. OX:** 97% (Room air)
**BP:** 134/76 Manual (Sitting, Left Arm, Standard)

## Physical Exam
The physical exam findings are as follows:

**General**
**Mental Status -** Alert.
**General Appearance -** Cooperative, Not in acute distress.
**Orientation -** Oriented to time, Oriented to place and Oriented to person.
**Build & Nutrition -** Well nourished and Well developed.
**Gait** - Normal.

**Integumentary**
**General Characteristics**
**Color -** normal coloration of skin. **Temperature -** normal warmth is noted.

**Head and Neck**
**Head -** normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment -** no bruit auscultated on the right, no bruit auscultated on the left.
**Trachea** - midline

**Chest and Lung Exam**
**Inspection**
**Movements -** Normal. **Accessory muscles -** No use of accessory muscles in breathing.
**Auscultation**
**Breath sounds -** Normal. **Adventitious sounds -** No Adventitious sounds.

**Cardiovascular**
**Inspection**
**Jugular vein - Bilateral** - Inspection Normal.
**Palpation/Percussion**
**Examination by palpation and percussion reveals -** No Thrills, No S3 Palpable and No S4 Palpable.
**Auscultation**
**Rhythm -** Regular. **Heart Sounds -** Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals -** No Murmurs, No Systolic Clicks, No Opening Snaps and No Pericardial Friction Rubs.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Radial pulse - Bilateral -** Normal - Bilateral
**Lower Extremity**
**Inspection - Left -** No Digital infarcts - Left, No Delayed capillary refill - Left, no Digital ulcers - Left, No Erythema, no Shiny atrophic skin - Left, no Splinter hemorrhages - Left, no Varicose ulcers - Left, no Varicose veins - Left. **Inspection - Right -** No Digital infarcts - Right, No Delayed capillary refill - Right, no Digital ulcers - Right, No Erythema, no Shiny atrophic skin - Right, no Splinter hemorrhages - Right, no Varicose ulcers - Right, no Varicose veins - Right. **Palpation - Temperature - Left -** Normal - Left. **Temperature - Right -** Normal - Right. **Tenderness - Left -** Non Tender. **Tenderness - Right -** Non Tender. **Dorsalis pedis pulse - Left -** 2+ - Left. **Dorsalis pedis pulse - Right -** 2+ - Right. **Edema - Left -** No edema - Left. **Edema - Right -** No edema - Right.

**Neurologic**
**Mental Status** - Normal.
**Gait** - Normal.

**Neuropsychiatric**
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.
**Thought Processes/Cognitive Function -** aware of current events.

**Musculoskeletal**
**Global Assessment**
**Gait and Station -** normal posture.

**Assessment & Plan**

**AORTIC VALVE VEGETATION (I33.0)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present
She is on IV
She was evaluated by Dr. Reddy and AVR recommended. She will need LHC prior to any surgery

- CBC, PLATELETS & AUT DIFF 5-7 days prior to procedure (85025) Routine ()
- MAGNESIUM 5-7 days prior to procedure (83735) Routine ()
- BMP 5-7 days prior to procedure (80048) Routine ()
- LEFT HEART CATHETERIZATION (93458) Routine (May 12 at 1PM)
- Follow up in 1 month or as needed
- Continue with your present treatment plan.
- We recommend that you have a cardiac catheterization.
- Risks and benefits discussed with patient who expressed understanding and gave consent.
- How to Access Health Information Online using Patient Portal and 3rd Party Apps

**BICUSPID AORTIC VALVE (Q23.1)**
**Today's Impression:** She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

**AORTIC VALVE DISEASE (I35.9)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

**PULMONARY HYPERTENSION (I27.20)**
**Today's Impression:** Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

**MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)**
**Today's Impression:** of right knee- she has a PICC line and is receiving IV antibiotics

**OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)**
**Today's Impression:** not wearing CPAP

**CURRENT SMOKER (Z72.0)**

**Diastolic blood pressure 80 to 89 mm Hg (R03.0)**

- SCREENING OF TOBACCO USE (4004F) Routine ()
- MOST RECENT DIASTOLIC BLOOD PRESSURE 80-89 MM HG (HTN, CKD, CAD) (DM) (3079F) Routine ()
- MOST RECENT SYSTOLIC BLOOD PRESSURE LESS THAN 130 MM HG (DM), (HTN, CKD, CAD) (3074F) Routine ()

Reviewed and discussed TEE
She will need LHC prior to AVR
ASSESSMENT AND PLAN DISCUSSED AND APPROVED BY DR. KURBAN
PHYSICAL EXAM ALSO PERFORMED BY/DISCUSSED WITH DR KURBAN
SUPERVISING PHYSICIAN DR. ELLIOT KURBAN

Elliot Kurban MD

BAR - Saint Francis Hospital-Bartlett

Date and Time Generated: Tue Apr 26 2022 13:15:58 GMT-0500 (Central Daylight Time)
Generated by: Elliot Kurban

CLOSED, CORRECTED RESULTS

**Patient Name: KINDLE, KIMBERLY ( CD )**

| | | | |
|---|---|---|---|
| **Procedure** | Echo Transesophageal | **Exam Number** | 14081674293 |
| **Ordering Doctor** | KURBAN, ELLIOT | **Ordered** | 04/06/2022 12:54:27 |
| **Account Number** | 81953424 | **Scheduled** | 04/08/2022 08:00:00 |
| **Medical Record Number** | 61180791 | **Performed** | 04/08/2022 09:59:10 |
| **Date Of Birth** | | **Resulted** | 04/08/2022 10:35:33 |

Summary

Normal tricuspid valve structure and function.
The aortic valve cusps appear sclerotic and/or calcified, but open well.
Non-mobile vegetation was visualized in left coronary cusp.
Leaflet motion - restricted.
A bicuspid aortic valve is present.
Normal mitral valve structure and function.
Normal pulmonic valve structure and function.
Normal LA size.
Normal left ventricle structure and systolic function.
Normal right ventricular size and systolic function.
[illegible]
No pericardial effusion.

Impression

Left Ventricle Normal left ventricle structure and systolic function.

Right Ventricle Normal right ventricular size and systolic function.

Left Atrium Normal LA size.

Aortic Valve The aortic valve cusps appear sclerotic and/or calcified, but open well.
Non-mobile vegetation was visualized in left

Leaflet motion - restricted.
A bicuspid aortic valve is present.

Mitral Valve Normal mitral valve structure and function.

Tricuspid Valve Normal tricuspid valve structure and function.

Pulmonic Valve Normal pulmonic valve structure and function.

Pericardial Effusion No pericardial effusion.

Great Vessels Normal aortic root, pulmonary artery and inferior vena cava sizes.

Signature

---

Electronically signed by KURBAN ELLIOT(Interpreting physician) on 04/08/2022 11:28 AM

---

End of Order/Result CLOSED, CORRECTED RESULTS End of Order/Result

CLOSED, CORRECTED RESULTS

Patient Name: KINDLE, KIMBERLY ( CD )

| | | | |
|---|---|---|---|
| Procedure | Echo Transesophageal | Exam Number | 14081674293 |
| Ordering Doctor | KURBAN, ELLIOT | Ordered | 04/06/2022 12:54:22 |
| Account Number | 81953424 | Scheduled | 04/08/2022 08:00:00 |
| Medical Record number | 61180791 | Performed | 04/08/2022 09:59:10 |
| Date Of Birth | | Resulted | 04/08/2022 10:35:33 |

Echo Transesophageal

Transesophageal Echocardiography Report (TEE)

Demographics

| | | | |
|---|---|---|---|
| Patient Name | KINDLE KIMBERLY | Age | 50 |
| MRN | B061180791 | Gender | Female |
| Encounter # | 081953424 | Race | Caucasian |
| Corporate ID | | Height | 68 Inches |
| Date of Birth | | Weight | 170 Pounds |
| Accession Number | 14081674293 | BSA | 1.91 m |
| Room Number | | BMI | 25.85 kg/m |
| Referring Physician | KURBAN ELLIOT | Interpreting Physician | KURBAN ELLIOT |
| Sonographer | LESTER JASON | CC Physician | |

Type of Study:

TEE procedure: Echocardiogram Transesophageal

Indications for Study: Endocarditis.

CPT Codes
1) 93312-Echocardiography, transesophageal, real time with image documentation (2D) (with or without M-mode recording); including probe placement, image acquisition, interpretation and report.
2) 93320-Doppler echocardiography, pulsed wave and/or continuous wave with spectral display (List separately in addition to codes for echocardiographic imaging); complete.
3) 93325-Doppler echocardiography color flow velocity mapping (List separately in addition to codes for echocardiography).

HR: 106 bpm BP: 100/94 mmHg Patient Status: Routine

Study Location: SFB Cath Lab Technical Quality: Adequate visualization

TEE Performed By: the attending and the sonographer

Type of Anesthesia: Moderate sedation

TEE Probe: 001

Conclusions



# Send Result Report

MFP

ECOSYS M2540dw

Firmware Version 2S1_2000.002.505 2020.03.18

KYOCERA

VCJ1539787
06/06/2022 15:32
[2S0_1000.005.001] [2S0_1100.001.003] [2S9_7000.001.006]

Job No.: 017663 Total Time: 0°03'47" Page: 013

## Complete

Document: doc01766320220606152738

Korban Cardiology

ELLIOT KORBAN MD, FACC, FACP, FSLAMS, MBA
HOLLY B. BUNCH, MSN, ANP-BC
JACKIE SCOTT, MSN, FNP-C

P.O. BOX 11087
JACKSON, TN 38308
731-513-5701 Phone
877-670-6150 Fax

# Fax

To: Lincoln Financial From: Christy
Fax: 603-334-0380 Pages:
Phone: Date:
Re: Kimberly Kindle cc:

Urgent For Review Please Comment Please reply

Attention:
Comments:

Office Locations:
3535 Chere Carol Rd, Humboldt, TN 38343
315 E. Tickle St, Dyersburg, TN 38024
250 Boswell St, Lexington, TN 38351
2996 Kate Bond Rd, Suite 211, Bartlett, TN 38134

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 06/06/22 15:28 | 6033340380 | 0°03'47" | FAX | OK | 200x100 Normal/On |

1

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 6, 2022

Korbin Cardiology

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim # 11001770
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To confirm Ms. Kindle's eligibility for [illegible] when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

We ask that you provide this information by June 17, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380



PAGE 15/15 * RCVD AT 6/15/2022 1:19:28 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033340380 * CSID:8776706150 * ANI:17313375175 * DURATION (mm-ss):07-26

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----     SEX AGE BIRTH  ADMIT  M/R#          PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A        F    50        040422 757           6011375          220404
ORD: INVALID          ATT: WILSON TINA   SEC:                 PRI: WEATHERFORD
 PAT PHONE: (
===============================================================================
---PROCEDURE--- VANCO TROUGH                                    ORDER # 23200
--ORDERED--       --COLLECTED--      --REC'D--     --RESULTED--     --VERIFIED---
 4/04/22 1312     4/04/22 1312      4/04/22 1312   4/04/22 1405     4/04/22 1312
LAB               LAB               LAB            lab              lab
===============================================================================
  TQHH
          Test Name              Result   Flag Units     Normal-Range
-------------------------------------------------------------------------------

[       VANCOMYCIN TR          ______15_____      ug/mL     (L=10        H=20       )       04/04/22.14
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040922 | 757 | 6012377 | | 220409 |

ORD: WILSON TINA ATT: SEC: PRI: WEATHERFORD
PAT PHONE: -

---PROCEDURE--- CREATININE BLOOD ORDER # 24435

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED-- |
|---|---|---|---|---|
| 4/09/22 1538 | 4/09/22 1500 | 4/09/22 1538 | 4/09/22 1730 | 4/09/22 1500 |
| MW | MEW | MEW | lab | lab |

fAX TO tqhh

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | CREATININE | 0.53 | L | mg/dL | (L=0.60 | H=1.20 | ) | 04/09/22.17 |
| [ | eGFRAA | > 60 | | | | | | 04/09/22.17 |
| [ | eGFRNAA | > 60 | | | | | | 04/09/22.17 |

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** **Age:** 50 years

04/11/2022 16:51

**Chief Complaint: Chief Complaint:** FACE TO FACE HOME HEALTH EVALUATION FOR TN QUALITY. USES FAMILY PHARMACY.

**History of Present Illness:**

Patient recently diagnosed with septic arthritis in the right knee. She went to Shane Dunaway and had arthrocentesis. It did not improve and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and is currently taking 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve - followed by Dr. Korban. She presents today for F2F for HH with TN Quality. She sees Dr. Korban on 5/3 and Dr. Pucek on 5/19.

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication- Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.

She has not had a colon screening. She will consider and let us know when she would like to proceed.

**Past Medical/Surgical/Family/Social History**

**HENDERSON COUNTY HOSPITAL**
**200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646**

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT



PAGE 4/24 * RCVD AT 6/15/2022 2:27:06 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID:731 968 1705 * ANI:17319683646 * DURATION (mm-ss):10-31

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| HYDROcodone bitartrate-acetaminophen 7.5MG-325MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

**Review of Systems**

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease/injury.

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. + **arthralgias/joint pain in knees**. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. + **depression**. + **anxiety**. No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

**Physical Exam**

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (in) | Weight (lbs/oz) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/2022 16:26 | 6012671 | 119/66 | Sitting/ Left Arm | 93 | | 97.5 Temporal | 96 % | Room Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting/ Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 119/66 | Sitting/ Left Arm | 93 | 20 | 97.5 Temporal | 96 % | Room Air 21% | | 6 | 68 in | 184 lbs | 27.37 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal:** Decreased ROM in knees. Right knee is in a brace. Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6012671
**Note Type:** Clinic Provider Note

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

**Assessment:**

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 04/12/2022
Active, GERD, K21.9, Active, , , 04/12/2022
Active, Hyperlipidemia, E78.5, Active, , , 04/12/2022
Active, Pain in right knee, M25.561, Active, , , 04/12/2022
Active, Arthritis of both knees, M13.861, Active, , , 04/12/2022
Active, Septic arthritis of knee, M00.9, Active, , , 04/12/2022

**Plan:**

**Continue current medications and treatment with Orthopedist and Cardiologist. Continue with home health to help with PT and with administering Vancomycin with pic line. Continue current diet, and exercise as tolerated. RTC in 6 months, sooner if needed.**

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| CRP | 9.6 H | mg/dL | 0.2-0.9 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| WBC | 11.1 H | 10\S\3/uL | 4.2-10.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RBC | 3.62 L | M/uL | 4.20-5.40 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMOGLOBIN | 11 L | g/dL | 12.0-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMATOCRIT | 34.6 L | % | 37.0-47.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCV | 96 | fL | 81-101 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCH | 30.4 | pg | 27.0-34.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCHC | 31.8 | g/dL | 31.5-36.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| PLATELETS | 538 H | 10\S\3/uL | 140-440 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RDW | 12.5 | % | 12.2-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MPV | 9 | fL | 6.5-12.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #NEUT | 6.6 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #LYMPH | 3.2 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #MONO | 0.8 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #EOS | 0.5 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %NEUT | 59.3 | % | 50.0-75.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %LYMPH | 28.9 | % | 25.0-40.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %MONO | 6.7 | % | 0.0-14.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %EOS | 4.3 | % | 0.0-6.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %BASO | 0.8 | % | 0.0-2.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT



PAGE 8/24 * RCVD AT 6/15/2022 2:27:06 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID:731 968 1705 * ANI:17319683646 * DURATION (mm-ss):10-34

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| SED RATE | 44 H | mm/hr | 0-25 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| SGPT/ALT | 78 | U/L | 12-78 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| VANCOMYCIN TR | 10 | ug/mL | 10.0-20.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.53 L | mg/dL | 0.60-1.20 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| CRP | 3 H | mg/dL | 0.2-0.9 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| WBC | 12.4 H | 10\S\3/uL | 4.2-10.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMOGLOBIN | 12.1 | g/dL | 12.0-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCV | 98 | fL | 81-101 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCH | 30.7 | pg | 27.0-34.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| PLATELETS | 423 | 10\S\3/uL | 140-440 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RDW | 13 | % | 12.2-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MPV | 9.9 | fL | 6.5-12.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #NEUT | 7.5 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #LYMPH | 3.4 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #MONO | 1.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #EOS | 0.3 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %NEUT | 60.5 | % | 50.0-75.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %LYMPH | 27.2 | % | 25.0-40.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %MONO | 9.1 | % | 0.0-14.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %EOS | 2.7 | % | 0.0-6.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %BASO | 0.5 | % | 0.0-2.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6012671
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SED RATE | 40 H | mm/hr | 0-25 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SGPT/ALT | 43 | U/L | 12-78 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| VANCOMYCIN TR | 14.5 | ug/mL | 10.0-20.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| REFLAB | All testing within this panel are complete | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPI CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPS CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| Color, Fluid | Yellow | | Yellow | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Clarity, Fluid | Cloudy A | | Clear | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Nucleated Cells, Synovial Fld | 110150 H | cells/uL | 0-200 | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| RBC, Fluid | FEW | | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Neut, Fluid | 91 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lymphocytes, Fluid | 3 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Macrophages | 6 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Eosinophils, Fluid | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lining Cells, Synovial | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| CRP | 3.3 H | mg/dL | 0.2-0.9 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| WBC | 13.9 H | 10\S\3/uL | 4.2-10.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RBC | 4.48 | M/uL | 4.20-5.40 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMOGLOBIN | 13.7 | g/dL | 12.0-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMATOCRIT | 43.4 | % | 37.0-47.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCV | 97 | fL | 81-101 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCH | 30.6 | pg | 27.0-34.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCHC | 31.6 | g/dL | 31.5-36.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
**200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646**

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| PLATELETS | 418 | 10\S\3/uL | 140-440 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RDW | 13.3 | % | 12.2-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MPV | 9 | fL | 6.5-12.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #NEUT | 9.3 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #LYMPH | 3.6 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #MONO | 0.8 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #EOS | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %NEUT | 67.1 | % | 50.0-75.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %LYMPH | 26.2 | % | 25.0-40.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %MONO | 5.4 | % | 0.0-14.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %EOS | 0.9 | % | 0.0-6.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %BASO | 0.4 | % | 0.0-2.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| SED RATE | 36 H | mm/hr | 0-25 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| VENIPUNCTURE | | | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

## Medicines Ordered and Reviewed

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** **Age:** 50 years

04/11/2022 16:51

**Chief Complaint:** **Chief Complaint:** FACE TO FACE HOME HEALTH EVALUATION FOR TN QUALITY. USES FAMILY PHARMACY.

**History of Present Illness:**

Patient recently diagnosed with septic arthritis in the right knee. She went to Shane Dunaway and had arthrocentesis. It did not improve and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and is currently taking 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve - followed by Dr. Korban. She presents today for F2P for HH with TN Quality. She sees Dr. Korban on 5/3 and Dr. Pucek on 5/19.

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication- Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.

She has not had a colon screening. She will consider and let us know when she would like to proceed.

**Past Medical/Surgical/Family/Social History**



PAGE 13/24 * RCVD AT 6/15/2022 2:27:06 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID:731 968 1705 * ANI:17319683646 * DURATION (mm-ss):10-31

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| HYDROcodone bitartrate-acetaminophen 7.5MG-325MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

**Review of Systems**

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease/injury.

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. + arthralgias/joint pain in knees. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. + depression. + anxiety. No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

**Physical Exam**

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (in) | Weight (lbs/ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/2022 16:26 | 6012671 | 119/66 | Sitting/ Left Arm | 93 | | 97.5 Temporal | 96 % | Room Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting/ Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 119/66 | Sitting/ Left Arm | 93 | 20 | 97.5 Temporal | 96 % | Room Air 21% | | 6 | 68 in | 184 lbs | 27.37 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal:** Decreased ROM in knees. Right knee is in a brace. Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

**Assessment:**

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 04/12/2022
Active, GERD, K21.9, Active, , , 04/12/2022
Active, Hyperlipidemia, E78.5, Active, , , 04/12/2022
Active, Pain in right knee, M25.561, Active, , , 04/12/2022
Active, Arthritis of both knees, M13.861, Active, , , 04/12/2022
Active, Septic arthritis of knee, M00.9, Active, , , 04/12/2022

**Plan:**

**Continue current medications and treatment with Orthopedist and Cardiologist. Continue with home health to help with PT and with administering Vancomycin with pic line. Continue current diet, and exercise as tolerated. RTC in 6 months, sooner if needed.**

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet



PAGE 17/24 * RCVD AT 6/15/2022 2:27:06 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID:731 968 1705 * ANI:17319683646 * DURATION (mm-ss):10-31

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note
**DOB:**
**Account #:** 6012671

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| CRP | 9.6 H | mg/dL | 0.2-0.9 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| WBC | 11.1 H | 10\S\3/uL | 4.2-10.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RBC | 3.62 L | M/uL | 4.20-5.40 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMOGLOBIN | 11 L | g/dL | 12.0-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMATOCRIT | 34.6 L | % | 37.0-47.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCV | 96 | fL | 81-101 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCH | 30.4 | pg | 27.0-34.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCHC | 31.8 | g/dL | 31.5-36.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| PLATELETS | 538 H | 10\S\3/uL | 140-440 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RDW | 12.5 | % | 12.2-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MPV | 9 | fL | 6.5-12.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #NEUT | 6.6 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #LYMPH | 3.2 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #MONO | 0.8 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #EOS | 0.5 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %NEUT | 59.3 | % | 50.0-75.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %LYMPH | 28.9 | % | 25.0-40.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %MONO | 6.7 | % | 0.0-14.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %EOS | 4.3 | % | 0.0-6.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %BASO | 0.8 | % | 0.0-2.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
**200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646**

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| SED RATE | 44 H | mm/hr | 0-25 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| SGPT/ALT | 78 | U/L | 12-78 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| VANCOMYCIN TR | 10 | ug/mL | 10.0-20.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.53 L | mg/dL | 0.60-1.20 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| CRP | 3 H | mg/dL | 0.2-0.9 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| WBC | 12.4 H | 10\S\3/uL | 4.2-10.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMOGLOBIN | 12.1 | g/dL | 12.0-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCV | 98 | fL | 81-101 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCH | 30.7 | pg | 27.0-34.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| PLATELETS | 423 | 10\S\3/uL | 140-440 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RDW | 13 | % | 12.2-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MPV | 9.9 | fL | 6.5-12.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #NEUT | 7.5 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #LYMPH | 3.4 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #MONO | 1.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #EOS | 0.3 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %NEUT | 60.5 | % | 50.0-75.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %LYMPH | 27.2 | % | 25.0-40.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %MONO | 9.1 | % | 0.0-14.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %EOS | 2.7 | % | 0.0-6.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %BASO | 0.5 | % | 0.0-2.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT



PAGE 19/24 * RCVD AT 6/15/2022 2:27:06 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID:731 968 1705 * ANI:17319683646 * DURATION (mm-ss):10-31

**HENDERSON COUNTY HOSPITAL**
**200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646**

**Patient Name:** KIMBERLY KINDLE **DOB:** /
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SED RATE | 40 H | mm/hr | 0-25 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SGPT/ALT | 43 | U/L | 12-78 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| VANCOMYCIN TR | 14.5 | ug/mL | 10.0-20.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| REFLAB | All testing within this panel are complete | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPI CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPS CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| Color, Fluid | Yellow | | Yellow | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Clarity, Fluid | Cloudy A | | Clear | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Nucleated Cells, Synovial Fld | 110150 H | cells/uL | 0-200 | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| RBC, Fluid | FEW | | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Neut, Fluid | 91 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lymphocytes, Fluid | 3 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Macrophages | 6 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Eosinophils, Fluid | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lining Cells, Synovial | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| CRP | 3.3 H | mg/dL | 0.2-0.9 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| WBC | 13.9 H | 10\S\3/uL | 4.2-10.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RBC | 4.48 | M/uL | 4.20-5.40 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMOGLOBIN | 13.7 | g/dL | 12.0-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMATOCRIT | 43.4 | % | 37.0-47.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCV | 97 | fL | 81-101 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCH | 30.6 | pg | 27.0-34.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCHC | 31.6 | g/dL | 31.5-36.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| PLATELETS | 418 | 10\S\3/uL | 140-440 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RDW | 13.3 | % | 12.2-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MPV | 9 | fL | 6.5-12.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #NEUT | 9.3 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #LYMPH | 3.6 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #MONO | 0.8 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #EOS | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %NEUT | 67.1 | % | 50.0-75.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %LYMPH | 26.2 | % | 25.0-40.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %MONO | 5.4 | % | 0.0-14.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %EOS | 0.9 | % | 0.0-6.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %BASO | 0.4 | % | 0.0-2.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| SED RATE | 36 H | mm/hr | 0-25 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| VENIPUNCTURE | | | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

**Medicines Ordered and Reviewed**

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT



PAGE 21/24 * RCVD AT 6/15/2022 2:27:06 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:6033340380 * CSID:731 968 1705 * ANI:17319683646 * DURATION (mm-ss):10-31

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:** /
**Account #:** 6012671

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 041422 | 757 | 6013193 | | 220414 |

ORD: WILSON TINA ATT: SEC: PRI:
PAT PHONE:

---PROCEDURE--- VANCO TROUGH ORDER # 26221

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/14/22 1249 | 4/14/22 1045 | 4/14/22 1252 | 4/14/22 1312 | 4/14/22 1045 |
| KDE | LAB | LAB | lab | lab |

TQHH

| Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|
| [ VANCOMYCIN TR | 13 | | ug/mL | (L=10 | H=20 | ) | 04/14/22.13 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

----PATIENT NAME---- SEX AGE BIRTH ADMIT M/R# PATIENT# RM/LOC TYPE
KINDLE KIMBERLY A F 50 041422 757 6013193 220414
ORD: WILSON TINA ATT: SEC: PRI:
PAT PHONE: (

---PROCEDURE--- CREATININE BLOOD ORDER # 26222

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/14/22 1249 | 4/14/22 1045 | 4/14/22 1252 | 4/14/22 1312 | 4/14/22 1045 |
| KDE | LAB | LAB | lab | lab |

TOHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | CREATININE | 0.60 | | mg/dL | (L=0.60 | H=1.20 | ) | 04/14/22.13 |
| [ | eGFRAA | > 60 | | | | | | 04/14/22.13 |
| [ | eGFRNAA | > 60 | | | | | | 04/14/22.13 |

TX Result Report

P 1
06/07/2022 11:56
Serial No. A96U011004024
TC: 417912

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 6033340380 | 06-07 11:32 | 00:02:46 | 005/054 | Cont | |
| 6033340380 | 06-07 11:38 | 00:17:34 | 049/054 | OK | |

Note [illegible]

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, [illegible] Document Send.

HENDERSON COUNTY
COMMUNITY HOSPITAL
QUALITY CARE. CLOSE TO HOME.

200 West Church St.
Lexington, TN 38351
(p) 731-968-1523

| | | | |
|---|---|---|---|
| To: | Lincoln Financial Group | From: | Taylor / HIM |
| Fax: | 603-334-0380 | Pages: | 53 w cover |
| Date: | 6/7/22 | Fax: | 731-968-1705 |
| Re: | K. Kindle. | CC: | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Confidentiality Notice: The documents accompanying this transmission may contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity name above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please call the facility's main number and notify the Facility Privacy Officer immediately to arrange for the return or destruction of these documents.

**HENDERSON COUNTY**
**COMMUNITY HOSPITAL**
QUALITY CARE. RIGHT HERE.

200 West Church St.
Lexington, TN 38351
(p) 731-968-1823

| | | | |
|---|---|---|---|
| **To:** Lincoln Financial Group | | **From:** | Taylor / HIM |
| **Fax:** 603-334-0380 | | **Pages:** | 53 w cover |
| **Date:** 6/7/22 | | **Fax:** | 731-968-1705 |
| **Re:** K. Kindle | | **CC:** | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**Confidentiality Notice:** The documents accompanying this transmission may contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity name above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action take in reliance on the contents of these documents is strictly *prohibited*. If you have received this information in error, please call the facility's main number and notify the Facility Privacy Officer immediately to arrange for the return or destruction of these documents.

Lincoln Financial Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 6, 2022

Henderson County Medical Group

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

We ask that you provide this information by June 17, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Lincoln Financial Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 6, 2022 |
| To: | HENDERSON COUNTY MEDICAL GROUP |
| Attn: | |
| Fax: | (731) 968-9970 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6007051

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** , **Age:** 50 years

03/11/2022 11:29

**Chief Complaint:** **Chief Complaint:** 6 MONTH CHECK UP/LABS USES FAMILY PHARMACY

**History of Present Illness:**

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**, car is a "lemon" - Nissin - home health. In a rental car now
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication-Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.

She has not had a colon screening. She will consider and let us know when she would like to proceed.

**Past Medical/Surgical/Family/Social History**

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6007051

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

| **Home Meds: Dose and Freq** | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | AS NEEDED |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |
| Sertraline 100MG Oral Tablet | 1 TABLET | DAILY |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | TWICE A DAY |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | EVERY 4 HOURS |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | TWICE A DAY |

**Review of Systems**

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease/injury.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6007051
**Note Type:** Clinic Provider Note

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. No arthralgias/joint pain. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. No depression. No anxiety. No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

**Physical Exam**

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (in) | Weight (lbs/oz) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6007051
**Note Type:** Clinic Provider Note

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal:** Full ROM of all major joints. Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

---

**Assessment:**

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 03/11/2022
Active, GERD, K21.9, Active, , , 03/11/2022
Active, Hyperlipidemia, E78.5, Active, , , 03/11/2022

**Plan:**

Continue current medications, diet, and exercise as tolerated. RTC in 6 months, sooner if needed.

**Medications Given This Visit:**

---

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6007051
**Note Type:** Clinic Provider Note

| Ordered & Completed Meds Table | | | | | |
|---|---|---|---|---|---|
| **Ordered Medication** | **Start Date/Time** | **Dosage** | **Route** | **Frequency** | **Status** |
| SHINGRIX 50MCG VAC | 03/11/2022 10:36 | 50 MCG | IM OPTIONS | X1 | completed |

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

**New Prescriptions Given Today:**

**Medication:** Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder, **Dosage:** 2 PUFF, **Frequency:** EVERY 4 HOURS, **Start Date:** 03/11/2022, **Special Instructions:** 2 PUFF EVERY 4 HOURS
**Medication:** Flovent 0.044MG/Actuation Inhalation Aerosol Powder, **Dosage:** 2 PUFF, **Frequency:** TWICE A DAY, **Start Date:** 03/11/2022, **Special Instructions:** 2 PUFF TWICE A DAY
**Medication:** Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution, **Dosage:** 3 MILLILITER, **Frequency:** AS NEEDED, **Start Date:** 03/11/2022, **Special Instructions:** 3 MILLILITER AS NEEDED
**Medication:** Sertraline 100MG Oral Tablet, **Dosage:** 1 TABLET, **Frequency:** DAILY, **Start Date:** 03/11/2022, **Special Instructions:** 1 TABLET DAILY
**Medication:** Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid, **Dosage:** 2 PUFF, **Frequency:** TWICE A DAY, **Start Date:** 03/11/2022, **Special Instructions:** 2 PUFF TWICE A DAY
**Medication:** ALPRAZolam 0.5MG Oral Tablet, **Dosage:** 1 TABLET, **Frequency:** FOUR TIMES A DAY, **Start Date:** 03/11/2022, **Prescribing MD:** WEATHERFORD ALAN, **Special Instructions:** 1 TABLET FOUR TIMES A DAY

**Diagnostics Ordered:**

**Lab Results: This Visit:** No Labs Available

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST



PAGE 9/31 * RCVD AT 6/15/2022 2:13:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6033340380 * CSID:731 968 1705 * ANI:7319683646 * DURATION ...

**HENDERSON COUNTY HOSPITAL**
**200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646**

**Patient Name:** KIMBERLY KINDLE **DOB:** (
**MRN:** 757 **Account #:** 6007051
**Note Type:** Clinic Provider Note

## Data Reviewed

### Labs Ordered and Reviewed from Last Three Visits

**Lab Results: Last 6 Months:** No Labs Available

### Medicines Ordered and Reviewed

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

### Discussion to obtain old records and history from other means besides the patient:

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:** (
**MRN:** 757 **Account #:** 6007051
**Note Type:** Clinic Provider Note

---

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Provider Note

**DOB:**
**Account #:** 6009727

| All Demographics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Patient Name | DOB | Age | Sex | Visit Number | Admission Date/Time | Attending Physician | Date of Service | Room and Bed | Emergency Contact |
| KINDLE, KIMBERLY A | | 50 years | Female | 6009727 | 03/25/2022 11:08 | KAUSHAL PATEL | 03/25/2022 | ED-1 | SELLERS, M.J. - 5124706559,5124706559 |

03/25/2022 11:32

## Chief Complaint: RIGHT KNEE- FAMILY

## History of Present Illness

The patient presents to the emergency department complaining of extremity pain.
It had an onset of few days
It is located right knee
It is made better by rest
It is made worse by walking
It is rated as moderate
It is associated with seen by ortho and given medication and x ray done two days ago

## Past Medical/Surgical/Family History

Past Medical History:

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| Problem | ICD Code | Onset Date | Resolved Date | Age | Status | Comment |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |

Past Surgical History:
Surgery List
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

Past Family History:
Family History List
Diabetes, FATHER

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Provider Note

**DOB:**
**Account #:** 6009727

## Smoking/Allergies/Social History:

Smoking Status:
**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergies:**

| All Allergies (Active and Inactive) | | | | |
|---|---|---|---|---|
| **Allergen** | **Type** | **Reaction** | **Severity** | **Status** |
| CEFTRIAXONE | medication | | | active |

## Review of Systems

- CONSTITUTIONAL: Denies weight loss, fever, and chills.
- HEENT: Denies changes in vision and hearing. Patient reports no headache.
- RESPIRATORY: Reports SOB and difficulty breathing.
- CV: Denies palpitations but has Chest Pain.
- GI: Denies abdominal pain, nausea, vomiting, and diarrhea.
- GU: Denies dysuria and urinary frequency.
- MSK: Reports myalgia and joint pain.
- SKIN: Denies rash and pruritus.
- NEUROLOGICAL: Denies headache and syncope.
- PSYCHIATRIC: Denies recent mood changes. Denies anxiety and depression.

## Physical Exam

| Vital Signs: This Visit | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date/Time** | **BP (mm/Hg)** | **BP Position/Site** | **Heart Rate** | **Resp** | **Temp (°C)** | **Temp (°F)** | **SPO2%** | **O2 Device** | **Blood Sugar (mg/dL)** | **Pain Score** | **Height (cm)** | **Height (in)** | **Weight (kg)** | **Weight (lbs/ozs)** | **BMI** | **Head Cir (cm)** |
| 03/25/2022 11:25 | | | | | | | | | | 6 | | | | | | |
| 03/25/2022 11:22 | 121/62 | Sitting/ Left Arm | 88 | 20 | 36.8 Oral | 98.3 Oral | | | | | 172.72 cm | 68 in | 81.65 kg | 180 lbs | 27.37 | |
| 03/25/2022 11:12 | | | | | | | | | | 5 | | | | | | |

- GENERAL: Alert and oriented x 3. No acute distress. Well-nourished.
- EYES: EOMI. Anicteric.
- HENT: Moist mucous membranes. No scleral icterus. No cervical lymphadenopathy. Patient has no swelling of the jaw
- LUNGS: Clear to auscultation bilaterally. No accessory muscle use.
- CARDIOVASCULAR: Regular rate and rhythm. No murmur. No JVD.
- ABDOMEN: Soft, non-tender and non-distended. No palpable masses.

HENDERSON CO COMMUNITY HOSP
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Provider Note

**DOB:**
**Account #:** 6009727

- EXTREMITIES: No edema. manifest pain in right knee on movement
- SKIN: No rashes or lesions. Warm.
- NEUROLOGIC: No focal neurological deficits. CN II-XII grossly intact, but not individually tested.
- PSYCHIATRIC: Cooperative. Appropriate mood and affect.

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

**Lab Results: Last 24 Hours:** No Labs Available

**Radiology Ordered and Reviewed from Last Three Visits**

**Medicines Ordered and Reviewed**

**Home Medicines:**

**Home Meds: Dose and Freq:** No Home Medications Available

**Ordered Medicines:**

**Ordered & Completed Meds Table:** No Current Medications Available

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6009727
**Note Type:** ED Provider Note

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

## Assessment

right knee pain
**Problems Addressed Today:** No Problems Available

## Plan

**see ortho this week**

contl home medication



PAGE 15/31 * RCVD AT 6/15/2022 2:13:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6033340380 * CSID:731 968 1705 * ANI:7319683646 * DURATION ...

**HENDERSON COUNTY COMMUNITY HOSPITAL**

HENDERSON COUNTY COMMUNITY HOSPITAL
200 W CHURCH STREET/731-968-3646
PATIENT NAME: KIMBERLY A KINDLE
MED RECORD NO.: 757 / VISIT NO: 6009727
DOB: / / ADMIT DATE: 03/25/2022 11:08

## Assessment
### Pain
CLENNEY KAREN JEANETTE 03/25/2022 11:25
**Clinical Observation of Pain:** Relaxed; calm expression
**Pain Level:** 6

## Physical Assessment
### Musculoskeletal
CLENNEY KAREN JEANETTE 03/25/2022 11:25
**Right Lower Extremity:** Neurovascularly intact, Tenderness, swelling to right knee

## Procedures
FREDERICK ALYSON CELENE 03/25/2022 11:37
**Procedure(s) Performed:** Dressing application
**Dressing Secured With:** Right knee ACE bandage applied
**Patient Tolerated:** Fair

## Miscellaneous Nursing Note
CLENNEY KAREN JEANETTE 03/25/2022 11:35
### Nursing Note
pt upset after seeing Dr states she needs work statement and pain meds her work statement runs out today

## HENDERSON CO COMMUNITY HOSP

200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Discharge Instructions

**DOB:**
**Account #:** 6009727

03/25/2022 11:33

| All Demographics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Patient Name** | **DOB** | **Age** | **Sex** | **Visit Number** | **Admission Date/Time** | **Attending Physician** | **Date of Service** | **Room and Bed** | **Emergency Contact** |
| KINDLE, KIMBERLY A | | 50 years | Female | 6009727 | 03/25/2022 11:08 | KAUSHAL PATEL | 03/25/2022 | ED-1 | SELLERS, M.J. - 5124706559,5124706559 |

**Chief Complaint:** RIGHT KNEE- FAMILY

**Diagnosis:** right knee pain

**Problems Addressed Today:** No Problems Available

**Diet:** Resume diet as tolerated
**Activity:** Activity as tolerated

**Additional Instructions:**

**Ordered & Completed Meds Table:** No Current Medications Available

**Return to Work/School in** 2 days.
**Follow-up with:** Your primary care provider in 2 days.

**Discharged medications including new prescriptions.**

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |

Electronically signed by: KAUSHAL PATEL, MD, 03/25/2022 11:34 CDT

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Discharge Instructions

**DOB:**
**Account #:** 6009727

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Follow-up with your Healthcare Provider as directed.**
**Return to the Emergency Department if symptoms persist or worsen.**

**Patient/Guardian** **Date**

Electronically signed by: KAUSHAL PATEL, MD, 03/25/2022 11:34 CDT

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 032522 | 757 | 6009757 | | 220325 |

ORD: DUNAWAY SHA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- CBC W-PLT AUTO-DIFF ORDER # 18915

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1422 | 3/25/22 1312 |
| LAB | LAB | LAB | lab | lab |

CBC W-PLT AUTO COMPD
WTBJ

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | WBC | 13.9 | H | K/uL | (L=4.2 | H=10.0 | ) | 03/25/22.14 |
| [ | RBC | 4.48 | | M/uL | (L=4.20 | H=5.40 | ) | 03/25/22.14 |
| [ | HEMOGLOBIN | 13.7 | | g/dL | (L=12.0 | H=16.0 | ) | 03/25/22.14 |
| [ | HEMATOCRIT | 43.4 | | % | (L=37.0 | H=47.0 | ) | 03/25/22.14 |
| [ | MCV | 97 | | fL | (L=81 | H=101 | ) | 03/25/22.14 |
| [ | MCH | 30.6 | | pg | (L=27.0 | H=34.0 | ) | 03/25/22.14 |
| [ | MCHC | 32 | | g/dL | (L=31 | H=36 | ) | 03/25/22.14 |
| [ | PLATELETS | 418 | | K/uL | (L=140 | H=440 | ) | 03/25/22.14 |
| [ | RDW | 13.3 | | % | (L=12.2 | H=16.0 | ) | 03/25/22.14 |
| [ | MPV | 9.0 | | fL | (L=6.5 | H=12.0 | ) | 03/25/22.14 |
| [ | #NEUT | 9.3 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #LYMPH | 3.6 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #MONO | 0.8 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #EOS | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #BASO | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | %NEUT | 67 | | % | (L=50 | H=75 | ) | 03/25/22.14 |
| [ | %LYMPH | 26 | | % | (L=25 | H=40 | ) | 03/25/22.14 |
| [ | %MONO | 5 | | % | (L=0 | H=14 | ) | 03/25/22.14 |
| [ | %EOS | 1 | | % | (L=0 | H=6 | ) | 03/25/22.14 |
| [ | %BASO | 0 | | % | (L=0 | H=2 | ) | 03/25/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | 072771 | 032522 | 757 | 6009757 | | 220325 |

ORD: DUNAWAY SHA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- CBC W-PLT AUTO-DIFF ORDER # 18915

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1422 | 3/25/22 1312 |
| LAB | LAB | LAB | lab | lab |

CBC W-PLT AUTO COMPD
WTBJ

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | WBC | 13.9 | H | K/uL | (L=4.2 | H=10.0 | ) | 03/25/22.14 |
| [ | RBC | 4.48 | | M/uL | (L=4.20 | H=5.40 | ) | 03/25/22.14 |
| [ | HEMOGLOBIN | 13.7 | | g/dL | (L=12.0 | H=16.0 | ) | 03/25/22.14 |
| [ | HEMATOCRIT | 43.4 | | % | (L=37.0 | H=47.0 | ) | 03/25/22.14 |
| [ | MCV | 97 | | fL | (L=81 | H=101 | ) | 03/25/22.14 |
| [ | MCH | 30.6 | | pg | (L=27.0 | H=34.0 | ) | 03/25/22.14 |
| [ | MCHC | 32 | | g/dL | (L=31 | H=36 | ) | 03/25/22.14 |
| [ | PLATELETS | 418 | | K/uL | (L=140 | H=440 | ) | 03/25/22.14 |
| [ | RDW | 13.3 | | % | (L=12.2 | H=16.0 | ) | 03/25/22.14 |
| [ | MPV | 9.0 | | fL | (L=6.5 | H=12.0 | ) | 03/25/22.14 |
| [ | #NEUT | 9.3 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #LYMPH | 3.6 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #MONO | 0.8 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #EOS | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | #BASO | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ | %NEUT | 67 | | % | (L=50 | H=75 | ) | 03/25/22.14 |
| [ | %LYMPH | 26 | | % | (L=25 | H=40 | ) | 03/25/22.14 |
| [ | %MONO | 5 | | % | (L=0 | H=14 | ) | 03/25/22.14 |
| [ | %EOS | 1 | | % | (L=0 | H=6 | ) | 03/25/22.14 |
| [ | %BASO | 0 | | % | (L=0 | H=2 | ) | 03/25/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F    50 072771 032522 757         6009757          220325
ORD: DUNAWAY SHA   ATT:             SEC:                 PRI: WEATHERFORD
 PAT PHONE:
===========================================================================
---PROCEDURE--- C-REACTIVE PROTEIN                              ORDER # 18916
--ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
 3/25/22 1312   3/25/22 1312    3/25/22 1312   3/25/22 1359    3/25/22 1312
LAB             LAB             LAB            lab              lab
===========================================================================
 WTBJ
          Test Name              Result   Flag Units     Normal-Range
---------------------------------------------------------------------------

[       CRP               ________3.3___  H   mg/dL    (L=0.2     H=0.9     )      03/25/22.13
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 032522 | 757 | 6009757 | | 220325 |

ORD: DUNAWAY SHA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- SED RATE AUTOMATED ORDER # 18917

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1422 | 3/25/22 1312 |
| LAB | LAB | LAB | lab | lab |

WTBJ

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | SED RATE | 36 | H | mm/HR | (L=0 | H=25 | ) | 03/25/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 032522 | 757 | 6009757 | | 220325 |

ORD: DUNAWAY SHA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- SYNOVIAL FLUID CELL COUNT ORDER # 18941

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/25/22 1419 | 3/25/22 1419 | 3/25/22 1419 | 3/26/22 1510 | 3/25/22 1419 |
| LAB | LAB | LAB | lab | lab |

SYNOVIAL FLUID CELL COUNT

Testing performed at: [MB] Labcorp Birmingham, 1801 First Avenue South, Birmingham, AL, 35233-1935, Phone: 205-581-3500, Laboratory Director: Brian D. Ragland, MD

| Test Name | Result | Flag | Units | Normal-Range | |
|---|---|---|---|---|---|
| Color, Fluid | Yellow | | | ( Yellow ) | 03/26/22.15 |
| Clarity, Fluid | Cloudy | A | | ( Clear ) | 03/26/22.15 |
| Nucleated Cells, Synovial Fld | 110150 | H | cells/uL | ( 0-200 ) | 03/26/22.15 |
| RBC, Fluid | FEW | | /uL | ( Not Estab. ) | 03/26/22.15 |
| Neut, Fluid | 91 | | % | ( Not Estab. ) | 03/26/22.15 |
| Lymphocytes, Fluid | 3 | | % | ( Not Estab. ) | 03/26/22.15 |
| Macrophages | 6 | | % | ( Not Estab. ) | 03/26/22.15 |
| Eosinophils, Fluid | 0 | | % | ( Not Estab. ) | 03/26/22.15 |
| Lining Cells, Synovial | 0 | | % | ( Not Estab. ) | 03/26/22.15 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#         PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F    50        032522 757          6009757
ORD: DUNAWAY SHA    ATT:               SEC:                PRI: WEATHERFORD
 PAT PHONE:
===============================================================================
---PROCEDURE--- AEROBIC/ANAEROBIC CULTURE                     ORDER # 18943
--ORDERED--      --COLLECTED--      --REC'D--    --RESULTED--     --VERIFIED---
 3/25/22 1423    3/25/22 1423     3/25/22 1423   4/01/22 0842     3/25/22 1423
LAB              LAB              LAB            lab              lab
===============================================================================
     AEROBIC/ANAEROBIC CULTURE
Test Name                      Result          Flag Units     Normal-Range
-------------------------------------------------------------------------------

  Items were attached to this order: GPI [i], GPS [i]
 REFLAB                        __All_testing__        (                     )      04/01/22.08
                               _within_this___
                               _panel_a_______
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

----PATIENT NAME---- SEX AGE BIRTH ADMIT M/R# PATIENT# RM/LOC TYPE
KINDLE KIMBERLY A F 50 1 040422 757 6011375 220404
ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE: (

---PROCEDURE--- CBC W-PLT AUTO-DIFF ORDER # 23195

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1348 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

CBC W-PLT AUTO COMPD
TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | WBC | 12.4 | H | K/uL | (L=4.2 | H=10.0 | ) | 04/04/22.13 |
| [ | RBC | 3.94 | L | M/uL | (L=4.20 | H=5.40 | ) | 04/04/22.13 |
| [ | HEMOGLOBIN | 12.1 | | g/dL | (L=12.0 | H=16.0 | ) | 04/04/22.13 |
| [ | HEMATOCRIT | 38.7 | | % | (L=37.0 | H=47.0 | ) | 04/04/22.13 |
| [ | MCV | 98 | | fL | (L=81 | H=101 | ) | 04/04/22.13 |
| [ | MCH | 30.7 | | pg | (L=27.0 | H=34.0 | ) | 04/04/22.13 |
| [ | MCHC | 31 | L | g/dL | (L=31 | H=36 | ) | 04/04/22.13 |
| [ | PLATELETS | 423 | | K/uL | (L=140 | H=440 | ) | 04/04/22.13 |
| [ | RDW | 13.0 | | % | (L=12.2 | H=16.0 | ) | 04/04/22.13 |
| [ | MPV | 9.9 | | fL | (L=6.5 | H=12.0 | ) | 04/04/22.13 |
| [ | #NEUT | 7.5 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #LYMPH | 3.4 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #MONO | 1.1 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #EOS | 0.3 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #BASO | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | %NEUT | 61 | | % | (L=50 | H=75 | ) | 04/04/22.13 |
| [ | %LYMPH | 27 | | % | (L=25 | H=40 | ) | 04/04/22.13 |
| [ | %MONO | 9 | | % | (L=0 | H=14 | ) | 04/04/22.13 |
| [ | %EOS | 3 | | % | (L=0 | H=6 | ) | 04/04/22.13 |
| [ | %BASO | 1 | | % | (L=0 | H=2 | ) | 04/04/22.13 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040422 | 757 | 6011375 | | 220404 |

ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- C-REACTIVE PROTEIN ORDER # 23196

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1405 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| ( | CRP | 3.0 | H | mg/dL | (L=0.2 | H=0.9 | ) | 04/04/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040422 | 757 | 6011375 | | 220404 |

ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- SED RATE AUTOMATED ORDER # 23197

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1411 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TQHH

| Test Name | Result | Flag | Units | Normal-Range | | |
|---|---|---|---|---|---|---|
| [ SED RATE | 40 | H | mm/HR | (L=0 | H=25 ) | 04/04/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F    50        040422 757         6011375          220404
ORD: INVALID         ATT: WILSON TINA  SEC:               PRI: WEATHERFORD
 PAT PHONE:
===============================================================================
---PROCEDURE--- SED RATE AUTOMATED                             ORDER # 23197
--ORDERED--     --COLLECTED--    --REC'D--    --RESULTED--    --VERIFIED---
 4/04/22 1312   4/04/22 1312   4/04/22 1312  4/04/22 1411    4/04/22 1312
LAB            LAB            LAB           lab             lab
===============================================================================
  TOHH
         Test Name              Result  Flag Units     Normal-Range
-------------------------------------------------------------------------------

[      SED RATE            ______40_____ H  mm/HR     (L=0        H=25      )      04/04/22.14
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040422 | 757 | 6011375 | | 220404 |

ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- SED RATE AUTOMATED ORDER # 23197

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1411 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | SED RATE | 40 | H | mm/HR | (L=0 | H=25 | ) | 04/04/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040422 | 757 | 6011375 | | 220404 |

ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- TRANSFERASE ALT ORDER # 23198

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1405 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | SGPT/ALT | 43 | | U/L | (L=12 | H=78 | ) | 04/04/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040422 | 757 | 6011375 | | 220404 |

ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE: -

---PROCEDURE--- CREATININE BLOOD ORDER # 23199

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1405 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | |
|---|---|---|---|---|---|---|---|
| [ | CREATININE | 0.64 | | mg/dL | (L=0.60 | H=1.20 ) | 04/04/22.14 |
| [ | eGFRAA | > 60 | | | | | 04/04/22.14 |
| [ | eGFRNAA | > 60 | | | | | 04/04/22.14 |

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2022-06-08 11:27:11 EDT |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

sharecare

Sharecare No Address Provider
8344 Clairemont Mesa Blvd Ste 201
San Diego CA 92111-1327

9841949

Kimberly Kindle

TN300
Jun 08 2022 11:27 AM

4

**CONFIDENTIAL - MEDICAL RECORDS**

[redacted]

This page intentionally left blank

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 6, 2022 |
| To: | DR. MARK ROBBINS<br>ST THOMAS HEART |
| Attn: | |
| Fax: | (615) 222-7275 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 6, 2022

Dr. Mark Robbins

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

We ask that you provide this information by June 17, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

sharecare

Ascension Medical Group - Tennessee
4230 Harding Pike Ste 330
Nashville, TN, 37205-2018

Sharecare No Address Provider
8344 Clairemont Mesa Blvd Ste 201
San Diego, CA, 92111-1327

2022-06-08

RE: Request for Release of Information for Patient: **Kimberly Kindle**
Request ID: 9841949

Dear Sir/Madam,

This letter serves as notification there are one or more issues with attempting to complete your release of information request. Please see below for specific information.

1. Please provide a completed, HIPAA compliant AUTHORIZATION. [45 CFR 164.508]

Please review the above items and submit any required updated documentation to the address listed in the upper right hand corner.

Thank you,

Sharecare Health Data Services, LLC for
Ascension Medical Group - Tennessee

**HENDERSON COUNTY**
**COMMUNITY HOSPITAL**
QUALITY CARE. RIGHT HERE.

200 West Church St.
Lexington, TN 38351
(p) 731-968-1823

| | | | |
|---|---|---|---|
| **To:** Lincoln Financial Group | | **From:** | Taylor / HIM |
| **Fax:** 603-334-0380 | | **Pages:** | 53 w cover |
| **Date:** 6/7/22 | | **Fax:** | 731-968-1705 |
| **Re:** K. Kindle. | | **cc:** | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**Confidentiality Notice:** The documents accompanying this transmission may contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity name above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action take in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please call the facility's main number and notify the Facility Privacy Officer immediately to arrange for the return or destruction of these documents.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 6, 2022

Henderson County Medical Group

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

We ask that you provide this information by June 17, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 6, 2022 |
| To: | HENDERSON COUNTY MEDICAL GROUP |
| Attn: | |
| Fax: | (731) 968-9970 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6007051
**Note Type:** Clinic Provider Note

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** **Age:** 50 years

03/11/2022 11:29

**Chief Complaint: Chief Complaint:** 6 MONTH CHECK UP/LABS USES FAMILY PHARMACY

**History of Present Illness:**

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors**; **trouble at work (stress at work)**, car is a "lemon" - Nissin - home health. In a rental car now
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication-Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.

She has not had a colon screening. She will consider and let us know when she would like to proceed.

## Past Medical/Surgical/Family/Social History

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6007051

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6007051
**Note Type:** Clinic Provider Note

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. No arthralgias/joint pain. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. No depression. No anxiety. No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

## Physical Exam

| Date/Time | Visit Number | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (in) | Weight (lbs/ ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6007051

---

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal:** Full ROM of all major joints. Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

---

**Assessment:**

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 03/11/2022
Active, GERD, K21.9, Active, , , 03/11/2022
Active, Hyperlipidemia, E78.5, Active, , , 03/11/2022

**Plan:**

Continue current medications, diet, and exercise as tolerated. RTC in 6 months, sooner if needed.

**Medications Given This Visit:**

---

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6007051
**Note Type:** Clinic Provider Note

| **Ordered & Completed Meds Table** | | | | | |
|---|---|---|---|---|---|
| **Ordered Medication** | **Start Date/Time** | **Dosage** | **Route** | **Frequency** | **Status** |
| SHINGRIX 50MCG VAC | 03/11/2022 10:36 | 50 MCG | IM OPTIONS | X1 | completed |

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

**New Prescriptions Given Today:**

**Medication:** Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder, **Dosage:** 2 PUFF, **Frequency:** EVERY 4 HOURS, **Start Date:** 03/11/2022, **Special Instructions:** 2 PUFF EVERY 4 HOURS
**Medication:** Flovent 0.044MG/Actuation Inhalation Aerosol Powder, **Dosage:** 2 PUFF, **Frequency:** TWICE A DAY, **Start Date:** 03/11/2022, **Special Instructions:** 2 PUFF TWICE A DAY
**Medication:** Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution, **Dosage:** 3 MILLILITER, **Frequency:** AS NEEDED, **Start Date:** 03/11/2022, **Special Instructions:** 3 MILLILITER AS NEEDED
**Medication:** Sertraline 100MG Oral Tablet, **Dosage:** 1 TABLET, **Frequency:** DAILY, **Start Date:** 03/11/2022, **Special Instructions:** 1 TABLET DAILY
**Medication:** Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid, **Dosage:** 2 PUFF, **Frequency:** TWICE A DAY, **Start Date:** 03/11/2022, **Special Instructions:** 2 PUFF TWICE A DAY
**Medication:** ALPRAZolam 0.5MG Oral Tablet, **Dosage:** 1 TABLET, **Frequency:** FOUR TIMES A DAY, **Start Date:** 03/11/2022, **Prescribing MD:** WEATHERFORD ALAN, **Special Instructions:** 1 TABLET FOUR TIMES A DAY

**Diagnostics Ordered:**

**Lab Results: This Visit**: No Labs Available

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6007051

# Data Reviewed

## Labs Ordered and Reviewed from Last Three Visits

**Lab Results: Last 6 Months**: No Labs Available

## Medicines Ordered and Reviewed

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

## Discussion to obtain old records and history from other means besides the patient:

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

Electronically signed by: ALAN WEATHERFORD, PA, 03/11/2022 11:29 CST
Electronically cosigned by: REGGIE HENDERSON, MD, 03/11/2022 18:39 CST

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6007051

---

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Provider Note

**DOB:**
**Account #:** 6009727

| All Demographics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Patient Name** | **DOB** | **Age** | **Sex** | **Visit Number** | **Admission Date/Time** | **Attending Physician** | **Date of Service** | **Room and Bed** | **Emergency Contact** |
| KINDLE, KIMBERLY A | | 50 years | Female | 6009727 | 03/25/2022 11:08 | KAUSHAL PATEL | 03/25/2022 | ED-1 | SELLERS, M.J. - 5124706559,5124706559 |

03/25/2022 11:32

## Chief Complaint: RIGHT KNEE- FAMILY

## History of Present Illness

The patient presents to the emergency department complaining of extremity pain.
It had an onset of few days
It is located right knee
It is made better by rest
It is made worse by walking
It is rated as moderate
It is associated with seen by ortho and given medication and x ray done two days ago

## Past Medical/Surgical/Family History

Past Medical History:

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |

Past Surgical History:
**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

Past Family History:
**Family History List**
Diabetes, FATHER

HENDERSON CO COMMUNITY HOSP
200 W CHURCH STREET, LEXINGTON, TN 383S12038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Provider Note

**DOB:**
**Account #:** 6009727

## Smoking/Allergies/Social History:

Smoking Status:
**Smoking Status:** Current every day smoker, **Cessation Education:**

Allergies:

| All Allergies (Active and Inactive) | | | | |
|---|---|---|---|---|
| **Allergen** | **Type** | **Reaction** | **Severity** | **Status** |
| CEFTRIAXONE | medication | | | active |

## Review of Systems

- CONSTITUTIONAL: Denies weight loss, fever, and chills.
- HEENT: Denies changes in vision and hearing. Patient reports no headache.
- RESPIRATORY: Reports SOB and difficulty breathing.
- CV: Denies palpitations but has Chest Pain.
- GI: Denies abdominal pain, nausea, vomiting, and diarrhea.
- GU: Denies dysuria and urinary frequency.
- MSK: Reports myalgia and joint pain.
- SKIN: Denies rash and pruritus.
- NEUROLOGICAL: Denies headache and syncope.
- PSYCHIATRIC: Denies recent mood changes. Denies anxiety and depression.

## Physical Exam

| Vital Signs: This Visit | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date/Time** | **BP (mm/ Hg)** | **BP Position/ Site** | **Heart Rate** | **Resp** | **Temp (°C)** | **Temp (°F)** | **SPO2%** | **O2 Device** | **Blood Sugar (mg/ dL)** | **Pain Score** | **Height (cm)** | **Height (in)** | **Weight (kg)** | **Weight (lbs/ ozs)** | **BMI** | **Head Cir (cm)** |
| 03/25/2022 11:25 | | | | | | | | | | 6 | | | | | | |
| 03/25/2022 11:22 | 121/62 | Sitting/ Left Arm | 88 | 20 | 36.8 Oral | 98.3 Oral | | | | | 172.72 cm | 68 in | 81.65 kg | 180 lbs | 27.37 | |
| 03/25/2022 11:12 | | | | | | | | | | 5 | | | | | | |

- GENERAL: Alert and oriented x 3. No acute distress. Well-nourished.
- EYES: EOMI. Anicteric.
- HENT: Moist mucous membranes. No scleral icterus. No cervical lymphadenopathy. Patient has no swelling of the jaw
- LUNGS: Clear to auscultation bilaterally. No accessory muscle use.
- CARDIOVASCULAR: Regular rate and rhythm. No murmur. No JVD.
- ABDOMEN: Soft, non-tender and non-distended. No palpable masses.

Electronically signed by: KAUSHAL PATEL, MD, 03/25/2022 11:33 CDT

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6009727
**Note Type:** ED Provider Note

- EXTREMITIES: No edema. manifest pain in right knee on movement
- SKIN: No rashes or lesions. Warm.
- NEUROLOGIC: No focal neurological deficits. CN II-XII grossly intact, but not individually tested.
- PSYCHIATRIC: Cooperative. Appropriate mood and affect.

## Data Reviewed

### Labs Ordered and Reviewed from Last Three Visits

**Lab Results: Last 24 Hours**: No Labs Available

### Radiology Ordered and Reviewed from Last Three Visits

### Medicines Ordered and Reviewed

**Home Medicines:**

**Home Meds: Dose and Freq**: No Home Medications Available

**Ordered Medicines:**

**Ordered & Completed Meds Table**: No Current Medications Available

**Discharge Medications**

| Medication | Dosage | Route | Frequency | Prescribing MD | Special Instructions |
|---|---|---|---|---|---|
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Provider Note

**DOB:**
**Account #:** 6009727

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

## Assessment

right knee pain
**Problems Addressed Today**: No Problems Available

## Plan

**see ortho this week**

conti home medication

HENDERSON COUNTY
COMMUNITY HOSPITAL

HENDERSON COUNTY COMMUNITY HOSPITAL
200 W CHURCH STREET/731-968-3646
PATIENT NAME: KIMBERLY A KINDLE
MED RECORD NO.: 757 / VISIT NO: 6009727
DOB: / ADMIT DATE: 03/25/2022 11:08

## Assessment
### Pain
CLENNEY KAREN JEANETTE 03/25/2022 11:25
**Clinical Observation of Pain:** Relaxed; calm expression
**Pain Level:** 6

## Physical Assessment
### Musculoskeletal
CLENNEY KAREN JEANETTE 03/25/2022 11:25
**Right Lower Extremity:** Neurovascularly intact, Tenderness, swelling to right knee

## Procedures
FREDERICK ALYSON CELENE 03/25/2022 11:37
**Procedure(s) Performed:** Dressing application
**Dressing Secured With:** Right knee ACE bandage applied
**Patient Tolerated:** Fair

## Miscellaneous Nursing Note
CLENNEY KAREN JEANETTE 03/25/2022 11:35
**Nursing Note**
pt upset after seeing Dr states she needs work statement and pain meds her work statement runs out today

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Discharge Instructions

**DOB:**
**Account #:** 6009727

03/25/2022 11:33

| All Demographics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Patient Name** | **DOB** | **Age** | **Sex** | **Visit Number** | **Admission Date/Time** | **Attending Physician** | **Date of Service** | **Room and Bed** | **Emergency Contact** |
| KINDLE, KIMBERLY A | | 50 years | Female | 6009727 | 03/25/2022 11:08 | KAUSHAL PATEL | 03/25/2022 | ED-1 | SELLERS, M.J. - 5124706559,5124706559 |

**Chief Complaint:** RIGHT KNEE- FAMILY

**Diagnosis: right knee pain**

**Problems Addressed Today**: No Problems Available

**Diet: Resume diet as tolerated**
**Activity: Activity as tolerated**

**Additional Instructions:**

**Ordered & Completed Meds Table**: No Current Medications Available

**Return to Work/School in 2 days.**
**Follow-up with: Your primary care provider in 2 days.**

**Discharged medications including new prescriptions.**

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |

Electronically signed by: KAUSHAL PATEL, MD, 03/25/2022 11:34 CDT

**HENDERSON CO COMMUNITY HOSP**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** ED Discharge Instructions

**DOB:**
**Account #:** 6009727

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Follow-up with your Healthcare Provider as directed.**
**Return to the Emergency Department if symptoms persist or worsen.**

**Patient/Guardian** **Date**

Electronically signed by: KAUSHAL PATEL, MD, 03/25/2022 11:34 CDT

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

----PATIENT NAME---- SEX AGE BIRTH ADMIT M/R# PATIENT# RM/LOC TYPE
KINDLE KIMBERLY A F 50 032522 757 6009757 220325
ORD: DUNAWAY SHA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- CBC W-PLT AUTO-DIFF ORDER # 18915

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1422 | 3/25/22 1312 |
| LAB | LAB | LAB | lab | lab |

CBC W-PLT AUTO COMPD
WTBJ

| Test Name | Result | Flag | Units | Normal-Range | | |
|---|---|---|---|---|---|---|
| [ WBC | 13.9 | H | K/uL | (L=4.2 | H=10.0 ) | 03/25/22.14 |
| [ RBC | 4.48 | | M/uL | (L=4.20 | H=5.40 ) | 03/25/22.14 |
| [ HEMOGLOBIN | 13.7 | | g/dL | (L=12.0 | H=16.0 ) | 03/25/22.14 |
| [ HEMATOCRIT | 43.4 | | % | (L=37.0 | H=47.0 ) | 03/25/22.14 |
| [ MCV | 97 | | fL | (L=81 | H=101 ) | 03/25/22.14 |
| [ MCH | 30.6 | | pg | (L=27.0 | H=34.0 ) | 03/25/22.14 |
| [ MCHC | 32 | | g/dL | (L=31 | H=36 ) | 03/25/22.14 |
| [ PLATELETS | 418 | | K/uL | (L=140 | H=440 ) | 03/25/22.14 |
| [ RDW | 13.3 | | % | (L=12.2 | H=16.0 ) | 03/25/22.14 |
| [ MPV | 9.0 | | fL | (L=6.5 | H=12.0 ) | 03/25/22.14 |
| [ #NEUT | 9.3 | | K/uL | (L=0.0 | H=0.0 ) | 03/25/22.14 |
| [ #LYMPH | 3.6 | | K/uL | (L=0.0 | H=0.0 ) | 03/25/22.14 |
| [ #MONO | 0.8 | | K/uL | (L=0.0 | H=0.0 ) | 03/25/22.14 |
| [ #EOS | 0.1 | | K/uL | (L=0.0 | H=0.0 ) | 03/25/22.14 |
| [ #BASO | 0.1 | | K/uL | (L=0.0 | H=0.0 ) | 03/25/22.14 |
| [ %NEUT | 67 | | % | (L=50 | H=75 ) | 03/25/22.14 |
| [ %LYMPH | 26 | | % | (L=25 | H=40 ) | 03/25/22.14 |
| [ %MONO | 5 | | % | (L=0 | H=14 ) | 03/25/22.14 |
| [ %EOS | 1 | | % | (L=0 | H=6 ) | 03/25/22.14 |
| [ %BASO | 0 | | % | (L=0 | H=2 ) | 03/25/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 032522 | 757 | 6009757 | | 220325 |

ORD: DUNAWAY SHA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- CBC W-PLT AUTO-DIFF ORDER # 18915

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1312 | 3/25/22 1422 | 3/25/22 1312 |
| LAB | LAB | LAB | lab | lab |

CBC W-PLT AUTO COMPD
WTBJ

| Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|
| [ WBC | 13.9 | H | K/uL | (L=4.2 | H=10.0 | ) | 03/25/22.14 |
| [ RBC | 4.48 | | M/uL | (L=4.20 | H=5.40 | ) | 03/25/22.14 |
| [ HEMOGLOBIN | 13.7 | | g/dL | (L=12.0 | H=16.0 | ) | 03/25/22.14 |
| [ HEMATOCRIT | 43.4 | | % | (L=37.0 | H=47.0 | ) | 03/25/22.14 |
| [ MCV | 97 | | fL | (L=81 | H=101 | ) | 03/25/22.14 |
| [ MCH | 30.6 | | pg | (L=27.0 | H=34.0 | ) | 03/25/22.14 |
| [ MCHC | 32 | | g/dL | (L=31 | H=36 | ) | 03/25/22.14 |
| [ PLATELETS | 418 | | K/uL | (L=140 | H=440 | ) | 03/25/22.14 |
| [ RDW | 13.3 | | % | (L=12.2 | H=16.0 | ) | 03/25/22.14 |
| [ MPV | 9.0 | | fL | (L=6.5 | H=12.0 | ) | 03/25/22.14 |
| [ #NEUT | 9.3 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ #LYMPH | 3.6 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ #MONO | 0.8 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ #EOS | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ #BASO | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 03/25/22.14 |
| [ %NEUT | 67 | | % | (L=50 | H=75 | ) | 03/25/22.14 |
| [ %LYMPH | 26 | | % | (L=25 | H=40 | ) | 03/25/22.14 |
| [ %MONO | 5 | | % | (L=0 | H=14 | ) | 03/25/22.14 |
| [ %EOS | 1 | | % | (L=0 | H=6 | ) | 03/25/22.14 |
| [ %BASO | 0 | | % | (L=0 | H=2 | ) | 03/25/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F    50        032522 757         6009757          220325
ORD: DUNAWAY SHA   ATT:                SEC:               PRI: WEATHERFORD
 PAT PHONE:
================================================================================
---PROCEDURE--- C-REACTIVE PROTEIN                            ORDER # 18916
--ORDERED--     --COLLECTED--     --REC'D--     --RESULTED--     --VERIFIED---
 3/25/22 1312   3/25/22 1312    3/25/22 1312   3/25/22 1359    3/25/22 1312
LAB             LAB             LAB            lab             lab
================================================================================
  WTBJ
           Test Name            Result   Flag Units     Normal-Range
--------------------------------------------------------------------------------

[      CRP                     ______3.3___ H  mg/dL     (L=0.2      H=0.9      )      03/25/22.13
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F   50        032522 757         6009757          220325
ORD: DUNAWAY SHA   ATT:               SEC:               PRI: WEATHERFORD
 PAT PHONE:
================================================================================
---PROCEDURE--- SED RATE AUTOMATED                              ORDER # 18917
--ORDERED--     --COLLECTED--      --REC'D--     --RESULTED--     --VERIFIED---
 3/25/22 1312   3/25/22 1312    3/25/22 1312   3/25/22 1422    3/25/22 1312
LAB             LAB             LAB            lab             lab
================================================================================
  WTBJ
         Test Name              Result   Flag Units     Normal-Range
--------------------------------------------------------------------------------

[      SED RATE              ______36______ H  mm/HR    (L=0         H=25        )      03/25/22.14
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 032522 | 757 | 6009757 | | 220325 |

ORD: DUNAWAY SHA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- SYNOVIAL FLUID CELL COUNT ORDER # 18941

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/25/22 1419 | 3/25/22 1419 | 3/25/22 1419 | 3/26/22 1510 | 3/25/22 1419 |
| LAB | LAB | LAB | lab | lab |

SYNOVIAL FLUID CELL COUNT

Testing performed at: [MB] Labcorp Birmingham, 1801 First Avenue South, Birmingham, AL, 35233-1935, Phone: 205-581-3500, Laboratory Director: Brian D. Ragland, MD

| Test Name | Result | Flag | Units | Normal-Range | |
|---|---|---|---|---|---|
| Color, Fluid | Yellow | | | ( Yellow ) | 03/26/22.15 |
| Clarity, Fluid | Cloudy | A | | ( Clear ) | 03/26/22.15 |
| Nucleated Cells, Synovial Fld | 110150 | H | cells/uL | ( 0-200 ) | 03/26/22.15 |
| RBC, Fluid | FEW | | /uL | ( Not Estab. ) | 03/26/22.15 |
| Neut, Fluid | 91 | | % | ( Not Estab. ) | 03/26/22.15 |
| Lymphocytes, Fluid | 3 | | % | ( Not Estab. ) | 03/26/22.15 |
| Macrophages | 6 | | % | ( Not Estab. ) | 03/26/22.15 |
| Eosinophils, Fluid | 0 | | % | ( Not Estab. ) | 03/26/22.15 |
| Lining Cells, Synovial | 0 | | % | ( Not Estab. ) | 03/26/22.15 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F    50        032522 757         6009757
ORD: DUNAWAY SHA   ATT:               SEC:               PRI: WEATHERFORD
 PAT PHONE:
===============================================================================
---PROCEDURE--- AEROBIC/ANAEROBIC CULTURE                      ORDER # 18943
--ORDERED--      --COLLECTED--      --REC'D--    --RESULTED--      --VERIFIED---
 3/25/22 1423    3/25/22 1423    3/25/22 1423    4/01/22 0842    3/25/22 1423
LAB              LAB              LAB              lab              lab
===============================================================================
    _AEROBIC/ANAEROBIC CULTURE_
Test¯Name                  Result         Flag Units     Normal-Range
-------------------------------------------------------------------------------

  Items were attached to this order: GPI [i], GPS [i]
 REFLAB                    __All_testing__          (                    )      04/01/22.08
                           ¯within this___
                           ¯panel a_______
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

----PATIENT NAME---- SEX AGE BIRTH ADMIT M/R# PATIENT# RM/LOC TYPE
KINDLE KIMBERLY A F 50 040422 757 6011375 220404
ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- CBC W-PLT AUTO-DIFF ORDER # 23195

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1348 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

CBC W-PLT AUTO COMPD
TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | WBC | 12.4 | H | K/uL | (L=4.2 | H=10.0 | ) | 04/04/22.13 |
| [ | RBC | 3.94 | L | M/uL | (L=4.20 | H=5.40 | ) | 04/04/22.13 |
| [ | HEMOGLOBIN | 12.1 | | g/dL | (L=12.0 | H=16.0 | ) | 04/04/22.13 |
| [ | HEMATOCRIT | 38.7 | | % | (L=37.0 | H=47.0 | ) | 04/04/22.13 |
| [ | MCV | 98 | | fL | (L=81 | H=101 | ) | 04/04/22.13 |
| [ | MCH | 30.7 | | pg | (L=27.0 | H=34.0 | ) | 04/04/22.13 |
| [ | MCHC | 31 | L | g/dL | (L=31 | H=36 | ) | 04/04/22.13 |
| [ | PLATELETS | 423 | | K/uL | (L=140 | H=440 | ) | 04/04/22.13 |
| [ | RDW | 13.0 | | % | (L=12.2 | H=16.0 | ) | 04/04/22.13 |
| [ | MPV | 9.9 | | fL | (L=6.5 | H=12.0 | ) | 04/04/22.13 |
| [ | #NEUT | 7.5 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #LYMPH | 3.4 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #MONO | 1.1 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #EOS | 0.3 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | #BASO | 0.1 | | K/uL | (L=0.0 | H=0.0 | ) | 04/04/22.13 |
| [ | %NEUT | 61 | | % | (L=50 | H=75 | ) | 04/04/22.13 |
| [ | %LYMPH | 27 | | % | (L=25 | H=40 | ) | 04/04/22.13 |
| [ | %MONO | 9 | | % | (L=0 | H=14 | ) | 04/04/22.13 |
| [ | %EOS | 3 | | % | (L=0 | H=6 | ) | 04/04/22.13 |
| [ | %BASO | 1 | | % | (L=0 | H=2 | ) | 04/04/22.13 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040422 | 757 | 6011375 | | 220404 |

ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- C-REACTIVE PROTEIN ORDER # 23196

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1405 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | CRP | ________3.0___ | H | mg/dL | (L=0.2 | H=0.9 | ) | 04/04/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040422 | 757 | 6011375 | | 220404 |

ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- SED RATE AUTOMATED ORDER # 23197

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1411 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | SED RATE | 40 | H | mm/HR | (L=0 | H=25 | ) | 04/04/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F   50         040422 757         6011375          220404
ORD: INVALID        ATT: WILSON TINA   SEC:               PRI: WEATHERFORD
 PAT PHONE:
===============================================================================
---PROCEDURE--- SED RATE AUTOMATED                               ORDER # 23197
--ORDERED--     --COLLECTED--      --REC'D--    --RESULTED--      --VERIFIED---
 4/04/22 1312   4/04/22 1312   4/04/22 1312   4/04/22 1411    4/04/22 1312
LAB             LAB             LAB             lab               lab
===============================================================================
  TQHH
         Test Name            Result   Flag Units     Normal-Range
-------------------------------------------------------------------------------

[      SED RATE              ______40______ H  mm/HR     (L=0         H=25       )      04/04/22.14
```

```
                    HENERSON COUNTY COMMUNITY HOSPITAL
                         HWY 22 & US HWY 412
                         LEXINGTON, TN  38351
                         CLIA#44D0315681
----PATIENT NAME----  SEX AGE BIRTH  ADMIT  M/R#      PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A     F   50        040422 757       6011375          220404
ORD: INVALID        ATT: WILSON TINA  SEC:            PRI: WEATHERFORD
 PAT PHONE:
===============================================================================
---PROCEDURE--- SED RATE AUTOMATED                         ORDER # 23197
--ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
 4/04/22 1312   4/04/22 1312    4/04/22 1312   4/04/22 1411    4/04/22 1312
LAB             LAB             LAB            lab             lab
===============================================================================
  TQHH
         Test Name            Result   Flag Units     Normal-Range
-------------------------------------------------------------------------------

[      SED RATE              ______40_____ H  mm/HR    (L=0         H=25       )      04/04/22.14
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

```
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F   50         040422 757         6011375          220404
ORD: INVALID       ATT: WILSON TINA   SEC:               PRI: WEATHERFORD
 PAT PHONE:
==============================================================================
---PROCEDURE--- TRANSFERASE ALT                                ORDER # 23198
--ORDERED--    --COLLECTED--     --REC'D--   --RESULTED--     --VERIFIED---
 4/04/22 1312  4/04/22 1312   4/04/22 1312  4/04/22 1405    4/04/22 1312
LAB            LAB             LAB           lab              lab
==============================================================================
  TQHH
         Test Name           Result   Flag Units     Normal-Range
------------------------------------------------------------------------------

[      SGPT/ALT             ______43______     U/L       (L=12        H=78       )      04/04/22.14
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040422 | 757 | 6011375 | | 220404 |

ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- CREATININE BLOOD ORDER # 23199

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1405 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | |
|---|---|---|---|---|---|---|---|
| [ | CREATININE | 0.64 | | mg/dL | (L=0.60 | H=1.20 ) | 04/04/22.14 |
| [ | eGFRAA | > 60 | | | | | 04/04/22.14 |
| [ | eGFRNAA | > 60 | | | | | 04/04/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040422 | 757 | 6011375 | | 220404 |

ORD: INVALID ATT: WILSON TINA SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- VANCO TROUGH ORDER # 23200

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1312 | 4/04/22 1405 | 4/04/22 1312 |
| LAB | LAB | LAB | lab | lab |

TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | VANCOMYCIN TR | 15 | | ug/mL | (L=10 | H=20 | ) | 04/04/22.14 |

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 040922 | 757 | 6012377 | | 220409 |

ORD: WILSON TINA ATT: SEC: PRI: WEATHERFORD
PAT PHONE:

---PROCEDURE--- CREATININE BLOOD ORDER # 24435

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/09/22 1538 | 4/09/22 1500 | 4/09/22 1538 | 4/09/22 1730 | 4/09/22 1500 |
| MW | MEW | MEW | lab | lab |

fAX TO tqhh

| | Test Name | Result | Flag | Units | Normal-Range | | | |
|---|---|---|---|---|---|---|---|---|
| [ | CREATININE | 0.53 | L | mg/dL | (L=0.60 | H=1.20 | ) | 04/09/22.17 |
| [ | eGFRAA | > 60 | | | | | | 04/09/22.17 |
| [ | eGFRNAA | > 60 | | | | | | 04/09/22.17 |

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6012671
**Note Type:** Clinic Provider Note

---

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** **Age:** 50 years

04/11/2022 16:51

**Chief Complaint:** **Chief Complaint:** FACE TO FACE HOME HEALTH EVALUATION FOR TN QUALITY. USES FAMILY PHARMACY.

**History of Present Illness:**

Patient recently diagnosed with septic arthritis in the right knee. She went to Shane Dunaway and had arthrocentesis. It did not improve and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and is currently taking 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve - followed by Dr. Korban. She presents today for F2F for HH with TN Quality. She sees Dr. Korban on 5/3 and Dr. Pucek on 5/19.

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication- Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.

She has not had a colon screening. She will consider and let us know when she would like to proceed.

---

**Past Medical/Surgical/Family/Social History**

---

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6012671
**Note Type:** Clinic Provider Note

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| HYDROcodone bitartrate-acetaminophen 7.5MG-325MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

## Review of Systems

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease/injury.

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. + **arthralgias/joint pain in knees**. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. + **depression.** + **anxiety**. No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

## Physical Exam

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6012671
**Note Type:** Clinic Provider Note

| Date/Time | Visit Number | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (in) | Weight (lbs/ ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/2022 16:26 | 6012671 | 119/66 | Sitting/ Left Arm | 93 | | 97.5 Temporal | 96 % | Room Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting/ Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 119/66 | Sitting/ Left Arm | 93 | 20 | 97.5 Temporal | 96 % | Room Air 21% | | 6 | 68 in | 184 lbs | 27.37 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal: Decreased ROM in knees. Right knee is in a brace.** Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**MRN:** 757
**Note Type:** Clinic Provider Note

**DOB:**
**Account #:** 6012671

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

**Assessment:**

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 04/12/2022
Active, GERD, K21.9, Active, , , 04/12/2022
Active, Hyperlipidemia, E78.5, Active, , , 04/12/2022
Active, Pain in right knee, M25.561, Active, , , 04/12/2022
Active, Arthritis of both knees, M13.861, Active, , , 04/12/2022
Active, Septic arthritis of knee, M00.9, Active, , , 04/12/2022

**Plan:**

**Continue current medications and treatment with Orthopedist and Cardiologist. Continue with home health to help with PT and with administering Vancomycin with pic line. Continue current diet, and exercise as tolerated. RTC in 6 months, sooner if needed.**

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

## Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| CRP | **9.6 H** | mg/dL | 0.2-0.9 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| WBC | **11.1 H** | 10\S\3/uL | 4.2-10.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RBC | **3.62 L** | M/uL | 4.20-5.40 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMOGLOBIN | 11 L | g/dL | 12.0-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMATOCRIT | **34.6 L** | % | 37.0-47.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCV | 96 | fL | 81-101 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCH | 30.4 | pg | 27.0-34.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCHC | 31.8 | g/dL | 31.5-36.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| PLATELETS | **538 H** | 10\S\3/uL | 140-440 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RDW | 12.5 | % | 12.2-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MPV | 9 | fL | 6.5-12.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #NEUT | 6.6 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #LYMPH | 3.2 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #MONO | 0.8 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #EOS | 0.5 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %NEUT | 59.3 | % | 50.0-75.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %LYMPH | 28.9 | % | 25.0-40.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %MONO | 6.7 | % | 0.0-14.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %EOS | 4.3 | % | 0.0-6.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %BASO | 0.8 | % | 0.0-2.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| SED RATE | 44 H | mm/hr | 0-25 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| SGPT/ALT | 78 | U/L | 12-78 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| VANCOMYCIN TR | 10 | ug/mL | 10.0-20.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.53 L | mg/dL | 0.60-1.20 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| CRP | 3 H | mg/dL | 0.2-0.9 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| WBC | 12.4 H | 10\S\3/uL | 4.2-10.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMOGLOBIN | 12.1 | g/dL | 12.0-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCV | 98 | fL | 81-101 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCH | 30.7 | pg | 27.0-34.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| PLATELETS | 423 | 10\S\3/uL | 140-440 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RDW | 13 | % | 12.2-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MPV | 9.9 | fL | 6.5-12.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #NEUT | 7.5 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #LYMPH | 3.4 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #MONO | 1.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #EOS | 0.3 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %NEUT | 60.5 | % | 50.0-75.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %LYMPH | 27.2 | % | 25.0-40.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %MONO | 9.1 | % | 0.0-14.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %EOS | 2.7 | % | 0.0-6.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %BASO | 0.5 | % | 0.0-2.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT



PAGE 34/49 * RCVD AT 6/7/2022 12:24:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6033340380 * CSID:731 968 1705 * ANI:17319683646 * DURATION (mm-ss):17-38

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SED RATE | **40 H** | mm/hr | 0-25 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SGPT/ALT | 43 | U/L | 12-78 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| VANCOMYCIN TR | 14.5 | ug/mL | 10.0-20.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| REFLAB | All testing within this panel are complete | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPI CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPS CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| Color, Fluid | Yellow | | Yellow | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Clarity, Fluid | Cloudy A | | Clear | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Nucleated Cells, Synovial Fld | **110150 H** | cells/uL | 0-200 | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| RBC, Fluid | FEW | | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Neut, Fluid | 91 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lymphocytes, Fluid | 3 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Macrophages | 6 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Eosinophils, Fluid | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lining Cells, Synovial | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| CRP | 3.3 H | mg/dL | 0.2-0.9 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| WBC | 13.9 H | 10\S\3/uL | 4.2-10.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RBC | 4.48 | M/uL | 4.20-5.40 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMOGLOBIN | 13.7 | g/dL | 12.0-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMATOCRIT | 43.4 | % | 37.0-47.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCV | 97 | fL | 81-101 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCH | 30.6 | pg | 27.0-34.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCHC | 31.6 | g/dL | 31.5-36.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| PLATELETS | 418 | 10\S\3/uL | 140-440 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RDW | 13.3 | % | 12.2-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MPV | 9 | fL | 6.5-12.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #NEUT | 9.3 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #LYMPH | 3.6 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #MONO | 0.8 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #EOS | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %NEUT | 67.1 | % | 50.0-75.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %LYMPH | 26.2 | % | 25.0-40.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %MONO | 5.4 | % | 0.0-14.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %EOS | 0.9 | % | 0.0-6.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %BASO | 0.4 | % | 0.0-2.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| SED RATE | 36 H | mm/hr | 0-25 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| VENIPUNCTURE | | | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

## Medicines Ordered and Reviewed

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

## HENDERSON COUNTY HOSPITAL

200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

**Discharge Medications**

| Medication | Dosage | Route | Frequency | Prescribing MD | Special Instructions |
|---|---|---|---|---|---|
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**<u>Discussion to obtain old records and history from other means besides the patient:</u>**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

---

**Patient Name:** KINDLE, KIMBERLY A, **DOB:** **Age:** 50 years

04/11/2022 16:51

**Chief Complaint:** **Chief Complaint:** FACE TO FACE HOME HEALTH EVALUATION FOR TN QUALITY. USES FAMILY PHARMACY.

**History of Present Illness:**

Patient recently diagnosed with septic arthritis in the right knee. She went to Shane Dunaway and had arthrocentesis. It did not improve and she went back and had another arthrocentesis that was cultured and grew MRSA. She was sent to Dr. Pucek, who opened the knee and cleaned it out in surgery. She had a pic line placed and is currently taking 6 weeks of Vancomycin treatments. She went into the hospital on 3/28 and was hospitalized for 1 week, d/c on 4/1. She was also found to have some vegetation on her heart valves on echo. She has a bicuspid aortic valve - followed by Dr. Korban. She presents today for F2F for HH with TN Quality. She sees Dr. Korban on 5/3 and Dr. Pucek on 5/19.

**Anxiety/Depression**
Severity: denies suicidal ideations; able to maintain relationships; does not interfere with activities of daily living
Context: **major life stressors; trouble at work (stress at work)**
Associated Symptoms: denies homicidal ideations; no significant weight gain; no visual/auditory hallucinations; no delusions; **shortness of breath (with exertion)**
Notes: Compliance with medication- Sertraline and Alprazolam.

**Reflux/GERD**
Severity: same
Duration: present for 6-12 months
Context: **smoker ppd**
Alleviating Factors: medication; Cimetidine and Omeprazole.
Notes: Compliance with medication.

She is followed by GYN for paps and mammograms.

She has not had a colon screening. She will consider and let us know when she would like to proceed.

---

**Past Medical/Surgical/Family/Social History**

---

## HENDERSON COUNTY HOSPITAL
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| **Problem** | **ICD Code** | **Onset Date** | **Resolved Date** | **Age** | **Status** | **Comment** |
| Anxiety | F41.9 | | | | Active | |
| GERD | K21.9 | | | | Active | |
| Hyperlipidemia | E78.5 | | | | Active | |
| Pain in right knee | M25.561 | | | | Active | |

**Surgery List**
Surgery on external ear,
Cancer of vulva,
Cancer of vulva,
Kidney stone,

**Family History List**
Diabetes, FATHER

**Social History:**

**Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
CEFTRIAXONE, medication

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | TWICE A DAY |
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| Home Meds: Dose and Freq | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| HYDROcodone bitartrate-acetaminophen 7.5MG-325MG Oral Tablet | 1 TABLET | FOUR TIMES A DAY |

## Review of Systems

**Constitutional:** No fever. No significant weight gain or weight loss.

**Eyes:** No vision change. No eye disease/injury.

**ENMT:** No difficulty hearing. No ear pain. No sore throat.

**Cardiovascular:** No chest pain or palpitations. No edema. No DOE.

**Respiratory:** No wheezing. No shortness of breath. No coughing up blood.

**Gastrointestinal:** No abdominal pain, nausea, or vomiting. Normal appetite. No diarrhea. No blood in stools.

**Genitourinary:** No difficulty urinating. No hematuria. No increased frequency.

**Musculoskeletal:** No muscle aches. + **arthralgias/joint pain in knees**. No swelling in the extremities.

**Skin:** No rashes. No non-healing areas.

**Neurologic:** No loss of consciousness. No seizures. No headaches. No tremor.

**Psych:** No insomnia. + **depression.** + **anxiety**. No suicidal thoughts. No memory loss.

**Endocrine:** No fatigue. No heat/cold intolerance.

## Physical Exam

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| Date/Time | Visit Number | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (in) | Weight (lbs/ozs) | BMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/2022 16:26 | 6012671 | 119/66 | Sitting/ Left Arm | 93 | | 97.5 Temporal | 96 % | Room Air 21% | | | | 184 lbs | |
| 03/25/2022 11:25 | 6009727 | | | | | | | | | 6 | | | |
| 03/25/2022 11:22 | 6009727 | 121/62 | Sitting/ Left Arm | 88 | 20 | 98.3 Oral | | | | | 68 in | 180 lbs | 27.37 |
| 03/25/2022 11:12 | 6009727 | | | | | | | | | 5 | | | |
| 03/11/2022 09:49 | 6007051 | 143/75 | Sitting/ Left Arm | 80 | | 97.8 Temporal | 94 % | Room Air 21% | | | 68 in | 181 lbs | 27.52 |
| | | 119/66 | Sitting/ Left Arm | 93 | 20 | 97.5 Temporal | 96 % | Room Air 21% | | 6 | 68 in | 184 lbs | 27.37 |

**Constitutional:** Well-nourished, well-developed. Appears stated age. No acute distress.

**Eyes:** PERRLA, EOMs intact.

**ENMT:** EACs clear. TMs negative. Normal LR. Nares patent. Pharynx clear. Oral mucous membranes moist.

**Neck:** Full ROM. No cervical nodes palpable. No JVD or carotid bruits noted. Thyroid not palpable.

**Lungs:** CTA with good air movement in all lung fields.

**Cardiovascular:** RRR. No murmur.

**Abdomen:** Bowel sounds normal x 4 quadrants. Soft, ND, and NT. No hepatosplenomegaly. No palpable mass or hernia.

**Musculoskeletal: Decreased ROM in knees. Right knee is in a brace.** Normal tone and motor strength.

**Neurologic:** CN II-XII grossly intact. Normal gait. DTR 2+ bilaterally throughout.

**Skin:** Turgor adequate. No rash noted.

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

**Extremities:** No edema or varicosities. Radial and pedal pulses 2+ bilaterally. No clubbing or cyanosis.

**Psychiatric:** Alert and oriented x 3. Normal mood and affect.

---

**Assessment:**

**Problems Addressed Today**
Active, Anxiety, F41.9, Active, , , 04/12/2022
Active, GERD, K21.9, Active, , , 04/12/2022
Active, Hyperlipidemia, E78.5, Active, , , 04/12/2022
Active, Pain in right knee, M25.561, Active, , , 04/12/2022
Active, Arthritis of both knees, M13.861, Active, , , 04/12/2022
Active, Septic arthritis of knee, M00.9, Active, , , 04/12/2022

**Plan:**

**Continue current medications and treatment with Orthopedist and Cardiologist. Continue with home health to help with PT and with administering Vancomycin with pic line. Continue current diet, and exercise as tolerated. RTC in 6 months, sooner if needed.**

**Discharge Medications:**
**Discharge Medications**
Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder
Flovent 0.044MG/Actuation Inhalation Aerosol Powder
Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution
Sertraline 100MG Oral Tablet
Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid
ALPRAZolam 0.5MG Oral Tablet

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

# Data Reviewed

**Labs Ordered and Reviewed from Last Three Visits**

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| CRP | **9.6 H** | mg/dL | 0.2-0.9 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| WBC | **11.1 H** | 10\S\3/uL | 4.2-10.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RBC | **3.62 L** | M/uL | 4.20-5.40 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMOGLOBIN | **11 L** | g/dL | 12.0-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| HEMATOCRIT | **34.6 L** | % | 37.0-47.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCV | 96 | fL | 81-101 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCH | 30.4 | pg | 27.0-34.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MCHC | 31.8 | g/dL | 31.5-36.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| PLATELETS | **538 H** | 10\S\3/uL | 140-440 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| RDW | 12.5 | % | 12.2-16.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| MPV | 9 | fL | 6.5-12.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #NEUT | 6.6 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #LYMPH | 3.2 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #MONO | 0.8 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #EOS | 0.5 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %NEUT | 59.3 | % | 50.0-75.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %LYMPH | 28.9 | % | 25.0-40.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %MONO | 6.7 | % | 0.0-14.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %EOS | 4.3 | % | 0.0-6.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| %BASO | 0.8 | % | 0.0-2.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| SED RATE | 44 H | mm/hr | 0-25 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| SGPT/ALT | 78 | U/L | 12-78 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| VANCOMYCIN TR | 10 | ug/mL | 10.0-20.0 | 04/11/2022 13:31 | 04/11/2022 12:00 | final |
| CREATININE | 0.53 L | mg/dL | 0.60-1.20 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/09/2022 15:38 | 04/09/2022 15:00 | final |
| CRP | 3 H | mg/dL | 0.2-0.9 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| WBC | 12.4 H | 10\S\3/uL | 4.2-10.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RBC | 3.94 L | M/uL | 4.20-5.40 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMOGLOBIN | 12.1 | g/dL | 12.0-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| HEMATOCRIT | 38.7 | % | 37.0-47.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCV | 98 | fL | 81-101 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCH | 30.7 | pg | 27.0-34.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MCHC | 31.3 L | g/dL | 31.5-36.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| PLATELETS | 423 | 10\S\3/uL | 140-440 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| RDW | 13 | % | 12.2-16.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| MPV | 9.9 | fL | 6.5-12.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #NEUT | 7.5 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #LYMPH | 3.4 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #MONO | 1.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #EOS | 0.3 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %NEUT | 60.5 | % | 50.0-75.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %LYMPH | 27.2 | % | 25.0-40.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %MONO | 9.1 | % | 0.0-14.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %EOS | 2.7 | % | 0.0-6.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| %BASO | 0.5 | % | 0.0-2.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| CREATININE | 0.64 | mg/dL | 0.60-1.20 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |

Electronically signed by: ALAN WEATHERFORD, PA, 04/12/2022 09:18 CDT

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6012671
**Note Type:** Clinic Provider Note

**Lab Results: Last 6 Months**

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| eGFRAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| eGFRNAA | >60 | mL/min/ 1.73m2 | >60 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SED RATE | **40 H** | mm/hr | 0-25 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| SGPT/ALT | 43 | U/L | 12-78 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| VANCOMYCIN TR | 14.5 | ug/mL | 10.0-20.0 | 04/04/2022 13:12 | 04/04/2022 13:12 | final |
| REFLAB | All testing within this panel are complete | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPI CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| GPS CHARGE [I] | | | | 03/25/2022 14:23 | 03/25/2022 14:23 | final |
| Color, Fluid | Yellow | | Yellow | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Clarity, Fluid | Cloudy A | | Clear | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Nucleated Cells, Synovial Fld | **110150 H** | cells/uL | 0-200 | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| RBC, Fluid | FEW | | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Neut, Fluid | 91 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lymphocytes, Fluid | 3 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Macrophages | 6 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Eosinophils, Fluid | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| Lining Cells, Synovial | 0 | % | Not Estab. | 03/25/2022 14:19 | 03/25/2022 14:19 | final |
| CRP | **3.3 H** | mg/dL | 0.2-0.9 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| WBC | **13.9 H** | 10\S\3/uL | 4.2-10.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RBC | 4.48 | M/uL | 4.20-5.40 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMOGLOBIN | 13.7 | g/dL | 12.0-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| HEMATOCRIT | 43.4 | % | 37.0-47.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCV | 97 | fL | 81-101 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCH | 30.6 | pg | 27.0-34.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MCHC | 31.6 | g/dL | 31.5-36.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

**HENDERSON COUNTY HOSPITAL**
200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE **DOB:**
**MRN:** 757 **Account #:** 6012671
**Note Type:** Clinic Provider Note

| Lab Results: Last 6 Months | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| PLATELETS | 418 | 10\S\3/uL | 140-440 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| RDW | 13.3 | % | 12.2-16.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| MPV | 9 | fL | 6.5-12.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #NEUT | 9.3 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #LYMPH | 3.6 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #MONO | 0.8 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #EOS | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| #BASO | 0.1 | 10\S\3/uL | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %NEUT | 67.1 | % | 50.0-75.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %LYMPH | 26.2 | % | 25.0-40.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %MONO | 5.4 | % | 0.0-14.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %EOS | 0.9 | % | 0.0-6.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| %BASO | 0.4 | % | 0.0-2.0 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| SED RATE | 36 H | mm/hr | 0-25 | 03/25/2022 13:12 | 03/25/2022 13:12 | final |
| VENIPUNCTURE | | | | 03/25/2022 13:12 | 03/25/2022 13:12 | final |

## Medicines Ordered and Reviewed

| Discharge Medications | | | | | |
|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Prescribing MD** | **Special Instructions** |
| Albuterol HFA 0.09MG/1INH Inhalation Aerosol Powder | 2 PUFF | | EVERY 4 HOURS | | 2 PUFF EVERY 4 HOURS |
| Flovent 0.044MG/Actuation Inhalation Aerosol Powder | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |

## HENDERSON COUNTY HOSPITAL

200 W CHURCH STREET, LEXINGTON, TN 383512038 - 731-968-3646

**Patient Name:** KIMBERLY KINDLE
**DOB:**
**MRN:** 757
**Account #:** 6012671
**Note Type:** Clinic Provider Note

**Discharge Medications**

| Medication | Dosage | Route | Frequency | Prescribing MD | Special Instructions |
|---|---|---|---|---|---|
| Ipratropium Bromide-Albuterol Sulfate 0.5MG/3ML-3MG/3ML Inhalation Solution | 3 MILLILITER | | AS NEEDED | | 3 MILLILITER AS NEEDED |
| Sertraline 100MG Oral Tablet | 1 TABLET | | DAILY | | 1 TABLET DAILY |
| Symbicort 80/4.5 80MCG-4.5MCG/1 Actua Inhalation Aerosol Liquid | 2 PUFF | | TWICE A DAY | | 2 PUFF TWICE A DAY |
| ALPRAZolam 0.5MG Oral Tablet | 1 TABLET | | FOUR TIMES A DAY | WEATHERFORD ALAN | 1 TABLET FOUR TIMES A DAY |

**Discussion to obtain old records and history from other means besides the patient:**

All pertinent historical information was reviewed on this patient. When available, family, EMS, friends, PDMP, surescripts and/or any witnesses were interviewed to collect additional information to evaluate the patient.

```
                    HENERSON COUNTY COMMUNITY HOSPITAL
                         HWY 22 & US HWY 412
                         LEXINGTON, TN  38351
                         CLIA#44D0315681
----PATIENT NAME----   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 KINDLE KIMBERLY A      F    50        041422 757        6013193          220414
ORD: WILSON TINA   ATT:               SEC:               PRI:
 PAT PHONE:
===============================================================================
---PROCEDURE--- VANCO TROUGH                                ORDER # 26221
--ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
 4/14/22 1249   4/14/22 1045   4/14/22 1252   4/14/22 1312    4/14/22 1045
KDE             LAB            LAB            lab             lab
===============================================================================
  TQHH
          Test Name            Result   Flag Units     Normal-Range
-------------------------------------------------------------------------------

[      VANCOMYCIN TR          ______13_____     ug/mL     (L=10       H=20      )      04/14/22.13
```

HENERSON COUNTY COMMUNITY HOSPITAL
HWY 22 & US HWY 412
LEXINGTON, TN 38351
CLIA#44D0315681

| ----PATIENT NAME---- | SEX | AGE | BIRTH | ADMIT | M/R# | PATIENT# | RM/LOC | TYPE |
|---|---|---|---|---|---|---|---|---|
| KINDLE KIMBERLY A | F | 50 | | 041422 | 757 | 6013193 | | 220414 |

ORD: WILSON TINA ATT: SEC: PRI:
PAT PHONE:

---PROCEDURE--- CREATININE BLOOD ORDER # 26222

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 4/14/22 1249 | 4/14/22 1045 | 4/14/22 1252 | 4/14/22 1312 | 4/14/22 1045 |
| KDE | LAB | LAB | lab | lab |

TQHH

| | Test Name | Result | Flag | Units | Normal-Range | | |
|---|---|---|---|---|---|---|---|
| [ | CREATININE | 0.60 | | mg/dL | (L=0.60 | H=1.20 ) | 04/14/22.13 |
| [ | eGFRAA | > 60 | | | | | 04/14/22.13 |
| [ | eGFRNAA | > 60 | | | | | 04/14/22.13 |

PAGE 49/49 * RCVD AT 6/7/2022 12:24:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6033340380 * CSID:731 968 1705 * ANI:17319683646 * DURATION (mm-ss):17-38

**From:**Ask Benefits <askbenefits@amhealthpartners.com>
**Sent:**Tue, 7 Jun 2022 18:30:44 +0000
**To:**Johnson, Renata M;Ask Benefits
**Subject:**RE: LTD eligibility 12903776 Kimberly Kindle 141182444
**Attachments:**JobDescription_36320_3Z6DR_C893E80020K0.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This message was sent securely using Zix®

Good afternoon,

We are showing Kimberly's coverage started 1/1/2020.

As for the two hire dates, we are only showing one in our records: 4/29/2008.

Please see attached for the job description.

Very Respectfully,

**Michael Thomas**
Compensation and Benefits Analyst

AMERICAN
HEALTH PARTNERS

201 Jordan Road
Franklin, TN 37067
Cell: (901) 481-3970
Office: (615) 905-5434
mthomas@amhealthpartners.com

---

**From:** Johnson, Renata M <Renata.Johnson@lfg.com>
**Sent:** Monday, June 6, 2022 11:41 AM
**To:** Ask Benefits <askbenefits@amhealthpartners.com>
**Subject:** LTD eligibility 12903776 Kimberly Kindle 141182444

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Good afternoon,

We are processing the LTD claim for Kimberly Kindle (ID 141182444 DOB

Can you please confirm the effective date of LTD coverage (when she signed up for benefits)?  I see that we have 2 hire dates on file 4/29/2008 and 9/1/2012. Was she fired/rehired? Was there a lapse in coverage during this time?

Can you also provide a job description. Thank you for your time.

Best,
Renata Johnson


Renata Johnson (She/Her)
LTD Claims Specialist II
Long Term Disability Claims
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

800-291-0112 Office
Extension: 14081
603-430-1583 Fax
LincolnFinancial.com

**Follow us on:**



This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-2937 extension 14081 and permanently delete the original and any copy of any e-mail and any printout thereof.


Please visit our COVID-19 Guidance Hub by clicking on the link below (ctrl+click):





Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and protected health information. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you are not the intended recipient, please contact the sender by return email and destroy all copies of the original message. If you have received this email in error and it contains personally identifiable health information, please send a return email to the sender so that the proper steps may be taken to ensure HIPAA compliance. If you have any questions, please call 1-615-905-5400 or email compliance@amhealthpartners.com

This message was secured by **Zix®**.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 6, 2022 |
| To: | JACKSON-MADISON COUNTY GENERAL HOSPITAL |
| Attn: | |
| Fax: | (731) 541-6955 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 6, 2022

Jackson-Madison County General Hospital

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

We ask that you provide this information by June 17, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 6, 2022 |
| To: | HENDERSON COUNTY MEDICAL GROUP |
| Attn: | |
| Fax: | (731) 968-9970 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 6, 2022

Henderson County Medical Group

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

We ask that you provide this information by June 17, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 6, 2022 |
| To: | DR. KELLY PUCEK |
| Attn: | |
| Fax: | (731) 668-6757 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 2 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 6, 2022

Dr. Kelly Pucek

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

We ask that you provide this information by June 17, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 6, 2022 |
| To: | KORBIN CARDIOLOGY |
| Attn: | |
| Fax: | (877) 670-6150 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 6, 2022

Korbin Cardiology

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

We ask that you provide this information by June 17, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 6, 2022 |
| To: | DR. MARK ROBBINS<br>ST THOMAS HEART |
| Attn: | |
| Fax: | (615) 222-7275 |
| From: | Renata Johnson<br>Disability Claims Examiner, LTD<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 12903776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 6, 2022

Dr. Mark Robbins

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776
Claimant: Kimberly Kindle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2022 through present

We ask that you provide this information by June 17, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIMBERLY KINDLE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 7, 2022

Ms. Kimberly A. Kindle

RE: Long Term Disability (LTD) Benefits
American Health Companies
Claim #: 12903776

Dear Ms. Kimberly Kindle:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under American Health Companies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On June 6, 2022, we requested medical records from Dr.Robbins, Dr. Pueck, korbin Cardiology, Jackson Hospital, Henderson Co Medical Group This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from March 1, 2022 through present from Dr. Robbins, Dr. Pueck, korbin Cardiology, Jackson Hospital, Henderson Co Medical Group

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by July 20, 2022:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Direct Deposit Application

X Family Information Questionnaire
X Training Education Experience
X Reimbursement Agreement Form
X Disability Payment Option Form
__ Other

American Health Companies's LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than July 20, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 334-0380

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Direct Deposit Application
Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form
Disability Payment Option Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson ______



EMPLOYEE/CLAIMANT NAME: Kimberly Kindle ______

CLAIM NO: 12903776 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: American Health Companies ______

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes ______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes ______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes ______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

How often do you get outdoors? ________________________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left _______ | Right _______ |
| Are you able to work in your garden? | Yes _______ | No _______ |
| Are you able to work on your house? | Yes _______ | No _______ |
| Are you able to wash your car? | Yes _______ | No _______ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ________________________________

If yes, how often per day (hours) do you use the internet? ___ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? ________________________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ________________________________

If yes, how often per day (hours) do you engage in activities? ___ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? ________________________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ________________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a phone, how long (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a E-reader, (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

For what reasons, do you use these devices?

________________________________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ________________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes, how many days per week do you play? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |

Managing your finances ______________ ______________
Balancing your checkbook ______________ ______________
Bathing yourself ______________ ______________
Styling your own hair ______________ ______________
Getting dressed ______________ ______________
Going up and down stairs ______________ ______________

Have you been confined to a hospital within the last 12 months? Yes _______ No _______
If Yes, please provide reason and hospital contact Information: ________________________________

How often do you travel or take vacation? ________________________________
Where do you go? How do you get there (transportation method)? ________________________________

Are you able to pursue your hobbies? Yes _______ No _______
If Yes, please describe ________________________________

Do you participate in an exercise program? Yes _______ No _______
If Yes, please describe ________________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ________________________________

Are you working for wages? Yes _______ No _______
If Yes, please provide employer's name ________________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________________ Date: ______________________________

Signature: ____________________________

**Lincoln/Kindle 1376**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ________________ Claim Number: 12903776

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______
Specialty: ______
Address: ______
______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
______
Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______
Specialty: ______
Address: ______
______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
______
Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______
Specialty: ______
Address: ______
______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
______
Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Kindle 1378**

**SIGNATURE:** ______________________________ **DATE:** ______________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Renata Johnson

**EMPLOYEE/CLAIMANT NAME:** Kimberly Kindle **CLAIM #:** 12903776
**EMPLOYER:** American Health Companies **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ________________________

DP 409

**Lincoln/Kindle 1380**

# DIRECT DEPOSIT APPLICATION

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Renata Johnson

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______________________ Date: ______________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10

**Lincoln/Kindle 1381**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Renata Johnson

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ______________

**Lincoln/Kindle 1383**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Kimberly Kindle
CLAIM NO: 12903776
EMPLOYER/SPONSOR: American Health Companies DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________________ Department:______________________ From: __________ To: _______

Job Title(s): ______________________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________________________

_______________________________________________________________________________________

4. Company: ______________________ Department:______________________ From: __________ To: _______

Job Title(s): ______________________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________________________

_______________________________________________________________________________________

5. Company: ______________________ Department:______________________ From: __________ To: _______

Job Title(s): ______________________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________________________

_______________________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________ Work: ______________________

**SIGNATURE:** ________________________ **PHONE NO: (    )** __________________________

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Claimant:** Kimberly Kindle **Date of Birth:** ________

**Employer:** American Health Companies **Policy/Plan Sponsor No.:** 09-LF0122

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**________________________________ **DATE:** ________________________

**EMPLOYEE'S PRINTED NAME:** Kimberly Kindle

***Please retain a copy for your records or one can be provided upon request.***

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380
www.LincolnFinancial.com

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0122 Claim No. 12903776

Disability Date: March 22, 2022

Issued To: American Health Companies

Address: ______________________________

Claimant: Kimberly Kindle

Address: ______________________________

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

______________________________ (Insured)

______________________________ (Witness)

______________________________ (Address)

______________________________ (Address)

______________________________ (Date)

______________________________ (Date)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Korban Cardiology

***ELLIOT KURBAN MD. FACC. FACP. FSLAMS. MBA***
***HOLLY B. BUNCH, MSN, ANP-BC***
***JACKIE SCOTT, MSN, FNP-C***

P.O. BOX 11087
JACKSON, TN 38308
731-513-5701 Phone
877-670-6150 Fax

# Fax

**To:** Lincoln Financial **From:** Christy
**Fax:** 603-334-0380 **Pages:**
**Phone:** **Date:**
**Re:** Kimberly Kindle **cc:**

Urgent For Review Please Comment Please Reply

Attention:
Comments:

**Office Locations:**

3535 Chere Carol Rd, Humboldt, TN 38343
315 E. Tickle St, Dyersburg, TN 38024
250 Boswell St, Lexington, TN 38351
2996 Kate Bond Rd, Suite 211, Bartlett, TN 38134

# Chart

## Kimberly A. Kindle

**DOB:**

## Encounters

**Encounter 2** Date 04/26/2022
**Diagnosis** AORTIC VALVE VEGETATION (I33.0), BICUSPID AORTIC VALVE (Q23.1), AORTIC VALVE DISEASE, PULMONARY HYPERTENSION (I27.20), MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02), OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33), CURRENT SMOKER, Diastolic blood pre

**Encounter 1** Date 04/05/2022
**Diagnosis** AORTIC VALVE VEGETATION (I33.0), AORTIC VALVE DISEASE, MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02), PULMONARY HYPERTENSION (I27.20), ANXIETY (F41.9), SEPTIC ARTHRITIS OF KNEE (M00.9), OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33), CURRENT SMOKER,

**Encounter # 2**

**History & Physical Report**
**4/26/2022: Office Visit - AORTIC VALVE VEGETATION (I33.0), BICUSPID AORTIC VALVE (Q23.1), AORTIC VALVE DISEASE, PULMONARY HYPERTENSION (I27.20), MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02), OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33), CURRENT SMOKER, Diastolic blood pre (Holly Bunch)**
Kimberly A Kindle
Appointment: 4/26/2022 9:15 AM
Location: Lexington 2 CVC Korban Cardiology
Patient #: 328171180
DOB:
Undefined / Language: English / Race: White
Female

History of Present Illness (Holly Bunch; 4/26/2022 1:56 PM)
The patient is a 50 year old female who presents for the evaluation and management of valvular heart disease. Identified as aortic valve disease. The symptoms include fatigue. Note for "Valvular heart disease": She started having knee pain March 28. She was evaluated by ortho, found to have MRSA and started on IV Vancomycin.
She has had no recent surgery. She denies any IV drug use. She denies any fever or chills.
Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

She is a smoker

She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present

Problem List/Past Medical (Amber Tobey; 4/26/2022 1:10 PM)
CURRENT SMOKER (Z72.0)
AORTIC VALVE VEGETATION (I33.0)
OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)
PULMONARY HYPERTENSION (I27.20)
AORTIC VALVE DISEASE (I35.9)
MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)
SEPTIC ARTHRITIS OF KNEE (M00.9)
ANXIETY (F41.9)

Allergies (Amber Tobey; 4/26/2022 1:10 PM)
Rocephin * CEPHALOSPORINS*
Allergies Reconciled

Medication History (Amber Tobey; 4/26/2022 1:18 PM)
ALPRAZolam (0.5MG Tablet, 1 tablet Oral four times daily, as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, 1 tablet Oral every six to eight hours,as needed) Active.
Sertraline HCl (100MG Tablet, 1 tablet Oral at bedtime) Active.
Vancomycin HCl (5000MG For Solution, 1 infusion Intravenous every 12 hours) Active.
Nicotine (5MG/16HR Patch 24HR, Transdermal every twenty-four hours) Active.

Family History (Amber Tobey; 4/26/2022 1:10 PM)
Cancer Father, Sister.
Coronary Artery Disease Father.
Cerebrovascular Accident Negative Family History Of.
Hypertension Father.
Diabetes Mellitus Father.
Myocardial Infarction Father (Massive,60s)
Aneurysm Negative Family History Of.

Social History (Amber Tobey; 4/26/2022 1:10 PM)
Tobacco use Current every day smoker. Smoked 1ppd for 30+ years; Currently smoking 1/2-1ppd
No alcohol use
No drug use

Past Surgical History (Amber Tobey; 4/26/2022 1:10 PM)
Knee Surgery Right.

Diagnostic Studies History (Amber Tobey; 4/26/2022 1:22 PM)
TEE [04/08/2022]:

Health Maintenance History (Amber Tobey; 4/26/2022 1:10 PM)
COVID-19 Vaccine Refused
Flu Vaccine [2021]:



PAGE 4/13 * RCVD AT 6/6/2022 4:32:49 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033340380 * CSID:mFax * ANI:17315135702 * DURATION (mm-ss):07-24

Review of Systems (Amber Tobey; 4/26/2022 1:18 PM)
**General** Present- Fatigue. Not Present- Chills, Fever, Tiredness, Weight Gain and Weight Loss.
**Skin** Not Present- Skin Color Changes and Ulcer.
**HEENT** Not Present- Blurred Vision, Double Vision, Headache and Snoring.
**Respiratory** Present- Difficulty Breathing on Exertion. Not Present- Cough and Hemoptysis.
**Cardiovascular** Not Present- Claudications, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Fainting / Blacking Out, Orthopnea, Palpitations, Paroxysmal Nocturnal Dyspnea and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Nausea and Vomiting.
**Female Genitourinary** Not Present- Dysuria and Hematuria.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Tingling and Trouble walking.
**Psychiatric** Not Present- Anxiety, Depression and Memory Loss.
**Endocrine** Not Present- Appetite Changes and Thyroid Problems.
**Hematology** Not Present- Abnormal Bleeding, Easy Bruising and Nose Bleed.

Vitals (Amber Tobey; 4/26/2022 1:17 PM)
4/26/2022 1:17 PM
**BP:** 128/80(Sitting, Right Arm, Standard)

4/26/2022 1:17 PM
**Weight:** 180 lb **Height:** 68 in
**Body Surface Area:** 1.95 m² **Body Mass Index: 27.37 kg/ m²**
**Temp.:** 98.2° F **Pulse:** 62 (Regular) P.OX: 97% (Room air)
**BP:** 134/76(Sitting, Left Arm, Standard)

Physical Exam (Holly Bunch; 4/26/2022 1:57 PM)
General
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.
**Orientation** - Oriented to time, Oriented to place and Oriented to person.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

Integumentary
**General Characteristics**
**Color** - normal coloration of skin. **Temperature** - normal warmth is noted.

Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - no bruit auscultated on the right, no bruit auscultated on the left.
**Trachea** - midline.

Chest and Lung Exam
**Inspection**
**Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation**
**Breath sounds** - Normal. **Adventitious sounds** - No Adventitious sounds.

Cardiovascular
**Inspection**
**Jugular vein - Bilateral** - Inspection Normal.
**Palpation/ Percussion**
**Examination by palpation and percussion reveals** - No Thrills, No S3 Palpable and No S4 Palpable.
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs, No Systolic Clicks, No Opening Snaps and No Pericardial Friction Rubs.

Peripheral Vascular
**Upper Extremity**
**Palpation - Radial pulse - Bilateral** - Normal - Bilateral.
**Lower Extremity**
**Inspection - Left** - No Digital infarcts - Left, No Delayed capillary refill - Left, no Digital ulcers - Left, No Erythema, no Shiny atrophic skin - Left, no Splinter hemorrhages - Left, no Varicose ulcers - Left, no Varicose veins - Left. **Inspection - Right** - No Digital infarcts - Right, No Delayed capillary refill - Right, no Digital ulcers - Right, No Erythema, no Shiny atrophic skin - Right, no Splinter hemorrhages - Right, no Varicose ulcers - Right, no Varicose veins - Right. **Palpation - Temperature - Left** - Normal - Left. **Temperature - Right** - Normal - Right. **Tenderness - Left** - Non Tender. **Tenderness - Right** - Non Tender. **Dorsalis pedis pulse - Left - 2+** - Left. **Dorsalis pedis pulse - Right - 2+** - Right.
**Edema - Left** - No edema - Left. **Edema - Right** - No edema - Right.

Neurologic
**Mental Status** - Normal.
**Gait** - Normal.

Neuropsychiatric
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.
**Thought Processes/ Cognitive Function** - aware of current events.

Musculoskeletal
**Global Assessment**

**Gait and Station** - normal posture.

Assessment & Plan (Holly Bunch; 4/26/2022 2:03 PM)
AORTIC VALVE VEGETATION (I33.0)
Impression: Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present
She is on IV
She was evaluated by Dr. Reddy and AVR recommended. She will need LHC prior to any surgery
Current Plans

- LEFT HEART CATHETERIZATION (93458) (May 12 at 1PM)
- CBC, PLATELETS & AUT DIFF 5-7 days prior to procedure (85025)
- MAGNESIUM 5-7 days prior to procedure (83735)
- BMP 5-7 days prior to procedure (80048)
- Follow up in 1 month or as needed
- Continue with your present treatment plan.
- We recommend that you have a cardiac catheterization.
- Risks and benefits discussed with patient who expressed understanding and gave consent.
- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.

BICUSPID AORTIC VALVE (Q23.1)
Impression: She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present
AORTIC VALVE DISEASE (I35.9)
Impression: Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She underwent TEE 4/6/2022 that showed sclerotic aortic valve cusps but open well. Non-mobile vegetation was visulaized in the left coronary cusp. Leaflet motion restricted. A bicuspid aortic valve is present
PULMONARY HYPERTENSION (I27.20) <HCC85>
Impression: Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)
Impression: of right knee- she has a PICC line and is receiving IV antibiotics
OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)
Impression: not wearing CPAP
CURRENT SMOKER (Z72.0)
Diastolic blood pressure 80 to 89 mm Hg (R03.0)
Current Plans

- MOST RECENT DIASTOLIC BLOOD PRESSURE 80-89 MM HG (HTN, CKD, CAD) (DM) (3079F)
- MOST RECENT SYSTOLIC BLOOD PRESSURE LESS THAN 130 MM HG (DM), (HTN, CKD, CAD) (3074F)
- SCREENING OF TOBACCO USE (4004F)

Note: Reviewed and discussed TEE
She will need LHC prior to AVR
ASSESSMENT AND PLAN DISCUSSED AND APPROVED BY DR. KURBAN
PHYSICAL EXAM ALSO PERFORMED BY/DISCUSSED WITH DR KURBAN
SUPERVISING PHYSICIAN DR. ELLIOT KURBAN

Holly Bunch MSN, APN-BC

Signed electronically by Holly Bunch (4/26/2022 2:04 PM)

## Laboratories

**CBC, PLATELETS & AUT DIFF 5-7 days prior to procedure (85025)** Ordered
Diagnosis: AORTIC VALVE VEGETATION (I33.0)

**MAGNESIUM 5-7 days prior to procedure (83735)** Ordered
Diagnosis: AORTIC VALVE VEGETATION (I33.0)

**BMP 5-7 days prior to procedure (80048)** Ordered
Diagnosis: AORTIC VALVE VEGETATION (I33.0)

## Procedures

**LEFT HEART CATHETERIZATION (93458)** Performed: 04/26/2022 (Ordered)

**MOST RECENT DIASTOLIC BLOOD PRESSURE 80-89 MM HG (HTN, CKD, CAD) (DM) (3079F)** Performed: 04/26/2022 (Final, Reviewed)

**MOST RECENT SYSTOLIC BLOOD PRESSURE LESS THAN 130 MM HG (DM), (HTN, CKD, CAD) (3074F)** Performed: 04/26/2022 (Final, Reviewed)

**SCREENING OF TOBACCO USE (4004F)** Performed: 04/26/2022 (Ordered)

**Encounter # 1**

**History & Physical Report**
**4/5/2022: Office Visit - AORTIC VALVE VEGETATION (I33.0), AORTIC VALVE DISEASE, MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02), PULMONARY HYPERTENSION (I27.20), ANXIETY (F41.9), SEPTIC ARTHRITIS OF KNEE (M00.9), OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33), CURRENT SMOKER, (Holly Bunch)**
Kimberly A Kindle
Appointment: 4/5/2022 2:20 PM
Location: Lexington 2 CVC Korban Cardiology
Patient #: 328171180
DOB:
Undefined / Language: English / Race: White
Female

History of Present Illness (Holly Bunch; 4/5/2022 3:17 PM)
The patient is a 44 year old female who presents to the practice today for a transition into care.The patient is transitioning into care as a self-referral (for abnormal Echocardiogram). Note for "Transition into care": .
She states she started having knee pain March 28. She was evaluated by ortho, found to have MRSA and started on IV Vancomycin.
She has had no recent surgery. She denies any IV drug use. She denies any fever or chills.
Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS

She is a smoker

Problem List/Past Medical (Amber Tobey; 4/5/2022 3:04 PM)
OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)
ANXIETY (F41.9)
SEPTIC ARTHRITIS OF KNEE (M00.9)

Allergies (Amber Tobey; 4/5/2022 2:54 PM)
Rocephin * CEPHALOSPORINS*
Allergies Reconciled

Medication History (Amber Tobey; 4/5/2022 2:46 PM)
ALPRAZolam (0.5MG Tablet, 1 tablet Oral four times daily, as needed) Active.
Sertraline HCl (100MG Tablet, 1 tablet Oral at bedtime) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, 1 tablet Oral every six to eight hours,as needed) Active.
Vancomycin HCl (5000MG For Solution, 1 infusion Intravenous every 12 hours) Active.
Medications Reconciled (Medications verified verbally with patient.)

Family History (Amber Tobey; 4/5/2022 2:44 PM)
Cancer Father, Sister.
Coronary Artery Disease Father.
Cerebrovascular Accident Negative Family History Of.
Hypertension Father.
Diabetes Mellitus Father.
Myocardial Infarction Father (Massive,60s)
Aneurysm Negative Family History Of.

Social History (Amber Tobey; 4/5/2022 2:45 PM)
Tobacco use Current every day smoker. Smoked 1ppd for 30+ years; Currently smoking 1/2-1ppd
No alcohol use
No drug use

Past Surgical History (Amber Tobey; 4/5/2022 2:47 PM)
Knee Surgery Right.

Health Maintenance History (Amber Tobey; 4/5/2022 2:47 PM)
COVID-19 Vaccine Refused
Flu Vaccine [2021]:

Review of Systems (Amber Tobey; 4/5/2022 2:47 PM)
**General** Present- Fatigue. Not Present- Chills, Fever, Tiredness, Weight Gain and Weight Loss.
**Skin** Not Present- Skin Color Changes and Ulcer.
**HEENT** Not Present- Blurred Vision, Double Vision, Headache and Snoring.
**Respiratory** Present- Difficulty Breathing on Exertion. Not Present- Cough and Hemoptysis.
**Cardiovascular** Not Present- Claudications, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Fainting / Blacking Out, Orthopnea, Palpitations, Paroxysmal Nocturnal Dyspnea and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Nausea and Vomiting.
**Female Genitourinary** Not Present- Dysuria and Hematuria.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Tingling and Trouble walking.
**Psychiatric** Not Present- Anxiety, Depression and Memory Loss.
**Endocrine** Not Present- Appetite Changes and Thyroid Problems.
**Hematology** Not Present- Abnormal Bleeding, Easy Bruising and Nose Bleed.

Vitals (Amber Tobey; 4/5/2022 2:48 PM)
4/5/2022 2:43 PM
**Weight:** 180 lb **Height:** 68 in
**Body Surface Area:** 1.95 $m^2$ **Body Mass Index: 27.37 kg/ $m^2$**
**Pulse:** 82 (Regular) P.OX: 98% (Room air)
**BP:** 124/76 (Sitting, Right Arm, Standard)

Physical Exam (Holly Bunch; 4/5/2022 3:17 PM)
__General__
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.
**Orientation** - Oriented to time, Oriented to place and Oriented to person.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

__Integumentary__
**General Characteristics**
**Color** - normal coloration of skin. **Temperature** - normal warmth is noted.

__Head and Neck__
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - no bruit auscultated on the right, no bruit auscultated on the left.
**Trachea** - midline.

__Chest and Lung Exam__
**Inspection**
**Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation**
**Breath sounds** - Normal. **Adventitious sounds** - No Adventitious sounds.

__Cardiovascular__
**Inspection**
**Jugular vein - Bilateral** - Inspection Normal.
**Palpation/ Percussion**
**Examination by palpation and percussion reveals** - No Thrills, No S3 Palpable and No S4 Palpable.
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs, No Systolic Clicks, No Opening Snaps and No Pericardial Friction Rubs.

__Abdomen__
**Inspection**
**Inspection of the abdomen reveals** - No Abnormal pulsations.
**Palpation/ Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft and Non Tender.
**Auscultation**
**Auscultation of the abdomen reveals** - Bowel sounds normal.

__Peripheral Vascular__
**Upper Extremity**
**Palpation - Radial pulse - Bilateral** - Normal - Bilateral.
**Lower Extremity**
**Inspection - Left** - No Digital infarcts - Left, No Delayed capillary refill - Left, no Digital ulcers - Left, No Erythema, no Shiny atrophic skin - Left, no Splinter hemorrhages - Left, no Varicose ulcers - Left, no Varicose veins - Left. **Inspection - Right** - No Digital infarcts - Right, No Delayed capillary refill - Right, no Digital ulcers - Right, No Erythema, no Shiny atrophic skin - Right, no Splinter hemorrhages - Right, no Varicose ulcers - Right, no Varicose veins - Right. **Palpation - Temperature - Left** - Normal - Left. **Temperature - Right** - Normal - Right. **Tenderness - Left** - Non Tender. **Tenderness - Right** - Non Tender. **Dorsalis pedis pulse - Left** - 2+ - Left. **Dorsalis pedis pulse - Right** - 2+ - Right.
**Edema - Left** - No edema - Left. **Edema - Right** - No edema - Right.

__Neurologic__
**Mental Status** - Normal.
**Gait** - Normal.

__Neuropsychiatric__
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.
**Thought Processes/ Cognitive Function** - aware of current events.

__Musculoskeletal__
**Global Assessment**
**Gait and Station** - normal posture.



PAGE 8/13 * RCVD AT 6/6/2022 4:32:49 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033340380 * CSID:mFax * ANI:17315135702 * DURATION (mm-ss):07-24

Assessment & Plan (Holly Bunch; 4/5/2022 3:34 PM)
AORTIC VALVE VEGETATION (I33.0)
Impression: Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
She is on IV Vanc
Current Plans

- TEE (93312)
- Risks and benefits discussed with patient who expressed understanding and gave consent.
- Continue with your present treatment plan.
- CBC, PLATELETS & AUT DIFF 5-7 days prior to procedure (85025)
- MAGNESIUM 5-7 days prior to procedure (83735)
- BMP 5-7 days prior to procedure (80048)
- Follow up in 1 month or as needed
- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.
- ELECTROCARDIOGRAM, ROUTINE ECG WITH AT LEAST 12 LEADS; WITH INTERPRETATION AND REPORT (93000). (EKG today shows NSR with no ischemic changes ; No prior EKG available for comparison)

AORTIC VALVE DISEASE (I35.9)
Impression: Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
MRSA (METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS) (A49.02)
Impression: of right knee- she has a PICC line and is receiving IV antibiotics
PULMONARY HYPERTENSION (I27.20) <HCC85>
Impression: Echo 3/2022: EF 60-65% with mild asymmetric LVH. Cannot exclude Aortic valve veg. Trace TR. RVSP 40-50mmHg. Mild AS
ANXIETY (F41.9)
SEPTIC ARTHRITIS OF KNEE (M00.9) <HCC39>
OSA (OBSTRUCTIVE SLEEP APNEA) (G47.33)
Impression: not wearing CPAP
CURRENT SMOKER (Z72.0)
Current Plans

- SMOKING AND TOBACCO USE CESSATION COUNSELING VISIT; INTERMEDIATE, GREATER THAN 3 MINUTES UP TO 10 MINUTES (99406)

BMI 27.0-27.9,adult (Z68.27)
Current Plans

- BODY MASS INDEX DOCUMENTED (3008F)
- MOST RECENT DIASTOLIC BLOOD PRESSURE LESS THAN 80 MM HG (HTN, CKD, CAD) (DM) (3078F)
- MOST RECENT SYSTOLIC BLOOD PRESSURE LESS THAN 130 MM HG (DM), (HTN, CKD, CAD) (3074F)
- SCREENING OF TOBACCO USE (4004F)

Note: Reviewed and discussed Ultrasounds
ASSESSMENT AND PLAN DISCUSSED AND APPROVED BY DR. KURBAN
PHYSICAL EXAM ALSO PERFORMED BY/DISCUSSED WITH DR KURBAN
SUPERVISING PHYSICIAN DR. ELLIOT KURBAN

Holly Bunch MSN, APN-BC

Signed electronically by Holly Bunch (4/5/2022 3:34 PM)

## Laboratories

**CBC, PLATELETS & AUT DIFF 5-7 days prior to procedure (85025)** Ordered
Diagnosis: AORTIC VALVE VEGETATION (I33.0)

**MAGNESIUM 5-7 days prior to procedure (83735)** Ordered
Diagnosis: AORTIC VALVE VEGETATION (I33.0)

**BMP 5-7 days prior to procedure (80048)** Ordered
Diagnosis: AORTIC VALVE VEGETATION (I33.0)

## Procedures

**TEE (93312)** Performed: 04/05/2022 (Ordered)

**BODY MASS INDEX DOCUMENTED (3008F)** Performed: 04/05/2022 (Ordered)

**SMOKING AND TOBACCO USE CESSATION COUNSELING VISIT; INTERMEDIATE, GREATER THAN 3 MINUTES UP TO 10 MINUTES (99406)** Performed: 04/05/2022 (Final, Reviewed)

**MOST RECENT DIASTOLIC BLOOD PRESSURE LESS THAN 80 MM HG (HTN, CKD, CAD) (DM) (3078F)** Performed: 04/05/2022 (Final, Reviewed)

**MOST RECENT SYSTOLIC BLOOD PRESSURE LESS THAN 130 MM HG (DM), (HTN, CKD, CAD) (3074F)** Performed: 04/05/2022 (Final, Reviewed)

**SCREENING OF TOBACCO USE (4004F)** Performed: 04/05/2022 (Ordered)

**ELECTROCARDIOGRAM, ROUTINE ECG WITH AT LEAST 12 LEADS; WITH INTERPRETATION AND REPORT (93000)** Performed: 04/05/2022 (Final, Reviewed)



PAGE 10/13 * RCVD AT 6/6/2022 4:32:49 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033340380 * CSID:mFax * ANI:17315135702 * DURATION (mm-ss):07-24

BAR - Saint Francis Hospital-Bartlett

Date and Time Generated: Tue Apr 26 2022 13:15:56 GMT-0500 (Central Daylight Time)
Generated by: Elliot Kurban

CLOSED, CORRECTED RESULTS

Patient Name: KINDLE, KIMBERLY ( CD )

| | | | |
|---|---|---|---|
| Procedure | Echo Transesophageal | Exam Number | 14081674293 |
| Ordering Doctor | KURBAN, ELLIOT | Ordered | 04/06/2022 12:54:22 |
| Account Number | 81953424 | Scheduled | 04/08/2022 08:00:00 |
| Medical Record Number | 61480791 | Performed | 04/08/2022 09:59:10 |
| Date Of Birth | | Resulted | 04/08/2022 10:35:33 |

Summary

Normal tricuspid valve structure and function.
The aortic valve cusps appear sclerotic and/or calcified, but open well.
Non-mobile vegetation was visualized in left coronary cusp.
Leaflet motion - restricted.
A bicuspid aortic valve is present.
Normal mitral valve structure and function.
Normal pulmonic valve structure and function.
Normal LA size.
Normal left ventricle structure and systolic function.
Normal right ventricular size and systolic function.
Normal aortic root, pulmonary artery and inferior vena cava sizes.
No pericardial effusion.

Impression

Left Ventricle Normal left ventricle structure and systolic function.

Right Ventricle Normal right ventricular size and systolic function.

Left Atrium Normal LA size.

Aortic Valve The aortic valve cusps appear sclerotic and/or calcified, but open well.
Non-mobile vegetation was visualized in left coronary cusp.
Leaflet motion - restricted.
A bicuspid aortic valve is present.

Mitral Valve Normal mitral valve structure and function.

Tricuspid Valve Normal tricuspid valve structure and function.

Pulmonic Valve Normal pulmonic valve structure and function.

Pericardial Effusion No pericardial effusion.

Great Vessels Normal aortic root, pulmonary artery and inferior vena cava sizes.

Signature

Electronically signed by KURBAN ELLIOT(Interpreting physician) on 04/08/2022 11:28 AM

End of Order/Result CLOSED, CORRECTED RESULTS End of Order/Result

CLOSED, CORRECTED RESULTS

Patient Name: KINDLE, KIMBERLY ( CD )

| | | | |
|---|---|---|---|
| Procedure | Echo Transesophageal | Exam Number | 14081674293 |
| Ordering Doctor | KURBAN, ELLIOT | Ordered | 04/06/2022 12:54:22 |
| Account Number | 81953424 | Scheduled | 04/08/2022 08:00:00 |
| Medical Record Number | 61180791 | Performed | 04/08/2022 09:59:10 |
| Date Of Birth | | Resulted | 04/08/2022 10:55:33 |

Echo Transesophageal

Transesophageal Echocardiography Report (TEE)

Demographics

| | | | |
|---|---|---|---|
| Patient Name | KINDLE KIMBERLY | Age | 50 |
| MRN | B061180791 | Gender | Female |
| Encounter # | 081953424 | Race | Caucasian |
| Corporate ID | | Height | 68 Inches |
| Date of Birth | | Weight | 170 Pounds |
| Accession Number | 14081674293 | BSA | 1.91 m |
| Room Number | | BMI | 25.85 kg/m |
| Referring Physician | KURBAN ELLIOT | Interpreting Physician | KURBAN ELLIOT |
| Sonographer | LESTER JASON | CC Physician | |

Type of Study:

TEE procedure: Echocardiogram Transesophageal

Indications for Study:Endocarditis.

CPT Codes
1) 93312-Echocardiography, transesophageal, real time with image documentation (2D) (with or without M-mode recording); including probe placement, image acquisition, interpretation and report.
2) 93320-Doppler echocardiography, pulsed wave and/or continuous wave with spectral display (List separately in addition to codes for echocardiographic imaging); complete.
3) 93325-Doppler echocardiography color flow velocity mapping (List separately in addition to codes for echocardiography).

HR: 106 bpm BP: 100/94 mmHg Patient Status: Routine

Study Location: SFH Cath Lab Technical Quality: Adequate visualization

TEE Performed By: the attending and the sonographer

Type of Anesthesia: Moderate sedation

TEE Probe: 001

Conclusions



# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2022-05-27 15:44:13 EDT |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

WEST TENNESSEE
BONE & JOINT
"Keeping You Active"

KIMBERLY KINDLE

9124699
May 27 2022 3:43 PM
KIMBERLY KINDLE

TN005F
May 27 2022 3:44 PM

7

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

This page is intentionally left blank.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 16, 2022 |
| To: | DR SHANE DUNAWAY |
| Attn: | Medical Records |
| Fax: | (731) 668-6757 |
| From: | Joshua Clark<br>Contractor<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12765776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 17, 2022

Dr. Shane Dunaway

RE: Short Term Disability (STD) Benefits
American Health Companies
Claim #: 12765776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Shane Dunaway:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2022 through present
- medical records

- Completion of the Enclosed Forms:

  __ Restrictions Form
  __ Other

We ask that you provide this information by May 23, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Clark
Contractor
Phone No.: (800) 291-0112 Ext. 14165
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Joshua Clark

| Kimberly Kindle | | 12765776 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — **3/22/2022**
   DATE LAST TREATED — **5/26/2022**
   NEXT OFFICE VISIT — **7/07/2022**

   **M17.11 UNILATERAL PRIMATY OSTEOARTHRITIS, RIGHT KNEE M25.561 PAIN IN RIGHT KNEE**
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   **NO RUNNING, JUMPING, PUSHING/PULLING, LIFTING, CLIMBING, CRAWLING, KNEELING, SQUATTING, BENDING, OR WORKING UNTIL DOCTOR RELEASE**

4. RESTRICTIONS IMPOSED FROM **03/28/2022** TO **07/07/2022 TBD**

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

   **1. CONTINUE HER IV ANTIBIOTICS PER INFECTIOUS DISEASE. REFILLED HER PAIN PRESCRIPTION. LET HER PROGRESS UP TO WEIGHTBEARING AS TOLERATED. NXT APPT. 7/7/22 TBD**

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   **3/28/2022 SEPTIC RIGHT KNEE, IP STAY D/C DATE 3/29/2022;**

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| | | |
|---|---|---|
| KELLY D PUCEK, MD | ORTHOPEDIC | |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 24 PHYSICIANS DR. | 731 661 9825 | 731 668 6757 |
| Street Address | Telephone Number | Fax Number |
| JACKSON, TN 38305 | [signature] | 05/25/2022 |
| City, State & Zip Code | Signature | Date |

sharecare

Invoice Number: 9124699
Date: 5/18/2022
Tax ID: 90-0998358

Bill To:

KIMBERLY KINDLE

4728

Send Medical Records To:

KIMBERLY KINDLE

4728

Records will be released upon receipt of payment

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| KIMBERLY KINDLE | | Forms | 6 |

| Provider: |
|---|
| West Tennessee Bone & Joint - Disability FMLA Forms 24 Physicians Dr Jackson, TN 38305-2070 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Processing | 1.00 | $15.00 | $15.00 |
| | | Sub-Total: | $15.00 |
| | | Delivery Fee: | $0.00 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $15.00 |

**Use online payment portal for fastest service!**
**https://payonline.hds.sharecare.com/**

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards

Lockbox (mail with remittance)
Sharecare Health Data Services, LLC
PO BOX 208937
Dallas, TX 75320-8937
(858) 244-1811 Main
(858) 430-4962 Fax

Invoice Number: 9124699

Customer Number: B-YDB-0P-OC2

Balance Due: $15.00

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 16, 2022 |
| To: | DR SHANE DUNAWAY |
| Attn: | Medical Records |
| Fax: | (731) 668-6757 |
| From: | Joshua Clark<br>Contractor<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 12765776<br>Claimant: Kimberly Kindle<br><br>American Health Companies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 17, 2022

Dr. Shane Dunaway

RE: Short Term Disability (STD) Benefits
American Health Companies
Claim #: 12765776
Claimant: Kimberly Kindle
Claimant D.O.B.:

Dear Dr. Shane Dunaway:

We are the Disability Claim Administrator for your patient, Kimberly Kindle.

To evaluate Ms. Kindle s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2022 through present
medical records

Completion of the Enclosed Forms:

__ Restrictions Form
__ Other

We ask that you provide this information by May 23, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Clark
Contractor
Phone No.: (800) 291-0112 Ext. 14165
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Joshua Clark

| Kimberly Kindle | | 12765776 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

**Lincoln/Kindle 1414**

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Kindle 1415**

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

KIMBERLY KINDLE

0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

April 29, 2022

KIMBERLY KINDLE

0000

RE: AMERICAN HEALTH COMPANIES
Short Term Disability Benefits
Claim #: 12765776

MS. KINDLE

We acknowledge receipt of your request for consideration of disability benefits.

The Lincoln National Life Insurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Tennessee law requires us to provide the following statement: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

Sincerely,

Joshua Clark
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Lincoln/Kindle 1418**

**From:**TelephonicIntake
**Sent:**Thu, 28 Apr 2022 22:12:33 +0000
**To:**askbenefits@amhealthpartners.com
**Cc:**Clark, Joshua
**Subject:**Employer Statement Request - 12765776 - Kimberly Kindle

Hello,

Kimberly Kindle has filed for a Short Term Disability (STD) claim. Can you please confirm the following information?

Last Day of Work: ___________

Standard number of hours this employee was scheduled to work per pay period prior to disability: ___________

Benefit Effective Date (the date an employee elected their STD benefits): ___________

Did the employee increase their cover from the prior year? If so, please provide the following:

1. What was the employee's STD benefit amount from the prior year? ___________
2. What is the new STD effective date based on the increase? ___________

The above information will be used to determine if the employee is subject to a Pre-Existing Condition investigation.

In order to expedite the processing of this claim, please complete the attached Employer's Statement within 24 hours.

**Please do not respond back to this email address.** When submitting the Employer Statement, please do so to the attention of the case manager, Joshua Clark at Joshua.Clark@Lfg.Com or fax your information to (603) 334-0380.

Please contact the assigned case manager with any questions.

Thank you,

**Claimant Excellence Initiation & Data Integrity Dept.**

**Lincoln Financial Group**
Disability and Life Claims
P.O. Box 2578

Intake: 800-713-7384
LincolnFinancial.com

**Follow us on:**

Omaha, NE 68172-9688

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and any copy of any e-mail and any printout thereof.