**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KIMBERLY KINDLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:25-cv-00162** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | **MAGISTRATE JUDGE NEWBERN** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court has been advised that this action is settled. (Doc. No. 18). Accordingly, all deadlines are stayed, and the case is administratively closed. On or before October 9, 2025, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice on October 9, 2025.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE