**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KIMBERLY KINDLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:25-cv-00162** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | **MAGISTRATE JUDGE NEWBERN** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Pending before the Court is a Joint Stipulation For Dismissal with Prejudice (Doc No. 20) under Federal Rule of Civil Procedure 41. Accordingly, pursuant to the stipulation of the parties, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE